# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

OUSSAMA ATTIGUI,

                  Plaintiff(s),

v.

TAHOE RESOURCES, INC., et al.,

                  Defendant(s).

Case No. 2:17-cv-01868-RFB-NJK

ORDER

(Docket No. 35)

       Pending before the Court is a motion to extend. Docket No. 35. Any response shall be filed by November 30, 2017, and any reply shall be filed by December 1, 2017.

       IT IS SO ORDERED.

       DATED: November 28, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge