**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OUSSAMA ATTIGUI, | Case No. 2:17-cv-01868-RFB-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 35) |
| TAHOE RESOURCES, INC., et al., | |
| Defendant(s). | |

Pending before the Court is Defendants' motion to extend the deadline to respond to the complaint pending other events, including transfer, consolidation, and appointment of lead counsel and lead Plaintiff. Docket No. 35. Although he disagrees with certain aspects of that filing, proposed lead Plaintiff Nguyen does not oppose the extension. Docket No. 39. No other response was filed, and the deadline for doing so has passed. *See* Docket No. 37. For good cause shown, the Court **GRANTS** the motion in part. Rather than extending the subject deadline based on when other events will occur, the Court instead **EXTENDS** the deadline for Defendants to respond to the complaint to January 26, 2018. To the extent any party believes it proper to do so based on the circumstances existing at that time, it may seek a further extension of the deadline.[1]

IT IS SO ORDERED.

DATED: December 1, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The Court expresses no opinion herein whether such request will be granted.