Patrick R. Leverty, Esq.
State Bar No. 8840
LEVERTY & ASSOCIATES LAW CHTD.
832 Willow Street
Reno, Nevada 89502
Ph. (775) 322-6636
Email: pat@levertylaw.com
[Proposed] Liaison Counsel for Plaintiffs and Class

# UNITED STATED DISTRICT COURT

# DISTRICT OF NEVADA

OUSSAMA ATTIGUI, Individually and on behalf of all others similarly situated,

Plaintiff,

v.

TAHOE RESOURCES INC., ELIZABETH MCGREGOR, MARK SADLER, RONALD W. CLAYTON, and C. KEVIN MCARTHUR,

Defendants.

CASE NO. 2:17-cv-01868-RFB-NJK

~~EX PARTE~~ MOTION AND ~~PROPOSED~~ ORDER TO TERMINATE ELECTRONIC SERVICE ON DEFENDANT'S FORMER COUNSEL

On September 19, 2017, Plaintiff Larry Hull ("Movant") filed Notice of Non Opposition of Larry Hull to Competing Lead Plaintiff Motions [Doc 19]. Based on this filing, counsel at Leverty & Associates no longer has any involvement in this case. Therefore, they request that the clerk of the court remove Mr. Patrick Leverty from the electronic service list in this case.

DATED this  1st  day of December, 2017.

**LEVERTY & ASSOCIATES LAW CHTD.**

  /s/ Patrick R. Leverty
Patrick R. Leverty, Esq.
832 Willow Street
Reno, Nevada 89502
Telephone: (775) 322-6636
Facsimile: (775) 322-3953
[Proposed] Liaison Counsel for Plaintiffs and Class

**IT IS SO ORDERED:**

**DATED:** December 4, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge