# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| OUSSAMA ATTIGUI, | Case No. 2:17-cv-01868-RFB-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| TAHOE RESOURCES, INC., et al., | (Docket No. 43) |
| Defendant(s). | |

Pending before the Court is a motion to extend the time to respond to the complaint, and the supplement thereto. Docket Nos. 43, 45. Kevin Nguyen filed a response disputing certain aspects of the motion, but not opposing the extension sought. Docket No. 46. The motion is hereby **GRANTED**, and the deadline is **EXTENDED** to February 28, 2018.

**To the extent Defendants believe further extension is necessary, they must file a request seeking that relief by February 21, 2018, and shall include a representation as to whether a meet-and-confer was held and the positions expressed by the other interested stakeholders as to whether an extension should be permitted.**

IT IS SO ORDERED.

DATED: January 26, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge