UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OUSSAMA ATTIGUI,<br>　　　Plaintiff(s),<br>v.<br>TAHOE RESOURCES, INC.,<br>　　　Defendant(s). | Case No. 2:17-cv-01868-RFB-NJK<br>**Order**<br>[Docket No. 50] |

Pending before the Court is a joint status report indicating that the *Cabrera* case has been transferred to this Court, and that the parties intend to file a stipulation for transfer the *Sanders* case. Docket No. 50 at 2. The parties indicate that they will thereafter seek consolidation of the three cases. *Id.* The parties further assert that they agree to staying the deadline for Defendants to respond to the complaint in the interim. *Id.*

The Court hereby **ORDERS** that, absent a further request being granted, Defendants shall answer the complaint by July 20, 2018, or within 21 days from issuance of a decision on the anticipated request for consolidation, whichever is earlier.

IT IS SO ORDERED.

Dated: May 22, 2018

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge