# Exhibit A

## 2013 Annual Report

# Exhibit A

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

# FORM 40-F

[   ] **REGISTRATION STATEMENT PURSUANT TO SECTION 12 OF THE SECURITIES EXCHANGE ACT OF 1934**

OR

[X] **ANNUAL REPORT PURSUANT TO SECTION 13(a) OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended: **December 31, 2013**                    Commission File Number: **001-35531**

# TAHOE RESOURCES INC.
*(Exact name of Registrant as specified in its charter)*

| **British Columbia, Canada** | **1040** | **27-1840120** |
|:---:|:---:|:---:|
| *(Province or Other Jurisdiction of Incorporation or Organization)* | *(Primary Standard Industrial Classification Code)* | *(I.R.S. Employer Identification No.)* |

**5310 Kietzke Lane, Suite 200**
**Reno, Nevada 89511**
**(775) 448-5800**

*(Address and telephone number of Registrant's principal executive offices)*

**Tahoe Resources USA Inc.**
**5310 Kietzke Lane, Suite 200**
**Reno, Nevada 89511**
**(775) 448-5800**

*(Name, address (including zip code) and telephone number (including area code) of agent for service in the United States)*

Securities registered or to be registered pursuant to section 12(b) of the Act:

| <u>Title Of Each Class</u> | <u>Name Of Each Exchange On Which Registered</u> |
|:---:|:---:|
| **Common Shares, no par value** | **New York Stock Exchange** |

Securities registered or to be registered pursuant to Section 12(g) of the Act: **None**

Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act: **None**

For annual reports, indicate by check mark the information filed with this Form:

[X] Annual Information Form                    [X  Audited Annual Financial Statements

Indicate the number of outstanding shares of each of the Company's classes of capital or common stock as of the close of the period covered by the annual report: **146,094,407 Common Shares as at December 31, 2013**

Indicate by check mark whether the Company (1) has filed all reports required to be filed by Section 13 or 15(d) of the under the Securities Exchange Act of 1934 (the "Exchange Act") during the preceding 12 months (or for such shorter period that Company was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Yes [X]                    No [    ]

Indicate by check mark whether the Company has submitted electronically and posted on its corporate Web site, if any, every Interactive Data

<span style="color:red">001</span>

File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preced¬ing 12 months (or for such shorter period that the Company was required to submit and post such files).

Yes [    ]                         No [    ]

002

**ANNUAL INFORMATION FORM, AUDITED FINANCIAL STATEMENTS AND MD&A**

Tahoe Resources Inc. (the " **Company** " or " **Tahoe** "), is a Canadian public company whose common shares are listed on the Toronto Stock Exchange and the New York Stock Exchange (the " **NYSE** "). It is a "foreign private issuer" as defined in Rule 3b-4 under Securities Exchange Act of 1934, as amended (the " **Exchange Act** "), and is eligible to file this annual report on Form 40-F pursuant to the multi-jurisdictional disclosure system.

The following documents of the Company are filed as exhibits to, and incorporated by reference into, this Annual Report:

| Document | Exhibit No. |
|---|---|
| Annual Information Form of the Company for the year ended December 31, 2013 | 99.1 [(1)] |
| Audited financial statements of the Company for the years ended December 31, 2013 and 2012, including the reports of the independent registered public accounting firm with respect thereto | 99.2 [(1)] |
| Management Discussion and Analysis of the Company for the year ended December 31, 2013 | 99.3 [(1)] |

(1) Filed as an exhibit hereto.

Pursuant to Rule 3a12-3 under the Exchange Act, the Company's equity securities are exempt from sections 14(a), 14(b), 14(c), 14(f) and 16 of the Exchange Act.

**INCORPORATION BY REFERENCE**

The documents, forming part of this Form 40-F, are incorporated by reference into the following registration statements under the Securities Act of 1933, as amended.

| Form | Registration No. |
|---|---|
| S-8 | 333-181981 |

**THE COMPANY HAS CEASED TO BE AN EMERGING GROWTH COMPANY**

The Company became a "large accelerated filer", as defined in Exchange Act Rule 12b–2, with effect from December 31, 2013 (being the last day of its most recent fiscal year). Accordingly, the Company has ceased to be an "emerging growth company" as defined in section 3(a) of the Exchange Act (as amended by the United States Jumpstart Our Business Startups Act).

**FORWARD-LOOKING STATEMENTS**

This Annual Report includes or incorporates by reference certain statements that constitute "forward-looking statements" within the meaning of the United States Private Securities Litigation Reform Act of 1995. These statements appear in a number of places in this Annual Report and documents incorporated by reference herein, and include statements regarding the Company's intent, belief or current expectation and that of the Company's officers and directors. Wherever possible, words such as "plans", "expects", or "does not expect", "budget", "scheduled", "estimates", "forecasts", "anticipate" or "does not anticipate", "believe", "intend" and similar expressions, or statements that certain actions, events or results "may", "could", "would", "might" or "will" be taken, occur or be achieved, have been used to identify forward-looking information.

003

Forward-looking information in this in this Annual Report and documents incorporated by reference herein may include, but is not limited to: statements relating to changes in Guatemalan mining laws and regulations; information with respect to our future financial and operating performance and that of our subsidiaries; the estimation of Mineral Resources and our realization of mineral resource estimates; our statements relating to the assessment of mineralization such mineralization warranting further drilling of the property; our plan to pursue the exploration, permitting, engineering and development of the Escobal project and to expand its resource base; our mine development plan; costs, including projected operating costs, and timing of further development of the Escobal project, including the resumption of work on and the completion of the power line, the work required to optimize the paste backfill and tailings filter plants, sustaining commercial production, achieving production in excess of 3500 metric tons per day and in particular statements relating to project costs, economics, production and timing for the 4500 metric tons per day scenario; completion of a feasibility study in the third quarter of 2014; implementation of our comprehensive Environmental Impact Management Program; our expectations with respect to reclamation obligations; the acquisition of additional mineral resource interests in the Americas; future exploration and development activities, and the costs and timing of those activities; timing and receipt of approvals, consents and permits under applicable legislation including the expected timeline for receiving the exploitation permit for the Escobal project and permits for other mining property concessions; results of future exploration and drilling; metals prices; and adequacy of financial resources.

Forward-looking information is based on the reasonable assumptions, estimates, analysis and opinions of management made in light of its experience and its perception of trends, current conditions and expected developments, as well as other factors that management believes to be relevant and reasonable in the circumstances at the date that such statements are made, but which may prove to be incorrect. We believe that the assumptions and expectations reflected in such forward-looking information are reasonable. Assumptions have been made regarding, among other things: our ability to carry on exploration and development activities; the timely receipt of required approvals; the price of silver and other metals; our ability to operate in a safe; efficient and effective manner; and our ability to obtain financing as and when required and on reasonable terms. Readers are cautioned that the foregoing list is not exhaustive of all factors and assumptions which may have been used.

Forward-looking information is subject to known and unknown risks, uncertainties and other factors that may cause actual results to be materially different from those expressed or implied by such forward-looking information, including risks associated with our dependence on the Escobal project and our limited operating and production history, risks associated with the fluctuation of the price of silver and other metals, the risk of civil unrest and political instability in Guatemala, the risk that permits to maintain and expand the Escobal project cannot be obtained, risks associated with the availability of additional funding as and when required, exploration and development risks, permitting and licensing risks, uncertainty in the estimation of mineral resources, geologic, hydrological, and geotechnical risks, infrastructure risks, inflation risks, governmental regulation risks, security risks including those along the concentrate transport route, environmental risks and hazards, insurance and uninsured risks, land title risks, risks associated with competition, risks associated with currency fluctuations, labour and employment risks, risks associated with dependence on key management personnel and executives, legislative, judicial and litigation risks, the risk that dividends may never be declared, risks associated with the repatriation of earnings, risks of continued negative operating cash flow, risks associated with the Company's hedging policies, risks associated with the interests of certain directors in other mining projects, risks associated with dilution, risks associated with stock exchange prices and risks associated with effecting service of process and enforcing judgments. See "Description of Our Business – Risk Factors" in the Annual Information Form for the fiscal year ended December 31, 2013.

Our forward-looking statements are based on the reasonable beliefs, expectations and opinions of management on the date of this Annual Report. Although we have attempted to identify important factors that could cause actual results to differ materially from those contained in forward-looking information, there may be other factors that cause results not to be as anticipated, estimated or intended. There is no assurance that such information will prove to be accurate, as actual results and future events could differ materially from those anticipated in such information. Accordingly, readers should not place undue reliance on forward-looking information. We do not undertake to update any forward-looking information, except as, and to the extent required by, applicable securities laws, including applicable United States federal securities laws. The forward-looking statements contained in this Annual Report and the documents incorporated by reference herein are expressly qualified by this cautionary statement.

**CAUTIONARY NOTE TO UNITED STATES INVESTORS CONCERNING
ESTIMATES OF MEASURED, INDICATED AND INFERRED RESOURCES**

The disclosure in this Annual Report, including the documents incorporated by reference herein, uses terms that comply with reporting standards in Canada and certain estimates are made in accordance with Canadian National Instrument 43-101 Standards of Disclosure for Mineral Projects ("NI 43-101"). NI 43-101 is a rule developed by the Canadian Securities Administrators that establishes standards for all public disclosure an issuer makes of scientific and technical information concerning mineral projects. Unless otherwise indicated, all resource estimates contained in or incorporated by reference in this Annual Report have been prepared in accordance with NI 43-101. These standards differ significantly from the requirements of the SEC, and resource information contained herein and incorporated by reference herein may not be comparable to similar information disclosed by U.S. companies.

004

There are no mineral reserves reported for the Escobal project. Mineral resources that are not mineral reserves do not have demonstrated economic viability. Certain documents incorporated by reference herein use the terms "probable mineral reserve" and "proven mineral reserve", as permitted under NI 43-101. For United States reporting purposes, SEC Industry Guide 7 (under the United States Securities Exchange Act of 1934 (the " **Exchange Act** ")), as interpreted by Staff of the SEC, applies different standards in order to classify mineralization as a reserve. As a result, the definitions of proven and probable reserves used in NI 43-101 differ from the definitions in the SEC Industry Guide 7. Under SEC standards, mineralization may not be classified as a "reserve" unless the determination has been made that the mineralization could be economically and legally produced or extracted at the time the reserve determination is made. Among other things, all necessary permits would be required to be in hand or issuance imminent in order to classify mineralized material as reserves under the SEC standards. Accordingly, mineral reserve estimates calculated in accordance with Canadian standards may not qualify as "reserves" under SEC standards.

In addition, this Annual Report uses the terms "measured mineral resource", "indicated mineral resource" and "inferred mineral resource" to comply with the reporting standards in Canada. The Company advises United States investors that while those terms are recognized and required by Canadian regulations, the SEC does not recognize them. United States investors are cautioned not to assume that any part or all of the mineral deposits in these categories will ever be converted into mineral reserves. These terms have a great amount of uncertainty as to their existence, and great uncertainty as to their economic and legal feasibility.

Further, "inferred mineral resources" have a great amount of uncertainty as to their existence and as to whether they can be mined legally or economically. Therefore, United States investors are also cautioned not to assume that all or any part of the inferred mineral resources exist. In accordance with Canadian rules, estimates of "inferred mineral resources" cannot form the basis of feasibility or other economic studies.

It cannot be assumed that all or any part of "measured mineral resources", "indicated mineral resources" or "inferred mineral resources" will ever be upgraded to a higher category. Investors are cautioned not to assume that any part of the reported "measured mineral resources", "indicated mineral resources" or "inferred mineral resources" in this Annual Report is economically or legally mineable.

In addition, disclosure of "contained ounces" is permitted disclosure under Canadian regulations; however, the SEC only permits issuers to report mineralization as in place tonnage and grade without reference to unit measures.

For the above reasons, information contained in this Annual Report and the documents incorporated by reference herein containing descriptions of our mineral deposits may not be comparable to similar information made public by U.S. companies subject to the reporting and disclosure requirements under the United States federal securities laws and the rules and regulations thereunder.

### NOTE TO UNITED STATES READERS REGARDING DIFFERENCES BETWEEN UNITED STATES AND CANADIAN REPORTING PRACTICES

The Company is permitted to prepare this Annual Report in accordance with Canadian disclosure requirements, which are different from those of the United States. The Company has historically prepared its consolidated financial statements in accordance with International Financial Reporting Standards, as issued by the International Accounting Standards Board, which differ in certain respects from United States generally accepted accounting principles (" **US GAAP** ") and from practices prescribed by the SEC. Therefore, the Company's financial statements incorporated by reference in this Annual Report may not be comparable to financial statements prepared in accordance with U.S. GAAP.

4

## DISCLOSURE CONTROLS AND PROCEDURES

**Disclosure Controls and Procedures**

Disclosure controls and procedures are defined in Rule 13a-15(e) and 15d-15(e) under the Exchange Act to mean controls and other procedures of an issuer that are designed to ensure that information required to be disclosed by the issuer in the reports that it files or submits under the Exchange Act is recorded, processed, summarized and reported, within the time periods specified in the SEC's rules and forms and includes. Disclosure controls and procedures include, without limitation, controls and procedures designed to ensure that such information is accumulated and communicated to the issuer's management, including its principal executive and principal financial officers, or persons performing similar functions, as appropriate to allow timely decisions regarding required disclosure.

**Management's Evaluation of Disclosure Controls and Procedures**

At the end of the period covered by this Annual Report on Form 40-F, being the fiscal year ended December 31, 2013, an evaluation was carried out under the supervision of and with the participation of the Company's management, including the Chief Executive Officer (" **CEO** ") and Chief Financial Officer (" **CFO** "), of the effectiveness of the design and operations of the Company's disclosure controls and procedures (as defined in Rule Rule 13a-15(e) and 15d-15(e) under the Exchange Act). Based on that evaluation the CEO and the CFO have concluded that, as of the end of the period covered by this Annual Report, the Company's disclosure controls and procedures were effective to give reasonable assurance that the information required to be disclosed by the Company in reports that it files or submits to the SEC under the Exchange Act is:

- recorded, processed, summarized and reported within the time periods specified in the SEC's rules and forms, and

- accumulated and communicated to our management, including our CEO and CFO, as appropriate, to allow timely decisions regarding required disclosure.

## INTERNAL CONTROL OVER FINANCIAL REPORTING

**Internal Control over Financial Reporting**

Internal control over financial reporting is defined in Rule 13a-15(f) and 15d-15(f) of the Exchange Act as a process designed by, or under the supervision of, the issuer's principal executive and principal financial officers and effected by the issuer's board of directors, management and other personnel, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles and includes those policies and procedures that:

- pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company;

- provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and

- provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use or disposition of the company's assets that may have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness of internal control over financial reporting to future periods are subject to risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

006

**Management's Report on Internal Control Over Financial Reporting**

Management is responsible for establishing and maintaining adequate internal control over financial reporting (as such term is defined in Rule 13a-15(f) of the Exchange Act) for the Company.

With the participation of the CEO and CFO, management carried out an evaluation of the Company's internal control over financial reporting as at December 31, 2013. In making this evaluation, the Company's management used the framework established in Internal Control-Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO). Based upon this evaluation, management concluded that the Company's internal control over financial reporting was effective as at December 31, 2013. A copy of management's report on the effectiveness of our internal controls is included with the Audited Annual Financial Statements for the year ended December 31, 2013, filed as Exhibit 99.2 and incorporated by reference herein.

The Company's independent registered public accounting firm, Deloitte LLP, has issued an attestation report on the effectiveness of our internal control over financial reporting as of December 31, 2013. For Deloitte LLP's report see the Audited Annual Financial Statements for the year ended December 31, 2013 filed as Exhibit 99.2 and incorporated by reference herein, under the heading "Report of Independent Registered Public Accounting Firm".

**Changes in Internal Control over Financial Reporting**

During the year ended December 31, 2013, there were no changes in the Company's internal control over financial reporting during the period covered by the report that have materially affected, or are reasonably likely to materially affect, the Company's internal control over financial reporting.

The Company's management, including the CEO and CFO, does not expect that its disclosure controls and procedures or internal controls and procedures will prevent all error and all fraud. A control system, no matter how well conceived and operated, can provide only reasonable, not absolute, assurance that the objectives of the control system are met. Further, the design of a control system must reflect the fact that there are resource constraints, and the benefits of controls must be considered relative to their costs. Because of the inherent limitations in all control systems, no evaluation of controls can provide absolute assurance that all control issues and instances of fraud, if any, within the Company have been detected. These inherent limitations include the realities that judgments in decision-making can be faulty, and that breakdowns can occur because of simple error or mistake. Additionally, controls can be circumvented by the individual acts of some persons, by collusion of two or more people, or by management override of the control. The design of any system of controls also is based in part upon certain assumptions about the likelihood of future events, and there can be no assurance that any design will succeed in achieving its stated goals under all potential future conditions; over time, control may become inadequate because of changes in conditions, or the degree of compliance with the policies or procedures may deteriorate. Because of the inherent limitations in a cost-effective control system, misstatements due to error or fraud may occur and not be detected.

**NOTICES PURSUANT TO REGULATION BTR**

The Company did not send any notices required by Rule 104 of Regulation BTR during the year ended December 31, 2013 concerning any equity security subject to a blackout period under Rule 101 of Regulation BTR.

**CORPORATE GOVERNANCE**

The Company is subject to corporate governance requirements prescribed under applicable Canadian securities laws, rule and policies. The Company is also subject to corporate governance requirements prescribed by the listing standards of the NYSE, and the rules and regulations promulgated by the SEC under the Exchange Act (including those applicable rules and regulations mandated by the Sarbanes-Oxley Act of 2002).

Section 303A.11 of the NYSE Listed Company Manual permits foreign private issuers to follow home country practices in lieu of certain provisions of the NYSE Listed Company Manual. Furthermore, the Company may from time-to-time seek relief from NYSE corporate governance requirements on specific transactions under Section 303A.11 of the NYSE Listed Company Manual.

A foreign private issuer that follows home country practices in lieu of certain provisions of the NYSE Listed Company Manual must disclose any significant ways in which its corporate governance practices differ from those followed by domestic companies either on its website or in the annual report that it distributes to shareholders in the United States. The Company believes that there are no significant differences between its corporate governance policies and those required to be followed by United States domestic issuers listed on the NYSE.

The Company's Board of Directors (the " **Board of Directors** ") is responsible for the Company's corporate governance policies and has separately designated the following committees, in addition to a Health, Safety, Environment and Community Committee:

- Compensation Committee, as required by Section 303A.05 of the NYSE Listed Company Manual,

- Governance and Nominating Committee, as required by Section 303A.04 of the NYSE Listed Company Manual, and

- Audit Committee, as required by Section 303A.06 of the NYSE Listed Company Manual

The Board of Directors has determined that all the members of the Compensation Committee, Governance and Nominating, and Audit Committees are independent, based on the criteria for independence currently prescribed by section 303A.02 of the NYSE Listed Company Manual, and, with reference to the Audit Committee, Rule 10A-3 of the Exchange Act.

## Compensation Committee

The Compensation Committee is comprised of three independent directors:

- Kenneth F. Williamson (Chair),

- Tanya M. Jakusconek, and

- Paul B. Sweeney.

The terms of reference for the Compensation Committee are available on the Company's website at www.tahoeresourcesinc.com.

## Governance and Nominating Committee

The Governance and Nominating Committee is comprised of three independent directors:

- Lorne B. Anderson (Chair),

- James S. Voorhees, and

- John P. Bell.

The terms of reference for the Governance and Nominating Committee are available on the Company's website at www.tahoeresourcesinc.com.

The Company is required by National Instrument 58-101 of the Canadian Securities Administrators, *Disclosure of Corporate Governance Practices* , to describe its practices and policies with regard to corporate governance in management information circulars that are furnished to the Company's shareholders in connection with annual meetings of shareholders.

## AUDIT COMMITTEE

## Composition of the Audit Committee

The Company's Board of Directors has a separately designated standing Audit Committee established in accordance with Section 3(a)(58)(A) of the Exchange Act and Section 303A.06 of the NYSE Listed Company Manual. The Company's Audit Committee is comprised of three directors that the Board of Directors have determined are independent as determined under each of Rule 10A-3 under the Exchange Act and Section 303A.02 of the NYSE Listed Company Manual:

7

008

- Paul B. Sweeney (Chair),
- Lorne B. Anderson, and
- Kenneth F. Williamson.

All three members of the Audit Committee are financially literate, meaning they are able to read and understand the Company's financial statements and to understand the breadth and level of complexity of the issues that can reasonably be expected to be raised by the Company's financial statements. The Audit Committee meets the composition requirements set forth by Section 303A.07 of NYSE Listed Company Manual.

**Audit Committee Charter**

The full text of the Charter for the Audit Committee is attached as Schedule A to the Company's annual information form, which is filed as Exhibit 99.1 to this Annual Report. The Charter of the Audit Committee is also available on the Company's website at www.tahoeresourcesinc.com.

**Audit Committee Financial Expert**

The Company's Board of Directors has determined that Paul B. Sweeney, is an audit committee financial expert (as that term is defined in Item 407 of Regulation S-K under the Exchange Act).

CODE OF BUSINESS CONDUCT AND ETHICS

**Adoption of Code of Ethics**

The Company has adopted a Code of Business Conduct and Ethics (the " **Code of Ethics** ") for all its directors, executive officers and employees. The Code of Ethics materially complies with Section 303A.10 of the NYSE Listed Company Manual. The Code of Ethics meets the requirements for a "code of ethics" within the meaning of that term in Form 40-F. The text of the Code of Ethics is posted on the Company's website at www.tahoeresourcesinc.com.

**Amendments or Waivers**

During the fiscal year ended December 31, 2013, the Company did not substantively amend, waive or implicitly waive any provision of the Code of Ethics with respect to any of the directors, executive officers or employees subject to it.

To the extent that the Company's board or a board committee determines to grant any waiver of the Code of Ethics for an executive officer or director, Section 303A.10 of the NYSE Listed Company Manual requires that the waiver must be disclosed to shareholders within four business days of such determination.

All amendments to the Code of Ethics, and all waivers of the Code of Ethics with respect to the Company's principal executive officer, principal financial officer or other persons performing similar functions, will be posted on the Company's website, submitted to the SEC on Form 6-K and provided in print to any shareholder that provides the Company with a written request addressed to the Company's [Corporate Secretary].

8

## PRINCIPAL ACCOUNTANT FEES AND SERVICES

**Principal Accountant Fees**

The following table shows the aggregate fees billed to the Company during the years ended December 31, 2013 and 2012 by Deloitte LLP and KPMG LLP, in their respective capacities as the Company's independent registered public accounting firm (Deloitte LLP having succeeded KPMG LLP as the Company's independent registered public accounting firm with effect from August 27, 2012):

| | Year Ended December 31 | |
| --- | --- | --- |
| | **2013** | **2012** |
| Audit Fees [1] | $ 563,500 | $ 190,000 |
| Audit Related Fees [2] | - | - |
| Tax Fees [3] | - | 130,438 |
| All Other Fees [4] | - | 106,057 |
| **Total** | **$ 563,500** | **$ 426,495** |

[1] Audit fees represent the aggregate fees billed for each of the last two fiscal years for professional services rendered by the principal accountant for the audit of the Company's annual financial statements and reviews of the Company's quarterly financial reporting, and other services that are normally provided by the accountant in connection with statutory and regulatory filings or engagements for those fiscal years.

[2] Audit related fees represent the aggregate fees billed in each of the last two fiscal years for assurance and related services by the principal accountant that are reasonably related to the performance of the audit or review of the Company's financial statements and are not reported under "Audit Fees" above. These audit-related services include accounting consultations on proposed and completed transactions, services performed in connection with the Company's listing on the NYSE.

[3] Tax fees represent the aggregate fees billed in each of the last two fiscal years for professional services rendered by the principal accountant for tax compliance, tax advice, and tax planning. These professional services included preparation of Canadian federal and provincial income tax returns, provision of advice on tax positions taken by the Company, and review of opinions relating to requests for rulings or technical advice from tax authorities.

[4] All other fees represent aggregate fees billed in each of the last two fiscal years for products and services provided by the principal accountant, other than the services reported above under Audit Fees, Audit Related Fees or Tax Fees. These services related to Canadian indirect tax issues, Directors, stock based compensation, company reorganization and transfer price management.

**Pre-Approval of Audit and Non-Audit Services Provided by Independent Registered Public Accounting Firm** The Audit Committee pre-approves all audit services to be provided to the Company by its independent registered public accounting firm. Non-audit services that are prohibited to be provided to the Company by its independent registered public accounting firm may not be pre-approved. In addition, prior to the granting of any pre-approval, the Audit Committee must be satisfied that the performance of the services in question will not compromise the independence of the independent registered public accounting firm. All non-audit services performed by the Company's independent registered public accounting firm for the fiscal year ended December 31, 2013 were pre-approved by the Audit Committee of the Company. No non-audit services were approved pursuant to the *de minimis* exemption to the pre-approval requirement.

010

## OFF-BALANCE SHEET ARRANGEMENTS

The Company has not entered into any "off-balance sheet arrangements", as defined in General Instruction B(11) to Form 40-F, that have or are reasonably likely to have a current or future effect on the Company's financial condition, changes in financial condition, revenues, expenses, results of operations, liquidity, capital expenditures or capital resources that are material to investors.

## CONTRACTUAL OBLIGATIONS

For a description of the contractual obligations of the Company, see "Commitments, Contingencies and Off-Balance Sheet Arrangements" on page [12] of the Company's management discussion and analysis for the year ended December 31, 2013 which is attached as Exhibit 99.3 to this annual report on Form 40-F and incorporated by reference herein.

## MINE SAFETY DISCLOSURE

Pursuant to Section 1503(a) of the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010 (" **Dodd-Frank Act** "), issuers that are operators, or that have a subsidiary that is an operator, of a coal or other mine in the United States are required to disclose in their periodic reports filed with the SEC information regarding specified health and safety violations, orders and citations, related assessments and legal actions, and mining-related fatalities under the regulation of the Federal Mine safety and Health Administration under the Federal Mine Safety and Health Act of 1977.

The Company did not have any mines in the United States during the fiscal year ended December 31, 2013.

## UNDERTAKING AND CONSENT TO SERVICE OF PROCESS

**Undertaking**

The Company undertakes to make available, in person or by telephone, representatives to respond to inquiries made by the Commission staff, and to furnish promptly, when requested to do so by the Commission staff, information relating to:

- the securities registered pursuant to Form 40-F;

- the securities in relation to which the obligation to file an annual report on Form 40-F arises; or

- transactions in said securities.

**Consent to Service of Process**

Concurrently with the filing of its Registration Statement on Form 40-F with the SEC on April 30, 2012, the Company filed an Appointment of Agent for Service of Process and Undertaking on Form F-X signed by the Company and its agent for service of process with respect to the class of securities in relation to which the obligation to file this Annual Report on Form 40-F arises.

Any change to the name or address of the Company's agent for service shall be communicated promptly to the Commission by amendment to Form F-X referencing the file number of the Company.

011

**SIGNATURES**

Pursuant to the requirements of the Exchange Act, the Company certifies that it meets all of the requirements for filing on Form 40-F and has duly caused this annual report to be signed on its behalf by the undersigned, thereto duly authorized.

Date: March 13, 2014                               **TAHOE RESOURCES INC.**


                                          By:    */s/ Kevin McArthur*
                                                 **Kevin McArthur**
                                                 **President, Chief Executive Officer and Director**


                                          11

012

**EXHIBIT INDEX**

| Exhibit Number | Exhibit Description |
|---|---|
| **Principal Documents** | |
| 99.1 | Annual Information Form of the Company for the year ended December 31, 2013 |
| 99.2 | Audited financial statements of the Company and the notes thereto for the fiscal year ended December 31, 2013 and 2012 together with the reports of the independent registered public accounting firm thereon |
| 99.3 | Management Discussion and Analysis of the Company for the year ended December 31, 2013 |
| **Certifications** | |
| 99.4 | Certification of Chief Executive Officer pursuant to Rule 13a-14(a) of the Exchange Act |
| 99.5 | Certification of Chief Financial Officer pursuant to Rule 13a-14(a) of the Exchange Act |
| 99.6 | Certification of Chief Executive Officer pursuant to Rule 13a-14(b) of the Exchange Act and 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |
| 99.7 | Certification of Chief Financial Officer pursuant to Rule 13a-14(b) of the Exchange Act and 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |
| **Consents** | |
| 99.8 | Consent of Deloitte LLP, the Company's Independent Registered Public Accounting Firm |
| 99.9 | Consent of Conrad Huss, P.E., dated March 13, 2014 |
| 99.10 | Consent of Daniel Roth, P.E., dated March 13, 2014 |
| 99.11 | Consent of Thomas L. Drielick, P.E., dated March 13, 2014 |
| 99.12 | Consent of Paul Tietz, C.P.G., dated March 13, 2014 |
| 99.13 | Consent of Richard K. Zimmerman, SME RM, dated March 13, 2014 |
| 99.14 | Press Release dated March 13, 2014 |
| 99.15 | Certification Of Annual Filings |
| 99.16 | Certification Of Annual Filings |

013



# ANNUAL INFORMATION FORM

For the year ended December 31, 2013

Dated March 12, 2014

014



# TABLE OF CONTENTS

| | **Page** |
|---|---|
| **INTERPRETATION AND OTHER INFORMATION** | **1** |
| Definitions | 1 |
| GLOSSARY OF TECHNICAL TERMS | 3 |
| Currency Information | 5 |
| Forward-Looking Statements | 5 |
| Disclosure Standards | 6 |
| **CORPORATE STRUCTURE** | **7** |
| Incorporation and Offices | 7 |
| **GENERAL DEVELOPMENT OF OUR BUSINESS** | **7** |
| Development of Our Business | 7 |
| Intercorporate Relationships | 8 |
| The Transaction Agreement and Shareholders' Agreement | 8 |
| **DESCRIPTION OF OUR BUSINESS** | **9** |
| Overview of Our Business and Strategy | 9 |
| The Silver Industry | 9 |
| Product | 10 |
| Specialized Skill and Knowledge | 10 |
| Employees | 11 |
| Foreign Operations | 11 |
| Competitive Conditions | 11 |
| Cycles | 11 |
| Environmental AND Social Activities | 11 |
| Doing Business In Guatemala | 14 |
| Risk Factors | 16 |
| The Escobal mine | 24 |
| **DIVIDENDS AND DISTRIBUTIONS** | **32** |
| **DESCRIPTION OF CAPITAL STRUCTURE** | **32** |
| **MARKET FOR SECURITIES** | **33** |
| Trading History on the NYSE | 33 |
| Trading History on the TSX | 33 |
| **PRIOR SALES** | **34** |
| **DIRECTORS AND EXECUTIVE OFFICERS** | **34** |
| Directors and Executive Officers | 34 |
| Cease Trade Orders, Bankruptcies, Penalties or Sanctions | 37 |
| Conflicts of Interest | 37 |
| **INTEREST OF MANAGEMENT AND OTHERS IN MATERIAL TRANSACTIONS** | **37** |
| **TRANSFER AGENTS AND REGISTRAR** | **37** |
| **MATERIAL CONTRACTS** | **38** |
| **INTERESTS OF EXPERTS** | **38** |

015

| **SELECTED CONSOLIDATED FINANCIAL INFORMATION** | **38** |
| **ADDITIONAL CORPORATE AND FINANCIAL INFORMATION** | **38** |
| **INFORMATION CONCERNING THE COMPANY'S AUDIT COMMITTEE AND EXTERNAL AUDITOR** | **38** |
| The Audit Committee's Duties and Charter | 38 |
| Composition of the Audit Committee | 39 |
| Relevant Education and Experience | 39 |
| Pre-Approval Policies and Procedures | 39 |
| External Auditor Service Fees | 40 |
| **APPENDIX A – TAHOE RESOURCES** | **41** |
| THIRD Amended Audit Committee Charter | 41 |

 Tahoe Resources Inc.

## INTERPRETATION AND OTHER INFORMATION

**DEFINITIONS**

In this Annual Information Form, the following words and phrases have the following meanings unless the context otherwise requires:

" **Acquisition** " means the acquisition by the Company of the Escobal mine Assets in accordance with the terms and conditions of the Transaction Agreement;

" **Audit Committee** " means the Audit Committee of the Board;

" **Award** " means an award of Deferred Shares or Restricted Shares under the Share Option and Share Incentive Plan;

" **BCA** " means the *Business Corporations Act* (British Columbia), as amended, including all regulations promulgated thereunder;

" **Board** " means the board of directors of the Company;

" **Compensation Committee** " means the Compensation Committee of the Board;

" **Company** " means Tahoe Resources Inc. together with, unless the context indicates otherwise, all of its subsidiaries;

" **Deferred Shares** " means Shares subject to Awards that will be issued upon the passage of time, continued employment of the recipient by the Company or upon such other terms and conditions as the Compensation Committee of the Company may determine in its discretion;

" **Entre Mares** " means Entre Mares de Guatemala, S.A., a corporation wholly-owned by the Vendors;

" **ERHL** " means Escobal Resources Holdings Limited, a company incorporated under the laws of Barbados which is owned by the Company;

" **Escobal mine** " means the mineral exploration project comprised of the Escobal mine Assets;

" **Escobal mine Assets** " means those assets exclusively used in or related to the Escobal mine, including, among other things, mining licenses and interests, surface rights, permits and real property, equipment and supplies, all pits, shafts, and other underground workings, and all buildings, plants and other structures, fixtures and improvements that exist in or on the real property, the technical data and correspondence in the possession of Entre Mares in respect of the real property and the mining licenses and interests including all drill core, samples, reports, drill logs and digital data files, whether or not located on the real property and certain agreements which pertain to the Escobal mine, as more particularly defined in the Transaction Agreement;

" **Escobal Preliminary Economic Assessment** " or **"May 2012 Escobal PEA"** means the independent technical report entitled "NI 43-101 Preliminary Economic Assessment – Escobal Guatemala Project" issued on July 24, 2013 and dated effective May 7, 2012 prepared under the guidance of Mr. Conrad Huss, P.E., of M3 Engineering & Technology Corporation (M3), together with Mr. Daniel Roth, P.E., of M3, Mr. Thomas L. Drielick, P.E., of M3, Mr. Richard K. Zimmerman, SME RM and Mr. Paul Tietz, C.P.G., of Mine Development Associates (MDA), an independent mining consulting firm, all Qualified Persons under NI 43-101.

017

" **Escobal Vein** " means the zone of mineralization on the Oasis concession that contains the Mineral Resources for the Escobal mine;

" **GHBL** " means Goldcorp Holdings (Barbados) Ltd., a Barbados company that is an indirect wholly-owned subsidiary of Goldcorp;

" **GHL** " means Guatemala Holdings Ltd., a Cayman Islands company that is an indirect wholly-owned subsidiary of Goldcorp;

" **Goldcorp** " means Goldcorp Inc., a Canadian public company and where the context requires, includes affiliates of Goldcorp Inc.;

" **MARN** " means the Ministry of Environment and Natural Resources of Guatemala;

" **MDA** " means Mine Development Associates, an independent mining consulting firm;

" **MEM** " means the Ministry of Energy and Mines of Guatemala;

" **M3** " means M3 Engineering & Technology Corporation, an independent mining consulting firm;

**"Minera San Rafael"** or **"MSR"** means Minera San Rafael, S.A., a Guatemala corporation that is owned by ERHL and Tahoe Swiss AG, a Swiss corporation that is owned by the Company.

" **NI 43-101** " means National Instrument 43-101 – Standards of Disclosure for Mineral Projects;

" **Oasis License** " means the exploration license on which the Escobal Vein is located;

" **Persons** " includes an individual, partnership, association, body corporate, trustee, executor, administrator or legal representative;

" **Restricted Shares** " means Shares subject to Awards that are issued but which will only be delivered to the holder of the Award upon the passage of time, continued employment of the holder by the Company or upon such other terms and conditions as the Compensation Committee of the Company may determine in its discretion;

" **SEC** " means the Securities and Exchange Commission of the United States of America;

" **SEDAR** " means the System for Electronic Document Analysis and Retrieval, accessible through the internet at www.sedar.com;

" **Shares** " means common shares without par value of the Company;

" **Shareholders' Agreement** " means the amended and restated shareholders' agreement dated as of October 12, 2010, entered into between the Company and Goldcorp pursuant to the terms of the Transaction Agreement;

" **Share Option and Incentive Share Plan** " means the Company's Share Option and Incentive Share Plan;

" **Transaction Agreement** " means the definitive purchase and sale agreement made as of May 3, 2010, as amended on October 12, 2010, among the Company and the Vendors relating to the acquisition by the Company of the Escobal mine Assets and including any amending agreement or instrument supplementary or auxiliary thereto;

" **TSX** " means the Toronto Stock Exchange; and

" **Vendors** " means GHBL and GHL.

 Tahoe Resources Inc.

018

## GLOSSARY OF TECHNICAL TERMS

| | |
|---|---|
| **Ag:** | Silver. |
| **Au:** | Gold. |
| **Contained Ounces:** | The ounces of metal in resources or reserves obtained by multiplying tonnage by grade. |
| **Cut off Grade:** | The grade below which mineralized material will be considered waste rather than ore. |
| **g/tonne or g/t:** | Grams per metric tonne; 31.103 grams is equal to one troy ounce. |
| **Development:** | The preparation of a known commercially mineable deposit for mining. |
| **Indicated Mineral Resource** [1] **:** | That part of a Mineral Resource for which quantity, grade or quality, densities, shape and physical characteristics can be estimated with confidence sufficient to allow the appropriate application of technical and economic parameters, to support mine planning and evaluation of the economic viability of the deposit. The estimate is based on detailed and reliable exploration and testing information gathered through appropriate techniques from locations such as outcrops, trenches, pits, workings and drill holes that are spaced closely enough for geological and grade continuity to be reasonably assumed. |
| **Inferred Mineral Resource** [1] **:** | That part of a Mineral Resource for which quantity and grade or quality can be estimated on the basis of geological evidence and limited sampling and reasonably assumed, but not verified, geological and grade continuity. The estimate is based on limited information and sampling gathered through appropriate techniques from locations such as outcrops, trenches, pits, workings and drill holes. |
| **IRR:** | Internal Rate of Return. |
| **km:** | Kilometre. |
| **km** $^2$ **:** | Square Kilometre. |
| **Measured Mineral Resource** [1] **:** | That part of a Mineral Resource for which quantity, grade or quality, densities, shape and physical characteristics are so well established that they can be estimated with confidence sufficient to allow the appropriate application of technical and economic parameters, to support production planning and evaluation of the economic viability of the deposit. The estimate is based on detailed and reliable exploration, sampling and testing information gathered through appropriate techniques from locations such as outcrops, trenches, pits, workings and drill holes that are spaced closely enough to confirm both geological and grade continuity. |
| **tpd** | Metric tonnes per day |

Annual Information Form for the Year Ended December 31, 2013    3

019

| | |
|---|---|
| **Mineral Resource:** | A concentration or occurrence of diamonds, natural solid inorganic material, or natural solid fossilized organic material including base and precious metals, coal, and industrial minerals in or on the Earth's crust in such form and quantity and of such a grade or quality that it has reasonable prospects for economic extraction. The location, quantity, grade, geological characteristics and continuity of a Mineral Resource are known, estimated or interpreted from specific geological evidence and knowledge. Mineral Resources are sub-divided, in order of increasing geological confidence, into Inferred, Indicated and Measured categories. |
| **Mineralized:** | Mineral bearing; the metallic minerals may have been either a part of the original rock unit or injected at a later time. |
| **NPV:** | Net Present Value. |
| **NSR or Net Smelter Return:** | Gross sales proceeds received from the sale of production obtained from a property, less the costs of insurance, smelting, refining (if applicable) and the cost of transportation of production from the mine or mill to the point of sale. For the purposes of taxes and royalties in Guatemala the cost of transportation is not deducted. |
| **Ore:** | A metal or mineral or a combination of these of sufficient value as to quality and quantity to enable it to be mined and processed at a profit. |
| **oz/t:** | Troy ounces of metal per short ton of material. One oz/t is equivalent to 31.103 grams per ton or 34.286 grams per tonne. |
| **Pb:** | Lead. |
| **ppm:** | Parts per million. |
| **Probable Mineral Reserve [1]** | The economically mineable part of an Indicated and in some circumstances a Measured Mineral Resource demonstrated by at least a preliminary feasibility study. This study must include adequate information on mining, processing, metallurgical, economic, and other relevant factors that demonstrate, at the time of reporting, that economic extraction can be justified. |
| **Proven Mineral Reserve [1]** | The economically mineable part of a Measured Mineral Resource demonstrated by at least a preliminary feasibility study. This study must include adequate information on mining, processing, metallurgical, economic, and other relevant factors that demonstrate, at the time of reporting, that economic extraction is justified. |
| **QA/QC:** | Quality Assurance/Quality Control. |
| **Recovery Rate:** | The percentage of metals or minerals which are recovered from ore during processing. |
| **Reserves:** | Combined Proven and Probable Mineral Reserves. |
| **Zn:** | Zinc. |

(1)   The definitions of Proven and Probable Mineral Reserves, and Measured, Indicated and Inferred Mineral Resources are set forth in NI 43-101 of the Canadian Securities Administrators which establishes standards for all public disclosure an issuer makes of scientific and technical information concerning mineral projects. A reader in the United States should be aware that the definition standards enunciated in NI 43-101 differ significantly from those set forth in SEC Industry Guide 7, and resource information disclosed pursuant to NI 43-101 may not be comparable to similar information disclosed by U.S. companies. See "Disclosure Standards" for more information.

 Tahoe Resources Inc.

## CURRENCY INFORMATION

All currency amounts in this Annual Information Form are expressed in United States dollars, unless otherwise noted. The following table reflects the low and high rates of exchange for one United States dollar, expressed in Canadian dollars, during the periods noted, the rates of exchange at the end of such periods and the average rates of exchange during such periods, based on the Bank of Canada noon spot rate of exchange.

| | Two Months Ended | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | Feb. 28, 2014 (Cdn$) | 2013 (Cdn$) | 2012 (Cdn$) | 2011 (Cdn$) | 2010 (Cdn$) | 2009 (Cdn$) |
| Low for the period | $1.0614 | $0.9839 | $0.9710 | $0.9449 | $0.9946 | $1.0292 |
| High for the period | 1.1171 | 1.0697 | 1.0418 | 1.0604 | 1.0848 | 1.3000 |
| Rate at the end of the period | 1.1075 | 1.0636 | 1.0051 | 0.9833 | 1.0054 | 0.9555 |
| Average noon spot rate for the period | 1.0994 | 1.0299 | 0.9996 | 0.9891 | 1.0299 | 1.1420 |

On March 12, 2014, the Bank of Canada noon spot rate of exchange was $1.00 - Cdn$1.1132.

## FORWARD-LOOKING STATEMENTS

This Annual Information Form ("AIF") contains "forward-looking information" within the meaning of applicable Canadian securities legislation and "forward looking statements" within the meaning of Unites States Private Securities Litigation Reform Act of 1995 (collectively referred to as "forward-looking information"). Wherever possible, words such as "plans", "expects", or "does not expect", "budget", "scheduled", "estimates", "forecasts", "anticipate" or "does not anticipate", "believe", "intend" and similar expressions or statements that certain actions, events or results "may", "could", "would", "might" or "will" be taken, occur or be achieved, have been used to identify forward-looking information.

Forward-looking information in this AIF may include, but is not limited to: statements relating to changes in Guatemalan mining laws and regulations; information with respect to our future financial and operating performance and that of our subsidiaries; the estimation of Mineral Resources and our realization of mineral resource estimates; our statements relating to the assessment of mineralization such mineralization warranting further drilling of the property; our plan to pursue the exploration, permitting, engineering and development of the Escobal project and to expand its resource base; our mine development plan; costs, including projected operating costs, and timing of further development of the Escobal project, including the resumption of work on and the completion of the power line, the work required to optimize the paste backfill and tailings filter plants, sustaining commercial production, achieving production in excess of 3500 metric tons per day and in particular statements relating to project costs, economics, production and timing for the 4500 metric tons per day scenario; completion of a feasibility study in the third quarter of 2014; implementation of our comprehensive Environmental Impact Management Program; our expectations with respect to reclamation obligations; the acquisition of additional mineral resource interests in the Americas; future exploration and development activities, and the costs and timing of those activities; timing and receipt of approvals, consents and permits under applicable legislation including the expected timeline for receiving the exploitation permit for the Escobal project and permits for other mining property concessions; results of future exploration and drilling; metals prices; and adequacy of financial resources.

021

Forward-looking information is based on the reasonable assumptions, estimates, analysis and opinions of management made in light of its experience and its perception of trends, current conditions and expected developments, as well as other factors that management believes to be relevant and reasonable in the circumstances at the date that such statements are made, but which may prove to be incorrect. We believe that the assumptions and expectations reflected in such forward-looking information are reasonable. Assumptions have been made regarding, among other things: our ability to carry on exploration and development activities; the timely receipt of required approvals; the price of silver and other metals; our ability to operates in a safe, efficient and effective manner; and our ability to obtain financing as and when required and on reasonable terms. Readers are cautioned that the foregoing list is not exhaustive of all factors and assumptions which may have been used.

Forward-looking information is subject to known and unknown risks, uncertainties and other factors that may cause actual results to be materially different from those expressed or implied by such forward-looking information, including risks associated with our dependence on the Escobal project and our limited operating and production history, risks associated with the fluctuation of the price of silver and other metals, the risk of civil unrest and political instability in Guatemala, the risk that permits to maintain and expand the Escobal project cannot be obtained, risks associated with the availability of additional funding as and when required, exploration and development risks, permitting and licensing risks, uncertainty in the estimation of mineral resources, geologic, hydrological, and geotechnical risks, infrastructure risks, inflation risks, governmental regulation risks, security risks including those along the concentrate transport route, environmental risks and hazards, insurance and uninsured risks, land title risks, risks associated with competition, risks associated with currency fluctuations, labour and employment risks, risks associated with dependence on key management personnel and executives, legislative, judicial and litigation risks, the risk that dividends may never be declared, risks associated with the repatriation of earnings, risks of continued negative operating cash flow, risks associated with the Company's hedging policies, risks associated with the interests of certain directors in other mining projects, risks associated with dilution, risks associated with stock exchange prices and risks associated with effecting service of process and enforcing judgments.

This forward-looking information is based on the reasonable beliefs, expectations and opinions of management on the date of this AIF. Although we have attempted to identify important factors that could cause actual results to differ materially from those contained in forward-looking information, there may be other factors that cause results not to be as anticipated, estimated or intended. There is no assurance that such information will prove to be accurate, as actual results and future events could differ materially from those anticipated in such information. Accordingly, readers should not place undue reliance on forward-looking information. We do not undertake to update any forward-looking information, except as, and to the extent required by, applicable securities laws.

*Cautionary Note to U.S. Investors Concerning Estimates of Measured and Indicated and Inferred Resources:* There are no Mineral Reserves reported for the Escobal mine. Mineral Resources that are not Mineral Reserves do not have demonstrated economic viability. This section uses the terms Measured and Indicated Mineral Resources. We advise U.S. investors that while those terms are recognized and required by Canadian regulations, the U.S. Securities and Exchange Commission does not recognize them. U.S. investors are cautioned not to assume that any part or all of mineral deposits in these categories will ever be converted into Reserves. This section also uses the term Inferred Mineral Resources. We advise U.S. investors that while this term is recognized and required by Canadian regulations, the U.S. Securities and Exchange Commission does not recognize it. Inferred Mineral Resources have a great amount of uncertainty as to their existence, and great uncertainty as to their economic and legal feasibility. It cannot be assumed that all or any part of an Inferred Mineral Resource will ever be upgraded to a higher category. Under Canadian rules, estimates of Inferred Mineral Resources may not form the basis of feasibility or pre-feasibility studies, except in rare cases. U.S. investors are cautioned not to assume that part or all of an Inferred Mineral Resource exists, or is economically or legally mineable.

 Tahoe Resources Inc.

## DISCLOSURE STANDARDS

The disclosure in this AIF uses terms that comply with reporting standards in Canada and certain estimates are made in accordance with Canadian National Instrument 43-101 *Standards of Disclosure for Mineral Projects* ("NI 43-101"). NI 43-101 is a rule developed by the Canadian Securities Administrators that establishes standards for all public disclosure an issuer makes of scientific and technical information concerning mineral projects. Unless otherwise indicated, all resource estimates contained in or incorporated by reference in this AIF have been prepared in accordance with NI 43-101. These standards differ significantly from the requirements of the SEC, and resource information contained herein and incorporated by reference herein may not be comparable to similar information disclosed by U.S. companies.

There are no mineral reserves reported for the Escobal project. Mineral resources that are not mineral reserves do not have demonstrated economic viability. Certain documents incorporated by reference herein use the terms "probable mineral reserve" and "proven mineral reserve", as permitted under NI 43-101. For United States reporting purposes, SEC Industry Guide 7 (under the United States Securities Exchange Act of 1934 (the "Exchange Act")), as interpreted by Staff of the SEC, applies different standards in order to classify mineralization as a reserve. As a result, the definitions of proven and probable reserves used in NI 43-101 differ from the definitions in the SEC Industry Guide 7. Under SEC standards, mineralization may not be classified as a "reserve" unless the determination has been made that the mineralization could be economically and legally produced or extracted at the time the reserve determination is made. Among other things, all necessary permits would be required to be in hand or issuance imminent in order to classify mineralized material as reserves under the SEC standards. Accordingly, mineral reserve estimates calculated in accordance with Canadian standards may not qualify as "reserves" under SEC standards.

In addition, this AIF uses the terms "measured mineral resource", "indicated mineral resource" and "inferred mineral resource" to comply with the reporting standards in Canada. The Company advises United States investors that while those terms are recognized and required by Canadian regulations, the SEC does not recognize them. United States investors are cautioned not to assume that any part or all of the mineral deposits in these categories will ever be converted into mineral reserves. These terms have a great amount of uncertainty as to their existence, and great uncertainty as to their economic and legal feasibility.

Further, "inferred mineral resources" have a great amount of uncertainty as to their existence and as to whether they can be mined legally or economically. Therefore, United States investors are also cautioned not to assume that all or any part of the inferred mineral resources exist. In accordance with Canadian rules, estimates of "inferred mineral resources" cannot form the basis of feasibility or other economic studies.

It cannot be assumed that all or any part of "measured mineral resources", "indicated mineral resources" or "inferred mineral resources" will ever be upgraded to a higher category. Investors are cautioned not to assume that any part of the reported "measured mineral resources", "indicated mineral resources" or "inferred mineral resources" in this AIF is economically or legally mineable.

In addition, disclosure of "contained ounces" is permitted disclosure under Canadian regulations; however, the SEC only permits issuers to report mineralization as in place tonnage and grade without reference to unit measures.

023

For the above reasons, information concerning descriptions of Mineralization and Mineral Resources contained in this AIF may not be comparable to information made public by U.S. companies subject to the reporting and disclosure requirements of the SEC.

# CORPORATE STRUCTURE

## INCORPORATION AND OFFICES

We were incorporated under the BCA on November 10, 2009 under the name "CKM Resources Inc." Our name was changed to "Tahoe Resources Inc." on January 13, 2010. Our head office is located at 5310 Kietzke Lane, Suite 200, Reno, Nevada, United States 89511. Our registered and records office is located at 1500 – 1055 West Georgia Street, Vancouver, British Columbia, Canada, V6E 4N7.

We currently have four wholly-owned subsidiaries: Tahoe Resources USA Inc., a company incorporated under the laws of Nevada on February 2, 2010, Tahoe Swiss A.G., a company incorporated under the laws of Switzerland on May 20, 2010, Escobal Resources Holdings Limited, a company incorporated under the laws of Barbados on March 16, 2010, and Minera San Rafael, S.A., a company incorporated under the laws of Guatemala on April 5, 2010.

In this Annual Information Form, unless the context indicates otherwise, the term the "Company" refers to the Company together with all of its subsidiaries.

# GENERAL DEVELOPMENT OF OUR BUSINESS

## DEVELOPMENT OF OUR BUSINESS

Since our incorporation in November of 2009, we have completed an initial public offering of our Shares, listed our Shares on the TSX, acquired the Escobal mine Assets in Guatemala, completed an offering of our Shares under a short form prospectus filed in all provinces of Canada, commenced exploration and development activities of the Escobal mine, completed Escobal Preliminary Economic Assessment ("PEA") Reports in November 2010 and May 2012, received approval of our Escobal Environmental Impact Statement from Guatemala's Ministry of Environment, listed our Shares on the New York Stock Exchange in May 2012, obtained the final exploitation license for the Escobal mine in April 2013, completed construction and commissioning of all major mine and plant components and declared commercial production in January 2014.

The initial public offering of 58,000,000 Shares at a price of Cdn$6.00 each for gross proceeds of Cdn$348 million was completed on June 8, 2010, the day of listing our Shares on the TSX. At that time, an additional 47,766,000 Shares were paid to the vendor company as part of the acquisition cost for the Escobal mine. On June 17, 2010, we issued a further 5,800,000 Shares at a price of Cdn$6.00 per Share, pursuant to the exercise of the over-allotment option in connection with our initial public offering, for additional gross proceeds of Cdn$34.8 million.

We acquired the Escobal mine Assets on June 8, 2010 pursuant to the terms of the Transaction Agreement, which was negotiated at arm's length. The Acquisition was completed contemporaneously with the closing of our initial public offering. The Escobal mine Assets were held by San Rafael, a Guatemala corporation, owned by GHL and ERHL. In turn, ERHL was owned by the Vendors. On June 8, 2010 and pursuant to the Acquisition, we acquired from the Vendors all of the issued and outstanding shares of ERHL and the shares of San Rafael held by GHL. Subsequent to the Acquisition, the Vendors transferred their Shares to Goldcorp and Goldcorp and the Company entered into the Shareholders' Agreement.

 Tahoe Resources Inc.

On December 23, 2010 the sale of 24,959,692 Shares at a price of Cdn$14.10 each for gross proceeds of Cdn$351,931,657 was completed through a short form prospectus filed in each of the provinces of Canada and by private placement outside of Canada.

The Company entered into and drew down a $50 million credit facility on June 4, 2013 with a major international lender. The credit facility bears interest at a rate per annum of the US$ LIBOR plus a margin of 6%. The proceeds have provided additional working capital and supported general corporate purposes during mine and mill commissioning.

The Company expanded its existing credit facility and drew an additional $25 million on January 2, 2014. The expanded portion of the credit facility bears interest at a rate per annum of the US$ London Interbank Offered Rate ("LIBOR") plus a margin of 7.25%. The additional funds will ensure adequate working capital until full production is achieved, provide capital for the 4500 tpd expansion project which was approved by the Board in May 2012, and support general corporate purposes.

The credit facility is secured by substantially all of the assets of the Company and its subsidiaries: Tahoe Swiss AG, Escobal Resources Holding Limited and Minera San Rafael, S.A. Both facilities will mature on September 3, 2014.

## INTERCORPORATE RELATIONSHIPS

Our corporate structure is as follows:



## THE TRANSACTION AGREEMENT AND SHAREHOLDERS' AGREEMENT

The significant terms of the Transaction Agreement and the Shareholders' Agreement entered into in connection with the Acquisition are:

Annual Information Form for the Year Ended December 31, 2013     9

025

- The purchase price (the "Purchase Price") of approximately $500 million was satisfied by the payment of $224,570,000 in cash and the issuance to the Vendors of 47,766,000 Shares and the payment of a success fee consisting of $2.2 million in cash and the issuance of 364,304 Shares.

- Goldcorp is entitled to have three nominees appointed to the Company's Board. Goldcorp's current nominees on the Company's Board are A. Dan Rovig, Kenneth F. Williamson and John P. Bell (see "Directors and Executive Officers"), and so long as Goldcorp and its affiliates hold 20% or more of the issued Shares, Goldcorp will have the right to nominate three individuals as directors of the Company at each meeting of shareholders at which directors are to be elected. The number of individuals Goldcorp and its affiliates are entitled to nominate as directors is subject to adjustment for changes in the size of the Company's Board.

- The Company had a 20 kilometre area of interest for its benefit around the Escobal mine until June 8, 2013 and Goldcorp and its affiliates had an area of interest for their benefit varying from 20 to 50 kilometres around certain of their projects until June 8, 2013.

- As long as Goldcorp and its affiliates hold at least 20% of the issued Shares, Goldcorp and its affiliates have a right to maintain their percentage interest in the issued Shares by participating in the issuance of additional Shares for cash or cash equivalents. If Shares are issued on a non-cash transaction, Goldcorp may maintain its percentage interest in the issued Shares through the next issue of Shares for cash or cash equivalents to be undertaken by the Company.

- Until the first to occur of (i) Goldcorp and its affiliates cumulatively ceasing to beneficially own at least 20% of the issued Shares, (ii) June 8, 2015 or (iii) C. Kevin McArthur ceasing to be the Chief Executive Officer of the Company, Goldcorp is subject to standstill provisions in respect of the Company and its securities, subject to exceptions that relate to a change of control of the Company and, provided that the Company has allowed Goldcorp to nominate three persons to be directors of the Company (subject to adjustment in such number, as described above), Goldcorp will not vote its Shares at meetings of shareholders in favour of any nominee directors who are not nominated by the Board.

- So long as Goldcorp and its affiliates hold at least 20% of the issued Shares, the Company has a right to designate a purchaser for any Shares which Goldcorp wishes to sell, where such Shares to be sold represent 5% or more of the issued Shares.

## DESCRIPTION OF OUR BUSINESS

### OVERVIEW OF OUR BUSINESS AND STRATEGY

Tahoe's strategy is to responsibly operate the Escobal mine to world standards, to pay significant shareholder dividends and to develop high quality precious metals assets in the Americas. Our principal objectives at this time are to optimize Escobal operations and to continue expanding the Mineral Resource base through exploration and development of the Escobal Vein and other veins identified in the region.

We will continue to identify, investigate and, where appropriate, acquire interests in mineral properties in the Americas through direct application to government authorities, joint venture activities or acquisition from existing holders. As part of this process, we will undertake early-stage exploration activities to ensure an orderly and steady development of exploration targets.

 Tahoe Resources Inc.

026

**Figure 1 – Escobal mine Location Map**



## THE SILVER INDUSTRY

Demand for silver is based on investment demand, industrial and decorative uses, photography, jewelry and silverware. Together, these categories represent more than 90% of annual silver consumption.

Silver has a number of uniqueproperties including its strength, malleability and ductility, its electrical and thermal conductivity, its sensitivity to andhigh reflectance of light, and the ability to endure extreme temperature ranges. Silver's uniqueproperties restrict its substitution inmost applications.

Silver prices will have a direct impact on our business. Declining prices can, for example, impact operations by requiring a re-assessment of the feasibility of a particular project. See "Description of Our Business – Risk Factors – Risks Relating to the Company's Business". A chart indicating silver prices since January 1, 1999, is set out below. As of March 12, 2014, the London Fix price of silver was US$20.97.

027



**Historical Silver Price**

Source: Bloomberg

## PRODUCT

The Company produces metal-bearing concentrates. Silver, gold, lead and zinc are recovered by flotation, producing silver-rich concentrates which are sold to third-party smelters under concentrate sales arrangements. The first containers of bagged concentrate were shipped to smelters in mid-October. Concentrate shipped and sold during the fourth quarter of 2013 totalled 2,723 dry metric tonnes.

## SPECIALIZED SKILL AND KNOWLEDGE

Most aspects of our business require specialized skills and knowledge in the areas of geology, engineering, exploration and development, environmental management, corporate social responsibility and accounting. We have a number of employees with extensive experience in mining, engineering, geology, exploration and development in Guatemala, including C. Kevin McArthur, Vice Chair and Chief Executive Officer, Ronald W. Clayton, President and Chief Operating Officer, Brian Brodsky, Vice President Exploration, Charlie Muerhoff, Vice President Technical Services and Don Gray, Vice President Operations.

Mr. McArthur is an experienced mining engineer with over 30 years of engineering, mine building and mine operations experience, including over 8 years in the role of President and Chief Executive Officer of Glamis Gold Ltd. ("Glamis") and two years in th he role of President and Chief Executive Officer of Goldcorp. Mr. Brodsky was Goldcorp's Exploration Manager for Central America. Mr. Clayton was Senior Vice President, Operations, for Hecla Mining Company before joining the Company. He and Don Gray have many years of underground silver mining experience, including significant Latin American operating experience. Mr. Muerhoffis a Qualified Person as defined by National Instrument 43-101 and has worked in the mining industry for over 24 years.

 Tahoe Resources Inc.

028

## EMPLOYEES

As at the date of this AIF, we employ 27 employees at our office in Reno, Nevada and approximately 840 employees in Guatemala.

## FOREIGN OPERATIONS

The Escobal mine is located in Guatemala, and as such is exposed to various levels of political, economic and other risks and uncertainties associated with operating in a foreign jurisdiction. See "Description of Our Business – Risk Factors – Risks Relating to the Company's Business" – "Operations in Guatemala", "– Obtaining and Renewing Licenses and Permits", "– Title to Assets" and "– Governmental Regulation".

## COMPETITIVE CONDITIONS

We compete with other entities in the search for and acquisition of mineral properties. As a result of this competition, we may be unable to acquire attractive properties in the future on terms we consider acceptable. We also compete for financing with other resource companies. There is no assurance that additional capital or other types of financing will be available to us if needed, or that, if available, the terms of such financing will be favourable to us. See "Description of Our Business – Risk Factors – Risks Relating to the Company's Business", "Competition for New Properties" and "– Financing Requirements".

## CYCLES

We are a producer of silver. See "Description of Our Business – The Silver Industry" for details of the demand for silver and the market price for silver.

## ENVIRONMENTAL AND SOCIAL ACTIVITIES

The Company is committed to conducting business honestly and ethically everywhere we operate. We aspire to deliver long term shareholder value through sustainable economic and social development in the communities where we work. We strive to minimize the environmental effects of our operations, to provide a safe and healthy workplace for all our employees and contractors and to promote sustainable businesses and social programs in the communities where we operate.

### Environment

We recognize that all development comes with some impacts. We are dedicated to the highest standards of responsible environmental stewardship. We honour this commitment by meeting or exceeding local governmental regulations and operating our projects to North American standards. See "Description of Our Business – Escobal mine – Environment" and "– Reclamation". We have review processes in place which are designed to prevent or minimize environmental incidents or impacts, to evaluate incidents and operating practices and to create action plans and operating procedures to prevent reoccurrence. The Board oversees the Company's environmental management through the Health, Safety, Environment and Community Committee.

In 2013, we continued to work with local communities to help them upgrade water systems and infrastructure programs. The Company also advanced its partnership with San Carlos University in Guatemala to conduct health and environmental baseline studies. We also worked with independent consultants on community needs assessments to guide further programs in the vicinity of the Escobal mine.

029

**Social Development**

*2013 Corporate Social Responsibility ("CSR") Projects*

Key completed and on-going MSR projects include:

Regional Coffee Growers : A coffee-eating fungus, known as "coffee rust", has invaded a third of Guatemala's coffee crops and is threatening many of the coffee farms in the vicinity of Escobal. In 2013 MSR supported 1,550 coffee growers with a coffee rust control program including 600 coffee growers from San Carlos Alzatate and 950 coffee growers from 6 regional municipalities of Santa Rosa. MSR donates fungicide to farmers and provides training sessions and technical visits.

Reforestation Program : MSR's Reforestation Program was launched in coordination with the municipality of Santa Cruz Naranjo. Over 100,000 small trees were planted in the reforestation program with the support of around 500 volunteers. Approximately 230 hectares of land were reforested and forest management plans were formulated to promote forest-growth incentives for local landowners.

Education Projects : Infrastructure assessment identified improvements for 6 schools; and MSR sponsored "Discovering the Earth" science clubs in 6 schools in which 580 children conducted experiments and learned about the vegetable, animal and mineral kingdoms. A volunteer day was organized in each municipality in which 450 community volunteers participated. Over 300 first-grade teachers in 7 municipalities of Santa Rosa, were trained in reading and writing teaching skills in a joint effort between MSR and the Ministry of Education. MSR and Del Valle University completed teacher training and provided classroom implementation monitoring and evaluation for natural science lessons under the national school curricula. MSR inaugurated 2 schools in January 2014 in the vicinity of the Escobal mine—one new and one renovated.

Vocational Training Center: A 650-square-meter training facility with 3 workshop areas and 2 equipped classrooms was inaugurated in 2013. Vocational training was launched in August with an 8-month apparel manufacturing program for 36 women from local San Rafael area communities. Currently the center is providing sewing, entrepreneurship and English as a second language lessons. Later program offerings will include training in other trades and technical careers such as welding, auto mechanics, electro mechanics, computer skills, and others. Program implementation is being managed through a joint effort between MSR and INTECAP (a quasi-government vocational training organization).

Avocado Program: Implementation of this program continued locally and is being expanded to regional municipalities. A fruit farming course was designed in partnership with the Ministry of Agriculture technicians, community leaders and university agronomy students.

High Level Commission: The government set up an inter-institutional commission to address community issues and oversee security matters, the first of its kind in Guatemala. It is managed by the Technical Secretary of Intelligence, and is comprised of members from Ministry of Interior, Energy and Mines, Environment and the National Dialogue Table. MSR helped the Commission to locate suitable office space in SRLF and get established.

Health Projects : MSR supported INTECAP in training 298 health employees in teamwork, patient attention, motivation at work, and food security. The health employees work in 7 municipal health centers. Regional health centers were evaluated jointly with the Ministry of Health to assess infrastructure and equipment needs that the Company will provide.

 Tahoe Resources Inc.

Black Beans Project : The Ministry of Agriculture and MSR are assisting 300 farmers in a black bean production through the delivery of seeds and training in 6 regional municipalities.

Community Infrastructure Projects : Community projects completed during the year include: El Copante (health clinic); Media Cuesta (classroom and restrooms); La Cuchilla (fencing, soccer field); Casco Urbano (multifunction classroom); Las Cortinas (water road drainages); Quequexque (stone road); Estanzuelas (multifunction classroom and school upgrades underway); Colonias Unidas (water system); El Chan (school upgrades and multifunction classroom underway); Casco Urbano (upgrades to middle school in collaboration with Glasswing International); Los Planes' new elementary school ; and El Copante school bathrooms and multifunction classroom,

Other Local Development Projects : 1) A two-month soil conservation and fertilizer program was completed benefiting 352 community members; and 2) more than 375 veterinary treatment and vaccination appointments have been provided year to date to local livestock owners and farmers.

*Ex-landowners' Association*

The Company entered into a profit-sharing program in the form of an NSR royalty of 0.5% to be shared by a local association of former owners of the Escobal Mine lands ("Association"). The Association met in 2013 and the first payment is expected in June 2014 via a trust instrument that will be administered by an independent party. Of this half percent, 10% will go toward development projects to be identified by the Association.

*Capacity Building for Expected Royalty Funds*

One of the Company's CSR priorities is to promote education and business opportunities in the vicinity of Escobal project. This includes capacity building among locals to recognize, analyze and address their community needs by more effectively controlling and using their own and external resources, including royalty funds. To this end, the Company formed a participatory joint committee comprised of the mayor of San Rafael where the Escobal mine is located, municipal leaders and community members in order to identify the most impactful and efficient use of funds to benefit the municipality. MSR is acting as a facilitator in this process.

*Organizational CSR Initiatives*

CentraRSE—ISO 26000 : The Company has been accepted to join the local CSR organization in Guatemala, compromised of more than 100 companies committed to operating using responsible business practices. As part of this membership, the Company participated in the IndicaRSE assessment -- a survey tool based on international best practices (International Standardization Organization or ISO 26000) that is used in Central America. Survey findings are being used internally to assess the MSR organization and strengthen MSR's performance in seven key areas: corporate governance; labor practices; environmental sustainability; supplier/procurement/purchasing (practices, policies and ethics); and economic development.

Business for Social Responsibility ("BSR") : The Company became a BSR member and retained it to assist in implementing policies and practices aligned with the United Nations Guiding Principles on Business and Human Rights, including designing a new grievance program and human rights policy, the Voluntary Principles on Security and Human Rights, including human rights trainings for security contractors, and the Equator Principles.

031

*Local Stakeholder Mapping and Engagement*

Most of MSR's 840 employees come from local areas near the Escobal mine. In 2013 MSR continued to develop its employee engagement and education programs based on a socio-economic baseline study of employees and families. In addition, a stakeholder mapping assessment of over 3,000 stakeholders in Guatemala was completed in order to help the CSR team evaluate risks, impacts and opportunities.

The Company engaged FUNDES to conduct an economic development program to support the development of local businesses in SRLF. FUNDES' mission is to strengthen the business capacity of local commercial enterprises to improve their market capacity and achieve sustainable results.

*Community Outreach*

Home Visits: Over 1,000 informative home visits were conducted year to date covering the municipality of San Rafael las Flores (23 out of the 27 COCODES or local villages); on average, 70% of the homes in those communities were visited.

Site Visits : Site visits to the Escobal mine have been made by 13 COCODES, the Mayor of Casillas with his municipal council, the Mayor of San Rafael with his municipal council, San Rafael school teachers, businesswomen, health workers and representatives of MEM.

Dialogue Meetings : More than 125 outreach and dialogue meetings throughout San Rafael have been made with key stakeholders.

Health : On-going implementation of the prenatal heath fair jointly supported by SRLF´s Health Center and MSR. During the year 110 out of 150 pregnant women benefited. The program includes medical check-ups, ultrasounds, blood tests, healthcare and nutrition lessons, dietary supplements and planting of 300 new gardens.

Food and Nutrition : The Company designated a 100 million quetzal fund (approximately USD$12.5 million) to be initiated in the first half of 2014 and distributed over the next three years to support the food and nutrition needs of rural families in Guatemala.

*Royalty Agreement*

Through regular communication and partnerships with locals to implement community projects, we continue to demonstrate our commitment to environmental stewardship, employee safety and economic and social development in the communities near the project. The recently finalized Royalty Agreement is intended to engage and benefit communities experiencing impacts from our operations who will receive funds to manage local issues. For details regarding the royalty agreements, see "Doing Business in Guatemala—Mining".

## DOING BUSINESS IN GUATEMALA

### *M INING*

The Escobal mine is located in Guatemala. The State of Guatemala owns all mineral deposits within Guatemala. The Energy and Mines Ministry (MEM) may grant reconnaissance, exploration and exploitation licenses to any entity, whether Guatemalan or foreign. Applications for licenses are typically granted on a first in time basis, with holders of reconnaissance licenses given priority for an exploration license (over portions of the area covered by the reconnaissance license) and holders of exploration licenses given priority for an exploitation license (over portions of the area covered by the exploration license), so long as applications are made before the expiration of the existing license. There is legislation currently before Congress that would amend the mining laws, but so far as we are aware, the amendments will not affect mineral tenure. Details with respect to each type of license are set out below.

 Tahoe Resources Inc.

License holders may use water, so long as such use does not affect the permanent exercise of water rights by others, and subject to the requirement that mining operations must not contaminate the environment. Licensees are also granted rights of way, including the right to build roads, with the proviso that surface owners be compensated.

MEM may suspend mining rights for, among other things, safety and environmental concerns or failure to pay royalties or to submit reports when due; may cancel mining for, among other things, failure to commence field work or operations in the prescribed time; and may extinguish mining rights upon expiration of the license term, depletion of the deposit or express renouncement of the holder.

Fees payable by licensees include surface rights fees, a granting fee for a mining right and an area fee for the licenses. Under the current mining law, a royalty of 1% is payable at the exploitation stage and shared equally between the State and the municipality where the project is situated. The royalty is determined by an affidavit of the volume of the marketed product from mining operations and is based on the value of sale consigned in the national market or international exchange.

On January 26, 2012, the new administration and the Mining Industry Association agreed to general terms in a royalty agreement that has resulted in the industry voluntarily paying higher royalties to the national and local governments. On April 16, 2013, the Company executed a voluntary royalty agreement ("Escobal Royalty Agreement"). Together with the Guatemalan mining law, the Escobal Royalty Agreement commits the Company to pay a 5% Net Smelter Revenue ("NSR") royalty on the concentrates sold from Escobal mine production. Under the Escobal Royalty Agreement two percent will benefit San Rafael communities, two percent will benefit the Federal government and an additional voluntary one percent will benefit certain outlying municipalities in the Departments of Santa Rosa and Jalapa. The first royalty payment was made to participating municipalities and MEM on January 30, 2014.

*Licenses and Permitting*

Reconnaissance Licenses : A reconnaissance license is typically granted for a six month term, and may be extended on request for an additional six months, or on application for an exploration license, until the grant of the exploration license. This license can cover an area from 500 to 3,000 square kilometres and gives the holder the exclusive right to identify and locate possible areas for exploration within the license's boundaries. A holder of a reconnaissance license is obligated to begin field projects within 30 days after grant of the license, to give immediate notice to the regulators of discovery of minerals other than those described in the license, to file reports within three months after the completion of each period of reconnaissance, and to compensate third parties, such as surface rights holders, for damages or other adverse impacts caused by operations. An environmental mitigation study must be filed with MEM before undertaking reconnaissance activities. On application, a reconnaissance license may be converted to an exploration license.

Exploration Licenses : An exploration license is typically granted for a three-year term and may be extended on request for two additional two-year terms, or on application for an exploitation license, until the grant of the exploitation license. With each extension, the surface area must be reduced by 50%; however, in certain cases this 50% reduction requirement can be modified and reduced. An exploration license covers an area of up to 100 square kilometres (the area may be greater than 100 square kilometres if deemed necessary for the mining project as demonstrated by a technical-economic study; however, such a decision would be at the discretion of MEM). An exploration license allows the holder the exclusive right to locate, study, analyze and evaluate the deposits that have been granted within the license's boundaries. The licensee is obligated to begin field projects within 90 days after grant of the license, to give immediate notice to regulators of discovery of minerals different from those described in the license, to file reports within three months after the completion of the exploration year, and to compensate third parties for damages or other adverse impacts caused by operations. An environmental mitigation study must be filed with MEM before undertaking exploration activities. In addition, an environmental assessment must be filed with the Guatemala Environment Ministry for approval prior to undertaking exploration activities.

033

Exploitation Licenses : An exploitation license is typically granted for a 25-year term and may be extended, on request, for an additional 25-year term. An exploitation license legally is considered to be a real property title, of limited term, that may be recorded at the property registry and may be mortgaged for the exclusive purpose of obtaining financing for operations within the license of exploitation. Exploitation licenses cover an area not greater than 20 square kilometres (the area may be larger if deemed necessary for the mining project as demonstrated by a technical-economic study). An exploitation licensee has the exclusive right to develop the deposits that have been granted within the license's boundaries. If minerals different from those authorized in the license are discovered, the licensee has the right to augment the license to include the new minerals.

To obtain an exploitation license, the applicant must prepare an environmental impact study for review and approval by MARN. Upon grant of an environmental approval, the applicant must also arrange for the issuance of a bond for environmental protection. Once an exploitation license is granted, the licensee must begin operations within 12 months after grant of the license, present a copy of the Commercial Patent (also referred to as a business license) within six months after grant of the license, file reports within three months after the end of each calendar year, and compensate third parties for potential damages and adverse impacts caused by operations.

Permitting : Other permits required in connection with exploitation activities include a municipal construction license, a forestry license, export credentials, a communications license, explosives storage, use and transportation licenses, a substation and electric transmission permit and a license for the import and use of raw materials and chemicals. The licensee must also settle the mine's closure plan and reclamation bond with MARN, and may be required to obtain surface rights for access, either by lease or purchase.

## F OREIGN I NVESTMENT

Applicable Guatemalan law guarantees equal treatment and enjoyment of constitutional rights to foreign and local investors in certain areas including, but not limited to, private property, expropriation and importing. Foreign investors are permitted to participate in any legal economic activity, including provision of capital to companies incorporated in Guatemala and repatriation of capital out of Guatemala.

## T AXATION

Income tax must be paid on income generated in Guatemala and may be paid either under the general regime or the optional regime. After tax legislation was passed in early 2012, the general regime was changed from a rate of 31% of net income (total income less exempt income less deductible costs and expenses) paid quarterly and liquidated on an annual basis. The new regime went into effect January 1, 2013. The rate will be 28% in 2014 and 25% in 2015 and thereafter. The optional regime rate is 6% of taxable income (total income less exempt income) paid monthly. The tax rate of the optional regime starting in 2014 is 7%. Corporations must adopt one of the two regimes and commit to a regime each December. The Company has adopted the optional regime for 2014. Failure to make income tax payments results in a penalty of 100% of the unpaid tax, plus interest.

 18   Tahoe Resources Inc.

Starting January 1, 2013, dividend payments will have a tax rate of 5%. All dividend payments are subject to tax, notwithstanding the shareholder's nationality. A 3% stamp tax is payable on dividends, civil and mercantile contracts and cash payments unless the Company's operations are subject to the payment of a Value Added Tax of 12% (which is applicable to sales of goods and services, as well as imports and land). If dividends are paid through the delivery of a coupon, the payment may be exempt of stamp tax. The holder of an export license may import, free from tariff and import duties, machinery, equipment, parts, accessories, materials and explosives that will be used in the production of the items to be exported.

Effective January 1, 2009, corporations and enterprises domiciled in Guatemala must pay the Impuesto de Solidaridad, Decree 73-2008, ("ISO") quarterly. The annual ISO amount is calculated at the rate of 1% of the greater of (i) the amount resulting after subtracting from total assets, the fiscal credits (resolved through resolution), reserve for doubtful accounts, accumulated depreciation and amortization for the last fiscal year, and (ii) gross income for the last fiscal year. The ISO may be taken as a credit against the income tax to be paid by the corporation. Taxpayers operating under the optional regime are ISO exempt.

In addition to the above taxes (a) all interest paid by financial institutions on accounts is subject to a 10% tax that is withheld by the financial institution when interest payments are made, (b) a 0.03% to 0.09% tax is payable on a quarterly basis on real estate, and (c) social security contributions of 12.67% by the employer and 4.83% by the employee, must be paid every month based on the payroll payments.

## E NVIRONMENTAL

Guatemala has environmental legislation that forbids bringing into the country contaminating products and materials that are banned in their country of origin, as well as various substances, residues, radioactive materials and waste that can infect, contaminate or degrade the environment.

An environmental mitigation study must be filed with MEM before undertaking reconnaissance or exploration activities. In addition, an environmental assessment must be filed with MARN for approval prior to undertaking exploration activities.

In order to obtain the exploitation license, MSR prepared an environmental impact study for review and approval by MARN. Upon grant of the license in April 2013, the Company also arranged for the issuance of a bond for environmental protection and obtained an environmental license pursuant to Guatemalan regulations. Once the exploitation license was granted, the Company complied with all exploration permitting regulations including 1) beginning operations leading to the exploitation of the deposit within 12 months after grant of the license, and 2) presenting a copy of the Commercial Patent within six months after grant of the license. The Company files reports quarterly to MARN. A report is filed within three months after the end of each calendar year pursuant to MEM requirements.

## C OMMUNITIES AND N ON -G OVERNMENTAL O RGANIZATIONS

In recent years, communities of both indigenous people and others, and non-governmental organizations ("NGOs") in Guatemala have become more vocal and negative with respect to mining activities in the country. These communities and NGOs have taken such actions as road closures, work stoppages and initiating law suits for damages. In addition, they have petitioned human rights organizations, including the Inter American Commission on Human Rights ("IACHR"), alleging human rights violations associated with mining operations, and the Canadian National Contact Point, alleging violations of the Organisation for Economic Cooperation and Development Guidelines for Multinational Enterprises, for support for their anti-mining activities.

035

The Company is open to all constructive dialogue and, in 2013, engaged with one indigenous group that expressed an interest in the Escobal mine. However, it is not aware of any significant indigenous population residing in the area of the Project. According to Guatemala's National Institute of Statistics (Census 2002) San Rafael Las Flores' population is 99.6% "Ladino", i.e., of Hispanic origin and non-indigenous.

On January 12, 2013, two contract security guards were killed when project security personnel were ambushed just after midnight by armed criminals planning to damage the Project. This was one of three attacks on Guatemalan resource companies in the same week.

In the second quarter of 2013 there were a number of NGO-led protests opposing the development of the Escobal mine and issuance of the exploitation permit in April. Participation by local community members in these protests was limited. On May 7, the prosecutor's office charged the Company's former security management consultant, Alberto Rotondo, with "injuries" and obstruction of justice for his alleged involvement in an incident in which individuals were blocking the mine gate on April 27th. Mr. Rotondo remains under house arrest pending further legal proceedings.

Subsequent to these events and in response to a variety of criminal acts and general lawlessness in the region, federal authorities imposed a state of emergency and increased police and military presence to establish the rule of law in the area. The government lifted the state of emergency on June 4. The Ministry of Gobernación permanently installed a unit of National Police in San Rafael to further ensure ongoing security in the area. Subsequent to the lifting of the state of emergency and installation of a permanent police force in San Rafael, security incidents have significantly decreased. In the latter half of the year there were no NGO protests in the vicinity of the mine.

In addition, the government set up a permanent high level commission in San Rafael Las Flores to address community issues and oversee security matters. This Commission is managed by the Technical Secretary of Intelligence, and is comprised of Gobernación, MEM, MARN and the National Dialogue Table.

## RISK FACTORS

Our operations are subject to the normal risks associated with mineral exploration, development and production. The commercial success of the Escobal mine and the acquisition of additional mineral interests will be subject to numerous factors beyond our control. Certain of these risk factors are discussed below.

### *RISKS RELATING TO OUR BUSINESS*

#### *Dependence on the Escobal mine*

The Escobal mine is the Company's sole operation. Developing the Escobal mine into a profitable silver mining operation will depend upon Tahoe's ability to consistently mine to design parameters and to process mined material at approximate design throughput rates. The long-term commercial viability of the Escobal mine is also dependent upon a number of factors, some of which relate to the particular attributes of the deposit (such as size, grade and proximity to infrastructure), metal prices and government regulations, including regulations relating to royalties, allowable production, importing and exporting of minerals and environmental protection. Most of the above factors are beyond our control. As a result, there can be no assurance that any design will succeed in achieving its stated goals under all potential future conditions. Failure to do so will have a material adverse impact on our operations and potential future profitability.

 Tahoe Resources Inc.

036

The Escobal mine does not have identified Proven and Probable Mineral Reserves. The costs, timing and complexities of upgrading the Mineral Resources at the Escobal mine to Proven and Probable Mineral Reserves may be greater than we anticipate. As a result, unless we acquire additional property interests, any adverse development affecting the Escobal mine could have a material adverse effect upon the Company and would materially and adversely affect the potential production of Mineral Resources, profitability, financial performance and results of operations of the Company.

*Operations in Guatemala*

The Escobal mine is located in Guatemala which has a history of political unrest. Guatemala suffered an armed conflict for 36 years, which was finally resolved through a peace agreement reached with the country's internal revolutionary movement in 1996. The last political crisis in Guatemala occurred in 1983 and constitutional government was not restored until 1985. Renewed political unrest or a political crisis in Guatemala could adversely affect our business and results of operations.

Guatemala suffers from social problems such as a high crime rate and uncertain land tenure for many indigenous people, which could adversely affect the Escobal mine. Such adverse effects could result from the efforts of third parties to manipulate local populations into encroaching on the Escobal mine land, challenging the boundaries of such land, impeding Escobal mine activities through roadblocks or other public protests or attacks against Escobal mine assets or personnel.

Our business may be exposed to a number of risks and uncertainties, including terrorism and hostage taking, military repression, extortion, expropriation or nationalization without adequate compensation, labour unrest, high rates of inflation, changes to royalty and tax regimes, extreme fluctuations in currency exchange rates, volatile local, political and economic developments, difficulty with understanding and complying with the regulatory and legal framework respecting the ownership and maintenance of mineral properties, surface rights, mines and mining operations, and difficulty obtaining key equipment and components for equipment.

*Obtaining and Renewing Licenses and Permits*

In the ordinary course of business, we will be required to obtain and renew governmental licenses or permits for the operation and expansion of the Escobal mine or for the development, construction and commencement of mining at the Escobal mine. Obtaining or renewing the necessary governmental licenses or permits is a complex and time-consuming process involving numerous jurisdictions and often involving public comment periods and costly undertakings on our part. The duration and success of our efforts to obtain and renew licenses or permits are contingent upon many variables not within our control, including local politics, legal challenges and the interpretation of applicable requirements implemented by the licensing authority. Any unexpected refusals of required licenses or permits or delays or costs associated with the licensing or permitting process could prevent or delay the development or impede the operation of a mine, which could adversely impact our operations and profitability.

037

*Operating History*

We have a very limited history of operations and commercial production. As a newly producing company, we are subject to many risks common to such enterprises, including under-capitalization, cash shortages, limitations with respect to personnel, financial and other resources and lack of revenues. There is no assurance that we will be successful in achieving a return on shareholders' investment and the likelihood of our success must be considered in light of our early stage of production.

*Operating Cash Flow*

Failure to achieve anticipated production levels would have a material adverse impact on the Company's cash flow and future profitability. Our failure to achieve profitability and positive operating cash flows could have a material adverse effect on our financial condition and results of operations.

*Metal Price Fluctuations*

The majority of our revenue is derived from the sale of silver and, to a lesser degree, lead, zinc and gold. Therefore, fluctuations in the prices of these commodities represent one of the most significant factors that we expect will affect our future operations and potential profitability. The price of silver and other metals are affected by numerous factors beyond our control, including levels of supply and demand, global or regional consumptive patterns, sales by government holders, metal stock levels maintained by producers and others, increased production due to new mine developments and improved mining and production methods, speculative activities related to the sale of metals, availability and costs of metal substitutes, international economic and political conditions, interest rates, currency values and inflation. Declining market prices for these metals could materially adversely affect our future operations and profitability.

*Indebtedness*

As of January 3, 2014, the Company had aggregate consolidated indebtedness of $75 million. As a result of this indebtedness, the Corporation is required to use a portion of its cash flow to service principal and interest on its debt, which will limit the cash flow available for other business opportunities. The Company's ability to make scheduled principal payments, pay interest on or refinance its indebtedness depends on the Company's future performance, which is subject to economic, financial, competitive and other factors beyond its control. Unexpected delays in production or other operational problems could impact our ability to service the debt and make necessary capital expenditures when the debt facility becomes due in September of 2014. If the Company is unable to generate such cash flow to timely repay the debt, it may be required to adopt one or more alternatives, such as selling assets, restructuring debt or obtaining additional equity capital on terms that may be onerous or highly dilutive. The Company's ability to refinance its indebtedness will depend on the capital markets and its financial condition at such time. The Company may not be able to engage in any of these activities or engage in these activities on desirable terms, which could result in a default on its debt obligations.

 Tahoe Resources Inc.

The terms of the Company's credit facility require it to satisfy various affirmative and negative covenants and to meet certain financial ratios and tests. These covenants limit, among other things, the Company's ability to incur further indebtedness if doing so would cause it to fail to meet certain financial covenants, create certain liens on assets or engage in certain types of transactions. Although at present these covenants do not restrict the Company's ability to conduct its business as presently conducted, there are no assurances that in future, the Company will not be limited in its ability to respond to changes in its business or competitive activities or be restricted in its ability to engage in mergers, acquisitions or dispositions of assets. Furthermore, a failure to comply with these covenants, including a failure to meet the financial tests or ratios, would likely result in an event of default under the credit facility and would allow the lender to accelerate the debt.

*Financing Requirements*

Any changes to our current projections or any new development activities, whether at the Escobal mine or elsewhere, may require substantial additional capital. When such additional capital is required, we will need to pursue various financing transactions or arrangements, including joint venturing of projects, debt financing, equity financing or other means. Additional financing may not be available when needed or, if available, the terms of such financing might not be favourable to us and might involve substantial dilution to existing shareholders. We may not be successful in locating suitable financing transactions in the time period required or at all, may not obtain the capital required by other means. A failure to raise capital when needed would have a material adverse effect on our business, financial condition and results of operations. Any future issuance of Shares to raise required capital will likely be dilutive to shareholders. In addition, debt and other mezzanine financing may involve a pledge of assets and may be senior to interests of equity holders. We may incur substantial costs in pursuing future capital requirements, including investment banking fees, legal fees, accounting fees, securities law compliance fees, printing and distribution expenses and other costs. The ability to obtain needed financing may be impaired by such factors as the capital markets (both generally and in the silver industry in particular), our status as anenterprise with a limited production history, the location of the Escobal mine in Guatemala and the price of silver, gold, lead and zinc on the commodities markets (which will impact the amount of asset-based financing available) and/or the loss of key management personnel. Further, if the price of silver and other metals on the commodities markets decreases, then revenues from the Escobal mine will likely decrease and such decreased revenues may increase the requirements for capital. Failure to obtain necessary capital on reasonable terms may materially adversely affect our future operations and profitability.

*Licenses and Title to Assets*

The validity of the licenses related to the Escobal mine can be uncertain and may be contested. There is no assurance that applicable governmental bodies will not revoke or significantly alter the conditions of applicable licenses that are required by the Escobal mine. Changes to Guatemalan laws, including new mining legislation or adverse court rulings could materially and adversely impact our rights to exploration and exploitation licenses necessary for the Escobal mine. See "Description of Our Business – Doing Business in Guatemala" and " – Risk Factors – Risks Relating to Our Business – Operations in Guatemala".

039

There is no guarantee that title to the Escobal mine or surface rights will not be challenged or impugned. Our properties may be subject to prior unregistered liens, agreements or transfers, indigenous land claims or undetected title defects.

In Guatemala, legal rights applicable to exploration and exploitation licenses are different and separate from legal rights applicable to surface lands. Accordingly, title holders of licenses must reach agreement with surface land owners on adequate remuneration to compensate for mining activities on their land. Not all surface rights are registered interests such that there may be doubt concerning the ownership of surface rights and the validity of agreements related to surface rights.

*Governmental Laws and Regulations*

Our operations, exploration and development activities are subject to the laws and regulations of Guatemala that govern various matters including environmental protection, management and use of toxic substances and explosives, management of natural resources, exploration, development, production, and post-closure reclamation of mines, imports and exports, price controls, taxation, mining royalties, labour standards and occupational health and safety, including mine safety and historic and cultural preservation.

The costs associated with legal compliance are substantial. In addition, possible future laws and regulations, changes to existing laws and regulations (including the imposition of higher taxes and mining royalties which have been, or may be, implemented or threatened) or more stringent enforcement of current laws and regulations by governmental authorities, could cause additional expense, capital expenditures, restrictions on or suspension of our operations and planned operations at the Escobal mine. Moreover, these laws and regulations may allow governmental authorities and private parties to bring lawsuits based upon damages to property and injury to persons resulting from the environmental, health and safety impacts of our operations, or possibly even those actions of parties from whom we acquired our mines or properties. Such legal actions could lead to the imposition of substantial fines, penalties or other civil or criminal sanctions. It is difficult to strictly comply with all regulations that may be imposed on us. We have competent and well-trained individuals and consultants to assist us with compliance with such laws and regulations, however, even with the application of considerable skill we may inadvertently fail to comply with certain laws. Failure to comply with laws and regulations could lead to financial restatements, fines, penalties, loss, reduction or expropriation of entitlements, the imposition of additional local, foreign or governmental parties as joint venture partners with carried or other interests and other material negative impacts on us.

*Operating Hazards, Risks and Insurance*

The ownership, operation and development of a mine or mineral property involves many risks which even a combination of experience, knowledge and careful evaluation may not be able to overcome. These risks include environmental hazards, industrial accidents, explosions and third-party accidents, the encountering of unusual or unexpected geological formations, ground falls and cave-ins, mechanical failure, unforeseen metallurgical difficulties, power interruptions, flooding, earthquakes and periodic interruptions due to inclement or hazardous weather conditions. These occurrences could result in environmental damage and liabilities, work stoppages, delayed production and resultant losses, increased production costs, damage to, or destruction of, mineral properties or production facilities and resultant losses, personal injury or death and resultant losses, asset write downs, monetary losses, claims for compensation of loss of life and/or damages by third parties in connection with accidents (for loss of life and/or damages and related pain and suffering) that occur on company property, and punitive awards in connection with those claims and other liabilities.

It is not always possible to fully insure against such risks, and we may decide not to take out insurance against such risks as a result of high premiums or other reasons. Should such liabilities arise they could reduce or eliminate any future profitability and result in an increase in costs and a decline in value of our securities. Liabilities that we incur may exceed the policy limits of insurance coverage or may not be covered by insurance, in which event we could incur significant costs that could adversely impact our business, operations, potential profitability or value. Despite efforts to attract and retain qualified personnel, as well as the retention of qualified consultants, to manage our interests, even when those efforts are successful, people are fallible and human error could result in significant uninsured losses to us. These could include loss or forfeiture of mineral interests or other assets for non-payment of fees or taxes, significant tax liabilities in connection with any tax planning effort we might undertake and legal claims for errors or mistakes by our personnel.

 24    Tahoe Resources Inc.

*Mine Concentrate Transportation and Marketing Risk*

Concentrates containing combinations of silver, gold, lead and zinc are produced at the Escobal mine and loaded onto highway road vehicles for transport to sea ports for export to foreign smelters in markets such as Asia, Europe and North America. This type of process involves a high level of environmental and financial risk. The Company could be subject to potential significant increases in road and maritime transportation charges and treatment and refining charges. Transportation of such concentrate is also subject to numerous risks including, but not limited to, delays in delivery of shipments, road blocks, terrorism, civil unrest, weather conditions and environmental liabilities in the event of an accident or spill. The Company could be subject to limited smelter availability and capacity and could also face the risk of a potential interruption of business from a third party beyond its control, which in both cases could have a material adverse effect on the Company's operations and revenues. There is no assurance that smelting, refining or transportation contracts for the mine's products will be entered into and/or renewed on acceptable terms.

*Environmental Hazards*

All phases of our operations with respect to the Escobal mine are, and will continue to be, subject to environmental regulation in Guatemala. Environmental legislation in Guatemala involves strict standards and may entail increased scrutiny, fines and penalties for non-compliance, stringent environmental assessments of proposed projects and a high degree of responsibility for companies and their officers, directors and employees. Changes in environmental regulation, if any, may adversely impact our operations and future potential profitability. In addition, environmental hazards may exist on the Escobal mine which are currently unknown. We may be liable for losses associated with such hazards, or may be forced to undertake extensive remedial clean-up action or to pay for governmental remedial clean-up actions, even in cases where such hazards have been caused by previous or existing owners or operators of the property, or by the past or present owners of adjacent properties or by natural conditions. The costs of such clean-up actions may have a material adverse impact on our operations and future potential profitability.

*Reclamation Obligations*

Reclamation requirements are designed to minimize long-term effects of mining exploitation and exploration disturbance by requiring the operating company to control possible deleterious effluents and to re-establish to some degree pre-disturbance land forms and vegetation. We are, and will continue to be, subject to such requirements for our activities on the Escobal mine. Any significant environmental issues that may arise, however, could lead to increased reclamation expenditures and could have a material adverse impact on our financial resources.

*Mineral Reserve and Resource Calculations are Only Estimates*

Any figures presented by us for Mineral Resources in this Annual Information Form or any figures for Mineral Reserves that may be presented by us in the future are and will only be estimates. There is a degree of uncertainty attributable to the calculation of Mineral Reserves and Mineral Resources. Until Mineral Reserves or Mineral Resources are actually mined and processed, the quantity of metal and grades must be considered estimates only and no assurances can be given that the indicated levels of metals will be produced. The estimating of Mineral Reserves and Mineral Resources is a subjective process that relies on the judgment of the persons preparing the estimates. The process relies on the quantity and quality of available data and is based on knowledge, mining experience, analysis of drilling results and industry practices. Valid estimates made at a given time may significantly change when new information becomes available. While we believe that the resource estimates included in this AIF for the Escobal mine are well established and reflect management's best estimates, by their nature, resource estimates are imprecise and depend, to a certain extent, upon analysis of drilling results and statistical inferences that may ultimately prove to be inaccurate.

Estimated Mineral Reserves or Mineral Resources may have to be recalculated based on changes in metal prices, further exploration or development activity or actual production experience. This could materially and adversely affect estimates of the volume or grade of mineralization, estimated recovery rates or other important factors that influence reserve or resource estimates. The extent to which resources may ultimately be reclassified as Proven or Probable Mineral Reserves depends upon the demonstration of their profitable recovery. Any Proven and Probable Mineral Reserves which are estimated in the future ultimately may not be profitable due to market price fluctuations, increased production costs, reduced recovery rates, or other factors.

A reduction in any reserves that may be estimated by us in the future could have an adverse impact on our future cash flows, earnings, results of operations and financial condition. No assurances can be given that any resource estimates for the Escobal mine will ultimately be reclassified as Proven or Probable Mineral Reserves.

*Infrastructure*

Mining activities depend, to one degree or another, on adequate infrastructure. Reliable roads, bridges, power sources and water supply are important elements of infrastructure, which affect capital and operating costs. If adequate infrastructure is not available or becomes unavailable in the future there can be no assurance that operations will achieve the anticipated production volume; or that the anticipated ongoing operating costs to operate the Escobal mine will not be higher than anticipated. Furthermore, unusual or infrequent weather phenomena, sabotage, government neglect or other interference in the maintenance or provision of necessary infrastructure could adversely affect our operations and profitability.

*Employee Recruitment and Retention*

Recruiting and retaining qualified personnel is critical to our success. We are dependent on the services of key executives and other highly skilled personnel focused on managing our interests. The number of persons skilled in acquisition, development, and operation of mining properties is limited and competition for such persons is intense. As our business activity grows, we will require additional key financial, administrative, geologic and mining personnel as well as additional operations staff. There is no assurance that we will be successful in attracting, training and retaining qualified personnel as competition for persons with these skill sets increases. If we are not successful in attracting, training and retaining qualified personnel, the efficiency of our operations could be impaired, which could have an adverse impact on our future cash flows, earnings, results of operations and financial condition.

 Tahoe Resources Inc.

*Adverse General Economic Conditions*

Unprecedented events in global financial markets in the past several years have had a profound impact on the global economy. Many industries, including the silver and gold mining industry, are impacted by these market conditions. Some of the key impacts of the current financial market turmoil include contraction in credit markets resulting in a widening of credit risk, devaluations, high volatility in global equity, commodity, foreign exchange and precious metal markets and a lack of market liquidity. A continued or worsened slowdown in the financial markets or other economic conditions, including but not limited to, consumer spending, employment rates, business conditions, inflation, fuel and energy costs, consumer debt levels, lack of available credit, the state of the financial markets, interest rates and tax rates, may adversely affect our growth and profitability. Specifically, the global credit/liquidity crisis could impact the cost and availability of financing and our overall liquidity, the volatility of silver and gold prices would impact our revenues, profits, losses and cash flow, continued recessionary pressures could adversely impact demand for our production, volatile energy, commodity and consumables prices and currency exchange rates would impact our production costs and the devaluation and volatility of global stock markets would impact the valuation of our equity and other securities. These factors could have a material adverse effect on our financial condition and results of operations.

*Competition for New Properties*

An element of our business strategy is to make selected acquisitions. We expect to continue to evaluate acquisition opportunities on a regular basis and intend to pursue those opportunities that we believe are in our long-term best interests. There is a limited supply of desirable mineral lands available in areas where we would consider conducting exploration or development activities. Because we face strong competition for new properties from other mining companies, some of which have greater financial resources than we do, we may be unable to acquire attractive new mining properties on terms that we consider acceptable. In addition, competition in the mining business for limited sources of capital could adversely impact our ability to acquire and develop suitable silver mines, silver developmental projects, silver producing companies or properties having significant exploration potential. As a result, there is no assurance that we will be able to acquire additional mining properties.

The success of any acquisition that we make will depend upon our ability to effectively manage the operations of entities we acquire and to realize other anticipated benefits. The process of managing acquired businesses may involve unforeseen difficulties and may require a disproportionate amount of management resources. There can be no assurance that we will be able to successfully manage the operations of businesses we acquire or that we achieve the anticipated benefits of our acquisitions.

*Shortages of Critical Parts, Equipment and Skilled Labour*

Our ability to acquire critical resources such as input commodities, drilling equipment, tires and skilled labour due to increased worldwide demand, may cause unanticipated cost increases and delays in delivery times, thereby impacting operating costs, capital expenditures and development schedules.

*Foreign Exchange Rate Fluctuations*

Fluctuations in currency exchange rates, particularly the weakening of the U.S. dollar against the Guatemalan quetzal could have a significant effect on our results of operations. We may from time to time engage in foreign currency trading activities in order to minimize these effects on our operating results.

Annual Information Form for the Year Ended December 31, 2013    27

*Developments Regarding Indigenous Peoples*

To the best of our knowledge, although indigenous people may have inhabited the area at one time, there are no indigenous populations currently living in the immediate area of the Escobal mine site. According to Guatemala's most recent census--National Institute of Statistics (Census 2002)--San Rafael Las Flores' population is 99.6% "Ladino", i.e., of Hispanic origin and non-indigenous. Nevertheless, laws and movements respecting the acquisition of lands and other rights of indigenous communities may alter decades-old arrangements made by prior owners of the lands where the Escobal mine is located. We used commercially reasonable efforts in our dealings to ensure all land-related agreements were entered into in accordance with applicable laws, but there is no guarantee that future laws and actions will not have a material adverse effect on our operations at the Escobal mine or on our financial position, cash flow and results of operations.

*Community Action*

In recent years communities and non-governmental organizations ("NGOs") have become more vocal and active with respect to mining activities at or near their communities throughout Guatemala. These communities and NGOs have taken such actions as road closures, destruction of property, work stoppages, and law suits for damages. These actions relate not only to current activities but often in respect to decades-old mining activities by prior owners of mining properties. Such actions by communities and NGOs may have a material adverse effect on our operations at the Escobal mine and on the Company's financial position, cash flow and results of operations. See "Description of Our Business – Doing Business in Guatemala – Communities and Non-Governmental Organizations".

*Claims and Legal Proceedings*

We may be subject to claims or legal proceedings covering a wide range of matters that arise in the ordinary course of business activities, including claims relating to ex-employees. These matters may give rise to legal uncertainties or have unfavourable results. We will carry liability insurance coverage and mitigate risks that can be reasonably estimated. In addition, we may be involved in disputes with other parties in the future that may result in litigation or unfavourable resolution which could materially adversely impact our financial position, cash flow and results of operations.

*Conflicts of Interest*

Certain of our directors and officers also serve as directors and/or officers of other companies involved in natural resource exploration and development. Consequently, there is a possibility that a conflict could arise for such directors and officers. Any Company-related decision made by any of these directors and officers should be made in accordance with their duties and obligations to deal fairly and in good faith and to act in the best interests of the Company and its shareholders. In addition, each of the directors is required to declare and refrain from voting on any matter in which such director may have a conflict of interest in accordance with the procedures set forth in the Company's Code of Business Conduct, in the BCA and other applicable laws.

*Production Decision*

The Company has not based its production decision on a feasibility study of mineral reserves, demonstrating economic and technical viability, and, as a result, there may be an increased uncertainty of achieving any particular level of recovery of minerals or the cost of such recovery, including increased risks associated with developing a commercially mineable deposit. Historically, such projects have a much higher risk of economic and technical failure. There is no guarantee that anticipated production levels and costs will be achieved. Failure to achieve the anticipated production levels and costs would have a material adverse impact on the Company's cash flow and future profitability.

 Tahoe Resources Inc.

*R ISKS R ELATING TO O UR S HARES*

*Market Price of Shares and Volatility*

Securities of mining companies have experienced substantial volatility in the past, often based on factors unrelated to a companies' financial performance or prospects. These factors include macroeconomic developments in North America and globally and market perceptions of the attractiveness of particular industries. The price of our Shares is also likely to be significantly affected by short-term changes in silver or other mineral prices or in our financial condition or results of operations. Other market-related factors unrelated to our performance that may affect the price of the Shares include the following: the extent of analytical coverage available to investors concerning our business may be limited if investment banks with research capabilities do not follow the Company; lessening in trading volume and general market interest in the Shares may affect an investor's ability to trade significant numbers of Shares; the size of our public float may limit the ability of some institutions to invest in Shares; and a substantial decline in the price of the Shares that persists for a significant period of time could cause the Shares, if listed on an exchange, to be delisted from such exchange, further reducing market liquidity. As a result of any of these factors, the market price of the Shares at any given point in time may not accurately reflect our long-term value. Securities class action litigation often has been brought against companies following periods of volatility in the market price of their securities. We may in the future be the target of similar litigation. Securities litigation could result in substantial costs and damages and divert management's attention and resources.

The market price of the Shares is affected by many other variables which are not directly related to our success and are, therefore, not within our control. These include other developments that affect the market for all resource sector securities, the breadth of the public market for our Shares and the attractiveness of alternative investments. The effect of these and other factors on the market price of the Shares is expected to make the Share price volatile in the future, which may result in losses to investors.

*Dilution*

Future sales or issuances of equity securities could decrease the value of the Shares, dilute shareholders' voting power and reduce future potential earnings per Share.

We may sell additional equity securities in subsequent offerings (including through the sale of securities convertible into Shares) and may issue additional equity securities to finance our operations, development, exploration, acquisitions or other projects. We cannot predict the size of future sales and issuances of equity securities or the effect, if any, that future sales and issuances of equity securities will have on the market price of the Shares. Sales or issuances of a substantial number of equity securities, or the perception that such sales could occur, may adversely affect prevailing market prices for the Shares. With any additional sale or issuance of equity securities, investors will suffer dilution of their voting power and may experience dilution in our earnings per Share.

In addition, in connection with any equity financing by the Company, the dilution to the relative proportion of the equity of the existing shareholders of the Company may be increased in the event Goldcorp exercises its anti-dilution rights under the Shareholders' Agreement. Such rights are exercisable by Goldcorp as long as Goldcorp and its affiliates beneficially own at least 20% of the number of the issued and outstanding Shares. See "General Development of the Business – The Transaction Agreement and Shareholders' Agreement".

*Significant Shareholder*

Goldcorp currently owns 58,051,692 Shares, representing approximately 40% of the current issued and outstanding Shares. Subject to applicable law and to contractual protections negotiated by us, Goldcorp may, as a practical matter, be able to cause the Company to effect corporate transactions without the consent of other shareholders and cause or prevent a change in control of the Company. See "General Development of the Business – The Transaction Agreement and Shareholders' Agreement".

*Dividends*

We intend to retain earnings to repay debt and finance the growth and development of our business. We do not have a policy to pay cash dividends on the Shares in the near future but expect to develop one in 2014. The development of a policy and payment of future cash dividends, if any, will be reviewed periodically by our Board and will depend upon, among other things, conditions then existing including earnings, financial condition and capital requirements, restrictions in financing agreements, business opportunities and conditions and other factors. See "Dividends and Distributions".

## THE ESCOBAL MINE

### RECENT ACTIVITIES AT THE ESCOBAL MINE

Throughout 2013, the operations group focused on development and construction activities including underground development, mill construction, and completion of surface and ancillary facilities. Commissioning activities commenced mid-year and continued throughout the year, with crusher commissioning beginning in June and mill commissioning starting at the end of September. By year end all major mine and mill components had been commissioned and with one minor exception were operating to specification. During commissioning, we recognized that the mixer in the paste backfill plant was not adequately mixing the tailings, resulting in plugged delivery lines to the underground mine and a paste product that does not consistently meet specifications. A short-term solution was implemented that will allow the plant to deliver the necessary quantity and quality of paste backfill to the mine and a long-term engineered solution to the problem is being actively pursued. We expect capital costs to remain within the guidance the Company provided in November and we do not expect this development to have a material effect on production or operating costs.

In anticipation of mill and plant commissioning during the fourth quarter, management identified criteria to determine when the mine was being operated as intended by management, thereby rising to the level of commercial production. These factors include, but are not limited to: 1) operational commissioning of each major mine and plant component; 2) the demonstrated ability to operate consistently and without significant interruption at a production rate exceeding 70 percent of design capacity; 3) sustainability of operating rates and their improvement over time; 4) metal concentrates produced consistently meeting minimum concentrate specifications; and 5) the Company's metal concentrate products demonstrated strong customer demand. On January 14, 2014, the Company announced that the operation had met all of the established criteria, that commercial production had commenced and that the mine was now operating as intended.

The Board approved the Company's plan to continue Escobal project development for the 4500 tpd case. Work on the expansion began in 2012. Continuous production in excess of 3500 metric tons per day is expected by 2016.

The Company employed approximately 840 people in Guatemala at the end of 2013. In addition, over 1,000 contractors were employed in construction work, which was largely completed by year end. Extensive safety and training programs were implemented in areas of surface development, process plant operations, construction and underground mine operations.

 Tahoe Resources Inc.

## P ROJECT S ETTING , L OCATION , A CCESS AND I NFRASTRUCTURE

The Escobal mine is located in southeast Guatemala, approximately 40 kilometres east-southeast of Guatemala City and two kilometres east of the town of San Rafael las Flores in the Department of Santa Rosa. San Rafael Las Flores has a population of over 3,000 people and is 70 km from Guatemala City by paved road. Access to the area is also possible from the northeast on a paved highway via the town of Mataquescuintla. The majority of the workforce is derived from communities within Santa Rosa department and elsewhere in Guatemala, with a small expatriate contingency.

The local climate consists of two major seasons; a "rainy" season between May and November and a "dry" season between November and May. Annual precipitation averages 1,689 mm. Average temperatures vary between 14°C and 33.1°C. Mining activities are expected to be able to be conducted year-round.

The project area lies within mountainous terrain interspersed with rolling hills and valleys. Elevations range from 1,300 metres in the valley on the west end of the Escobal Vein to 1,800 metres in the drilled east extension. The high mountain range of Montana Soledad Grande north and east of the Escobal mine rises to an elevation of 2,600 metres. Vegetation is characterized by natural mountain forest species that consist of oak, pine and cypress tree varieties and lower strata scrub-brush species.

There is a high voltage electrical line that extends to the town of San Rafael las Flores, which has potential to be upgraded to handle the anticipated load requirements for the Escobal mine. The Company's long-term expectation is that electrical power may be provided to the project from Guatemala's existing national grid by means of connecting to the existing San Rafael las Flores substation at a voltage level of 69 kilovolts, and constructing a new 7 km 69kv line to site. Power line installation along the highway right-of-way commenced in September 2012 but was interrupted by protestors. Given the civil unrest, the Company implemented plans to provide diesel generator power for the mine in order to prevent delay to the production schedule. Power generation is more than adequate to support full scale production and is expected to be available for as long as the Company chooses to utilize this option.

The Company anticipates it will recommence work on the power line in the future.

In 2011, the Company established communication facilities at the mine site including telephone and internet services. Water wells within the Escobal mine area are capable of providing sufficient water for the Escobal mine without impacting local residents or communities. Sufficient land has been purchased to host the required tailings, waste rock, process plant facilities, and underground access for the mining operation. Water wells have been developed within the Escobal mine area to provide water for mining and process needs. Potable water is brought to the project from outside sources as needed.

## H ISTORY

The Escobal mine dates back to 1996 when Entre Mares prospected in the area and identified high-grade gold values associated with surface quartz veins in the western portion of the Escobal Vein. In 2006, Entre Mares initiated regional exploration in the area, partially based on verifying geochemical anomalies in the company's database. In late 2006, significant silver and gold grades were detected from surface sampling along an extensive alteration zone developed over the Escobal Vein. An exploration license was applied for in October 2006 and was granted in March 2007. Exploration drilling commenced in May 2007 and is ongoing.

In early 2010, Goldcorp, predecessor owner of the Escobal mine, reported a Measured and Indicated Mineral Resource estimate for the Escobal mine of 6.97 million tonnes at 0.63 g/t gold and 580.3 g/t silver and an Inferred Mineral Resource of 13.15 million tonnes at 0.53 g/t gold and 443.4 g/t silver. Goldcorp did not release a technical report to support the Mineral Resource declaration at that time.

047

Three NI 43-101 Technical Reports have been completed on the Escobal mine by (1) AMEC Americas Ltd. in April 2010, (2) M3 Engineering & Technology Corporation ("M3") in November 2010, and (3) M3 in May 2012 (reissued July 2013). It is the May 2012 technical report, "NI 43-101 Preliminary Economic Assessment – Escobal Guatemala Project" that forms the basis of Tahoe's development plans for the Escobal mine as discussed herein.

### 2012 ESCOBAL PRELIMINARY ECONOMIC ASSESSMENT

We engaged M3, an independent mining consulting firm, of Tucson, Arizona to prepare the Escobal Preliminary Economic Assessment ("PEA") report issued on July 24, 2013 and dated effective May 7, 2012, which is available for viewing on SEDAR under our profile and on our website at tahoeresourcesinc.com. The Escobal PEA contains an economic analysis of the potential viability of Mineral Resources at the Escobal mine and an updated Mineral Resource estimate for the Escobal mine. The effective date of the Escobal PEA is May 7, 2012 and the effective date of the Mineral Resource estimate contained in the report is January 23, 2012. See "Mineral Resources" below.

The Qualified Person and Principal author for the Escobal PEA is Conrad Huss, P.E., of M3. All M3 personnel who worked on the report were supervised by Conrad Huss. The Qualified Person responsible for the review of the civil and environmental controls for the Escobal mine is Daniel Roth, P.E., of M3. The Qualified Person responsible for the review of the metallurgical testing and flow sheets for the Escobal mine is Thomas L. Drielick, P.E., of M3. The Qualified Person responsible for the review of the project history, geologic setting and deposit characterization is Richard K. Zimmerman, SME Registered Member, of M3. The Qualified Person responsible for the review of the drilling, sampling method, sample preparation and analysis and data verification, and for preparing the Mineral Resource estimate for the Escobal mine, is Paul Tietz, C.P.G., of Mine Development Associates ("MDA"), an independent mining consulting firm.

The 2012 PEA forms the basis for the operating and production plan for the Escobal Mine.

NI 43-101 Required Disclosure: Investors are cautioned that the Escobal Preliminary Economic Assessment is considered preliminary in nature and includes mineral resources, including inferred mineral resources that are considered too speculative geologically to have the economic considerations applied to them that would enable them to be categorized as Mineral Reserves. Mineral resources that are not mineral reserves have not yet demonstrated economic viability. Due to the uncertainty that may be attached to mineral resources, it cannot be assumed that all or any part of a mineral resource will be upgraded to mineral reserves. Therefore, there is no certainty that the results concluded in the Escobal Preliminary Economic Assessment will be realized. The basis for the Escobal Preliminary Economic Assessment is the Indicated Mineral Resources and Inferred Mineral Resources, the effective date of which is January 23, 2012. There is no prefeasibility or feasibility study with respect to the Escobal mine.

### MINERAL TENURE, SURFACE RIGHTS, AND ROYALTIES

#### Mineral Tenure

The Escobal mine is 100% owned by the Company through its wholly-owned subsidiary Minera San Rafael, S.A, and comprises four exploration licenses covering approximately 190 km² called the Oasis, Lucero, Andres and Juan Bosco licenses. The Oasis, Lucero and Andres licences were granted to Entre Mares on March 26, 2007, August 21, 2007 and December 17, 2007, respectively, and were transferred to Minera San Rafael as part of the Acquisition. The Juan Bosco license was granted subsequent to the Acquisition on April 26, 2012. The Oasis License covers the entire Escobal Vein. In addition, there are a number of applications for reconnaissance and exploration licenses associated with the Escobal mine. The granting of these license applications is still pending.

Exploration licenses in Guatemala are granted for an initial period of three years which can be extended for two additional periods for two years each, for a total holding period of seven years. The first three-year term of the Oasis License expired in March 2010, at which time a renewal application was filed to extend the exploration license for two additional years. This renewal application was approved by MEM on April 28, 2010. As a requirement of the renewal process, the Oasis License was reduced in area from 50 km² to 40 km² and three new exploration licenses were applied for to fill the 20% gap created by the area reduction. These applications– for the Melisa, Cipreses and Puente Quebrado licenses cover a total area of 9 km² in the northeast and south areas of the original Oasis License.

In June 2010, an application was filed to extend the term of the Lucero license for two years from its July 2010 expiration date. The renewal application provides for a reduction in the area of the license from 52.8 km² to 40 km². One new license application (Valencia) was filed to fill the approximate 12.8 km² gap created by the reduction of the original Lucero license. Similarly, an application was made in October 2010 to extend the Andres license for two years from the original license expiration in December 2010. In this case the Granada license was applied for to fill the gap left through reduction of the Andres license. The renewal periods for the Lucero and Andres licenses were granted in March 2012.

According to Guatemala law, after 2014, no additional extensions will be permitted and an exploitation license application must be made. Prior to the application for an exploitation license, a pre-feasibility study, mine plan and environmental impact assessment must be completed.

In addition to the three granted exploration licenses, applications for the Soledad reconnaissance license and the El Olivo exploration license were submitted to MEM by Entre Mares in 2006 and 2007, respectively. San Rafael acquired the right to these applications as part of the Escobal Acquisition. San Rafael later filed an application for the Cristina exploration license (October 2010) and the El Silencio reconnaissance license (November 2010). In 2011, five exploration concessions – Nacimiento, Pajarita, El Durazno, Teresa and Pajal – were applied for over newly identified prospective areas within the El Soledad and El Silencio reconnaissance concessions. The Company was subsequently notified by MEM that these applications could not be registered until the reconnaissance concessions were granted and requested exploration areas were formally excluded. All of these licenses will cover land within the Escobal mine area when and if they are issued.

On July 8, 2011, an application was submitted to MEM for the Escobal Exploitation concession, covering 20.0 km2 of area designated for mine development in the original Oasis exploration concession. Upon filing of the exploitation concession application, three new exploration concessions (Oasis I, II, III) were requested to occupy the area liberated through elimination of the original Oasis concession.

In the second quarter of 2011, the Company completed additional baseline studies and environmental analyses and submitted an Exploitation EIS ("EIS") to MARN for the Escobal mine exploitation license. On October 21, 2011, MARN notified the Company that it had approved the Exploitation EIS. Once full EIS clearance was received, construction of the process plant and support facilities required for full production began. By year end, earthwork at the main plant site and tailings areas, warehouse, access road and office facilities were well underway. In addition, construction of the electrical substation and power line on the Escobal mine site commenced.

In the third quarter of 2011, the Company submitted an exploitation concession application and supporting documentation to MEM. MEM had completed all of the review possible without EIS approval by October 8, 2011. A final legal review commenced on October 24, 2011 when the Exploitation EIS was officially received at MEM. After completing a technical and legal review, MEM issued the Escobal exploitation license on April 3, 2013 for a period of 25 years.

In November 2011, Otto Perez Molina was elected to serve as the new Guatemalan President. President Perez, who was inaugurated on January 14, 2012, has taken a public stance that his administration supports sound mining development in Guatemala. MEM submitted legislation in October that would permit the state to acquire up to a 40% interest in natural resource projects in Guatemala. After introducing the legislation, MEM officials stated that the proposed amendment does not cover existing projects such as Escobal. However, it is unclear how this may affect the Company's regional exploration program. No action was taken by Congress.

In a further attempt to encourage revision of the mining law that had been proposed in 2012, Guatemala President Otto Perez Molina asked Congress in July to approve a two-year temporary moratorium on the granting of new mining and exploration licenses. Congress has taken no action on the proposal. The Company's existing licenses, including the Escobal exploitation license, have not been affected by the President's request.

049

According to Guatemalan requirements, licenses are "coordinate staked" (filed only referenced to UTM coordinates) and no monuments are located on the ground. No physical survey of exploration license boundaries is required.

The following table shows concession type, size and application/grant dates for all San Rafael concessions:

| Concession | Type | Size (km$^2$) | Application Date | Grant Date | 1st Extension Filed | 1st Extension Approved |
|---|---|---|---|---|---|---|
| SOLEDAD | Recon | 802.5 | 12/6/2006 | NA | | |
| OASIS | Exploration | 40.0 | 10/25/2006 | 3/26/2007 | 10/9/2009 | 4/27/2010 |
| LUCERO | Exploration | 45.8 | 10/25/2006 | 8/21/2007 | 6/21/2010 | 3/29/2012 |
| ANDRES | Exploration | 44.0 | 5/18/2007 | 12/17/2007 | 10/6/2010 | 3/29/2012 |
| EL OLIVO | Exploration | 36.0 | 5/18/2007 | NA | | |
| JUAN BOSCO | Exploration | 59.9 | 11/12/2008 | 4/26/2012 | | |
| PUENTE QUEBRADO | Exploration | 3.0 | 10/9/2009 | NA | | |
| MELISA | Exploration | 3.0 | 10/9/2009 | NA | | |
| CIPRESES | Exploration | 3.0 | 10/9/2009 | NA | | |
| VALENCIA | Exploration | 7.0 | 8/23/2010 | NA | | |
| GRANADA | Exploration | 5.0 | 10/6/2010 | NA | | |
| CRISTINA | Exploration | 52.2 | 10/6/2010 | NA | | |
| EL SILENCIO | Recon | 1098.1 | 11/4/2010 | NA | | |
| NACIMIENTO | Exploration | 7.6 | 2/19/2011 | NA | | |
| PAJAL | Exploration | 66.0 | 5/4/2011 | NA | | |
| ESCOBAL | Exploitation | 20.0 | 7/8/2011 | NA | | |
| EL DURAZNO | Exploration | 48.9 | 7/29/2011 | NA | | |
| PAJARITA | Exploration | 57.0 | 7/29/2011 | NA | | |
| TERESA | Exploration | 68.5 | 8/17/2011 | NA | | |
| OASIS I | Exploration | 12.8 | 8/31/2011 | NA | | |
| OASIS II | Exploration | 7.0 | 8/31/2011 | NA | | |
| OASIS III | Exploration | 0.2 | 8/31/2011 | NA | | |

Prior to 2012, yearly payments made to MEM for each 50 km² of an exploration license included an approximate US$3,750 license holding fee and an approximate US$90 exploration report filing fee. In 2012 the license holding fee paid to MEM was increased to approximately US$58,000 for each 50 km2 license. All required payments for all granted licenses are current. Similar payments will be required for subsequent extension periods.

There are no defined work requirements to keep an exploration license valid, although exploration activity (sampling, mapping, etc.) must be conducted and results filed with MEM on an annual basis. Exploration activity reports have been filed with MEM for all exploration licenses as required.

*Surface Rights*

All of the surface rights that we require for our operations at the Escobal mine were acquired in 2010. A few additional parcels were acquired in early 2011 and 2012 to add flexibility and account for potential future growth in mineral resources. In Guatemala, the surface rights are independent of mining rights and must be negotiated separately. There is no allowance for expropriation in Guatemala.

 Tahoe Resources Inc.

Land in the area of the Escobal mine is privately owned by local farmers and used for growing coffee in the higher elevations and vegetables and other crops in the flatter low lying areas. Approximately 250 hectares of surface rights have been acquired or are under contract by the Company. These surface rights are sufficient to provide for our operations at the Escobal mine, including areas for tailings disposal, waste rock disposal, processing plant, and ancillary surface facilities.

*Royalty*

In June of 2014, a profit sharing program is expected to commence in the form of an NSR royalty of 0.5% to be paid to a local association of former owners of surface lands. The current mining law mandates that a royalty of 1% is payable at the exploitation stage and shared equally between the State and the municipality where the project is situated. Congress may act to amend the mining law. Until that time, the Company and the federal government have entered into a voluntary Escobal Royalty Agreement discussed above to supplement the mandatory 1% and contribute to the communities impacted by our operations. See "Description of Our Business – Doing Business in Guatemala – Mining".

## *P ERMITS*

Operational activities at the Escobal mine are conducted under permits and licenses issued by MEM and MARN. All required permits for surface and underground activities are in place. The environmental approvals and requirements for the Escobal mine from MARN are specified in Resolution 3061-2011/DIGARN/ECM/beor, dated October 19, 2011. Exploitation activities are authorized by MEM through exploitation license LEXT 015-11, dated April 3, 2013 and through the export credential EXPORT –TI -13-2013, dated July 17, 2013 and amended on November 18, 2013.

## *LEGAL*

On July 23, a Court of Appeals in Guatemala held that MEM should have conducted a hearing of a written opposition to the Escobal exploitation license during the permitting application process. The court did not rule on the substance or validity of the opposition; it merely stated that MEM was obligated to hold an administrative hearing addressing the substance of the opposition under the 1997 Mining Law. The Court did not invalidate or comment on the Escobal exploitation license in its decision. MEM issued a press release on July 24 stating that the ruling had no impact on the status of Escobal's exploitation license. MEM and the company have appealed the lower court's decision to the Constitutional Court. If the Constitutional Court upholds the Court of Appeals' decision, MEM will have to hear the opposition which it already stated it believes to be without merit. A public hearing was held on the issue in November 2013. The Constitutional Court is expected to issue a ruling in the case sometime in the next several months.

The Escobal exploitation license is required for the Company to operate the mill and to produce concentrate from the mine. All other permits required for continued exploration, construction and operations are in place. However, as the Escobal mine is the Company's sole project, if the exploitation permit for Escobal is unexpectedly suspended, the Company will be unable to generate revenue. As a result and under such circumstances, the Company expects this would adversely impact its business, results of operations, financial performance and may result in default on the debt facility or reduction of workforce at the project.

## E NVIRONMENT

We have implemented a comprehensive Environmental Impact Management Program developed specifically for the conditions at Escobal, which addresses operating, reporting, and mitigation procedures for surface and underground operations. Based on our due diligence in respect of the Acquisition, our completed and approved Exploitation EIS and our activities at the Escobal mine since that time, we have identified and, where applicable, mitigated potential material environmental liabilities through our Environmental Impact Management Program.

Our environmental management mandate is to meet or exceed North American standards, practices and regulations. No impacted materials will be directly discharged from the site. Impacted water will be treated to meet or exceed industry standards prior to being released into the environment. Our Environmental Impact Management Program for the Escobal project commenced in 2011 and includes the following:

- Filtered and dry stacked tailings

- Lined storm water and waste water facilities

- A concurrent reclamation program

- Process water recovery and recycling

- Process/contact water treatment systems

- Surface and groundwater monitoring programs

- Underground paste backfill

The Company has estimated the present value of asset retirement obligations at $3.0 million to reclaim the Escobal mine at the end of the mine life. As at December 31, 2013, we had recorded the full amount of this reclamation liability based on progress of the construction of the mine and plant at that time. No liability has been recorded for environmental disturbance associated with our exploration drill pads and drill roads since they are concurrently reclaimed as part of the drilling process as soon as drilling is finished.

## G EOLOGY AND M INERALIZATION

The geological setting of Guatemala is comprised of two tectonic terrains juxtaposed across a major tectonic plate boundary. The northern half of Guatemala is on the North American plate, and the southern half is on the Caribbean plate with three major east-west trending faults forming the collision boundary. The Escobal mine is on the Caribbean plate, south of the faults. The area is characterized by a series of volcanic units derived from multiple eruptive events. The Escobal deposit is an intermediate-sulfidation fault-related vein formed within Tertiary sedimentary and volcanic rocks within the Caribbean plate. The Escobal Vein system hosts silver, gold, lead and zinc, with an associated epithermal suite of elements, within quartz and quartz-carbonate veins. Quartz veins and stockwork up to 50 metres wide, with up to 10% sulfides, form at the core of the Escobal deposit and grade outward through silicification, quartz-sericite, argillic and propylitic alteration zones.

Drilling to date has identified continuous precious and base metal mineralization over a 3,000 metre lateral distance and 2,000 metre vertical range in three zones; the East, West and Central zones. The vein system is oriented generally east-west, with variable dips. The East zone dips to the south from 60° to 75° and steepens to near-vertical at depth. The majority of the mineralized structure(s) in the West zone dips from 60° to 70° to the north, steepens to near-vertical and then again dips towards the north at depth. The upper eastern portion of the Central zone dips 60° to 70° to the south as in the East Zone, and changes to vertical or north dip at depth.

 Tahoe Resources Inc.

Drilling at the Escobal mine was conducted by Entre Mares (Goldcorp) from 2007 up to the time of our acquisition of the Escobal mine and we have continued the drilling since that time. Drilling has been carried out using a combination of contracted and company-owned drills. As of December 31, 2013, a total of 431 surface exploration drill holes (181,502 metres) have targeted the Escobal Vein system. An additional 366 diamond drill holes (41,990 metres) were completed from underground drill stations using company-owned drills for stope definition. All vein intercepts at the Escobal mine were drilled by diamond drill (core) methods, with the majority of mineralized intercepts drilled using NTW-size drill core.

In 2013 exploration drilling at the Escobal mine explored extensions of the deposit where it was open laterally and to depth and to improve confidence in the mineral resource through in-fill drilling. A total of between two and four drills operated from the surface at the Escobal mine throughout the year.

The Escobal Vein is one of numerous vein showings recognized in the district. Using the geologic model developed for the Escobal mine, prospective areas were evaluated throughout the region to identify drill-viable targets that occur within our currently held license areas.

### S AMPLE P REPARATION , A NALYSIS AND S ECURITY

The drill core for the Escobal mine is photographed, logged for geologic and geotechnical properties and sampled at the project site. Geologists determine sample intervals based on geologic and/or mineralogic changes. The drill core is sampled at 1.5-meter lengths though sample intervals can be defined from less than one meter in zones of discreet mineralization to over three meters in weakly mineralized or altered areas. Once the sample intervals are determined, the core is marked and tagged in wood core boxes.

Exploration core samples selected for analysis are cut lengthwise using mechanized diamond saws. One-half of the core is placed in a plastic sample bag with a sample tag while the remaining half core is replaced in the core box for future reference. The samples are then taken to San Rafael las Flores where they are stored in Minera San Rafael's secured office/warehouse facility until they are picked up by Inspectorate, an independent commercial laboratory. Inspectorate operates a sample preparation facility in Guatemala City and couriers the sample pulps to their facility in Reno, Nevada USA for analysis. Inspectorate holds sample pulps in secured storage in Guatemala City.

Underground definition drill core is sampled in its entirety, with the samples placed in plastic bags with sample tags. Samples are stored in a secure location at the Escobal mine site until they are either picked up by, or delivered to, Inspectorate. Inspectorate holds sample pulps in secured storage in Guatemala City and returns coarse reject to the mine.

Inspectorate has been the primary analytical laboratory for all Escobal mine drill sample preparation and analysis, with only minor exceptions. All samples have been prepared and analyzed using industry-standard practices suitable for the mineralization at the Escobal mine. Gold is analyzed by fire assay with atomic absorption (AA) finish; silver is analyzed by digestion/AA, with higher grade samples repeated using fire assay and gravimetric methods. Lead and zinc are analyzed by induced coupled polarization or by digestion/AA, with high grade samples repeated using titration methods. Both Entre Mares and Tahoe have conducted quality assurance and quality control (QA/QC) programs throughout all of the drill campaigns at the Escobal mine, which include check assaying and duplicate sample assaying at other laboratories, and the use of blind assay standards and assay blanks.

053

## M INERAL R ESOURCES

The Mineral Resource estimate for the Escobal mine as published in the May 2012 Escobal PEA contains 367.5 million ounces of silver classified as Indicated resources and 36.7 million ounces of silver classified as Inferred resources, with significant amounts of gold, lead, and zinc reported in both resource categories. The effective date of the Escobal mine Mineral Resource is January 23, 2012. A summary of the Indicated and Inferred resources, using a cutoff grade of 150 grams per tonne silver-equivalent, is provided in the following table:

| MAY 2012 ESCOBAL PEA TABLE 1-1: SUMMARY OF INDICATED AND INFERRED MINERAL RESOURCES | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Resource Classification | Tonnes (M) | Silver (g/t) | Gold (g/t) | Lead (%) | Zinc (%) | Silver (Moz) | Gold (koz) | Lead (kt) | Zin (kt) |
| Indicated | 27.1 | 422 | 0.43 | 0.71 | 1.28 | 367.5 | 373 | 192 | 347 |
| Inferred | 4.6 | 254 | 0.59 | 0.34 | 0.66 | 36.7 | 85 | 15 | 30 |

Mineral Resources at the Escobal mine were estimated using approximately 22,900 samples obtained from 355 diamond drill core holes, totaling 122,665 meters. Data verification for the Mineral Resources as reported in the May 2012 Escobal PEA was supervised by Paul Tietz, CPG, of MDA. Data verification included verification of drill locations in the field, review of sample handling and data collection procedures, and independent verification sampling/assaying of drill core. MDA also completed a full audit of the Escobal database, analysis of the QA/QC data and a study of core recovery and its relationship to metal grades.

MDA modeled and estimated the Escobal mine resources by refining the geologic model, evaluating the drill data statistically, interpreting mineral domains on cross sections and level plans, analyzing the modeled mineralization statistically to establish estimation parameters, and estimating silver, lead, gold, and zinc grades into a three-dimensional block model using inverse distance cubed (ID3).

Silver-equivalent Indicated Mineral Resources total 429.7 million ounces at an average grade of 493 g/t and silver-equivalent Inferred Mineral resources total 44.7 million ounces at an average grade of 309 g/t. Silver-equivalent values for the resources were calculated using metal prices of $25.00/oz Ag, $1300/oz Au, $0.95/lb Pb, and $0.90/lb Zn, with no metal recovery factors applied. There are no mineral reserves reported for the Escobal project.

## M INING & P ROCESS F LOWSHEET

Mineralized rock is transported from the underground mine to a run of mine stockpile from where it is transported by front end loader or trucks to the processing facility. Mineral concentrates containing gold, silver, lead and zinc are produced by mineral flotation technology. The run of mine material is reduced via a three stage crushing circuit followed by a single ball mill. This is followed by a conventional lead zinc differential flotation circuit consisting of tank cells with separate circuits for lead and zinc. Lead and zinc concentrates produced at the concentrator facility are filtered, packaged into super sacks which are placed in containers, and loaded onto trucks for shipment to port for delivery to commercial concentrate smelters and metal refineries.

The design basis for the processing facility is 4500 dry mtpd or 1,642,500 dry tonnes per year. Sulfide and mixed oxide-sulfide resources (diluted) are available for approximately 19 years at an average silver grade of 383 g/t, gold grade of 0.38 g/t, lead grade of 0.62% and zinc grade of 1.1%.

 Tahoe Resources Inc.

*M INING*

The Escobal Mineral Resources as described in the May 2012 Escobal PEA forms the basis of our development and operating plans for the Escobal mine. The mine is expected to produce between 18 and 21 million ounces of silver in 2014 based on the 3500 tpd model. A mine wide cut-off value of 150 g/t equivalent silver has been determined as optimal for the operation.

The Escobal deposit is accessed through two main portals. Two primary ramps, the East Central and West Central ramps, are being excavated with dimensions of five metres wide by six metres high at a maximum grade of -15% to access the Central zone. A third internal primary ramp of the same dimension is currently being driven to the East zone from the East Central ramp at a grade of +10%. Through the end of 2013, primary ramp development totals 3,884 metres. Primary development for approximately five years of mill feed at 3500 tpd has been completed to date.

The East Central and West Central ramps connect to a system of secondary footwall laterals that are positioned on the south side of the Escobal vein and spaced 25 metres vertically in the Central zone. Stopes are accessed from the footwall laterals at 20 metre intervals. The mining method at Escobal is longhole stoping; whereas transverse longhole stoping is used to mine areas where the horizontal dimension across the dip of the vein is greater than 15 metres and longitudinal longhole stoping is used to mine areas where the vein thickness is less than 15 metres. Material produced from stope development and production is hauled directly from the working areas to a stockpile at the process plant by truck; development waste is hauled by truck to the surface. At the end of 2013, a total of 4,179 metres of sublevel development and 4,918 metres of stope development were completed.

During 2013, the Escobal mine produced approximately 220,000 tonnes of metal-bearing material from transverse longhole stoping and stope development. Approximately 159,000 tonnes of this material, grading 474 Ag g/t, 0.53 Au g/t, 0.64% Pb and 0.92% Zn, were processed through the mill, with the remainder of the material stored on surface stockpiles.

Filtered tails from the process plant are combined with cement and water to make a structural fill (paste backfill) for filling the underground voids produced from stope mining. The paste backfill plant is centrally located on the surface above the Central zone and produces backfill for delivery via a system of ceramic-lined steel and HDPE pipe into the mine for placement in the mined-out stopes to provide stability to the excavated openings and allow for maximum recovery of the resource.

Excavation and construction of the primary ventilation exhaust raise for the Central zone was near completion at year's end, with ventilation fan installation and commissioning scheduled for completion in March 2014. All other infrastructure to support mining operations, such as electrical power supply, water lines, compressed air lines, communications, paste backfill piping, etc., have been installed. Current production levels have effectively been dewatered through surface wells and from underground locations.

055

## T AILINGS AND W ASTE R OCK F ACILITY

Tailings produced by the Escobal process facility are filtered to approximately 16% to 18% moisture prior to delivery to the paste backfill plant or surface repository. Rather than using a traditional pond system, tailings produced by the Escobal process facility that are not returned to the underground mine as paste backfill will be "dry stacked" on the surface in an engineered facility. Unlike conventional tailings impoundments which are designed to retain water and tailings behind dam embankments and require large surface areas, dry stack facilities require a smaller footprint, have long-term structural integrity, and maximize water conservation.

The Escobal dry stack facility is built using development rock from the mine to construct rock buttresses at the face of the facility on 5 metre high lifts. Filtered tailings are trucked to the facility and placed behind the rock buttresses in 30-cm layers and compacted to minimize infiltration from precipitation. This process will be repeated throughout the life of the mine. The facility is underlain by a system of underdrains to collect water that may seep through the tailings and to divert shallow downslope-migrating groundwater. Surface waters are diverted around the facility through a series of water diversion channels constructed along the upslope perimeter of the facility.

The construction method of the Escobal dry stack facility allows for concurrent reclamation as each lift is completed, which will greatly simplify the closure of the facility in an environmentally sound manner. As successive lifts of the dewatered tails are placed and compacted behind the perimeter rock buttresses, the lower rock slopes will be covered with stockpiled topsoil and revegetated. At final closure, the vegetated slope will replicate the natural slopes of the surrounding topography.

The engineering and design report for the dry stack tailings was submitted to MARN in the fourth quarter of 2012. Submission of the report was a prerequisite to the initiation of construction of the dry stack facility. Construction began in December 2012. At the end of 2013, approximately 84,000 cubic metres of tailings have been placed and compacted in the dry stack facility.

## T RANSPORTATION AND L OGISTICS

Guatemala has ports on both the Pacific and the Caribbean coasts. Access to the mine site from both ports is on paved highway. Filtered concentrate is placed in one or two tonne super-sacks, placed in sea-going containers, and carried on highway tractor trailer units along paved highway to port for shipment to international smelters.

## R ECLAMATION

The entire facility for the Escobal mine has been designed and constructed with closure in mind, to the greatest extent practicable. The facilities are designed and operated to minimize the footprint and areas of disturbance and to utilize the most advanced planning and reclamation techniques available including dry stack tailings, concurrent reclamation and geomorphic landform grading.

Surface disturbance resulting from the mine will be small as all mining activity will be underground. Reclamation will commence as soon as is practical during the development and operations by placing salvaged topsoil on outslopes and encouraging vegetation. Concurrent reclamation began in 2012 and continued throughout 2013. Final reclamation will occur at final closure at the end of mine life.

## 2013 CAPITAL COSTS

In 2013, the Company incurred $36.4 million in Escobal project expense. Upon receipt of the exploitation permit in April, the Company began capitalizing underground expenses associated with the Escobal project. During 2013, the Company's total capitalized costs for the Escobal project were $167.4 million. Capital costs consisted of 1) construction and sustaining costs of $45.6 million relating to underground infrastructure and development and 2) $124.6 million in surface infrastructure. After commissioning commenced in September, pre-operating revenues of $28 million and production costs of $18.7 million were netted and credited back to the project.



40    Tahoe Resources Inc.

## DIVIDENDS AND DISTRIBUTIONS

We have not paid any dividends on our Shares. We currently intend to retain future earnings, if any, to repay our debt and to finance the expansion of our business and have not established policies for paying dividends at this time. While we expect to develop a dividend policy in 2014, a decision to pay dividends on the Shares in the future will be made by the Board on the basis of the earnings and financial requirements of the Company as well as other conditions existing at such time.

## DESCRIPTION OF CAPITAL STRUCTURE

The Company is authorized to issue an unlimited number of Shares. As at the date hereof, 149,140,997 Shares were issued and outstanding as fully paid and non-assessable.

The holders of Shares are entitled to one vote per Share at meetings of the shareholders of the Company. Holders of Shares are entitled to dividends, if, as and when declared by the Board and, upon liquidation, to participate equally in such assets of the Company as are distributed to the holders of Shares.

## MARKET FOR SECURITIES

The Shares are listed on the NYSE under the symbol "TAHO" and on the TSX under the symbol "THO". The following table sets forth information relating to the trading of the Shares on both the NYSE and TSX for the months indicated.

**TRADING HISTORY ON THE NYSE**

| TRADING PRICE (US$) | | | |
|---|---|---|---|
| **2013** | **High** | **Low** | **Volume** |
| January | 19.19 | 15.37 | 4,116,400 |
| February | 17.22 | 14.11 | 4,259,200 |
| March | 17.96 | 15.20 | 4,607,100 |
| April | 19.55 | 14.12 | 11,787,600 |
| May | 17.31 | 14.52 | 9,197,800 |
| June | 15.50 | 12.44 | 4,337,700 |
| July | 16.61 | 13.49 | 3,611,300 |
| August | 20.51 | 14.65 | 4,271,700 |
| September | 19.46 | 16.80 | 4,401,800 |
| October | 20.64 | 17.07 | 4,977,400 |
| November | 20.42 | 18.29 | 4,455,100 |
| December | 18.64 | 16.55 | 3,671,400 |

| TRADING PRICE (US$) | | | |
|---|---|---|---|
| **2014** | **High** | **Low** | **Volume** |
| January | 20.53 | 16.85 | 5,252,500 |
| February | 23.68 | 17.27 | 2,588,500 |

Annual Information Form for the Year Ended December 31, 2013    41

**TRADING HISTORY ON THE TSX**

| TRADING PRICE (CDN $) | | | |
|---|---|---|---|
| **2013** | **High** | **Low** | **Volume** |
| January | 19.19 | 15.37 | 4,116,400 |
| February | 17.22 | 14.11 | 4,259,200 |
| March | 17.96 | 15.20 | 4,607,100 |
| April | 19.55 | 14.12 | 11,787,600 |
| May | 17.31 | 14.52 | 9,197,800 |
| June | 15.50 | 12.44 | 4,337,700 |
| July | 16.61 | 13.49 | 3,611,300 |
| August | 20.51 | 14.65 | 4,271,700 |
| September | 19.46 | 16.80 | 4,401,800 |
| October | 20.64 | 17.07 | 4,977,400 |
| Nov ember | 20.42 | 18.29 | 4,455,100 |
| December | 18.64 | 16.55 | 3,671,400 |

| TRADING PRICE (CDN $) | | | |
|---|---|---|---|
| **2014** | **High** | **Low** | **Volume** |
| January | 20.53 | 16.85 | 5,252,500 |
| February | 26.23 | 19.15 | 5,510,431 |

Source: www.tmxmoney.com

The price of Shares as reported by the NYSE at the close of business on December 31, 2013, the last business day of the year in the U.S., was $16.64 and on March 12, 2014 was $22.73 per share. The price of the Shares as reported by the TSX at the close of business on December 31, 2013, the last business day of the year in Canada, was Cdn$17.67 per share and on March 12, 2014 was Cdn$25.28 per share.

## PRIOR SALES

In the twelve month period ended December 31, 2013, the Company granted 612,000 options and 59,000 share awards (consisting of 24,000 Deferred Share Awards and 35,000 Restricted Share Awards) under its Share Option and Incentive Share Plan adopted on April 20, 2010.

| Grant Date | Options Granted | CAN$ | First Vest Date | Expiry Date |
|---|---|---|---|---|
| March 7, 2013 | 573,000 | $16.34 | March 7, 2014 | March 7, 2018 |
| May 9, 2013 | 12,000 | $17.08 | May 9, 2014 | May 9, 2018 |
| November 12, 2013 | 27,000 | $19.91 | November 12, 2014 | November 12, 2018 |

 Tahoe Resources Inc.

# DIRECTORS AND EXECUTIVE OFFICERS

## DIRECTORS AND EXECUTIVE OFFICERS

The following table sets forth information regarding our directors and executive officers. The term of office for the Directors expires as of the Company's Annual General Meeting which will be held on May 8, 2014.

| DIRECTORS | | | |
|---|---|---|---|
| Name and Municipality of Residence | Position(s) with the Company | Date of Appointment | Principal Occupation |
| C. KEVIN MCARTHUR<br>Reno, Nevada, United States | Vice Chair, Chief Executive Officer and Director | 12-Mar-14 | Vice Chair and Chief Executive Officer of the Company. |
| A. DAN ROVIG<br>Reno, Nevada, United States | Director and Chair | 8-Jun-10 | Independent consultant. |
| LORNE B. ANDERSON [1] [2]<br>Surrey, British Columbia, Canada | Director | 14-Apr-10 | Independent financial consultant. |
| PAUL B. SWEENEY [1] [3]<br>Vancouver, British Columbia, Canada | Director | 14-Apr-10 | Independent business consultant. |
| JAMES S. VOORHEES [2] [4]<br>Reno, Nevada, United States | Director | 14-Apr-10 | Independent director. |
| JOHN P. BELL [2] [4]<br>Vancouver, British Columbia, Canada | Director | 8-Jun-10 | Independent director. |
| KENNETH F. WILLIAMSON [1][3]<br>Dwight, Ontario, Canada | Director | 8-Jun-10 | Independent director. |
| TANYA JAKUSCONEK [3] [4]<br>Toronto, Ontario, Canada | Director | 2-May-11 | Senior Gold Research Analyst for Scotia Bank. |

Member of:
(1)      Audit Committee.
(2)      Corporate Governance and Nominating Committee
(3)      Compensation Committee
(4)      Health, Safety, Environment and Community Committee

Annual Information Form for the Year Ended December 31, 2013    43

| EXECUTIVE OFFICERS | | | |
|---|---|---|---|
| **Name and Municipality of Residence** | **Position(s) with the Company(1)** | **Date of Appointment** | **Principal Occupation** |
| RONALD W. CLAYTON Reno, Nevada, United States | President and Chief Operating Officer | 12-Mar-14 | President and Chief Operating Officer of the Company. |
| MARK SADLER Reno, Nevada, United States | Vice President and Chief Financial Officer | 7-Mar-13 | Vice President and Chief Financial Officer of the Company. |
| BRIAN BRODSKY Reno, Nevada, United States | Vice President, Exploration | 1-Jun-10 | Vice President, Exploration of the Company. |
| EDIE HOFMEISTER Reno, Nevada, United States | Vice President, Corporate Affairs, General Counsel and Corporate Secretary | 12-Mar-14 | Vice President, Corporate Affairs, General Counsel and Corporate Secretary of the Company. |

1.     As at December 31, 2013, the positions of the Company's executive officers were as follows: Mr. McArthur, President and Chief Executive Officer; Mr. Clayton, Executive Vice President and Chief Operating Officer; Mr. Sadler, Vice President and Chief Financial Officer; Mr. Brodsky, Vice President, Exploration; and Ms. Hofmeister, Vice President, General Counsel and Corporate Secretary. The current positions of the Company's executive officers, as indicated in the tables above, took effect on March 12, 2014.

The principal occupation of each of the Company's directors and executive officers within the past five years are disclosed in the brief biographies set forth below.

**Lorne B. Anderson, Director.** Mr. Anderson is a Chartered Accountant. He was the Chief Financial Officer of Tyhee Gold Corporation from May of 2005 until January 16, 2012. He was a director and the Audit Committee Chairman for Selwyn Resources Ltd. He has been an Independent Financial Consultant to the minerals industry since 1998. Since 1998 he has served on the boards of several mineral companies listed on the TSX Venture Exchange. From 1988 to 1998 Mr. Anderson was the Chief Financial Officer and Treasurer of Glamis Gold Ltd. He has over twenty years of experience in the mining industry, during which time he has been involved with administration, both equity and bank financings, and investor relations programs.

**John P. Bell, Director** . John P. Bell is a former Canadian diplomat who served as Ambassador to Cote d'Ivoire, Brazil, and High Commissioner to Malaysia. He also served as Canada's Chief Negotiator to the Rio Earth Summit (the United Nations Conference on Environment and Development). He was a Chief Federal Negotiator for Canadian Department of Indian and Northern Affairs from 1998-2006. He is currently a director of Goldcorp and of the Canadian Network for International Surgery (CNIS). He holds a Bachelor of Commerce degree and an Honorary Doctorate of Laws degree from the University of British Columbia.

**Tanya Jakusconek, Director** . Ms. Jakusconek is a Senior Gold Research Analyst who has covered large and mid-tier North American producers since 1991. She began her investment career at RBC Dominion Securities, and then worked at BBN James Capel and National Bank Financial before moving to Scotiabank in 2011. She earned a B.Sc (Honours) in Geology and an M.Sc Applied (MINEX Program), both from McGill University in Montreal.

 44    Tahoe Resources Inc.

**C. Kevin McArthur, Vice Chair of the Board and Chief Executive Officer.** Mr. McArthur founded the Company and became President and Chief Executive Officer on November 10, 2009. On March 12, 2014 the Board of Directors appointed him to be Vice Chair of the Board and to retain his position as Chief Executive Officer. He was President, Chief Executive Officer and a director of Goldcorp from November 15, 2006 until his retirement on December 31, 2008. He was President and Chief Executive Officer of Glamis Gold Ltd. from January 1, 1998 and served in a variety of management positions with Glamis since 1988. Prior to working with Glamis, Mr. McArthur held various operating and engineering positions with BP Minerals and Homestake Mining Company. He holds a B.S. in Mining Engineering from the University of Nevada. He is currently a Director of Pembrook Mining Corp. and Royal Gold, Inc.

**A. Dan Rovig, Director and Chair of the Board.** Mr. Rovig has been a director of Goldcorp since November 2006 and is currently a Director and Chair of the Board of Tahoe Resources Inc. He was a director and Chairman of the Board of Glamis Gold Ltd. from November 1998 to November 2006. Prior to November 1998, Mr. Rovig served first as President of Glamis from September 1988 until his appointment as a director, and the President and Chief Executive Officer of Glamis and its subsidiaries from November 1989 to August 1997 when he retired. Prior to 1988, Mr. Rovig was an executive officer of British Petroleum Ltd., including its subsidiaries Amselco Minerals Inc. and BP Minerals America for five years. Mr. Rovig holds a B.S. degree in Mining Engineering and a M.S. degree in Mineral Dressing Engineering from Montana College of Mineral Science and Technology. He is also a registered member of the Society for Mining, Metallurgy and Exploration, and the Geological Society of Nevada.

**Paul B. Sweeney, Director.** Mr. Sweeney has been an independent business consultant since May 2011. He is currently a Director of Mongolia Growth Group Ltd. From May 2010 to May 2011, he was a part-time commercial advisor to Plutonic Power Corporation and subsequently Alterra Power Corp. From August 2009 to April 2010, he served as Plutonic Power Corporation's President. He was Executive Vice President, Corporate Development of Plutonic Power Corporation from October 2008 to August 2009 and was Executive Vice President, Business Development of Plutonic Power Corporation from January 2007 to October 2008. He was an independent business and financial consultant from 2005 to 2007 and was Vice President and Chief Financial Officer of Canico Resource Corp. from 2002 to 2005. Mr. Sweeney has over 35 years' experience in financial management of mining and renewable energy companies.

**James S. Voorhees, Director** . Mr. Voorhees has been an independent consultant since 2007. Currently Mr. Voorhees is a director of Cloud Peak Energy. From 2005 to 2006 Mr. Voorhees was Executive Vice President and Chief Operating Officer of Glamis Gold Ltd. and from 1999 to 2005 he was Vice President Operations and Chief Operating Officer of Glamis Gold Ltd. Mr. Voorhees holds a B.S. degree in Mining Engineering from the University of Nevada and is a registered professional engineer.

**Kenneth F. Williamson, Director.** Mr. Williamson has been a director of Goldcorp since November 2006. He was Vice Chairman Investment Banking of Midland Walwyn/Merrill Lynch Canada Inc. from 1993 until his retirement in 1998. He was a director of Glamis Gold Ltd. from April 1999 to November 2006. He has worked in the securities industry for more than 25 years, concentrating on financial services and the natural resource industries in the United States and Europe. He was chairman of the board of BlackRock Ventures until it was acquired by Shell Canada in 2006. Currently he is a director of Uranium One Inc. As an active board member he has chaired various committees including audit, governance, and compensation. Mr. Williamson is a registered Professional Engineer and holds a Bachelor of Applied Science degree from the University of Toronto and a M.B.A. degree from the University of Western Ontario.

Annual Information Form for the Year Ended December 31, 2013    45

061

**Brian Brodsky, Vice President, Exploration** . Mr. Brodsky was appointed Vice President of Exploration of the Company and began work for us on June 1, 2010. Mr. Brodsky is an economic geologist with over 35 years of precious metals exploration experience. He worked for Goldcorp and its predecessor Glamis Gold from 2003 to 2010 as Exploration Manager, overseeing regional studies and detailed property assessments throughout Guatemala. His team was instrumental in the exploration and development of the Marlin Mine and Cerro Blanco gold-silver deposit as well as the grass-roots discovery and definition of the Escobal Vein. In early 2010 Mr. Brodsky was appointed to the position of Director of Exploration for the U.S. and Latin America for Goldcorp. Prior to joining Glamis/Goldcorp, Mr. Brodsky explored gold-silver, base metals and uranium deposits in various geologic environments throughout the United States, Peru and West Africa for Rio Algom Ltd., Cordex, Cruson & Pansze. He holds a B.S. in Geology from the University of Nevada.

**Ronald W. Clayton, President and Chief Operating Officer** . Mr. Clayton was appointed Vice President and Chief Operating Officer of the Company on April 1, 2010 and President and Chief Operating Officer on March 12, 2014. Mr. Clayton has extensive experience in development and operation of underground silver mines as well as operations in Latin America. Prior to joining the Company, Mr. Clayton was Senior Vice President of Operations and General Manager of several underground precious metal mines over a twenty year career with Hecla Mining Company. Mr. Clayton was also Vice President – Operations for Stillwater Mining Company from 2000 to 2002 and held various production, engineering and management positions with the Climax Molybdenum Company and Homestake Mining Company from 1976 to 1987. Mr. Clayton holds a B.S. in Mining Engineering from Colorado School of Mines.

**Edie Hofmeister, Vice President, Corporate Affairs, General Counsel and Corporate Secretary** . Ms. Hofmeister was appointed Corporate Secretary of the Company on February 1, 2010, Vice President, General Counsel on March 2, 2011 and Vice President, Corporate Affairs, General Counsel and Corporate Secretary on March 12, 2014. Prior to that, she served as General Counsel to a $2-billion bankruptcy Trust in Reno, Nevada. From 1994 to 2001 she worked as an attorney at Brobeck, Phleger and Harrison LLP where she acted as senior litigation counsel to Exxon/Mobil, Shell and Imperial Oil Canada in complex environmental coverage cases. Since 2007 she has worked with indigenous groups in developing nations to promote reforestation and sustainable community programs. Ms. Hofmeister holds a B.A. from the University of California Los Angeles, an M.A. in International Studies from the University of Notre Dame, and a J.D. from the University of San Francisco School of Law.

**Mark T. Sadler, Vice President and Chief Financial Officer.** Mr. Sadler was appointed Vice President and Chief Financial Officer of the Company on March 8, 2013. Mr. Sadler has over 20 years of experience in the mining industry having worked for Glencore Ltd. and Rio Tinto/Kennecott from 1990 to 2012 where he held various financial and commercial roles including General Manager Base Metal Concentrate Sales (Rio Tinto Copper), Director of Finance & Marketing / CFO (Kennecott Minerals Company) and Director of Raw Materials and Precious Metal Sales (Kennecott Utah Copper). Mr. Sadler began his career in 1985 at Grant Thornton LLP. He holds a B.S. degree in Accounting from the University of Utah, an MBA from Westminster College and is a member of the Utah Association and American Institute of Certified Public Accountants.

As of the date hereof, our directors, executive officers and employees, as a group, beneficially owned, directly or indirectly, or exercised control or direction over 5,681,558 vested Shares, representing approximately 3.90% of the issued Shares before giving effect to the exercise of share purchase options and the receipt of Shares issuable pursuant to Deferred or Restricted Share Awards. The directors, executive officers and employees, as a group, held 75,667 Deferred Share Awards and 2,350,458 Options as at March 12, 2014.

 46    Tahoe Resources Inc.

## CEASE TRADE ORDERS, BANKRUPTCIES, PENALTIES OR SANCTIONS

No director or executive officer of the Company is, or within ten years prior to the date hereof has been, a director, chief executive officer or chief financial officer of any company (including the Company) that, (i) was subject to a cease trade order, an order similar to a cease trade order or an order that denied the relevant company access to any exemption under securities legislation, that was in effect for a period of more than 30 consecutive days, that was issued while the director or executive officer was acting in the capacity as director, chief executive officer or chief financial officer; or (ii) was subject to a cease trade order, an order similar to a cease trade order or an order that denied the relevant company access to any exemption under securities legislation, that was in effect for a period of more than 30 consecutive days, that was issued after the director or executive officer ceased to be a director, chief executive officer or chief financial officer and which resulted from an event that occurred while that person was acting in the capacity as director, chief executive officer or chief financial officer.

No director or executive officer of the Company, or a shareholder holding a sufficient number of securities of the Company that would affect material control of the Company, (i) is, or within ten years prior to the date hereof has been, a director or executive officer of any company (including the Company) that, while that person was acting in that capacity, or within a year of that person ceasing to act in that capacity, became bankrupt, made a proposal under any legislation relating to bankruptcy or insolvency or was subject to or instituted any proceedings, arrangement or compromise with creditors or had a receiver, receiver manager or trustee appointed to hold its assets, other than John P. Bell who ceased to be a director of JER Envirotech International Corp. ("JER") within one year of the date JER ceased to do business, or (ii) has, within ten years prior to the date hereof, become bankrupt, made a proposal under any legislation relating to bankruptcy or insolvency, or become subject to or instituted any proceedings, arrangement or compromise with creditors, or had a receiver, receiver manager or trustee appointed to hold the assets of the director, executive officer or shareholder.

No director or executive officer of the Company, or a shareholder holding a sufficient number of securities of the Company to affect materially the control of the Company, has been subject to (i) any penalties or sanctions imposed by a court relating to securities legislation or by a securities regulatory authority or has entered into a settlement agreement with a securities regulatory authority; or (ii) any other penalties or sanctions imposed by a court or regulatory body that would likely be considered important to a reasonable investor in making an investment decision.

## CONFLICTS OF INTEREST

To the best of the Company's knowledge there are no known existing or potential material conflicts of interest among the Company and the Company's directors, officers or other members of management, as a result of their outside business interests except that certain of our directors and officers serve as directors and officers of other companies, and therefore it is possible that a conflict may arise between their duties to us and their duties as a director or officer of such companies. In the event of such a conflict of interest, the Company will follow the requirements and procedures of applicable corporate and securities legislation and applicable exchange policies, including the relevant provisions of the BCA. See "Description of Our Business – Risk Factors – Risks Relating to Our Business".

## INTEREST OF MANAGEMENT AND OTHERS IN MATERIAL TRANSACTIONS

None of our directors, executive officers or any shareholder who beneficially owns or controls or directs, directly or indirectly, more than 10% of the issued Shares, or any of their respective associates or affiliates, had any material interest, directly or indirectly, in any transaction within the three most recently completed financial years or during the current financial year that has materially affected or is reasonably expected to affect the Company

063

## TRANSFER AGENTS AND REGISTRAR

The transfer agent and registrar for the Shares is Computershare Investor Services Inc. at its principal offices in Vancouver, British Columbia.

## MATERIAL CONTRACTS

There are no material contracts which we have entered into within the financial year ended December 31, 2013.

## INTERESTS OF EXPERTS

The Qualified Person and Principal author for the Escobal Preliminary Economic Assessment is Conrad Huss, P.E., of M3. The Qualified Person for such report responsible for the review of the civil and environmental controls for the Escobal mine was Daniel Roth, P.E., of M3. The Qualified Person for such report responsible for the review of the metallurgical testing and flow sheets for the Escobal mine was Thomas L. Drielick, P.E., of M3. The Qualified Person for such report responsible for the review of the project history, geologic setting and deposit characterization is Richard K. Zimmerman, SME RM, of M3. All M3 personnel who worked on the report were supervised by Conrad Huss. The Qualified Person for the Escobal Economic Preliminary Assessment responsible for the review of the drilling, sampling method, sample preparation and analysis and data verification, and for the preparation of the Mineral Resource estimate described in the Escobal Economic Preliminary Assessment was Paul Tietz, C.P.G., of Mine Development Associates, an independent mining consulting firm.

The Company believes that at the date hereof, each of the authors of the Escobal Preliminary Economic Assessment and the employees and partners, as applicable, of M3 and Mine Development Associates, beneficially own, directly or indirectly, less than 1% of the outstanding securities of the Company.

The independent registered public accounting firm of the Company is Deloitte LLP. Deloitte LLP is independent with respect to the Company within the meaning of the Rules of Professional Conduct of the Institute of Chartered Accountants of British Columbia.

## SELECTED CONSOLIDATED FINANCIAL INFORMATION

Selected audited consolidated financial information for the year ended December 31, 2013 is as follows:

|  | 2013 | 2012 | 2011 |
|---|---|---|---|
| Revenues | $           - | $           - | $           - |
| Net (Loss) | $   (65,597) | $   (93,453) | $   (69,166) |
| Net Earnings (Loss) Per Share |  |  |  |
|   Basic | $     (0.45) | $     (0.65) | $     (0.48) |
|   Diluted | $     (0.45) | $     (0.65) | $     (0.48) |
| Cash and Short-Term Investments | $     8,838 | $   164,561 | $   349,837 |
| Total Assets | $   883,333 | $   852,943 | $   922,005 |
| Total Liabilities | $   109,179 | $   21,646 | $   10,351 |
| Total Shareholders' Equity | $   774,154 | $   831,297 | $   911,654 |

(1) In thousands, except per share amounts.

Further discussion of the Company's financial results is contained in Management's Discussion and Analysis of Financial Condition and Results of Operations for the year ended December 31, 2013.



48    Tahoe Resources Inc.

## ADDITIONAL CORPORATE AND FINANCIAL INFORMATION

Additional information relating to the Company, including additional financial information contained in the audited financial statements and the Management Discussion and Analysis for the year ended December 31, 2013, and directors' and officers' remuneration and indebtedness, principal holders of the Company's securities and securities authorized for issuance under equity compensation plans contained in the Company's Management Information Circular dated March 12, 2014, can be found on SEDAR at www.sedar.com or on the Company's website at www.tahoeresourcesinc.com.

## INFORMATION CONCERNING THE COMPANY'S AUDIT COMMITTEE AND EXTERNAL AUDITOR

### THE AUDIT COMMITTEE'S DUTIES AND CHARTER

The Audit Committee reviews all financial statements of the Company prior to their publication, reviews audits, considers the adequacy of the audit procedures, recommends the appointment of independent auditors, reviews and approves professional services to be rendered by them and reviews fees for audit services. The Audit Committee meets with the Company's auditors without management being present to discuss the various aspects of the Company's financial statements and the independent audit.

On April 20, 2010, the Board adopted a charter for the Audit Committee to follow in carrying out its audit and financial review functions. The charter was amended effective April 13, 2012 in order to reflect certain requirements applicable to audit committees under Rule 10A-3(b) under the Exchange Act, in connection the Company's successful application to list its common shares on the NYSE. The charter was further amended effective March 12, 2014, to include certain provisions clarifying the Audit Committee's responsibilities with respect to the Company's internal audit function, as required by Section 303A.07 of the NYSE Listed Company Manual. This amended charter is appended hereto as Appendix A.

### COMPOSITION OF THE AUDIT COMMITTEE

The Audit Committee is currently composed of three directors: Paul Sweeney (Chairman), Lorne Anderson and Kenneth Williamson. Each of these individuals is "independent" and financially literate within the meaning of National Instrument 52-110 of the Canadian Securities Administrators.

### RELEVANT EDUCATION AND EXPERIENCE

All Audit Committee members have significant management experience in the mining, securities or investment banking industry as well as extensive continuing financial education. Details regarding the education and experience of each member of the Audit Committee that is relevant to the performance of his responsibilities as an Audit Committee member is as follows:

Mr. Sweeney has been an independent business consultant since May 2011. From May 2010 to May 2011, he was a part-time commercial advisor to Plutonic Power Corporation and subsequently Alterra Power Corp. From August 2009 to April 2010, he served as Plutonic Power Corporation's President. He was Executive Vice President, Corporate Development of Plutonic Power Corporation from October 2008 to August 2009 and was Executive Vice President, Business Development of Plutonic Power Corporation from January 2007 to October 2008. He was an independent business and financial consultant from 2005 to 2007 and was Vice President and Chief Financial Officer of Canico Resource Corp. from 2002 to 2005. Mr. Sweeney has over 35 years' experience in financial management of mining and renewable energy companies. He has served on Audit Committees of a number of public companies and is a former Certified General Accountant of British Columbia.

Mr. Anderson is a Chartered Accountant. He was the Chief Financial Officer of Tyhee Gold Corporation from May of 2005 until January 16, 2012. He was a director and the Audit Committee Chairman for Selwyn Resources Ltd. He has been an Independent Financial Consultant to the minerals industry since 1998. From 1988 to 1998 Mr. Anderson was the Chief Financial Officer and Treasurer of Glamis Gold Ltd. He has over twenty years of experience in the mining industry, during which time he has been involved with administration, both equity and bank financings, and investor relations programs.

Mr. Williamson has been a director of Goldcorp since November 2006. He was Vice Chairman Investment Banking of Midland Walwyn/Merrill Lynch Canada Inc. from 1993 until his retirement in 1998. He was a director of Glamis Gold Ltd. from April 1999 to November 2006. He has worked in the securities industry for more than 25 years, concentrating on financial services and the natural resource industries in the United States and Europe. He was chairman of the board of BlackRock Ventures until it was acquired by Shell Canada in 2006. Currently he is a director of Uranium One Inc. As an active board member he has chaired various committees including audit, governance, and compensation. Mr. Williamson is a registered Professional Engineer and holds a Bachelor of Applied Science degree from the University of Toronto and a M.B.A. degree from the University of Western Ontario.

## PRE-APPROVAL POLICIES AND PROCEDURES

We have not adopted specific policies and procedures for the engagement of non-audit services, however, the Audit Committee has considered whether the provision of services other than audit services is compatible with maintaining the auditors' independence and has adopted a general policy governing the provision of these services. This policy requires the pre-approval by the Audit Committee of all audit and non-audit services provided by the external auditor, other than any de minimus non-audit services allowed by applicable law or regulation.

Pre-approval from the Audit Committee can be sought for planned engagements based on budgeted or committed fees. No further approval is required to pay pre-approved fees. Additional pre-approval is required for any increase in scope or in final fees.

## EXTERNAL AUDITOR SERVICE FEES

The Audit Committee has reviewed the nature and amount of the audit and non-audit services provided by Deloitte LLP to ensure auditor independence. The following table sets out the aggregate fees billed for services performed during the year ended December 31, 2013 for the category of fees described:

| Financial Period | Audit Fees [1] (Cdn$) | Tax Fees [2] (Cdn$) | All Other Fees [3] (Cdn$) |
|---|---|---|---|
| Jan. 1 – Dec. 31, 2013 | $563,500 | -- | -- |
| Jan. 1 - Dec. 31, 2012 [4] | $190,000 | $130,438 | $106,057 |

(1) "Audit Fees" include fees necessary to perform the annual audit and quarterly reviews of the Company's financial statements. Audit Fees include fees for accounting consultations on matters reflected in the financial statements. Audit Fees also include audit or other attest services required by legislation or regulation, such as comfort letters, consents, reviews of securities filings and statutory audits.

(2) "Tax Fees" includes fees for tax compliance, tax planning and tax advice. Tax planning and tax advice includes assistance with tax audits and appeals, transfer price management, tax advice related to mergers and acquisitions, and requests for rulings or technical advice from tax authorities. All tax services are provided by KPMG

(3) "All Other Fees" include services related to Canadian indirect tax issues, Directors, stock based compensation, company reorganization, and the implementation of Sarbanes-Oxley compliance programs made necessary by the Company's listing on the NYSE.

(4) During 2012, external audit serves were peformed by both KPMG LLP and Deloitte LLP.

## APPENDIX A – TAHOE RESOURCES

**THIRD AMENDED AUDIT COMMITTEE CHARTER**

*P URPOSE*

The Audit Committee (the " **Committee** ") is a committee appointed by the Board of Directors (the " **Board** ") of Tahoe Resources Inc. (the " **Corporation** "). The Committee is established to fulfill applicable reporting issuer obligations respecting audit committees and to assist the Board in fulfilling its oversight responsibilities with respect to financial reporting including responsibility to:

- oversee the integrity of the Corporation's financial statements and financial reporting process, including the audit process and the Corporation's internal accounting controls and procedures and compliance with related legal and regulatory requirements;

- oversee the qualifications, independence, appointment and compensation of the external auditor;

- oversee the work of the Corporation's financial management and external auditor in these areas; and

- provide an open avenue of communication between the external auditor, the Board and senior officers (" **Management** ").

In addition, the Committee shall prepare, if required, an audit committee report for inclusion in the Corporation's annual management proxy circular, in accordance with applicable rules and regulations.

The function of the Committee is oversight. It is not the duty or responsibility of the Committee or its members (i) to plan or conduct audits, (ii) to determine that the Corporation's financial statements are complete and accurate and are in accordance with generally accepted accounting principles or (iii) to conduct other types of auditing or accounting reviews or similar procedures or investigations. The Committee and its Chair are members of the Board of the Corporation, appointed to the Committee to provide broad oversight of the financial, risk and control related activities of the Corporation, and are specifically not accountable or responsible for the day-to-day operations or performance of such activities.

Management is responsible for the preparation, presentation and integrity of the Corporation's financial statements. Management is also responsible for maintaining appropriate accounting and financial reporting principles and policies and systems of risk assessment and internal controls and procedures designed to provide reasonable assurance that assets are safeguarded and transactions are properly authorized, recorded and reported and to assure the effectiveness and efficiency of operations, the reliability of financial reporting and compliance with accounting standards and applicable laws and regulations.

The external auditor are responsible for planning and carrying out an audit of the Corporation's annual financial statements in accordance with generally accepted auditing standards to provide reasonable assurance that, among other things, such financial statements are in accordance with generally accepted accounting principles.

*C OMPOSITION AND P ROCEDURES*

*Composition* – The Committee shall be comprised of at least three members. None of the members of the Committee shall be an officer or employee of the Corporation or any of its subsidiaries and each member of the Committee shall be an "independent" director (as such term is defined from time to time under the requirements or guidelines for audit committee service under applicable securities laws and the rules of any stock exchange on which the Corporation's securities are listed for trading) and none of the members shall have participated in the preparation of the financial statements of the Corporation or any current subsidiaries of the Corporation at any time over the past three years.

Annual Information Form for the Year Ended December 31, 2013   51

All members of the Committee must be "financially literate" (as that term is defined from time to time under the requirements or guidelines for audit committee service under securities laws and the rules of any stock exchange on which the Corporation's securities are listed for trading or if it is not so defined as that term is interpreted by the Board in its business judgment) or must become financially literate within a reasonable period of time after their appointment to the Committee.

***Service on Multiple Audit Committees*** – If a Committee member serves on the audit committees of more than four reporting issuers or public corporations, including the Corporation, the Board must determine that such service would not impair the ability of the member to effectively serve on the Committee and disclose such determination in the annual proxy circular.

***Meetings*** – The Committee shall meet regularly at times necessary to perform the duties described herein in a timely manner, but not less than four times a year and at any time the Corporation proposes to issue a press release with its quarterly or annual earnings information. Meetings may be held in person or by telephone and at any time deemed appropriate by the Committee.

***Separate Executive Meetings*** – The Committee shall meet periodically in separate executive sessions with Management (including the Chief Financial Officer), and the external auditor, and have such other direct and independent interaction with such persons from time to time as the members of the Committee deem appropriate. The Committee may request any officer or employee of the Corporation or the Corporation's outside counsel or external auditor to attend a meeting of the Committee or to meet with any members of, or consultants to, the Committee. The external auditor will have direct access to the Committee at their own initiative.

***Professional Assistance*** – The Committee may require the external auditor to perform such supplemental reviews or audits as the Committee may deem desirable. In addition, the Committee may retain such special legal, accounting, financial or other consultants as the Committee may determine to be necessary to carry out the Committee's duties at the Corporation's expense. Without limiting the foregoing, the Corporation shall provide appropriate funding, as determined by the Committee, for payment of such ordinary administrative expenses of the Committee as are necessary or appropriate in carrying out its duties.

***Reliance*** – Absent actual knowledge to the contrary (which shall be promptly reported to the Board), each member of the Committee shall be entitled to rely on (i) the integrity of those persons or organizations within and outside the Corporation from which it receives information, (ii) the accuracy of the financial and other information provided to the Committee by such persons or organizations and (iii) representations made by Management and the external auditor as to any information technology, internal audit and other non-audit services provided by the external auditor to the Corporation and its subsidiaries.

***Reporting to the Board*** – The Committee will report through the Committee Chair to the Board following meetings of the Committee on matters considered by the Committee, its activities, the performance of the Corporation's internal audit function and compliance with this Charter.

 52   Tahoe Resources Inc.

*R ESPONSIBILITIES OF THE C OMMITTEE*

*Approval of Terms of Engagement of the External Auditor* – The Committee shall make recommendations to the holders of the common shares of the Corporation (the "shareholders") on the appointment or reappointment of the external auditor of the Corporation at each meeting of shareholders where such action is being taken (with such recommendation to be reflected in the proxy circular to be furnished to the shareholders in connection with each such meeting of shareholders), and shall have authority to terminate the appointment of the external auditor. The Committee shall approve in advance the terms of engagement and the compensation to be paid by the Corporation to the external auditor. The Committee shall approve in advance all non-audit services to be provided to the Corporation and its affiliates by the external auditor.

*Review of Independence* – The Committee shall review the independence of the external auditor and shall make recommendations to the Board on appropriate actions to be taken which the Committee deems necessary to protect and enhance the independence of the external auditor.

*Auditor Reports* – The Committee shall require the external auditor to provide to the Committee, and the Committee shall review and discuss with the external auditor, all reports which the external auditor are required to provide to the Committee or the Board under rules, policies or practices of professional or regulatory bodies applicable to the auditor, and any other reports which the Committee may require.

*Hiring Former Employees of the Auditor* – The Committee must review and approve the Company's hiring policies regarding partners, employees and former partners and employees of the present and former external auditor.

*Oversight and Monitoring of Audits* – As required by section 2.2 of National Instrument 52110, Audit Committees, as adopted by the Canadian Securities Administrators, the Corporation shall require the external auditor to report directly to the Committee. The Committee shall review with the external auditor the audit function generally, the audit procedures to be used and the timing and estimated budgets of the audits. The Committee shall discuss with the external auditor any difficulties or disputes that arose with Management during the course of the audit and the adequacy of Management's responses in correcting audit related deficiencies and the Committee shall take such other reasonable steps as it may deem necessary to satisfy itself that the audit was conducted in a manner consistent with all applicable legal requirements and auditing standards of applicable professional or regulatory bodies.

*Oversight and Review of Accounting Principles and Practices* – The Committee shall, as it deems necessary, oversee, review and discuss with Management and the external auditor:

- the quality, appropriateness and acceptability of the Corporation's accounting principles and practices used in its financial reporting, changes in the Corporation's accounting principles or practices and the application of particular accounting principles and disclosure practices by Management to new transactions or events;

- all significant financial reporting issues and judgments made in connection with the preparation of the financial statements, including the effects of alternative methods within generally accepted accounting principles on the financial statements and any "second opinions" sought by Management from an independent auditor with respect to the accounting treatment of a particular item;

- any material change to the Corporation's auditing and accounting principles and practices as recommended by Management, the external auditor or the internal auditor or which may result from proposed changes to applicable generally accepted accounting principles;

Annual Information Form for the Year Ended December 31, 2013    53

069

- the effect of regulatory and accounting initiatives on the Corporation's financial statements and other financial disclosures;

- any reserves, accruals, provisions, estimates or Management programs and policies, including factors that affect asset and liability carrying values and the timing of revenue and expense recognition, that may have a material effect upon the financial statements of the Corporation;

- the use of special purpose entities and the business purpose and economic effect of off- balance sheet transactions, arrangements, obligations, guarantees and other relationships of the Corporation and their impact on the reported financial results of the Corporation;

- any legal matter, claim or contingency that could have a significant impact on the financial statements, the Corporation's compliance policies and any material reports, inquiries or other correspondence received from regulators or governmental agencies and the manner in which any such legal matter, claim or contingency has been disclosed in the Corporation's financial statements;

- the treatment for financial reporting purposes of any significant transactions which are not a normal part of the Corporation's operations;

- the use of any "pro forma" or "adjusted" information not in accordance with generally accepted accounting principles; and

- Management's determination of asset impairment, if any, as required by applicable accounting standards.

***Disagreement Between Management and the External Auditor*** – The Committee shall review and resolve disagreements between Management and the external and internal auditor regarding financial reporting or the application of any accounting principles or practices.

***Oversight and Monitoring of Internal Controls*** – The Committee shall, as it deems necessary, exercise oversight of, review and discuss with Management and the external auditor:

- the adequacy and effectiveness of the Corporation's internal accounting and financial controls and their recommendations for the improvement of accounting practices and internal controls;

- any material weaknesses in the internal control environment, including with respect to computerized information system controls and security; and

- Management's compliance with the Corporation's processes, procedures and internal controls.

***Dealing With Accounting Complaints*** – The Committee shall establish and monitor procedures for the receipt and treatment of complaints received by the Corporation regarding accounting, internal accounting controls or audit matters and the submission, anonymously or otherwise, by employees of concerns regarding questionable accounting or auditing matters and shall review periodically with Management these procedures and any significant complaints received.

***Oversight and Monitoring of the Corporation's Financial Disclosures*** – The Committee shall:

review with the auditor and Management, and recommend to the Board for approval, the audited financial statements and the notes and Managements' Discussion and Analysis accompanying such financial statements, the Corporation's annual report and any financial information of the Corporation contained in any prospectus or information circular of the Corporation;

 Tahoe Resources Inc.

070

- review with the auditor and Management, approve, and report to the Board regarding , each set of interim financial statements and the notes and Management's Discussion and Analysis accompanying such financial statements and any other disclosure documents or regulatory filings of the Corporation containing or accompanying financial information of the Corporation;

- prior to their distribution, discuss earnings press releases with Management on a quarterly basis, and discuss financial information from time to time provided to analysts and ratings agencies, it being understood that such discussions may be done generally (by discussing the types of information to be disclosed and the type of presentation to be made) and that the Committee need not discuss in advance each instance in which the Corporation gives financial information; and

- The Committee shall review the disclosure with respect to its pre-approval of audit and non-audit services provided by the external auditor.

*Oversight of Risks* – The Committee shall meet periodically with Management to review:

- the Corporation's major financial risk exposures and the policy steps Management has taken to monitor and control such exposures, including the use of financial derivatives and hedging activities; and

- the process and systems in place for ensuring the reliability of public disclosure documents that contain audited and unaudited financial information and their effectiveness.

*Oversight of the Corporation's Internal Audit Function* – The Committee shall:

- review the activities and organizational structure of the internal audit function, as well as the qualifications of its personnel;

- review the significant reports to Management prepared by the internal auditor and Management's responses to such reports;

- periodically review, with the senior internal auditor, any significant difficulties, disagreements with Management, or scope restrictions encountered in the course of the internal audit function's work; and

- periodically review, and discuss with external auditor and Management, the internal auditor's responsibilities, the budget and staffing for the internal audit function and any recommended changes in the planned scope of the internal audit.

## R EVIEW OF THIS C HARTER AND P ERFORMANCE OF THE C OMMITTEE

The Committee shall review and reassess the adequacy of this Charter at least annually and otherwise as it deems appropriate and recommend changes to the Board.

The performance of the Committee shall be evaluated with reference to this Charter annually.

Annual Information Form for the Year Ended December 31, 2013    55

071

072

Consolidated Financial Statements
(Expressed in Thousands of United States Dollars)

## TAHOE RESOURCES INC.

Years Ended December 31, 2013 and 2012

This page intentionally left blank.

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

To the Board of Directors and Shareholders of
Tahoe Resources Inc.

We have audited the accompanying consolidated financial statements of Tahoe Resources Inc. and subsidiaries (the "Company"), which comprise the consolidated balance sheets as at December 31, 2013 and December 31, 2012, and the consolidated statements of operations and comprehensive loss, cash flows and changes in equity for the years then ended, and a summary of significant accounting policies and other explanatory information.

**Management's Responsibility for the Consolidated Financial Statements**

Management is responsible for the preparation and fair presentation of these consolidated financial statements in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board, and for such internal control as management determines is necessary to enable the preparation of consolidated financial statements that are free from material misstatement, whether due to fraud or error.

**Auditor's Responsibility**

Our responsibility is to express an opinion on these consolidated financial statements based on our audits. We conducted our audits in accordance with Canadian generally accepted auditing standards and the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we comply with ethical requirements and plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the consolidated financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the consolidated financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the consolidated financial statements in order to design audit procedures that are appropriate in the circumstances. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of accounting estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements.

We believe that the audit evidence we have obtained in our audits is sufficient and appropriate to provide a basis for our audit opinion.

**Opinion**

In our opinion, the consolidated financial statements present fairly, in all material respects, the financial position of Tahoe Resources Inc. and subsidiaries as at as at December 31, 2013 and December 31, 2012, and their financial performance and their cash flows for the years then ended in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board.

**Other Matter**

We have also audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), the Company's internal control over financial reporting as of December 31, 2013, based on the criteria established in *Internal Control – Integrated Framework (1992)* issued by the Committee of Sponsoring Organizations of the Treadway Commission and our report dated March 12, 2014 expressed an unqualified opinion on the Company's internal control over financial reporting.

/s/ Deloitte LLP
Chartered Accountants
March 12, 2014
Vancouver, Canada

**MANAGEMENT'S REPORT ON INTERNAL CONTROL OVER FINANCIAL REPORTING**

Management of Tahoe Resources Inc. ("the Company") is responsible for establishing and maintaining adequate internal control over financial reporting. Internal control over financial reporting is a process designed by, or caused to be designed under the supervision of, the President and Chief Executive Officer and the Vice President and Chief Financial Officer and effected by the Board of Directors, management and other personnel to provide reasonable assurance regarding the reliability of financial reporting and the preparation of consolidated financial statements for external purposes in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board. It includes those policies and procedures that:

I. pertain to the maintenance of records that accurately and fairly reflect, in reasonable detail, the transactions and dispositions of assets of the Company;

II. provide reasonable assurance that transactions are recorded as necessary to permit preparation of consolidated financial statements in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board, and that the Company's receipts and expenditures are made only in accordance with authorizations of management and the Company's directors; and

III. provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the Company's assets that could have a material effect on the Company's consolidated financial statements.

Due to its inherent limitations, internal control over financial reporting may not prevent or detect misstatements on a timely basis. Also, projections of any evaluation of the effectiveness of internal control over financial reporting to future periods are subject to the risk that the controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

Management assessed the effectiveness of the Company's internal control over financial reporting as of December 31, 2013, based on the criteria set forth in *Internal Control – Integrated Framework (1992)* issued by the Committee of Sponsoring Organizations of the Treadway Commission. Based on this assessment, management concludes that, as of December 31, 2013, the Company's internal control over financial reporting was effective.

The effectiveness of the Company's internal control over financial reporting, as of December 31, 2013, has been audited by Deloitte LLP, Independent Registered Public Accounting Firm, who also audited the Company's consolidated financial statements as of and for the year ended December 31, 2013, as stated in their report which appears on the following page.

*/s/Kevin McArthur*                                    */s/Mark Sadler*
Kevin McArthur                                         Mark Sadler
*President and Chief Executive Officer*                *Vice President and Chief Financial Officer*


Reno, Nevada
March 12, 2014

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

To the Board of Directors and Shareholders of
Tahoe Resources Inc.

We have audited the internal control over financial reporting of Tahoe Resources Inc. and subsidiaries (the "Company") as of December 31, 2013, based on the criteria established in *Internal Control-Integrated Framework (1992)* issued by the Committee of Sponsoring Organizations of the Treadway Commission. The Company's management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting, included in the accompanying Management's Report on Internal Control over Financial Reporting. Our responsibility is to express an opinion on the Company's internal control over financial reporting based on our audit.

We conducted our audit in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects. Our audit included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, testing and evaluating the design and operating effectiveness of internal control based on the assessed risk, and performing such other procedures as we considered necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinion.

A company's internal control over financial reporting is a process designed by, or under the supervision of, the company's principal executive and principal financial officers, or persons performing similar functions, and effected by the company's board of directors, management, and other personnel to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of the inherent limitations of internal control over financial reporting, including the possibility of collusion or improper management override of controls, material misstatements due to error or fraud may not be prevented or detected on a timely basis. Also, projections of any evaluation of the effectiveness of the internal control over financial reporting to future periods are subject to the risk that the controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

In our opinion, the Company maintained, in all material respects, effective internal control over financial reporting as of December 31, 2013, based on the criteria established in *Internal Control – Integrated Framework (1992)* issued by the Committee of Sponsoring Organizations of the Treadway Commission.

We have also audited, in accordance with Canadian generally accepted auditing standards and the standards of the Public Company Accounting Oversight Board (United States), the consolidated financial statements as of and for the year ended December 31, 2013 of the Company and our report dated March 12, 2014 expressed an unqualified opinion on those financial statements.

/s/ Deloitte LLP
Chartered Accountants
March 12, 2014
Vancouver, Canada

This page intentionally left blank.

# CONSOLIDATED BALANCE SHEETS
(Expressed in Thousands of United States Dollars)

| | Notes | December 31, 2013 | December 31, 2012 |
|---|---|---|---|
| **Assets** | | | |
| **Current assets:** | | | |
| Cash and cash equivalents | (14) | $ 8,838 | $ 164,561 |
| Accounts receivable | | 2,506 | - |
| Inventories | (7) | 22,965 | 842 |
| Other current assets | | 1,502 | 867 |
| | | 35,811 | 166,270 |
| **Non-current assets:** | | | |
| Mineral property, land, plant and equipment | (4) | 844,583 | 679,326 |
| Deposits | | 2,939 | 7,347 |
| | | 847,522 | 686,673 |
| | | | |
| **Total Assets** | | $ 883,333 | $ 852,943 |
| **Liabilities and Shareholders' Equity** | | | |
| **Current liabilities:** | | | |
| Accounts payable and accrued liabilities | (8) | $ 54,678 | $ 16,925 |
| Current debt | (9) | 49,479 | - |
| Income tax payable | | 808 | - |
| | | 104,965 | 16,925 |
| | | | |
| **Non-current liabilities:** | | | |
| Share appreciation rights liability | (6) | 80 | 481 |
| Other non-current liabilities | | 1,113 | 549 |
| Reclamation provision | (5) | 3,021 | 3,691 |
| Total Liabilities | | 109,179 | 21,646 |
| | | | |
| **Shareholders' equity:** | | | |
| Share capital | (6) | 996,076 | 988,081 |
| Reserve | (6) | 14,304 | 13,845 |
| Deficit | | (236,226) | (170,629) |
| Total Shareholders' Equity | | 774,154 | 831,297 |
| **Total Liabilities and Shareholders' Equity** | | $ 883,333 | $ 852,943 |

See accompanying notes to consolidated financial statements.

APPROVED BY THE DIRECTORS

*/s/ Dan Rovig*
Dan Rovig
Board Chair

*/s/ Kevin McArthur*
Kevin McArthur
Vice Chair and Chief Executive Officer

Consolidated Financial Statements for the Years Ended December 31, 2013 and 2012    1

## CONSOLIDATED STATEMENTS OF OPERATIONS
## AND COMPREHENSIVE LOSS

(Expressed in Thousands of United States Dollars, Except Share and per Share Information)

| | Notes | Year Ended December 31, 2013 | | Year Ended December 31, 2012 |
|---|---|---|---|---|
| Operating expenses: | | | | |
| Escobal project expenses | | $ 36,404 | $ | 70,945 |
| Exploration | | 5,268 | | 10,613 |
| General and administrative expenses | | 19,509 | | 19,021 |
| Operating loss | | (61,181) | | (100,579) |
| Other Income and expenses: | | | | |
| Gain (loss) on foreign exchange | | - | | 5,423 |
| Interest income and other income | | 120 | | 1,407 |
| Financing fees | | (2,793) | | - |
| Other expenses | | (122) | | (14) |
| Loss before income tax | | (63,976) | | (93,763) |
| Income tax (expense) benefit | (15) | (1,621) | | 310 |
| Loss for the year | | (65,597) | | (93,453) |
| Other comprehensive loss | | - | | - |
| Total comprehensive loss | | $ (65,597) | $ | (93,453) |
| | | | | |
| Loss per share: | | | | |
| Basic and diluted loss per share | | $ (0.45) | $ | (0.65) |
| Weighted average number of shares outstanding - basic and diluted | | 145,842,795 | | 144,634,768 |

See accompanying notes to consolidated financial statements.

    Tahoe Resources Inc.

079

## CONSOLIDATED STATEMENTS OF CASH FLOWS

(Expressed in Thousands of United States Dollars)

| | Notes | Year Ended December 31, 2013 | Year Ended December 31, 2012 |
|---|---|---|---|
| Cash provided by (used in): | | | |
| Operations: | | | |
| Loss for the year | | $ (65,597) | $ (93,453) |
| Adjustment for: | | | |
| Loan expenses | (9) | 854 | - |
| Amortization of facilities fees | (9) | 557 | - |
| Income tax expense (benefit) | | 1,915 | (310) |
| Items not involving cash: | | | |
| Depreciation | | 3,630 | 6,869 |
| Loss on disposition of mineral property, land, plant and equipment | | 37 | 15 |
| Share based payments | (6) | 5,684 | 8,829 |
| Deferred income taxes | | (294) | - |
| Foreign exchange (gain) loss | | - | (5,423) |
| Other, net | | 71 | 22 |
| Changes in non-cash working capital and other: | | | |
| Accounts receivable and other current assets | | (2,847) | (591) |
| Inventories | | (21,134) | (842) |
| Accounts payable, accrued and other non-current liabilties | | 12,707 | (1,190) |
| Operating cash flow before interest and taxes | | (64,417) | (86,074) |
| Interest income | | (120) | (1,407) |
| Income taxes paid (recovered) | | (1,107) | (292) |
| Interest expense paid | | 112 | - |
| Operating cash flow | | (65,532) | (87,773) |
| Investing: | | | |
| Interest received | | 120 | 1,407 |
| Land acquisitions | | - | (320) |
| Plant and equipment additions | | (145,115) | (110,365) |
| Decrease (Increase) in deposits | | 4,408 | 1,330 |
| Investing cash flow | | (140,587) | (107,948) |
| Financing: | | | |
| Proceeds from issuance of common shares on exercise of underwriter warrants and stock options | | 2,501 | 5,022 |
| Loan facility fees and expenses | (9) | (2,105) | - |
| Borrowing on debt | (9) | 50,000 | - |
| Financing cash flow | | 50,396 | 5,022 |
| Effect of exchange rates on cash and cash equivalents | | - | 5,423 |
| Decrease in cash and cash equivalents | | (155,723) | (185,276) |
| Cash and cash equivalents, beginning of the year | | 164,561 | 349,837 |
| Cash and cash equivalents, end of the year | (14) | $ 8,838 | $ 164,561 |

See accompanying notes to consolidated financial statements.

Consolidated Financial Statements for the Years Ended December 31, 2013 and 2012    3

080

## CONSOLIDATED STATEMENTS OF CHANGES IN EQUITY
(Expressed in Thousands of United States Dollars, Except Share Information
Years Ended December 31, 2013 and 2012

| | Notes | Number of Shares | Share Capital | Reserves | Deficit | Total |
|---|---|---|---|---|---|---|
| Balance December 31, 2011 | | 143,427,057 | $ 972,569 | $ 16,261 | $ (77,176) | $ 911,654 |
| Shares issued for cash: | | | | | | |
| Underwriters Warrants exercised at CAN$6.00 per share | (6) | 561,440 | 4,391 | (1,133) | - | 3,258 |
| Exercise of stock options | (6) | 267,707 | 2,497 | (733) | - | 1,764 |
| Shares issued under RSA compensation plan | (6) | 35,000 | 635 | - | - | 635 |
| Shares issued under DSA compensation plan | (6) | 1,274,000 | 7,989 | (7,989) | - | - |
| Share based payments | | - | - | 7,439 | | 7,439 |
| Net Loss | | - | - | - | (93,453) | (93,453) |
| Balance December 31, 2012 | | 145,565,204 | 988,081 | 13,845 | (170,629) | 831,297 |
| Shares issued for cash: | | | | | | |
| Shares issued under Deferred Share Award (DSAs) compensation plan: | (6) | 212,666 | 3,684 | (3,684) | - | - |
| Shares issued under Restricted Share Award (RSAs) compensation plan: | (6) | 35,000 | 596 | - | - | 596 |
| Exercise of stock options | (6) | 281,537 | 3,715 | (1,214) | - | 2,501 |
| Share based payments | (6) | - | - | 5,357 | - | 5,357 |
| Net Loss | | - | - | - | (65,597) | (65,597) |
| Balance December 31, 2013 | | 146,094,407 | $ 996,076 | $ 14,304 | $ (236,226) | $ 774,154 |

See accompanying notes to consolidated financial statements.

 Tahoe Resources Inc.

081

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
(Expressed in Thousands of United States Dollars, Except per Share Information)
Years Ended December 31, 2013 and 2012

### 1.   OPERATIONS

Tahoe Resources Inc. was incorporated under the Business Corporations Act (British Columbia) on November 10, 2009. These consolidated financial statements include the accounts of Tahoe Resource Inc. and its subsidiaries (together referred to as the "Company"). Its principal business activity is the acquisition, exploration, development and operation of mineral properties in the Americas for the mining of precious metals.

The Company's registered office is at 1500 Royal Centre, 1055 West Georgia Street, P.O. Box 11117, Vancouver, BC V6E 4N7, Canada.

### 2.   SIGNIFICANT ACCOUNTING POLICIES

a)   Basis of presentation and statement of compliance:

The consolidated financial statements have been prepared in accordance with International Financial Reporting Standards ("IFRS") as issued by the International Accounting Standards Board ("IASB") effective as of December 31, 2013.

These consolidated financial statements have been prepared on a historical cost basis, except for certain financial instruments, which are measured at fair value, as explained in the accounting policies set out below. The consolidated financial statements are presented in United States dollars (US$), which is the Company's and all of its subsidiaries' functional currency. Certain values are presented in Canadian dollars and described as CAN$.

The Board of Directors authorized issuance of the consolidated financial statements on March 12, 2014.

b)   Basis of consolidation:

The financial statements of the subsidiaries controlled by the Company are included in the consolidated financial statements from the date that control commences until the date that control ceases. Control is achieved where the Company has the power to govern the financial and operating policies of an entity so as to obtain benefits from its activities. (See Note 10 Subsidiaries)

Intra-Company balances, transactions, income and expenses arising from intra-Company transactions, are eliminated in full on consolidation.

c)   Foreign currency:

Transactions in currencies other than the functional currency are recorded at the rates of exchange prevailing on the dates of the transactions. At the end of each reporting period, monetary assets and liabilities that are denominated in foreign currencies are translated at the rates prevailing at that date. Non- monetary items that are measured in terms of historical cost in the foreign currency are not re-translated.

Consolidated Financial Statements for the Years Ended December 31, 2013 and 2012     5

d)      Non-derivative financial assets:

The Company has only one classification of non-derivative financial assets comprising cash and cash equivalents and accounts receivable. Cash and cash equivalents comprise cash balances and deposits with maturities of 90 days or less.

The Company Initially recognizes loans and receivables and deposits on the date that they originated.

The Company no longer recognizes the financial assets when the contractual rights to the cash flows from the asset expire, or it transfers the rights to receive the contractual cash flows on the financial asset in a transaction in which substantially all the risks and rewards of ownership of the financial asset are transferred. Any interest in transferred financial assets that is created or retained by the Company is recognized as a separate asset or liability.

Financial assets with fixed or determinable payments in an active market are classified as loans and receivables. Such assets are recognized initially at fair value plus any directly attributable transaction costs. Subsequent to initial recognition loans and receivables are measured at amortized cost using the effective interest method, less any impairment losses.

e)      Share capital:

Common shares are classified as equity. Incremental costs directly attributable to the issue of common shares are recognized as a deduction from equity, net of any tax effects.

f)      Share based payments:

Share based compensation arrangements in which the Company receives goods or services as consideration for its own equity instruments are accounted for as equity settled share based payment transactions. If the fair value of the goods or services received cannot be estimated reliably, the share based payment transaction is measured at the fair value of the equity instruments granted at the date the Company receives the goods or the services.

The fair value of share options on the date of the grant to key management personnel, senior employees, and consultants is recognized as an expense, with a corresponding increase in equity, over the period that the optionee becomes unconditionally entitled to the options. The amount recognized as an expense is adjusted to reflect the actual number of share options for which the related service and vesting conditions are met.

The amount payable in respect of share appreciation rights ("SARs"), which are settled in cash, is recognized as an expense with a corresponding increase in liabilities over the period that the rights are exercisable. The liability is measured at each reporting date and at settlement date using the Black-Scholes option pricing model. Any changes in the fair value of the liability are recognized in profit or loss for the period.

 Tahoe Resources Inc.

g)    Exploration and evaluation assets:

The cost of exploration and evaluation assets acquired through a business combination or an asset acquisition are capitalized, as are expenditures incurred for the acquisition of land and surface rights. All other exploration and evaluation expenditures are expensed as incurred, including those incurred before the Company has obtained the legal rights to explore an area of interest.

Capitalization of evaluation expenditures commences when there is a high degree of confidence in the project's viability and hence it is probable that future economic benefits will flow to the Company.

Capitalized exploration and evaluation costs are classified as mineral property within mineral property, land, plant and equipment.

Corporate general and administrative costs are expensed as incurred.

h)    Inventories:

Finished goods (including work-in-process) and stockpiled ore are measured at the lower of average cost or net realizable value. Net realizable value is calculated as the estimated price at the time of sale based on prevailing metal prices less estimated future costs to convert the inventories into saleable form and estimated costs to sell.

Ore extracted from the mine is stockpiled and subsequently processed into finished goods (metal concentrate). The costs of finished goods represent the costs of work-in-process inventories incurred prior to the sale of concentrate. Costs are included in inventory based on current costs incurred to produce concentrate, including applicable depreciation and depletion of mining interests, and removed at the cost per tonne of concentrate produced.

Supplies are measured at average cost. In the event that the net realizable value of the finished product is lower than the expected cost of the finished product, the supplies are written down to net realizable value. Replacement costs of supplies are generally used as the best estimate of net realizable value.

i)    Mineral property, land, plant and equipment:

Mineral property, land, plant and equipment are carried at cost, less accumulated depreciation and accumulated impairment losses.

On initial acquisition, mineral property, plant and equipment are valued at cost, being the purchase price and the directly attributable costs of acquisition or construction required to bring the asset to the location and condition necessary for the asset to be capable of operating in the manner intended by management. When provisions for closure and decommissioning are recognized, the corresponding cost is capitalized as part of the cost of the related assets, representing part of the cost of acquiring the future economic benefits of the operation. The capitalized cost of closure and decommissioning activities is recognized in mineral property, plant and equipment and depreciated accordingly.

Consolidated Financial Statements for the Years Ended December 31, 2013 and 2012    7

084

In subsequent periods, buildings, plant and equipment are stated at cost less accumulated depreciation and any impairment in value, whilst land is stated at cost less any impairment in value and is not depreciated.

Each asset or part's estimated useful life has due regard to both its own physical life limitations and the present assessment of economic viability of the mine property at which the item is located, and to possible future variations in those assessments. Estimates of remaining useful lives and residual values are reviewed annually. Changes in estimates are accounted for prospectively.

Borrowing costs directly relating to the financing of a project are added to the capitalized cost of those projects until such time as the assets are substantially ready for their intended use or sale which, in the case of mining properties, is when commercial production is achieved.

Expenditure on major maintenance or repairs includes the cost of the replacement of parts of assets and overhaul costs. Where an asset or part of an asset is replaced and it is probable that future economic benefits associated with the item will be available to the Company, the expenditure is capitalized and the carrying amount of the item replaced derecognized. Similarly, overhaul costs associated with major maintenance are capitalized and depreciated over their useful lives where it is probable that future economic benefits will be available and any remaining carrying amounts of the cost of previous overhauls are derecognized. All other costs are expensed as incurred.

Operational Mining Properties and Mine Development

When it has been determined that a mineral property can be economically developed, the costs incurred to develop such property are capitalized.

Major development expenditures on producing properties incurred to increase production or extend the life of the mine are capitalized while ongoing mining expenditures on producing properties are charged against earnings as incurred.

Costs associated with commissioning activities are capitalized until the date the Company is ready to commence commercial production. Any revenues earned during this period are recorded as a reduction in commissioning costs. These costs are amortized using the units-of-production method ("UOP") over the life of the mine, commencing on the date of commercial production.

Costs related to the acquisition of land and mineral rights are capitalized as incurred.

Assets under construction are capitalized as construction-in-progress. The cost of construction-in-progress comprises its purchase price and any costs directly attributable to bringing it into working condition for its intended use. Construction in-progress is not depreciated. Once the asset is complete and available for use it is transferred to mineral property, land, plant and equipment and depreciation commences.

 Tahoe Resources Inc.

Depreciation of Mineral Property, Plant and Equipment

The carrying amounts of mineral property, plant and equipment are depreciated to their estimated residual value over the estimated useful lives of the specific assets concerned, or the estimated life of the associated mine, if shorter. Estimates of residual values and useful lives are reviewed annually and any change in estimate is taken into account in the determination of remaining depreciation charges, and adjusted if appropriate, at each reporting period. Changes to the estimated residual values or useful lives are accounted for prospectively. Depreciation commences on the date when the asset is available for use as intended by management.

*Units of production basis*

For mining properties and certain mining equipment, the economic benefits from the asset are consumed in a pattern which is linked to the production level. Except as noted below, such assets are depreciated on a UOP basis. In applying the UOP method, depreciation is normally calculated using the quantity of material extracted from the mine in the period as a percentage of the total quantity of material to be extracted in current and future periods based on life-of-mine resources.

*Straight line basis*

For all other assets depreciation is recognized in profit or loss on a straight line basis over the estimated useful lives of each part of an item (component), since this most closely reflects the expected pattern of consumption of economic benefits embodied in the asset. The estimated useful lives for assets and components that are depreciated on a straight line basis range from 2 to 12 years.

| Depreciated Items | Useful Life |
| --- | --- |
| Computer equipment & software | 2 years |
| Vehicles | 3-5 years |
| Mining equipment | 2-12 years |
| Ancillary Facilities | 20 Years |
| Mineral property, land and plant | UOP |

Impairment and Disposal

At the end of each reporting period the Company reviews whether there is any indication that the assets are impaired. If any such indication exists, the recoverable amount of the asset is estimated in order to determine the extent of the impairment, if any. The recoverable amount is the higher of fair value less costs to sell and value in use. Fair value is determined as the amount that would be obtained from the sale of the asset in an arm's length transaction between knowledgeable and willing parties. In assessing value in use, the estimated future cash flows are discounted to their present value using a discount rate that reflects current market assessments of the time value of money and the risks specific to the asset. If the recoverable amount of an asset is estimated to be less than its carrying amount, the carrying amount of the asset is reduced to its recoverable amount and the impairment loss is recognized in the profit or loss for the period. For an asset that does not generate largely independent cash inflows, the recoverable amount is determined for the cash generating unit to which the asset belongs.

Consolidated Financial Statements for the Years Ended December 31, 2013 and 2012

Where an impairment loss subsequently reverses, the carrying amount of the asset (or cash generating unit) is increased to the revised estimate of its recoverable amount, but to an amount that does not exceed the carrying amount that would have been determined had no impairment loss been recognized for the asset (or cash-generating unit) in prior years. A reversal of an impairment loss is recognized immediately in profit or loss.

Where an item of mineral property, plant and equipment is disposed of, it is derecognized and the difference between its carrying value and net sales proceeds is disclosed as earnings or loss on disposal in the income statement. Any items of mineral property, plant or equipment that cease to have future economic benefits are derecognized with any gain or loss included in the financial year in which the item is derecognized.

j)      Provision for site reclamation and asset decommissioning:

The Company recognizes a liability for site closure and reclamation costs in the period in which it is incurred if a reasonable estimate of costs can be made. The Company records the present value of estimated future cash flows associated with site closure and reclamation as a liability when the liability is incurred and increases the carrying value of the related assets for that amount. Subsequently, these capitalized costs are amortized over the life of the related assets. At the end of each reporting period, the estimated net present value of reclamation and closure cost obligations is assessed to reflect the passage of time (accretion expense) and changes in the estimated future cash flows underlying any initial estimates.

k)      Income taxes:

Income tax on the profit or loss for the period presented comprises current and deferred tax. Income tax is recognized in profit or loss in the statements of operations except to the extent that it relates to items recognized directly in equity, in which case it is recognized in equity.

Current tax expense is the expected tax payable on the taxable income for the period, using tax rates enacted or substantively enacted at period end, adjusted for amendments to tax payable with regards to previous years.

Deferred tax is provided using the balance sheet liability method, providing for temporary differences between the carrying amounts of assets and liabilities for financial reporting purposes and the amounts used for taxation purposes. Deferred tax is not recognized for temporary differences which arise on the initial recognition of assets or liabilities in a transaction that is not a business combination and that affects neither accounting, nor taxable profit or loss. The amount of deferred tax provided is based on the expected manner of realization or settlement of the carrying amount of assets and liabilities, using tax rates enacted or substantively enacted at the balance sheet reporting date.

A deferred tax asset is recognized only to the extent that it is probable that future taxable profits will be available against which the asset can be utilized. Deferred tax assets are reviewed at each reporting date and are reduced to the extent it is no longer probable that the related tax benefit will be realized.

 Tahoe Resources Inc.

l)      Non-derivative financial liabilities:

The Company has the following non-derivative financial liabilities: accounts payable, accrued liabilities, current debt, and non-current SARs liability. Such financial liabilities are recognized initially at fair value net of any directly attributable transaction costs. Subsequent to initial recognition, current debt is measured at amortized cost using the effective interest method.

m)     Loss per share:

The Company presents basic and diluted loss per share ("LPS") data for its common shares. Basic LPS is calculated by dividing loss attributable to common shareholders of the Company by the weighted average number of common shares outstanding during the year.

Diluted LPS is determined by adjusting the profit or loss attributable to ordinary shareholders and the weighted average number of common shares outstanding for the effects of all dilutive potential common shares, which comprise share options and warrants to purchase shares. Diluted LPS equals basic LPS for the years presented as all potential shares are anti-dilutive.

n)      Revenue recognition:

Revenue from the sale of metals is recognized when the significant risks and rewards of ownership have passed to the buyer; it is probable that economic benefits associated with the transaction will flow to the Company; the sale price can be measured reliably; the Company has no significant continuing involvement; and the costs incurred or to be incurred in respect of the transaction can be measured reliably. In circumstances where title is retained to protect the financial security interests of the Company, revenue is recognized when the significant risks and rewards of ownership have passed to the buyer.

Revenues from metal concentrate sales are subject to adjustment upon final settlement of metal prices, weights, and assays as of a date that is typically a few months after the shipment date. The Company records adjustments to revenues monthly based on quoted forward prices for the expected settlement period. Adjustments for weights and assays are recorded when results are determinable or on final settlement. Accounts receivable for metal concentrate sales are therefore measured at fair value. Treatment and refining charges are netted against revenues from metal concentrate sales.

Until the Escobal mine is operating at the level intended by management proceeds from the sale of concentrate will be offset against mineral property, land, plant and equipment costs.

A mine is capable of operating at levels intended by management when:

1.      Operational commissioning of major mine and plant components is complete;

2.      Operating results are being achieved consistently for a period of time;

3.      There are indicators that these operating results will be continued; and

Consolidated Financial Statements for the Years Ended December 31, 2013 and 2012        11

088

4.    Other factors include one or more of the following:

    a.    A significant portion of plant/mill capacity has been achieved;

    b.    A significant portion of available funding is directed towards operating activities;

    c.    A pre-determined, reasonable period of time has passed; or

    d.    Significant milestones for the development of the mining property have been achieved.

(See note 16 Subsequent Events)

o)    Use of estimates and judgments:

The preparation of financial statements in conformity with IFRS requires management to make estimates and judgments that affect the application of accounting policies and the reported amounts of assets, liabilities, contingent liabilities, income and expenses. Actual results could differ from these estimates.

Estimates and underlying assumptions are reviewed on an ongoing basis. Revisions to accounting estimates are recognized in the period in which the estimates are revised and in future periods affected.

Information about critical judgments and estimates in applying accounting policies that have the most significant effect on the amounts recognized in the consolidated financial statements are as follows:

Judgments:

*(i)    Commercial Production*

In order to declare commercial production a mine must be able to operate at levels intended by management. Prior to commercial production costs incurred are capitalized as part of the cost of placing the asset into service and proceeds from the sale of concentrates are offset against the costs capitalized. Subsequent to the declaration of commercial production depletion of the costs incurred begins. Management considers several criteria in determining when a mine is operating at levels intended, and is therefore in commercial production.

*(ii)    Functional Currency*

The functional currency for each of the Company's subsidiaries is the currency of the primary economic environment in which the entity operates. The Company has determined that for each subsidiary the functional currency is the US dollar. When determining the functional currency certain judgments may be involved to assess the primary economic environment in which the subsidiary operates.

Estimates:

*(iii)    Economic recoverability and probability of future economic benefits of exploration, evaluation and development costs.*

The Company has determined that development and related costs incurred which have been capitalized are economically recoverable. Management uses several criteria in its assessments of economic recoverability and probability of future economic benefits including geological and metallurgical information, economic assessments and existing permits for the life of mine plan. The estimates contained within these criteria could change over time which could affect the economic recoverability of capitalized costs.



12

  Tahoe Resources Inc.

During 2012 and the first quarter of 2013, the Company expensed underground development expenses associated with the Escobal mine as the Company had not received the exploitation permit necessary for commercial mining operations. The Company received the exploitation permit in April 2013 and has capitalized these underground development expenses during the second, third and fourth quarters of 2014. The surface assets associated with the Escobal mine were capitalized both during 2012 and 2013.

*(iv)    Revenue Recognition*

As is customary in the industry, revenue on provisionally priced sales is recognized based on relevant forward market prices. At each reporting period, provisionally priced sales are marked to market based on the estimated forward price for the quotational period stipulated in the contract. The adjustment to provisionally priced metal sold is recorded as an adjustment to sales revenue.

*(v)    Estimated tonnes in the mineral resource*

The carrying amounts of the Company's mining properties are all depletable upon commencement of commercial production based on UOP method over the life of the mine based on tonnes in the estimated resource. Changes to estimates of tonnage and depletable costs including changes resulting from revisions to the Company's mine plans can result in a change to future depletion rates.

*(vi)    Determination of Useful Lives*

Determination of useful lives of property, plant and equipment for assets other than mining interests are depreciated using the straight-line method. Should the actual useful life of the property, plant or equipment vary, future depreciation charges may change. Assets with similar useful lives are grouped and treated as a single asset for the purposes of depreciation. Should the grouping of these like assets change, depreciation charges may vary materially in the future.

*(vii)    Impairment charges*

At the end of each reporting period, the Company assesses whether any indication of impairment exists. Where an indicator of impairment exists, an impairment analysis is performed. The impairment analysis requires the use of estimates and assumptions including amongst others, long-term commodity prices, discount rates, length of mine life, future production levels, future operating costs, future capital expenditures and tax positions taken. The estimates and assumptions are subject to risk and uncertainty; hence, there is the possibility that changes in circumstances will alter these projections, which may impact the recoverable amount of the assets. In such circumstances, some or all of the carrying value of the assets may be further impaired or the impairment charge reduced with the impact recorded in the consolidated statements of operations.

Consolidated Financial Statements for the Years Ended December 31, 2013 and 2012    13

*(viii)    Decommissioning liability*

The Company's accounting policy for the recognition of accrued site closure costs requires significant estimates and assumptions such as the requirements of the relevant legal and regulatory framework, the magnitude of possible disturbance and the timing, extent and costs of required closure and rehabilitation activity. Changes to these estimates and assumptions may result in future actual expenditures differing from the amounts currently provided for. The decommissioning liability is periodically reviewed and updated based on the available facts and circumstances.

*(ix)    Income taxes*

The Company is periodically required to estimate the tax basis of assets and liabilities. Where applicable tax laws and regulations are either unclear or subject to varying interpretations, it is possible that changes in these estimates could occur that materially affect the amounts of deferred income tax assets and liabilities recorded in the financial statements. Changes in deferred tax assets and liabilities generally have a direct impact on earnings in the period of changes. Each period, the Company evaluates the likelihood of whether some portion or all of each deferred tax asset will not be realized. This evaluation is based on historic and future expected levels of taxable income, the pattern and timing of reversals of taxable temporary timing differences that give rise to deferred tax liabilities, and tax planning initiatives. Levels of future taxable income are affected by, among other things, the market price for saleable metals, production costs, interest rates and foreign currency exchange rates.

*(x)    Valuation of inventory*

All inventory is valued at the lower of average cost or net realizable value. Management is required to make various estimates and assumptions to determine the value of stockpiled ore and concentrate inventories. The estimates and assumptions include surveyed quantities of stockpiled ore, in- process volumes, metal contents, costs to recover saleable metals, payable metal values once processed and the corresponding metals prices.

*(xi)    Share-based compensation*

The Company makes certain estimates and assumptions when calculating the fair values of share-based compensation granted. The significant estimations and assumptions include expected volatility, expected life, expected dividend rate and expected risk-free rate of return. Changes in these assumptions may result in a material change to the expense recorded for the issuance of share-based compensation.

*(xii)    Contingencies*

Due to the size, complexity and nature of the Company's operations, various legal and tax matters arise in the ordinary course of business. The Company accrues for such items when a liability is both probable and the amount can be reasonably estimated. There are no matters at December 31, 2013 that will have a material effect on the consolidated financial statements of the Company.

 Tahoe Resources Inc.

p)      New standards and interpretations:

The following standards were applied for periods beginning on or after January 1, 2013 and have no material effect on our financial performance:

- IAS 1, Presentation of Financial Statements (amended 2011)

- IFRS 7, Financial Instruments: Disclosures (amended 2011)

- IFRS 10, Consolidated Financial Statements

- IFRS 11, Joint Arrangements

- IFRS 12, Disclosure of Interests in Other Entities

- IFRS 13, Fair Value Measurement

- IAS 19, Employee Benefits (amended 2011)

- IAS 27, Separate Financial Statements (amended 2011)

- IAS 28, Investments in Associates (amended 2011)

- IFRIC 20, Stripping Costs in the Production Phase of a Mine (amended 2011)

**Accounting standards effective on or after January 1, 2014**

A number of new IFRS standards, and amendments to standards and interpretations, are not yet effective for the year ended December 31, 2013, and have not been applied in preparing these consolidated financial statements. The Company is currently evaluating the impact these standards are expected to have on its consolidated financial statements. Details related to these standards and interpretations are discussed below.

- IFRIC 21, Levies (effective January 1, 2014) provides guidance on when to recognize a liability for a levy imposed by a government, other than those levies within the scope of other standards. This interpretation will not have a material impact on the financial statements or the Company.

- IFRS 9, Financial Instruments introduces new requirements for the classification and measurement of financial assets and liabilities. The IASB has not finalized a mandatory adoption date for this standard.

## 3.    CAPITAL MANAGEMENT

The Company's policy is to maintain a strong capital base so as to maintain investor, creditor and market confidence and to sustain future development of the business. The Company seeks to maintain a balance between the higher returns that might be possible with higher levels of borrowings and the advantages and security afforded by a sound capital position. The capital structure of the Company consists of common equity, comprising share capital and reserves, net of accumulated deficit and current debt.

On June 4, 2013, the Company, entered into $50 million secured credit facility with an international financial institution. On December 20, 2013, the Company reached an agreement with the lender to expand its credit facility by an additional $25 million (see note 9). The intent of the credit facility is to provide working capital and support general corporate purposes during mine and mill commissioning.

Consolidated Financial Statements for the Years Ended December 31, 2013 and 2012          15

**4.    MINERAL PROPERTY, LAND, PLANT AND EQUIPMENT**

| | Plant and equipment | | Mineral Property | | Land | | Construction in Progress | | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Cost** | | | | | | | | | |
| Balance at December 31, 2011 | $ | 17,123 | $ | 500,194 | $ | 26,991 | $ | 20,124 | $ | 564,432 |
| Additions, adjustments and transfers | | 23,183 | | 3,668 | | 320 | | 95,823 | | 122,994 |
| Disposal | | (20) | | - | | - | | - | | (20) |
| Balance at December 31, 2012 | $ | 40,286 | $ | 503,862 | $ | 27,311 | $ | 115,947 | $ | 687,406 |
| Additions, adjustments and transfers | | 230,651 | | (740) | | 8 | | (51,596) | | 178,323 |
| Disposal | | (66) | | - | | - | | - | | (66) |
| Balance at December 31, 2013 | $ | 270,871 | $ | 503,122 | $ | 27,319 | $ | 64,351 | $ | 865,663 |
| | | | | | | | | | |
| **Accumulated Depreciation** | | | | | | | | | |
| Balance at December 31, 2011 | $ | (1,216) | $ | - | $ | - | $ | - | $ | (1,216) |
| Additions, adjustments and transfers | | (6,869) | | - | | - | | - | | (6,869) |
| Disposal | | 5 | | - | | - | | - | | 5 |
| Balance at December 31, 2012 | $ | (8,080) | $ | - | $ | - | $ | - | $ | (8,080) |
| Additions, adjustments and transfers | | (13,029) | | - | | - | | - | | (13,029) |
| Disposal | | 29 | | - | | - | | - | | 29 |
| Balance at December 31, 2013 | $ | (21,080) | $ | - | $ | - | $ | - | $ | (21,080) |
| | | | | | | | | | |
| **Carrying Amounts** | | | | | | | | | |
| Balance at December 31, 2012 | $ | 32,206 | $ | 503,862 | $ | 27,311 | $ | 115,947 | $ | 679,326 |
| Balance at December 31, 2013 | $ | 249,791 | $ | 503,122 | $ | 27,319 | $ | 64,351 | $ | 844,583 |

Revenue generated from the concentrate sales of $28.0 million was offset by $18.7 million from production costs (including royalties), the net ($9.3 million) was offset against mineral property, land, plant and equipment for the year ended December 31, 2013.

**5.    RECLAMATION PROVISION**

The Company's environmental permit requires that it reclaim any land it disturbs during mine development, construction and operations. Although the timing and the amount of the actual expenditures are uncertain, the Company has estimated, with third-party assistance, the present value of the future reclamation obligation arising from its activities to December 31, 2013 to be $3,021. The present value of the future reclamation obligation assumes a discount rate of 5.69%, an inflation rate of 4.34%, an undiscounted amount to settle the obligation of $8,457, and the commencement of reclamation activities in 18 years. The present value of the future obligation has decreased $0.7 million during 2013 as a result of the impact of discount and inflation rates.

| | | Year Ended December 31, 2013 | | Year Ended December 31, 2012 |
|---|---|---|---|---|
| Balance, beginning of the year | $ | 3,691 | $ | - |
| Reclamation expense | | - | | 3,668 |
| Accretion expense | | 70 | | 23 |
| Revisions in estimates and obligations occurred | | (740) | | - |
| Balance, end of the year | $ | 3,021 | $ | 3,691 |



Tahoe Resources Inc.

**6.    SHARE BASED PAYMENTS**

**Description of the share-based compensation arrangements**

The Company's equity compensation plans are designed to attract and retain individuals and to reward them for current and expected future performance. At December 31, 2013, the Company has the following share-based payment arrangements:

*Share Plan Options (equity settled options)*
The Company has established a Share Plan program that entitles key management personnel, senior employees, and consultants to purchase shares in the Company. Under the terms of this program, options are exercisable at the market close price of the shares on the day prior to the date of grant. The options vest based on service-related vesting terms set by the Compensation Committee of the Board of Directors.

The number and weighted average exercise price of share options at December 31, 2013 and December 31, 2012 is as follows:

| | Weighted average exercise price CAN$ | Number of options |
|---|---|---|
| Outstanding at December 31, 2011 | 8.84 | 2,689,500 |
| Granted | 20.34 | 135,000 |
| Exercised | 6.85 | (267,707) |
| Forfeited | 14.65 | (22,000) |
| Outstanding at December 31, 2012 | 9.61 | 2,534,793 |
| Granted | 16.51 | 612,000 |
| Exercised | 9.20 | (281,537) |
| Outstanding at December 31, 2013 | 11.13 | 2,865,256 |

The following table summarizes information about share options outstanding and exercisable at December 31, 2013:

| Grant Date | Expiry Date | Outstanding at December 31, 2013 | Exercise Price CAN$ | Remaining Life | Exercisable at December 31, 2013 | Exercise Price CAN$ | Remaining Life |
|---|---|---|---|---|---|---|---|
| Jun-10 | Jun-15 | 1,533,256 | 6.40 | 1.44 | 1,533,256 | 6.40 | 1.44 |
| Nov -10 | Nov -15 | 195,000 | 11.15 | 1.86 | 195,000 | 11.15 | 1.86 |
| Dec-10 | Dec-15 | - | 14.80 | 1.94 | - | 14.80 | 1.94 |
| Mar-11 | Mar-16 | 303,000 | 17.56 | 2.18 | 218,000 | 17.56 | 2.18 |
| May-11 | May-16 | 87,000 | 19.74 | 2.34 | 58,000 | 19.74 | 2.34 |
| Jan-12 | Jan-17 | 12,000 | 18.77 | 3.03 | 4,000 | 18.77 | 3.03 |
| Mar-12 | Mar-17 | 69,000 | 21.68 | 3.19 | 23,000 | 21.68 | 3.19 |
| May-12 | May-17 | 12,000 | 17.04 | 3.41 | 4,000 | 17.04 | 3.41 |
| Nov -12 | Nov -17 | 30,000 | 20.10 | 3.87 | 10,000 | 20.10 | 3.87 |
| Nov -12 | Nov -17 | 12,000 | 18.14 | 3.89 | 4,000 | 18.14 | 3.89 |
| Mar-13 | Mar-18 | 573,000 | 16.34 | 4.19 | 12,000 | 16.34 | 4.19 |
| May-13 | May-18 | 12,000 | 17.08 | 4.36 | - | - | - |
| Nov -13 | Nov -18 | 27,000 | 19.91 | 4.87 | - | - | - |
| | | 2,865,256 | 11.13 | 2.26 | 2,061,256 | 8.77 | 1.65 |

The following table outlines share options granted to key management personnel, senior employees, and consultants, during the year ended December 31, 2013. Share options vest in three equal tranches with the first tranche vesting on the first anniversary, the second on the second anniversary, and the third on the third anniversary. Share options expire five years after the grant date.

Consolidated Financial Statements for the Years Ended December 31, 2013 and 2012    17

| Grant Date | Options Granted | CAN$ | First Vest Date | Expiry Date |
|---|---|---|---|---|
| March 7, 2013 | 573,000 | $ 16.34 | March 7, 2014 | March 7, 2018 |
| May 9, 2013 | 12,000 | $ 17.08 | May 9, 2014 | May 9, 2018 |
| November 12, 2013 | 27,000 | $ 19.91 | November 12, 2014 | November 12, 2018 |

During the year ended December 31, 2013, 281,537 stock options were exercised and the cash proceeds received were $2,501 (2012: 267,707 options for $1,764 proceeds).

For the year ended December 31, 2013, the Company has recorded $2,957 of compensation expense relating to the Share Plan Options (2012: $2,455).

### Share Plan Awards (equity-settled awards)

The Share Plan permits Deferred Share Awards ("DSAs") and Restricted Share Awards ("RSAs") to be issued to key management personnel, senior employees and directors. Under the Share Plan, key management personnel, senior employees and directors are issued shares in the Company at no exercise price. The DSAs vest based on service-related vesting terms set by the Compensation Committee of the Board of Directors. Under the Share Plan, DSAs entitle the holder upon vesting to a common share at no exercise price. Compensation cost for DSAs and RSAs is measured based on the closing price of the stock one day prior to the grant date.

The DSAs vesting conditions are in three equal tranches beginning on the first anniversary year of the grant date. The RSAs vest immediately on the grant date.

The number of share awards as at December 31, 2013 and December 31, 2012 is as follows:

| | Number of share awards |
|---|---|
| Outstanding at December 31, 2011 | 1,420,000 |
| Granted | 259,000 |
| Shares issued | (1,309,000) |
| Outstanding at December 31, 2012 | 370,000 |
| Granted | 59,000 |
| Shares issued | (247,666) |
| Outstanding at December 31, 2013 | 181,334 |

The following table outlines DSAs and RSAs granted to key management personnel, senior employees, and consultants, during the year ended December 31, 2013. The first tranche of the DSAs granted on March 7, 2013 vested immediately on the grant date and the respective shares were issued on the same date. The remaining tranches will vest on the first and second anniversary year of the grant date, respectively.

| Grant Date | Shares Granted | DSAs/RSAs | CAN$ | First Vest Date |
|---|---|---|---|---|
| March 7, 2013 | 15,000 | DSAs | $ 16.34 | March 7, 2013 |
| May 9, 2013 | 35,000 | RSAs | $ 17.08 | May 9, 2013 |
| November 12, 2013 | 9,000 | DSA's | $ 19.91 | November 12, 2014 |

During the year ended December 31, 2013, 212,666 DSAs vested and the shares were issued to the recipients under the provisions of the Share Plan and $3,684 was transferred to share capital from share based payments reserve (2012: 1,274,000 DSA's and $7,989 transferred to share capital).

 Tahoe Resources Inc.

During the years ended December 31, 2013 and 2012, the Company granted 35,000 RSAs to directors for each period. The RSAs vested immediately on the grant date and the respective shares were issued on the same date.

During the year ended December 31, 2013, the Company has recorded $2,997 of compensation expense relating to DSAs and RSAs (2012: $5,619).

### *SARs (cash-settled)*
The Company grants SARs to employees that entitle the employees to a cash payment. The amount of the cash payment is determined based on the difference between the strike price and the closing share price of the Company on the exercise date.

During the years ended December 31, 2013 and 2012, the Company awarded 10,000 and 60,000 SARs, respectively, to employees. The SARs have a term of five years from the award date and vest in five equal tranches with the first tranche vesting immediately, the second on the first anniversary, the third on the second anniversary, the fourth on the third anniversary, and the fifth on the fourth anniversary of the grant date. Prior to settlement, unvested and vested SARs are valued using the Black-Scholes Model.

|  | Number of SARs |
|---|---|
| Outstanding at December 31, 2011 | 301,200 |
| Issued | 60,000 |
| Exercised | (19,275) |
| Cancelled | (15,000) |
| Outstanding at December 31, 2012 | 326,925 |
| Issued | 10,000 |
| Exercised | (84,200) |
| Cancelled | (47,000) |
| Outstanding at December 31, 2013 | 205,725 |
|  |  |
| Exercisable on December 31, 2012 | 147,425 |
| Exercisable on December 31, 2013 | 100,725 |

At December 31, 2013 and 2012, vested SARs had a weighted averaged intrinsic value of CAN$6.79 and CAN$8.84 per share, respectively.

At December 31, 2013 and December 31, 2012, the Company recognized SARs short-term liability of $1,506 and $2,322 and long-term liability of $80 and $481, respectively.

During the year ended December 31, 2013, the Company has recorded ($270), (2012: $786) in compensation expense.

Consolidated Financial Statements for the Years Ended December 31, 2013 and 2012    19

Additional SARs information is as follows:

| Grant Date | Grant Price CAN$ | Number Issued | Exercised/ Cancelled | Remaining | Vested | Exercisable |
|---|---|---|---|---|---|---|
| 2010 | 6.40 | 257,000 | (140,275) | 116,725 | 80,725 | 80,725 |
| January 17, 2011 | 13.74 | 15,000 | (15,000) | - | - | - |
| February 1, 2011 | 13.54 | 20,000 | - | 20,000 | 12,000 | 12,000 |
| July 1, 2011 | 18.00 | 27,500 | (7,500) | 20,000 | 12,000 | - |
| October 3, 2011 | 15.10 | 10,000 | - | 10,000 | 6,000 | 6,000 |
| January 19, 2012 | 19.85 | 20,000 | (10,000) | 10,000 | 4,000 | - |
| April 5, 2012 | 20.55 | 10,000 | - | 10,000 | 4,000 | - |
| May 21, 2012 | 16.57 | 10,000 | (10,000) | - | - | - |
| July 16, 2012 | 12.87 | 5,000 | (1,000) | 4,000 | 1,000 | 1,000 |
| October 16, 2012 | 20.45 | 10,000 | (10,000) | - | - | - |
| November 12, 2012 | 19.93 | 5,000 | - | 5,000 | 2,000 | - |
| June 24, 2013 | 13.35 | 5,000 | - | 5,000 | 1,000 | 1,000 |
| August 31, 2013 | 18.80 | 5,000 | - | 5,000 | 1,000 | - |
| Balance at December 31, 2013 | | 399,500 | (193,775) | 205,725 | 123,725 | 100,725 |

### *Inputs for measurement of grant date fair values*
The grant date fair values of share options were measured based on the Black-Scholes Model. Due to the lack of historic information, the expected volatility was estimated by considering the historic average share price volatility from another mining company with similar assets.

The fair value of SARs (cash settled) has been re-measured at December 31, 2013. Expected volatility, interest rate and share price have been updated; changes in the fair value are recognized in profit or loss during the period.

The inputs used in the measurement of the fair values (CAN) at the grant date of the share-based payment plan are the following:

| Fair value of share options and assumptions (Weighted Average) | Share Option Program (Equity-Settled) | | SARs (Cash-Settled) | |
|---|---|---|---|---|
| | 2013 | 2012 | 2013 | 2012 |
| Share price at grant date | $16.51 | $20.50 | $16.08 | $18.56 |
| Exercise price | $16.62 | $20.34 | $15.78 | $18.88 |
| Expected volatility | 49% | 54% | 56% | 54% |
| Expected life of options | 3.60 | 5 | 5 | 5 |
| Expected dividend yield | - | - | - | - |
| Risk-free interest rate | 1.21% | 1.44% | 1.70% | 1.39% |
| Fair value at grant date | $6.18 | $9.83 | $7.65 | $8.74 |

The inputs used in the re-measurement of the fair value (CAN) of the SARs at December 31, 2013 and 2012 are the following:

| Fair value of SARs and assumptions (Weighted Average) | SARs (Cash-Settled) | |
|---|---|---|
| | 2013 | 2012 |
| Share price | $17.67 | $18.20 |
| Exercise price | $11.28 | $10.60 |
| Expected volatility | 51% | 54% |
| Expected life of options | 2.18 | 3.07 |
| Expected dividend yield | - | - |
| Risk-free interest rate | 1.65% | 1.15% |
| Fair value | $9.10 | $10.73 |



20    Tahoe Resources Inc.

## 7. INVENTORIES

Inventories consist of:

|  | | December 31, 2013 | | December 31, 2012 |
|---|---|---|---|---|
| Supplies | $ | 14,575 | $ | 842 |
| Stockpile | | 3,440 | | - |
| Finished Goods | | 4,950 | | - |
| | $ | 22,965 | $ | 842 |

## 8. ACCOUNTS PAYABLE AND ACCRUED LIABILITIES

Accounts payable and accrued liabilities consist of:

|  | | December 31, 2013 | | December 31, 2012 |
|---|---|---|---|---|
| Accounts payable and accrued liabilities | $ | 50,917 | $ | 12,734 |
| Accrued payroll and related benefits | | 2,255 | | 1,869 |
| Share appreciation rights, current portion | | 1,506 | | 2,322 |
| | $ | 54,678 | $ | 16,925 |

## 9. CURRENT DEBT

On June 4, 2013, the Company, entered into $50 million secured credit facility with an international financial institution. The initial term of the credit facility was 12 months which may be extended for up to an additional 12 months, subject to lender approval with 90 days' notice prior to the initial maturity date. On December 20, 2013 the Company and lender agreed to extend the maturity by three months to September 3, 2014. All other terms remain per the original agreement. Interest is calculated at the US$ London Interbank Offered Rate ("LIBOR") plus 6%. The Company has paid commitment fees of $1.25 million related to the transaction. The commitment fees are being amortized over the life of the credit facility, $0.7 million was amortized during the year ended December 31, 2013. In addition to the commitment fees, the Company has paid other fees related to the credit facility totaling $0.8 million for the year ended December 31, 2013.

|  | | December 31, 2013 | | December 31, 2012 |
|---|---|---|---|---|
| Credit Facilitity | $ | 50,000 | $ | - |
| Commitment Fee | | (1,250) | | - |
| Accretion | | 729 | | - |
| Net | $ | 49,479 | $ | - |

The Credit Facility is secured by substantially all of the assets of the Company and its subsidiaries: Tahoe Swiss AG, Escobal Resources Holding Limited and Minera San Rafael, S.A.

Additionally the credit facility contains covenants that, among other things, restrict the ability of the Company and its subsidiaries to incur additional debt, merge, consolidate, transfer, lease or otherwise dispose of all or substantially all of its assets.

On December 20, 2013, the company reached an agreement with the lender to expand its credit facility by an additional $25 million. The $25 million bears interest at a rate per annum of the US$ LIBOR plus a margin of 7.25% . The additional funds, when drawn, will have maturity date of September 3, 2014. As at December 31, 2013 the Company had not drawn on the expanded facility.

Consolidated Financial Statements for the Years Ended December 31, 2013 and 2012    21

(see note 16 Subsequent Events)

**10.  SUBSIDIARIES**

| Name of Subsidiary | Incorporated /Acquired | Place of Incorporation | Ownership Percentage | Principal Activity |
|---|---|---|---|---|
| Tahoe Resources USA Inc. | 2-Feb-10 | Nevada, USA | 100% | Services |
| Tahoe Swiss AG | 20-May-10 | Switzerland | 100% | Services |
| Escobal Resources Holding Limited | 8-Jun-10 | Barbados | 100% | Services |
| Minera San Rafael, S.A. | 8-Jun-10 | Guatemala | 100% | Operations |

**11.  SEGMENT INFORMATION**

The Company conducts its business as a single operating segment, the principal business activity being the acquisition, exploration, development and operation of mineral properties in the Americas for the mining of precious metals. All mineral properties, land, plant and equipment are situated in Guatemala. Substantially all of the cash and cash equivalents are denominated in United States dollars and are held in Canada. The Corporate office, in Reno, provides support to the mining and exploration activities with respect to financial, human resources and technical support.

The Company has two customers which account for 100% of the concentrate revenue. These two customers account for 58% and 42% of total sales in 2013. The loss of these customers or curtailment of purchases by such customers could have a material adverse effect on the Company's results of operations, financial condition and cash flows.

**12.  RELATED PARTIES**

(a)    Related party transactions

The Company's related parties include its subsidiaries, Goldcorp as an approximate 39.6% equity shareholder in the Company's publicly traded shares, key management personnel, and Directors. During the year ended December 31, 2013, no transactions occurred with Goldcorp. Transactions with subsidiaries, key management personnel, and Directors were conducted using normal commercial terms, were considered to be at arm's length and are included in these financial statements.

 22

Tahoe Resources Inc.

099

(b)      Key management personnel compensation:

In addition to their salaries, key management personnel, including the board of directors, the chief executive officer, vice presidents and certain department managers, also participate in the Company's Share Plan (see note 6).

Key management personnel compensation comprised:

|  | | Year Ended December 31, 2013 | | Year Ended December 31, 2012 |
|---|---|---|---|---|
| Short-term employee benefits | $ | 5,904 | $ | 5,300 |
| Share-based payments | | 5,430 | | 7,637 |
| | $ | 11,334 | $ | 12,937 |

## 13.    FAIR VALUE OF FINANCIAL INSTRUMENTS

Fair value (FV) estimates are made at a specific point in time, based on relevant market information and information about the financial instrument. These estimates are subjective in nature and involve uncertainties and matters of significant judgment and, therefore, cannot be determined with precision. Changes in assumptions could significantly affect the estimates.

The analysis of financial instruments that are measured subsequent to initial recognition at fair value can be categorized into Levels 1 through 3 based upon the degree to which the inputs used in the fair value measurement are observable.

- Level 1 – inputs to the valuation methodology are quoted (adjusted) for identical assets or liabilities in active markets.

- Level 2 – inputs to valuation methodology include quoted market prices for similar assets and liabilities in active markets, and inputs that are observable for the asset or liability, either directly or indirectly, for substantially the full term of the financial instrument.

- Level 3 – inputs to the valuation methodology are unobservable and significant to the fair value measurement.

Consolidated Financial Statements for the Years Ended December 31, 2013 and 2012    23

At December 31, 2013, the levels in the FV hierarchy into which the Company's financial assets and liabilities are measured and recognized on the balance sheet at fair value are categorized as follows:

| Financial assets (liabilities) at fair value as at December 31, 2013 | | | | | | |
|---|---|---|---|---|---|---|
| | | Level 1 | Level 2 | Level 3 | | Total |
| Cash & Cash Equivalents | $ | 8,838 | - | - | $ | 8,838 |
| Accounts Receivable | | - | 2,506 | - | | 2,506 |
| Current Portion of SARs | | - | (1,506) | - | | (1,506) |
| Non-current Portion of SARs | | - | (80) | - | | (80) |
| | $ | 8,838 | $ 920 $ | - | $ | 9,758 |

| Financial assets (liabilities) at fair value as at December 31, 2012 | | | | | | |
|---|---|---|---|---|---|---|
| | | Level 1 | Level 2 | Level 3 | | Total |
| Cash & Cash Equivalents | $ | 164,561 | - | - | $ | 164,561 |
| Accounts Receivable | | - | - | - | | - |
| Current Portion of SARs | | - | (2,322) | - | | (2,322) |
| Non-current Portion of SARs | | - | (481) | - | | (481) |
| | $ | 164,561 | $ (2,803) $ | - | $ | 161,758 |

At December 31, 2013, there were no financial assets or liabilities measured and recognized on the balance sheet at FV that would be classified as level 3 on the table above.

There were no transfers between Level 1 and Level 2 during the year ended December 31, 2013.

**Valuation Methodologies for Level 2 Financial Assets and Liabilities**

*Accounts Receivable*
The Company's concentrate sales contracts are subject to provisional pricing the pricing is finalized at the end of the quotational period. At the end of each period these accounts receivable are marked to market based on forward prices quoted in active markets.

*SARs*
The Company's unrealized gains and losses on SARs are valued using observables inputs and as such are classified as level 2 of the fair market value hierarchy. SARs are classified and accounted for as a financial liability at FV with changes in fair value included in net losses. The FV of SARs is determined using the Black-Scholes Model as described in note 6.

At December 31, 2013 the carrying amounts of other financial assets and liabilities are considered to approximate their FV due to the short term nature of the instruments.

 Tahoe Resources Inc.

## 14.    FINANCIAL RISK MANAGEMENT

### Overview

The Company has exposure to the following risks from its use of financial instruments:

- credit risk

- liquidity risk

- market risk

This note presents information about the Company's exposure to each of the above risks, the Company's objectives, policies and processes for measuring and managing risk, and the Company's management of capital. Further quantitative disclosures are included throughout these consolidated financial statements.

### Credit Risk

Credit risk is the risk that the counterparty to a financial instrument will cause a loss for the company by failing to meet its obligations. Credit risk for the Company is primarily related to accounts receivable and cash and cash equivalents. The Company manages this risk by selling to organizations with strong credit ratings and requiring substantial provisional pricing at the date of shipping its products. The history of defaults by these organizations to other entities has been negligible and the Company considers our risk to be negligible as well. The Company manages the credit risk associated with our cash and cash equivalents by investing these funds with highly rated financial institutions, as such, the Company deems our credit risk on cash and cash equivalents to be low.

### Liquidity Risk

Liquidity risk is the risk that the Company will encounter difficulty in meeting the obligations associated with its financial liabilities that are settled by delivering cash or another financial asset. The Company's approach to managing liquidity is to ensure, as far as possible, that it will always have sufficient liquidity to meet its liabilities when due, under both normal and stressed conditions, without incurring unacceptable losses or risking damage to the Company's reputation.

The Company's financial liabilities at December 31, 2013 and 2012 include accounts payable and accrued liabilities all of which are due within 6 months or less. The other long-term liabilities consist of the SARs long-term portion, severance and reclamation provisions.

|  | 1 year | 2-5 years | Over 5 years | December 31, 2013 | December 31, 2012 |
|---|---|---|---|---|---|
| Accounts payable, accrued liabilities and income tax payable | $ 55,486 | $ - | $ - | $ 55,486 | $ 16,925 |
| Curent debt | 49,479 | - | - | 49,479 | |
| Lease agreements for rental of office facilities | 1,533 | 2,269 | 66 | 3,868 | 891 |
| Commitment to purchase equipment, services, materials and supplies | 27,021 | - | - | 27,021 | 65,366 |
| Other long-term liabilities | - | 1,193 | - | 1,193 | 1,030 |
| Reclamation provision | - | - | 3,021 | 3,021 | 3,691 |
| Total | $ 133,519 | $ 3,462 | $ 3,087 | $ 140,068 | $ 87,903 |

Consolidated Financial Statements for the Years Ended December 31, 2013 and 2012    25

**Market Risk**

The Market risk of the Company is composed of three main risks: foreign exchange risk, interest rate risk, and price risk.

(a)   Foreign Exchange Risk

The Company is exposed to currency risk on cash and cash equivalents and accounts payable that are denominated in a currency other than the respective functional currency of Company entities which is the US$. To minimize risk, the Company's funds are kept in highly liquid instruments such as commercial paper and time deposits. The Company also contracts for goods and services mainly in US$ currency. At December 31, 2013, the Company has converted substantially all CAN$ to US$ to minimize exchange rate risk.

|  | December 31, 2013 | | December 31, 2012 |
|---|---|---|---|
| Cash and cash equivalents in US$ | $ | 7,145 | $ 163,518 |
| Cash in CAN$ | | 1,050 | 458 |
| Cash in other currencies | | 643 | 585 |
| Total Cash and Cash Equivalents | $ | 8,838 | $ 164,561 |

Cash and cash equivalents comprise cash balances and deposits with maturities of 90 days or less.

| Cash and Cash Equivalents | December 31, 2013 | | December 31, 2012 |
|---|---|---|---|
| Cash in US$ | $ | 8,812 | $ 146,586 |
| Cash equivalents | | 26 | 17,975 |
| Total Cash and Cash Equivalents | $ | 8,838 | $ 164,561 |

While most of the Company's goods and services are contracted in US$ there is a portion that are contracted in other currencies (Canadian dollars and Guatemalan Quetzals). The appreciation of these currencies against the US$ can increase the costs the Company incurs in terms of the US dollar. At December 31, 2013 the Company has determines this risk to be low.

(b)   Interest Rate Risk

Interest rate risk is the risk that the Company's future cash flows and fair values will fluctuate as a result of changes in market interest rates. At the reporting date, the Company's interest-bearing financial instruments are related to cash and cash equivalents and current debt. At period end the current debt was subject to a floating interest rate (see note 9). The weighted average interest rate paid by the Company during 2013 related to the current debt was 6.27% (2012: nil%). At December 31, 2013 the Company has determined the interest rate risk to be low.

(c)   Price Risk

Price risk is the risk that the company fair value of the Company's financial instruments will fluctuate due to changes in market prices. At the reporting date the Company has determined that risk to the Company due to metals prices is at an acceptable level and have entered into no hedging contracts.

26   Tahoe Resources Inc.

The costs associated with construction and operating activities of the Company are subject to price risk as it relates to certain consumables including diesel fuel and power. The Company has determines these risks to be negligible at December 31, 2013.

## 15.   INCOME TAX

**Income Tax Expense**

| Income tax expense (benefit) | | Year Ended December 31, 2013 | | Year Ended December 31, 2012 |
|---|---|---|---|---|
| Current tax expense (benefit) | | | | |
| Current period | $ | 1,915 | $ | - |
| Adjustment for prior periods | | - | | (310) |
| | | 1,915 | | (310) |
| Deferred tax expense (benefit) | | | | |
| Origination and reversal of temporary differences | | (294) | | - |
| | | (294) | | - |
| Income tax expense (benefit) | $ | 1,621 | $ | (310) |

The reconciliation of income taxes at statutory rates with the reported taxes is as follows:

| | | Year Ended December 31, 2013 | | Year Ended December 31, 2012 |
|---|---|---|---|---|
| Income (loss) before income taxes | $ | (63,976) | $ | (93,763) |
| Statutory tax rate | | 25.75% | | 25.00% |
| Income tax expense (benefit) | | (16,474) | | (23,441) |
| Reconciling items: | | | | |
| Difference between statutory and foreign tax rates | | 12,002 | | 14,628 |
| Deductible share based payments | | 994 | | (880) |
| Non-taxable portion of capital loss (gain) | | - | | (609) |
| Non-deductible expenses | | 2,391 | | 10,314 |
| Change in unrecognized deferred tax assets | | 2,696 | | 173 |
| Other | | 12 | | (495) |
| Income tax expense (benefit) | $ | 1,621 | $ | (310) |

Deferred Tax Assets and Liabilities

The significant components of deferred income tax assets and liabilities are as follows:

| | Year Ended December 31, 2013 | Year Ended December 31, 2012 |
|---|---|---|
| Deferred income tax assets | | |
| Inventories | 294 | - |
| | 294 | - |
| Deferred income tax liabilities | - | - |
| Deferred income tax assets, net | 294 | - |

The Company believes that it is probable that the results of future operations will generate sufficient revenue to realize the above noted deferred income tax assets.

Consolidated Financial Statements for the Years Ended December 31, 2013 and 2012   27

Deductible temporary differences for which no deferred tax assets are recognized:

|  | Year Ended December 31, 2013 | Year Ended December 31, 2012 |
|---|---|---|
| Tax losses and tax credits | $ 46,729 | $ 27,382 |
| Deductible temporary differences |  |  |
| Cumulative eligible capital | 816 | 1,209 |
| Financing costs | 7,900 | 13,641 |
| Total | $ 55,445 | $ 42,232 |

**Tax losses and tax credits**

As at December 31, 2013, the Company had $46,729 of tax losses (2012: $27,382) for which $nil (2012: $nil) have been recognized as deferred tax assets. The Company recognizes the benefit of tax losses only to the extent of anticipated future taxable income in relevant jurisdictions. The gross amount of tax losses carried forward will begin to expire in 2030.

16.    **SUBSEQUENT EVENTS**

**Expansion of credit facility**

On January 2, 2014, the Company drew an additional $25 million dollars. The debt facility was expanded and drawn to ensure adequate working capital and support general corporate purposes until operations advance and to support all operating and corporate activities.

**Commercial production**

On January 14, 2014 the Company declared commercial production at its Escobal mine in Guatemala.

The January 1 through 13 activity will be immaterial to the 2014 financial statements. As a result, effective January 1, 2014, the Company ceased capitalizing operating costs, began recognizing revenue and reporting results of operations.



Tahoe Resources Inc.



# INTRODUCTION

This Management's Discussion & Analysis ("MD&A") of Tahoe Resources Inc. and its subsidiaries ("Tahoe" or the "Company") has been prepared to enable a reader to assess material changes in financial condition and results of operations for the year ended December 31, 2013, with comparison to 2012. The following discussion of performance, financial condition, and future prospects should be read in conjunction with the audited consolidated financial statements for the years ended December 31, 2013 and 2012, prepared in accordance with International Financial Reporting Standards ("IFRS") as issued by the International Accounting Standards Board, effective as of December 31, 2013. The information provided herein supplements, but does not form part of, the consolidated financial statements. This discussion covers the year ended December 31, 2013 and the subsequent period up to the date of this MD&A. All dollar amounts are stated in thousands of United States dollars ("US$") unless otherwise indicated. Information for this MD&A is as at March 12, 2014, unless otherwise indicated.

# BUSINESS OVERVIEW

Tahoe was incorporated on November 10, 2009 under the laws of the Province of British Columbia and its principal objective is to profitably operate the Escobal Mine, a mining operation located in southeastern Guatemala containing high-grade silver, gold, lead, and zinc mineralization ("Escobal Mine").

Developing the Escobal Mine into a profitable silver mining operation will depend upon Tahoe's ability to consistently mine to design parameters and to process mined material at approximate design throughput rates. The Company's only commercial operation is the Escobal Mine.

Tahoe is engaging in ongoing exploration drilling programs, engineering design, and the Escobal Mine operations. In addition, the Company is focused on exploration and a review of prospective mineral acquisitions in the Americas for mining of precious metals.

# HIGHLIGHTS OF 2013

### OPERATIONAL

- Commercial production was reached in January 2014 as the mine is now operating as intended by management. Peak daily production prior to December 31, 2013 was 3,060 tonnes through the mill.

- The Company continued to advance underground development, mill and infrastructure construction and exploration throughout 2013.

- Commissioning of the primary crushing & secondary and tertiary crushing facility commenced during the second quarter 2013.

- Wet commissioning of the mill and initial production of concentrates began at the end of the third quarter 2013.

- The first precious metal bearing concentrate shipment was made October 15, 2013.

Management Discussion and Analysis for the Year Ended December 31, 2013  1

## BUSINESS AND POLITICAL

- The Escobal exploitation license was received from Guatemala's Ministry of Energy and Mines ("MEM") on April 3, 2013. The exploitation license was the final material permit required for milling operations at the project. The permit has a 25 year term with an extension for a second 25 year term upon application.

- On April 16, 2013, the Company executed a voluntary royalty agreement ("Escobal Royalty Agreement"). Together with the Guatemalan mining law, the Escobal Royalty Agreement commits the Company to pay a 5% Net Smelter Revenue ("NSR") royalty on the concentrates sold from the Escobal Mine production. Under the Escobal Royalty Agreement two percent will benefit San Rafael communities, two percent will benefit the Federal government and an additional voluntary one percent will benefit certain outlying municipalities in Santa Rosa and Jalapa.

- On June 4, 2013, the Company successfully closed and drew down a $50 million secured credit facility with a leading international lender to provide additional liquidity and financial flexibility through startup activities into production. In January 2014, the facility was expanded and an additional $25 million was drawn to ensure adequate liquidity until full production is reached.

- In an effort to promote consensus in Congress and to advance support for new mining legislation in Guatemala, the President proposed to Congress in July 2013 that it approve a two-year moratorium on the granting of new mining licenses. The government assured the Company that this action in no way affects the Escobal exploitation license or the Company's existing exploration licenses. The Company has slowed its regional exploration activities in response to the President's proposal. Congress has taken no action on the President's plan.

- In July 2013 MEM appealed a lower court ruling that MEM prematurely issued the exploitation license before hearing a written opposition to the Escobal exploitation license application. The Constitutional Court is expected to rule on the matter in the next several months. The validity of the license is not in question.

  Tahoe Resources Inc.

## OPERATIONS AND EXPLORATION

### OPERATIONS

During 2013, the Company primarily focused on operational efforts, advancing underground development, completing mill construction, building surface and ancillary facilities, plant commissioning and government relations.

1.    **Underground Development, Construction and Operations**

The Company continued to advance construction activities throughout the year, including underground development, mill construction, and development of surface and ancillary facilities in preparation for mill commissioning, which commenced in September.

At December 31, 2013, access to approximately 262,000 tonnes of mill feed was fully developed underground and an additional 64,000 tonnes were stored on the surface stockpile. Primary development was completed for approximately five years of mill feed at the designed rate of 3500 tpd.

2.    **Project Status and Timeline**

Crusher commissioning commenced in June 2013 followed by mill commissioning in September. Commissioning activities continued through the end of the year. Commercial production was achieved in January 2014. The Board has approved the Company's plan to continue to expand production at Escobal to 4500 tonnes per day. Work on the expansion began in 2012 and is expected to be fully complete by 2016.

3.    **Operations**

During 2013, the Escobal Mine produced approximately 220,000 tonnes of metal-bearing material, of which approximately 159,000 tonnes were processed through the mill. Mine and stockpile grades were consistent with the resource model.

Due to social unrest during the last half of 2012 and first two quarters of 2013, completion of construction was delayed by approximately three months. The mill start-up commenced in late September and commissioning advanced rapidly during the fourth quarter.

Mill throughput averaged 1,088 tpd in October, 1,849 tpd in November and 2,258 tpd in December. The highest single day throughput at the mill prior to year end was 3,060 tonnes on December 26. Throughput, recoveries and product quality improved steadily as the ramp up of operations continued through year end.

Commercial production was achieved when management determined the facilities were operating as intended, by meeting the following criteria:

- Mine production rates were sufficient to feed mill operations.

- Average throughput at the mill was in excess of 70% of capacity (2,450 tpd) for 30 days which was achieved January 13, 2014.

- Recovery of metal exceeded 80% of target or expected rates.

- Both lead and zinc concentrate were being produced – achieved late October 2013.

- Concentrate grades consistently exceeded 90% of the minimum expected specification.

- Tailings filtration exceeded 70% of target tonnage over a reasonable period of time.

Management Discussion and Analysis for the Year Ended December 31, 2013        3

Mill performance continued to show consistent improvement through the fourth quarter and into 2014. Paste plant commissioning was completed in December when the first underground stope was available for backfilling. Commissioning of the mill has been completed and a plan to further optimize the paste plant system is under way.

Concentrate produced during plant commissioning and ramp up totaled 2,138 tonnes of silver-lead concentrate and 1,807 tonnes of silver-zinc concentrate, containing 2.0 million ounces of silver, 1,900 ounces of gold, 863 tonnes of lead and 1,221 tonnes of zinc.

During 2013 commissioning, 2,723 tonnes of concentrate containing approximately 1.4 million ounces of payable silver were shipped and sold to third parties. Revenue generated from the concentrate sales of $28.0 million was offset by $18.7 million of production costs (including royalties). The net ($9.3 million) was offset against mineral property, land, plant and equipment in accordance with the Company's accounting policy, as commercial production had not yet commenced.

## 4.   Government Activities and Community Relations

### a.   Concession Filings
Four exploration concessions (Oasis, Lucero, Andres, and Juan Bosco) remain in good standing. Environmental management plans for proposed drilling in these concessions have been approved by the Ministry of Environment ("MARN") and all targets within these areas are approved for drilling. No exploration or reconnaissance license applications were approved by MEM during the quarter. In light of the President's proposed moratorium on the issuance of new licenses, the Company does not expect that its pending exploration license applications will be granted in the near future. The proposed two year moratorium on granting exploration concessions and mining licenses is intended to encourage MEM and Congress to revise the 1997 Guatemalan Mining Law. However, Congress has yet to act.

### b.   Power Line
Organized resistance has impeded the Company's attempts to install a power line along an approved right of way. The Company has opted to defer construction of the power line at this time and has installed contractor supplied generator power for a minimum of one year, renewable annually, which is sufficient to operate the project up to 4500 tpd.

### c.   Security
In May 2013, in response to a variety of criminal acts and general lawlessness in the region, federal authorities imposed a state of emergency and increased police and military presence to establish the rule of law in the area. The government lifted the state of emergency on June 4. The Ministry of Gobernación permanently installed a unit of National Police in San Rafael to further ensure ongoing security in the area. Subsequent to the lifting of the state of emergency and installation of a permanent police force in San Rafael, security incidents have substantially decreased.

In addition, the government set up a permanent high level commission in San Rafael Las Flores to address community issues and oversee security matters. This Commission is managed by the Technical Secretary of Intelligence, and is comprised of Gobernación, MEM, MARN and the National Dialogue Table.

 Tahoe Resources Inc.

**d.    Appeal before the Constitutional Court**

On July 23, 2013, a Court of Appeals in Guatemala held that MEM should have conducted a hearing of a written opposition to the Escobal exploitation license during the permitting application process. The court did not rule on the substance or validity of the license; it merely stated that MEM was obligated to hold an administrative hearing addressing the substance of the opposition under the 1997 Mining Law. The Court did not invalidate or comment on the Escobal exploitation license in its decision. MEM issued a press release on July 24, 2013 stating that the ruling had no impact on the status of Escobal's exploitation license. MEM and the company have appealed the lower court's decision to the Constitutional Court. If the Constitutional Court upholds the Court of Appeals' decision, MEM will have to hear the opposition which it already stated it believes to be without merit. A public hearing of the appeal was held in November. The Constitutional Court is expected to issue a ruling in the case sometime in the next several months.

**5.    Credit Facility**

The Company entered into and drew down a $50 million credit facility on June 4, 2013 with a major international lender. The proceeds have provided additional working capital and supported general corporate purposes during mine and mill commissioning. The credit facility bears interest at a rate per annum of the US$ London Interbank Offered Rate ("LIBOR") plus 6% per annum.

On December 20, 2013, the Company reached an agreement with the lender to expand its credit facility by an additional $25 million. The $25 million bears interest at a rate per annum of the US$ LIBOR plus 7.25% . The additional funds, when drawn, will have maturity date of September 3, 2014. The maturity date of the original $50 million was also extended to September 3, 2014. As at December 31, 2013 the Company had not drawn on the expanded facility.

On January 2, 2014, the Company drew the additional $25 million dollars to ensure adequate working capital and to support general corporate purposes.

The credit facility is secured by the assets of the Company and its subsidiaries: Tahoe Swiss AG, Escobal Resources Holding Limited and Minera San Rafael, S.A.

Additionally, the credit facility contains covenants that, among other things, restrict the ability of the Company and its subsidiaries to incur additional debt, merge, consolidate, transfer, lease or otherwise dispose of all or substantially all its of its assets to any other person.

**2014 OPERATIONS OUTLOOK**

The Company provided guidance regarding expected 2014 production and unit cost in its November 12, 2013 press release. Production during 2014 is still anticipated between 18 and 21 million ounces of silver in concentrate. Production will be weighted more to the second half of the year and, as a result, unit costs may be higher during the first half. Unit costs per ounce of silver for the year are expected to be within the guidance provided.

Management Discussion and Analysis for the Year Ended December 31, 2013    5

## EXPLORATION

All identified mineral resources for the Escobal Mine are located on the Oasis concession, which along with three other exploration concessions comprise the project area. The 2013 drilling program continued to laterally explore extensions of the deposit and to improve confidence in the mineral resource through in-fill drilling. Between two and four drills concentrated on exploration drilling at the Escobal Mine throughout the year.

The Escobal Mine mineral resource occurs in a mineralized zone that is referred to as the "Escobal vein". Exploration to date has defined the Escobal vein through drill core analyses from drilling campaigns carried out between 2007 and 2013. As at December 31, 2013, a total of 431 exploration holes (181,502 metres) have targeted the Escobal vein system. In addition, 21 drill holes totaling 4,942 metres were completed for the purpose of collecting metallurgical test samples. All drilling in the Escobal vein has utilized diamond drill core methods, with the majority of mineralized intercepts drilled using NQ or larger size drill core. Project core recovery averages greater than 96%.

During the fourth quarter of 2013 a total of nineteen holes for a total of 8,965 metres were drilled at the Escobal Mine. Mineralization in the project area is now recognized over a 3,000 metre strike length and 2,000 metre vertical range. Exploration expenditures for the year ended December 31, 2013 totaled $5.3 million.

While exploration in 2013 focused on definition of Escobal vein extensions and enhancement to the existing resource, concentrated effort was devoted to in-fill and stope definition drilling with underground drills within the mine.

In addition to the Escobal vein, twelve veins have been discovered on the Company's concessions. These prospective areas continue to be evaluated; however, a number of these veins occur on concessions that have not yet been granted or are in areas that are unfriendly to mining. There is no assurance that concessions will be granted which would allow the Company to extend exploration activities. Given the proposed moratorium and unwillingness of MEM to issue new licenses at this time, regional exploration efforts outside of our four approved licenses have been temporarily suspended.

## SUBSEQUENT EVENTS

### 1.    Credit Facility Expansion

The Company drew an additional $25 million on January 2, 2014. (See the Operations and Exploration section "5 Credit Facility" of this MD&A for further information about the credit facility)

### 2.    Commercial Production

In anticipation of mill and plant commissioning during the fourth quarter, management identified criteria to determine when the mine was operating as intended by management, thereby achieving commercial production. On January 14, 2014, the Company announced that as of January 13, 2014, the operation had met all of the established criteria, that commercial production had commenced and that the mine was now operating as intended based on the following achievements. Refer to Operations section 3 for a discussion of the Company's commercial production criteria.

The January 1 through 13 activity will be immaterial to the 2014 financial statements. As a result, effective January 1, 2014, the Company ceased capitalizing operating costs, began recognizing revenue and reporting results of operations.

 Tahoe Resources Inc.

## RISK FACTORS

Tahoe's ability to generate revenues and achieve a return on shareholders' investment must be considered in light of the early production stage of the Escobal Mine and sustainability of operations. The Company is subject to many of the risks common to startup enterprises, including dependence on one project, operating in a country that at times has experienced political and social unrest and anti-mining resistance, among other destabilizing factors.

### DEPENDENCE ON THE ESCOBAL MINE

With only one property in production, any adverse development affecting the Escobal Mine could have a material adverse effect upon the Company and would materially and adversely affect the production of mineral resources, profitability, financial performance and results of operations of the Company.

### OPERATIONS IN GUATEMALA

The Escobal Mine is located in Guatemala which has a history of political unrest. Guatemala suffered an armed conflict for 36 years, which was finally resolved through a peace agreement reached with the country's internal revolutionary movement in 1996. The last political crisis in Guatemala occurred in 1983 and a constitutional government was restored in 1985. Continued political unrest or a political crisis in Guatemala could adversely affect the Company's business and results of operations.

The Company's business may be exposed to a number of risks and uncertainties, including terrorism and hostage taking, military repression, expropriation or nationalization without adequate compensation, illegal mining, labour or social unrest, high rates of inflation, changes to royalty and tax regimes, extreme fluctuations in currency exchange rates, volatile local, political and economic developments, government corruption, difficulty understanding and complying with an unpredictable regulatory and legal framework respecting the ownership and maintenance of mineral properties, renegotiation or nullification of existing concessions, licenses, permits and contracts, surface rights, mining permits, mines and mining operations, and difficulty obtaining key personnel, equipment and components for equipment.

### ANTI-MINING RESISTANCE

Some communities and non-governmental organizations ("NGOs") have been vocal and active with respect to mining and exploration activities in Guatemala. These communities and NGOs have taken such actions as road closures, power line opposition, work stoppages, and law suits for damages. These actions relate not only to current activities but often in respect to decades old mining activities by prior owners of mining properties. Such actions by communities and NGOs may have a material adverse effect on our operations at the Escobal Mine, on the transport of concentrate from Escobal to the port, on exploration activities in the region and on the Company's financial position, cash flow and results of operations.

### PRODUCTION DECISION

The Company has not based its production decision on a feasibility study of mineral reserves demonstrating economic and technical viability, and, as a result, there may be an increased uncertainty of achieving any particular level of recovery of minerals or the cost of such recovery, including increased risks associated with developing a commercially mineable deposit. Historically, such projects have a much higher risk of economic and technical failure. There is no guarantee that anticipated production levels and costs will be achieved. Failure to achieve the anticipated production levels would have a material adverse impact on the Company's cash flow and future profitability.

Management Discussion and Analysis for the Year Ended December 31, 2013  7

Factors that influence the Company's ability to succeed are more fully described in the Company's 2013 Annual Information Form available on www.sedar.com under the heading "Description of Our Business – Risk Factors".

## SELECTED FINANCIAL INFORMATION

### BASIS OF PRESENTATION

The financial statements and the annual and quarterly results presented in the table below are prepared in accordance with IFRS. The Company's significant accounting policies are outlined within Note 2 of the Company's audited consolidated financial statements for the years ended December 31, 2013 and 2012. The Company has chosen to expense all exploration and evaluation costs except those costs associated with mineral property acquisition, surface rights purchases, major equipment, buildings, and accrued reclamation, all of which are capitalized. Underground project development costs have been expensed through March 31, 2013 prior to receipt of the exploitation permit, and subsequently capitalized. These accounting policies have been followed consistently throughout the year ended December 31, 2013.

### SELECTED ANNUAL INFORMATION

Selected consolidated financial information from continuing operations for 2013, 2012 and 2011 is as follows (expressed in thousands of United States dollars, except per share information):

|  | December 31, 2013 | December 31, 2012 | December 31, 2011 |
|---|---|---|---|
| Loss for the year | $ 65,597 | $ 93,453 | $ 69,166 |
| Loss per share – basic and diluted | $ (0.45) | $ (0.65) | $ (0.48) |
| Total assets | $ 883,333 | $ 852,943 | $ 922,005 |
| Long Term liabilities | $ 4,214 | $ 8,935 | $ 540 |

Since acquisition of the Escobal project and Initial Public Offering (IPO) completed in June 2010, the Company has incurred significant operating and exploration expenses, advancing underground development and substantially completing construction and commissioning of the Escobal Mine.

    Tahoe Resources Inc.

**SUMMARY OF OPERATING RESULTS FOR THE YEARS ENDED DECEMBER 31, 2013 AND 2012**

**Revenues**

The Company did not achieve commercial production at the Escobal Mine until January 2014. Accordingly, all proceeds from sales of concentrate during 2013 were offset against the capital cost recorded for the Escobal Mine.

**Escobal Project Expenses**

During 2013, the Company incurred $36.4 million in Escobal project expenses. Upon receipt of the exploitation permit in April 2013, the Company commenced capitalization of underground costs associated with the Escobal project. For the year, the Company capitalized construction and sustaining costs of $45.6 million relating to underground infrastructure and development, as well as $124.6 million relating to surface infrastructure. Pre-operating revenues in excess of expenses of $9.3 million were credited back to the project during the year.

During 2012, the Company incurred $70.9 million in Escobal Project expenses including $35.9 million in underground development and surface infrastructure as well as $25.0 million in site general administration and operation. Underground development was expensed during 2012 in accordance with the Company's accounting policies as the exploitation permit for the Escobal project had not been obtained.

**Exploration**

Exploration activities consisted primarily of exploration drilling intended to define Escobal vein extensions, identify new mineralized zones and enhance portions of the existing resource. Exploration expense in 2013 and 2012 was $5.3 million and $10.6 million respectively.

**General and Administrative Expenses**

General and administration expense was $19.5 million in 2013 compared to $19.0 million in 2012.

In addition to providing annual salaries to employees, the Company compensated directors and employees in the form of stock options, deferred share awards ("DSAs"), restricted share awards ("RSAs") and share appreciation rights ("SARs") on various vesting terms. The Company expenses the fair value of these issuances over the vesting periods. Non-cash compensation expenses of $5.7 million and of $8.9 million were recognized during 2013 and 2012, respectively.

The balance of general and administration expense, excluding the non-cash compensation expenses noted above was $13.8 million in 2013 compared to $10.1 million in 2012. This includes corporate overhead, legal and regulatory expenses, investor relations, travel, insurance, employee relocation expenses, office services and rental and other general and administrative expenses.

**Interest Income**

Interest income earned by the Company on its cash balances for 2013 was $0.1 million and $1.4 million in 2012.

**Financing Fees**

The Company incurred financing fees of $2.8 million in 2013, compared to no fees in 2012.

Interest expense of $0.6 million was capitalized during 2013.

Management Discussion and Analysis for the Year Ended December 31, 2013          9

**Gain (loss) on Foreign Exchange**

Foreign exchange gains and losses resulted from the appreciation and depreciation of the Canadian dollar, and other currencies, against the US dollar applicable to the Company's Canadian dollar cash and cash equivalent balances at the end of 2013 and 2012. The Company recorded minimal exchange rate losses in 2013 and a gain of $5.4 million in 2012.

**CASH FLOW FOR THE YEARS ENDED DECEMBER 31, 2013 AND 2012**

Operating activities resulted in a net cash outflow of $65.5 million in 2013 compared to $87.8 million in 2012. The reduction in cash used in operations was attributable to a lower operating loss resulting from the commencement of capitalization of underground development costs during 2013 and an increase in short term liabilities partially offset by increases in trade receivables and buildup of inventories.

Investing activities in 2013 consisted primarily of capitalized property, plant and equipment associated with construction of the Escobal Mine and amounted to $140.6 million, compared to $107.9 million in 2012.

Cash proceeds from financing activities in 2013 were $50.4 million primarily from loan proceeds and the exercise of employee stock options partially offset by loan facility expenses. During 2012, financing activities provided $5.0 million from the exercise of underwriter warrants and the issuance of common shares.

**SUMMARY OF QUARTERLY RESULTS**

Selected consolidated financial information from continuing operations for the preceding eight quarters is as follows (expressed in thousands of United States dollars, except per share information):

| Quarters ended | Interest Income | Net Income (Loss) | Net Loss per common share (basic/diluted) | Total Assets | Total shareholders' deficit |
|---|---|---|---|---|---|
| March 31, 2012 | 562 | (20,976) | (0.15) | 903,572 | 893,201 |
| June 30, 2012 | 471 | (26,073) | (0.18) | 887,863 | 873,585 |
| September 30, 2012 | 297 | (21,483) | (0.15) | 870,181 | 854,378 |
| December 31, 2012 | 85 | (24,920) | (0.17) | 852,943 | 831,297 |
| March 31, 2013 | 61 | (24,875) | (0.17) | 828,015 | 807,997 |
| June 30, 2013 | 45 | (15,614) | (0.11) | 868,121 | 794,683 |
| September 30, 2013 | 19 | (15,537) | (0.11) | 874,323 | 781,561 |
| December 31, 2013 | 4 | (9,571) | (0.07) | 883,333 | 774,154 |

Since the completion of the Company's Initial Public Offering and acquisition of the Escobal Mine in June 2010, the Company has expanded the Escobal Mine site activities, and incurred significant operational and exploration expenses. Variances in results by quarter reflect overall corporate activity and factors that do not necessarily recur each quarter, including stock based compensation, interest income on fluctuating cash balances, foreign exchange gains (losses), cash balances, and exploration drill programs.

 Tahoe Resources Inc.

## RESULTS OF OPERATIONS FOR THE FOURTH QUARTER

The following results of operations provide information on expenses incurred in the quarters ended December 31, 2013 and 2012.

### Revenues

The Company did not achieve commercial production at the Escobal Mine until January 2014. Accordingly, all proceeds from sales of concentrate during the fourth quarter of 2013 were offset against the capital cost recorded for the Escobal Mine.

### Escobal Project Expenses

During the fourth quarter 2013, the Company incurred $2.3 million in Escobal project expenses and capitalized construction and sustaining costs of $6.5 million relating to underground infrastructure and development, as well as $18.8 million relating to surface infrastructure. Additionally, pre-operating revenues in excess of expenses of $9.3 million were credited back to the project during the period.

During the fourth quarter of 2012, the Company incurred Escobal project expenses of $20.0 million. Site infrastructure has been capitalized since the third quarter of 2012. Mine infrastructure and development costs were expensed prior to receipt of the exploitation permit in the second quarter of 2013 due to uncertainty of recovery, and were capitalized subsequent to receipt of the permit.

### Exploration Expense

Exploration expense for the fourth quarter of 2013 was $1.4 million compared to $0.9 million in the fourth quarter of 2012. A total of 19 exploration holes for 8,965 metres were drilled at Escobal during the period. Exploration activities during 2013 were scaled back as the Company focused on completing construction and commissioning the Escobal Mine.

### General and Administrative

Additionally, during the fourth quarter of 2013 and 2012, corporate administration expenses were $3.5 million and $4.2 million, respectively. These include non-cash compensation expense of $0.9 million in 2013 and $1.3 million in 2012. Cash expenses include corporate overhead, legal and regulatory expenses, investor relations, travel, insurance, employee relocation expenses, office services, rental and other general and administrative expenses.

### Interest Income

Interest income earned by the Company on its cash balances for the fourth quarter of 2013 was $4, compared to $85 during the same period of 2012.

### Financing Fees

Interest expense of $0.6 million was capitalized during the fourth quarter.

### Foreign Exchange Losses

Foreign exchange losses of $104 and $12 were recorded for the fourth quarter of 2013 and 2012, respectively.

## CASH FLOW FOR THE FOURTH QUARTER

Operating activities reported a net cash outflow of $12.6 million in the fourth quarter of 2013 compared to outflow of $26.9 million in the same quarter of 2012. The reduction in cash outflow from operations was largely due to an increase in short term liabilities partially offset by increased inventory in 2013.

Management Discussion and Analysis for the Year Ended December 31, 2013    11

Cash used in investing activities in 2013 amounted to $18.6 million primarily in capitalized property, plant and equipment, compared to $34.0 million in the fourth quarter of 2012.

Financing activities in the fourth quarter of 2013 generated a net $1.0 million, whereas $0.4 million was generated in the same period of 2012. Cash generated from financing activities resulted from the exercise of employee stock options and partially offset by loan facility expenses.

## LIQUIDITY AND CAPITAL RESOURCES

The Company's cash and cash equivalents balance as at December 31, 2013 was $8.8 million.

The Company had a working capital deficit of $69.2 million and long-term liabilities of $4.2 million as at December 31, 2013. This compares to working capital of $149.3 million on December 31, 2012, a decrease of $218.5 million. This decrease was primarily due to the reduction of cash and cash equivalents of $155.7 million from the buildup of inventories, the completion of construction and commencement of operations offset by the increase in short term liabilities.

The Company expanded its credit facility on January 2, 2014 by drawing an additional $25.0 million to fund ongoing activities during the ramp up of production at the Escobal Mine. Future activities are to be funded from ongoing operations. The Company anticipates that cash flows from sales of concentrate produced from the Escobal mine will be sufficient to meet current commitments and fund ongoing operations. The Company may, however, require additional financing to proceed with the proposed expansion to the Escobal mine if funds from ongoing operations are not sufficient to fund this additional development. The amount of available funds from operations will be contingent upon commodity prices for the Company's concentrate products and actual operating expenses incurred.

## USE OF FINANCIAL INSTRUMENTS

The principal financial instrument currently affecting the Company's financial condition and results of operations is cash and cash equivalents. The Company's exposure to credit risk on its Canadian currency and United States currency deposits is limited by maintaining such cash and term deposits with major Canadian banks and banks in the United States that have high-credit qualities. A minimal amount of cash is held by banks in Switzerland (in compliance with Swiss law) and Guatemala (to fund immediate operational needs). To minimize risk, the Company's funds are kept in highly liquid instruments.

Cash and cash equivalents consist of cash and term deposits that are redeemable on demand. At December 31, 2013, the Company's cash and cash equivalent holdings consisted of USD$7.1 million, $1.1 million in US$ equivalent Can$, and $0.6 million in US$ equivalent in other currencies. The Company recognized a foreign exchange loss of $104 for the quarter and nil for the year.

 Tahoe Resources Inc.

117

**FINANCIAL RISK MANAGEMENT**

**Overview**

The Company has exposure to the following risks from its use of financial instruments:

- Credit risk

- Liquidity risk

- Market risk

**Risk Management Framework**

The Board of Directors has overall responsibility for the establishment and oversight of the Company's risk management framework. The Company's Audit Committee oversees how management monitors compliance with the Company's risk management policies and procedures, and reviews the adequacy of the risk management framework in relation to the risks faced by the Company.

The Company's risk management policies are established to identify and analyze the risks faced by the Company, to set appropriate risk limits and controls, and to monitor risks and adherence to limits. Risk management policies and systems are reviewed regularly to reflect changes in market conditions and the Company's activities. The Company, through its training and management standards and procedures, aims to develop a disciplined and constructive control environment in which all employees understand their roles and obligations.

**Liquidity Risk**

Liquidity risk is the risk that the Company will encounter difficulty in meeting the obligations associated with its financial liabilities that are settled by delivering cash or another financial asset. The Company's approach to managing liquidity is to ensure, as far as possible, that it will always have sufficient liquidity to meet its liabilities when due, under both normal and stressed conditions, without incurring unacceptable losses or risking damage to the Company's reputation.

The Company's financial liabilities at December 31, 2013 and 2012 includes accounts payable and accrued liabilities all of which are due within 12 months or less. The long-term liability consists of the SARS long-term portion, severance and reclamation provision.

| | 1 year | 2-5 years | Over 5 years | December 31, 2013 | December 31, 2012 |
|---|---|---|---|---|---|
| Accounts payable, accrued liabilities and income tax payable | $ 55,486 | $ - | $ - | $ 55,486 | $ 16,925 |
| Current debt | 49,479 | - | | 49,479 | - |
| Lease agreements for rental of office facilities | 1,553 | 2,269 | 66 | 3,868 | 891 |
| Commitment to purchase plant and equipment | 27,021 | - | - | 27,021 | 65,366 |
| Other long-term liabilities | - | 1,193 | - | 1,193 | 1,030 |
| Reclamation provision | - | - | 3,021 | 3,021 | 3,691 |
| Total | $ 133,519 | $ 3,462 | $ 3,087 | $ 140,068 | $ 87,903 |

**Credit Risk**

Credit risk is the risk of financial loss to the Company if a counter-party to a financial instrument fails to meet its contractual obligations.

Management Discussion and Analysis for the Year Ended December 31, 2013    13

The Company holds the majority of its cash and cash equivalents in CAN and US$ with large reputable financial institutions in Canada.

**Market Risk**

Market risk is the risk that changes in market prices, such as foreign exchange and interest rates will affect the value of the Company's holdings of financial instruments. The objective of market risk management is to manage and control market risk exposures within acceptable parameters, while optimizing return.

**Foreign Exchange Risk**

The Company is exposed to currency risk on cash and cash equivalents and accounts payable that are denominated in a currency other than the respective functional currency of Company entities which is the US$. To minimize risk, the Company's funds are kept in highly liquid instruments such as commercial paper and time deposits. The Company also contracts for goods and services mainly in US$ currency. At December 31, 2013, the Company held substantially all of its cash in US$ to minimize exchange rate risk.

|  | December 31, 2013 | December 31, 2012 |
|---|---|---|
| Cash and cash equivalents in US$ | $ 7,145 | $ 163,518 |
| Cash in CAN$ | 1,050 | 458 |
| Cash in other currencies | 643 | 585 |
| Total Cash and Cash Equivalents | $ 8,838 | $ 164,561 |

Cash and cash equivalents comprise cash balances and deposits with maturities of 90 days or less.

| Cash and Cash Equivalents | December 31, 2013 | December 31, 2012 |
|---|---|---|
| Cash in US$ | $ 8,812 | $ 146,586 |
| Cash equivalents | 26 | 17,975 |
| Total Cash and Cash Equivalents | $ 8,838 | $ 164,561 |

**Interest Rate Risk**

Interest rate risk is the risk that the Company's future cash flows and fair values will fluctuate as a result of changes in market interest rates. At the reporting date, the Company's interest-bearing financial instruments are related to cash and cash equivalents and current debt. At period end the current debt was subject to a floating interest rate. The weighted average interest rate paid by the Company during 2013 related to the current debt was 6.27% (2012: nil%). At December 31, 2013 the Company has determined the interest rate risk to be low.

**SHARE CAPITAL AND FINANCINGS**

As at December 31, 2013, the Company had outstanding a total of 146,094,407 common shares, 2,865,256 options to purchase common shares and 181,334 deferred share awards, for an aggregate of 149,140,997 shares on a fully diluted basis.


14    Tahoe Resources Inc.

**OUTSTANDING SHARE DATA**

As at March 12, 2014, the Company had the following common shares and securities convertible into common shares outstanding:

| | |
|---|---:|
| Common shares issued prior to IPO | 3,100,001 |
| Common shares issued in IPO, Escobal project acquisition and related activities | 111,990,304 |
| Common shares issued in equity financing | 24,959,692 |
| Common shares issued after exercise of Underwriter warrants and stock options | 4,865,542 |
| Common shares issued under RSA and DSA compensation plan | 1,799,333 |
| Stock options (vested and unvested) outstanding | 2,350,458 |
| DSAs outstanding | 75,667 |
| **Fully diluted shares outstanding** | **149,140,997** |

**ASSET VALUATION**

There have been no events or changes in circumstances that would indicate an impairment of the Escobal Mine as at December 31, 2013.

**OFF-BALANCE SHEET ARRANGEMENTS**

The Company currently has no off-balance sheet arrangements.

**USE OF ESTIMATES AND JUDGMENTS**

The preparation of financial statements in conformity with IFRS requires management to make estimates and judgments that affect the application of accounting policies and the reported amounts of assets, liabilities, contingent liabilities, income and expenses. Actual results could differ from these estimates.

Estimates and underlying assumptions are reviewed on an ongoing basis. Revisions to accounting estimates are recognized in the period in which the estimates are revised and in future periods affected.

Information about critical judgments and estimates in applying accounting policies that have the most significant effect on the amounts recognized in the consolidated financial statements are as follows:

Judgments:

(i)    *Commercial Production*

In order to declare commercial production a mine must be able to operate at levels intended by management. Prior to commercial production costs incurred are capitalized as part of the cost of placing the asset into service and proceeds from the sale of concentrates are offset against the costs capitalized. Subsequent to the declaration of commercial production depletion of the costs incurred begins. Management considers several criteria in determining when a mine is operating at levels intended, and is therefore in commercial production.(See Operations and Exploration section "3. Operations" of this MD&A and the Subsequent Events item 2 for additional commercial production discussion)

Management Discussion and Analysis for the Year Ended December 31, 2013    15

*(ii)    Functional Currency*

The functional currency for each of the Company's subsidiaries is the currency of the primary economic environment in which the entity operates. The Company has determined that for each subsidiary the functional currency is the US dollar. When determining the functional currency certain judgments may be involved to assess the primary economic environment in which the subsidiary operates.

Estimates:

*(iii)    Economic recoverability and probability of future economic benefits of exploration, evaluation and development costs.*

The Company has determined that development and related costs incurred which have been capitalized are economically recoverable. Management uses several criteria in its assessments of economic recoverability and probability of future economic benefits including geological and metallurgical information, economic assessments and existing permits for the life of mine plan. The estimates contained within these criteria could change over time which could affect the economic recoverability of capitalized costs.

During 2012 and the first quarter of 2013, the Company expensed underground development expenses associated with the Escobal mine as the Company had not received the exploitation permit necessary for commercial mining operations. The Company received the exploitation permit in April 2013 and has capitalized these underground development expenses during the second, third and fourth quarters of 2014. The surface assets associated with the Escobal mine were capitalized both during 2012 and 2013.

*(iv)    Revenue Recognition*

As is customary in the industry, revenue on provisionally priced sales is recognized based on relevant forward market prices. At each reporting period, provisionally priced sales are marked to market based on the estimated forward price for the quotational period stipulated in the contract. The adjustment to provisionally priced metal sold is recorded as an adjustment to sales revenue.

 Tahoe Resources Inc.

*(v)*     *Estimated tonnes in the mineral resource*

The carrying amounts of the Company's mining properties are all depletable upon commencement of commercial production based on UOP method over the life of the mine based on tonnes in the estimated resource. Changes to estimates of tonnage and depletable costs including changes resulting from revisions to the Company's mine plans can result in a change to future depletion rates.

*(vi)*    *Determination of Useful Lives*

Determination of useful lives of property, plant and equipment for assets other than mining interests are depreciated using the straight-line method. Should the actual useful life of the property, plant or equipment vary, future depreciation charges may change. Assets with similar useful lives are grouped and treated as a single asset for the purposes of depreciation. Should the grouping of these like assets change, depreciation charges may vary materially in the future.

*(vii)*   *Impairment charges*

At the end of each reporting period, the Company assesses whether any indication of impairment exists. Where an indicator of impairment exists, an impairment analysis is performed. The impairment analysis requires the use of estimates and assumptions including amongst others, long-term commodity prices, discount rates, length of mine life, future production levels, future operating costs, future capital expenditures and tax positions taken. The estimates and assumptions are subject to risk and uncertainty; hence, there is the possibility that changes in circumstances will alter these projections, which may impact the recoverable amount of the assets. In such circumstances, some or all of the carrying value of the assets may be further impaired or the impairment charge reduced with the impact recorded in the consolidated statements of operations.

Management Discussion and Analysis for the Year Ended December 31, 2013     17

*(viii)*   *Decommissioning liability*

The Company's accounting policy for the recognition of accrued site closure costs requires significant estimates and assumptions such as the requirements of the relevant legal and regulatory framework, the magnitude of possible disturbance and the timing, extent and costs of required closure and rehabilitation activity. Changes to these estimates and assumptions may result in future actual expenditures differing from the amounts currently provided for. The decommissioning liability is periodically reviewed and updated based on the available facts and circumstances.

*(ix)*   *Income taxes*

The Company is periodically required to estimate the tax basis of assets and liabilities. Where applicable tax laws and regulations are either unclear or subject to varying interpretations, it is possible that changes in these estimates could occur that materially affect the amounts of deferred income tax assets and liabilities recorded in the financial statements. Changes in deferred tax assets and liabilities generally have a direct impact on earnings in the period of changes. Each period, the Company evaluates the likelihood of whether some portion or all of each deferred tax asset will not be realized. This evaluation is based on historic and future expected levels of taxable income, the pattern and timing of reversals of taxable temporary timing differences that give rise to deferred tax liabilities, and tax planning initiatives. Levels of future taxable income are affected by, among other things, the market price for saleable metals, production costs, interest rates and foreign currency exchange rates.

*(x)*   *Valuation of inventory*

All inventory is valued at the lower of average cost or net realizable value. Management is required to make various estimates and assumptions to determine the value of stockpiled ore and concentrate inventories. The estimates and assumptions include surveyed quantities of stockpiled ore, in-process volumes, metal contents, costs to recover saleable metals, payable metal values once processed and the corresponding metals prices.

*(xi)*   *Share-based compensation*

The Company makes certain estimates and assumptions when calculating the fair values of share-based compensation granted. The significant estimations and assumptions include expected volatility, expected life, expected dividend rate and expected risk-free rate of return. Changes in these assumptions may result in a material change to the expense recorded for the issuance of share-based compensation.

 Tahoe Resources Inc.

**Related Party Transactions**

Goldcorp holds an approximate 39.6% interest in the Company's publicly traded shares. There were no related-party transactions in 2013 and 2012 with Goldcorp.

Management Discussion and Analysis for the Year Ended December 31, 2013    19

## DISCLOSURE CONTROLS AND PROCEDURES
## AND INTERNAL CONTROLS OVER FINANCIAL REPORTING

### MANAGEMENT'S REPORT ON DISCLOSURE CONTROLS AND PROCEDURES

The Company's management, including the President and Chief Executive Officer and the Vice-President and Chief Financial Officer, acknowledge responsibility for the design of disclosure controls and procedures and internal controls over financial reporting.

### MANAGEMENT'S REPORT ON INTERNAL CONTROLS OVER FINANCIAL REPORTING

The Company's management is responsible for establishing and maintaining an adequate system of internal controls, including internal controls over financial reporting. Tahoe's internal controls include policies and procedures that (1) pertain to the maintenance of records and accurately and fairly reflect, in reasonable detail, the transactions related to acquisition, maintenance and disposition of assets; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with IFRS, and receipts are recorded and expenditures are incurred only in accordance with authorization of management and directors; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of assets that could have a material effect on financial statements.

The Company has designed its internal risk management and control systems to provide reasonable (but not absolute) assurance to ensure compliance with regulatory matters and to safeguard reliability of the financial reporting and its disclosures. Having assessed the effectiveness of the Company's internal controls over financial reporting, the Chief Executive Officer and Chief Financial Officer believe that the internal controls over financial reporting are effective at a reasonable assurance level as of the end of the period covered by this report.

In 2013 the Company underwent a comprehensive effort to implement Section 404 of the Sarbanes Oxley Act of 2002. This project included the documentation, testing and review of our internal controls over financial reporting under the direction of senior management.

### CHANGES IN INTERNAL CONTROLS

There were no changes to the Company's internal controls over financial reporting during the year that have materially affected or are reasonably likely to materially affect the Company's internal controls over financial reporting.

The Company's management, including the President and Chief Executive Officer and the Vice-President and Chief Financial Officer, believe that any disclosure controls and procedures or internal controls and procedures, no matter how well conceived and operated, can provide only reasonable, not absolute, assurance that the objectives of the control system are met. Further, the design of a control system must reflect the fact that there are resource constraints, and the benefits of controls must be considered relative to their costs. Because of the inherent limitations in all control systems, they cannot provide absolute assurance that all control issues and instances of fraud, if any, within the Company have been prevented or detected. These inherent limitations include the realities that judgments in decision-making can be faulty, and that breakdowns can occur because of simple error or mistake. Additionally, controls can be circumvented by the individual acts of some persons, by collusion of two or more people, or by unauthorized override of the control. The design of any system of control is based in part upon certain assumptions about the likelihood of future events, and there can be no assurance that any design will succeed in achieving its stated goals under all potential future conditions. Accordingly, because of the inherent limitations in a cost effective control system, misstatements due to error or fraud may occur and may not be detected.

 Tahoe Resources Inc.

## CHANGES IN ACCOUNTING STANDARDS

For a detailed description of the changes in accounting standards effective January 1, 2013 and January 1, 2014, please refer to Note 2 – Significant accounting policies of the financial statements

## ADDITIONAL INFORMATION

Tahoe is a Canadian public mineral exploration and production-stage company whose common shares are listed on the TSX under the symbol "THO" and on the NYSE under the symbol "TAHO". Tahoe is a reporting issuer in each of the provinces and territories of Canada. Additional information relating to the Company, including a copy of this MD&A, may be obtained or viewed from the System for Electronic Data Analysis and Retrieval ("SEDAR") website at www.sedar.com, on the Electronic Data Gathering, Analysis, and Retrieval system ("EDGAR") at www.sec.gov, and on the Company's website at www.tahoeresourcesinc.com.

Scientific and technical information contained in this MD&A was reviewed and approved by Tahoe's Vice President – Technical Services, Charles Muerhoff, a "qualified person" as defined by National Instrument 43-101 – Standards of Disclosure for Mineral Projects.

## CAUTIONARY STATEMENT ON FORWARD-LOOKING INFORMATION

This MD&A contains "forward-looking information" within the meaning of applicable Canadian securities legislation, and "forward-looking statements" within the meaning of the United States Private Securities Litigation Reform Act of 1995 (collectively referred to as "forward-looking information"). Forward-looking information in this MD&A may include, but is not limited to: statements relating to changes in Guatemalan mining laws and regulations; information with respect to our future financial and operating performance and that of our subsidiaries, including our statement that our objective is to operate the Escobal Mine to 3500 tpd; the estimation of mineral resources and our realization of mineral resource estimates; our plan to expand the resource base of the Escobal Mine; costs and timing of further development of the Escobal Mine, including the deferral of power line completion, the decision to use generator power for at least one year, the cost estimate for the 4500 metric tons per day scenario, and statements related to achieving production in excess of 3500 metric tons per day by 2016; the acquisition of additional mineral resource interests in the Americas; future exploration and development activities, and the costs and timing of those activities; timing and receipt of approvals, consents and permits under applicable legislation; results of future exploration and drilling; metals prices; and adequacy of financial resources.

Forward-looking information is based on the reasonable assumptions, estimates, analysis and opinions of management made in light of its experience and its perception of trends, current conditions and expected developments, as well as other factors that management believes to be relevant and reasonable in the circumstances at the date that such statements are made, but which may prove to be incorrect. We believe that the assumptions and expectations reflected in such forward-looking information are reasonable. Assumptions have been made regarding, among other things: our ability to carry on exploration and development activities; the timely receipt of required approvals; the price of silver and other metals; our ability to operate in a safe, efficient and effective manner; and our ability to obtain financing as and when required and on reasonable terms. Readers are cautioned that the foregoing list is not exhaustive of all factors and assumptions which may have been used.

Forward-looking information is subject to known and unknown risks, uncertainties and other factors that may cause actual results to be materially different from those expressed or implied by such forward-looking information, including risks associated with our dependence on the Escobal Mine and our limited operating history, risks associated with the fluctuation of the price of silver and other metals, the risk of civil unrest and political instability in Guatemala, risks associated with the availability of additional funding as and when required, exploration and development risks, permitting and licensing risks, uncertainty in the estimation of mineral resources, geologic, hydrological, and geotechnical risks, infrastructure risks, inflation risks, governmental regulation risks, environmental risks and hazards, insurance and uninsured risks, land title risks, risks associated with competition, risks associated with currency fluctuations, labour and employment risks, risks associated with dependence on key management personnel and executives, litigation risks, the risk that dividends may never be declared, risks associated with the repatriation of earnings, risks of negative operating cash flow, risks associated with the Company's hedging policies, risks associated with the interests of certain directors in other mining projects, risks associated with dilution, risks associated with stock exchange prices and risks associated with effecting service of process and enforcing judgments. See the Company's 2013 Annual Information Form available on www.sedar.com under the heading "Description of Our Business – Risk Factors".

Our forward-looking statements are based on the reasonable beliefs, expectations and opinions of management on the date of this MD&A. Although we have attempted to identify important factors that could cause actual results to differ materially from those contained in forward-looking information, there may be other factors that cause results not to be as anticipated, estimated or intended. There is no assurance that such information will prove to be accurate, as actual results and future events could differ materially from those anticipated in such information. Accordingly, readers should not place undue reliance on forward-looking information. We do not undertake to update any forward-looking information, except as, and to the extent required by, applicable securities laws.

Investors are cautioned that the PEA is considered preliminary in nature and includes mineral resources, including inferred mineral resources that are considered too speculative geologically to have the economic considerations applied to them that would enable them to be categorized as mineral reserves. Mineral resources that are not mineral reserves have not yet demonstrated economic viability. Due to the uncertainty that may be attached to mineral resources, it cannot be assumed that all or any part of a mineral resource will be upgraded to mineral reserves. Therefore, there is no certainty that the results concluded in the PEA will be realized.

## NOTICE TO READERS IN THE UNITED STATES

Canadian standards, including those under NI 43-101, differ significantly from the requirements of the Securities and Exchange Commission of the United States ("SEC"), and mineral reserve and resource information contained or incorporated by reference in the MD&A may not be comparable to similar information disclosed by U.S. companies. Under U.S. standards, mineralization may not be classified as a "reserve" unless the determination has been made that the mineralization could be economically and legally produced or extracted at the time the reserve determination is made. The SEC's disclosure standards normally do not permit the inclusion in documents filed with the SEC of information concerning "measured mineral resources," "indicated mineral resources" or "inferred mineral resources" or other descriptions of the amount of mineralization in mineral deposits that do not constitute "reserves" by U.S. standards. U.S. investors should also understand that "inferred mineral resources" have a great amount of uncertainty as to their existence and as to their economic and legal feasibility. It cannot be assumed that all or any part of an "inferred mineral resource" will ever be upgraded to a higher category. Under Canadian rules, estimated "inferred mineral resources" may not form the basis of feasibility or pre-feasibility studies except in rare cases. Investors are cautioned not to assume that all or any part of an "inferred mineral resource" exists or is economically or legally mineable. Disclosure of "contained ounces" in a mineral resource estimate is permitted disclosure under Canadian regulations; however, the SEC normally only permits issuers to report mineralization that does not constitute "reserves" by SEC standards as in place tonnage and grade without reference to unit measures. The requirements for identification of "reserves" are also not the same as those of the SEC, and reserves reported by the Company may not qualify as "reserves" under SEC standards. Accordingly, information concerning mineral deposits set forth herein may not be comparable with information made public by companies that report in accordance with U.S. standards.

  Tahoe Resources Inc.

**EXHIBIT 99.4**

## CERTIFICATION

I, C. Kevin McArthur, certify that:

(1)     I have reviewed this Annual Report on Form 40-F of Tahoe Resources Inc. for the year ended December 31, 2013.

(2)     Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report.

(3)     Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the issuer as of, and for, the periods presented in this report.

(4)     The issuer's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the issuer and have:

(a)     designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the issuer, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b)     designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c)     evaluated the effectiveness of the issuer's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d)     disclosed in this report any change in the issuer's internal control over financial reporting that occurred during the period covered by the annual report that has materially affected, or is reasonably likely to materially affect, the issuer's internal control over financial reporting.

(5)     The issuer's other certifying officer(s) and I have disclosed, based on our most recent evaluation of the internal control over financial reporting, to the issuer's auditors and the audit committee of issuer's board of directors (or persons performing the equivalent functions):

(a)     all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the issuer's ability to record, process, summarize and report financial information; and

(b)     any fraud, whether or not material, that involves management or other employees who have a significant role in the issuer's internal control over financial reporting.

Date: March 13, 2014

By: */s/ C. Kevin McArthur*
Name: C. Kevin McArthur
Title: Chief Executive Officer

**EXHIBIT 99.5**

## CERTIFICATION

I, Mark Sadler, certify that:

(1)    I have reviewed this Annual Report on Form 40-F of Tahoe Resources Inc. for the year ended December 31, 2013.

(2)    Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report.

(3)    Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the issuer as of, and for, the periods presented in this report.

(4)    The issuer's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the issuer and have:

(a)    designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the issuer, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b)    designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c)    evaluated the effectiveness of the issuer's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d)    disclosed in this report any change in the issuer's internal control over financial reporting that occurred during the period covered by the annual report that has materially affected, or is reasonably likely to materially affect, the issuer's internal control over financial reporting.

(5)    The issuer's other certifying officer(s) and I have disclosed, based on our most recent evaluation of the internal control over financial reporting, to the issuer's auditors and the audit committee of issuer's board of directors (or persons performing the equivalent functions):

(a)    all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the issuer's ability to record, process, summarize and report financial information; and

(b)    any fraud, whether or not material, that involves management or other employees who have a significant role in the issuer's internal control over financial reporting.

Date: March 13, 2014

By: */s/ Mark Sadler*
Name:   Mark Sadler
Title:   Chief Financial Officer

**EXHIBIT 99.6**

**CERTIFICATION**
**PURSUANT TO**
**18 U.S.C. SECTION 1350,**
**AS ADOPTED PURSUANT TO**
**SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

I, C. Kevin McArthur, Chief Executive Officer of Tahoe Resources Inc. (the "Company"), hereby certify pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that, to the best of my knowledge:

(i)     the Annual Report on Form 40-F of the Company for the fiscal year ended December 31, 2013 (the "Annual Report") fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended; and

(ii)    the information contained in the Annual Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

By: */s/ C. Kevin McArthur*
Name: C. Kevin McArthur
Title: Chief Executive Officer

Date: March 13, 2014

**EXHIBIT 99.7**

**CERTIFICATION
PURSUANT TO
18 U.S.C. SECTION 1350,
AS ADOPTED PURSUANT TO
SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

I, Mark Sadler, Chief Financial Officer of Tahoe Resources Inc. (the "Company"), hereby certify pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that, to the best of my knowledge:

(i)     the Annual Report on Form 40-F of the Company for the fiscal year ended December 31, 2013 (the "Annual Report") fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended; and

(ii)    the information contained in the Annual Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

By: */s/ Mark Sadler*

Name: Mark Sadler
Title: Chief Financial Officer

Date: March 13, 2014

**CONSENT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

We consent to the incorporation by reference in Registration Statement No. 333-181981 on Form S-8 and to the use of our report dated March 12, 2014 relating to the consolidated financial statements of Tahoe Resources Inc. and the effectiveness of Tahoe Resource's Inc.'s internal control over financial reporting appearing in this Annual Report on Form 40-F of Tahoe Resources Inc. for the year ended December 31, 2013.

/s/ Deloitte LLP

Chartered Accountants
Vancouver, Canada
March 13, 2014

VIA EDGAR

**To:     United States Securities and Exchange Commission**

**Re:     Tahoe Resources Inc. (the "Company")**
**Annual Report on Form 40-F**
**<u>Consent of Expert</u>**

This consent is provided in connection with the Company's annual report on Form 40-F to be filed by the Company with the United States Securities and Exchange Commission and any amendments thereto (the " **Annual Report** "). The Annual Report incorporates by reference, among other things, the Company's Annual Information Form for the year ended December 31, 2013 (the " **Annual Information Form** ").

I, Conrad Huss, P.E. of M3 Engineering & Technical Corporation, Tucson, Arizona, hereby consent to:

- the use of my name in connection with my involvement in the preparation of the technical report entitled *Escobal Guatemala Project NI 43-101 Preliminary Economic Assessment* issued on July 24, 2013 and dated effective May 7, 2012 (the **"Technical Report"** );
- references to the Technical Report, or portions thereof, in the Annual Information Form; and
- the inclusion and incorporation by reference of the information derived from the Technical Report in the Annual Report.

Dated the 13 th day of March, 2014

*/s/ Conrad Huss*
**Conrad Huss, P.E.**

133

VIA EDGAR

To:    **United States Securities and Exchange
        Commission**

Re:    **Tahoe Resources Inc. (the "Company")
        Annual Report on Form 40-F
        <u>Consent of Expert</u>**

This consent is provided in connection with the Company's annual report on Form 40-F to be filed by the Company with the United States Securities and Exchange Commission and any amendments thereto (the " **Annual Report** "). The Annual Report incorporates by reference, among other things, the Company's Annual Information Form for the year ended December 31, 2013 (the " **Annual Information Form** ").

I, Daniel Roth, P.E. of M3 Engineering & Technical Corporation, Tucson, Arizona, hereby consent to:

- the use of my name in connection with my involvement in the preparation of the technical report entitled *Escobal Guatemala Project NI 43-101 Preliminary Economic Assessment* issued on July 24, 2013 and dated effective May 7, 2012 (the **"Technical Report"** );
- references to the Technical Report, or portions thereof, in the Annual Information Form; and
- the inclusion and incorporation by reference of the information derived from the Technical Report in the Annual Report.

Dated the 13 [th] day of March, 2014

*/s/ Daniel Roth*
**Daniel Roth, P.E.**

VIA EDGAR

**To:**    **United States Securities and Exchange Commission**

**Re:**    **Tahoe Resources Inc. (the "Company")**
**Annual Report on Form 40-F**
**Consent of Expert**

This consent is provided in connection with the Company's annual report on Form 40-F to be filed by the Company with the United States Securities and Exchange Commission and any amendments thereto (the " **Annual Report** "). The Annual Report incorporates by reference, among other things, the Company's Annual Information Form for the year ended December 31, 2013 (the " **Annual Information Form** ").

I, Thomas Drielick, P.E. of M3 Engineering & Technical Corporation, Tucson, Arizona, hereby consent to:

- the use of my name in connection with my involvement in the preparation of the technical report entitled *Escobal Guatemala Project NI 43-101 Preliminary Economic Assessment* issued on July 24, 2013 and dated effective May 7, 2012 (the **"Technical Report"** );
- references to the Technical Report, or portions thereof, in the Annual Information Form; and
- the inclusion and incorporation by reference of the information derived from the Technical Report in the Annual Report.

Dated the 13 [th] day of March, 2014

*/s/ Thomas Drielick*
**Thomas Drielick, P.E.**

135

VIA EDGAR

**To:** **United States Securities and Exchange Commission**

**Re:** **Tahoe Resources Inc. (the "Company")**
**Annual Report on Form 40-F**
<u>**Consent of Expert**</u>

This consent is provided in connection with the Company's annual report on Form 40-F to be filed by the Company with the United States Securities and Exchange Commission and any amendments thereto (the " **Annual Report** "). The Annual Report incorporates by reference, among other things, the Company's Annual Information Form for the year ended December 31, 2013 (the " **Annual Information Form** ").

I, Paul Tietz, C.P.G. of Mine Development Associates, Reno, Nevada, hereby consent to:

- the use of my name in connection with my involvement in the preparation of the technical report entitled *Escobal Guatemala Project NI 43-101 Preliminary Economic Assessment* issued on July 24, 2013 and dated effective May 7, 2012 (the **"Technical Report"** );
- references to the Technical Report, or portions thereof, in the Annual Information Form; and
- the inclusion and incorporation by reference of the information derived from the Technical Report in the Annual Report.

Dated the 13 [th] day of March, 2014

*/s/ Paul Tietz*
**Paul Tietz, C.P.G.**

VIA EDGAR

To:    **United States Securities and Exchange Commission**

Re:    **Tahoe Resources Inc. (the "Company")**
**Annual Report on Form 40-F**
**Consent of Expert**

This consent is provided in connection with the Company's annual report on Form 40-F to be filed by the Company with the United States Securities and Exchange Commission and any amendments thereto (the " **Annual Report** "). The Annual Report incorporates by reference, among other things, the Company's Annual Information Form for the year ended December 31, 2013 (the " **Annual Information Form** ").

I, Richard K. Zimmerman, SME Registered Member, of M3 Engineering & Technical Corporation, Tucson, Arizona, hereby consent to:

- the use of my name in connection with my involvement in the preparation of the technical report entitled *Escobal Guatemala Project NI 43-101 Preliminary Economic Assessment* issued on July 24, 2013 and dated effective May 7, 2012 (the **"Technical Report"** );
- references to the Technical Report, or portions thereof, in the Annual Information Form; and
- the inclusion and incorporation by reference of the information derived from the Technical Report in the Annual Report.

Dated the 13 [th] day of March, 2014

*/s/ Richard K. Zimmerman*
**Richard K. Zimmerman, SME RM**

137

 

### TAHOE REPORTS 2013 RESULTS
**Updates Escobal Project and Provides Reorganization Details**

VANCOUVER, B.C. (March 13, 2014) – **Tahoe Resources Inc.** (TSX: THO, NYSE: TAHO) today reported financial results for the year ending December 31, 2013, and provided a production update for its flagship Escobal silver mine in Guatemala.

Tahoe President and CEO Kevin McArthur said, "We are very pleased with corporate performance through the end of 2013. Capital spending to complete the Escobal mine came in very close to our initial estimates and we were able to declare on-time commercial production, effective January 1, 2014."

Highlights for 2013 include (all amounts in U.S. dollars unless otherwise stated):

- Net earnings/(loss) for the year amounted to ($65.6 million) or ($0.45) per share.
- Cash and equivalents at year-end were $8.8 million.
- Cash outflow from operating activities amounted to $65.5 million.
- Corporate general and administrative (G&A) expense amounted to $13.8 million, excluding non-cash share-based compensation of $5.7 million.
- Exploration expenses amounted to $5.3 million.
- The first precious metal concentrate shipment was on October 15, 2013.

During 2013, the Company incurred $36.4 million in Escobal project expenses. Upon receipt of the exploitation permit in April 2013, the Company commenced capitalization of underground expenses associated with the Escobal project. For the year, the Company capitalized construction and sustaining costs of $45.6 million relating to underground infrastructure and development, as well as $124.6 million relating to surface infrastructure. Pre-operating revenues in excess of expenses of $9.3 million were credited back to the project during the year.

Complete financial results as well as the Company's management's discussion and analysis and other filings will be filed on SEDAR (www.sedar.com) and the Company's website (www.tahoeresourcesinc.com).

**Escobal Production**

Wet commissioning of the mill and initial production of concentrates began at the end of the third quarter of 2013. The first precious metal concentrate shipment was made on October 15, and production ramp-up proceeded smoothly throughout the quarter.

At December 31, 2013, access to approximately 262,000 tonnes of mill feed was fully developed underground and an additional 64,000 tonnes were stored on the surface stockpile. Primary development was completed for approximately five years of mill feed.

Mill throughput during the fourth quarter was 159,200 tonnes with average grades of 483 grams of silver per tonne, 0.54 grams of gold per tonne, 0.66% lead and .96% zinc. Silver grade mined was slightly better than predicted by the resource model. Due to the very small population of data seen to date, the Company cautions against extrapolating these results over the remaining 18-year mine life.

1

138

**Fourth Quarter 2013 Production Numbers**

|  | Silver Oz. | Gold Oz. | Lead Tonne | Zinc Tonne |
|---|---|---|---|---|
| Production (Metals in Concentrate) | 2,061,220 | 1,957 | 818 | 865 |
| Sales | 1,367,350 | 1,372 | 489 | 395 |

During 2013 commissioning, 2,723 tonnes of concentrate were shipped and sold to third parties. Revenue generated from concentrate sales of $28.0 million was offset by $18.7 million of production costs and the net was credited against mineral property, land, plant and equipment, as commercial production had not yet commenced.

The Company anticipates producing between 18 and 21 million ounces of silver in concentrates in 2014 at an all-in sustaining cost of less than $10.00 per ounce (see press release dated November 12, 2013 and cautionary note below). The Company has guided that 2014 production will not be divided equally over the four quarters of 2014. Ramp-up of production will continue during the first half while the paste plant optimization is underway. Consequently, production in the first half of the year is expected to be lower than that of the second half, and costs in the first half are expected to be slightly higher.

**Reorganization**

Effective immediately, organizational changes have been approved by the Tahoe Board of Directors in order to recognize high achievement and to provide for optimum 2014 and future operations.

Kevin McArthur has been appointed vice chair and CEO. Mr. McArthur continues his daily corporate responsibilities and will focus on strategic initiatives, corporate communications and board governance programs. First priorities will include monitoring operations excellence, optimizing the corporation's balance sheet and establishing a dividend policy in 2014.

Ron Clayton has been appointed president and chief operating officer. Mr. Clayton provided the key leadership role in development, construction and start-up of the world-class Escobal project in Guatemala. He will handle day-to-day supervision and direction of the executive team with a focus on integrating the operating and finance functions to reflect the change from development to operations.

Edie Hofmeister has been appointed vice president corporate affairs. Ms. Hofmeister was instrumental in overseeing the implementation of new corporate social responsibility programs over the last year. She will continue in her role as general counsel and corporate secretary and will oversee the administrative side of the Company's business.

Don Gray has been appointed vice president operations. Mr. Gray leads the Guatemalan business team and over the last two years has provided quality leadership in permitting, community relations, construction management and governance in the face of significant pressure from a variety of stakeholder groups. He will continue to lead the Company's operations in Guatemala.

Tahoe Chair Dan Rovig said, "Tahoe succeeded on all fronts in bringing the world's third largest primary silver mine to the marketplace in a very short three and one half years. This was an immense team effort involving over 850 employees. Shareholders should be very pleased with the result, and Tahoe's board and management will continue our intensive focus on delivering long-term shareholder value."

Tahoe's senior management will host a conference call to discuss the fourth quarter results at 8:00 a.m. Pacific Time on Friday, March 14, 2013. To join the conference call please dial 1-800-319-4610 (toll free from Canada and the U.S.) or +1-604-638-5340 (from outside Canada and the U.S.). A recording of the call will be available later that day at the Company's website, www.tahoeresourcesinc.com.

**About Tahoe Resources Inc.**

Tahoe's strategy is to responsibly operate the Escobal mine to world standards, to pay significant shareholder dividends and to develop high quality precious metals assets in the Americas. Tahoe is a member of the S&P/TSX Composite and TSX Global Mining indices and the Russell 3000 on the NYSE. The Company is listed on the TSX as THO and on the NYSE as TAHO.

# # #

**Qualified Person Statement**

This news release has been approved by Charles Muerhoff, Tahoe's vice president technical services and Qualified Person as defined by National Instrument 43-101.

**Cautionary Notes**

Investors are cautioned that the Preliminary Economic Assessment (PEA) is considered preliminary in nature and includes mineral resources, including inferred mineral resources that are considered too speculative geologically to have the economic considerations applied to them that would enable them to be categorized as mineral reserves. Mineral resources that are not mineral reserves have not yet demonstrated economic viability. Due to the uncertainty that may be attached to mineral resources, it cannot be assumed that all or any part of a mineral resource will be upgraded to mineral reserves. Therefore, there is no certainty that the results concluded in the PEA will be realized.

The Company has not based its production decision on a feasibility study of mineral reserves demonstrating economic and technical viability, and as a result, there may be an increased uncertainty of achieving any particular level of recovery of minerals or the cost of such recovery, including increased risks associate with developing a commercially mineable deposit.

In conjunction with an initiative undertaken within the mining industry, we have adopted a non-GAAP financial measure referred to as all-in sustaining cost that we believe more fully reflects the varying costs of producing silver over the life-cycle of the mine. Accordingly, it is intended to provide additional information and should not be considered in isolation or as a substitute for measures of performance prepared in accordance with GAAP. We report this measure on a silver ounces produced basis. See "Non-GAAP Financial Measures – All-in sustaining costs per gold ounce" in our annual management's discussion and analysis for a reconciliation of all-in sustaining costs per ounce.

3

140

**Forward-Looking Statements**

This news release contains "forward-looking information" within the meaning of applicable Canadian securities legislation, and "forward-looking statements" within the meaning of the United States Private Securities Litigation Reform Act of 1995 (collectively referred to as "forward-looking information"). In particular, this news release describes potential future events related to (i) estimated production during 2014 of between 18 to 21 million ounces of silver contained in metals concentrates, (ii) silver production estimates being lower and cost projections being higher in the first half versus second half of 2014, (iii) the intention to establish a dividend policy in 2014 and (iv) Tahoe's strategy to develop the Escobal project and to optimize plant operations. Forward-looking information is based on management's reasonable assumptions, estimates, expectations, analyses and opinions which are based on management's experience and perception of trends, current conditions and expected developments, and other factors that management believes are relevant and reasonable in the circumstances, but which may prove to be incorrect. Assumptions have been made regarding, among other things, Tahoe's ability to implement operational improvements at the Escobal project, Tahoe's ability to carry on exploration and development activities, the timely receipt of required approvals, the price of silver and other metals, costs of development and production, Tahoe's ability to operate in a safe, and effective manner and its ability to obtain financing on reasonable terms. Readers are cautioned that the foregoing list is not exhaustive. Tahoe's actual results, programs and financial position could differ materially from those anticipated in such forward-looking statements as a result of numerous factors, risks and uncertainties, many of which are beyond the Company's control. These include, but are not necessarily limited to, results of exploration activities and development of mineral properties, the interpretation of drilling results and other geological data, the uncertainties of resource and reserve estimations, receipt and security of mineral property titles, receipt of licenses to conduct mining activities, country risks, civil unrest, project cost overruns or unanticipated costs and expenses, the availability of funds, fluctuations in metal prices, currency fluctuations, and general market and industry conditions. There is no assurance that forward-looking information will prove to be accurate, as actual results and future events could differ materially from those anticipated in such information. Accordingly, readers should not place undue reliance on this information. Tahoe does not undertake to update any forward-looking information, except as, and to the extent required by, applicable securities laws. For more information about the risks and challenges of Tahoe's business, investors should review Tahoe's current AIF available at www.sedar.com.

For further information, please contact:
**Tahoe Resources Inc.**
Ira M. Gostin, Vice President Investor Relations
investors@tahoeresourcesinc.com
Tel: 775-448-5807

4

141

**FORM 52-109F1**
**CERTIFICATION OF ANNUAL FILINGS**
**FULL CERTIFICATE**

I, C. Kevin McArthur, Vice Chair and Chief Executive Officer of Tahoe Resources Inc., certify the following:

1.  ***Review:*** I have reviewed the AIF, if any, annual financial statements and annual MD&A, including, for greater certainty, all documents and information that are incorporated by reference in the AIF (together, the "annual filings") of Tahoe Resources Inc. (the "issuer") for the financial year ended December 31, 2013.

2.  ***No misrepresentations:*** Based on my knowledge, having exercised reasonable diligence, the annual filings do not contain any untrue statement of a material fact or omit to state a material fact required to be stated or that is necessary to make a statement not misleading in light of the circumstances under which it was made, for the period covered by the annual filings.

3.  ***Fair presentation:*** Based on my knowledge, having exercised reasonable diligence, the annual financial statements together with the other financial information included in the annual filings fairly present in all material respects the financial condition, financial performance and cash flows of the issuer, as of the date of and for the periods presented in the annual filings.

4.  ***Responsibility:*** The issuer's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (DC&P) and internal control over financial reporting (ICFR), as those terms are defined in National Instrument 52-109 *Certification of Disclosure in Issuers' Annual and Interim Filings* , for the issuer.

5.  ***Design:*** Subject to the limitations, if any, described in paragraphs 5.2 and 5.3, the issuer's other certifying officer and I have, as at the financial year end

    (a)    designed DC&P, or caused it to be designed under our supervision, to provide reasonable assurance that

        (i)    material information relating to the issuer is made known to us by others, particularly during the period in which the annual filings are being prepared; and

        (ii)    information required to be disclosed by the issuer in its annual filings, interim filings or other reports filed or submitted by it under securities legislation is recorded, processed, summarized and reported within the time periods specified in securities legislation; and

    (b)    designed ICFR, or caused it to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with the issuer's GAAP.

- 2 -

5.1   ***Control framework:*** The control framework the issuer's other certifying officer and I used to design the issuer's ICFR is the *Internal Control – Integrated Framework* (COSO Framework) published by The Committee of Sponsoring Organizations of the Treadway Commission (COSO).

5.2   "N/A"

5.3   "N/A"

6.   ***Evaluation:*** The issuer's other certifying officer and I have

   (a)   evaluated, or caused to be evaluated under our supervision, the effectiveness of the issuer's DC&P at the financial year end and the issuer has disclosed in its annual MD&A our conclusions about the effectiveness of DC&P at the financial year end based on that evaluation; and

   (b)   evaluated, or caused to be evaluated under our supervision, the effectiveness of the issuer's ICFR at the financial year end and the issuer has disclosed in its annual MD&A

      (i)   our conclusions about the effectiveness of ICFR at the financial year end based on that evaluation; and

      (ii)   "N/A".

7.   ***Reporting changes in ICFR:*** The issuer has disclosed in its annual MD&A any change in the issuer's ICFR that occurred during the period beginning on October 1, 2013 and ended on December 31, 2013 that has materially affected, or is reasonably likely to materially affect, the issuer's ICFR.

8.   ***Reporting to the issuer's auditors and board of directors or audit committee:*** The issuer's other certifying officer and I have disclosed, based on our most recent evaluation of ICFR, to the issuer's auditors, and the board of directors or the audit committee of the board of directors any fraud that involves management or other employees who have a significant role in the issuer's ICFR.

Date: March 14, 2014


/s/ Kevin McArthur
C. Kevin McArthur
Vice Chair and Chief Executive Officer

**FORM 52-109F1**
**CERTIFICATION OF ANNUAL FILINGS**
**FULL CERTIFICATE**

I, Mark T. Sadler, Vice President and Chief Financial Officer of Tahoe Resources Inc., certify the following:

1.  ***Review:*** I have reviewed the AIF, if any, annual financial statements and annual MD&A, including, for greater certainty, all documents and information that are incorporated by reference in the AIF (together, the "annual filings") of Tahoe Resources Inc. (the "issuer") for the financial year ended December 31, 2013.

2.  ***No misrepresentations:*** Based on my knowledge, having exercised reasonable diligence, the annual filings do not contain any untrue statement of a material fact or omit to state a material fact required to be stated or that is necessary to make a statement not misleading in light of the circumstances under which it was made, for the period covered by the annual filings.

3.  ***Fair presentation:*** Based on my knowledge, having exercised reasonable diligence, the annual financial statements together with the other financial information included in the annual filings fairly present in all material respects the financial condition, financial performance and cash flows of the issuer, as of the date of and for the periods presented in the annual filings.

4.  ***Responsibility:*** The issuer's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (DC&P) and internal control over financial reporting (ICFR), as those terms are defined in National Instrument 52-109 *Certification of Disclosure in Issuers' Annual and Interim Filings* , for the issuer.

5.  ***Design:*** Subject to the limitations, if any, described in paragraphs 5.2 and 5.3, the issuer's other certifying officer and I have, as at the financial year end

    (a)  designed DC&P, or caused it to be designed under our supervision, to provide reasonable assurance that

         (i)  material information relating to the issuer is made known to us by others, particularly during the period in which the annual filings are being prepared; and

         (ii)  information required to be disclosed by the issuer in its annual filings, interim filings or other reports filed or submitted by it under securities legislation is recorded, processed, summarized and reported within the time periods specified in securities legislation; and

    (b)  designed ICFR, or caused it to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with the issuer's GAAP.

- 2 -

5.1    ***Control framework:*** The control framework the issuer's other certifying officer and I used to design the issuer's ICFR is the *Internal Control – Integrated Framework* (COSO Framework) published by The Committee of Sponsoring Organizations of the Treadway Commission (COSO).

5.2    "N/A"

5.3    "N/A"

6.    ***Evaluation:*** The issuer's other certifying officer and I have

(a)    evaluated, or caused to be evaluated under our supervision, the effectiveness of the issuer's DC&P at the financial year end and the issuer has disclosed in its annual MD&A our conclusions about the effectiveness of DC&P at the financial year end based on that evaluation; and

(b)    evaluated, or caused to be evaluated under our supervision, the effectiveness of the issuer's ICFR at the financial year end and the issuer has disclosed in its annual MD&A

(i)    our conclusions about the effectiveness of ICFR at the financial year end based on that evaluation; and

(ii)    "N/A".

7.    ***Reporting changes in ICFR:*** The issuer has disclosed in its annual MD&A any change in the issuer's ICFR that occurred during the period beginning on October 1, 2013 and ended on December 31, 2013 that has materially affected, or is reasonably likely to materially affect, the issuer's ICFR.

8.    ***Reporting to the issuer's auditors and board of directors or audit committee:*** The issuer's other certifying officer and I have disclosed, based on our most recent evaluation of ICFR, to the issuer's auditors, and the board of directors or the audit committee of the board of directors any fraud that involves management or other employees who have a significant role in the issuer's ICFR.

Date: March 14, 2014


/s/ Mark T. Sadler
Mark T. Sadler
Vice President and Chief Financial Officer