# Exhibit B

## 2014 Annual Report

# Exhibit B

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

# FORM 40-F

[ ]  **REGISTRATION STATEMENT PURSUANT TO SECTION 12 OF THE SECURITIES EXCHANGE ACT OF 1934**

OR

[X]  **ANNUAL REPORT PURSUANT TO SECTION 13(a) OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended: **December 31, 2014**          Commission File Number: **001-35531**

# TAHOE RESOURCES INC.
*(Exact name of Registrant as specified in its charter)*

| **British Columbia, Canada** | **1040** | **27-1840120** |
|---|---|---|
| *(Province or Other Jurisdiction of Incorporation or Organization)* | *(Primary Standard Industrial Classification Code)* | *(I.R.S. Employer Identification No.)* |

**5310 Kietzke Lane, Suite 200**
**Reno, Nevada 89511**
**(775) 448-5800**
*(Address and telephone number of Registrant's principal executive offices)*

**Tahoe Resources USA Inc.**
**5310 Kietzke Lane, Suite 200**
**Reno, Nevada 89511**
**(775) 448-5800**
*(Name, address (including zip code) and telephone number (including area code) of agent for service in the United States)*

Securities registered or to be registered pursuant to section 12(b) of the Act:

| Title Of Each Class | Name Of Each Exchange On Which Registered |
|---|---|
| **Common Shares, no par value** | **New York Stock Exchange** |

Securities registered or to be registered pursuant to Section 12(g) of the Act: **None**

Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act: **None**

For annual reports, indicate by check mark the information filed with this Form:

[X] Annual Information Form                    [X] Audited Annual Financial Statements

Indicate the number of outstanding shares of each of the Company's classes of capital or common stock as of the close of the period covered by the annual report: **147,644,671 Common Shares as at December 31, 2014**

Indicate by check mark whether the Company (1) has filed all reports required to be filed by Section 13 or 15(d) of the under the Securities Exchange Act of 1934 (the "Exchange Act") during the preceding 12 months (or for such shorter period that Company was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Yes  [X]    No  [ ]

Indicate by check mark whether the Company has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the Company was required to submit and post such files).

Yes  [  ]   No  [  ]

2

002

## ANNUAL INFORMATION FORM, AUDITED FINANCIAL STATEMENTS AND MD&A

Tahoe Resources Inc. (the " **Company** " or " **Tahoe** ") is a Canadian public company whose common shares are listed on the Toronto Stock Exchange and the New York Stock Exchange (the " **NYSE** "). It is a "foreign private issuer" as defined in Rule 3b-4 under Securities Exchange Act of 1934, as amended (the " **Exchange Act** "), and is eligible to file this annual report on Form 40-F pursuant to the multi-jurisdictional disclosure system.

The following documents of the Company are filed as exhibits to, and incorporated by reference into, this Annual Report:

| Document | Exhibit No. |
|---|---|
| Annual Information Form of the Company for the year ended December 31, 2014 | 99.1 [1] |
| Audited financial statements of the Company for the years ended December 31, 2014 and 2013, including the reports of the independent registered public accounting firm with respect thereto | 99.2 [1] |
| Management Discussion and Analysis of the Company for the years ended December 31, 2014 and 2013 | 99.3 [1] |

(1) Filed as an exhibit hereto.

Pursuant to Rule 3a12-3 under the Exchange Act, the Company's equity securities are exempt from sections 14(a), 14(b), 14(c), 14(f) and 16 of the Exchange Act.

## INCORPORATION BY REFERENCE

The documents, forming part of this Form 40-F, are incorporated by reference into the following registration statements under the Securities Act of 1933, as amended.

| Form | Registration No. |
|---|---|
| S-8 | 333-181981 |

## FORWARD-LOOKING STATEMENTS

This Annual Report includes or incorporates by reference certain statements that constitute "forward-looking statements" within the meaning of the United States Private Securities Litigation Reform Act of 1995. These statements appear in a number of places in this Annual Report and documents incorporated by reference herein, and include statements regarding the Company's intent, belief or current expectation and that of the Company's officers and directors. Wherever possible, words such as "plans", "expects", or "does not expect", "budget", "scheduled", "estimates", "forecasts", "anticipate" or "does not anticipate", "believe", "intend" and similar expressions, or statements that certain actions, events or results "may", "could", "would", "might" or "will" be taken, occur or be achieved, have been used to identify forward-looking information.

Forward-looking information in this in this Annual Report and documents incorporated by reference herein may include, but is not limited to: statements relating to changes in Guatemalan mining laws and regulations; information with respect to our future financial and operating performance and that of our subsidiaries; the estimation of Mineral Resources and our realization of mineral resource estimates; our statements relating to the assessment of mineralization such mineralization warranting further drilling of the property; our plan to pursue the exploration, permitting, engineering and development of the Escobal project and to expand its resource base; our mine development plan; costs, including projected operating costs, and timing of further development of the Escobal project, including the resumption of work on and the completion of the power line, the work required to optimize the paste backfill and tailings filter plants, sustaining commercial production, achieving production in excess of 3500 metric tons per day and in particular statements relating to project costs, economics, production and timing for the 4500 metric tons per day scenario; completion of a feasibility study in the third quarter of 2014; implementation of our comprehensive Environmental Impact Management Program; our expectations with respect to reclamation obligations; the acquisition of additional mineral resource interests in the Americas; future exploration and development activities, and the costs and timing of those activities; timing and receipt of approvals, consents and permits under applicable legislation including the expected timeline for receiving the exploitation permit for the Escobal project and permits for other mining property concessions; results of future exploration and drilling; metals prices; and adequacy of financial resources.

3

003

Forward-looking information is based on the reasonable assumptions, estimates, analysis and opinions of management made in light of its experience and its perception of trends, current conditions and expected developments, as well as other factors that management believes to be relevant and reasonable in the circumstances at the date that such statements are made, but which may prove to be incorrect. We believe that the assumptions and expectations reflected in such forward-looking information are reasonable. Assumptions have been made regarding, among other things: our ability to carry on exploration and development activities; the timely receipt of required approvals; the price of silver and other metals; our ability to operate in a safe; efficient and effective manner; and our ability to obtain financing as and when required and on reasonable terms. Readers are cautioned that the foregoing list is not exhaustive of all factors and assumptions which may have been used.

Forward-looking information is subject to known and unknown risks, uncertainties and other factors that may cause actual results to be materially different from those expressed or implied by such forward-looking information, including risks associated with our dependence on the Escobal project and our limited operating and production history, risks associated with the fluctuation of the price of silver and other metals, the risk of civil unrest and political instability in Guatemala, the risk that permits to maintain and expand the Escobal project cannot be obtained, risks associated with the availability of additional funding as and when required, exploration and development risks, permitting and licensing risks, uncertainty in the estimation of mineral resources, geologic, hydrological, and geotechnical risks, infrastructure risks, inflation risks, governmental regulation risks, security risks including those along the concentrate transport route, environmental risks and hazards, insurance and uninsured risks, land title risks, risks associated with competition, risks associated with currency fluctuations, labour and employment risks, risks associated with dependence on key management personnel and executives, legislative, judicial and litigation risks, the risk that dividends may never be declared, risks associated with the repatriation of earnings, risks of continued negative operating cash flow, risks associated with the Company's hedging policies, risks associated with the interests of certain directors in other mining projects, risks associated with dilution, risks associated with stock exchange prices and risks associated with effecting service of process and enforcing judgments. See "Description of Our Business – Risk Factors" in the Annual Information Form for the fiscal year ended December 31, 2014.

Our forward-looking statements are based on the reasonable beliefs, expectations and opinions of management on the date of this Annual Report. Although we have attempted to identify important factors that could cause actual results to differ materially from those contained in forward-looking information, there may be other factors that cause results not to be as anticipated, estimated or intended. There is no assurance that such information will prove to be accurate, as actual results and future events could differ materially from those anticipated in such information. Accordingly, readers should not place undue reliance on forward-looking information. We do not undertake to update any forward-looking information, except as, and to the extent required by, applicable securities laws, including applicable United States federal securities laws. The forward-looking statements contained in this Annual Report and the documents incorporated by reference herein are expressly qualified by this cautionary statement.

**CAUTIONARY NOTE TO UNITED STATES INVESTORS CONCERNING
ESTIMATES OF MEASURED, INDICATED AND INFERRED RESOURCES**

The disclosure in this Annual Report, including the documents incorporated by reference herein, uses terms that comply with reporting standards in Canada and certain estimates are made in accordance with Canadian National Instrument 43-101 Standards of Disclosure for Mineral Projects ("NI 43-101"). NI 43-101 is a rule developed by the Canadian Securities Administrators that establishes standards for all public disclosure an issuer makes of scientific and technical information concerning mineral projects. Unless otherwise indicated, all resource estimates contained in or incorporated by reference in this Annual Report have been prepared in accordance with NI 43-101. These standards differ significantly from the requirements of the SEC, and resource information contained herein and incorporated by reference herein may not be comparable to similar information disclosed by U.S. companies.

4

004

Certain documents incorporated by reference herein use the terms "probable mineral reserve" and "proven mineral reserve", as permitted under NI 43-101. For United States reporting purposes, SEC Industry Guide 7 (under the United States Securities Exchange Act of 1934 (the " **Exchange Act** ")), as interpreted by Staff of the SEC, applies different standards in order to classify mineralization as a reserve. As a result, the definitions of proven and probable reserves used in NI 43-101 differ from the definitions in the SEC Industry Guide 7. Under SEC standards, mineralization may not be classified as a "reserve" unless the determination has been made that the mineralization could be economically and legally produced or extracted at the time the reserve determination is made. Among other things, all necessary permits would be required to be in hand or issuance imminent in order to classify mineralized material as reserves under the SEC standards. Accordingly, mineral reserve estimates calculated in accordance with Canadian standards may not qualify as "reserves" under SEC standards.

In addition, this Annual Report uses the terms "measured mineral resource", "indicated mineral resource" and "inferred mineral resource" to comply with the reporting standards in Canada. The Company advises United States investors that while those terms are recognized and required by Canadian regulations, the SEC does not recognize them. United States investors are cautioned not to assume that any part or all of the mineral deposits in these categories will ever be converted into mineral reserves. These terms have a great amount of uncertainty as to their existence, and great uncertainty as to their economic and legal feasibility.

Further, "inferred mineral resources" have a great amount of uncertainty as to their existence and as to whether they can be mined legally or economically. Therefore, United States investors are also cautioned not to assume that all or any part of the inferred mineral resources exist. In accordance with Canadian rules, estimates of "inferred mineral resources" cannot form the basis of feasibility or other economic studies.

It cannot be assumed that all or any part of "measured mineral resources", "indicated mineral resources" or "inferred mineral resources" will ever be upgraded to a higher category. Investors are cautioned not to assume that any part of the reported "measured mineral resources", "indicated mineral resources" or "inferred mineral resources" in this Annual Report is economically or legally mineable.

In addition, disclosure of "contained ounces" is permitted disclosure under Canadian regulations; however, the SEC only permits issuers to report mineralization as in place tonnage and grade without reference to unit measures.

For the above reasons, information contained in this Annual Report and the documents incorporated by reference herein containing descriptions of our mineral deposits may not be comparable to similar information made public by U.S. companies subject to the reporting and disclosure requirements under the United States federal securities laws and the rules and regulations thereunder.

**NOTE TO UNITED STATES READERS REGARDING DIFFERENCES
BETWEEN UNITED STATES AND CANADIAN REPORTING PRACTICES**

The Company is permitted to prepare this Annual Report in accordance with Canadian disclosure requirements, which are different from those of the United States. The Company has historically prepared its consolidated financial statements in accordance with International Financial Reporting Standards, as issued by the International Accounting Standards Board, which differ in certain respects from United States generally accepted accounting principles (" **US GAAP** ") and from practices prescribed by the SEC. Therefore, the Company's financial statements incorporated by reference in this Annual Report may not be comparable to financial statements prepared in accordance with U.S. GAAP.

005

## DISCLOSURE CONTROLS AND PROCEDURES

**Disclosure Controls and Procedures**

Disclosure controls and procedures are defined in Rule 13a-15(e) and 15d-15(e) under the Exchange Act to mean controls and other procedures of an issuer that are designed to ensure that information required to be disclosed by the issuer in the reports that it files or submits under the Exchange Act is recorded, processed, summarized and reported, within the time periods specified in the SEC's rules and forms and includes. Disclosure controls and procedures include, without limitation, controls and procedures designed to ensure that such information is accumulated and communicated to the issuer's management, including its principal executive and principal financial officers, or persons performing similar functions, as appropriate to allow timely decisions regarding required disclosure.

**Management's Evaluation of Disclosure Controls and Procedures**

At the end of the period covered by this Annual Report on Form 40-F, being the fiscal year ended December 31, 2014, an evaluation was carried out under the supervision of and with the participation of the Company's management, including the Chief Executive Officer (" **CEO** ") and Chief Financial Officer (" **CFO** "), of the effectiveness of the design and operations of the Company's disclosure controls and procedures (as defined in Rule Rule 13a-15(e) and 15d-15(e) under the Exchange Act). Based on that evaluation the CEO and the CFO have concluded that, as of the end of the period covered by this Annual Report, the Company's disclosure controls and procedures were effective to give reasonable assurance that the information required to be disclosed by the Company in reports that it files or submits to the SEC under the Exchange Act is:

- recorded, processed, summarized and reported within the time periods specified in the SEC's rules and forms, and

- accumulated and communicated to our management, including our CEO and CFO, as appropriate, to allow timely decisions regarding required disclosure.

## INTERNAL CONTROL OVER FINANCIAL REPORTING

**Internal Control over Financial Reporting**

Internal control over financial reporting is defined in Rule 13a-15(f) and 15d-15(f) of the Exchange Act as a process designed by, or under the supervision of, the issuer's principal executive and principal financial officers and effected by the issuer's board of directors, management and other personnel, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles and includes those policies and procedures that:

- pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company;

- provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and

- provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use or disposition of the company's assets that may have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness of internal control over financial reporting to future periods are subject to risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

006

**Management's Report on Internal Control Over Financial Reporting**

Management is responsible for establishing and maintaining adequate internal control over financial reporting (as such term is defined in Rule 13a-15(f) of the Exchange Act) for the Company.

With the participation of the CEO and CFO, management carried out an evaluation of the Company's internal control over financial reporting as at December 31, 2014. In making this evaluation, the Company's management used the framework established in Internal Control-Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO). Based upon this evaluation, management concluded that the Company's internal control over financial reporting was effective as at December 31, 2014. A copy of management's report on the effectiveness of our internal controls is included with the Audited Annual Financial Statements for the year ended December 31, 2014, filed as Exhibit 99.2 and incorporated by reference herein.

The Company's independent registered public accounting firm, Deloitte LLP, has issued an attestation report on the effectiveness of our internal control over financial reporting as of December 31, 2014. For Deloitte LLP's report see the Audited Annual Financial Statements for the year ended December 31, 2014 filed as Exhibit 99.2 and incorporated by reference herein, under the heading "Report of Independent Registered Public Accounting Firm".

**Changes in Internal Control over Financial Reporting**

During the year ended December 31, 2014, there were no changes in the Company's internal control over financial reporting during the period covered by the report that have materially affected, or are reasonably likely to materially affect, the Company's internal control over financial reporting.

The Company's management, including the CEO and CFO, does not expect that its disclosure controls and procedures or internal controls and procedures will prevent all error and all fraud. A control system, no matter how well conceived and operated, can provide only reasonable, not absolute, assurance that the objectives of the control system are met. Further, the design of a control system must reflect the fact that there are resource constraints, and the benefits of controls must be considered relative to their costs. Because of the inherent limitations in all control systems, no evaluation of controls can provide absolute assurance that all control issues and instances of fraud, if any, within the Company have been detected. These inherent limitations include the realities that judgments in decision-making can be faulty, and that breakdowns can occur because of simple error or mistake. Additionally, controls can be circumvented by the individual acts of some persons, by collusion of two or more people, or by management override of the control. The design of any system of controls also is based in part upon certain assumptions about the likelihood of future events, and there can be no assurance that any design will succeed in achieving its stated goals under all potential future conditions; over time, control may become inadequate because of changes in conditions, or the degree of compliance with the policies or procedures may deteriorate. Because of the inherent limitations in a cost-effective control system, misstatements due to error or fraud may occur and not be detected.

**NOTICES PURSUANT TO REGULATION BTR**

The Company did not send any notices required by Rule 104 of Regulation BTR during the year ended December 31, 2014 concerning any equity security subject to a blackout period under Rule 101 of Regulation BTR.

**CORPORATE GOVERNANCE**

The Company is subject to corporate governance requirements prescribed under applicable Canadian securities laws, rule and policies. The Company is also subject to corporate governance requirements prescribed by the listing standards of the NYSE, and the rules and regulations promulgated by the SEC under the Exchange Act (including those applicable rules and regulations mandated by the Sarbanes-Oxley Act of 2002).

Section 303A.11 of the NYSE Listed Company Manual permits foreign private issuers to follow home country practices in lieu of certain provisions of the NYSE Listed Company Manual. Furthermore, the Company may from time-to-time seek relief from NYSE corporate governance requirements on specific transactions under Section 303A.11 of the NYSE Listed Company Manual.

007

A foreign private issuer that follows home country practices in lieu of certain provisions of the NYSE Listed Company Manual must disclose any significant ways in which its corporate governance practices differ from those followed by domestic companies either on its website or in the annual report that it distributes to shareholders in the United States. The Company believes that there are no significant differences between its corporate governance policies and those required to be followed by United States domestic issuers listed on the NYSE.

The Company's Board of Directors (the " **Board of Directors** ") is responsible for the Company's corporate governance policies and has separately designated the following committees, in addition to a Health, Safety, Environment and Community Committee:

- Compensation Committee, as required by Section 303A.05 of the NYSE Listed Company Manual,

- Corporate Governance and Nominating Committee, as required by Section 303A.04 of the NYSE Listed Company Manual, and

- Audit Committee, as required by Section 303A.06 of the NYSE Listed Company Manual

The Board of Directors has determined that all the members of the Compensation Committee, Corporate Governance and Nominating, and Audit Committees are independent, based on the criteria for independence currently prescribed by section 303A.02 of the NYSE Listed Company Manual, and, with reference to the Audit Committee, Rule 10A-3 of the Exchange Act.

**Compensation Committee**

The Compensation Committee is comprised of three independent directors:

- Kenneth F. Williamson (Chair),

- Tanya M. Jakusconek, and

- Paul B. Sweeney.

The terms of reference for the Compensation Committee are available on the Company's website at www.tahoeresourcesinc.com.

**Corporate Governance and Nominating Committee**

The Corporate Governance and Nominating Committee is comprised of three independent directors:

- Lorne B. Anderson (Chair),

- James S. Voorhees, and

- John P. Bell.

The terms of reference for the Corporate Governance and Nominating Committee are available on the Company's website at www.tahoeresourcesinc.com.

The Company is required by National Instrument 58-101 of the Canadian Securities Administrators, *Disclosure of Corporate Governance Practices* , to describe its practices and policies with regard to corporate governance in management information circulars that are furnished to the Company's shareholders in connection with annual meetings of shareholders.

008

## AUDIT COMMITTEE

**Composition of the Audit Committee**

The Company's Board of Directors has a separately designated standing Audit Committee established in accordance with Section 3(a)(58)(A) of the Exchange Act and Section 303A.06 of the NYSE Listed Company Manual. The Company's Audit Committee is comprised of three directors that the Board of Directors have determined are independent as determined under each of Rule 10A-3 under the Exchange Act and Section 303A.02 of the NYSE Listed Company Manual:

- Paul B. Sweeney (Chair),

- Lorne B. Anderson, and

- Kenneth F. Williamson.

All three members of the Audit Committee are financially literate, meaning they are able to read and understand the Company's financial statements and to understand the breadth and level of complexity of the issues that can reasonably be expected to be raised by the Company's financial statements. The Audit Committee meets the composition requirements set forth by Section 303A.07 of NYSE Listed Company Manual.

During the year a member of our Audit Committee, Paul Sweeney, served simultaneously on the audit committees of more than three public companies (including our Company). Our board of directors has determined that such simultaneous service did not impair the ability of Mr. Sweeney to effectively serve on our Audit Committee. In January of 2015, Mr. Sweeney reduced his participation on audit committees to three (including our Audit Committee).

**Audit Committee Charter**

The full text of the Charter for the Audit Committee is attached as Schedule A to the Company's annual information form, which is filed as Exhibit 99.1 to this Annual Report. The Charter of the Audit Committee is also available on the Company's website at www.tahoeresourcesinc.com.

**Audit Committee Financial Expert**

The Company's Board of Directors has determined that Paul B. Sweeney, is an audit committee financial expert (as that term is defined in Item 407 of Regulation S-K under the Exchange Act).

## CODE OF BUSINESS CONDUCT AND ETHICS

**Adoption of Code of Ethics**

The Company has adopted a Code of Business Conduct and Ethics (the " **Code of Ethics** ") for all its directors, executive officers and employees. The Code of Ethics materially complies with Section 303A.10 of the NYSE Listed Company Manual. The Code of Ethics meets the requirements for a "code of ethics" within the meaning of that term in Form 40-F. The text of the Code of Ethics is posted on the Company's website at www.tahoeresourcesinc.com.

**Amendments or Waivers**

During the fiscal year ended December 31, 2014, the Company did not substantively amend, waive or implicitly waive any provision of the Code of Ethics with respect to any of the directors, executive officers or employees subject to it.

To the extent that the Company's board or a board committee determines to grant any waiver of the Code of Ethics for an executive officer or director, Section 303A.10 of the NYSE Listed Company Manual requires that the waiver must be disclosed to shareholders within four business days of such determination.

009

All amendments to the Code of Ethics, and all waivers of the Code of Ethics with respect to the Company's principal executive officer, principal financial officer or other persons performing similar functions, will be posted on the Company's website, submitted to the SEC on Form 6-K and provided in print to any shareholder that provides the Company with a written request addressed to the Company's Corporate Secretary.

## PRINCIPAL ACCOUNTANT FEES AND SERVICES

**Principal Accountant Fees**

The following table shows the aggregate fees billed to the Company in CAD$ during the years ended December 31, 2014 and 2013 by Deloitte LLP, in their respective capacities as the Company's independent registered public accounting firm:

|  | **Year Ended December 31** | |
|---|---|---|
|  | **2014** | **2013** |
| Audit Fees [1] | $ 615,121 | $ 565,787 |
| Audit Related Fees [2] | - | - |
| Tax Fees [3] | - | - |
| All Other Fees [4] | - | - |
| **Total** | **$ 615,121** | **$ 565,787** |

(1)    Audit fees represent the aggregate fees billed for each of the last two fiscal years for professional services rendered by the principal accountant for the audit of the Company's annual financial statements and reviews of the Company's quarterly financial reporting, and other services that are normally provided by the accountant in connection with statutory and regulatory filings or engagements for those fiscal years.

(2)    Audit related fees represent the aggregate fees billed in each of the last two fiscal years for assurance and related services by the principal accountant that are reasonably related to the performance of the audit or review of the Company's financial statements and are not reported under "Audit Fees" above. These audit-related services include accounting consultations on proposed and completed transactions, services performed in connection with the Company's listing on the NYSE. The principal accountant provided no audit related fees in 2013 or 2014.

(3)    Tax fees represent the aggregate fees billed in each of the last two fiscal years for professional services rendered by the principal accountant for tax compliance, tax advice, and tax planning. These professional services included preparation of Canadian federal and provincial income tax returns, provision of advice on tax positions taken by the Company, and review of opinions relating to requests for rulings or technical advice from tax authorities. The principal accountant provided no tax fees in 2013 or 2014.

(4)    All other fees represent aggregate fees billed in each of the last two fiscal years for products and services provided by the principal accountant, other than the services reported above under Audit Fees, Audit Related Fees or Tax Fees. These services related to Canadian indirect tax issues, Directors, stock based compensation, company reorganization and transfer price management. The principal accountant provided no other fees in 2013 or 2014.

**Pre-Approval of Audit and Non-Audit Services Provided by Independent Registered Public Accounting Firm**

The Audit Committee pre-approves all audit services to be provided to the Company by its independent registered public accounting firm. Non-audit services that are prohibited to be provided to the Company by its independent registered public accounting firm may not be pre-approved. In addition, prior to the granting of any pre-approval, the Audit Committee must be satisfied that the performance of the services in question will not compromise the independence of the independent registered public accounting firm. All non-audit services performed by the Company's independent registered public accounting firm for the fiscal year ended December 31, 2014 were pre-approved by the Audit Committee of the Company. No non-audit services were approved pursuant to the *de minimis* exemption to the pre-approval requirement.

010

## OFF-BALANCE SHEET ARRANGEMENTS

The Company has not entered into any "off-balance sheet arrangements", as defined in General Instruction B(11) to Form 40-F, that have or are reasonably likely to have a current or future effect on the Company's financial condition, changes in financial condition, revenues, expenses, results of operations, liquidity, capital expenditures or capital resources that are material to investors.

## CONTRACTUAL OBLIGATIONS

For a description of the contractual obligations of the Company, see "Commitments and Contingencies" on page 21 of the Company's management discussion and analysis for the year ended December 31, 2014 which is attached as Exhibit 99.3 to this annual report on Form 40-F and incorporated by reference herein.

## MINE SAFETY DISCLOSURE

Pursuant to Section 1503(a) of the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010 (" **Dodd-Frank Act** "), issuers that are operators, or that have a subsidiary that is an operator, of a coal or other mine in the United States are required to disclose in their periodic reports filed with the SEC information regarding specified health and safety violations, orders and citations, related assessments and legal actions, and mining-related fatalities under the regulation of the Federal Mine safety and Health Administration under the Federal Mine Safety and Health Act of 1977.

The Company did not have any mines in the United States during the fiscal year ended December 31, 2014.

## UNDERTAKING AND CONSENT TO SERVICE OF PROCESS

### Undertaking

The Company undertakes to make available, in person or by telephone, representatives to respond to inquiries made by the Commission staff, and to furnish promptly, when requested to do so by the Commission staff, information relating to:

- the securities registered pursuant to Form 40-F;

- the securities in relation to which the obligation to file an annual report on Form 40-F arises; or

- transactions in said securities.

### Consent to Service of Process

Concurrently with the filing of its Registration Statement on Form 40-F with the SEC on April 30, 2012, the Company filed an Appointment of Agent for Service of Process and Undertaking on Form F-X signed by the Company and its agent for service of process with respect to the class of securities in relation to which the obligation to file this Annual Report on Form 40-F arises.

Any change to the name or address of the Company's agent for service shall be communicated promptly to the Commission by amendment to Form F-X referencing the file number of the Company.

011

**SIGNATURES**

Pursuant to the requirements of the Exchange Act, the Company certifies that it meets all of the requirements for filing on Form 40-F and has duly caused this annual report to be signed on its behalf by the undersigned, thereto duly authorized.

Date: March 12, 2015                                    **TAHOE RESOURCES INC.**


By:      */s/ Kevin McArthur*
         **Kevin McArthur**
         **Vice Chair, Chief Executive Officer and Director**


                              12


012

**EXHIBIT INDEX**

**Exhibit NumberExhibit Description**

**Principal Documents**

| | |
|---|---|
| 99.1 | Annual Information Form of the Company for the year ended December 31, 2014 |
| 99.2 | Audited financial statements of the Company and the notes thereto for the fiscal year ended December 31, 2014 and 2013 together with the reports of the independent registered public accounting firm thereon |
| 99.3 | Management Discussion and Analysis of the Company for the years ended December 31, 2014 and 2013 |

**Certifications**

| | |
|---|---|
| 99.4 | Certification of Chief Executive Officer pursuant to Rule 13a-14(a) of the Exchange Act |
| 99.5 | Certification of Chief Financial Officer pursuant to Rule 13a-14(a) of the Exchange Act |
| 99.6 | Certification of Chief Executive Officer pursuant to Rule 13a-14(b) of the Exchange Act and 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |
| 99.7 | Certification of Chief Financial Officer pursuant to Rule 13a-14(b) of the Exchange Act and 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |

**Consents**

| | |
|---|---|
| 99.8 | Consent of Deloitte LLP, the Company's Independent Registered Public Accounting Firm |
| 99.9 | Consent of Charles Muerhoff, the Company's Vice President Technical Services, dated March 12, 2015 |
| 99.10 | Consent of Conrad Huss, P.E., dated March 12, 2015 |
| 99.11 | Consent of Daniel Roth, P.E., dated March 12, 2015 |
| 99.12 | Consent of Thomas L. Drielick, P.E., dated March 12, 2015 |
| 99.13 | Consent of Jack Caldwell, P.E., dated March 12, 2015 |
| 99.14 | Consent of Paul Tietz, C.P.G., dated March 12, 2015 |
| 99.15 | Consent of Matthew Blattman, P.E., dated March 12, 2015 |

13

013



# ANNUAL INFORMATION FORM

For the year ended December 31, 2014

Dated March 11, 2015

014



## TABLE OF CONTENTS

|  | **Page** |
|---|---|
| **INTERPRETATION AND OTHER INFORMATION** | **1** |
| Definitions | 1 |
| Glossary of Technical Terms | 3 |
| Currency Information | 5 |
| Forward-Looking Statements | 5 |
| Disclosure Standards | 6 |
| **CORPORATE STRUCTURE** | **7** |
| Incorporation and Offices | 7 |
| **GENERAL DEVELOPMENT OF OUR BUSINESS** | **7** |
| Development of Our Business | 7 |
| Intercorporate Relationships | 10 |
| The Transaction Agreement and Shareholders' Agreement | 10 |
| Legal | 11 |
| **DESCRIPTION OF OUR BUSINESS** | **12** |
| Overview of Our Business and Strategy | 12 |
| The Silver Industry | 12 |
| Product | 13 |
| Specialized Skill and Knowledge | 13 |
| Employees | 14 |
| Foreign Operations | 14 |
| Competitive Conditions | 14 |
| Cycles | 14 |
| Environmental and Social Activities | 14 |
| Doing Business In Guatemala | 17 |
| The Escobal Mine | 27 |
| **DIVIDENDS AND DISTRIBUTIONS** | **36** |
| **DESCRIPTION OF CAPITAL STRUCTURE** | **36** |
| **MARKET FOR SECURITIES** | **36** |
| Trading History on the TSX | 36 |
| Trading History on the NYSE | 37 |
| **PRIOR SALES** | **37** |
| **DIRECTORS AND EXECUTIVE OFFICERS** | **38** |
| Directors and Executive Officers | 38 |
| Cease Trade Orders, Bankruptcies, Penalties or Sanctions | 40 |
| Conflicts of Interest | 41 |
| **INTEREST OF MANAGEMENT AND OTHERS IN MATERIAL TRANSACTIONS** | **41** |
| **TRANSFER AGENTS AND REGISTRAR** | **41** |
| **MATERIAL CONTRACTS** | **41** |
| **INTERESTS OF EXPERTS** | **42** |

i

015

**SELECTED CONSOLIDATED FINANCIAL INFORMATION**                                                                **42**

**ADDITIONAL CORPORATE AND FINANCIAL INFORMATION**                                                    **42**

**INFORMATION CONCERNING THE COMPANY'S AUDIT COMMITTEE AND EXTERNAL AUDITOR**    **43**

The Audit Committee's Duties and Charter                                                                      43

Composition of the Audit Committee                                                                            43

Relevant Education and Experience                                                                             43

Pre-Approval Policies and Procedures                                                                          43

External Auditor and Other Professional Service Fees                                                          44

Auditor Partner Rotation                                                                                      44

**APPENDIX A – TAHOE AUDIT COMMITTEE CHARTER**                                                         **45**

Third Amended Audit Committee Charter                                                                         45

 Tahoe Resources Inc.

# INTERPRETATION AND OTHER INFORMATION

## DEFINITIONS

In this Annual Information Form ("AIF"), the following words and phrases have the following meanings unless the context otherwise requires:

" **Acquisition** " means the acquisition by the Company of the Escobal mine Assets in accordance with the terms and conditions of the Transaction Agreement;

" **Arrangement** " means the means the arrangement involving the Company and Rio Alto under the provisions of the BCA, on the terms and conditions set forth in the plan of arrangement, subject to any amendments or variations thereto made in accordance with the Arrangement Agreement, the applicable provisions of the plan of arrangement or made at the direction of the court in the final order;

" **Arrangement Agreement** " means the arrangement agreement dated February 9, 2015 between the Company and Rio Alto with respect to the Arrangement, as amended or supplemented from time to time;

" **Audit Committee** " means the Audit Committee of the Board;

" **Award** " means an award of Deferred Shares or Restricted Shares under the Share Option and Share Incentive Plan;

" **BCA** " means the *Business Corporations Act* (British Columbia), as amended, including all regulations promulgated thereunder;

" **Board** " means the board of directors of the Company;

" **Blattman Brothers** " means Blattman Brothers Consulting Inc., LLC, an independent engineering consulting firm;

" **Company** " means Tahoe Resources Inc. together with, unless the context indicates otherwise, all of its subsidiaries;

" **Compensation Committee** " means the Compensation Committee of the Board;

" **CSA** " means the Canadian Securities Administrators;

" **Deferred Shares** " means Shares subject to Awards that will be issued upon the passage of time, continued employment of the recipient by the Company or upon such other terms and conditions as the Compensation Committee of the Company may determine in its discretion;

" **Entre Mares** " means Entre Mares de Guatemala, S.A.;

" **ERHL** " means Escobal Resources Holdings Limited, a company incorporated under the laws of Barbados which is owned by the Company;

" **Escobal Exploitation license** " means the exploitation license (concession) on which the Escobal vein and Escobal mine are located.

**"Escobal Feasibility Study"** or **"November 2014 Feasibility Study"** means the independent technical report entitled "Escobal Mine Guatemala NI 43-101 Feasibility Study – Southeastern Guatemala" issued on November 5, 2014, with effective dates of January 23, 2014 for the Escobal Mineral Resource and July 1, 2014 for the Escobal Mineral Reserve. The November 2014 Feasibility Study was prepared under the guidance of Mr. Conrad Huss, P.E., of M3 Engineering & Technology Corporation, together with Mr. Daniel Roth, P.E., of M3, Mr. Thomas L. Drielick, P.E., of M3, Mr. Paul Tietz, C.P.G., of Mine Development Associates, an independent mining consulting firm, Mr. Matthew Blattman, P.E., of Blattman Brothers Consulting, LLC, an independent mining consulting firm and Mr. Jack Caldwell, P.E., of Robertson GeoConsultants Inc., an independent mining consulting firm, all Qualified Persons under NI 43-101;

" **Escobal mine** " means the mining project comprised of the Escobal mine Assets;

" **Escobal mine Assets** " means those assets exclusively used in or related to the Escobal mine;

" **Escobal vein** " means the zone of mineralization on the Escobal exploitation license that contains the Mineral Resources and Mineral Reserves for the Escobal mine;

1

017

" **GHBL** " means Goldcorp Holdings (Barbados) Ltd., a Barbados company that is an indirect wholly-owned subsidiary of Goldcorp;

" **GHL** " means Guatemala Holdings Ltd., a Cayman Islands company that is an indirect wholly-owned subsidiary of Goldcorp;

" **Goldcorp** " means Goldcorp Inc., a Canadian public company and where the context requires, includes affiliates of Goldcorp Inc.;

" **MARN** " means the Ministry of Environment and Natural Resources of Guatemala;

" **MDA** " means Mine Development Associates, an independent mining consulting firm;

" **MEM** " means the Ministry of Energy and Mines of Guatemala;

" **M3** " means M3 Engineering & Technology Corporation, an independent mining and engineering consulting firm;

" **Minera San Rafael** " or " **MSR** " means Minera San Rafael, S.A., a Guatemala corporation that is owned by ERHL and Tahoe Swiss AG, a Swiss corporation that is owned by the Company;

" **NI 43-101** " means National Instrument 43-101 – *Standards of Disclosure for Mineral Projects* , of the CSA;

" **NI 52-110** " means National Instrument 52-110 – *Audit Committees,* of the CSA;

" **NYSE** " means the New York Stock Exchange;

" **Oasis License** " means the original exploration license on which the Escobal vein is located; a portion of the Oasis licence was subsequently converted to the Escobal exploitation license in April 2013;

" **Persons** " includes an individual, partnership, association, body corporate, trustee, executor, administrator or legal representative;

" **Plan of Arrangement** " or " **Arrangement** " means the potential business combination between the Company and Rio Alto expected to close in 2015;

" **Restricted Shares** " means Shares subject to Awards that are issued but which will only be delivered to the holder of the Award upon the passage of time, continued employment of the holder by the Company or upon such other terms and conditions as the Compensation Committee of the Company may determine in its discretion;

" **Rio Alto** " means Rio Alto Mining Limited, a Canadian company with mineral interests in Peru, and all Rio Alto Mining Limited subsidiaries involved in the Plan of Arrangement with the Company in 2015;

" **Robertson** " means Robertson GeoConsultants Inc., an independent engineering consulting firm;

" **SEC** " means the Securities and Exchange Commission of the United States of America;

" **SEDAR** " means the System for Electronic Document Analysis and Retrieval, accessible through the internet at www.sedar.com ;

" **Shareholders' Agreement** " means the shareholders' agreement between the Company and affiliates of Goldcorp and entered into pursuant to the terms of the Transaction Agreement, dated as of June 8, 2010 and as amended and restated between the Company and Goldcorp on October 12, 2010, April 19, 2011 and February 9, 2015;

" **Shares** " means common shares without par value of the Company;

" **Share Option and Incentive Share Plan** " means the Company's Share Option and Incentive Share Plan;

" **Transaction Agreement** " means the definitive purchase and sale agreement made as of May 3, 2010, as amended on October 12, 2010, among the Company and the Vendors relating to the acquisition by the Company of the Escobal mine Assets and including any amending agreement or instrument supplementary or auxiliary thereto;

" **TSX** " means the Toronto Stock Exchange; and

" **Vendors** " means GHBL and GHL.

018

 Tahoe Resources Inc.

## GLOSSARY OF TECHNICAL TERMS

| | |
|---|---|
| **Ag:** | Silver. |
| **Au:** | Gold. |
| **Contained Ounces:** | The troy ounces of metal in resources or reserves obtained by multiplying tonnage by grade. |
| **Cut-off Grade:** | The grade below which mineralized material is considered uneconomic. |
| **Development:** | The preparation of a mineable deposit. |
| **g/tonne or g/t:** | Grams per metric tonne; 31.10348 grams is equal to one troy ounce. |
| **Indicated Mineral Resource** [1] **:** | That part of a Mineral Resource for which quantity, grade or quality, densities, shape and physical characteristics can be estimated with confidence sufficient to allow the appropriate application of technical and economic parameters, to support mine planning and evaluation of the economic viability of the deposit. The estimate is based on detailed and reliable exploration and testing information gathered through appropriate techniques from locations such as outcrops, trenches, pits, workings and drill holes that are spaced closely enough for geological and grade continuity to be reasonably assumed. |
| **Inferred Mineral Resource** [1] **:** | That part of a Mineral Resource for which quantity and grade or quality can be estimated on the basis of geological evidence and limited sampling and reasonably assumed, but not verified, geological and grade continuity. The estimate is based on limited information and sampling gathered through appropriate techniques from locations such as outcrops, trenches, pits, workings and drill holes. |
| **IRR:** | Internal Rate of Return. |
| **km:** | Kilometre. |
| **km$^2$:** | Square Kilometre. |
| **Kv:** | Kilovolt. |
| **Measured Mineral Resource** [1] **:** | That part of a Mineral Resource for which quantity, grade or quality, densities, shape and physical characteristics are so well established that they can be estimated with confidence sufficient to allow the appropriate application of technical and economic parameters, to support production planning and evaluation of the economic viability of the deposit. The estimate is based on detailed and reliable exploration, sampling and testing information gathered through appropriate techniques from locations such as outcrops, trenches, pits, workings and drill holes that are spaced closely enough to confirm both geological and grade continuity. |
| **Mineral Reserve:** | The economically mineable part of a Measured or Indicated Mineral Resource demonstrated by at least a Preliminary Feasibility Study. The Study must include adequate information on mining, processing, metallurgical, economic and other relevant factors that demonstrate, at the time of reporting, that economic extraction can be justified. A Mineral Reserve includes diluting materials and allowances for losses that may occur when the material is mined. |

Annual Information Form for the Year Ended December 31, 2014   3

| | |
|---|---|
| **Mineral Resource:** | A concentration or occurrence of diamonds, natural solid inorganic material, or natural solid fossilized organic material including base and precious metals, coal, and industrial minerals in or on the Earth's crust in such form and quantity and of such a grade or quality that it has reasonable prospects for economic extraction. The location, quantity, grade, geological characteristics and continuity of a Mineral Resource are known, estimated or interpreted from specific geological evidence and knowledge. Mineral Resources are sub- divided, in order of increasing geological confidence, into Inferred, Indicated and Measured categories. |
| **Mineralized:** | Mineral bearing; the metallic minerals may have been either a part of the original rock unit or injected at a later time. |
| **NPV:** | Net Present Value. |
| **NSR or Net Smelter Return:** | Gross sales proceeds received from the sale of production obtained from a property, less the costs of insurance, smelting, refining (if applicable) and the cost of transportation of production from the mine or mill to the point of sale. For the purposes of taxes and royalties in Guatemala the cost of transportation is not deducted. |
| **Ore:** | A metal or mineral or a combination of these of sufficient value as to quality and quantity to enable it to be mined and processed at a profit. |
| **oz/t:** | Troy ounces of metal per short ton of material. One oz/t is equivalent to 34.286 grams per tonne. One short ton is equivalent to 0.907 tonne. |
| **Pb:** | Lead. |
| **ppm:** | Parts per million. |
| **Probable Mineral Reserve [1]:** | The economically mineable part of an Indicated and, in some circumstances, a Measured Mineral Resource demonstrated by at least a preliminary feasibility study. This study must include adequate information on mining, processing, metallurgical, economic, and other relevant factors that demonstrate, at the time of reporting, that economic extraction can be justified. |
| **Proven Mineral Reserve [1]:** | The economically mineable part of a Measured Mineral Resource demonstrated by at least a preliminary feasibility study. This study must include adequate information on mining, processing, metallurgical, economic, and other relevant factors that demonstrate, at the time of reporting, that economic extraction is justified. |
| **QA/QC:** | Quality Assurance/Quality Control. |
| **Recovery Rate:** | The percentage of metals or minerals which are recovered from ore during processing. |
| **Reserves:** | Combined Proven and Probable Mineral Reserves. |
| **tpd:** | Metric tonnes per day. |
| **Zn:** | Zinc. |

(1)    The definitions of Proven and Probable Mineral Reserves, and Measured, Indicated and Inferred Mineral Resources are set forth in NI 43-101 which establishes standards for all public disclosure an issuer makes of scientific and technical information concerning mineral projects. A reader in the United States should be aware that the definition standards enunciated in NI 43-101 differ significantly from those set forth in SEC Industry Guide 7, and resource information disclosed pursuant to NI 43-101 may not be comparable to similar information disclosed by US companies. See "Interpretation and Other Information - Disclosure Standards" for more information.

 4

Tahoe Resources Inc.

021

## CURRENCY INFORMATION

All currency amounts in this AIF are expressed in United States ("US") dollars, unless otherwise noted. The following table reflects the low and high rates of exchange for one United States dollar, expressed in Canadian dollars, ("CAD$") during the periods noted, the rates of exchange at the end of such periods and the average rates of exchange during such periods, based on the Bank of Canada noon spot rate of exchange.

|  | Two Months Ended | Years Ended December 31, | | |
| --- | --- | --- | --- | --- |
|  | Feb. 28, 2015 | 2014 | 2013 | 2012 |
| Low for the period | 1.1728 | 1.0614 | 0.9839 | 0.9710 |
| High for the period | 1.2717 | 1.1643 | 1.0697 | 1.0418 |
| Rate at the end of the period | 1.2508 | 1.1601 | 1.0636 | 1.0051 |
| Average noon spot rate for the period | 1.2298 | 1.1045 | 1.0299 | 0.9996 |

On March 11, 2015, the Bank of Canada noon spot rate of exchange was $1.00 - CAD$0.7835.

## FORWARD-LOOKING STATEMENTS

This AIF contains "forward-looking information" within the meaning of applicable Canadian securities legislation and "forward-looking statements" within the meaning of United States Private Securities Litigation Reform Act of 1995 (collectively referred to as "forward-looking information"). Wherever possible, words such as "plans", "expects", or "does not expect", "budget", "scheduled", "estimates", "forecasts", "anticipate" or "does not anticipate", "believe", "intend" and similar expressions or statements that certain actions, events or results "may", "could", "would", "might" or "will" be taken, occur or be achieved, have been used to identify forward-looking information.

Forward-looking information in this AIF may include, but is not limited to, the following: statements related to our liquidity position, the intention to repay outstanding debt and the sufficiency of cash from operations to fund such repayment; expected working capital requirements and the sufficiency of capital resources; the completion of the business combination with Rio Alto and the expected timing thereof; the availability and sufficiency of power for operations; the assessment of future reclamation obligations; exploration and review of prospective mineral acquisitions; our expected community outreach and related activities for 2015; statements relating to changes in Guatemalan mining laws and regulations and the timing and results of court proceedings; the estimation of Mineral Resources and Mineral Reserves; our plan to continue the exploration, permitting, engineering, development and operation of the Escobal property and Escobal mine; our mine development plan; further development of alternative power sources at the Escobal mine; in regards to the 4500 tpd scenario, statements relating to upgrades and modifications, project costs, economics, production and timing; the acquisition of additional mineral resource interests in the Americas; future exploration and development activities; and the timing and receipt of approvals, consents and permits under applicable legislation.

Forward-looking information is based on the reasonable assumptions, estimates, analysis and opinions made in light of our experience and our perception of trends, current conditions and expected developments, as well as other factors that we believe to be relevant and reasonable in the circumstances at the date that such statements are made, but which may prove to be incorrect. We believe that the assumptions and expectations reflected in such forward-looking information are reasonable. Assumptions have been made regarding, among other things: our ability to carry on exploration and development activities; the timely receipt of required approvals, including the approvals required for the business combination with Rio Alto; the price of silver and other metals; our ability to operates in a safe, efficient and effective manner; the successful closing of the business combination with Rio Alto; and our ability to obtain financing as and when required and on reasonable terms. Readers are cautioned that the foregoing list is not exhaustive of all factors and assumptions which may have been used.

Forward-looking information is subject to known and unknown risks, uncertainties and other factors that may cause actual results to be materially different from those expressed or implied by such forward-looking information, including risks associated with our dependence on the Escobal mine and our limited operating and production history, risks associated with the fluctuation of the price of silver and other metals, the risk of civil unrest and political instability in Guatemala, the risk that permits to maintain and/or expand the Escobal mine cannot be retained or obtained, risks associated with the availability of additional funding as and when required, exploration and development risks, permitting and licensing risks, uncertainty in the estimation of Mineral Resources and Mineral Reserves, geologic, hydrological, and geotechnical risks, infrastructure risks, inflation risks, governmental regulation risks, security risks including those along the concentrate transport route, environmental risks and hazards, insured and uninsured risks, land title risks, risks associated with competition, risks associated with currency fluctuations, labour and employment risks, risks associated with dependence on key management personnel and executives, legislative, judicial and litigation risks, the risk that the dividend program may not be continued, risks associated with the repatriation of earnings, risks of negative operating cash flow, risks associated with the interests of certain directors in other mining projects, risks associated with dilution, risks associated with stock exchange prices and risks associated with effecting service of process and enforcing judgments.



Annual Information Form for the Year Ended December 31, 2014

This forward-looking information is based on our reasonable beliefs, expectations and opinions on the date of this AIF. Although we have attempted to identify important factors that could cause actual results to differ materially from those contained in forward-looking information, there may be other factors that cause results not to be as anticipated, estimated or intended. There is no assurance that such information will prove to be accurate, as actual results and future events could differ materially from those anticipated in such information. Accordingly, readers should not place undue reliance on forward-looking information. We do not undertake to update any forward-looking information, except as, and to the extent required by, applicable securities laws.

*Cautionary Note to US Investors Concerning Estimates of Measured , Indicated and Inferred Resources:*

Mineral Resources that are not Mineral Reserves do not have demonstrated economic viability. We advise US investors that while those terms are recognized and required by Canadian regulations, the SEC does not recognize them. US investors are cautioned not to assume that any part or all of mineral deposits in these categories will ever be converted into Reserves. This section also uses the term Inferred Mineral Resources. We advise US investors that while this term is recognized and required by Canadian regulations, the SEC does not recognize it. Inferred Mineral Resources have a great amount of uncertainty as to their existence, and great uncertainty as to their economic and legal feasibility. It cannot be assumed that all or any part of an Inferred Mineral Resource will ever be upgraded to a higher category. Under Canadian rules, estimates of Inferred Mineral Resources may not form the basis of feasibility or pre-feasibility studies, except in rare cases. US investors are cautioned not to assume that part or all of an Inferred Mineral Resource exists, or is economically or legally mineable.

## DISCLOSURE STANDARDS

The disclosure in this AIF uses terms that comply with reporting standards in Canada and certain estimates are made in accordance with NI 43-101. NI 43-101 is a rule developed by the CSA that establishes standards for all public disclosure an issuer makes of scientific and technical information concerning mineral projects. Unless otherwise indicated, all resource and reserve estimates contained in or incorporated by reference in this AIF have been prepared in accordance with NI 43-101. The SEC does not recognize resources. Resource information contained herein and incorporated by reference herein may not be comparable to similar information disclosed by US companies.

Mineral Resources that are not Mineral Reserves do not have demonstrated economic viability. Certain documents incorporated by reference herein use the terms "Probable Mineral Reserve" and "Proven Mineral Reserve", as permitted under NI 43-101. For US reporting purposes, SEC Industry Guide 7 (under the United States Securities Exchange Act of 1934 (the "Exchange Act")), as interpreted by Staff of the SEC, applies similar standards as NI 43-101 in order to classify mineralization as a reserve. As a result, the definitions of Proven and Probable Reserves used in NI 43-101 are similar to the definitions in the SEC Industry Guide 7. Under both NI 43-101 and SEC standards, mineralization may not be classified as a "reserve" unless the determination has been made that the mineralization could be economically and legally produced or extracted at the time the reserve determination is made. Among other things, all necessary permits would be required to be in hand or issuance imminent in order to classify mineralized material as reserves under both NI 43-101 and the SEC standards.

In addition, this AIF uses the terms "Measured Mineral Resource", "Indicated Mineral Resource" and "Inferred Mineral Resource" to comply with the reporting standards in Canada. The Company advises US investors that while those terms are recognized and required by Canadian regulations, the SEC does not recognize them. US investors are cautioned not to assume that any part or all of the mineral deposits in these categories will ever be converted into Mineral Reserves. Further, "Inferred Mineral Resources" have a great amount of uncertainty as to their existence and as to whether they can be mined legally or economically. Therefore, US investors are also cautioned not to assume that all or any part of the Inferred Mineral Resources exist. In accordance with Canadian rules, estimates of "Inferred Mineral Resources" cannot form the basis of feasibility or other economic studies.

 Tahoe Resources Inc.

While disclosure of "contained ounces" is permitted disclosure under Canadian regulations, the SEC only permits issuers to report mineralization as in place tonnage and grade without reference to unit measures.

For the above reasons, information concerning descriptions of Mineralization, Mineral Resources and Mineral Reserves contained in this AIF may not be comparable to information made public by US companies subject to the reporting and disclosure requirements of the SEC.

# CORPORATE STRUCTURE

## INCORPORATION AND OFFICES

We were incorporated under the BCA on November 10, 2009 under the name "CKM Resources Inc." Our name was changed to "Tahoe Resources Inc." on January 13, 2010. Our head office is located at 5310 Kietzke Lane, Suite 200, Reno, Nevada, United States 89511. Our registered and records office is located at 1500 – 1055 West Georgia Street, Vancouver, British Columbia, Canada, V6E 4N7.

We currently have four wholly-owned subsidiaries: Tahoe Resources USA Inc., a company incorporated under the laws of Nevada on February 2, 2010; Tahoe Swiss A.G., a company incorporated under the laws of Switzerland on May 20, 2010; Escobal Resources Holdings Limited, a company incorporated under the laws of Barbados on March 16, 2010; and Minera San Rafael, S.A., a company incorporated under the laws of Guatemala on April 5, 2010.

# GENERAL DEVELOPMENT OF OUR BUSINESS

## DEVELOPMENT OF OUR BUSINESS

### O VERVIEW

Since our incorporation in November of 2009, we have completed an initial public offering ("IPO") of our Shares, listed our Shares on the TSX, acquired the Escobal mine Assets in Guatemala, completed an offering of our Shares under a short form prospectus filed in all provinces of Canada, commenced exploration and development activities of the Escobal mine, completed Escobal preliminary economic assessments in November 2010 and May 2012, received approval of our Escobal Environmental Impact Statement from MEM, listed our Shares on the NYSE in May 2012, obtained the final exploitation license for the Escobal mine in April 2013, completed construction and commissioning of all major mine and plant components and declared commercial production in January 2014, completed the Escobal Feasibility Study including publication of our initial Mineral Reserve statement in November 2014, commenced paying a dividend in December 2014, and concluded our inaugural year of commercial production within the production and cost guidance established by the Company at the beginning of 2014.

### IPO AND P RIVATE P LACEMENT

The IPO of 58,000,000 Shares at a price of CAD$6.00 each for gross proceeds of CAD$348 million was completed on June 8, 2010, the day of listing our Shares on the TSX. At that time, an additional 47,766,000 Shares were paid to the vendor company as part of the acquisition cost for the Escobal mine. On June 17, 2010, we issued a further 5,800,000 Shares at a price of CAD$6.00 per Share, pursuant to the exercise of the over-allotment option in connection with our IPO, for additional gross proceeds of CAD$34.8 million.

On December 23, 2010 the sale of 24,959,692 Shares at a price of CAD$14.10 each for gross proceeds of CAD$351.9 million was completed through a short form prospectus filed in each of the provinces of Canada and by private placement outside of Canada.

### E SCOBAL MINE A SSETS

We acquired the Escobal mine Assets on June 8, 2010 pursuant to the terms of the Transaction Agreement, which was negotiated at arm's length. The Acquisition was completed contemporaneously with the closing of our IPO. The Escobal mine Assets were held by San Rafael, a Guatemala corporation, owned by GHL and ERHL. In turn, ERHL was owned by the Vendors. On June 8, 2010 and pursuant to the Acquisition, we acquired from the Vendors all of the issued and outstanding shares of ERHL and the shares of San Rafael held by GHL. Subsequent to the Acquisition, the Vendors transferred their Shares to Goldcorp, and Goldcorp and the Company entered into an amendment and restatement of the Shareholders' Agreement.

*I NDEBTEDNESS*

The Company entered into and drew down a $50 million credit facility (the "facility") on June 4, 2013 with a major international lender. The facility bears interest at a rate per annum of the US$ London Interbank Offered Rate ("LIBOR") plus a margin of 6%. The proceeds have provided additional working capital and supported general corporate purposes during mine and mill commissioning.

On January 2, 2014, the Company expanded the original facility agreement and drew an additional $25 million to ensure adequate working capital through continued ramp up of the Escobal mine and to provide working capital for general corporate purposes. The $25 million bore interest at a rate per annum of the US$ LIBOR plus 7.25% .

In July 2014, the Company amended the facility agreement and extended the maturity date of the original $50 million to June 3, 2015. All other terms remain per the original agreement.

On September 3, 2014, the Company repaid the $25 million expanded portion of the facility with funds generated from mining operations. The original $50 million is anticipated to be repaid as scheduled from operating cash flows.

The facility is secured by substantially all of the assets of the Company and its subsidiaries: Tahoe Swiss AG, ERHL and MSR.

Additionally, the facility contains covenants that, among other things, restrict the ability of the Company and its subsidiaries to incur additional debt, merge without consent, consolidate, transfer, lease or otherwise dispose of all or substantially all its of its assets to any other entity.

*2015 D EVELOPMENTS*

On February 9, 2015, the Company entered into the Arrangement Agreement with Rio Alto for a business combination of the two companies pursuant of a plan of arrangement. Under the terms of the Arrangement, each issued and outstanding common share of Rio Alto will be exchanged for 0.227 of a Share and CAD$0.001 in cash. Upon closing of the Arrangement, existing Tahoe and Rio Alto shareholders will own approximately 65% and 35% of the combined company, respectively.

Based on the closing price of the Shares on the TSX of CAD$17.64 on February 6, 2015, the offer implies consideration of CAD$4.00 per Rio Alto share which represents a premium of 22.1% to the closing price of Rio Alto shares of CAD$3.28 on the TSX on February 6, 2015 and a premium of 20.3% based on the volume weighted average prices of each respective company on the TSX for the 20-day period ending on February 6, 2015. The boards of directors of each of Tahoe and Rio Alto have determined that the Arrangement is in the best interests of their respective shareholders based on a number of factors, including fairness opinions received from their respective financial advisors.

The completion of the Arrangement is subject to the approval by at least 66.67% of the votes cast by shareholders of Rio Alto at a special meeting. In accordance with the rules of the TSX, the Company has obtained written consent from its shareholders with ownership, control or direction over more than 50% of the outstanding Shares approving the issuance of Shares as consideration under the Arrangement.

In addition to Rio Alto shareholder and court approvals, the Arrangement is subject to applicable regulatory approvals and the satisfaction of certain other closing conditions customary in transactions of this nature. The Arrangement is expected to close in April 2015.

The Arrangement includes customary deal-protection provisions including non-solicitation provisions, a right to match competing offers and a CAD$57.6 million termination fee payable to the Company under certain circumstances.

 Tahoe Resources Inc.

Upon completion of the Arrangement, the Company's executive management and Board is expected to be comprised as follows:

*Executive Management*

| | |
|---|---|
| C. Kevin McArthur | Executive Chairman |
| Alex Black | Chief Executive Officer (currently President and Chief Executive Officer of Rio Alto) |
| Ronald W. Clayton | President and Chief Operating Officer |
| Mark Sadler | Vice President and Chief Financial Officer |
| Tim Williams | Vice President Operations |
| Brian Brodsky | Vice President Exploration |
| Edie Hofmeister | Vice President Corporate Affairs |

*Board*

| | |
|---|---|
| C. Kevin McArthur | Executive Chairman and Director |
| Alex Black | Director (currently Director of Rio Alto) |
| A. Dan Rovig | Lead Director |
| Tanya Jakusconek | Director |
| Paul B. Sweeney | Director |
| James S. Voorhees | Director |
| Drago Kisic Wagner | Director (currently Director of Rio Alto) |
| Kenneth F. Williamson | Director |
| Dr. Klaus Zeitler | Director (currently Director of Rio Alto) |

Annual Information Form for the Year Ended December 31, 2014    9

026

**INTERCORPORATE RELATIONSHIPS**

Our corporate structure as of the date of this AIF is as follows:



**THE TRANSACTION AGREEMENT AND SHAREHOLDERS' AGREEMENT**

The significant terms of the Transaction Agreement and the Shareholders' Agreement entered into in connection with the Acquisition are as follows:

- The purchase price of approximately $500 million (the "Purchase Price") was satisfied by the payment of $224,570,000 in cash and the issuance to the Vendors of 47,766,000 Shares and the payment of a success fee consisting of $2.2 million in cash and the issuance of 364,304 Shares;

- The Shareholders' Agreement provides Goldcorp with Board nomination rights for so long as Goldcorp and its affiliates hold 20% or more of the issued Shares. Until the most recent amendment and restatement of the Shareholders' Agreement effective February 9, 2015, Goldcorp was entitled to have three nominees appointed to the Company's Board, and such entitlement was exercised through Goldcorp having the right to nominate these individuals as directors of the Company at each meeting of shareholders at which directors were to be elected. A. Dan Rovig retired from the Goldcorp Board in 2014, leaving Kenneth F. Williamson and John P. Bell (see "Directors and Executive Officers") as Goldcorp's nominees on the Company's Board. Pursuant to the terms of the February 9, 2015 amendment and restatement of the Shareholders' Agreement, Goldcorp is currently entitled to have one nominee appointed to the Company's Board (Kenneth F. Williamson). The number of individuals Goldcorp and its affiliates are entitled to nominate as directors is subject to adjustment for changes in the size of the Company's Board;

- The Company had a 20 km area of interest for its benefit around the Escobal mine until June 8, 2013 and Goldcorp and its affiliates had an area of interest for their benefit varying from 20 to 50 km around certain of their projects until June 8, 2013;

- As long as Goldcorp and its affiliates hold at least 20% of the issued Shares, Goldcorp and its affiliates have a right to maintain their percentage interest in the issued Shares by participating in the issuance of additional Shares for cash or cash equivalents. If Shares are issued on a non-cash transaction, Goldcorp may maintain its percentage interest in the issued Shares through the next issue of Shares for cash or cash equivalents to be undertaken by the Company; and

- Until the first to occur of (i) Goldcorp and its affiliates cumulatively ceasing to beneficially own at least 20% of the issued Shares for a continuous period of at least 30 days, (ii) June 8, 2015 or (iii) C. Kevin McArthur ceasing to be the Chief Executive Officer of the Company, (A) Goldcorp is subject to standstill provisions in respect of the Company and its securities, subject to exceptions that relate to a change of control of the Company and, (B) provided that the Company has complied with the terms of Goldcorp's Board nomination rights, Goldcorp will not vote its Shares at meetings of shareholders in favour of any nominee directors who are not nominated by the Board. Upon completion of the Arrangement, C. Kevin McArthur is expected to cease being the Company's Chief Executive Officer, which would terminate Goldcorp's obligations as described in this paragraph.

 Tahoe Resources Inc.

028

**LEGAL**

*A PPEAL B EFORE THE C ONSTITUTIONAL C OURT*

On July 23, 2013, the Court of Appeals in Guatemala ("the Court") held that MEM should have conducted a hearing of a written opposition to the Escobal mine exploitation license during the permitting application process. The Court did not rule on the substance or validity of the license; it merely stated that MEM was obligated to hold an administrative hearing addressing the substance of the opposition under the 1997 Mining Law. The Court did not invalidate or comment on the Escobal mine exploitation license in its decision. MEM issued a press release on July 24, 2013 stating that the ruling had no impact on the status of the Escobal mine exploitation license. MEM and the Company have appealed the Court's decision to the Constitutional Court. If the Constitutional Court upholds the Court's decision, MEM will likely be compelled to hear the opposition which it already stated it believes to be without merit. A public hearing of the appeal was held in November 2013. The Constitutional Court is expected to issue a ruling in the case sometime in the near future.

*G ARCIA ET AL . V . T AHOE*

On June 18, 2014, an action was commenced against the Company in the Supreme Court of British Columbia. Filed by seven Guatemalan plaintiffs, the lawsuit alleges that Tahoe is directly or vicariously liable for battery and/or negligence regarding an incident that occurred at the Escobal mine on April 27, 2013. The plaintiffs seek compensatory and punitive damages. Tahoe believes the claim has no merit.

 11

Annual Information Form for the Year Ended December 31, 2014

## DESCRIPTION OF OUR BUSINESS

**OVERVIEW OF OUR BUSINESS AND STRATEGY**

Tahoe's strategy is to responsibly operate the Escobal mine to world standards, to pay significant shareholder dividends and to develop and operate high quality precious metals assets in the Americas. Our principal objectives at this time are to optimize Escobal operations and to continue expanding the Mineral Resource and Mineral Reserve base through exploration and development of the Escobal vein and other veins identified in the region.

We will continue to identify, investigate and, where appropriate, acquire interests in mineral properties in the Americas through direct application to government authorities, joint venture activities or acquisition from existing holders. As part of this process, we will undertake early-stage exploration activities to ensure an orderly and steady development of exploration targets. See "General Development of Our Business – Development of Our Business – 2015 Developments" for details on the proposed business combination with Rio Alto.



**THE SILVER INDUSTRY**

Demand for silver is based on investment demand, industrial and decorative uses, photography, jewelry and silverware. Together, these categories represent more than 90% of annual silver consumption.

Silver has a number of unique properties including its strength, malleability and ductility, its electrical and thermal conductivity, its sensitivity to and high reflectance of light, and the ability to endure extreme temperature ranges. Silver's unique properties restrict its substitution in most applications.

12    Tahoe Resources Inc.

Silver prices will have a direct impact on our business. Declining prices can, for example, impact operations by requiring a re-assessment of the feasibility of a particular project. See "Description of Our Business – Risk Factors – Risks Relating to the Company's Business". A chart indicating silver prices since January 1, 1999, is set out below.



Source: Bloomberg

As of March 11, 2015, the London Fix price of silver was US$15.64.

## PRODUCT

The Company produces metal-bearing concentrates. Silver, gold, lead and zinc are recovered by differential flotation, producing silver-rich lead concentrates and zinc concentrates which are sold to third-party smelters under concentrate sales arrangements. Silver sales for the year ended December 31, 2014 totaled $350.3 million. No revenues from the sale of by-product metals (gold, lead, zinc) exceeded 15% of the total consolidated revenue.

## SPECIALIZED SKILL AND KNOWLEDGE

Most aspects of our business require specialized skills and knowledge in the areas of geology, engineering, exploration and development, environmental management, corporate social responsibility and accounting. We have a number of employees with extensive experience in mining, engineering, geology, exploration and development in Guatemala, including C. Kevin McArthur, Vice Chair and Chief Executive Officer, Ronald W. Clayton, President and Chief Operating Officer, Brian Brodsky, Vice President Exploration, Charlie Muerhoff, Vice President Technical Services and Don Gray, Vice President Operations and Guatemala Country Manager, who left his positions at MSR and Tahoe, effective February 13, 2015. Mr. Gray was replaced by Tom Fudge, Vice President of Guatemala Operations. Mr. Fudge previously served as the General Manager of the Escobal mine.

Mr. McArthur is an experienced mining engineer with over 30 years of engineering, mine building and mine operations experience, including over eight years in the role of President and Chief Executive Officer of Glamis Gold Ltd. ("Glamis") and two years in the role of President and Chief Executive Officer of Goldcorp. Mr. Brodsky was Goldcorp's Exploration Manager for Central America. Mr. Clayton was Senior Vice President, Operations, for Hecla Mining Company before joining the Company. He, Mr. Muerhoff and Mr. Fudge have many years of underground silver mining experience, including significant Latin American operating experience. Mr. Muerhoff is a Qualified Person as defined by NI 43-101 and has worked in the mining industry for over 25 years.

13

Annual Information Form for the Year Ended December 31, 2014

## EMPLOYEES

As at the date of this AIF, Tahoe Resources USA employs fewer than 30 employees at our office in Reno, Nevada and MSR employs more than 900 employees in Guatemala.

## FOREIGN OPERATIONS

The Escobal mine is located in Guatemala, and as such is exposed to various levels of political, economic and other risks and uncertainties associated with operating in a foreign jurisdiction. See "Description of Our Business – Risk Factors – Risks Relating to the Company's Business" "–Operations in Guatemala", "– Obtaining and Renewing Licenses and Permits", "– Title to Assets" and "– Governmental Regulation".

## COMPETITIVE CONDITIONS

We compete with other entities in the search for and acquisition of mineral properties. As a result of this competition, we may be unable to acquire attractive properties in the future on terms we consider acceptable. We also compete for financing with other resource companies. There is no assurance that additional capital or other types of financing will be available to us if needed, or that, if available, the terms of such financing will be favourable to us. See "Description of Our Business – Risk Factors – Risks Relating to the Company's Business", "– Competition for New Properties" and "– Financing Requirements".

## CYCLES

We are a producer of silver. See "Description of Our Business – The Silver Industry" for details of the demand for silver and the market price for silver.

## ENVIRONMENTAL AND SOCIAL ACTIVITIES

The Company is committed to conducting business honestly and ethically everywhere we operate. We aspire to deliver long term shareholder value through sustainable economic and social development in the communities where we work. We strive to minimize the environmental effects of our operations, to provide a safe and healthy workplace for all our employees and contractors and to promote sustainable businesses and social programs in the communities where we operate.

### *E NVIRONMENT*

We recognize that all development comes with some impacts. We are dedicated to the highest standards of responsible environmental stewardship. We honour this commitment by meeting or exceeding local governmental regulations and operating our projects to North American standards. See "Description of Our Business – Escobal mine – Environment" and "– Reclamation". We have review processes in place which are designed to prevent or minimize environmental incidents or impacts, to evaluate incidents and operating practices and to create action plans and operating procedures to prevent reoccurrence. The Board oversees the Company's environmental management through the Health, Safety, Environment and Community Committee.

In 2014, we continued to work with local communities to help them upgrade water systems and infrastructure programs. The Company also advanced its partnership with San Carlos University in Guatemala to conduct health and environmental baseline studies. We also worked with independent consultants on community needs assessments to guide further programs in the vicinity of the Escobal mine.

### *C ORPORATE S OCIAL R ESPONSIBILITY*

*2014 Alignment with International Protocols and Best International Practices*

In the latter half of 2013 and throughout 2014, the Company worked to align its policies and practices with the United Nations Guiding Principles on Business and Human Rights ("Guiding Principles"), the Voluntary Principles on Security and Human Rights and the Equator Principles. The adoption of these standards reflects the Company's evolution from a junior exploration company to a major silver producer following receipt of our final operating permits in 2013. The Company finalized a comprehensive Social Impact Assessment and outlined its strategies to avoid, minimize or mitigate real or perceived social impacts in its Social Management Plan. We also implemented a new grievance mechanism to align with the Guiding Principles and the International Finance Corporation Performance Standards.

14

Tahoe Resources Inc.

*2014 Corporate Social Responsibility ("CSR") Projects*

Key MSR projects in 2014 (some of which are ongoing) include:

Regional Coffee Growers : A coffee-eating fungus, known as "coffee rust", has invaded a third of Guatemala's coffee crops and is threatening many of the coffee farms in the vicinity of the Escobal mine. In 2014 MSR supported more than 2,000 coffee growers from eight municipalities, with a coffee rust control program. MSR donates fungicide to farmers and provides training sessions and technical visits.

Reforestation Program : Over 100,000 small trees were planted in the reforestation program. Approximately 165 hectares of land were reforested and 73 forest management plans were formulated to promote forest-growth incentives for local landowners.

Education Programs : MSR sponsored "Discovering the Earth" science clubs in which 275 children conducted experiments and learned about the vegetable, animal and mineral kingdoms. MSR's Exploration Department also taught participants about the rock cycle and the importance of minerals. Approximately 2,800 San Rafael Las Flores ("SRLF") students received backpacks filled with school supplies including pencils, notebooks, crayons and rulers. MSR provided scholarships to 223 primary, secondary and university-level students to pay for tuition, school supplies, uniforms, and room and board. Afterschool math and reading lessons were organized for more than 640 Santa Rosa high school students. MSR and Glasswing International co-sponsored 10 teachers' salaries in Casillas and provided science training for extracurricular activities. MSR supported two debate clubs at middle schools located in SRLF and Casillas; more than 70 students participated in the debate about topics such as gender equality.

Education Infrastructure Projects : Education projects completed during the year occurred in San Rafael City (upgrades to preschool, middle school and high school bathrooms, kitchens, classrooms and construction of playground; Sabana Redonda (upgrades to elementary school classrooms and construction of bathrooms, playground and kitchen); Amberes (upgrades to elementary school bathrooms, kitchen and classrooms); El Barrialito (upgrades to preschool kitchen and classrooms and construction of retainer wall and playground); and Barrera (construction of elementary school bathrooms and upgrades to kitchen and classrooms).

Vocational Training Center : The center provided 24 different classes including apparel construction, welding, jewelry making, entrepreneurship and English as a second language lessons. Additional business courses were offered to increase community members' skills to supply service to the company and initiate procurement opportunities. Later program offerings will include training in other trades and technical careers such as auto mechanics, electro mechanics, and others. Program implementation is being managed through a joint effort between MSR and INTECAP (a quasi-government vocational training organization).

Avocado Program : Implementation of this program continued locally and expanded to six regional municipalities. MSR donated over 3,800 root-grafted Hass avocados and provided technical assistance to approximately 349 farmers.

Health Projects : Infrastructure assessments identified improvements to two water systems in La Cuchilla and Las Nueces and one drainage system in Amberes. MSR upgraded the maternity wing of the Santa Rosa hospital in Cuilapa City.

Veterinary Services : In coordination with the five local and regional municipal health centers, MSR provided vaccinations to 1,252 local farmers' livestock and provided 316 additional veterinary services.

Other Local Development Projects :

- A two-month soil conservation and fertilizer program was completed benefiting 400 community members;

- MSR educated more than 250 children and youth about nutrition and agricultural production through school vegetable garden initiatives; and

- Livestock and domestic animal training was provided to more than 250 community members to teach the importance of proper animal care and strategies for disease prevention.

15

Annual Information Form for the Year Ended December 31, 2014

*Ex-landowners' Association*

The Company entered into a profit-sharing program in the form of an NSR royalty of 0.5% to be shared by a local association of former owners of the Escobal Mine lands ("Association"). The Association receives payments approximately every quarter via a trust instrument administered by an independent party. Of this 0.5%, 10% will be allocated to development projects identified by the Association.

*Capacity Building for Expected Royalty Funds*

One of the Company's CSR priorities is to promote education and business opportunities in the vicinity of the Escobal mine. This includes capacity building among locals to recognize, analyze and address their community needs by more effectively controlling and using their own resources in addition to available external resources, including royalty funds. To this end, the Company sponsors governance capacity-building workshops for 250 community leaders located in SRLF, Santa Cruz Naranjo, Barberena and Casillas. These workshops aim to increase democratic participation by educating citizens about their rights and responsibilities and encouraging them to participate in the development of their society and to make the most efficient use of revenues to meet those needs.

*Organizational CSR Initiatives*

CentraRSE-ISO 26000 : The Company is a member of the local CSR organization in Guatemala, comprised of more than 100 companies committed to operating using responsible business practices. As part of this membership, the Company participated in the IndicaRSE assessment - a survey tool based on international best practices (International Standardization Organization or ISO 26000) that is used in Central America. Survey findings are being used internally to assess the MSR organization and strengthen MSR's performance in several key areas: corporate governance; labor practices; environmental sustainability; supplier/procurement/purchasing (practices, policies and ethics); and economic development.

Business for Social Responsibility ("BSR") : The Company is a member of BSR and retained the organization to assist in implementing policies and practices aligned with the Guiding Principles, including designing a new grievance program and human rights policy, the Voluntary Principles on Security and Human Rights, including human rights trainings for security contractors, and the Equator Principles, a risk management framework, adopted by financial institutions, for determining, assessing and managing environmental and social risk in projects subject to financing.

*Local Stakeholder Engagement*

Most of MSR's 900+ employees come from local areas near the Escobal mine. In 2014 MSR continued to develop its employee engagement and education programs based on a socio-economic baseline study of employees and families.

The Company engaged FUNDES (a non-profit organization) to conduct an economic development program to support the development of local businesses in SRLF. FUNDES' mission is to strengthen the business capacity of local commercial enterprises to improve their market reach and to achieve sustainable results. In 2014 FUNDES trained six local business associations: the Jewelry Association, Truckers Association, SRLF Livestock Association, SRLF Small Farmers Association, Women's Dairy Producers Association and the Agricultural Cooperative. FUNDES conducted business assessments of each association and provided training to increase production, to generate local employment opportunities and to increase revenue.

*Community Outreach*

Presentations : Held informative presentations reaching over 2,800 residents of the municipality of SRLF and additional regional municipalities about the benefits and characteristics of the Escobal mine.

Site Visits : Hosted more than 1,500 site visits to the Escobal mine made by COCODES (village leadership councils), school teachers, university students, businesswomen and local farmers, among others.

Dialogue Meetings : Held outreach and dialogue meetings throughout SRLF with approximately 160 key stakeholders to discuss community development plans and to analyze stakeholder concerns.

Volunteer Activities : Organized four volunteer activities in which 755 volunteer hours were donated by 47 MSR employees and 102 community members to renovate local schools by gardening, painting and cleaning.

Food and Nutrition : Designated $2.3 million to support the food and nutrition needs of rural families in Guatemala.

16    Tahoe Resources Inc.

<u>Environmental Stewardship</u> : MSR was selected by MEM to implement the *Cultivating Good Water* program in its local communities. MSR is the first mining company to adopt this program which engages both public and private sectors and local communities to share the responsibilities of natural resource management. In 2015, MSR will partner with multi-stakeholder groups to implement sustainable development programs to conserve a local watershed, the El Dorado.

*Royalty Agreement*

In 2014 the Company's voluntary royalty program offered economic and social development to the communities impacted by the project. Of the total 5% royalty paid by the Company, 1% was mandatory and split equally between the federal government and the SRLF local municipality. The Company paid the remaining 4% voluntarily, of which 1.5% was paid to the federal government, 1.5% paid to SRLF, and the remaining 1% distributed equally among the surrounding six regional municipalities. For 2014, the Company paid a total of $5.8 million in royalties which includes $4.6 million in voluntary royalties.

The distribution was as follows:

- $0.6 million mandatory royalty to the Guatemalan Federal government;

- $0.6 million mandatory royalty to SRLF;

- $1.7 million voluntary royalty to the Guatemalan Federal government;

- $1.7 million voluntary royalty to SRLF; and

- $1.2 million voluntary royalty to the six regional municipalities.

See "Description of Our Business - Doing Business in Guatemala – Mining" for details on the updated royalty rates effective January 1, 2015, as set out in the updated Guatemalan mining law.

## DOING BUSINESS IN GUATEMALA

### *M INING*

The Escobal mine is located in Guatemala. The State of Guatemala owns all mineral deposits within Guatemala. MEM may grant reconnaissance, exploration and exploitation licenses to any entity, whether Guatemalan or foreign. Applications for licenses are typically granted on a first-time basis, with holders of reconnaissance licenses given priority for an exploration license (over portions of the area covered by the reconnaissance license) and holders of exploration licenses given priority for an exploitation license (over portions of the area covered by the exploration license), so long as applications are made before the expiration of the existing license. Mineral licenses are "coordinate staked" (filed only referenced to UTM coordinates) and no monuments are located on the ground. No physical survey of exploration license boundaries is required.

Details with respect to each type of license are set out below.

License holders may use water, so long as such use does not affect the permanent exercise of water rights by others, and subject to the requirement that mining operations must not contaminate the environment. Licensees are also granted rights of way, including the right to build roads, with the proviso that surface owners be compensated.

MEM may suspend mining rights for, among other things, safety and environmental concerns or failure to pay royalties or to submit reports when due; may cancel mining for, among other things, failure to commence field work or operations in the prescribed time; and may extinguish mining rights upon expiration of the license term, depletion of the deposit or express renouncement of the holder.

Fees payable by licensees include surface rights fees, a granting fee for a mining right and an area fee for the licenses.

Under the 1997 Guatemalan mining law, a mandatory royalty of 1% was payable at the exploitation stage and shared equally between the State and the municipality where the project is situated. The royalty is determined by an affidavit of the volume of the marketed product from mining operations and is based on the value of sale consigned in the national market or international exchange. On January 26, 2012, the administration and the Mining Industry Association agreed to general terms in a royalty agreement that resulted in the industry voluntarily paying higher royalties to the national and local governments. On April 16, 2013, the Company executed a voluntary royalty agreement ("Escobal Royalty Agreement"). Together with the 1997 Guatemalan mining law, the Escobal Royalty Agreement committed the Company to pay a 5% Net Smelter Return ("NSR") royalty on the concentrates sold from Escobal mine production. Under the Escobal Royalty Agreement 2% benefitted SRLF communities, 2% benefitted the Federal government and an additional voluntary 1% benefitted certain outlying municipalities in the Departments of Santa Rosa and Jalapa. The first royalty payment was made to participating municipalities and MEM on January 30, 2014.

036

On November 28, 2014, the Guatemalan government passed legislation, amending the 1997 mining law and increasing mandatory royalties to 10%. The royalty increase is the only proposed change to the Guatemala mining law and is part of an effort to raise revenue and balance the 2015 budget. President Otto Perez Molina signed and approved the legislation which subsequently became law, effective January 1, 2015.

The law requires that the Company pay a 9% royalty directly to the federal government and a 1% royalty to the local municipality in which the project is located for a total royalty payment of 10%. This represents an additional 5% royalty to the Company's current combined statutory and voluntary royalty program and effectively ended the Company's voluntary royalty of 4% under the terms of the Escobal Royalty Agreement. The new law is currently being challenged in the Guatemalan Constitutional Court. For financial reporting purposes, as of January 1, 2015, the Company commenced accruing royalty payments at the 10% legislated rate.

### *Licenses and Permitting*

Reconnaissance Licenses : A reconnaissance license is typically granted for a six-month term, and may be extended on request for an additional six months, or on application for an exploration license, until the grant of the exploration license. This license can cover an area from 500 to 3,000 km $^2$ and gives the holder the exclusive right to identify and locate possible areas for exploration within the license's boundaries. A holder of a reconnaissance license is obligated to begin field projects within 30 days after grant of the license, to give immediate notice to the regulators of discovery of minerals other than those described in the license, to file reports within three months after the completion of each period of reconnaissance, and to compensate third parties, such as surface rights holders, for damages or other adverse impacts caused by operations. An environmental mitigation study must be filed with MEM before undertaking reconnaissance activities. On application, a reconnaissance license may be converted to an exploration license.

Exploration Licenses : An exploration license is typically granted for a three-year term and may be extended on request for two additional two-year terms, or on application for an exploitation license, until the grant of the exploitation license. With each extension, the surface area must be reduced by 50%; however, in certain cases this 50% reduction requirement can be modified and reduced. An exploration license covers an area of up to 100 km $^2$ (the area may be greater than 100 km $^2$ if deemed necessary for the mining project as demonstrated by a technical-economic study; however, such a decision would be at the discretion of MEM). An exploration license allows the holder the exclusive right to locate, study, analyze and evaluate the deposits that have been granted within the license's boundaries. The licensee is obligated to begin field projects within 90 days after grant of the license, to give immediate notice to regulators of discovery of minerals different from those described in the license, to file reports within three months after the completion of the exploration year, and to compensate third parties for damages or other adverse impacts caused by operations. An environmental mitigation study must be filed with MEM before undertaking exploration activities. In addition, an environmental assessment must be filed with the MARN for approval prior to undertaking exploration activities.

Exploitation Licenses : An exploitation license is typically granted for a 25-year term and may be extended, on request, for an additional 25-year term. An exploitation license legally is considered to be a real property title, of limited term, that may be recorded at the property registry and may be mortgaged for the exclusive purpose of obtaining financing for operations within the license of exploitation. Exploitation licenses cover an area not greater than 20 km $^2$ (the area may be larger if deemed necessary for the mining project as demonstrated by a technical-economic study). An exploitation licensee has the exclusive right to develop the deposits that have been granted within the license's boundaries. If minerals different from those authorized in the license are discovered, the licensee has the right to augment the license to include the new minerals.

To obtain an exploitation license, the applicant must prepare an environmental impact study for review and approval by MARN. Upon grant of an environmental approval, the applicant must also arrange for the issuance of a bond for environmental protection. Once an exploitation license is granted, the licensee must begin operations within 12 months after grant of the license, present a copy of the Commercial Patent (also referred to as a business license) within six months after grant of the license, file reports within three months after the end of each calendar year, and compensate third parties for potential damages and adverse impacts caused by operations.

 18    Tahoe Resources Inc.

037

Permitting : Other permits required in connection with exploitation activities include a municipal construction license, a forestry license, export credentials, a communications license, explosives storage, use and transportation licenses, a substation and electric transmission permit and a license for the import and use of raw materials and chemicals. The licensee must also settle the mine's closure plan and reclamation bond with MARN, and may be required to obtain surface rights for access, either by lease or purchase.

## F OREIGN I NVESTMENT

Applicable Guatemalan law guarantees equal treatment and enjoyment of constitutional rights to foreign and local investors in certain areas including, but not limited to, private property, expropriation and importing. Foreign investors are permitted to participate in any legal economic activity, including provision of capital to companies incorporated in Guatemala and repatriation of capital out of Guatemala.

## T AXATION

### Income tax

Income tax must be paid on income generated in Guatemala and may be paid either under the general regime or the optional regime. After tax legislation was passed in early 2012, the general regime was changed from a rate of 31% of net income (total income less exempt income less deductible costs and expenses) paid quarterly and liquidated on an annual basis. The new regime went into effect January 1, 2013. The rate was 28% in 2014 and will be 25% in 2015 and thereafter. The optional regime rate was 6% of taxable income (total income less exempt income) paid monthly which increased to 7% in 2014 and thereafter. Corporations must adopt one of the two regimes and commit to a regime each December. After assessing the individual impact of each regime on earnings attributable to common shareholders, we adopted the optional regime for 2014. Failure to make income tax payments results in a penalty of 100% of the unpaid tax, plus interest.

### Dividends

Starting January 1, 2013, dividend payments have a tax rate of 5%. All dividend payments are subject to tax, notwithstanding the shareholder's nationality. A 3% stamp tax is payable on dividends, civil and mercantile contracts and cash payments unless the Company's operations are subject to the payment of a Value Added Tax of 12% (which is applicable to sales of goods and services, as well as imports and land). If dividends are paid through the delivery of a coupon, the payment may be exempt of stamp tax. The holder of an export license may import, free from tariff and import duties, machinery, equipment, parts, accessories, materials and explosives that will be used in the production of the items to be exported.

### ISO

Effective January 1, 2009, corporations and enterprises domiciled in Guatemala must pay on a quarterly basis, the Impuesto de Solidaridad, ("ISO") included in Decree 73-2008. The ISO amount is calculated at the rate of 1% of the greater of (i) the amount resulting after subtracting from total assets, the fiscal credits (resolved through resolution), reserve for doubtful accounts, accumulated depreciation and amortization for the last fiscal year, and (ii) gross income for the last fiscal year. The ISO may be taken as a credit against the income tax to be paid by the corporation. Taxpayers operating under the optional regime are ISO exempt.

### Royalty

Up to December 31, 2014, the Company paid a 5% NSR royalty (1% mandatory, 4% voluntary) on the concentrates sold from the Escobal mine production. Effective January 1, 2015, the royalty increased to a 10% NSR. See "Description of Our Business - Doing Business in Guatemala – Mining" for details on the updated royalty rates effective January 1, 2015, as set out in the updated Guatemalan mining law.

## E NVIRONMENTAL

Guatemala has environmental legislation that forbids bringing into the country contaminating products and materials that are banned in their country of origin, as well as various substances, residues, radioactive materials and waste that can infect, contaminate or degrade the environment.

An environmental mitigation study must be filed with MEM before undertaking reconnaissance or exploration activities. In addition, an environmental assessment must be filed with MARN for approval prior to undertaking exploration activities.

19

In order to obtain the exploitation license, MSR prepared an environmental impact study for review and approval by MARN. Upon grant of the license in April 2013, the Company also arranged for the issuance of a bond for environmental protection and obtained an environmental license pursuant to Guatemalan regulations. Once the exploitation license was granted, the Company complied with all exploration permitting regulations including 1) beginning operations leading to the exploitation of the deposit within 12 months after grant of the license, and 2) presenting a copy of the Commercial Patent within six months after grant of the license. The Company files reports quarterly to MARN. A report is filed within three months after the end of each calendar year pursuant to MEM requirements.

## P OWER LINE

Organized resistance previously impeded the Company's attempts to install a power line along an approved right of way. The Company installed contractor supplied diesel-fired generator power which is sufficient to operate the project up to 4500 tpd. The Company continues to assess alternative power strategies to reduce power costs.

## R ISK F ACTORS

Our operations are subject to the normal risks associated with mineral exploration, development and production. The continued commercial success of the Escobal mine and the acquisition of additional mineral interests will be subject to numerous factors beyond our control. Certain of these risk factors are discussed below.

## R ISKS R ELATING TO O UR B USINESS

### Dependence on the Escobal Mine

The Escobal mine is currently the Company's sole operation. As a result, unless we acquire additional property interests, any adverse development affecting the Escobal mine could have a material adverse effect upon the Company and would materially and adversely affect the potential production of Mineral Reserves, profitability, financial performance and results of operations of the Company. Ongoing development and operation of the Escobal mine depends upon Tahoe's ability to consistently mine to design parameters and to process mined material at approximate design throughput rates. The long-term commercial viability of the Escobal mine is also dependent upon a number of factors, some of which relate to the particular attributes of the deposit (such as size, grade and proximity to infrastructure), metal prices and government regulations, including regulations relating to royalties, allowable production, importing and exporting of minerals and environmental protection. Most of the above factors are beyond our control. As a result, there can be no assurance that any design will succeed in achieving its stated goals under all potential future conditions. Failure to do so will have a material adverse impact on our operations and potential future profitability.

### Operations in Guatemala

The Escobal mine is located in Guatemala which has a history of political unrest. Guatemala suffered an armed conflict for 36 years, which was finally resolved through a peace agreement reached with the country's internal revolutionary movement in 1996. The last political crisis in Guatemala occurred in 1983 and constitutional government was not restored until 1985. Renewed political unrest or a political crisis in Guatemala could adversely affect our business and results of operations.

Guatemala suffers from social problems such as a high crime rate and uncertain land tenure for many indigenous people, which could adversely affect the Escobal mine. Such adverse effects could result from the efforts of third parties to manipulate local populations into encroaching on the Escobal mine land, challenging the boundaries of such land, impeding Escobal mine activities through roadblocks or other public protests or attacks against Escobal mine assets or personnel.

Our business may be exposed to a number of risks and uncertainties, including terrorism and hostage taking, military repression, extortion, expropriation or nationalization without adequate compensation, labour unrest, high rates of inflation, changes to royalty and tax regimes, extreme fluctuations in currency exchange rates, volatile local, political and economic developments, difficulty with understanding and complying with the regulatory and legal framework respecting the ownership and maintenance of mineral properties, surface rights, mines and mining operations, and difficulty obtaining key equipment and components for equipment.

20
Tahoe Resources Inc.

039

*Obtaining and Renewing Licenses and Permits*

In the ordinary course of business, we will be required to obtain and renew governmental licenses or permits for the operation and expansion of the Escobal mine or for the development, construction and commencement of mining at the Escobal mine. Obtaining or renewing the necessary governmental licenses or permits is a complex and time-consuming process involving numerous jurisdictions and often involving public comment periods and costly undertakings on our part. The duration and success of our efforts to obtain and renew licenses or permits are contingent upon many variables not within our control, including local politics, legal challenges and the interpretation of applicable requirements implemented by the licensing authority. Any unexpected refusals of required licenses or permits or delays or costs associated with the licensing or permitting process could prevent or delay the development or impede the operation of a mine, which could adversely impact our operations and profitability.

*Operating History*

We have a limited history of operations and commercial production. As a newly producing company, we are subject to many risks common to such enterprises, including under-capitalization, cash shortages, limitations with respect to personnel, financial and other resources. There is no assurance that we will be successful in achieving a return on shareholders' investment and the likelihood of our success must be considered in light of our early stage of production.

*Operating Cash Flow*

Failure to achieve anticipated production levels would have a material adverse impact on the Company's cash flow and future profitability. Our failure to achieve profitability and positive operating cash flows could have a material adverse effect on our financial condition and results of operations.

*Metal Price Fluctuations*

The majority of our revenue is derived from the sale of silver and, to a lesser degree, gold, lead and zinc. Therefore, fluctuations in the prices of these commodities represent one of the most significant factors that we expect will affect our future operations and potential profitability. The price of silver and other metals are affected by numerous factors beyond our control, including levels of supply and demand, global or regional consumptive patterns, sales by government holders, metal stock levels maintained by producers and others, increased production due to new mine developments and improved mining and production methods, speculative activities related to the sale of metals, availability and costs of metal substitutes, international economic and political conditions, interest rates, currency values and inflation. Declining market prices for these metals could materially adversely affect our future operations and profitability.

*Indebtedness*

As of March 11, 2015, the Company had aggregate consolidated indebtedness of $50 million. As a result of this indebtedness, the Corporation is required to use a portion of its cash flow to service principal and interest on its debt, which will limit the cash flow available for other business opportunities. The Company's ability to make scheduled principal payments, pay interest on or refinance its indebtedness depends on the Company's future performance, which is subject to economic, financial, competitive and other factors beyond its control. Unexpected delays in production or other operational problems could impact our ability to service the debt and make necessary capital expenditures when the debt facility becomes due in June of 2015. If the Company is unable to generate such cash flow to timely repay the debt, it may be required to adopt one or more alternatives, such as selling assets, restructuring debt or obtaining additional equity capital on terms that may be onerous or highly dilutive. The Company's ability to refinance its indebtedness will depend on the capital markets and its financial condition at such time. The Company may not be able to engage in any of these activities or engage in these activities on desirable terms, which could result in a default on its debt obligations.

The terms of the Company's credit facility require it to satisfy various affirmative and negative covenants and to meet certain financial ratios and tests. These covenants limit, among other things, the Company's ability to incur further indebtedness if doing so would cause it to fail to meet certain financial covenants, create certain liens on assets or engage in certain types of transactions. Although at present these covenants do not restrict the Company's ability to conduct its business as presently conducted, there are no assurances that in future the Company will not be limited in its ability to respond to changes in its business or competitive activities or be restricted in its ability to engage in mergers, acquisitions or dispositions of assets. Furthermore, a failure to comply with these covenants, including a failure to meet the financial tests or ratios, would likely result in an event of default under the credit facility and would allow the lender to accelerate the debt.

040

*Financing Requirements*

Any changes to our current projections or any new development activity, whether at the Escobal mine or elsewhere, may require substantial additional capital. When such additional capital is required, we will need to pursue various financing transactions or arrangements, including joint venturing of projects, debt financing, equity financing or other means. Additional financing may not be available when needed or, if available, the terms of such financing might not be favourable to us and might involve substantial dilution to existing shareholders. We may not be successful in locating suitable financing transactions in the time period required or at all, may not obtain the capital required by other means. A failure to raise capital when needed would have a material adverse effect on our business, financial condition and results of operations. Any future issuance of Shares to raise required capital will likely be dilutive to shareholders. In addition, debt and other mezzanine financing may involve a pledge of assets and may be senior to interests of equity holders. We may incur substantial costs in pursuing future capital requirements, including investment banking fees, legal fees, accounting fees, securities law compliance fees, printing and distribution expenses and other costs. The ability to obtain needed financing may be impaired by such factors as the capital markets (both generally and in the silver industry in particular), our status as an enterprise with a limited production history, the location of the Escobal mine in Guatemala and the price of silver, gold, lead and zinc on the commodities markets (which will impact the amount of asset-based financing available) and/or the loss of key management personnel. Further, if the price of silver and other metals on the commodities markets decreases, then revenues from the Escobal mine will likely decrease and such decreased revenues may increase the requirements for capital. Failure to obtain necessary capital on reasonable terms may materially adversely affect our future operations and profitability.

*Licenses and Title to Assets*

The validity of the licenses related to the Escobal mine can be uncertain and may be contested. There is no assurance that applicable governmental bodies will not revoke or significantly alter the conditions of applicable licenses that are required by the Escobal mine. Changes to Guatemalan laws, including new mining legislation or adverse court rulings could materially and adversely impact our rights to exploration and exploitation licenses necessary for the Escobal mine. See "Description of Our Business – Doing Business in Guatemala" and "– Risk Factors – Risks Relating to Our Business – Operations in Guatemala".

There is no guarantee that title to the Escobal mine or surface rights will not be challenged or impugned. Our properties may be subject to prior unregistered liens, agreements or transfers, indigenous land claims or undetected title defects.

In Guatemala, legal rights applicable to exploration and exploitation licenses are different and separate from legal rights applicable to surface lands. Accordingly, title holders of licenses must reach agreement with surface land owners on adequate remuneration to compensate for mining activities on their land. Not all surface rights are registered interests such that there may be doubt concerning the ownership of surface rights and the validity of agreements related to surface rights.

*Governmental Laws and Regulations*

Our operations, exploration and development activities are subject to the laws and regulations of Guatemala that govern various matters including environmental protection, management and use of toxic substances and explosives, management of natural resources, exploration, development, production, and post-closure reclamation of mines, imports and exports, price controls, taxation, mining royalties, labour standards and occupational health and safety, including mine safety and historic and cultural preservation.

The costs associated with legal compliance are substantial. In addition, possible future laws and regulations, changes to existing laws and regulations (including the imposition of higher taxes and mining royalties which have been, or may be, implemented or threatened) or more stringent enforcement of current laws and regulations by governmental authorities, could cause additional expense, capital expenditures, restrictions on or suspension of our operations and planned operations at the Escobal mine. Moreover, these laws and regulations may allow governmental authorities and private parties to bring lawsuits based upon damages to property and injury to persons resulting from the environmental, health and safety impacts of our operations, or possibly even those actions of parties from whom we acquired our mines or properties. Such legal actions could lead to the imposition of substantial fines, penalties or other civil or criminal sanctions. It is difficult to strictly comply with all regulations that may be imposed on us. We have competent and well-trained individuals and consultants to assist us with compliance with such laws and regulations, however, even with the application of considerable skill we may inadvertently fail to comply with certain laws. Failure to comply with laws and regulations could lead to financial restatements, fines, penalties, loss, reduction or expropriation of entitlements, the imposition of additional local, foreign or governmental parties as joint venture partners with carried or other interests and other material negative impacts on us.



22    Tahoe Resources Inc.

041

*Operating Hazards, Risks and Insurance*

The ownership, operation and development of a mine or mineral property involves many risks which even a combination of experience, knowledge and careful evaluation may not be able to overcome. These risks include environmental hazards, industrial accidents, explosions and third-party accidents, the encountering of unusual or unexpected geological formations, ground falls and cave-ins, mechanical failure, unforeseen metallurgical difficulties, power interruptions, flooding, earthquakes and periodic interruptions due to inclement or hazardous weather conditions. These occurrences could result in environmental damage and liabilities, work stoppages, delayed production and resultant losses, increased production costs, damage to, or destruction of, mineral properties or production facilities and resultant losses, personal injury or death and resultant losses, asset write downs, monetary losses, claims for compensation of loss of life and/or damages by third parties in connection with accidents (for loss of life and/or damages and related pain and suffering) that occur on company property, and punitive awards in connection with those claims and other liabilities.

It is not always possible to fully insure against such risks, and we may decide not to take out insurance against such risks as a result of high premiums or other reasons. Should such liabilities arise they could reduce or eliminate any future profitability and result in an increase in costs and a decline in value of our securities. Liabilities that we incur may exceed the policy limits of insurance coverage or may not be covered by insurance, in which event we could incur significant costs that could adversely impact our business, operations, potential profitability or value. Despite efforts to attract and retain qualified personnel, as well as the retention of qualified consultants, to manage our interests, even when those efforts are successful, people are fallible and human error could result in significant uninsured losses to us. These could include loss or forfeiture of mineral interests or other assets for non-payment of fees or taxes, significant tax liabilities in connection with any tax planning effort we might undertake and legal claims for errors or mistakes by our personnel.

*Mine Concentrate Transportation and Marketing Risk*

Concentrates containing combinations of silver, gold, lead and zinc are produced at the Escobal mine and loaded onto highway road vehicles for transport to sea ports for export to foreign smelters in markets such as Asia, Europe and North America. This type of process involves a high level of environmental and financial risk. The Company could be subject to potential significant increases in road and maritime transportation charges and treatment and refining charges. Transportation of such concentrate is also subject to numerous risks including, but not limited to, delays in delivery of shipments, road blocks, terrorism, civil unrest, weather conditions and environmental liabilities in the event of an accident or spill. The Company could be subject to limited smelter availability and capacity and could also face the risk of a potential interruption of business from a third party beyond its control, which in both cases could have a material adverse effect on the Company's operations and revenues. There is no assurance that smelting, refining or transportation contracts for the mine's products will be entered into and/or renewed on acceptable terms.

*Environmental Hazards*

All phases of our operations with respect to the Escobal mine are, and will continue to be, subject to environmental regulation in Guatemala. Environmental legislation in Guatemala involves strict standards and may entail increased scrutiny, fines and penalties for non-compliance, stringent environmental assessments of proposed projects and a high degree of responsibility for companies and their officers, directors and employees. Changes in environmental regulation, if any, may adversely impact our operations and future potential profitability. In addition, environmental hazards which are currently unknown may exist on the Escobal Mine. We may be liable for losses associated with such hazards, or may be forced to undertake extensive remedial clean-up action or to pay for governmental remedial clean-up actions, even in cases where such hazards have been caused by previous or existing owners or operators of the property, or by the past or present owners of adjacent properties or by natural conditions. The costs of such clean-up actions may have a material adverse impact on our operations and future potential profitability.

*Reclamation Obligations*

Reclamation requirements are designed to minimize long-term effects of mining exploitation and exploration disturbance by requiring the operating company to control possible deleterious effluents and to re-establish to some degree pre-disturbance land forms and vegetation. We are, and will continue to be, subject to such requirements for our activities on the Escobal mine. Any significant environmental issues that may arise, however, could lead to increased reclamation expenditures and could have a material adverse impact on our financial resources.

042

*Mineral Resource and Reserve Calculations are Only Estimates*

Any figures presented by us for Mineral Resources and Mineral Reserves in this AIF will only be estimates. There is a degree of uncertainty attributable to the estimation of Mineral Resources and Mineral Reserves. Until Mineral Resources or Mineral Reserves are actually mined and processed, the quantity of metal and grades must be considered estimates only and no assurances can be given that the predicted levels of metals will be produced. The estimating of Mineral Resources and Mineral Reserves includes a subjective process that relies on the judgment of the persons preparing the estimates. The process relies on the quantity and quality of available data and is based on knowledge, mining experience, analysis of drilling results and industry practices. Valid estimates made at a given time may significantly change when new information becomes available. While we believe that the Mineral Resource and Mineral Reserve estimates included in this AIF for the Escobal mine are well established and reflect management's best estimates, by their nature, resource and reserve estimates are imprecise and depend, to a certain extent, upon analysis of drilling results and statistical inferences that may ultimately prove to be inaccurate.

Estimated Mineral Resources or Mineral Reserves may have to be recalculated based on changes in metal prices, further exploration or development activity or actual production experience. This could materially and adversely affect estimates of the volume or grade of mineralization, estimated recovery rates or other important factors that influence resource or reserve estimates. The extent to which resources may be reclassified as Proven or Probable Mineral Reserves depends upon the demonstration of their profitable recovery, among other criteria. Proven and Probable Mineral Reserves may not be profitable in the future due to market price fluctuations, increased production costs, reduced recovery rates, or other factors. A reduction in reserves could have an adverse impact on our future cash flows, earnings, results of operations and financial condition.

*Infrastructure*

Mining activities depend, to one degree or another, on adequate infrastructure. Reliable roads, bridges, power sources and water supply are important elements of infrastructure, which affect capital and operating costs. If adequate infrastructure becomes unavailable in the future there can be no assurance that operations will achieve the anticipated production volume; or that the anticipated ongoing operating costs to operate the Escobal mine will not be higher than anticipated. Furthermore, unusual or infrequent weather phenomena, sabotage, government neglect or other interference in the maintenance or provision of necessary infrastructure could adversely affect our operations and profitability.

*Employee Recruitment and Retention*

Recruiting and retaining qualified personnel is critical to our success. We are dependent on the services of key executives and other highly skilled personnel focused on managing our interests. The number of persons skilled in the acquisition, development, and operation of mining properties is limited and competition for such persons is intense. As our business activity grows, we will require additional key financial, administrative, geologic and mining personnel as well as additional operations staff. There is no assurance that we will be successful in attracting, training and retaining qualified personnel as competition for persons with these skill sets increases. If we are not successful in attracting, training and retaining qualified personnel, the efficiency of our operations could be impaired, which could have an adverse impact on our future cash flows, earnings, results of operations and financial condition.

*Adverse General Economic Conditions*

Unprecedented events in global financial markets in the past several years have had a profound impact on the global economy. Many industries, including the silver and gold mining industry, are impacted by these market conditions. Some of the key impacts of the current financial market turmoil include contraction in credit markets resulting in a widening of credit risk, devaluations, high volatility in global equity, commodity, foreign exchange and precious metal markets and a lack of market liquidity. A continued or worsened slowdown in the financial markets or other economic conditions, including but not limited to, consumer spending, employment rates, business conditions, inflation, fuel and energy costs, consumer debt levels, lack of available credit, the state of the financial markets, interest rates and tax rates, may adversely affect our growth and profitability. Specifically, the global credit/liquidity crisis could impact the cost and availability of financing and our overall liquidity, the volatility of silver, gold, lead and zinc prices would impact our revenues, profits, losses and cash flow, continued recessionary pressures could adversely impact demand for our production, volatile energy, commodity and consumables prices and currency exchange rates would impact our production costs and the devaluation and volatility of global stock markets would impact the valuation of our equity and other securities. These factors could have a material adverse effect on our financial condition and results of operations.

 Tahoe Resources Inc.

*Competition for New Properties*

An element of our business strategy is to make selected acquisitions. We expect to continue to evaluate acquisition opportunities on a regular basis and intend to pursue those opportunities that we believe are in our long-term best interests. There is a limited supply of desirable mineral lands available in areas where we would consider conducting exploration or development activities. Because we face strong competition for new properties from other mining companies, some of which have greater financial resources than we do, we may be unable to acquire attractive new mining properties on terms that we consider acceptable. In addition, competition in the mining business for limited sources of capital could adversely impact our ability to acquire and develop suitable mining properties, development projects, producing companies or properties having significant exploration potential. As a result, there is no assurance that we will be able to acquire additional mining properties.

The success of any acquisition that we make will depend upon our ability to effectively manage the operations of entities we acquire and to realize other anticipated benefits. The process of managing acquired businesses may involve unforeseen difficulties and may require a disproportionate amount of management resources. There can be no assurance that we will be able to successfully manage the operations of businesses we acquire or that we achieve the anticipated benefits of our acquisitions.

*Shortages of Critical Parts, Equipment and Skilled Labour*

Our ability to acquire critical resources such as input commodities, drilling equipment, tires and skilled labour due to increased worldwide demand, may cause unanticipated cost increases and delays in delivery times, thereby impacting operating costs, capital expenditures and development schedules.

*Foreign Exchange Rate Fluctuations*

Fluctuations in currency exchange rates, particularly the weakening of the US dollar against the Guatemalan quetzal could have a significant effect on our results of operations. We may from time to time engage in foreign currency trading activities in order to minimize these effects on our operating results.

*Developments Regarding Indigenous Peoples*

To the best of our knowledge, although indigenous people may have inhabited the area at one time, there are no indigenous populations currently living in the immediate area of the Escobal mine site. In 2014, the Company engaged with indigenous communities that expressed an interest in the Escobal mine and to date, more than 70 indigenous community members have visited the Escobal mine. In addition, indigenous peoples have participated in the Company's avocado and coffee rust prevention programs and received donations of agricultural supplies and musical instruments through its social investment program. The Company also attended workshops with the Guatemalan government and other private sector organizations to promote the elimination of all forms of racial discrimination against indigenous groups.

According to Guatemala's most recent census--National Institute of Statistics (Census 2002)--SRLFs population is 99.6% "Ladino", meaning of Hispanic origin and non-indigenous. Nevertheless, laws and movements respecting the acquisition of lands and other rights of indigenous communities may alter decades-old arrangements made by prior owners of the lands where the Escobal mine is located. We used commercially reasonable efforts in our dealings to ensure all land-related agreements were entered into in accordance with applicable laws, but there is no guarantee that future laws and actions will not have a material adverse effect on our operations at the Escobal mine or on our financial position, cash flow and results of operations.

*Community Action*

In recent years, communities of both indigenous people and others, and non-governmental organizations ("NGOs") in Guatemala have become more vocal and negative with respect to mining activities in the country. These communities and NGOs have taken such actions as road closures, work stoppages and initiating lawsuits for damages. In addition, they have petitioned human rights organizations, including the Inter American Commission on Human Rights ("IACHR"), alleging human rights violations associated with mining operations, and the Canadian National Contact Point, alleging violations of the Organisation for Economic Co-operation and Development Guidelines for Multinational Enterprises, for support for their anti-mining activities. These actions relate not only to current activities but often in respect to decades-old mining activities by prior owners of mining properties. Such actions by communities and NGOs may have a material adverse effect on our operations at the Escobal mine and on the Company's financial position, cash flow and results of operations.

*Claims and Legal Proceedings*

We may be subject to claims or legal proceedings covering a wide range of matters that arise in the ordinary course of business activities, including claims relating to ex-employees. These matters may give rise to legal uncertainties or have unfavourable results. We will carry liability insurance coverage and mitigate risks that can be reasonably estimated. In addition, we may be involved in disputes with other parties in the future that may result in litigation or unfavourable resolution which could materially adversely impact our financial position, cash flow and results of operations.

*Conflicts of Interest*

Certain of our directors and officers also serve as directors and/or officers of other companies involved in natural resource exploration and development. Consequently, there is a possibility that a conflict could arise for such directors and officers. Any Company-related decision made by any of these directors and officers should be made in accordance with their duties and obligations to deal fairly and in good faith and to act in the best interests of the Company and its shareholders. In addition, each of the directors is required to declare and refrain from voting on any matter in which such director may have a conflict of interest in accordance with the procedures set forth in the Company's Code of Business Conduct, in the BCA and other applicable laws.

*Production Decision*

The Company did not base its initial production decision on a feasibility study of Mineral Reserves, but subsequently in November 2014, published the NI 43-101 compliant Escobal Feasibility Study demonstrating the economic and technical viability of the Escobal mine.

**R ISKS R ELATING TO O UR S HARES**

*Market Price of Shares and Volatility*

Securities of mining companies have experienced substantial volatility in the past, often based on factors unrelated to a companies' financial performance or prospects. These factors include macroeconomic developments in North America and globally and market perceptions of the attractiveness of particular industries. The price of our Shares is also likely to be significantly affected by short-term changes in silver or other mineral prices or in our financial condition or results of operations. Other market-related factors unrelated to our performance that may affect the price of the Shares include the following: the extent of analytical coverage available to investors concerning our business may be limited if investment banks with research capabilities do not follow the Company; lessening in trading volume and general market interest in the Shares may affect an investor's ability to trade significant numbers of Shares; the size of our public float may limit the ability of some institutions to invest in Shares; and a substantial decline in the price of the Shares that persists for a significant period of time could cause the Shares, if listed on an exchange, to be delisted from such exchange, further reducing market liquidity. As a result of any of these factors, the market price of the Shares at any given point in time may not accurately reflect our long-term value. Securities class action litigation often has been brought against companies following periods of volatility in the market price of their securities. We may in the future be the target of similar litigation. Securities litigation could result in substantial costs and damages and divert management's attention and resources.

The market price of the Shares is affected by many other variables which are not directly related to our success and are, therefore, not within our control. These include other developments that affect the market for all resource sector securities, the breadth of the public market for our Shares and the attractiveness of alternative investments. The effect of these and other factors on the market price of the Shares is expected to make the Share price volatile in the future, which may result in losses to investors.

*Dilution*

Future sales or issuances of equity securities could decrease the value of the Shares, dilute shareholders' voting power and reduce future potential earnings per Share.

We may sell additional equity securities in subsequent offerings (including through the sale of securities convertible into Shares) and may issue additional equity securities to finance our operations, development, exploration, acquisitions or other projects. We cannot predict the size of future sales and issuances of equity securities or the effect, if any, that future sales and issuances of equity securities will have on the market price of the Shares. Sales or issuances of a substantial number of equity securities, or the perception that such sales could occur, may adversely affect prevailing market prices for the Shares. With any additional sale or issuance of equity securities, investors will suffer dilution of their voting power and may experience dilution in our earnings per Share.

26

Tahoe Resources Inc.

In addition, in connection with any equity financing by the Company, the dilution to the relative proportion of the equity of the existing shareholders of the Company may be increased in the event Goldcorp exercises its anti-dilution rights under the Shareholders' Agreement. Such rights are exercisable by Goldcorp as long as Goldcorp and its affiliates beneficially own at least 20% of the number of the issued and outstanding Shares. See "General Development of the Business – The Transaction Agreement and Shareholders' Agreement".

*Significant Shareholder*

As at March 11, 2015, Goldcorp owns 58,051,692 Shares, representing approximately 39% of the current issued and outstanding Shares. Subject to applicable law and to contractual protections negotiated by us, Goldcorp may, as a practical matter, be able to cause the Company to effect corporate transactions without the consent of other shareholders and cause or prevent a change in control of the Company. See "General Development of the Business – The Transaction Agreement and Shareholders' Agreement". Upon completion of the business combination with Rio Alto, Goldcorp's Share ownership is expected to represent approximately 26% of the Shares expected to be issued and outstanding at that time.

*Dividends*

The Company's policy and payment of cash dividends will be reviewed periodically by our Board and will depend upon, among other things, conditions then existing including earnings, financial condition and capital requirements, restrictions in financing agreements, business opportunities and conditions and other factors. See "Dividends and Distributions".

## THE ESCOBAL MINE

### *R ECENT A CTIVITIES AT THE E SCOBAL M INE*

The Company achieved commercial production at the Escobal mine on January 14, 2014. In 2014, the mine processed a total of 1.25 million tonnes of ore with average feed grades of 585 g/t Ag, 0.42 g/t Au, 0.93% Pb, and 1.43% Zn; recovering 20.3 million ounces of silver, 10,893 ounces of gold, 10,359 tonnes of lead, and 13,394 tonnes of zinc in concentrate. Metal recoveries into each of the lead and zinc concentrates met or exceeded expectations.

The Escobal mine and processing facilities are operating at design capacity, with capital development and stope development and production at levels to sustain the 3,500 tpd processing rate. Mill throughput in 2014 averaged 3,413 tpd, including the first quarter ramp-up period. Now that the Escobal mine has reached operational design parameters, the Company is focused on optimizing mining and processing procedures.

In November 2014, the Company released the Escobal Feasibility Study which demonstrated the feasibility of the Escobal mine, updated the Mineral Resource Estimate, and supported the Company's initial declaration of Proven and Probable Mineral Reserves. At January 23, 2014, Measured and Indicated Mineral Resources stood at 434 million ounces of silver at an average silver grade of 346 g/t. At July 1, 2014, Proven and Probable Mineral Reserves for the Escobal mine were 31.4 million tonnes with an average silver grade of 347 grams per tonne, containing 350.5 million ounces of silver in the life of mine plan. The Escobal Feasibility Study predicts average annual silver production in excess of 19 million ounces (22.4 million silver-equivalent ounces) over the first ten years of the mine life. The Feasibility Study also estimates the remaining capital to expand the production rate from 3,500 tpd to 4,500 tpd to be $24.3 million. All expansion capital and life of mine sustaining capital are expected to be funded by the Company's existing cash balance and projected future cash flow from the Escobal mine.

Expanding mine production to 4,500 tpd requires the purchase of additional underground equipment, increased paste backfill capacity, and additional tailing filtering capacity. Equipment purchases have been initiated and the upgraded backfill plant and additional tailing filter unit are expected to be commissioned and operational to support the planned schedule to reach the increased throughput goals by mid-year 2015. We expect capital costs to remain within the 2015 guidance the Company released on January 20, 2015 and available on www.sedar.com or on the Company's website.

The Company employed 885 people in Guatemala at the end of 2014, excluding expatriate staff. The extensive safety and training programs implemented in 2014 have resulted in reductions in employee accidents and safety incidents and increased productivity in all areas of operations - surface operations, process plant operations, and underground mine operations.

046

## P ROJECT S ETTING , L OCATION , A CCESS AND I NFRASTRUCTURE

The Escobal mine is located in southeast Guatemala, approximately 40 km east-southeast of Guatemala City and 2 km east of the town of SRLF in the Department of Santa Rosa. SRLF has a population of over 3,000 people and is 70 km from Guatemala City by paved road. Access to the area is also possible from the northeast on a paved highway via the town of Mataquescuintla. The majority of the workforce is derived from communities within Santa Rosa department and elsewhere in Guatemala, with a small expatriate contingency.

The local climate consists of two major seasons; a "rainy" season between May and November and a "dry" season between November and May. Annual precipitation averages 1,689 millimetres. Average temperatures vary between 14°C and 33°C. Mining activities are expected to be able to be conducted year-round.

The project area lies within mountainous terrain interspersed with rolling hills and valleys. Elevations range from 1,300 metres in the valley on the west end of the Escobal vein to 1,800 metres in the drilled east extension. The high mountain range of Montana Soledad Grande north and east of the Escobal mine rises to an elevation of 2,600 metres. Vegetation is characterized by natural mountain forest species that consist of oak, pine and cypress tree varieties and lower strata scrub-brush species.

There is a high voltage electrical line that extends to the town of SRLF, which has potential to be upgraded to handle the anticipated load requirements for the Escobal mine. The Company's long-term expectation is that electrical power may be provided to the project from Guatemala's existing national grid by means of connecting to the existing SRLF substation at a voltage level of 69 kilovolts, and constructing a new 7 km 69kv line to site. Power line installation along the highway right-of-way commenced in September 2012 but was interrupted by protestors. Given the civil unrest, the Company implemented plans to provide diesel generator power for the mine in order to prevent delay to the production schedule. Power generation is more than adequate to support full scale production and is expected to be available for as long as the Company chooses to utilize this option. The Company is evaluating alternative sources of power for the Escobal mine including recommencement of the power line work.

In 2011, the Company established communication facilities at the mine site including telephone and internet services. Water wells within the Escobal mine area are capable of providing sufficient water for the Escobal mine without impacting local residents or communities. Sufficient land has been purchased to host the required tailings, waste rock, process plant facilities, and underground access for the mining operation. Water wells have been developed within the Escobal mine area to provide water for mining and process needs. Potable water is brought to the project from outside sources as needed.

## H ISTORY

The Escobal property dates back to 1996 when Entre Mares prospected in the area and identified high-grade gold values associated with surface quartz veins in the western portion of the Escobal vein. In 2006, Entre Mares initiated regional exploration in the area, partially based on verifying geochemical anomalies in the company's database. In late 2006, significant silver and gold grades were detected from surface sampling along an extensive alteration zone developed over the Escobal vein. An exploration license was applied for in October 2006 and was granted in March 2007. Exploration drilling commenced in May 2007 and is ongoing.

In early 2010, Goldcorp, predecessor owner of the Escobal mine, reported a Measured and Indicated Mineral Resource estimate for the Escobal property of 6.97 million tonnes at 0.63 g/t Au and 580.3 g/t Ag and an Inferred Resource of 13.15 million tonnes at 0.53 g/t Au and 443.4 g/t Ag. Goldcorp did not release a technical report to support the Mineral Resource declaration at that time.

Four NI 43-101 Technical Reports have been completed on the Escobal property or mine as follows:

- AMEC Americas Ltd. in April 2010;

- M3 Engineering & Technology Corporation in November 2010;

- M3 in May 2012 (reissued July 2013); and

- M3 in November 2014.

The technical report entitled "Escobal Mine Guatemala NI 43-101 Feasibility Study" and dated November 5, 2014 forms the basis of Tahoe's operational plans for the Escobal mine as discussed herein. All scientific and technical information in this AIF relating to updates to the Escobal mine disclosure since the date of Escobal Feasibility Study has been verified by Charles Muerhoff, the Company's Vice President Technical Services and Qualified Person as defined by NI 43-101.

28

Tahoe Resources Inc.

*2014 E SCOBAL F EASIBILITY S TUDY*

We engaged M3, an independent mining and engineering consulting firm, of Tucson, Arizona to supervise the preparation of the Escobal Feasibility Study issued on November 5, 2014, which is available for viewing on SEDAR under our profile and on our website at www.tahoeresourcesinc.com . The Escobal Feasibility Study contains an updated Mineral Resource estimate, the Company's initial Mineral Reserve statement and an economic analysis demonstrating the viability of the Escobal mine. The effective date of the Escobal Feasibility Study is November 5, 2014; the effective date of the Mineral Resource estimate is January 23, 2014; and the effective date of the Mineral Reserve estimate is July 1, 2014.

The Qualified Person and principal author of the Escobal Feasibility Study is Conrad Huss, P.E., of M3. All M3 personnel who contributed to the study were supervised by Mr. Huss. The Qualified Person responsible for the review of the civil and environmental aspects of the Escobal mine is Daniel Roth, P.E., of M3. The Qualified Person responsible for the review of the metallurgical testing, process flow sheets, and process plant at the Escobal mine is Thomas L. Drielick, P.E., of M3. The Qualified Person responsible for the review of the tailings and waste rock facility at the Escobal mine is Jack Caldwell, P.E., of Robertson GeoConsultants Inc. of Vancouver, British Columbia, an independent engineering consulting firm. The Qualified Person responsible for the review of the geology, drilling, sampling methodology, sample preparation and analysis, data verification, and for preparing the Mineral Resource estimate for the Escobal mine, is Paul Tietz, C.P.G., of Mine Development Associates ("MDA") of Reno, Nevada, an independent mining consulting firm. The Qualified Person responsible for the Mineral Reserve estimate and review of mining methods, mine infrastructure, and production scheduling is Matthew Blattman, P.E. of Blattman Brothers Consulting, LLC of Cypress, Texas, an independent mining consulting firm.

The November 2014 Feasibility Study forms the basis for the operating and production plan for the Escobal mine.

*M INERAL T ENURE , S URFACE R IGHTS , AND R OYALTIES*

*Mineral Tenure*

The Escobal mine is 100% owned by the Company through its wholly-owned subsidiary Minera San Rafael, S.A, and currently comprises two mineral licenses covering approximately 79.9 km² on the Escobal vein and extensions. These include the Escobal exploitation license covering 20 km² and the Juan Bosco exploration license covering 59.9 km². In addition, there are a number of applications for reconnaissance and exploration licenses associated with the Escobal mine. The granting of these license applications is still pending.

Exploration licenses in Guatemala are granted for an initial period of three years which can be extended for two additional periods for two years each, for a total holding period of seven years. According to Guatemala law, after 2014, no additional extensions will be permitted and an exploitation license application must be made. Prior to the application for an exploitation license, a pre-feasibility study, mine plan and environmental impact assessment must be completed.

The Oasis, Lucero and Andres exploration licences were granted to Entre Mares on March 26, 2007, August 21, 2007 and December 17, 2007, respectively, and were transferred to Minera San Rafael as part of the Acquisition in 2010. On July 8, 2011, an application was submitted to MEM for the Escobal exploitation concession, covering 20.0 km $^2$ of area over the Escobal vein designated for mine development in the original Oasis exploration concession. On October 21, 2011, MARN notified the Company that it had approved the Exploitation EIS and on April 3, 2014, MEM approved the Escobal exploitation concession for a period of 25 years. Upon filing of the Escobal exploitation concession application, three new exploration concessions (Oasis I, II, III) were requested to occupy the area liberated through elimination of the original Oasis concession. Similarly, new exploration concessions were requested over areas covered by the Andres (Andres I and II) on May 12, 2014 and Lucero (Lucero I and Lucerito) on August 8, 2014, after completion of the original seven year holding period on these concession areas.

In addition to the granted exploration and exploitation licenses, applications for the Soledad and El Silencio reconnaissance licenses were submitted to MEM in 2006 and 2010, respectively. The granting of these license applications is still pending.

In an attempt to encourage revision of the mining law that had been proposed in 2012, Guatemala President Otto Perez Molina asked Congress in July to approve a two-year temporary moratorium on the granting of new mining and exploration licenses. Congress has taken no action on the proposal. The Company's existing licenses, including the Escobal exploitation license, have not been affected by the President's request.

048

**Figure 2 – Escobal mine Concession Map**



The following table shows concession type, size and application/grant/expiry dates for all MSR concessions:

| Concession License No. | Type | Area (km$^2$) | Application Date | Approval Date | 1st Extension Approved |
|---|---|---|---|---|---|
| OASIS LEXR-040-06 | Exploration | 40.0 | 10/25/2006 | 3/15/2007 | 4/27/2010 |
| LUCERO LEXR-041-06 | Exploration | 30.8 | 10/25/2006 | 7/20/2007 | 3/29/2012 |
| SOLEDAD SR-03-06 | Recon. | 802.5 | 12/6/2006 | pending | |
| ANDRES LEXR-030-07 | Exploration | 40.0 | 5/18/2007 | 11/6/2007 | 3/29/2012 |
| EL OLIVO SEXR-029-07 | Exploration | 36.0 | 5/18/2007 | pending | |
| JUAN BOSCO SEXR-089-08 | Exploration | 59.9 | 11/12/2008 | 5/9/2012 | |
| PUENTE QUEBRADO SEXR-049-09 | Exploration | 3.0 | 10/9/2009 | pending | |
| MELISSA SEXR-050-09 | Exploration | 3.0 | 10/9/2009 | pending | |
| VALENCIA SEXR-050-10 | Exploration | 7.0 | 8/23/2010 | pending | |
| GRANADA SEXR-054-10 | Exploration | 5.0 | 10/6/2010 | pending | |
| CRISTINA SEXR-055-10 | Exploration | 52.5 | 10/6/2010 | pending | |
| EL SILENCIO SR-06-10 | Recon. | 1,098.1 | 11/4/2010 | pending | |
| CIPRESES SEXR-048-09 | Exploration | 3.0 | 10/09/2009 | pending | |
| PAJAL | | | | | |

| SEXR-058-11 | Exploration | 66.0 | 5/4/2011 | pending | |
| ESCOBAL LEXT-015-11 | Exploitation | 20.0 | 7/8/2011 | 04/03/2013 | |
| EL DURAZNO SEXR-104-11 | Exploration | 48.8 | 7/29/2011 | pending | |

 Tahoe Resources Inc.

| Concession License No. | Type | Area (km$^2$) | Application Date | Approval Date | 1st Extension Approved |
|---|---|---|---|---|---|
| PAJARITA SEXR-104-11 | Exploration | 57.0 | 7/29/2011 | pending | |
| TERESA SEXR-109-11 | Exploration | 68.5 | 8/17/2011 | pending | |
| OASIS I SEXR-117-11 | Exploration | 12.8 | 8/31/2011 | pending | |
| OASIS II SEXR-118-11 | Exploration | 7.0 | 8/31/2011 | pending | |
| OASIS III SEXR-119-11 | Exploration | 0.2 | 8/31/2011 | pending | |

Yearly payments are made to MEM for each concession based on concession size and a graduating "concession age" factor. For exploration concessions the current holding cost amounts to approximately $400 to $1,200 per km$^2$. For exploitation concessions a fixed cost of approximately $1,500 is charged per km$^2$. Required payments are current for all concessions held by the Company.

There are no defined work requirements to keep an exploration concession valid, although exploration activity (sampling, mapping, etc.) must to be conducted and results filed with the MEM on an annual basis. The Company has filed exploration activity reports with MEM for all exploration and exploitation concessions each year as required.

*Surface Rights*

In Guatemala, the surface rights are independent of mining rights and must be negotiated separately. There is no allowance for expropriation in Guatemala. Approximately 281 hectares of surface rights have been acquired or are under contract by the Company. These surface rights are sufficient to provide for our operations at the Escobal mine, including areas for tailings disposal, waste rock disposal, processing plant, and ancillary surface facilities.

*Royalty*

Up to December 31, 2014, the Company paid a 5% NSR royalty (1% mandatory, 4% voluntary) on the concentrates sold from the Escobal mine production. Effective January 1, 2015, the royalty increased to a 10% NSR. See "Doing Business in Guatemala – Mining" for details on the updated royalty rates effective January 1, 2015, as set out in the updated Guatemalan mining law. See "Description of Our Business – Doing Business in Guatemala – Mining".

### P ERMITS

Operations at the Escobal mine are conducted under permits and licenses issued by MEM and MARN. All required permits for surface and underground activities are in place. The environmental approvals and requirements for the Escobal mine from MARN are specified in Resolution 3061-2011/DIGARN/ECM/beor, dated October 19, 2011. Exploitation activities are authorized by MEM through exploitation license LEXT 015-11, dated April 3, 2013. The export of concentrates from the Escobal mine is licensed through MEM, with annual renewal requirements. The Company's export license (EXPORT-TI-17-2014) is current and valid.

### E NVIRONMENT

We have implemented a comprehensive Environmental Impact Management Program developed specifically for the conditions at Escobal, which addresses operating, reporting, and mitigation procedures for surface and underground operations. Based on our due diligence in respect of the Acquisition, our completed and approved Exploitation EIS and our activities at the Escobal mine since that time, we have identified and, where applicable, mitigated potential material environmental liabilities through our Environmental Impact Management Program.

Our environmental management mandate is to meet or exceed North American standards, practices and regulations. No impacted materials are directly discharged from the site. Impacted water is treated when necessary to meet or exceed industry standards prior to being released into the environment. Our Environmental Impact Management Program for the Escobal project commenced in 2011 and includes the following:

- Filtered and dry stacked tailings;

- Lined storm water and waste water facilities;

- A concurrent reclamation program;

051

Annual Information Form for the Year Ended December 31, 2014   31

- Process water recovery and recycling;

- Process/contact water treatment systems;

- Surface and groundwater monitoring programs; and

- Underground paste backfill.

The Company estimates the present value of asset retirement obligations at $3.5 million to reclaim the Escobal mine at the end of the mine life. As at December 31, 2014, we had recorded the full amount of this reclamation liability. No liability has been recorded for environmental disturbance associated with our exploration drill pads and drill roads since they are concurrently reclaimed as part of the drilling process as soon as drilling is finished.

### G EOLOGY AND M INERALIZATION

The geological setting of Guatemala is comprised of two tectonic terrains juxtaposed across a major tectonic plate boundary. The northern half of Guatemala is on the North American plate, and the southern half is on the Caribbean plate with three major east-west trending faults forming the collision boundary. The Escobal mine is on the Caribbean plate, south of the faults. The area is characterized by a series of volcanic units derived from multiple eruptive events. The Escobal deposit is an intermediate-sulfidation fault-related vein formed within Tertiary sedimentary and volcanic rocks within the Caribbean plate. The Escobal vein system hosts silver, gold, lead and zinc, with an associated epithermal suite of elements, within quartz and quartz-carbonate veins. Quartz veins and stockwork up to 50 metres wide, with up to 10% sulfides, form at the core of the Escobal deposit and grade outward through silicification, quartz-sericite, argillic and propylitic alteration zones.

Drilling to date has identified continuous precious and base metal mineralization over a 2,400 metre lateral distance and 1,200 metre vertical range in three zones; the East, West and Central zones. The vein system is oriented generally east-west, with variable dips. The East zone dips to the south from 60° to 75° and steepens to near-vertical at depth. The majority of the mineralized structure(s) in the West zone dips from 60° to 70° to the north, steepens to near-vertical and then again dips towards the north at depth. The upper eastern portion of the Central zone dips 60° to 70° to the south as in the East Zone, and changes to vertical or north dip at depth.

Drilling at the Escobal mine property was conducted by Entre Mares (Goldcorp) from 2007 up to the time of our acquisition of the Escobal mine and we have continued drilling since that time. Drilling has been carried out using a combination of contracted and company-owned drills. As of December 31, 2014, a total of 481 surface drill holes (204,323 metres) have targeted the Escobal vein system. An additional 674 diamond drill holes (77,231 metres) were completed from underground drill stations using company-owned drills for stope definition. All vein intercepts at the Escobal mine were drilled by diamond drill (core) methods, with the majority of mineralized intercepts drilled with NTW-size drill core.

The Escobal vein is one of numerous vein showings recognized in the district. Using the geologic model developed for the Escobal vein, prospective areas were evaluated throughout the region to identify drill-viable targets that occur within our currently held license areas. Through the end of 2014, initial drill testing of vein targets outside of the Escobal exploitation concession has consisted of 16 drill holes totaling 4,964 metres.

### S AMPLE P REPARATION , A NALYSIS AND S ECURITY

The drill core for the Escobal mine is photographed, logged for geologic and geotechnical properties and sampled at the project site. Geologists determine sample intervals based on geologic and/or mineralogic changes. The drill core is generally sampled at 1.0 -meter to 1.5 -metre lengths though sample intervals can be defined from less than one metre in zones of discreet mineralization to over three metres in weakly mineralized or altered areas. Once the sample intervals are determined, the core is marked and tagged in wood core boxes.

Exploration core samples selected for analysis are cut lengthwise using mechanized diamond saws. One-half of the core is placed in a plastic sample bag with a sample tag while the remaining half core is replaced in the core box for future reference. The samples are then taken to SRLF where they are stored in Minera San Rafael's secured office/warehouse facility until they are picked up by Inspectorate, an independent commercial laboratory. Inspectorate operates a sample preparation facility in Guatemala City and couriers the sample pulps to their facility in Reno, Nevada USA for analysis. Inspectorate holds sample pulps in secured storage in Guatemala City.

Underground definition drill core is normally sampled in its entirety, with the samples placed in plastic bags with sample tags. Samples are stored in a secure location at the Escobal mine site until they are either picked up by, or delivered to, Inspectorate. Inspectorate holds sample pulps in secured storage in Guatemala City and returns coarse reject to the mine.

32    Tahoe Resources Inc.

Inspectorate has been the primary analytical laboratory for all Escobal mine drill sample preparation and analysis, with only minor exceptions. All samples have been prepared and analyzed using industry-standard practices suitable for the mineralization at the Escobal mine. Gold is analyzed by fire assay with atomic absorption (AA) finish; silver is analyzed by digestion/AA, with higher grade samples repeated using fire assay and gravimetric methods. Lead and zinc are analyzed by induced coupled polarization or by digestion/AA, with high grade samples repeated using titration methods. Both Entre Mares and Tahoe have conducted quality assurance and quality control (QA/QC) programs throughout all of the drill campaigns at the Escobal mine, which include check assaying and duplicate sample assaying at other laboratories, and the use of blind assay standards and assay blanks.

## M INERAL R ESOURCES

The Mineral Resource estimate for the Escobal mine as published in the November 2014 Feasibility Study contains 433.9 million ounces of silver classified as Measured and Indicated Mineral Resources and 9.3 million ounces of silver classified as Inferred Mineral Resources, with significant amounts of gold, lead, and zinc reported in both resource categories. The effective date of the Escobal Mineral Resource estimate is January 23, 2014. A summary of the Measured, Indicated and Inferred Mineral Resources, using a cut-off grade of 130 g/t silver-equivalent, is provided in the following table:

| NOVEMBER 2014 ESCOBAL FEASIBILITY STUDY: SUMMARY OF MINERAL RESOURCES | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Classification** | **Tonnes (M)** | **Silver (g/t)** | **Gold (g/t)** | **Lead (%)** | **Zinc (%)** | **Silver (Moz)** | **Gold (koz)** | **Lead (kt)** | **Zinc (kt)** |
| Measured Resources | 6.5 | 511 | 0.40 | 0.91 | 1.59 | 107.4 | 85 | 59 | 104 |
| Indicated Resources | 32.5 | 313 | 0.32 | 0.68 | 1.12 | 326.5 | 333 | 221 | 364 |
| **Measured + Indicated** | **39.0** | **346** | **0.33** | **0.72** | **1.20** | **433.9** | **418** | **281** | **467** |
| Inferred Resources | 1.4 | 224 | 1.24 | 0.25 | 0.47 | 9.3 | 50 | 3 | 6 |

Mineral Resources for the Escobal vein were estimated from approximately 58,600 samples obtained from 842 surface and underground diamond drill core holes, totaling 231,326 metres. Data verification for the Mineral Resources as reported in the November 2014 Escobal Feasibility Study was supervised by Paul Tietz, CPG, of MDA. Data verification included verification of drill locations in the field, review of sample handling and data collection procedures, and independent verification sampling/assaying of drill core. MDA also completed a full audit of the Escobal database, analysis of the QA/QC data and a study of core recovery and its relationship to metal grades.

MDA modeled and estimated the Escobal mine Mineral Resources by refining the geologic model, evaluating the drill data statistically, interpreting mineral domains on cross sections and level plans, analyzing the modeled mineralization statistically to establish estimation parameters, and estimating silver, lead, gold, and zinc grades into a three-dimensional block model using inverse distance cubed (ID3).

Silver-equivalent value for determining the resource cut-off grade was calculated using metal prices of $22.00/oz Ag, $1,325/oz Au, $1.00/lb Pb, and $0.95/lb Zn, with no metal recovery factors applied. The effective date of the Escobal Mineral Resources estimate is January 23, 2014.

## M INERAL R ESERVES

The Escobal Proven and Probable Mineral Reserves total 31.4 million tonnes at average grades of 347 g/t Ag, 0.33 g/t Au, 0.74% lead and 1.21% zinc containing 350.5 million ounces of silver, 335,600 ounces of gold, 232,100 tonnes of lead and 381,600 tonnes of zinc. A summary of the Escobal Mineral Reserves estimate is provided in the following table:

| NOVEMBER 2014 ESCOBAL FEASIBILITY STUDY: SUMMARY OF MINERAL RESERVES | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Classification** | **Tonnes (M)** | **Silver (g/t)** | **Gold (g/t)** | **Lead (%)** | **Zinc (%)** | **Silver (Moz)** | **Gold (koz)** | **Lead (kt)** | **Zinc (kt)** |
| Proven Reserves | 6.0 | 457 | 0.37 | 0.86 | 1.51 | 87.8 | 70.8 | 51.7 | 90.2 |
| Probable Reserves | 25.4 | 321 | 0.32 | 0.71 | 1.14 | 262.7 | 265.2 | 180.4 | 291.3 |
| **Proven + Probable** | **31.4** | **347** | **0.33** | **0.74** | **1.21** | **350.5** | **335.6** | **232.1** | **381.6** |

The Escobal Mineral Reserves were estimated by Matthew Blattman, P.E., of Blattman Brothers Consulting LLC. Blattman completed a mine design and schedule from the Measured and Indicated Resources based on the actual production and development methods and rates from the Escobal mine.

Cut-off grades to define the Mineral Reserves were calculated from the NSR value of the resource model blocks minus the production cost to account for variability in mining method and metallurgical response. NSR value was determined using metal prices of $22.50 per ounce silver, $1,300.00 per ounce gold, $0.95 per pound lead and $0.90 per pound zinc. By using a slightly optimistic value for silver, the continuity of the ore-grade mineralization along the edges of the mineral deposit provided for more realistic stope design. Mining, processing and general and administrative (G&A) costs, metallurgical performance and smelter contract rates from the Escobal mine, and engineering first-principles were used to derive operating costs and revenue.

Proven and Probable Mineral Reserves include 31% dilution that takes into account internal and external mining dilution and dilution from paste backfill where applicable. Subeconomic material internal to the stope designs and external mining dilution account for approximately 20% and 9% of the dilution total, respectively. Paste backfill dilution accounts for about 2%. Resources within the mine plan classified as Inferred have been given metal grades of zero. Blattman acknowledges that lower dilution rates may be attainable when mining.

The effective date of the Escobal Mineral Reserves Estimate is July 1, 2014. The reserve model has been depleted to account for Mineral Resources extracted prior to this date. Mineral Reserves are inclusive of Mineral Resources.

### M INING

The Escobal mine is accessed via two primary declines (East Central and West Central ramps) which provide access to the Central and West zones of the deposit. A third internal primary ramp is currently being driven into the East Zone from the East Central ramp. Access ramps are driven from the main ramp system to establish sublevel footwall laterals driven parallel to the vein on 25m vertical intervals. Primary and secondary development headings are mined 5 m wide by 6 m high with arched backs. The primary ramps are typically driven at a maximum gradient of -15%.

Underground development of the Escobal mine commenced in May 2011, with construction of the East Central and West Central decline portals; after which ramp development began. Through the end of 2014, approximately 10,800 metres of capital development and 400 metres of vertical development (ventilation raises) have been completed.

Mining is being done by transverse longhole stoping with future mining by a combination of transverse and longitudinal longhole stoping. The stopes are accessed from the footwall laterals. Through the end of 2014, approximately 11,000 metres of stope development has been completed. Ore is hauled to the surface by truck to the ore stockpile, located proximal to the primary crusher. Development waste rock is hauled by truck to the surface and used as construction material for the dry stack tailings buttress.

Filtered tails from the process plant are combined with cement and water to make a structural fill (paste backfill) for filling the underground voids produced from stope mining. The paste backfill plant is centrally located on the surface above the Central zone and produces backfill for delivery via a system of ceramic-lined steel and HDPE pipe into the mine for placement in the mined-out stopes to provide stability to the excavated openings and allow for maximum recovery of the resource.

Through December 31, 2014, the Escobal mine delivered 1.43 million tonnes of ore with estimated average grades of 584 g/t Ag, 0.45 g/t Au, 0.91% Pb, and 1.34% Sn to the surface stockpile.

### P ROCESSING

Ore from the Escobal mine is processed by differential flotation producing lead concentrates with high precious metal (silver and gold) grades and zinc concentrates with a lesser precious metal component. The original design basis for the processing facility is 3,500 tonnes of ore per day or 1.28 million tonnes per year; though the installed crushing, grinding, flotation and concentrate processing components were sized for the contemplated increased throughput rate of 4,500 tpd. Mill commissioning was initiated in the second half of 2013 with the first metal concentrates produced on September 30, 2013. The Company declared commercial production in January 2014 with the completion of mill commissioning and continued to ramp up the mill throughput rate through the first half of 2014. The Escobal ore processing facility is now operating at design levels and with metal recoveries generally meeting or exceeding design expectations.

Ore is transported from the underground mine to a stockpile located proximal to the primary crusher, from where it is delivered by front end loader to the crusher. The ore is reduced via a three stage crushing circuit followed by a single ball mill. This is followed by a conventional lead-zinc differential flotation circuit consisting of tank cells with separate circuits for lead and zinc. Lead and zinc concentrates produced at the concentrator facility are filtered, packaged into super sacks which are placed in containers, and loaded onto trucks for shipment to port for delivery to commercial concentrate smelters and metal refineries.

Since the declaration of commercial production, the Escobal plant has processed 1.25 million tonnes of ore at average grades of 585 g/t Ag, 0.42 g/t Au, 0.93% Pb, and 1.43% Zn; producing 20.3 million ounces of silver, 10,893 ounces of gold, 10,359 tonnes of lead, and 13,394 tonnes of zinc contained in concentrate. Metal recovery into concentrates averaged 86.7% for silver, 64.0% for gold, 89.0% for lead, and 75.2% for zinc.

Expansion to 4,500 tpd requires additional tailing filtering capacity and modifications and/or upgrades to ancillary mill components, which the Company expects to complete by mid-2015 to accommodate the increased throughput.

## *TAILINGS AND WASTE ROCK FACILITY*

Tailings produced by the Escobal process facility are filtered to approximately 16% to 18% moisture prior to delivery to the paste backfill plant or surface repository. Rather than using a traditional pond system, tailings produced by the Escobal process facility that are not returned to the underground mine as paste backfill will be "dry stacked" on the surface in an engineered facility. Unlike conventional tailings impoundments which are designed to retain water and tailings behind dam embankments and require large surface areas, dry stack facilities require a smaller footprint, have long-term structural integrity, and maximize water conservation.

The Escobal dry stack facility is built using development rock from the mine to construct rock buttresses at the face of the facility on 5-metre high lifts. Filtered tailings are trucked to the facility and placed behind the rock buttresses in 30-centimetre layers and compacted to minimize infiltration from precipitation. This process will be repeated throughout the life of the mine. The facility is underlain by a system of underdrains to collect water that may seep through the tailings and to divert shallow downslope-migrating groundwater. Surface waters are diverted around the facility through a series of water diversion channels constructed along the upslope perimeter of the facility.

The construction method of the Escobal dry stack facility allows for concurrent reclamation as each lift is completed, which will greatly simplify the closure of the facility in an environmentally sound manner. As successive lifts of the dewatered tails are placed and compacted behind the perimeter rock buttresses, the lower rock slopes will be covered with stockpiled topsoil and re-vegetated. At final closure, the vegetated slope will replicate the natural slopes of the surrounding topography.

## *TRANSPORTATION AND LOGISTICS*

Guatemala has ports on both the Pacific and the Caribbean coasts. Access to the mine site from both ports is on paved highway. Filtered concentrate is placed in one or two tonne super-sacks, placed in seagoing containers, and carried on highway tractor trailer units along paved highway to port for shipment to international smelters.

## *RECLAMATION*

The entire facility for the Escobal mine has been designed and constructed with closure in mind, to the greatest extent practicable. The facilities are designed and operated to minimize the footprint and areas of disturbance and to utilize the most advanced planning and reclamation techniques available including dry stack tailings, concurrent reclamation and geomorphic landform grading.

The disturbance footprint of the Escobal mine site is approximately 100 hectares. Reclamation will commence as soon as practical during operations by placing salvaged topsoil on outslopes and encouraging vegetation. Final reclamation of the top surface will occur at final closure at the end of mine life. The present value of asset retirement obligations for the Escobal mine are currently estimated at $3.5 million.

## *2014 CAPITAL COSTS*

During 2014, the Company's total capitalized costs for the Escobal mine were $41.2 million. Sustaining costs totalled $21.2 million, comprising $9.6 million of underground development and $11.6 million of surface-related sustaining capital. Capitalized construction closeout costs were $5.7 million and other capitalized costs totalled $14.3 million.

## DIVIDENDS AND DISTRIBUTIONS

In December 2014 the Company paid its inaugural cash dividend of $0.02 per Share, and additional $0.02 per Share dividends were paid in January and February 2015. Although the Company expects to continue paying monthly dividends, pursuant to the Company's dividend policy, the continuation and amount of the dividend is to be determined by the Board, with regard to the earnings and financial requirements of the Company and other applicable conditions existing at such time. No dividends were declared or paid prior to December 2014.

## DESCRIPTION OF CAPITAL STRUCTURE

The Company is authorized to issue an unlimited number of Shares. As at the date of this AIF, 147,689,775 shares were issued and outstanding as fully paid and non-assessable Shares.

The holders of Shares are entitled to one vote per Share at meetings of the shareholders of the Company. Holders of Shares are entitled to dividends, if, as and when declared by the Board and, upon liquidation, to participate equally in such assets of the Company as are distributed to the holders of Shares.

## MARKET FOR SECURITIES

The Shares are listed on the TSX under the symbol "THO" and on the NYSE under the symbol "TAHO". The following table sets forth information relating to the trading of the Shares on both the TSX and NYSE for the months indicated.

**TRADING HISTORY ON THE TSX**

| TRADING PRICE (CDN$) | | | |
|---|---|---|---|
| **2014** | **High** | **Low** | **Volume** |
| January | 20.53 | 16.85 | 5,252,500 |
| February | 26.23 | 19.15 | 5,510,400 |
| March | 27.16 | 22.64 | 5,679,200 |
| April | 25.00 | 22.39 | 2,950,000 |
| May | 25.66 | 22.20 | 3,481,800 |
| June | 28.14 | 22.36 | 3,775,300 |
| July | 29.82 | 27.17 | 4,758,200 |
| August | 30.15 | 27.26 | 3,616,800 |
| September | 27.54 | 22.47 | 3,998,800 |
| October | 24.43 | 19.00 | 6,746,500 |
| November | 20.58 | 17.68 | 5,769,200 |
| December | 19.45 | 15.96 | 5,875,500 |

| TRADING PRICE (CDN$) | | | |
|---|---|---|---|
| **2015** | **High** | **Low** | **Volume** |
| January | 19.45 | 15.96 | 5,875,500 |
| February | 18.42 | 15.56 | 13,982,100 |

Source: http://finance.yahoo.com/q?s=tho.to

The price of the Shares as reported by the TSX at the close of business on December 31, 2014, the last business day of the year in Canada, was CAD$16.15 per share and on March 11, 2015 was CAD$15.09 per share.

36  Tahoe Resources Inc.

**TRADING HISTORY ON THE NYSE**

| TRADING PRICE (US$) | | | |
|---|---|---|---|
| **2014** | **High** | **Low** | **Volume** |
| January | 18.42 | 15.73 | 1,627,000 |
| February | 23.68 | 17.27 | 2,437,600 |
| March | 24.48 | 20.46 | 3,174,800 |
| April | 22.75 | 20.33 | 2,230,200 |
| May | 23.63 | 20.46 | 1,651,700 |
| June | 26.23 | 20.48 | 2,966,200 |
| July | 27.48 | 25.45 | 4,036,500 |
| August | 27.55 | 25.00 | 2,500,300 |
| September | 25.21 | 20.05 | 2,159,400 |
| October | 21.73 | 16.85 | 3,801,900 |
| November | 17.97 | 15.61 | 4,508,300 |
| December | 15.25 | 11.33 | 4,880,100 |

| TRADING PRICE (US$) | | | |
|---|---|---|---|
| **2015** | **High** | **Low** | **Volume** |
| January | 16.13 | 13.06 | 4,103,600 |
| February | 18.42 | 15.56 | 14,296,600 |

Source: http://finance.yahoo.com/q?s=taho

The price of Shares as reported by the NYSE at the close of business on December 31, 2014, the last business day of the year in the US, was $13.87 and on March 11, 2015 was $11.79 per share.

## PRIOR SALES

In the 12-month period ended December 31, 2014, the Company granted 105,000 options and 248,000 share awards (consisting of 210,000 Deferred Share Awards granted on April 1, 2014, 3,000 Deferred Share Awards granted on August 12, 2014 and 35,000 Restricted Share Awards granted on May 8, 2014) under its Share Option and Incentive Share Plan adopted on April 20, 2010. The details of the options granted during the year ended December 31, 2014 are as follows:

| Grant Date | Options Granted | CAD$ | Expiry Date |
|---|---|---|---|
| April 1, 2014 | 42,000 | $23.37 | April 1, 2019 |
| June 1, 2014 | 12,000 | $22.49 | June 1, 2019 |
| June 2, 2015 | 12,000 | $22.49 | June 2, 2019 |
| June 8, 2014 | 12,000 | $23.18 | June 8, 2019 |
| August 12, 2014 | 12,000 | $29.74 | August 12, 2019 |
| October 20, 2014 | 15,000 | $23.68 | October 20, 2019 |

Annual Information Form for the Year Ended December 31, 2014

37

## DIRECTORS AND EXECUTIVE OFFICERS

### DIRECTORS AND EXECUTIVE OFFICERS

The following tables set forth information regarding our directors and executive officers. The term of office for the Directors expires as of the Company's Annual General Meeting which will be held on May 9, 2015.

| DIRECTORS | | | |
|---|---|---|---|
| **Name and Municipality of Residence** | **Position(s) with the Company** | **Date of Appointment** | **Principal Occupation** |
| C. KEVIN MCARTHUR [5] Reno, Nevada, United States | Vice Chair, Chief Executive Officer and Director | 10-Nov-09 | Vice Chair and Chief Executive Officer of the Company. |
| A. DAN ROVIG Reno, Nevada, United States | Director and Chair | 8-Jun-10 | Independent consultant. |
| LORNE B. ANDERSON [1] [2] Surrey, British Columbia, Canada | Director | 14-Apr-10 | Independent financial consultant. |
| PAUL B. SWEENEY [1] [3] Vancouver, British Columbia, Canada | Director | 14-Apr-10 | Independent business consultant. |
| JAMES S. VOORHEES [2] [4] Reno, Nevada, United States | Director | 14-Apr-10 | Independent director. |
| JOHN P. BELL [2] [4] Vancouver, British Columbia, Canada | Director | 8-Jun-10 | Independent director. |
| KENNETH F. WILLIAMSON [1][3] Dwight, Ontario, Canada | Director | 8-Jun-10 | Independent director. |
| TANYA JAKUSCONEK [3] [4] Toronto, Ontario, Canada | Director | 2-May-11 | Senior Gold Research Analyst for Scotia Bank. |

Member of:
(1)     Audit Committee.
(2)     Corporate Governance and Nominating Committee.
(3)     Compensation Committee.
(4)     Health, Safety, Environment and Community Committee.
Other:
(5)     Mr. McArthur was previously the President and Chief Executive Officer and was appointed Vice Chair and Chief Executive Officer effective March 12, 2014.

| EXECUTIVE OFFICERS | | | |
|---|---|---|---|
| **Name and Municipality of Residence** | **Position(s) with the Company** | **Date of Appointment** | **Principal Occupation** |
| C. KEVIN MCARTHUR Reno, Nevada, United States | Vice Chair, Chief Executive Officer and Director | 12-Mar-14 | Vice Chair and Chief Executive Officer of the Company. |
| RONALD W. CLAYTON Reno, Nevada, United States | President and Chief Operating Officer | 12-Mar-14 | President and Chief Operating Officer of the Company. |
| MARK SADLER Reno, Nevada, United States | Vice President and Chief Financial Officer | 7-Mar-13 | Vice President and Chief Financial Officer of the Company. |
| BRIAN BRODSKY Reno, Nevada, United States | Vice President, Exploration | 1-Jun-10 | Vice President, Exploration of the Company. |
| EDIE HOFMEISTER Reno, Nevada, United States | Vice President, Corporate Affairs, General Counsel and Corporate Secretary | 12-Mar-14 | Vice President, Corporate Affairs, General Counsel and Corporate Secretary of the Company. |

For details on the proposed changes to our executive officers and Board upon completion of the proposed business combination with Rio Alto, see "General Development of Our Business – Development of Our Business – 2015 Developments".

059

 Tahoe Resources Inc.

060

The principal occupation of each of the Company's directors and executive officers within the past five years is disclosed in the brief biographies set forth below.

**Lorne B. Anderson, Director.** Mr. Anderson is a Chartered Accountant. He has been an Independent Financial Consultant to the minerals industry since 1998. Since 1998 he has served on the Boards of several mineral companies listed on the TSX Venture Exchange. From 1988 to 1998 Mr. Anderson was the Chief Financial Officer and Treasurer of Glamis. He has over 20 years of experience in the mining industry, during which time he has been involved with administration, both equity and bank financings, and investor relations programs.

**John P. Bell, Director** . Mr. Bell is a former Canadian diplomat, serving as Ambassador to Cote d'Ivoire, Brazil, and High Commissioner to Malaysia. He also served as Canada's Chief Negotiator to the Rio Earth Summit (the United Nations Conference on Environment and Development). He was a Chief Federal Negotiator for Canadian Department of Indian and Northern Affairs from 1998 to 2006. He is currently a director of Goldcorp, and of the Canadian Network for International Surgery (CNIS). He holds a Bachelor of Commerce degree and an Honorary Doctorate of Laws degree from the University of British Columbia.

**Tanya Jakusconek, Director** . Ms. Jakusconek is a Senior Gold Research Analyst who has covered large and mid-tier North American producers since 1991. She began her investment career at RBC Dominion Securities, and then worked at BBN James Capel and National Bank Financial before moving to Scotiabank in 2011. She earned a B.Sc (Honours) in Geology and an M.Sc Applied (MINEX Program), both from McGill University in Montreal.

**C. Kevin McArthur, Vice Chair of the Board and Chief Executive Officer.** Mr. McArthur founded the Company and was appointed President and Chief Executive Officer on November 10, 2009. On March 12, 2014, he was appointed Vice Chairman and Chief Executive Officer. He was President, Chief Executive Officer and a director of Goldcorp from November 15, 2006 until his retirement on December 31, 2008. He served in a variety of management positions with Glamis starting in 1988, including acting as Glamis' President and Chief Executive Officer from January 1, 1998 to November 14, 2006. Prior to working with Glamis, Mr. McArthur held various operating and engineering positions with BP Minerals and Homestake Mining Company. He holds a B.S. in Mining Engineering from the University of Nevada. He is currently a Director of Royal Gold, Inc.

**A. Dan Rovig, Director and Chair of the Board.** Mr. Rovig is currently a Director and Chair of the Board of the Company. He was a director and Chairman of the Board of Glamis from November 1998 to November 2006 and a director of Goldcorp from 2006 to 2014. Prior to November 1998, Mr. Rovig served first as President of Glamis from September 1988 until his appointment as a director, and the President and Chief Executive Officer of Glamis and its subsidiaries from November 1989 to August 1997 when he retired. Prior to 1988, Mr. Rovig was an executive officer of British Petroleum Ltd., including its subsidiaries Amselco Minerals Inc. and BP Minerals America for five years. Prior experience included 16 years in the Anaconda Company in a variety of positions from Metallurgist to Senior VP Operations. Mr. Rovig holds a B.S. degree in Mining Engineering and a M.S. degree in Mineral Dressing Engineering from Montana College of Mineral Science and Technology. He is also a registered member of the Society for Mining, Metallurgy and Exploration, and the Geological Society of Nevada.

**Paul B. Sweeney, Director.** Mr. Sweeney has been an independent business consultant since May 2011. He is currently a Director of Oceana Gold Corporation and Grenville Strategic Royalty Inc. From May 2010 to May 2011, he was a part-time commercial advisor to Plutonic Power Corporation and subsequently Alterra Power Corp. From August 2009 to April 2010, he served as Plutonic Power Corporation's President. He was Executive Vice President, Corporate Development of Plutonic Power Corporation from October 2008 to August 2009 and was Executive Vice President, Business Development of Plutonic Power Corporation from January 2007 to October 2008. He was an independent business and financial consultant from 2005 to 2007 and was Vice President and Chief Financial Officer of Canico Resource Corp. from 2002 to 2005. Mr. Sweeney has over 35 years' experience in financial management of mining and renewable energy companies.

**James S. Voorhees, Director** . Mr. Voorhees has been an independent consultant since 2007. From 2005 to 2006 Mr. Voorhees was Executive Vice President and Chief Operating Officer of Glamis and from 1999 to 2005 he was Vice President Operations and Chief Operating Officer of Glamis. Prior to joining Glamis, Mr. Voorhees held various engineering and operating positions with Newmont Mining Corp., Santa Fe Pacific Minerals, Western Mining Corp., and Atlantic Richfield Company. Mr. Voorhees holds a B.S. degree in Mining Engineering from the University of Nevada and is a registered professional engineer.

**Kenneth F. Williamson, Director.** Mr. Williamson has been a director of Goldcorp since November 2006. He was Vice Chairman Investment Banking of Midland Walwyn/Merrill Lynch Canada Inc. from 1993 until his retirement in 1998. He was a director of Glamis from April 1999 to November 2006. He has worked in the securities industry for more than 25 years, concentrating on financial services and the natural resource industries in the United States and Europe. He was chairman of the board of BlackRock Ventures until it was acquired by Shell Canada in 2006. As an active board member he has chaired various committees including audit, governance, and compensation. Mr. Williamson is a registered Professional Engineer and holds a Bachelor of Applied Science degree from the University of Toronto and a M.B.A. degree from the University of Western Ontario.

**Brian Brodsky, Vice President, Exploration** . Mr. Brodsky was appointed Vice President of Exploration of the Company and began work for the Company on June 1, 2010. Mr. Brodsky is an economic geologist with over 35 years of precious metals exploration experience. He worked for Goldcorp and its predecessor Glamis from 2003 to 2010 as Exploration Manager, overseeing regional studies and detailed property assessments throughout Guatemala. His team was instrumental in the exploration and development of the Marlin Mine and Cerro Blanco gold-silver deposit as well as the grass-roots discovery and definition of the Escobal vein. In early 2010 Mr. Brodsky was appointed to the position of Director of Exploration for the US and Latin America for Goldcorp. Prior to joining Glamis/Goldcorp, Mr. Brodsky explored gold-silver, base metals and uranium deposits in various geologic environments throughout the United States, Peru and West Africa for Rio Algom Ltd., Cordex, Cruson & Pansze. He holds a B.S. in Geology from the University of Nevada.

**Ronald W. Clayton, President and Chief Operating Officer** . Mr. Clayton was appointed Vice President and Chief Operating Officer of the Company on April 1, 2010 and President and Chief Operating Officer on March 12, 2014. Mr. Clayton has extensive experience in development and operation of underground silver mines as well as operations in Latin America. Prior to joining the Company, Mr. Clayton was Senior Vice President of Operations and General Manager of several underground precious metal mines over a 20- year career with Hecla Mining Company. Mr. Clayton was also Vice President – Operations for Stillwater Mining Company from 2000 to 2002 and held various production, engineering and management positions with the Climax Molybdenum Company and Homestake Mining Company from 1976 to 1987. Mr. Clayton holds a B.S. in Mining Engineering from Colorado School of Mines.

**Edie Hofmeister, Vice President, Corporate Affairs, General Counsel and Corporate Secretary** . Ms. Hofmeister was appointed Corporate Secretary of the Company on February 1, 2010, Vice President, General Counsel on March 2, 2011 and Vice President, Corporate Affairs, General Counsel and Corporate Secretary on March 12, 2014. Prior to that, she served as General Counsel to a $2-billion bankruptcy Trust in Reno, Nevada. From 1994 to 2001 she worked as an attorney at Brobeck, Phleger and Harrison LLP where she acted as senior litigation counsel to Exxon/Mobil, Shell and Imperial Oil Canada in complex environmental coverage cases. Since 2007 she has worked with indigenous groups in developing nations to promote reforestation and sustainable community programs. Ms. Hofmeister holds a B.A. from the University of California Los Angeles, an M.A. in International Studies from the University of Notre Dame, and a J.D. from the University of San Francisco School of Law.

**Mark T. Sadler, Vice President and Chief Financial Officer.** Mr. Sadler was appointed Vice President and Chief Financial Officer of the Company on March 8, 2013. Mr. Sadler has over 25 years of experience in the mining industry having worked for Glencore Ltd. and Rio Tinto/Kennecott from 1990 to 2012 where he held various financial and commercial roles including General Manager Base Metal Concentrate Sales (Rio Tinto Copper), Director of Finance & Marketing / CFO (Kennecott Minerals Company) and Director of Raw Materials and Precious Metal Sales (Kennecott Utah Copper). Mr. Sadler began his career in 1985 at Grant Thornton LLP. He holds a B.S. degree in Accounting from the University of Utah and is a member of the Utah Association and American Institute of Certified Public Accountants.

As of the date hereof, our directors, executive officers and employees, as a group, beneficially owned, directly or indirectly, or exercised control or direction over 4,438,861 vested Shares, representing approximately 3.00% of the issued Shares before giving effect to the exercise of share purchase options and the receipt of Shares issuable pursuant to Deferred or Restricted Share Awards. The directors, executive officers and employees, as a group, held 212,000 Deferred Share Awards and 1,531,222 Options as at March 11, 2015.

## CEASE TRADE ORDERS, BANKRUPTCIES, PENALTIES OR SANCTIONS

No director or executive officer of the Company is, or within ten years prior to the date hereof has been, a director, chief executive officer or chief financial officer of any company (including the Company) that, (i) was subject to a cease trade order, an order similar to a cease trade order or an order that denied the relevant company access to any exemption under securities legislation, that was in effect for a period of more than 30 consecutive days, that was issued while the director or executive officer was acting in the capacity as director, chief executive officer or chief financial officer; or (ii) was subject to a cease trade order, an order similar to a cease trade order or an order that denied the relevant company access to any exemption under securities legislation, that was in effect for a period of more than 30 consecutive days, that was issued after the director or executive officer ceased to be a director, chief executive officer or chief financial officer and which resulted from an event that occurred while that person was acting in the capacity as director, chief executive officer or chief financial officer.

 40   Tahoe Resources Inc.

062

No director or executive officer of the Company, or a shareholder holding a sufficient number of securities of the Company that would affect material control of the Company, (i) is, or within ten years prior to the date hereof has been, a director or executive officer of any company (including the Company) that, while that person was acting in that capacity, or within a year of that person ceasing to act in that capacity, became bankrupt, made a proposal under any legislation relating to bankruptcy or insolvency or was subject to or instituted any proceedings, arrangement or compromise with creditors or had a receiver, receiver manager or trustee appointed to hold its assets, other than John P. Bell who ceased to be a director of JER Envirotech International Corp. ("JER") within one year of the date JER ceased to do business, or (ii) has, within ten years prior to the date hereof, become bankrupt, made a proposal under any legislation relating to bankruptcy or insolvency, or become subject to or instituted any proceedings, arrangement or compromise with creditors, or had a receiver, receiver manager or trustee appointed to hold the assets of the director, executive officer or shareholder.

No director or executive officer of the Company, or a shareholder holding a sufficient number of securities of the Company to affect materially the control of the Company, has been subject to (i) any penalties or sanctions imposed by a court relating to securities legislation or by a securities regulatory authority or has entered into a settlement agreement with a securities regulatory authority; or (ii) any other penalties or sanctions imposed by a court or regulatory body that would likely be considered important to a reasonable investor in making an investment decision.

## CONFLICTS OF INTEREST

To the best of the Company's knowledge there are no known existing or potential material conflicts of interest among the Company and the Company's directors, officers or other members of management, as a result of their outside business interests except that certain of our directors and officers serve as directors and officers of other companies, and therefore it is possible that a conflict may arise between their duties to us and their duties as a director or officer of such companies. In the event of such a conflict of interest, the Company will follow the requirements and procedures of applicable corporate and securities legislation and applicable exchange policies, including the relevant provisions of the BCA. See "Description of Our Business – Risk Factors – Risks Relating to Our Business".

## INTEREST OF MANAGEMENT AND OTHERS IN MATERIAL TRANSACTIONS

None of our directors, executive officers or any shareholder who beneficially owns or controls or directs, directly or indirectly, more than 10% of the issued Shares, or any of their respective associates or affiliates, had any material interest, directly or indirectly, in any transaction within the three most recently completed financial years or during the current financial year that has materially affected or is reasonably expected to affect the Company

## TRANSFER AGENTS AND REGISTRAR

The transfer agent and registrar for the Shares is Computershare Investor Services Inc. at its principal offices in Vancouver, British Columbia.

## MATERIAL CONTRACTS

On February 9, 2015, the Company entered into an amendment and restatement to the Shareholders' Agreement with Goldcorp, pursuant to which the parties, among other things, reduced Goldcorp's Board nomination right from three directors to one director. See "General Development of the Business – The Transaction Agreement and Shareholders' Agreement".

063

## INTERESTS OF EXPERTS

The Qualified Person and principal author of the 2014 Escobal Feasibility Study is Conrad Huss, P.E., of M3 Engineering and Technology Corporation. All M3 personnel who contributed to the study were supervised by Mr. Huss. The Qualified Person responsible for the review of the civil and environmental aspects of the Escobal mine is Daniel Roth, P.E., of M3. The Qualified Person responsible for the review of the metallurgical testing, process flow sheets, and process plant at the Escobal mine is Thomas L. Drielick, P.E., of M3. The Qualified Person responsible for the review of the tailings and waste rock facility at the Escobal mine is Jack Caldwell, P.E., of Robertson GeoConsultants Inc. of Vancouver, British Columbia, an independent engineering consulting firm. The Qualified Person responsible for the review of the geology, drilling, sampling methodology, sample preparation and analysis, data verification, and for preparing the Mineral Resource estimate for the Escobal mine, is Paul Tietz, C.P.G., of Mine Development Associates of Reno, Nevada, an independent mining consulting firm. The Qualified Person responsible for the Mineral Reserve estimate and review of mining methods, mine infrastructure, and production scheduling is Matthew Blattman, P.E., of Blattman Brothers Consulting, LLC of Cypress, Texas, an independent mining consulting firm. All scientific and technical information in this AIF relating to updates to the Escobal mine disclosure since the date of Escobal Feasibility Study has been verified by Charles Muerhoff, the Company's Vice President Technical Services and Qualified Person as defined by NI 43-101.

The Company believes that at the date hereof, each of the authors of the Escobal Feasibility Study, Mr. Muerhoff and the employees and partners, as applicable, of M3 Engineering and Technology Corporation, Robertson GeoConsultants Inc., Mine Development Associates, and Blattman Brothers Consulting LLC beneficially own, directly or indirectly, less than 1% of the outstanding securities of the Company.

The independent registered public accounting firm of the Company is Deloitte LLP. Deloitte LLP is independent with respect to the Company within the meaning of the Rules of Professional Conduct of the Institute of Chartered Accountants of British Columbia.

## SELECTED CONSOLIDATED FINANCIAL INFORMATION

Selected audited consolidated financial information is as follows:

| | Years Ended December 31, | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2014 | | 2013 | | 2012 | | 2011 |
| Revenues | $ | 350,265 | $ | - | $ | - | $ | - |
| Net Earnings (Loss) | $ | 90,790 | $ | (65,597) | $ | (93,453) | $ | (69,166) |
| Net Earnings (Loss) Per Share | | | | | | | | |
| Basic | $ | 0.62 | $ | (0.45) | $ | (0.65) | $ | (0.48) |
| Diluted | $ | 0.61 | $ | (0.45) | $ | (0.65) | $ | (0.48) |
| Cash and Cash Equivalents | $ | 80,356 | $ | 8,838 | $ | 164,561 | $ | 349,837 |
| Total Assets | $ | 975,628 | $ | 883,333 | $ | 852,943 | $ | 922,005 |
| Total Liabilities | $ | 97,568 | $ | 109,179 | $ | 21,646 | $ | 10,351 |
| Total Shareholders' Equity | $ | 878,060 | $ | 774,154 | $ | 831,297 | $ | 911,654 |

(1)     In thousands of US dollars, except per share amounts.

Further discussion of the Company's financial results is contained in Management's Discussion and Analysis of Financial Condition and Results of Operations for the year ended December 31, 2014.

## ADDITIONAL CORPORATE AND FINANCIAL INFORMATION

Additional information relating to the Company, including additional financial information contained in the audited annual financial statements and the related Management Discussion and Analysis for the year ended December 31, 2014, and directors' and officers' remuneration and indebtedness, principal holders of the Company's securities and securities authorized for issuance under equity compensation plans contained in the Company's Management Information Circular dated March 11, 2015, can be found on SEDAR at www.sedar.com or on the Company's website at www.tahoeresourcesinc.com .

 Tahoe Resources Inc.

## INFORMATION CONCERNING THE COMPANY'S
## AUDIT COMMITTEE AND EXTERNAL AUDITOR

### THE AUDIT COMMITTEE'S DUTIES AND CHARTER

The Audit Committee reviews all financial statements of the Company prior to their publication, reviews audits, considers the adequacy of the audit procedures, recommends the appointment of independent auditors, reviews and approves professional services to be rendered by them and reviews fees for audit services. The Audit Committee meets with the Company's auditors without management being present to discuss the various aspects of the Company's financial statements and the independent audit.

On April 20, 2010, the Board adopted a charter for the Audit Committee to follow in carrying out its audit and financial review functions. The charter was amended effective April 13, 2012 in order to reflect certain requirements applicable to audit committees under Rule 10A-3(b) under the Exchange Act, in connection the Company's successful application to list its common shares on the NYSE. The charter was further amended effective March 12, 2014, to include certain provisions clarifying the Audit Committee's responsibilities with respect to the Company's internal audit function, as required by Section 303A.07 of the NYSE Listed Manual. This amended charter is appended hereto as Appendix A.

### COMPOSITION OF THE AUDIT COMMITTEE

The Audit Committee is currently composed of three directors: Paul Sweeney (Chairman), Lorne Anderson and Kenneth Williamson. Each of these individuals is independent and financially literate within the meaning of NI 52-110.

### RELEVANT EDUCATION AND EXPERIENCE

All Audit Committee members have significant management experience in the mining, securities or investment banking industry as well as extensive continuing financial education. Details regarding the education and experience of each member of the Audit Committee that is relevant to the performance of his responsibilities as an Audit Committee member is as follows:

Mr. Sweeney has been an independent business consultant since May 2011. From May 2010 to May 2011, he was a part-time commercial advisor to Plutonic Power Corporation and subsequently Alterra Power Corp. From August 2009 to April 2010, he served as Plutonic Power Corporation's President. He was Executive Vice President, Corporate Development of Plutonic Power Corporation from October 2008 to August 2009 and was Executive Vice President, Business Development of Plutonic Power Corporation from January 2007 to October 2008. He was an independent business and financial consultant from 2005 to 2007 and was Vice President and Chief Financial Officer of Canico Resource Corp. from 2002 to 2005. Mr. Sweeney has over 35 years of experience in financial management of mining and renewable energy companies. He has served on Audit Committees of a number of public companies and is a former Certified General Accountant of British Columbia.

Mr. Anderson is a Chartered Accountant. He was the Chief Financial Officer of Tyhee Gold Corporation from May of 2005 until January 16, 2012. He was a director and the Audit Committee Chairman for Selwyn Resources Ltd. He has been an Independent Financial Consultant to the minerals industry since 1998. From 1988 to 1998 Mr. Anderson was the Chief Financial Officer and Treasurer of Glamis. He has over twenty years of experience in the mining industry, during which time he has been involved with administration, both equity and bank financings, and investor relations programs.

Mr. Williamson has been a director of Goldcorp since November 2006. He was Vice Chairman Investment Banking of Midland Walwyn/Merrill Lynch Canada Inc. from 1993 until his retirement in 1998. He was a director of Glamis from April 1999 to November 2006. He has worked in the securities industry for more than 25 years, concentrating on financial services and the natural resource industries in the United States and Europe. He was chairman of the board of BlackRock Ventures until it was acquired by Shell Canada in 2006. As an active board member he has chaired various committees including audit, governance, and compensation. Mr. Williamson is a registered Professional Engineer and holds a Bachelor of Applied Science degree from the University of Toronto and a M.B.A. degree from the University of Western Ontario.

### PRE-APPROVAL POLICIES AND PROCEDURES

We have not adopted specific policies and procedures for the engagement of non-audit services; however, the Audit Committee has considered whether the provision of services other than audit services is compatible with maintaining the auditors' independence and has adopted a general policy governing the provision of these services. This policy requires the pre-approval by the Audit Committee of all audit and non-audit services provided by the external auditor, other than any *de minimis* non-audit services allowed by applicable law or regulation.

Pre-approval from the Audit Committee can be sought for planned engagements based on budgeted or committed fees. No further approval is required to pay pre-approved fees. Additional pre-approval is required for any increase in scope or in final fees.

## EXTERNAL AUDITOR AND OTHER PROFESSIONAL SERVICE FEES

The Audit Committee has reviewed the nature and amount of the audit and non-audit services provided by Deloitte LLP to ensure auditor independence. The following table sets out the aggregate fees billed in CAD$ for services performed during the years ended December 31, 2014 and 2013 for the category of fees described:

| Financial Period | Audit Fees [1] | Tax Fees [2] | All Other Fees [3] |
|---|---|---|---|
| Jan. 1 – Dec. 31, 2014 [4] | $615,121 | -- | -- |
| Jan. 1 – Dec. 31, 2013 | $565,787 | -- | -- |

(1)    "Audit Fees" include fees necessary to perform the annual audit and quarterly reviews of the Company's financial statements. Audit Fees include fees for accounting consultations on matters reflected in the financial statements. Audit Fees also include audit or other attest services required by legislation or regulation, such as comfort letters, consents, reviews of securities filings and statutory audits.

(2)    "Tax Fees" includes fees for tax compliance, tax planning and tax advice. Tax planning and tax advice includes assistance with tax audits and appeals, transfer price management, tax advice related to mergers and acquisitions, Canadian indirect tax issues, Directors, stock-based compensation, Company reorganization, and requests for rulings or technical advice from tax authorities. The external auditor provided no tax related services in 2013 or 2014.

(3)    "All Other Fees" include services related to the implementation of Sarbanes-Oxley compliance programs made necessary by the Company's listing on the NYSE. The external auditor provided no other services in 2013 or 2014.

(4)    A portion of 2014 fees was billed in USD and translated at the average Bank of Canada noon exchange rate of 1.1045 for the period of January 1, 2014 to December 31, 2014.

## AUDITOR PARTNER ROTATION

As a registrant with the United States Securities and Exchange Commission, the lead Deloitte audit partner and the concurring Deloitte audit partner cannot serve in those roles on the Tahoe audit team for more than five consecutive years. Deloitte audit partners of Tahoe subsidiaries whose assets or revenues constitute 20% or more of the assets or revenues of Tahoe's respective consolidated assets or revenues cannot serve in this role for more than seven consecutive years.

  Tahoe Resources Inc.

## APPENDIX A – TAHOE AUDIT COMMITTEE CHARTER

**THIRD AMENDED AUDIT COMMITTEE CHARTER**

*P URPOSE*

The Audit Committee (the " **Committee** ") is a committee appointed by the Board of Directors (the " **Board** ") of Tahoe Resources Inc. (the " **Corporation** "). The Committee is established to fulfill applicable reporting issuer obligations respecting audit committees and to assist the Board in fulfilling its oversight responsibilities with respect to financial reporting including responsibility to:

- oversee the integrity of the Corporation's financial statements and financial reporting process, including the audit process and the Corporation's internal accounting controls and procedures and compliance with related legal and regulatory requirements;

- oversee the qualifications, independence, appointment and compensation of the external auditor;

- oversee the work of the Corporation's financial management and external auditor in these areas; and

- provide an open avenue of communication between the external auditor, the Board and senior officers (" **Management** ").

In addition, the Committee shall prepare, if required, an audit committee report for inclusion in the Corporation's annual management proxy circular, in accordance with applicable rules and regulations.

The function of the Committee is oversight. It is not the duty or responsibility of the Committee or its members (i) to plan or conduct audits, (ii) to determine that the Corporation's financial statements are complete and accurate and are in accordance with generally accepted accounting principles or (iii) to conduct other types of auditing or accounting reviews or similar procedures or investigations. The Committee and its Chair are members of the Board of the Corporation, appointed to the Committee to provide broad oversight of the financial, risk and control related activities of the Corporation, and are specifically not accountable or responsible for the day-to-day operations or performance of such activities.

Management is responsible for the preparation, presentation and integrity of the Corporation's financial statements. Management is also responsible for maintaining appropriate accounting and financial reporting principles and policies and systems of risk assessment and internal controls and procedures designed to provide reasonable assurance that assets are safeguarded and transactions are properly authorized, recorded and reported and to assure the effectiveness and efficiency of operations, the reliability of financial reporting and compliance with accounting standards and applicable laws and regulations.

The external auditor are responsible for planning and carrying out an audit of the Corporation's annual financial statements in accordance with generally accepted auditing standards to provide reasonable assurance that, among other things, such financial statements are in accordance with generally accepted accounting principles.

*C OMPOSITION AND P ROCEDURES*

*Composition* – The Committee shall be comprised of at least three members. None of the members of the Committee shall be an officer or employee of the Corporation or any of its subsidiaries and each member of the Committee shall be an "independent" director (as such term is defined from time to time under the requirements or guidelines for audit committee service under applicable securities laws and the rules of any stock exchange on which the Corporation's securities are listed for trading) and none of the members shall have participated in the preparation of the financial statements of the Corporation or any current subsidiaries of the Corporation at any time over the past three years.

All members of the Committee must be "financially literate" (as that term is defined from time to time under the requirements or guidelines for audit committee service under securities laws and the rules of any stock exchange on which the Corporation's securities are listed for trading or if it is not so defined as that term is interpreted by the Board in its business judgment) or must become financially literate within a reasonable period of time after their appointment to the Committee.

*Service on Multiple Audit Committees* – If a Committee member serves on the audit committees of more than four reporting issuers or public corporations, including the Corporation, the Board must determine that such service would not impair the ability of the member to effectively serve on the Committee and disclose such determination in the annual proxy circular.

*Meetings* – The Committee shall meet regularly at times necessary to perform the duties described herein in a timely manner, but not less than four times a year and at any time the Corporation proposes to issue a press release with its quarterly or annual earnings information. Meetings may be held in person or by telephone and at any time deemed appropriate by the Committee.

*Separate Executive Meetings* – The Committee shall meet periodically in separate executive sessions with Management (including the Chief Financial Officer), and the external auditor, and have such other direct and independent interaction with such persons from time to time as the members of the Committee deem appropriate. The Committee may request any officer or employee of the Corporation or the Corporation's outside counsel or external auditor to attend a meeting of the Committee or to meet with any members of, or consultants to, the Committee. The external auditor will have direct access to the Committee at their own initiative.

068

*Professional Assistance* – The Committee may require the external auditor to perform such supplemental reviews or audits as the Committee may deem desirable. In addition, the Committee may retain such special legal, accounting, financial or other consultants as the Committee may determine to be necessary to carry out the Committee's duties at the Corporation's expense. Without limiting the foregoing, the Corporation shall provide appropriate funding, as determined by the Committee, for payment of such ordinary administrative expenses of the Committee as are necessary or appropriate in carrying out its duties.

*Reliance* – Absent actual knowledge to the contrary (which shall be promptly reported to the Board), each member of the Committee shall be entitled to rely on (i) the integrity of those persons or organizations within and outside the Corporation from which it receives information, (ii) the accuracy of the financial and other information provided to the Committee by such persons or organizations and (iii) representations made by Management and the external auditor as to any information technology, internal audit and other non-audit services provided by the external auditor to the Corporation and its subsidiaries.

*Reporting to the Board* – The Committee will report through the Committee Chair to the Board following meetings of the Committee on matters considered by the Committee, its activities, the performance of the Corporation's internal audit function and compliance with this Charter.

## R ESPONSIBILITIES OF THE C OMMITTEE

*Approval of Terms of Engagement of the External Auditor* – The Committee shall make recommendations to the holders of the common shares of the Corporation (the "shareholders") on the appointment or reappointment of the external auditor of the Corporation at each meeting of shareholders where such action is being taken (with such recommendation to be reflected in the proxy circular to be furnished to the shareholders in connection with each such meeting of shareholders), and shall have authority to terminate the appointment of the external auditor. The Committee shall approve in advance the terms of engagement and the compensation to be paid by the Corporation to the external auditor. The Committee shall approve in advance all non-audit services to be provided to the Corporation and its affiliates by the external auditor.

*Review of Independence* – The Committee shall review the independence of the external auditor and shall make recommendations to the Board on appropriate actions to be taken which the Committee deems necessary to protect and enhance the independence of the external auditor.

*Auditor Reports* – The Committee shall require the external auditor to provide to the Committee, and the Committee shall review and discuss with the external auditor, all reports which the external auditor are required to provide to the Committee or the Board under rules, policies or practices of professional or regulatory bodies applicable to the auditor, and any other reports which the Committee may require.

*Hiring Former Employees of the Auditor* – The Committee must review and approve the Company's hiring policies regarding partners, employees and former partners and employees of the present and former external auditor. *Oversight and Monitoring of Audits* – As required by section 2.2 of National Instrument 52110, Audit Committees, as adopted by the Canadian Securities Administrators, the Corporation shall require the external auditor to report directly to the Committee. The Committee shall review with the external auditor the audit function generally, the audit procedures to be used and the timing and estimated budgets of the audits. The Committee shall discuss with the external auditor any difficulties or disputes that arose with Management during the course of the audit and the adequacy of Management's responses in correcting audit related deficiencies and the Committee shall take such other reasonable steps as it may deem necessary to satisfy itself that the audit was conducted in a manner consistent with all applicable legal requirements and auditing standards of applicable professional or regulatory bodies.

*Oversight and Review of Accounting Principles and Practices* – The Committee shall, as it deems necessary, oversee, review and discuss with Management and the external auditor:

- the quality, appropriateness and acceptability of the Corporation's accounting principles and practices used in its financial reporting, changes in the Corporation's accounting principles or practices and the application of particular accounting principles and disclosure practices by Management to new transactions or events;

- all significant financial reporting issues and judgments made in connection with the preparation of the financial statements, including the effects of alternative methods within generally accepted accounting principles on the financial statements and any "second opinions" sought by Management from an independent auditor with respect to the accounting treatment of a particular item;

- any material change to the Corporation's auditing and accounting principles and practices as recommended by Management, the external auditor or the internal auditor or which may result from proposed changes to applicable generally accepted accounting principles;

- the effect of regulatory and accounting initiatives on the Corporation's financial statements and other financial disclosures;

- any reserves, accruals, provisions, estimates or Management programs and policies, including factors that affect asset and liability carrying values and the timing of revenue and expense recognition, that may have a material effect upon the financial statements of the Corporation;

46  Tahoe Resources Inc.

- the use of special purpose entities and the business purpose and economic effect of off-balance sheet transactions, arrangements, obligations, guarantees and other relationships of the Corporation and their impact on the reported financial results of the Corporation;

- any legal matter, claim or contingency that could have a significant impact on the financial statements, the Corporation's compliance policies and any material reports, inquiries or other correspondence received from regulators or governmental agencies and the manner in which any such legal matter, claim or contingency has been disclosed in the Corporation's financial statements;

- the treatment for financial reporting purposes of any significant transactions which are not a normal part of the Corporation's operations;

- the use of any "pro forma" or "adjusted" information not in accordance with generally accepted accounting principles; and

- Management's determination of asset impairment, if any, as required by applicable accounting standards.

**Disagreement Between Management and the External Auditor** – The Committee shall review and resolve disagreements between Management and the external and internal auditor regarding financial reporting or the application of any accounting principles or practices.

**Oversight and Monitoring of Internal Controls** – The Committee shall, as it deems necessary, exercise oversight of, review and discuss with Management and the external auditor:

- the adequacy and effectiveness of the Corporation's internal accounting and financial controls and their recommendations for the improvement of accounting practices and internal controls;

- any material weaknesses in the internal control environment, including with respect to computerized information system controls and security; and

- Management's compliance with the Corporation's processes, procedures and internal controls.

**Dealing With Accounting Complaints** – The Committee shall establish and monitor procedures for the receipt and treatment of complaints received by the Corporation regarding accounting, internal accounting controls or audit matters and the submission, anonymously or otherwise, by employees of concerns regarding questionable accounting or auditing matters and shall review periodically with Management these procedures and any significant complaints received.

**Oversight and Monitoring of the Corporation's Financial Disclosures** – The Committee shall:

- review with the auditor and Management, and recommend to the Board for approval, the audited financial statements and the notes and Managements' Discussion and Analysis accompanying such financial statements, the Corporation's annual report and any financial information of the Corporation contained in any prospectus or information circular of the Corporation;

- review with the auditor and Management, approve, and report to the Board regarding , each set of interim financial statements and the notes and Management's Discussion and Analysis accompanying such financial statements and any other disclosure documents or regulatory filings of the Corporation containing or accompanying financial information of the Corporation;

- prior to their distribution, discuss earnings press releases with Management on a quarterly basis, and discuss financial information from time to time provided to analysts and ratings agencies, it being understood that such discussions may be done generally (by discussing the types of information to be disclosed and the type of presentation to be made) and that the Committee need not discuss in advance each instance in which the Corporation gives financial information; and

- The Committee shall review the disclosure with respect to its pre-approval of audit and non-audit services provided by the external auditor.

**Oversight of Risks** – The Committee shall meet periodically with Management to review:

- the Corporation's major financial risk exposures and the policy steps Management has taken to monitor and control such exposures, including the use of financial derivatives and hedging activities; and

- the process and systems in place for ensuring the reliability of public disclosure documents that contain audited and unaudited financial information and their effectiveness.

**Oversight of the Corporation's Internal Audit Function** – The Committee shall:

- review the activities and organizational structure of the internal audit function, as well as the qualifications of its personnel;

- review the significant reports to Management prepared by the internal auditor and Management's responses to such reports;

- periodically review, with the senior internal auditor, any significant difficulties, disagreements with Management, or scope restrictions

070

encountered in the course of the internal audit function's work; and

071

- review the budget and staffing for the internal audit function and any recommended changes in the planned scope of the internal audit.

*R EVIEW OF THIS C HARTER AND P ERFORMANCE OF THE C OMMITTEE*

The Committee shall review and reassess the adequacy of this Charter at least annually and otherwise as it deems appropriate and recommend changes to the Board.

The performance of the Committee shall be evaluated with reference to this Charter annually.

 Tahoe Resources Inc.



**CONSOLIDATED FINANCIAL STATEMENTS**

For the years ended December 31, 2014 and 2013

This page intentionally left blank.

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

To the Board of Directors and Shareholders of Tahoe Resources Inc.

We have audited the accompanying consolidated financial statements of Tahoe Resources Inc. and subsidiaries (the "Company"), which comprise the consolidated balance sheets as at December 31, 2014 and December 31, 2013, and consolidated statements of operations and total comprehensive income (loss), changes in equity, and cash flows for the years then ended, and a summary of significant accounting policies and other explanatory information.

**Management's Responsibility for the Consolidated Financial Statements**

Management is responsible for the preparation and fair presentation of these consolidated financial statements in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board, and for such internal control as management determines is necessary to enable the preparation of consolidated financial statements that are free from material misstatement, whether due to fraud or error.

**Auditor's Responsibility**

Our responsibility is to express an opinion on these consolidated financial statements based on our audits. We conducted our audits in accordance with Canadian generally accepted auditing standards and the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we comply with ethical requirements and plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the consolidated financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the consolidated financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the consolidated financial statements in order to design audit procedures that are appropriate in the circumstances. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of accounting estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements.

We believe that the audit evidence we have obtained in our audits is sufficient and appropriate to provide a basis for our audit opinion.

**Opinion**

In our opinion, the consolidated financial statements present fairly, in all material respects, the financial position of Tahoe Resources Inc. and subsidiaries as at December 31, 2014 and December 31, 2013, and their financial performance and their cash flows for the years then ended in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board.

**Other Matter**

We have also audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), the Company's internal control over financial reporting as of December 31, 2014, based on the criteria established in *Internal Control — Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission and our report dated March 11, 2015 expressed an unqualified opinion on the Company's internal control over financial reporting.

*/s/Deloitte LLP*

Chartered Accountants
March 11, 2015
Vancouver, Canada

**MANAGEMENT'S REPORT ON INTERNAL CONTROL
OVER FINANCIAL REPORTING**

Management of Tahoe Resources Inc. ("the Company") is responsible for establishing and maintaining adequate internal control over financial reporting. Internal control over financial reporting is a process designed by, or caused to be designed under the supervision of, the Vice Chair and Chief Executive Officer and the Vice President and Chief Financial Officer and effected by the Board of Directors, management and other personnel to provide reasonable assurance regarding the reliability of financial reporting and the preparation of consolidated financial statements for external purposes in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board. It includes those policies and procedures that:

I.   pertain to the maintenance of records that accurately and fairly reflect, in reasonable detail, the transactions and dispositions of assets of the Company;

II.  provide reasonable assurance that transactions are recorded as necessary to permit preparation of consolidated financial statements in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board, and that the Company's receipts and expenditures are made only in accordance with authorizations of management and the Company's directors; and

III. provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the Company's assets that could have a material effect on the Company's consolidated financial statements.

Due to its inherent limitations, internal control over financial reporting may not prevent or detect misstatements on a timely basis. Also, projections of any evaluation of the effectiveness of internal control over financial reporting to future periods are subject to the risk that the controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

Management assessed the effectiveness of the Company's internal control over financial reporting as of December 31, 2014, based on the criteria set forth in *Internal Control – Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission. Based on this assessment, management concludes that, as of December 31, 2014, the Company's internal control over financial reporting was effective.

The effectiveness of the Company's internal control over financial reporting, as of December 31, 2014, has been audited by Deloitte LLP, Independent Registered Public Accounting Firm, who also audited the Company's consolidated financial statements as of and for the years ended December 31, 2014 and 2013, as stated in their report which appears on the following page.

*/s/Kevin McArthur*                                          */s/Mark Sadler*

Kevin McArthur                                               Mark Sadler

*Vice Chair and Chief Executive Officer*                    *Vice President and Chief Financial Officer*

Reno, Nevada

March 11, 2015

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

To the Board of Directors and Shareholders of Tahoe Resources Inc.

We have audited the internal control over financial reporting of Tahoe Resources Inc. and subsidiaries (the "Company") as of December 31, 2014, based on the criteria established in *Internal Control—Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission. The Company's management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting, included in the accompanying Management's Report on Internal Control over Financial Reporting. Our responsibility is to express an opinion on the Company's internal control over financial reporting based on our audit.

We conducted our audit in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects. Our audit included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, testing and evaluating the design and operating effectiveness of internal control based on the assessed risk, and performing such other procedures as we considered necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinion.

A company's internal control over financial reporting is a process designed by, or under the supervision of, the company's principal executive and principal financial officers, or persons performing similar functions, and effected by the company's board of directors, management, and other personnel to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of the inherent limitations of internal control over financial reporting, including the possibility of collusion or improper management override of controls, material misstatements due to error or fraud may not be prevented or detected on a timely basis. Also, projections of any evaluation of the effectiveness of the internal control over financial reporting to future periods are subject to the risk that the controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

078

In our opinion, the Company maintained, in all material respects, effective internal control over financial reporting as of December 31, 2014, based on the criteria established in *Internal Control — Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission.

We have also audited, in accordance with Canadian generally accepted auditing standards and the standards of the Public Company Accounting Oversight Board (United States), the consolidated financial statements as of and for the year ended December 31, 2014 of the Company and our report dated March 11, 2015 expressed an unmodified opinion on those financial statements.

*/s/Deloitte LLP*

Chartered Accountants
March 11, 2015
Vancouver, Canada

This page intentionally left blank.

080

**CONSOLIDATED BALANCE SHEETS**
(Expressed in Thousands of United States Dollars)

| | Notes | | December 31, 2014 | | December 31, 2013 |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| Current | | | | | |
| Cash and cash equivalents | 6 | $ | 80,356 | $ | 8,838 |
| Trade and other receivables | 7 | | 7,707 | | 2,506 |
| Inventories | 8 | | 40,570 | | 22,965 |
| Other | | | 5,951 | | 1,502 |
| | | | 134,584 | | 35,811 |
| Non-current | | | | | |
| Mineral interests | 9 | | 828,742 | | 844,583 |
| Other | | | 12,302 | | 2,939 |
| | | | 841,044 | | 847,522 |
| Total Assets | | $ | 975,628 | $ | 883,333 |
| **LIABILITIES** | | | | | |
| Current | | | | | |
| Accounts payable and accrued liabilities | 10 | $ | 40,246 | $ | 54,678 |
| Debt | 11 | | 49,804 | | 49,479 |
| Income tax payable | | | 1,825 | | 808 |
| | | | 91,875 | | 104,965 |
| Non-current | | | | | |
| Reclamation provision | 12 | | 3,529 | | 3,021 |
| Other | | | 2,164 | | 1,193 |
| Total Liabilities | | | 97,568 | | 109,179 |
| **SHAREHOLDERS' EQUITY** | | | | | |
| Share capital | 16e | | 1,014,656 | | 996,076 |
| Reserves | | | 11,793 | | 14,304 |
| Deficit | | | (148,389) | | (236,226) |
| Total Shareholders' Equity | | | 878,060 | | 774,154 |
| Total Liabilities and Shareholders' Equity | | $ | 975,628 | $ | 883,333 |

Commitments, Contingencies and Events after the reporting period (notes 22b, 25 and 26)

APPROVED BY THE DIRECTORS

*"Dan Rovig"*                                          *"Kevin McArthur"*
Dan Rovig                                              Kevin McArthur
Board Chair                                            Vice Chair and Chief Executive Officer

*See accompanying notes to the consolidated financial statements.*

Consolidated Financial Statements ◣ 1

081

**CONSOLIDATED STATEMENTS OF OPERATIONS
AND TOTAL COMPREHENSIVE INCOME (LOSS)**
(Expressed in Thousands of United States Dollars, Except Per Share and Share Information)

| | Notes | | 2014 | | 2013 |
|---|---|---|---|---|---|
| | | | **Years Ended December 31,** | | |
| **Revenues** | 13, 20 | $ | **350,265** | $ | - |
| Operating costs | | | | | |
|   Production costs | 14 | | **127,323** | | - |
|   Royalties | | | **20,830** | | - |
|   Depreciation and depletion | | | **43,313** | | - |
| Total operating costs | | | **191,466** | | - |
| **Mine operating earnings** | | | **158,799** | | - |
| | | | | | |
| Other operating expenses | | | | | |
|   Escobal project | | | **-** | | 36,404 |
|   Exploration | | | **3,574** | | 5,268 |
|   General and administrative | 15 | | **31,953** | | 19,509 |
| Total other operating expenses | | | **35,527** | | 61,181 |
| **Earnings (loss) from operations** | | | **123,272** | | (61,181) |
| | | | | | |
| Other expense | | | | | |
|   Interest expense | | | **5,640** | | 1,820 |
|   Net foreign exchange loss | | | **906** | | - |
|   Other expense | | | **1,036** | | 975 |
| Total other expense | | | **7,582** | | 2,795 |
| | | | | | |
| **Earnings (loss) before income taxes** | | | **115,690** | | (63,976) |
| Income tax expense | 17a | | **24,900** | | 1,621 |
| **Earnings (loss) and total comprehensive income (loss) attributable to common shareholders** | | $ | **90,790** | $ | (65,597) |
| | | | | | |
| **Earnings (loss) per share** | | | | | |
|   Basic | 18 | $ | **0.62** | $ | (0.45) |
|   Diluted | 18 | $ | **0.61** | $ | (0.45) |
| | | | | | |
| **Weighted average shares outstanding** | | | | | |
|   Basic | 18 | | **147,405,379** | | 145,842,795 |
|   Diluted | 18 | | **147,992,271** | | 145,842,795 |

*See accompanying notes to the consolidated financial statements.*

 2    Tahoe Resources Inc.

082

**CONSOLIDATED STATEMENTS OF CASH FLOWS**
(Expressed in Thousands of United States Dollars)

| | Notes | Years Ended December 31, 2014 | Years Ended December 31, 2013 |
|---|---|---|---|
| **OPERATING ACTIVITIES** | | | |
| Net earnings(loss) for the period | | $ 90,790 | $ (65,597) |
| Adjustments for: | | | |
| Interest expense | | 5,677 | 1,940 |
| Income tax expense | 17a | 24,900 | 1,621 |
| Financing fees | | 574 | 854 |
| Items not involving cash: | | | |
| Depreciation and depletion | | 44,113 | 3,630 |
| Loss on disposition of plant and equipment | | 397 | 37 |
| Share-based payments | 16 | 5,912 | 5,684 |
| Unrealized foreign exchange loss | | 690 | 128 |
| Accretion | | 177 | 71 |
| Cash provided by(used in) operating activities before changes in working capital | | 173,230 | (51,632) |
| Changes in working capital | 19 | (28,270) | (6,866) |
| Cash provided by(used in) operating activities | | 144,960 | (58,498) |
| Income taxes paid | | (25,638) | (1,107) |
| Net cash provided by(used in) operating activities | | 119,322 | (59,605) |
| | | | |
| **INVESTING ACTIVITIES** | | | |
| Mineral interests additions | | (48,799) | (144,811) |
| Net cash used in investing activities | | (48,799) | (144,811) |
| | | | |
| **FINANCING ACTIVITIES** | | | |
| Proceeds from issuance of common shares on exercise of share options | 16a | 10,673 | 2,501 |
| Borrowings on credit facility | 11 | - | 50,000 |
| Dividends paid to shareholders | 18 | (2,953) | - |
| Loan origination fees | | (1,499) | (2,105) |
| Interest expense paid | | (4,436) | (1,575) |
| Payments on finance leases | | (100) | - |
| Net cash provided by financing activities | | 1,685 | 48,821 |
| | | | |
| Effect of exchange rates on cash and cash equivalents | | (690) | (128) |
| **Increase(decrease) in cash and cash equivalents** | | 71,518 | (155,723) |
| **Cash and cash equivalents, beginning of year** | | 8,838 | 164,561 |
| **Cash and cash equivalents, end of year** | 6 | $ 80,356 | $ 8,838 |

Supplemental cash flow information (note 19)

*See accompanying notes to the consolidated financial statements.*

Consolidated Financial Statements    3

**CONSOLIDATED STATEMENTS OF CHANGES IN EQUITY**
(Expressed in Thousands of United States Dollars, Except Share Information)

| | Notes | Number of Shares | Share Capital | Reserves | Deficit | Total |
|---|---|---|---|---|---|---|
| **At January 1, 2014** | | **146,094,407** | **$ 996,076** | **$ 14,304** | **$ (236,226)** | **$ 774,154** |
| **Net earnings** | | **-** | | | **90,790** | **90,790** |
| **Shares issued under the Share Plan** | **16** | **143,667** | **2,960** | **(2,186)** | **-** | **774** |
| **Exercise of stock options** | **16** | **1,406,597** | **15,620** | **(4,947)** | **-** | **10,673** |
| **Share-based payments** | **16** | **-** | **-** | **4,622** | **-** | **4,622** |
| **Dividends paid to shareholders** | **18** | **-** | **-** | **-** | **(2,953)** | **(2,953)** |
| **At December 31, 2014** | | **147,644,671** | **$ 1,014,656** | **$ 11,793** | **$ (148,389)** | **$ 878,060** |

| | Notes | Number of Shares | Share Capital | Reserves | Deficit | Total |
|---|---|---|---|---|---|---|
| At January 1, 2013 | | 145,565,204 | $ 988,081 | $ 13,845 | $ (170,629) | $ 831,297 |
| Net loss | | - | - | - | (65,597) | (65,597) |
| Shares issued under the Share Plan | 16 | 247,666 | 4,280 | (3,684) | - | 596 |
| Exercise of stock options | 16 | 281,537 | 3,715 | (1,214) | - | 2,501 |
| Share-based payments | 16 | - | - | 5,357 | - | 5,357 |
| At December 31, 2013 | | 146,094,407 | $ 996,076 | $ 14,304 | $ (236,226) | $ 774,154 |

*See accompanying notes to the consolidated financial statements.*

 Tahoe Resources Inc.

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**
(Expressed in Thousands of United States Dollars, Except as Otherwise Stated)
Years Ended December 31, 2014 and 2013

**1.     OPERATIONS**

Tahoe Resources Inc. was incorporated under the Business Corporations Act (British Columbia) on November 10, 2009. These audited annual consolidated financial statements ("consolidated financial statements") include the accounts of Tahoe Resources Inc. and its wholly owned subsidiaries (together referred to as the "Company"). The Company's principal business activities are the operation of mineral properties for the mining of precious metals and the acquisition, exploration and development of mineral interests in the Americas.

The Company's registered office is located at 1500 Royal Centre, 1055 West Georgia Street, P.O. Box 11117, Vancouver, BC V6E 4N7, Canada.

The Company's Board of Directors authorized issuance of these consolidated financial statements on March 11, 2015.

**2.     BASIS OF PREPARATION**

The consolidated financial statements have been prepared in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board ("IFRS") effective as of December 31, 2014. IFRS includes IFRSs, International Accounting Standards ("IASs"), and interpretations issued by the IFRS Interpretations Committee ("IFRICs") and the former Standing Interpretations Committee ("SICs").

**3.     SIGNIFICANT ACCOUNTING POLICIES**

**a)     Basis of measurement**

The consolidated financial statements have been prepared on a historical cost basis, except for certain financial instruments, which are measured at fair value through profit or loss ("FVTPL"), as explained in the accounting policies set out below. Additionally, these consolidated financial statements have been prepared using the accrual basis of accounting, except for cash flow information.

**b)     Currency of presentation**

The consolidated financial statements are presented in United States dollars ("USD$"), which is the functional and presentation currency of the Company and all of its subsidiaries. Certain values are presented in Canadian dollars and described as CAD$.

**c)     Basis of consolidation**

The accounts of the subsidiaries controlled by the Company are included in the consolidated financial statements from the date that control commenced until the date that control ceases. Control is achieved where the Company has the power to govern the financial and operating policies of an entity so as to obtain benefits from its activities.

Consolidated Financial Statements   5

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (expressed in 000's of USD, except as otherwise stated)

The subsidiaries of the Company and their geographic locations are as follows:

| Name of Subsidiary | Location | Ownership Percentage | Principal Activity |
|---|---|---|---|
| Tahoe Resources USA Inc. | United States | 100% | Services |
| Tahoe Swiss AG | Switzerland | 100% | Services |
| Escobal Resources Holding Limited | Barbados | 100% | Services |
| Minera San Rafael, S.A. | Guatemala | 100% | Operations |

Intercompany balances, transactions, income and expenses arising from intercompany transactions are eliminated in full on consolidation.

**d)     Foreign currency translation**

Transactions in currencies other than the functional currency are recorded at the rates of exchange prevailing on the dates of the transactions. At the end of each reporting period, monetary assets and liabilities that are denominated in foreign currencies are translated at the rates prevailing at that date. Non-monetary items that are measured in terms of historical cost in foreign currencies are not re-translated. Total foreign exchange gains and losses are recognized in earnings (loss) attributable to common shareholders and presented in the consolidated statements of operations and total comprehensive income (loss). The unrealized portion of foreign exchange gains and losses are disclosed separately in the consolidated statements of cash flows.

**e)     Cash and cash equivalents**

Cash and cash equivalents comprise cash balances and deposits with maturities of 90 days or less.

**f)     Inventories**

Finished goods (including work-in-process) and stockpiled ore are measured at the lower of average cost or net realizable value. Net realizable value is calculated as the estimated price at the time of sale based on prevailing metal prices less estimated future costs to convert the inventories into saleable form and estimated costs to sell.

Ore extracted from the mine is stockpiled and subsequently processed into finished goods (metal concentrate). The costs of finished goods represent the costs of work-in-process inventories incurred prior to the sale of concentrate. Costs are included in inventory based on current costs incurred to produce concentrate, including applicable depreciation and depletion of mining interests, and removed at the cost per tonne of concentrate produced.

Supplies are measured at average cost. In the event that the net realizable value of the finished product is lower than the expected cost of the finished product, the supplies used in the finished product are written down to net realizable value. Replacement costs of supplies are generally used as the best estimate of net realizable value.

**g)     Mineral interests, plant and equipment**

Mineral interests, plant and equipment are carried at cost, less accumulated depreciation and accumulated impairment losses.

6    Tahoe Resources Inc.

**NOTES TO THE CONSOLIDATED FINANCIALS STATEMENTS (expressed in 000's of USD, except as otherwise stated)**

On initial acquisition, mineral interests, plant and equipment are valued at cost, being the purchase price and the directly attributable costs of acquisition or construction required to bring the asset to the location and condition necessary for the asset to be capable of operating in the manner intended by management. Land is stated at cost less any impairment in value and is not depreciated and is included in non-depletable mineral interests. When provisions for closure and decommissioning are recognized, the corresponding cost is capitalized as part of the cost of the related assets, representing part of the cost of acquiring the future economic benefits of the operation. The capitalized cost of closure and decommissioning activities is recognized in mineral interests, plant and equipment and depreciated accordingly.

In subsequent periods, plant and equipment are stated at cost less accumulated depreciation and any impairment in value.

Each asset or component's estimated useful life has due regard to both its own physical life limitations and the present assessment of economic viability of the mineral interests benefitting from its use, and to possible future variations in those assessments. Estimates of remaining useful lives and residual values are reviewed on a periodic basis. Changes in estimates are accounted for prospectively.

Borrowing costs directly relating to the financing of a project are added to the capitalized cost of those projects until such time as the assets are substantially ready for their intended use or sale which, in the case of mineral interests, is when commercial production is achieved.

Expenditure on major maintenance or repairs includes the cost of the replacement of parts of assets and overhaul costs. Where an asset or part of an asset is replaced and it is probable that future economic benefits associated with the item will be available to the Company, the expenditure is capitalized and the carrying amount of the item replaced derecognized. Similarly, overhaul costs associated with major maintenance are capitalized and depreciated over their useful lives where it is probable that future economic benefits will be available and any remaining carrying amounts of the cost of previous overhauls are derecognized. All other costs are expensed as incurred.

Operational mineral interests and mine development

When it has been determined that a mineral interest can be economically developed, the costs incurred to develop such interest are capitalized.

Major development expenditures on producing mineral interests incurred to increase production or extend the life of the mine are capitalized while ongoing mining expenditures on producing mineral interests are charged against earnings as incurred.

Costs associated with commissioning activities are capitalized until the date the Company is ready to commence commercial production.

Consolidated Financial Statements    7

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

A mine is ready to commence commercial production when it is capable of operating at levels intended by management. The main criteria management uses to assess operating levels are:

- Operational commissioning of major mine and plant components complete; is
- Operating results are being achieved consistently for a period of time;
- Indicators that these operating results will continue; and
- Other factors include one or more of the following:

  o Significant milestones for the development of the mineral interests have been achieved;
  o A significant portion of plant/mill capacity has been achieved;
  o A significant portion of available funding is directed towards operating activities rather than capital projects; or
  o A pre-determined, reasonable period of time has passed.

Management may use additional criteria to determine mine-specific operating levels for commercial production.

Any revenues earned during this period are recorded as a reduction in commissioning costs. These costs are amortized using the units-of-production method ("UOP") over the life of the mine, commencing on the date of commercial production.

Costs related to the acquisition of land and mineral rights are capitalized as incurred.

Assets under construction are capitalized as construction-in-progress. The cost of construction-in-progress comprises its purchase price and any costs directly attributable to bringing it into working condition for its intended use. Construction-in-progress is not depreciated. Once the asset is complete and available for use it is transferred to mineral interests, plant and equipment and depreciation commences.

<u>Depreciation of mineral interests, plant and equipment</u>

The carrying amounts of mineral interests, plant and equipment are depreciated to their estimated residual value over the estimated useful lives of the specific assets concerned, or the estimated life of the associated mine, if shorter. Estimates of residual values and useful lives are reviewed on a periodic basis and any change in estimate is taken into account in the determination of remaining depreciation charges, and adjusted if appropriate, at each reporting period. Changes to the estimated residual values or useful lives are accounted for prospectively. Depreciation commences on the date when the asset is available for use as intended by management.

 Tahoe Resources Inc.

**NOTES TO THE CONSOLIDATED FINANCIALS STATEMENTS (expressed in 000's of USD, except as otherwise stated)**

*Units of production basis*

For mineral interests and certain mining equipment, the economic benefits from the asset are consumed in a pattern which is linked to the production level. Except as noted below, such assets are depreciated on a UOP basis. In applying the UOP method, depreciation is normally calculated using the quantity of material extracted from the mine in the period as a percentage of the total quantity of material to be extracted in current and future periods based on life-of-mine reserves.

Upon declaration of commercial production, the carrying amounts of mineral interests are depleted using the UOP method over the estimated life of mine based on proven and probable reserves. Estimation of proven and probable reserves is updated when relative information is available. Changes to these estimates will be prospectively applied to calculate depletion amounts for future periods. For operations that reach commercial production prior to the determination of proven and probable reserves, depletion is calculated based on the mineable portion of measured and indicated resources until such time that proven and probable reserves are established.

*Straight line basis*

For all other assets depreciation is recognized in earnings or loss on a straight line basis over the estimated useful lives of each part of an item (component), since this most closely reflects the expected pattern of consumption of economic benefits embodied in the asset. The estimated useful lives for assets and components that are depreciated on a straight line basis range from 2 to 20 years.

| Depreciated Items | Useful Life |
| --- | --- |
| Computer equipment & software | 2 - 5 years |
| Vehicles | 3 - 5 years |
| Mining equipment | 2 - 14 years |
| Ancillary facilities | 20 Years |
| Mineral interests and plant | UOP |

Impairment and Disposal

At the end of each reporting period the Company reviews whether there is any indication that the assets are impaired. If any such indication exists, the recoverable amount of the asset is estimated in order to determine the extent of the impairment, if any. The recoverable amount is the higher of the asset's fair value less costs to sell and its value in use. Fair value is determined as the amount that would be obtained from the sale of the asset in an arm's length transaction between knowledgeable and willing parties. In assessing value in use, the estimated future cash flows are discounted to their present value using a discount rate that reflects current market assessments of the time value of money and the risks specific to the asset. If the recoverable amount of an asset is estimated to be less than its carrying amount, the carrying amount of the asset is reduced to its recoverable amount and the impairment loss is recognized in the earnings or loss for the period. For an asset that does not generate largely independent cash inflows, the recoverable amount is determined for the cash generating unit ("CGU") to which the asset belongs.

Where an impairment loss subsequently reverses, the carrying amount of the asset (or CGU) is increased to the revised estimate of its recoverable amount, but to an amount that does not exceed the carrying amount that would have been determined had no impairment loss been recognized for the asset (or CGU) in prior years. A reversal of an impairment loss is recognized immediately in earnings or loss.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (expressed in 000's of USD, except as otherwise stated)

Where an item of mineral interests, plant and equipment is disposed of, it is derecognized and the difference between its carrying value and net sales proceeds is disclosed as earnings or loss on disposal in the consolidated statements of operations and comprehensive income (loss). Any items of mineral interests, plant or equipment that cease to have future economic benefits are derecognized with any gain or loss included in the financial year in which the item is derecognized.

**h)     Exploration and evaluation assets**

The cost of exploration and evaluation assets acquired through a business combination or an asset acquisition are capitalized, as are expenditures incurred for the acquisition of land and surface rights. All other exploration and evaluation expenditures are expensed as incurred, including those incurred before the Company has obtained the legal rights to explore an area of interest.

Capitalization of evaluation expenditures commences when there is a high degree of confidence in the project's viability and hence it is probable that future economic benefits will flow to the Company.

Capitalized exploration and evaluation costs are classified as mineral interests within mineral interests, plant and equipment.

Corporate general and administrative costs related to exploration and evaluation assets are expensed as incurred.

**i)     Provision for site reclamation and closure costs**

The Company recognizes a liability for site closure and reclamation costs in the period in which it is incurred if a reasonable estimate of costs can be made. The Company records the net present value of estimated future cash flows associated with site closure and reclamation as a liability when the liability is incurred and increases the carrying value of the related assets for that amount. Subsequently, these capitalized costs are amortized over the life of the related assets. At the end of each reporting period, the estimated net present value of reclamation and closure cost obligations is assessed to reflect the passage of time (accretion expense) and changes in the estimated future cash flows underlying any initial estimates.

**j)     Financial instruments**

The Company has only one classification of non-derivative financial assets comprising cash and cash equivalents and trade and other receivables.

The Company initially recognizes trade and other receivables and deposits on the date that they originated. Subsequent to initial recognition trade and other receivables are measured at FVTPL. Deposits are measured at historical cost.

The Company ceases to recognize financial assets when the contractual rights to the cash flows from the assets expire, or it transfers the rights to receive the contractual cash flows on the financial assets in a transaction in which substantially all the risks and rewards of ownership of the financial assets are transferred. Any interest in transferred financial assets that is created or retained by the Company is recognized as a separate asset.

 Tahoe Resources Inc.

**NOTES TO THE CONSOLIDATED FINANCIALS STATEMENTS (expressed in 000's of USD, except as otherwise stated)**

The Company has non-derivative financial liabilities comprising accounts payable, accrued liabilities, current debt, and SARs liabilities. Such financial liabilities are recognized initially at fair value net of any directly attributable transaction costs. Subsequent to initial recognition, current debt is measured at amortized cost using the effective interest method and the SARs liabilities are measured at FVTPL.

### k) Share capital

Common shares are classified as equity. Incremental costs directly attributable to the issue of common shares are recognized as a deduction from equity, net of any tax effects.

### l) Revenue recognition

Revenue is recognized when the significant risks and rewards of ownership have passed to the buyer; it is probable that economic benefits associated with the transaction will flow to the Company; the sale price can be measured reliably; the Company has no significant continuing involvement; and the costs incurred or to be incurred in respect of the transaction can be measured reliably. In circumstances where title is retained to protect the financial security interests of the Company, revenue is recognized when the significant risks and rewards of ownership have passed to the buyer.

Revenues and trade receivables are subject to adjustment upon final settlement of metal prices, weights, and assays as of a date that is typically a few months after the shipment date. The Company records adjustments to revenues and trade receivables monthly based on quoted forward prices for the expected settlement period. Adjustments for weights and assays are recorded when results are determinable or on final settlement. Trade receivables are therefore measured at FVTPL. Treatment and refining charges are netted against revenues from metal concentrate sales.

Until a mine is operating at the level intended by management revenues will be offset against mineral interests, plant and equipment costs.

### m) Share-based payments

Share-based compensation arrangements in which the Company receives goods or services as consideration for its own equity instruments are accounted for as equity-settled share-based payment transactions. If the fair value of the goods or services received cannot be estimated reliably, the share-based payment transaction is measured at the fair value of the equity instruments granted at the date the Company receives the goods or the services.

The fair value of share-based compensation on the grant date to key management personnel, senior employees, and consultants is recognized as an expense, with a corresponding increase in equity, over the period that the optionee becomes unconditionally entitled to the options. The amount recognized as an expense is adjusted to reflect the actual number of share options for which the related service and vesting conditions are met.

Consolidated Financial Statements    11

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

The amount payable in respect of share appreciation rights ("SARs"), which are settled in cash, is recognized as an expense with a corresponding increase in liabilities over the period that the rights are exercisable. The liability is measured at each reporting date using the Black-Scholes option pricing model and is recorded at FVTPL.

**n)    Income taxes**

Income tax on the earnings or loss for the period presented comprises current and deferred tax. Income tax is recognized in earnings or loss in the statements of operations except to the extent that it relates to items recognized directly in equity, in which case it is recognized in equity.

Current tax expense is the expected tax payable on the taxable income for the period, using tax rates substantively enacted at period end, adjusted for amendments to tax payable with regards to previous years.

Deferred tax is provided using the balance sheet liability method, providing for temporary differences between the carrying amounts of assets and liabilities for financial reporting purposes and the amounts used for taxation purposes. Deferred tax is not recognized for temporary differences which arise on the initial recognition of assets or liabilities in a transaction that is not a business combination and that affects neither accounting, nor taxable earnings or loss. The amount of deferred tax provided is based on the expected manner of realization or settlement of the carrying amount of assets and liabilities, using tax rates enacted or substantively enacted at the balance sheet reporting date.

A deferred tax asset is recognized only to the extent that it is probable that future taxable earnings will be available against which the asset can be utilized. Deferred tax assets are reviewed at each reporting date and are reduced to the extent it is no longer probable that the related tax benefit will be realized.

**o)    Mine operating earnings**

Mine operating earnings represent the difference between revenues and operating costs which include royalties and depreciation and depletion.

**p)    Earnings (loss) from operations**

Earnings (loss) from operations represent the difference between mine operating earnings and other operating expenses which include Escobal project expenses, other exploration expenses and general and administrative expenses.

**q)    Earnings (loss) per share**

The Company presents basic and diluted earnings (loss) per share ("EPS") data for its common shares. Basic EPS is calculated by dividing earnings (loss) attributable to common shareholders of the Company by the weighted average number of common shares outstanding during the year which are adjusted for the dilutive impact of deferred share awards issued and outstanding.

Diluted EPS is determined by adjusting the earnings (loss) attributable to common shareholders and the weighted average number of common shares outstanding for the effects of all dilutive potential common shares.

 Tahoe Resources Inc.

NOTES TO THE CONSOLIDATED FINANCIALS STATEMENTS (expressed in 000's of USD, except as otherwise stated)

**r)    Cash provided by (used in) operating activities before changes in working capital**

Cash provided by (used in) operating activities before changes in working capital represents the cash flows generated by operating activities after adjusting for interest expense, income tax expense and financing fees as well as items not involving cash.

**4.    CHANGES IN ACCOUNTING POLICIES AND STANDARDS**

**a)    Application of new and revised accounting standards effective January 1, 2014**

The following standards were applied for periods beginning on or after January 1, 2014 and have no material effect on our financial performance:

i.    IFRIC 21 – *Levies*

IFRIC 21 – *Levies* ("IFRIC 21") provides guidance on when to recognize a liability for a levy imposed by a government, other than those levies within the scope of other standards. The Company has applied IFRIC 21 on a retrospective basis in compliance with the transitional requirements. No adjustments to the Company's consolidated financial statements were made as a result of the implementation of IFRIC 21.

**b)    Future accounting standards and interpretations**

A number of new IFRS standards, and amendments to standards and interpretations, are not yet effective for the year ended December 31, 2014, and have not been applied in preparing these consolidated financial statements. The Company is currently evaluating the impact these standards are expected to have on its consolidated financial statements. Details related to these standards and interpretations are discussed below.

i.    *IFRS 15 – Revenue from Contracts with Customers*

In May 2014, the IASB issued IFRS 15 – *Revenue from Contracts with Customers* ("IFRS 15") which supersedes IAS 11 – *Construction Contracts* , IAS 18 – *Revenue* , IFRIC 13 – *Customer Loyalty Programmes* , IFRIC 15 – *Agreements for the Construction of Real Estate* , IFRIC 18 – *Transfers of Assets from Customers* , and SIC 31 – *Revenue – Barter Transactions Involving Advertising Services* . IFRS 15 establishes a single five-step model framework for determining the nature, amount, timing and uncertainty of revenue and cash flows arising from a contract with a customer. The standard is effective for annual periods beginning on or after January 1, 2017, with early adoption permitted. The Company is currently evaluating the impact the standard is expected to have on its consolidated financial statements.

ii.    *IFRS 9 – Financial Instruments*

In July 2014, the IASB issued an amendment to IFRS 9 – *Financial Instruments* ("IFRS 9") which supersedes previous versions of IFRS 9. IFRS 9, among other things, requires an expected credit loss model for impairment of financial instruments and introduces a new hedge accounting model designed to align with entities risk management activities. The standard is effective for annual periods beginning on or after January 1, 2018, with early adoption permitted. The Company is currently evaluating the impact the standard is expected to have on its consolidated financial statements.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (expressed in 000's of USD, except as otherwise stated)

**5.   CRITICAL JUDGMENTS AND ESTIMATES IN APPLYING ACCOUNTING POLICIES**

The preparation of consolidated financial statements in conformity with IFRS requires management to make judgments and estimates that affect the application of accounting policies and the reported amounts of assets, liabilities, contingent liabilities, income and expenses. Actual results could differ from these estimates.

Estimates and underlying assumptions are reviewed on an ongoing basis. Revisions to accounting estimates are recognized in the period in which the estimates are revised and applied prospectively.

Information about critical judgments and estimates in applying accounting policies that have the most significant effect on the amounts recognized in the consolidated financial statements are as follows:

**a)   Judgments**

   i.   *Commercial Production*

In order to declare commercial production a mine must be able to operate at levels intended by management. Prior to commercial production costs incurred are capitalized as part of the cost of placing the asset into service and proceeds from the sale of concentrates are offset against the costs capitalized. Subsequent to the declaration of commercial production depletion of the costs incurred begins. Management considers several criteria in determining when a mine is operating at levels intended, and is therefore in commercial production.

   ii.   *Functional Currency*

The functional currency for each of the Company's subsidiaries is the currency of the primary economic environment in which the entity operates. The Company has determined that for each subsidiary the functional currency is the United States dollar. When determining the functional currency certain judgments may be involved to assess the primary economic environment in which the subsidiary operates. If there is a change in events or conditions which determined the primary economic environment, the Company periodically reevaluates the functional currency for each of its subsidiaries.

   iii.   *Economic recoverability and probability of future economic benefits of exploration, evaluation and development costs.*

The Company has determined that development and related costs incurred which have been capitalized are economically recoverable. Management uses several criteria in its assessments of economic recoverability and probability of future economic benefits including geological and metallurgical information, economic assessments and existing permits for the life of mine plan. The estimates contained within these criteria could change over time which could affect the economic recoverability of capitalized costs.

14   Tahoe Resources Inc.

NOTES TO THE CONSOLIDATED FINANCIALS STATEMENTS (expressed in 000's of USD, except as otherwise stated)

Prior to the first quarter of 2013, underground development expenditures associated with the Escobal mine were expensed as incurred because the Company had not received the exploitation permit necessary for commercial mining operations. Underground development expenditures incurred subsequent to the receipt of the exploitation permit are capitalized. The surface assets associated with the Escobal mine were capitalized both during 2012 and 2013.

**b)     Estimates**

   *i.    Revenue recognition*

As is customary in the industry, revenue on provisionally priced sales is recognized based on relevant forward market prices. At each reporting period, provisionally priced sales are marked to market based on the estimated forward price for the quotational period stipulated in the contract. The adjustment to provisionally priced metal sold is recorded as an adjustment to sales revenue.

   *ii.   Estimated material in the mineral reserves*

The carrying amounts of the Company's depletable mineral interests are depleted upon commencement of commercial production based on the UOP method over the estimated life of mine based on proven and probable reserves. Changes to estimates of material and depletable costs including changes resulting from revisions to the Company's mine plans can result in a change to future depletion rates.

Where commercial production has commenced but proven and probable reserves have yet to be established, the carrying amounts of the Company's depletable mineral interests are depleted based on the mineable portion of measured and indicated resources.

   *iii.  Determination of Useful Lives*

Plant and equipment other than mineral interests are depreciated using the straight-line method based on the specific asset's useful life. Should the actual useful life of the plant or equipment vary from the initial estimation, future depreciation charges may change. Assets with similar useful lives are grouped and treated as a single asset for the purposes of depreciation. Should the grouping of these like assets change, depreciation charges may vary materially in the future.

Consolidated Financial Statements  15

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (expressed in 000's of USD, except as otherwise stated)

iv.  *Impairment charges*

At the end of each reporting period, the Company assesses whether any indication of impairment exists. Where an indicator of impairment exists, an impairment analysis is performed. The impairment analysis requires the use of estimates and assumptions including amongst others, long-term commodity prices, discount rates, length of mine life, future production levels, future operating costs, future capital expenditures and tax positions taken. The estimates and assumptions are subject to risk and uncertainty; hence, there is the possibility that changes in circumstances will alter these projections, which may impact the recoverable amount of the individual assets or CGUs. In such circumstances, some or all of the carrying value of the assets or CGUs may be further impaired or the impairment charge reduced with the impact recorded in the consolidated statements of operations and comprehensive income (loss).

v.  *Reclamation provision and site closure costs*

The Company's accounting policy for the recognition of accrued site closure costs requires significant estimates and assumptions such as the requirements of the relevant environmental, legal and regulatory framework, the magnitude of possible disturbance and the timing, extent and costs of required closure and rehabilitation activity. Changes to these estimates and assumptions may result in future actual expenditures differing from the amounts currently provided for. The decommissioning liability is periodically reviewed and updated prospectively based on the available facts and circumstances.

vi.  *Income taxes*

The Company is periodically required to estimate the tax basis of assets and liabilities. Where applicable tax laws and regulations are either unclear or subject to varying interpretations, it is possible that changes in these estimates could occur that materially affect the amounts of deferred income tax assets and liabilities recorded in the financial statements. Changes in deferred tax assets and liabilities generally have a direct impact on earnings in the period of changes. Each period, the Company evaluates the likelihood of whether some portion or all of each deferred tax asset will not be realized. This evaluation is based on historic and future expected levels of taxable income, the pattern and timing of reversals of taxable temporary timing differences that give rise to deferred tax liabilities, and tax planning initiatives. Levels of future taxable income are affected by, among other things, the market price for saleable metals, production costs, interest rates and foreign currency exchange rates.

vii.  *Valuation of inventory*

All inventory is valued at the lower of average cost or net realizable value. Management is required to make various estimates and assumptions to determine the value of stockpiled ore and concentrate inventories. The estimates and assumptions include surveyed quantities of stockpiled ore, in-process volumes, metal contents, costs to recover saleable metals, payable metal values once processed and the corresponding metals prices. Changes in these estimates can result in changes to the carrying amounts of inventories and mine operating costs of future periods.

  Tahoe Resources Inc.

NOTES TO THE CONSOLIDATED FINANCIALS STATEMENTS (expressed in 000's of USD, except as otherwise stated)

*viii.   Share-based compensation*

The Company makes certain estimates and assumptions when calculating the fair values of share-based compensation granted. The significant estimations and assumptions include expected volatility, expected life, expected dividend yield and expected risk-free rate of return. Changes in these assumptions may result in a material change to the expense recorded for the issuance of share-based compensation.

*ix.   Contingencies*

Due to the size, complexity and nature of the Company's operations, various legal and tax matters arise in the ordinary course of business. The Company accrues for such items when a liability is both probable and the amount can be reasonably estimated.

There are no matters at December 31, 2014 that are expected to have a material effect on the consolidated financial statements of the Company.

## 6.   CASH AND CASH EQUIVALENTS

|  | | December 31, 2014 | | December 31, 2013 |
|---|---|---|---|---|
| Cash | $ | 79,830 | $ | 8,812 |
| Cash equivalents | | 526 | | 26 |
| | $ | 80,356 | $ | 8,838 |

## 7.   TRADE AND OTHER RECEIVABLES

|  | | December 31, 2014 | | December 31, 2013 |
|---|---|---|---|---|
| Trade receivables | $ | 6,569 | $ | 2,421 |
| Other | | 1,138 | | 85 |
| | $ | 7,707 | $ | 2,506 |

## 8.   INVENTORIES

|  | | December 31, 2014 | | December 31, 2013 |
|---|---|---|---|---|
| Supplies | $ | 29,851 | $ | 14,575 |
| Stockpile | | 1,539 | | 3,440 |
| Finished goods | | 9,180 | | 4,950 |
| | $ | 40,570 | $ | 22,965 |

The cost of inventories recognized as an expense for the year ended December 31, 2014 was $170,636 (year ended December 31, 2013 - $nil) and is included in total operating costs.

Consolidated Financial Statements    17

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (expressed in 000's of USD, except as otherwise stated)

## 9. MINERAL INTERESTS

| | Mineral Interests | | Plant & | |
| | Depletable | Non-Depletable | Equipment | Total |
|---|---|---|---|---|
| **Cost** | | | | |
| **Balance at January 1, 2014** | $ - | $ 566,766 | $ 298,897 | $ 865,663 |
| Additions | 14,269 | 65 | 19,270 | 33,604 |
| Disposals | - | (127) | (476) | (603) |
| Transfers [1] | 537,187 | (539,447) | - | (2,260) |
| Change in reclamation provision | 331 | - | - | 331 |
| **Balance at December 31, 2014** | $ 551,787 | $ 27,257 | $ 317,691 | $ 896,735 |
| **Accumulated Depreciation and Depletion** | | | | |
| **Balance at January 1, 2014** | - | - | (21,080) | (21,080) |
| Additions | (25,382) | - | (21,706) | (47,088) |
| Disposals | - | - | 175 | 175 |
| Transfers | (567) | - | 567 | - |
| **Balance at December 31, 2014** | $ (25,949) | $ - | $ (42,044) | $ (67,993) |
| **Carrying Amount at December 31, 2014** | $ 525,838 | $ 27,257 | $ 275,647 | $ 828,742 |

| | Mineral Interests | | Plant & | |
| | Depletable | Non-Depletable | Equipment | Total |
|---|---|---|---|---|
| Cost | | | | |
| Balance at January 1, 2013 | $ - | $ 531,172 | $ 156,234 | $ 687,406 |
| Additions | - | 36,334 | 142,729 | 179,063 |
| Disposals | - | - | (66) | (66) |
| Change in reclamation provision | - | (740) | - | (740) |
| Balance at December 31, 2013 | $ - | $ 566,766 | $ 298,897 | $ 865,663 |
| Accumulated Depreciation and Depletion | | | | |
| Balance at January 1, 2013 | - | - | (8,080) | (8,080) |
| Additions | - | - | (13,029) | (13,029) |
| Disposals | - | - | 29 | 29 |
| Balance at December 31, 2013 | $ - | $ - | $ (21,080) | $ (21,080) |
| Carrying Amount at December 31, 2013 | $ - | $ 566,766 | $ 277,817 | $ 844,583 |

(1)    In early January 2014, the commissioning of the Escobal mine was completed as operating levels intended by management were determined to have been reached. Accordingly, mineral interests were transferred from non- depletable to depletable mineral interests. Depreciation and depletion of capitalized costs classified as depletable commenced effective January 1, 2014. In addition, proceeds from concentrate sales and costs incurred during production have been included in net earnings and total comprehensive income effective January 1, 2014. Final settlement adjustments of $2,260 relating to concentrate sold prior to the commissioning of the Escobal mine have been offset against depletable mineral interests for the year ended December 31, 2014.

## 10. ACCOUNTS PAYABLE AND ACCRUED LIABILITIES

| | Notes | December 31, 2014 | December 31, 2013 |
|---|---|---|---|
| Trade payables | $ | 11,609 | $ 23,104 |
| Royalties payable | | 16,369 | 1,750 |
| Accrued trade payables | | 8,779 | 26,063 |
| Accrued payroll and related benefits | | 3,061 | 2,255 |
| Share appreciation rights, current portion | 16c | 428 | 1,506 |
| | $ | 40,246 | $ 54,678 |

18    Tahoe Resources Inc.

NOTES TO THE CONSOLIDATED FINANCIALS STATEMENTS (expressed in 000's of USD, except as otherwise stated)

**11.    DEBT**

|  | December 31, 2014 | | December 31, 2013 |
|---|---|---|---|
| Credit facility | $ | 50,000 | $ | 50,000 |
| Commitment fee | | (2,175) | | (1,250) |
| Accretion | | 1,979 | | 729 |
| | $ | 49,804 | $ | 49,479 |

On December 20, 2013, the Company reached an agreement with the lender to expand its credit facility by an additional $25 million bearing interest at a rate per annum of the USD$ London Interbank Offered Rate plus a margin of 7.25% . The $25 million was drawn on January 2, 2014, and repaid upon maturity on September 3, 2014.

In July 2014, the Company amended the credit facility agreement and extended the maturity date of the original $50 million to June 3, 2015. All other terms remain per the original agreement.

During the year ended December 31, 2014, the Company paid commitment fees of $925 related to the credit facility (year ended December 31, 2013: $1,250). The commitment fees are being amortized over the life of the facility, $1,250 of which was amortized during the year ended December 31, 2014 (year ended December 31, 2013: $729). In addition to the commitment fees, the Company has paid other fees related to the facility totaling $574 for the year ended December 31, 2014 (year ended December 31, 2013: $854).

The facility is secured by substantially all of the assets of the Company and its subsidiaries: Tahoe Swiss AG, Escobal Resources Holding Limited and Minera San Rafael, S.A.

The facility contains covenants that, among other things, restrict the ability of the Company and its subsidiaries to incur additional debt, merge without consent, consolidate, transfer, lease or otherwise dispose of all or substantially all of its assets. As at December 31, 2014, the Company was in compliance with the covenants.

**12.    RECLAMATION PROVISION**

|  | December 31, 2014 | | December 31, 2013 |
|---|---|---|---|
| Balance, beginning of the year | $ | 3,021 | $ | 3,691 |
| Accretion expense | | 177 | | 70 |
| Revisions in estimates and obligations | | 331 | | (740) |
| Balance, end of the year | $ | 3,529 | $ | 3,021 |

Consolidated Financial Statements    19

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

The Company's environmental permit requires that it reclaim any land it disturbs during mine development, construction and operations. Although the timing and the amount of the actual expenditures are uncertain, the Company has estimated the present value of the future reclamation obligation arising from its activities to December 31, 2014 to be $3,529 (December 31, 2013: $3,021). The present value of the future reclamation obligation assumes a discount rate of 5.77% (December 31, 2013: 5.69%), an inflation rate of 3.42% (December 31, 2013: 4.34%), an undiscounted amount to settle the obligation of $10,240 (December 31, 2013: $8,457), and the commencement of reclamation activities in 19 years. The present value of the future obligation has increased by $331 during 2014 (December 31, 2013: ($740)) as a result of the impact of the change in estimate in mine life, estimated reclamation costs, discount and inflation rates.

### 13. REVENUES

|  |  | Years Ended December 31, | |
| --- | --- | --- | --- |
|  |  | 2014 | 2013[1] |
| Silver | $ | 310,036 | $        - |
| Gold |  | 10,437 | - |
| Lead |  | 12,193 | - |
| Zinc |  | 17,599 | - |
|  | $ | 350,265 | $        - |

[1] During the year ended December 31, 2013, pre-commercial production revenues generated were capitalized as part of the cost of placing the asset into service.

### 14. PRODUCTION COSTS

|  |  | Years Ended December 31, | |
| --- | --- | --- | --- |
|  |  | 2014 | 2013[1] |
| Consumption of raw materials and consumables | $ | 72,886 | $        - |
| Employee compensation and benefits |  | 20,713 | - |
| Contractors and outside services |  | 19,165 | - |
| Other expenses |  | 16,679 | - |
| Changes in inventory |  | (2,120) | - |
|  | $ | 127,323 | $        - |

[1] During the year ended December 31, 2013, pre-commercial production costs incurred were capitalized as part of the cost of placing the asset into service.

### 15. GENERAL AND ADMINISTRATIVE EXPENSES

|  |  | Years Ended December 31, | |
| --- | --- | --- | --- |
|  |  | 2014 | 2013 |
| Salaries and benefits | $ | 11,246 | $   8,303 |
| Share-based payments |  | 5,912 | 5,683 |
| Consulting and professional fees |  | 3,296 | 2,557 |
| Charitable contributions and donations |  | 3,987 | 17 |
| Investor relations and communications |  | 1,657 | 515 |
| Administrative and other |  | 5,855 | 2,434 |
|  | $ | 31,953 | $   19,509 |

### 16. SHARE-BASED PAYMENTS AND OTHER RELATED INFORMATION

The Company's equity compensation plans are designed to attract and retain individuals and to reward them for current and expected future performance. The Company's share-based compensation arrangements are denominated in Canadian dollars ("CAD$") and include Share Plan Options ("Share Options"), Deferred Share Awards ("DSAs"), Restricted Share Awards ("RSAs") and Share Appreciation Rights ("SARs") (collectively referred to as the "Share Plan"). At December 31, 2014, the Company has the following share-based payment arrangements:

20    Tahoe Resources Inc.

**NOTES TO THE CONSOLIDATED FINANCIALS STATEMENTS (expressed in 000's of USD, except as otherwise stated)**

a)      **Share Options**

The Share Plan entitles key management personnel, senior employees, and consultants to the option to purchase shares in the Company. Under the terms of this program, Share Options are exercisable at the market close price of the Company's shares on the day prior to the grant date. The Share Options vest based on service-related vesting terms set by the Compensation Committee of the Board of Directors. The Share Options vest in three equal tranches with the first tranche vesting on the first anniversary, the second on the second anniversary, and the third on the third anniversary of the grant date.

The number and weighted average exercise price in CAD$ of Share Options outstanding at December 31, 2014 and December 31, 2013 are as follows:

|  | Weighted average exercise price | Number of Share Options |
|---|---|---|
| Outstanding at January 1, 2013 | $          9.61 | 2,534,793 |
| Granted | 16.51 | 612,000 |
| Exercised | 9.20 | (281,537) |
| Outstanding at December 31, 2013 | 11.13 | 2,865,256 |
| Granted | 23.92 | 105,000 |
| Exercised | 8.32 | (1,406,597) |
| Forfeited | 16.34 | (16,000) |
| **Outstanding at December 31, 2014** | **$          14.49** | **1,547,659** |

The following table summarizes information about share options outstanding and exercisable at December 31, 2014 (exercise range and prices in CAD$):

| Exercise price range | Outstanding | | Weighted average exercise price | Weighted average remaining life (years) | Exercisable | | Weighted average exercise price | Weighted average remaining life (years) |
|---|---|---|---|---|---|---|---|---|
| $ 6.40-11.15 | 524,659 | $ | 7.53 | 0.54 | 524,659 | $ | 7.53 | 0.54 |
| $16.34-17.56 | 743,000 | $ | 16.70 | 2.61 | 373,000 | $ | 17.04 | 2.04 |
| $18.14-21.68 | 175,000 | $ | 20.28 | 2.37 | 102,000 | $ | 20.28 | 2.02 |
| $22.49-29.74 | 105,000 | $ | 23.92 | 4.43 | - | $ | - | - |
| | **1,547,659** | **$** | **14.49** | **2.00** | **999,659** | **$** | **12.38** | **1.25** |

During the year ended December 31, 2014, 1,406,597 share options were exercised and the cash proceeds received were $10,673 (year ended December 31, 2013: 281,537 share options exercised for cash proceeds of $2,501).

During the year ended December 31, 2014, the Company recorded $1,805 of compensation expense relating to Share Options in general and administrative expenses (year ended December 31, 2013: $2,957).

b)      **DSAs and RSAs**

The Share Plan permits DSAs and RSAs (collectively referred to as "Share Awards") to be issued to key management personnel and senior employees. Upon vesting, shares in the Company are issued at no exercise price. Compensation cost for DSAs and RSAs is measured based on the closing price of the stock one day prior to the grant date.

Consolidated Financial Statements   21

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (expressed in 000's of USD, except as otherwise stated)

i.  *DSAs*

The DSAs vest based on service-related vesting terms set by the Compensation Committee of the Board of Directors and can therefore vary grant to grant. In general however, DSAs vest in three equal tranches with the first tranche vesting on the first anniversary, the second on the second anniversary, and the third on the third anniversary of the grant date (the "general DSA vesting terms").

The number of DSAs outstanding at December 31, 2014 and December 31, 2013 is as follows:

| | |
|---|---:|
| Outstanding at January 1, 2013 | 370,000 |
| Granted | 24,000 |
| Shares issued | (212,666) |
| Outstanding at December 31, 2013 | 181,334 |
| Granted | 213,000 |
| Shares issued | (108,667) |
| **Outstanding at December 31, 2014** | **285,667** |

The 213,000 DSAs granted during the year ended December 31, 2014 had a weighted average fair market value of CAD$23.46. Of the 213,000 granted during the year, 210,000 vest according to the general DSA vesting terms. The remaining 3,000 DSAs were granted under special vesting terms whereby the first tranche is to vest eight months after grant date and the second and third tranches vesting annually thereafter in order to match the vesting schedule of the 210,000 DSAs granted earlier in the year (year ended December 31, 2013: 15,000 of the 24,000 DSAs granted had the first tranche vesting immediately on grant date with the second and third tranches vesting annually thereafter).

During the year ended December 31, 2014, 108,667 DSAs vested and common shares of the Company were issued to the recipients under the provisions of the Share Plan. As a result $2,186 was transferred to share capital from share based payments reserve (year ended December 31, 2013: 212,666 DSA's vested and $3,684 was transferred to share capital).

During the year ended December 31, 2014, the Company recorded $2,817 of compensation expense relating to DSAs in general and administrative expenses (year ended December 31, 2013: $2,400).

ii.  *RSAs*

The RSAs vest immediately on the grant date and are issued at that time. Consequently, there are no RSAs outstanding at December 31, 2014 and December 31, 2013.

There were 35,000 RSAs granted during the year ended December 31, 2014 with a weighted average fair market value of CAD$24.03 (year ended December 31, 2013: 35,000 RSAs were granted with a weighted average fair market value of CAD$17.08) .

22    Tahoe Resources Inc.

103

NOTES TO THE CONSOLIDATED FINANCIALS STATEMENTS (expressed in 000's of USD, except as otherwise stated)

During the year ended December 31, 2014, 35,000 RSAs vested and common shares of the Company were issued to the recipients under the provisions of the Share Plan resulting in an increase to share capital of $774 (year ended December 31, 2013: 35,000 RSA's vested for an increase to share capital of $596).

During the year ended December 31, 2014, the Company recorded $774 of compensation expense relating to the vesting and issuance of RSAs in general and administrative expenses (year ended December 31, 2013: $596).

c)    **SARs**

The Company grants SARs to employees that entitle the employees to a cash settlement. The amount of the cash settlement is determined based on the difference between the strike price and the closing share price of the Company on the exercise date. The SARs have a term of five years from the award date and vest in five equal tranches with the first tranche vesting immediately, the second on the first anniversary, the third on the second anniversary, the fourth on the third anniversary, and the fifth on the fourth anniversary of the grant date. Prior to the cash settlement, unvested and vested SARs are valued using the Black-Scholes Model.

The number of SARs outstanding at December 31, 2014 and December 31, 2013 is as follows:

|  | Number of SARs |
|---|---|
| Outstanding at January 1, 2013 | 326,925 |
| Issued | 10,000 |
| Exercised | (84,200) |
| Cancelled | (47,000) |
| Outstanding at December 31, 2013 | 205,725 |
| Issued | 10,000 |
| Exercised | (122,725) |
| Cancelled | (20,000) |
| **Outstanding at December 31, 2014** | **73,000** |
|  |  |
| Exercisable at December 31, 2013 | 100,725 |
| **Exercisable at December 31, 2014** | **50,000** |

At December 31, 2014, vested SARs had a weighted average intrinsic value of CAD$6.92 per share (December 31, 2013: CAD$6.79) .

At December 31, 2014, the Company has recognized other current and long-term liabilities for SARs of $428 and $21, respectively (December 31, 2013: $1,506 and $80, respectively).

During the year ended December 31, 2014, the Company recorded $515 of compensation expense relating to SARs in general and administrative expenses (year ended December 31, 2013: $(270)).

Consolidated Financial Statements    23

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (expressed in 000's of USD, except as otherwise stated)

The following table summarizes information about SARs outstanding and exercisable at December 31, 2014 (grant price range in CAD$):

| Grant price range | Issued | Exercised/ Cancelled | Outstanding | Exercisable |
|---|---|---|---|---|
| $6.40-12.87 | 262,000 | (210,000) | 52,000 | 50,000 |
| $13.35-16.57 | 65,000 | (59,000) | 6,000 | - |
| $18.00-20.55 | 82,500 | (67,500) | 15,000 | - |
| | **409,500** | **(336,500)** | **73,000** | **50,000** |

d)     **Inputs for measurement of fair values**

The grant date fair values of Share Options were measured based on the Black-Scholes Model. The fair value of SARs has been re-measured at December 31, 2014. Expected volatility, interest rate and share price have been updated with changes in the fair value being recognized in earnings or loss during the period.

The weighted average inputs used in the measurement of the fair values (CAD$) at the grant dates of the Share Options are as follows:

| | | Years Ended December 31, | |
|---|---|---|---|
| | | **2014** | 2013 |
| Share price | $ | **24.11** | $ 16.62 |
| Exercise price | $ | **23.92** | $ 16.51 |
| Expected volatility | | **52%** | 49% |
| Expected life (years) | | **3.60** | 3.60 |
| Expected dividend yield | | **-** | - |
| Risk-free interest rate | | **1.42%** | 1.21% |
| Fair value | $ | **9.55** | $ 6.18 |

The weighted average inputs used in the re-measurement of the fair value (CAD$) of the SARs are as follows:

| | | December 31, 2014 | | December 31, 2013 |
|---|---|---|---|---|
| Share price | $ | **16.15** | $ | 17.67 |
| Exercise price | $ | **10.48** | $ | 11.28 |
| Expected volatility | | **53%** | | 51% |
| Expected life (years) | | **1.69** | | 2.18 |
| Expected dividend yield | | **-** | | - |
| Risk-free interest rate | | **1.23%** | | 1.65% |
| Fair value | $ | **8.78** | $ | 9.10 |

e)     **Authorized share capital**

The Company's authorized share structure is as follows:

- Unlimited number of authorized common shares without par value;
- Common shares are without special rights or restrictions attached;
- Common shares have voting rights; and
- Common shareholders are entitled to receive dividend payments.

Tahoe Resources Inc.

**NOTES TO THE CONSOLIDATED FINANCIALS STATEMENTS (expressed in 000's of USD, except as otherwise stated)**

At December 31, 2014, there were 147,664,671 common shares of the Company issued and outstanding (December 31, 2013: 146,094,407).

## 17.    INCOME TAX EXPENSE

| | | | | Years Ended December 31, | |
|---|---|---|---|---|---|
| | | | **2014** | | 2013 |
| Current income tax expense | | | | | |
|    Current period | $ | | **26,650** | $ | 1,915 |
| | | | **26,650** | | 1,915 |
| Deferred tax benefit | | | | | |
|    Origination and reversal of temporary differences | | | **(1,750)** | | (294) |
| | | | **(1,750)** | | (294) |
| Income tax expense | $ | | **24,900** | $ | 1,621 |

**a)    Income tax reconciliation**

The reconciliation of income taxes at statutory rates with the reported taxes is as follows:

| | | | | Years Ended December 31, | |
|---|---|---|---|---|---|
| | | | **2014** | | 2013 |
| Earnings (loss) before income taxes | $ | | **115,690** | $ | (63,976) |
| Statutory tax rate | | | **26.00%** | | 25.75% |
| Income tax expense (benefit) | | | **30,079** | | (16,474) |
| Reconciling items: | | | | | |
|    Difference between statutory and foreign tax rates | | | **(15,345)** | | 12,002 |
|    (Deductible) non-deductible share-based payments | | | **(187)** | | 994 |
|    Non-deductible expenses | | | **6,365** | | 2,391 |
|    Change in unrecognized deferred tax assets | | | **3,973** | | 2,696 |
|    Other | | | **15** | | 12 |
| Income tax expense | $ | | **24,900** | $ | 1,621 |

Effective January 1, 2014, the income tax rate in Guatemala increased from 6% to 7% of taxable revenues for entities in the optional simplified regime for income derived from lucrative activities. The Company has elected to be taxed under this regime.

At December 31, 2014, the Company's significant components of deferred income tax assets related to inventories and trade accounts receivable and were $2,044 (December 31, 2013: $294). The Company did not have any deferred income tax liabilities at December 31, 2014 and 2013.

The Company believes that it is probable that the results of future operations will generate sufficient revenue to realize the deferred income tax assets.

**b)    Tax losses and tax credits**

As at December 31, 2014, the Company had $68,126 of tax losses (December 31, 2013: $46,279) for which $nil (December 31, 2013: $nil) have been recognized as deferred tax assets. The Company recognizes the benefit of tax losses only to the extent of anticipated future taxable income in relevant jurisdictions. The gross amount of tax losses carried forward will begin to expire in 2030.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (expressed in 000's of USD, except as otherwise stated)

Deductible temporary differences at December 31, 2014 and 2013 are as follows:

| | December 31, 2014 | December 31, 2013 |
|---|---|---|
| Tax losses and tax credits | $ 68,126 | $ 46,729 |
| | | |
| Deductible temporary differences | | |
| Cumulative eligible capital | 759 | 816 |
| Financing costs | 2,275 | 7,900 |
| Deductible temporary difference | $ 71,160 | $ 55,445 |

## 18.    EARNINGS (LOSS) PER SHARE

| | Year ended December 31, 2014 | | | Year ended December 31, 2013 | | |
|---|---|---|---|---|---|---|
| | Earnings for the year | Weighted average shares outstanding | Earnings per share | Loss for the year | Weighted average shares outstanding | Loss per share |
| Basic EPS [1] | $ 90,790 | 147,405,379 | $ 0.62 | $ (65,597) | 145,842,795 | $ (0.45) |
| Effect of dilutive securities: | | | | | | |
| Share options | - | 586,892 | (0.01) | - | - | - |
| Diluted EPS | $ 90,790 | 147,992,271 | $ 0.61 | $ (65,597) | 145,842,795 | $ (0.45) |

(1)    The weighted average shares outstanding used in the basic earnings per share calculation includes the dilutive impact of 285,667 DSAs (year ended December 31, 2013: 181,334 DSAs).

At December 31, 2014, 1,547,659 Shares Options and 285,667 Share Awards were outstanding of which 69,000 and nil, respectively, were anti-dilutive (year ended December 31, 2013: nil and nil, respectively) because the underlying exercise prices exceeded the average market price for the year ended December 31, 2014 of CAD$23.24 (year ended December 31, 2013: CAD$16.94) .

During the year ended December 31, 2014, the Company declared and paid to its shareholders dividends of $0.02 per common share for total dividends of $2,953 (year ended December 31, 2013: no dividends declared or paid).

For the period January 1, 2015 to March 11, 2015, the Company declared and paid dividends of $0.02 per common share for each of the months of January and February for total dividends paid of $5,906. The Company declared and made payable dividends of $0.02 per common share for the month of March for total dividends payable of $2,953.

Tahoe Resources Inc.

NOTES TO THE CONSOLIDATED FINANCIALS STATEMENTS (expressed in 000's of USD, except as otherwise stated)

### 19.    SUPPLEMENTAL CASH FLOW INFORMATION

| | | | | Years Ended December 31, |
|---|---|---|---|---|
| | | 2014 | | 2013 |
| Trade and other receivables | $ | (5,201) | $ | (2,506) |
| Inventories | | (16,329) | | (21,134) |
| Other current assets | | (2,693) | | (341) |
| Other non-current assets | | (9,363) | | 4,971 |
| Accounts payable, accrued liabilities, and other non-current liabilities | | 5,316 | | 12,144 |
| **Changes in working capital** | $ | **(28,270)** | $ | (6,866) |
| | | | | |
| Supplemental information: | | | | |
|   Interest received | $ | **37** | $ | 120 |

### 20.    SEGMENTED INFORMATION

The Company conducts its business as a single operating segment, the principal business activities being the operation of mineral properties for the mining of precious metals and the acquisition, exploration and development of mineral interests. All mineral interests, plant and equipment are situated in Guatemala and all revenues are generated by the Company's mine in Guatemala. Substantially all of the cash and cash equivalents are denominated in United States dollars and are held in Canada. The corporate office located in Reno, Nevada, USA, provides support to the mining and exploration activities with respect to financial, human resources and technical support.

The Company has contracts with a number of customers for its concentrate sales. The Company's top three customers account for 85% of revenues for the year ended December 31, 2014. The revenues by customer for the year ended December 31, 2014 are 37%, 26%, and 22%. No other customer accounted for more than 10% of sales during the respective periods. The loss of these customers or curtailment of purchases by such customers could have a material adverse effect on the Company's results of operations, financial condition and cash flows.

### 21.    FAIR VALUE OF FINANCIAL INSTRUMENTS

Fair value ("FV") estimates are made at a specific point in time, based on relevant market information and information about the financial instrument. These estimates are subjective in nature and involve uncertainties and matters of significant judgment and, therefore, cannot be determined with precision. Changes in assumptions could significantly affect the estimates.

The analysis of financial instruments that are measured subsequent to initial recognition at fair value can be categorized into Levels 1 through 3 based upon the degree to which the inputs used in the fair value measurement are observable.

- Level 1 – inputs to the valuation methodology are quoted (adjusted) for identical assets or liabilities in active markets.

- Level 2 – inputs to valuation methodology include quoted market prices for similar assets and liabilities in active markets, and inputs that are observable for the asset or liability, either directly or indirectly, for substantially the full term of the financial instrument.

- Level 3 – inputs to the valuation methodology are unobservable and significant to the fair value measurement.

Consolidated Financial Statements   27

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (expressed in 000's of USD, except as otherwise stated)

At December 31, 2014, the levels in the FV hierarchy into which the Company's financial assets are measured and recognized on the balance sheet at fair value are categorized as follows:

| | December 31, 2014 | | December 31, 2013 | |
| --- | --- | --- | --- | --- |
| | Level 1 | Level 2 | Level 1 | Level 2 |
| Cash | $ 79,830 | $ - | $ 8,812 | $ - |
| Cash equivalents | - | 526 | - | 26 |
| Trade and other receivables | - | 7,707 | - | 2,506 |
| | $ 79,830 | $ 8,233 | $ 8,812 | $ 2,532 |

There were no transfers between Level 1 and Level 2 during the year ended December 31, 2014. At December 31, 2014 and 2013, there were no financial assets measured and recognized at fair value that would be categorized as Level 3 in the fair value hierarchy.

The Company's trade receivables are classified as FVTPL.

At December 31, 2014 and 2013, there were no financial liabilities measured and recognized at fair value that would be categorized as Level 1, Level 2 or Level 3 in the fair value hierarchy.

22.    FINANCIAL RISK MANAGEMENT

The Company has exposure to certain risks resulting from its use of financial instruments. These risks include credit risk, liquidity risk and market risk.

a)    Credit Risk

Credit risk is the risk that the counterparty to a financial instrument will cause a loss for the Company by failing to meet its obligations. Credit risk for the Company is primarily related to trade and other receivables and cash and cash equivalents.

The Company manages the credit risk associated with trade and other receivables by selling to organizations with strong credit ratings and requiring substantial provisional pricing at the date of shipping its products. The history of defaults by these organizations to other entities has been negligible and the Company considers its risk in trade receivables to be negligible as well.

The Company manages the credit risk associated with cash and cash equivalents by investing these funds with highly rated financial institutions, and as such, the Company deems the credit risk on cash and cash equivalents to be low.

28    Tahoe Resources Inc.

NOTES TO THE CONSOLIDATED FINANCIALS STATEMENTS (expressed in 000's of USD, except as otherwise stated)

b) **Liquidity Risk**

Liquidity risk is the risk that the Company will encounter difficulty in meeting the obligations associated with its financial liabilities that are settled by delivering cash or another financial asset. The Company's approach to managing liquidity is to ensure, to the extent possible, that it will always have sufficient liquidity to meet its liabilities when due, under both normal and stressed conditions, without incurring unacceptable losses or risking damage to the Company's reputation. At December 31, 2014, the Company deems this risk to be minimal.

The Company's financial liabilities at December 31, 2014 include accounts payable and accrued liabilities, all of which are due within a year. The other long-term liabilities consist of the SARs long-term portion and severance provisions.

|  | 1 year | 2-5 years | 5+ years | Total |
|---|---|---|---|---|
| Accounts payable and accrued liabilities | $ 40,246 | $ - | $ - | $ 40,246 |
| Debt | 51,313 | - | - | 51,313 |
| Income tax payable | 1,825 | - | - | 1,825 |
| Lease and contractual agreements | 5,921 | 1,796 | 66 | 7,783 |
| Commitments to purchase equipment, services, materials and supplies | 19,400 | - | - | 19,400 |
| Other long-term liabilities | - | 2,164 | - | 2,164 |
| Reclamation provision | - | - | 10,240 | 10,240 |
|  | $ 118,705 | $ 3,960 | $ 10,306 | $ 132,971 |

c) **Market Risk**

The Market risk of the Company is composed of three main risks: foreign exchange risk, interest rate risk, and price risk.

i. *Foreign Exchange Risk*

The Company is exposed to currency risk on cash and cash equivalents and accounts payable that are denominated in a currency other than the USD$. To minimize risk, the Company's funds are kept in highly liquid instruments such as commercial paper and time deposits. The Company also contracts for goods and services mainly in USD$ currency. At December 31, 2014, the Company held substantially all cash in USD$ to minimize exchange rate risk. Cash and cash equivalents includes the following balances held in foreign currencies:

|  | December 31, 2014 | December 31, 2013 |
|---|---|---|
| CAD$ | $ 185 | $ 1,050 |
| Guatemalan quetzal and other currencies | 1,188 | 643 |
|  | $ 1,373 | $ 1,693 |

While most of the Company's goods and services are contracted in USD$, there is a portion contracted in other currencies (CAD$ and Guatemalan Quetzals). The appreciation of these currencies against the USD$ can increase the costs the Company incurs while the depreciation of these currencies against the USD$ can decrease the costs the Company incurs. At December 31, 2014, the Company has determined this risk to be low.

Consolidated Financial Statements    29

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (expressed in 000's of USD, except as otherwise stated)

The Company recognized a foreign exchange loss of $906 year ended December 31, 2014 (year ended December 31, 2013: $nil).

ii.    *Interest Rate Risk*

Interest rate risk is the risk that the Company's future cash flows and fair values will fluctuate as a result of changes in market interest rates. At December 31, 2014, the Company's interest-bearing financial instruments are related to cash and cash equivalents, the credit facility, and finance leases. At December 31, 2014, the credit facility was subject to a floating interest rate (note 11). The weighted average interest rate paid by the Company during the year ended December 31, 2014 related to the credit facility was 6.57% (year ended December 31, 2013: 6.27%) . At December 31, 2014, the Company has determined the interest rate risk to be low.

iii.    *Price Risk*

Price risk is the risk that the fair value of the Company's financial instruments will fluctuate due to changes in market prices. At December 31, 2014, the Company has determined that risk to the Company due to metals prices is at an acceptable level and have entered into no hedging contracts.

The costs associated with operating and construction activities of the Company are subject to price risk as it relates to certain consumables including diesel fuel and power. The Company has determined these risks to be negligible at December 31, 2014.

## 23.    CAPITAL MANAGEMENT

The Company's policy is to maintain a strong capital base so as to maintain investor, creditor and market confidence and to support future development of the business. The Company seeks to maintain a balance between the higher returns that might be possible with higher levels of borrowing and the advantages and security afforded by a sound capital position. The capital structure of the Company consists of common equity, comprising share capital and reserves net of accumulated deficit, and debt, which includes the credit facility and finance leases.

| | Notes | December 31, 2014 | | December 31, 2013 |
|---|---|---|---|---|
| Equity | | $    878,060 | $ | 774,154 |
| Debt | 11 | 49,804 | | 49,479 |
| | | 927,864 | | 823,633 |
| Less: cash and cash equivalents | 6 | (80,356) | | (8,838) |
| | | $    847,508 | $ | 814,795 |

On June 4, 2013, the Company entered into a $50 million secured credit facility ("the facility") with an international financial institution. On December 20, 2013, the Company reached an agreement with the lender to expand the facility by an additional $25 million. The additional $25 million was drawn on January 2, 2014 and repaid on September 3, 2014 (note 11). The intent of the facility is to provide working capital for general corporate purposes.

30    Tahoe Resources Inc.

NOTES TO THE CONSOLIDATED FINANCIALS STATEMENTS (expressed in 000's of USD, except as otherwise stated)

The Company's overall capital management strategy remains unchanged from the year ended December 31, 2013.

## 24.    RELATED PARTIES

### a)    Related party transactions

The Company's related parties include its subsidiaries, Goldcorp Inc. as an approximate 39% equity shareholder in the Company's publicly traded shares, key management personnel, and Directors.

Transactions with subsidiaries, key management personnel, and Directors were conducted using normal commercial terms and were considered to be at arm's length and are included in these consolidated financial statements.

### b)    Key management personnel compensation

Key management includes those personnel having the authority and responsibility for planning, directing, and controlling the Company. In addition to their salaries, key management personnel, including the Board of Directors, Officers, Vice Presidents and senior management, receive bonuses and also participate in the Company's Share Plan (note 16).

Key management personnel compensation included in corporate and general administrative expenses is as follows:

|  | | Years Ended December 31, | |
| --- | --- | --- | --- |
|  | | 2014 | 2013 |
| Short-term employee benefits [1] | $ | 6,275 | $ 5,316 |
| Share-based payments | | 4,647 | 5,006 |
|  | $ | 10,922 | $ 10,322 |

(1)    Short-term employee benefits include salaries, bonuses and other annual employee benefits paid during the year.

## 25.    CONTINGENCIES

Due to the complexity and nature of the Company's operations, various legal, tax, and regulatory matters are outstanding from time to time. In the event that management's estimate of the future resolution of these matters changes, the Company will recognize the effects of the changes in its consolidated financial statements on the date such changes occur.

## 26.    EVENTS AFTER THE REPORTING PERIOD

### a)    Business combination agreement

On February 9, 2015, the Company entered into the Arrangement Agreement with Rio Alto Mining Limited ("Rio Alto") for a business combination of the two companies pursuant to a plan of arrangement (the "Arrangement"). Under the terms of the Arrangement, each issued and outstanding common share of Rio Alto will be exchanged for 0.227 of a Tahoe common share and CAD$0.001 in cash. Upon closing of the Arrangement, existing Tahoe and Rio Alto shareholders will own approximately 65% and 35% of the combined company, respectively. Prior to entering into the Arrangement Agreement with Rio Alto, the Company obtained consent from its lender in accordance with the loan covenants.

<u>NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS</u> (expressed in 000's of USD, except as otherwise stated)

Based on the closing price of the Shares on the TSX of CAD$17.64 on February 6, 2015, the offer implies consideration of CAD$4.00 per Rio Alto share which represents a premium of 22.1% to the closing price of Rio Alto shares of CAD$3.28 on the TSX on February 6, 2015 and a premium of 20.3% based on the volume weighted average prices of each respective company on the TSX for the 20-day period ending on February 6, 2015. The boards of directors of each of Tahoe and Rio Alto have determined that the Arrangement is in the best interests of their respective shareholders based on a number of factors, including fairness opinions received from their respective financial advisors.

The completion of the Arrangement is subject to the approval by at least 66.67% of the votes cast by shareholders of Rio Alto at a special meeting. In accordance with the rules of the TSX, the Company has obtained written consent from its shareholders with ownership, control or direction over more than 50% of the outstanding Tahoe common shares approving the issuance of Tahoe common shares as consideration under the Arrangement.

In addition to Rio Alto shareholder and court approvals, the Arrangement is subject to applicable regulatory approvals and the satisfaction of certain other closing conditions customary in transactions of this nature. The Arrangement is expected to close in April 2015.

The Arrangement includes customary deal-protection provisions including non-solicitation provisions, a right to match competing offers and a CAD$57.6 million termination fee payable to the Company under certain circumstances.

For additional details, see the news release dated February 9, 2015 available at <u>www.sedar.com</u> or on the Company's website at <u>www.tahoeresourcesinc.com</u> .

**b)   Guatemalan Royalty**

On November 28, 2014, the Guatemalan Congress passed legislation that would increase statutory royalties in the mining law. The royalty increase is the only proposed change to the Guatemala mining law and is part of an effort to raise revenue and balance the 2015 budget. President Otto Perez Molina signed and approved the legislation which subsequently became law and is effective January 1, 2015.

The law requires that the Company pay a nine percent royalty directly to the federal government and a one percent royalty to the local municipalities for a total royalty payment of ten percent. This represents an additional five percent royalty to the Company's current combined statutory and voluntary regime of five percent. The law does not contemplate existing agreements with local and regional municipalities and replaces all current voluntary royalty agreements.

Industry groups and local governments are currently challenging the new law in the Guatemalan Constitutional Court. For financial reporting purposes, as of January 1, 2015, the Company commenced accruing royalty payments at the ten percent legislated rate.

 Tahoe Resources Inc.



**MANAGEMENT'S DISCUSSION AND ANALYSIS**

For the years ended December 31, 2014 and 2013

Dated March 11, 2015

This page intentionally left blank.



Management's Discussion and Analysis

For the Years Ended December 31, 2014 and 2013

(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

*This Management's Discussion & Analysis ("MD&A") of Tahoe Resources Inc. ("Tahoe") and its subsidiaries (together referred to as the "Company") has been prepared to enable a reader to assess material changes in financial condition and results of operations as at and for the years ended December 31, 2014 and 2013. The following discussion of performance, financial condition and future prospects should be read in conjunction with the audited consolidated financial statements for the years ended December 31, 2014 and 2013 ("consolidated financial statements"), prepared in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board ("IFRS"). The information provided herein supplements, but does not form part of, the consolidated financial statements. This MD&A contains "forward looking information" that is subject to risk factors set out the cautionary note herein. This discussion covers the years ended December 31, 2014 and 2013 and the subsequent period up to the date of this MD&A. Dollar amounts are stated in millions of United States dollars ("USD$"), the Company's functional currency, unless otherwise indicated. Tabular amounts are presented in thousands of USD$, except where otherwise noted. Information for this MD&A is prepared as at March 11, 2015.*

## BUSINESS OVERVIEW

Tahoe is a Canadian public mineral exploration, development and mine operating company whose common shares are listed on the Toronto Stock Exchange ("TSX") under the symbol "THO" and on the New York Stock Exchange ("NYSE") under the symbol "TAHO". Tahoe is a reporting issuer in each of the provinces and territories of Canada. Additional information relating to the Company, including a copy of this MD&A, may be obtained or viewed from the System for Electronic Document Analysis and Retrieval ("SEDAR") at www.sedar.com , on the Electronic Data Gathering, Analysis, and Retrieval system ("EDGAR") at www.sec.gov , and on the Company's website at www.tahoeresourcesinc.com .

Tahoe was incorporated under the Business Corporations Act (British Columbia) on November 10, 2009. The Company's principal business activity is to profitably operate the Escobal mine, a mining operation located in southeastern Guatemala. Additional business objectives are the acquisition, exploration, development and operation of mineral properties for the mining of precious metals in the Americas.

At present, the Company's only commercial operation is the Escobal mine, which contains high-grade silver, gold, lead, and zinc mineralization. Operating the Escobal mine as a profitable silver mine will require that Tahoe consistently meet production targets and effectively manage costs.

Mill commissioning commenced at the end of the third quarter of 2013 and the Company declared commercial production during the first quarter of 2014. As a result, there are no production results and limited earnings results for the comparative year ended December 31, 2013. The Company has included comparative financial figures where applicable.

## 2014 HIGHLIGHTS

### OPERATIONAL AND FINANCIAL

- Mill throughput totaled 1.25 million tonnes and averaged 3,413 tonnes per day ("tpd").

- The Escobal mine produced metal concentrates containing 20.3 million ounces of silver, 10,893 ounces of gold, 10,359 tonnes of lead and 13,394 tonnes of zinc.

- Sales consisted of 18.2 million ounces of silver, 8,361 ounces of gold, 9,131 tonnes of lead and 10,652 tonnes of zinc resulting in revenues of $350.3 million.

- The Escobal mine achieved mine operating earnings [1] of $158.8 million.





Management's Discussion and Analysis
For the Years Ended December 31, 2014 and 2013
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

- Earnings from operations [1] for the year were $123.3 million, compared to a net loss from operations of $61.2 million for the prior year.

- Earnings and total comprehensive income for the year were $90.8 million resulting in basic and diluted earnings per share of $0.62 and $0.61, respectively, compared to the prior year net loss of $65.6 million resulting in a basic and diluted loss per share of $0.45 and $0.45, respectively.

- Cash flow provided by operations before changes in working capital [1] was $173.2 million compared to prior year cash flow used in operating activities before changes in working capital of $51.6 million.

- Cash costs net of by-product credits [2] were $6.37 per silver ounce produced.

- All-in sustaining costs net of by-product credits [2] were $9.15 per silver ounce produced.

- The Company declared and paid dividends of $3.0 million to shareholders.

- The Company announced the completion of new mineral resource and mineral reserve estimates prepared in accordance with National Instrument 43-101 ("NI 43-101") and supported by an independent Feasibility Study of the Escobal mine (the "Feasibility Study"), released on November 5, 2014 and available at www.sedar.com or on the Company's website at www.tahoeresourcesinc.com . Highlights of the Feasibility Study include:

  o Proven and Probable mineral reserves of 31.4 million tonnes at an average silver grade of 347 grams per tonne ("g/t") for 350.5 million silver ounces contained in the mine plan;

  o Average annual production of 19.1 million silver ounces over the first 10 years of the mine life;

  o Measured and Indicated ("M&I") mineral resources totaling 433.9 million silver ounces at an average grade of 346 g/t, reflecting an increase of 18% in M&I silver ounces as compared to the mineral resource estimate from the May 2012 Preliminary Economic Assessment.

(1)  Refer to the " *Additional GAAP Measures* " section of this MD&A.
(2)  Refer to the " *Non-GAAP Financial Measures* " section of this MD&A.

### RECENT DEVELOPMENTS

**Proposed business combination with Rio Alto**

On February 9, 2015, the Company entered into an Arrangement Agreement with Rio Alto Mining Limited ("Rio Alto") for a business combination of the two companies pursuant to a plan of arrangement (the "Arrangement"). Under the terms of the Arrangement, each issued and outstanding common share of Rio Alto will be exchanged for 0.227 of a Tahoe common share and CAD$0.001 in cash. Upon closing of the Arrangement, existing Tahoe and Rio Alto shareholders will own approximately 65% and 35% of the combined company, respectively. Prior to entering into the Arrangement Agreement with Rio Alto, the Company obtained consent from its lender in accordance with the loan covenants.

Based on the closing price of the Company's common shares on the TSX of CAD$17.64 on February 6, 2015, the offer implies consideration of CAD$4.00 per Rio Alto share which represents a premium of 22.1% to the closing price of Rio Alto shares of CAD$3.28 on the TSX on February 6, 2015 and a premium of 20.3% based on the volume weighted average prices of each respective company on the TSX for the 20-day period ending on February 6, 2015. The boards of directors of each of Tahoe and Rio Alto have determined that the Arrangement is in the best interests of their respective shareholders based on a number of factors, including fairness opinions received from their respective financial advisors.





Management's Discussion and Analysis

For the Years Ended December 31, 2014 and 2013

(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

The completion of the Arrangement is subject to the approval by at least 66.67% of the votes cast by shareholders of Rio Alto at a special meeting. In accordance with the rules of the TSX, Tahoe has obtained written approval from Tahoe shareholders with ownership, control or direction over more than 50% of the outstanding shares for the issuance of shares as consideration under the Arrangement.

In addition to Rio Alto shareholder and court approvals, the Arrangement is subject to applicable regulatory approvals and the satisfaction of certain other closing conditions customary in transactions of this nature. The Arrangement is expected to close in April 2015.

The Arrangement includes customary deal-protection provisions including non-solicitation provisions, a right to match competing offers and a CAD$57.6 million termination fee payable to the Company under certain circumstances.

For additional details, see the news release dated February 9, 2015 available at www.sedar.com or on the Company's website at www.tahoeresourcesinc.com .

**Guatemalan royalty**

On November 28, 2014, the Guatemalan Congress passed legislation that would increase statutory royalties in the mining law. The royalty increase is the only proposed change to the Guatemala mining law and is part of an effort to raise revenue and balance the 2015 budget. President Otto Perez Molina signed and approved the legislation which subsequently became law and is effective January 1, 2015.

The law requires that the Company pay a nine percent royalty directly to the federal government and a one percent royalty to the local municipalities for a total royalty payment of ten percent. This represents an additional five percent royalty to the Company's current combined statutory and voluntary regime of five percent. The law does not contemplate existing agreements with local and regional municipalities and replaces all current voluntary royalty agreements.

Industry groups and local governments are currently challenging the new law in the Guatemalan Constitutional Court. For financial reporting purposes, as of January 1, 2015, the Company commenced accruing royalty payments at the ten percent legislated rate.





Management's Discussion and Analysis
For the Years Ended December 31, 2014 and 2013
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

## SELECTED ANNUAL FINANCIAL INFORMATION

| | December 31, 2014 | | December 31, 2013 | | December 31, 2012 |
|---|---|---|---|---|---|
| **Metal Sold** | | | | | |
| Silver (ozs) | 18,160,421 | | - | | - |
| Gold (ozs) | 8,361 | | - | | - |
| Lead (t) | 9,131 | | - | | - |
| Zinc (t) | 10,652 | | - | | - |
| **Realized Price** | | | | | |
| Silver (per oz) | $ 18.13 | $ | - | $ | - |
| Gold (per oz) | $ 1,258 | $ | - | $ | - |
| Lead (per t) | $ 2,053 | $ | - | $ | - |
| Zinc (per t) | $ 2,220 | $ | - | $ | - |
| **LBMA/LME Price** [1] | | | | | |
| Silver (per oz) | $ 19.08 | $ | - | $ | - |
| Gold (per oz) | $ 1,266 | $ | - | $ | - |
| Lead (per t) | $ 2,096 | $ | - | $ | - |
| Zinc (per t) | $ 2,164 | $ | - | $ | - |
| **Revenues** | $ 350,265 | $ | - | $ | - |
| **Earnings (loss) from operations** [2] | $ 123,272 | $ | (61,181) | $ | (100,579) |
| **Earnings (loss) attributable to common shareholders** | $ 90,790 | $ | (65,597) | $ | (93,453) |
| **Earnings (loss) per common share** | | | | | |
| Basic | $ 0.62 | $ | (0.45) | $ | (0.65) |
| Diluted | $ 0.61 | $ | (0.45) | $ | (0.65) |
| **Dividends paid** | $ 2,953 | $ | - | $ | - |
| **Cash flow provided by (used in) operating activities** | $ 119,322 | $ | (59,605) | $ | (87,773) |
| **Cash and cash equivalents** | $ 80,356 | $ | 8,838 | $ | 164,561 |
| **Total assets** | $ 975,628 | $ | 883,333 | $ | 852,943 |
| **Total long-term liabilities** | $ 5,693 | $ | 4,214 | $ | 4,721 |
| **Costs per silver ounce produced** | | | | | |
| Total cash costs net of by-product credits [2] | $ 6.37 | $ | - | $ | - |
| All-in sustaining costs per silver ounce net of by-product credits [2] | $ 9.15 | $ | - | $ | - |

[1]    London Bullion Market Association (LBMA)/London Metal Exchange (LME) average closing prices for 2014.
[2]    Refer to " *Non-GAAP Financial Measures* " and " *Additional GAAP Measures* " sections of this MD&A.

## REVIEW OF ANNUAL FINANCIAL RESULTS

Earnings for the Company increased to $90.8 million compared to a loss of $65.6 million for 2013 as a result of the following factors:

**Revenues**

Commercial operations commenced in the first quarter of 2014 at which time the Company recorded its first revenues. During 2014, the Company sold in concentrate 18.2 million silver ounces, 8,361 gold ounces at realized prices of $18.13 and $1,258 per ounce, respectively, and 9,131 tonnes of lead and 10,652 tonnes of zinc at realized prices of $2,053 and $2,220 per tonne, respectively. These concentrate sales generated a total of $350.3 million in revenues, net of treatment and refining charges for 2014. During 2013, pre-commercial production revenues generated were capitalized as part of the cost of placing the asset into service.

The Company's revenue and trade receivables include provisionally priced metal concentrate sales which are marked to market at the end of each reporting period based on the forward price for the quotational period stipulated in the contract (or an approximation thereof). Provisionally priced metal at December 31, 2014 includes 2.5 million silver ounces and 1,089 gold ounces at $15.63 and $1,186 per ounce, respectively and 1,259 and 2,240 tonnes of lead and zinc at $1,878 and $2,171 per tonne, respectively.





## Operating costs

### Production costs

Production costs, which comprise the full cost of operations less royalties and depreciation and depletion, form a component of total operating costs and were $127.3 million for 2014. During 2013, pre-commercial production costs incurred were capitalized as part of the cost of placing the asset into service.

During 2014, the Company recognized $0.8 million for obsolete supplies inventory which is included in production costs and is related to reagents and filter cloths used during the ramp up period of the Escobal mine which have been replaced by other consumables as a result of optimizing the production process.

### Royalties

During 2014, royalty expense to Guatemalan government agencies was $20.8 million compared to $nil in 2013, due to the commencement of commercial production in the first quarter of 2014. During 2013, royalties incurred on pre-commercial production revenues were capitalized as part of the cost of placing the asset into service.

### Depreciation and depletion

During 2014, depreciation and depletion was $43.3 million compared to $nil in 2013, due to the commencement of commercial production in the first quarter of 2014. During 2013, pre-commercial production depreciation and depletion was capitalized as part of the cost of placing the asset into service.

## Other operating expenses

### Exploration expenses

Exploration expenses were $3.6 million for 2014 compared to $5.3 million in 2013 as a result of fewer metres ("m") being drilled during the current year. Twenty-eight surface holes and four underground holes totaling 16,624m were drilled during 2014 compared to 54 surface holes totaling 29,532m during 2013.

### General and administrative expenses

General and administrative expenses were $32.0 million for 2014 compared to $19.5 million for 2013. This $12.5 million increase over prior year relates in part to an increase of $4.0 million in charitable contributions and donations, $2.3 million of which was donated to the Guatemalan Government's Zero Hunger Pact program. Salaries and benefits increased by $2.9 million due to increased staffing at the corporate level resulting from the commencement of commercial operations. Investor relations and communications increased by $1.1 million as a result of additional public relations campaigns combined with an increase in public awareness programs to coincide with the first year of commercial operations. Professional and consulting fees increased by $0.7 million, of which $0.2 million relates to increased audit fees as a result of the Company's first year of commercial operations and certain Sarbanes-Oxley compliance expenses. The remaining $0.5 million increase is a result of higher general consulting fees. Share-based compensation increased by $0.2 million. The remainder is a $3.6 million increase in administrative and other expenses as a result of increases in Guatemala City overhead, corporate social responsibility programs and other general and administrative expenses.





Management's Discussion and Analysis
For the Years Ended December 31, 2014 and 2013
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

**Other expense**

*Interest Expense*

Interest expense for 2014 was $5.6 million compared to $1.8 million in 2013. The increase over the prior year is due to the original $50 million credit facility being outstanding for the entire 2014 year combined with the additional $25 million credit facility expansion that was drawn and repaid during 2014.

*Net foreign exchange loss*

A foreign exchange loss of $0.9 million was recognized during 2014 compared to $nil during 2013. The variation in foreign exchange compared to prior periods is the result of fluctuations in the CAD$ and Guatemalan Quetzal exchange rates.

**Total Assets**

Total assets increased by $92.3 million during 2014 primarily due to increases in cash and cash equivalents of $71.5 million relating to the collection of revenues, trade and other receivables of $5.2 million, inventories of $17.6 million, other current and long-term assets of $13.8 million, offset by a decrease related to mineral interests of $15.8 million.

**Total long-term liabilities**

Total long-term liabilities increased by $1.5 million as a result of a $0.5 million increase in the reclamation provision due to the annual revaluation of estimated closure costs and a $1.0 million increase in other non-current liabilities.





Management's Discussion and Analysis

For the Years Ended December 31, 2014 and 2013

(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

## SELECTED QUARTERLY RESULTS

Selected consolidated financial information from continuing operations for the most recent eight quarters is as follows:

| | Q4 2014 | Q3 2014 | Q2 2014 | Q1 2014 | Q4 2013 | Q3 2013 | Q2 2013 | Q1 2013 |
|---|---|---|---|---|---|---|---|---|
| **Metal Sold** | | | | | | | | |
| Silver (000's ozs) | **4,073** | 5,102 | 4,805 | 4,180 | - | - | - | - |
| Gold (ozs) | **1,567** | 2,240 | 2,142 | 2,412 | - | - | - | - |
| Lead (t) | **1,818** | 2,257 | 2,670 | 2,386 | - | - | - | - |
| Zinc (t) | **3,068** | 2,265 | 3,066 | 2,253 | - | - | - | - |
| **Realized Price** | | | | | | | | |
| Silver (per oz) | $ **14.99** | $ 16.87 | $ 20.82 | $ 20.20 | $ - | $ - | $ - | $ - |
| Gold (per oz) | $ **1,198** | $ 1,158 | $ 1,383 | $ 1,349 | $ - | $ - | $ - | $ - |
| Lead (per t) | $ **1,754** | $ 2,140 | $ 2,200 | $ 1,990 | $ - | $ - | $ - | $ - |
| Zinc (per t) | $ **2,112** | $ 2,532 | $ 2,245 | $ 1,973 | $ - | $ - | $ - | $ - |
| **LBMA/LME Price** [1] | | | | | | | | |
| Silver (per oz) | $ **16.50** | $ 19.74 | $ 19.62 | $ 20.48 | $ - | $ - | $ - | $ - |
| Gold (per oz) | $ **1,201** | $ 1,283 | $ 1,288 | $ 1,292 | $ - | $ - | $ - | $ - |
| Lead (per t) | $ **2,000** | $ 2,183 | $ 2,095 | $ 2,106 | $ - | $ - | $ - | $ - |
| Zinc (per t) | $ **2,235** | $ 2,311 | $ 2,073 | $ 2,029 | $ - | $ - | $ - | $ - |
| **Revenues** | $ **65,396** | $ 90,279 | $ 104,717 | $ 89,873 | $ - | $ - | $ - | $ - |
| **Earnings (loss) from operations** | $ **15,829** | $ 28,754 | $ 45,198 | $ 33,491 | $ (7,271) | $ (14,196) | $ (14,750) | $ (24,964) |
| **Earnings (loss) attributable to common shareholders** | $ **9,836** | $ 20,036 | $ 36,107 | $ 24,811 | $ (9,571) | $ (15,537) | $ (15,614) | $ (24,875) |
| **Earnings (loss) per Common Share** | | | | | | | | |
| Basic | $ **0.07** | $ 0.13 | $ 0.25 | $ 0.17 | $ (0.07) | $ (0.11) | $ (0.11) | $ (0.17) |
| Diluted | $ **0.07** | $ 0.13 | $ 0.24 | $ 0.17 | $ (0.07) | $ (0.11) | $ (0.11) | $ (0.17) |
| **Dividends paid** | $ **2,953** | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Cash flow provided by (used in) operating activities** | $ **17,773** | $ 62,321 | $ 17,679 | $ 21,549 | $ (12,062) | $ (3,521) | $ (15,451) | $ (28,571) |
| **Cash and cash equivalents** | $ **80,356** | $ 78,897 | $ 51,506 | $ 39,867 | $ 8,838 | $ 39,173 | $ 99,235 | $ 107,151 |
| **Total assets** | $ **975,628** | $ 963,267 | $ 963,089 | $ 930,309 | $ 883,333 | $ 874,323 | $ 868,121 | $ 828,015 |
| **Total long-term liabilities** | $ **5,693** | $ 5,099 | $ 4,915 | $ 4,701 | $ 4,214 | $ 4,887 | $ 4,966 | $ 4,924 |
| **Costs per silver ounce produced** | | | | | | | | |
| Total cash costs net of by-product credits [2] | $ **6.26** | $ 7.02 | $ 5.65 | $ 9.14 | $ - | $ - | $ - | $ - |
| All-in sustaining costs per silver ounce net of by-product credits [2] | $ **9.09** | $ 9.62 | $ 8.04 | $ 10.25 | $ - | $ - | $ - | $ - |

(1)    London Bullion Market Association (LBMA)/London Metal Exchange (LME) average closing prices for each quarter presented.

(2)    Refer to the " *Non-GAAP Financial Measures* " and the " *Additional GAAP Measures* " sections of this MD&A.





Management's Discussion and Analysis
For the Years Ended December 31, 2014 and 2013
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

## REVIEW OF QUARTERLY FINANCIAL RESULTS

Since the completion of the Company's Initial Public Offering and acquisition of the Escobal project in June 2010, the Company built the Escobal mine and commenced commercial production in the first quarter of 2014. Variances in results by quarter reflect overall corporate activity and factors that do not necessarily recur each quarter, including operating results, timing of concentrate sales, fluctuations in the amount of finished goods, construction costs, stock based compensation, interest income on fluctuating cash balances, foreign exchange gains (losses) and exploration drill programs.

### Q4 2014 vs. Q4 2013

Earnings for the Company increased to $9.8 million for Q4 2014 compared to a loss of $9.6 million for Q4 2013 as a result of the following factors:

### Revenues

Commercial operations commenced in the first quarter of 2014 at which time the Company recorded its first revenues. During Q4 2014, the Company sold in concentrate 4.1 million silver ounces, 1,567 gold ounces at realized prices of $14.99 and $1,198 per ounce, respectively, and 1,818 tonnes of lead and 3,068 tonnes of zinc at realized prices of $1,754 and $2,112 per tonne, respectively. These concentrate sales generated a total of $65.4 million in revenues, net of treatment and refining charges for Q4 2014. During Q4 2013, pre-commercial production revenues generated were capitalized as part of the cost of placing the asset into service.

### Operating costs

#### *Production costs*

Production costs, which comprise the full cost of operations less royalties and depreciation and depletion, form a component of total operating costs and were $29.5 million for Q4 2014. During Q4 2013, pre-commercial production costs incurred were capitalized as part of the cost of placing the asset into service.

#### *Royalties*

During Q4 2014 royalty expense to Guatemalan government agencies were $4.0 million compared to $nil in Q4 2013, due to the commencement of commercial production in the first quarter of 2014. During Q4 2013, royalties incurred on pre-commercial production revenues were capitalized as part of the cost of placing the asset into service.

#### *Depreciation and depletion*

During Q4 2014, depreciation and depletion was $9.6 million compared to $nil in Q4 2013, due to the commencement of commercial production in the first quarter of 2014. During Q4 2013, pre-commercial production depreciation and depletion was capitalized as part of the cost of placing the asset into service.





Management's Discussion and Analysis
For the Years Ended December 31, 2014 and 2013
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

**Other operating expenses**

*Exploration expenses*

Exploration expenses were $0.6 million for Q4 2014 compared to $1.4 million in Q4 2013 as a result of fewer metres being drilled during the current quarter. Five surface holes totaling 2,683m were drilled during Q4 2014 compared to nineteen surface holes totaling 8,965m during Q4 2013.

*General and administrative expenses*

General and administrative expenses were $5.9 million for Q4 2014 compared to $3.5 million for Q4 2013. This $2.4 million increase relates primarily to an increase in salaries and benefits of $0.7 million due to increased staffing at the corporate level. Investor relations and communications increased by $0.6 million as a result of additional public relations campaigns combined with an increase in public awareness programs. Professional and consulting fees increased by $0.1 million and charitable contributions and donations increased by $0.1 million. Share-based payments were consistent at $0.9 million when compared to Q4 2013. The remainder is a $0.9 million increase as a result of additional Guatemala City overhead, corporate social responsibility programs, and other general and administrative expenses.

**Other expense**

*Interest Expense*

Interest expense for Q4 2014 was $0.9 million compared to $0.6 million in Q4 2013. The increase over prior year period is due to the capitalization of interest related to the construction of the Escobal mine during 2013.

*Net foreign exchange loss*

A foreign exchange loss of $0.3 million was recognized during Q4 2014 compared to $0.1 million during Q4 2013. The variation in foreign exchange compared to the prior year period is the result of fluctuations in the CAD$ and Guatemalan Quetzal exchange rates.

**Q4 2014 vs. Q3 2014**

Earnings for the Company decreased to $9.8 million for Q4 2014 compared to $20.0 million for Q3 2014 as a result of the following factors:

**Revenues**

Commercial operations commenced in the first quarter of 2014 at which time the Company recorded its first revenues. During Q4 2014, the Company sold in concentrate 4.1 million silver ounces and 1,567 gold ounces at realized prices of $14.99 and $1,198 per ounce, respectively, and 1,818 tonnes of lead and 3,068 tonnes of zinc at realized prices of $1,754 and $2,112 per tonne, respectively. During Q3 2014, the Company sold 5.1 million silver ounces, 2,240 gold ounces at realized prices of $16.87 and $1,158 per ounce, respectively, and 2,257 tonnes of lead and 2,265 tonnes of zinc at realized prices of $2,140 and $2,532 per tonne, respectively. These metal sales generated a total of $65.4 million in revenues, net of treatment and refining charges for Q4 2014 compared to $90.3 million in Q3 2014. The lower revenues realized during Q4 2014 are a result of decreased quantities of metals sold combined with decreased metals prices during the quarter and the timing differences related to the settlement adjustments incurred on prior period shipments.





Management's Discussion and Analysis
For the Years Ended December 31, 2014 and 2013
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

## Operating costs

### Production costs

Production costs, which comprise the full cost of operations less royalties and depreciation and depletion, form a component of total operating costs and were $29.5 million for Q4 2014 compared to $34.9 million in Q3 2014. This $5.4 million decrease is primarily due to lower diesel prices, fewer tonnes milled and improved operating efficiencies.

During Q3 2014, the Company recognized $0.8 million for obsolete supplies inventory which is included in production costs and is related to reagents and filter cloths used during the ramp up period of the Escobal mine which have been replaced by other consumables as a result of optimizing the production process. There were no impairment charges recognized in Q4 2014.

### Royalties

During Q4 2014 royalty expense to Guatemalan government agencies were $4.0 million compared to $6.4 million in Q3 2014 due to lower market prices combined with decreased quantities of metal sales.

### Depreciation and depletion

During Q4 2014, depreciation and depletion was $9.6 million compared to $12.2 in Q3 2014 primarily due to approximately 22,000 fewer tonnes milled.

## Other operating expenses

### Exploration expenses

Exploration expenses were $0.6 million for Q4 2014 compared to $0.5 million in Q3 2014 as a result of additional metres being drilled during Q4 2014. Five surface holes totaling 2,683m were drilled during Q4 2014 compared to five surface holes totaling 2,222m during Q3 2014.

### General and administrative expenses

General and administrative expenses were $5.9 million for Q4 2014 compared to $7.7 million for Q3 2014. This $1.8 million decrease relates primarily to cost management efforts including a $0.8 million decrease in salaries and benefits due to the reduction of short-term employee benefits, a decrease of $0.9 million in charitable contributions and donations and a decrease in professional and consulting fees of $0.1 million. These decreases were offset by an increase in investor relations and communications of $0.2 million. Share-based compensation was consistent at $0.9 million compared to Q3 2014. The remainder is $0.2 million of cost reductions in Guatemala City overhead, corporate social responsibility programs, other general and administrative expenses.

## Other expense

### Interest Expense

Interest expense for Q4 2014 decreased to $0.9 million compared to $1.4 million in Q3 2014 as a result of the repayment of $25 million in credit facility prior to Q4 2014.





*Net foreign exchange loss*

A foreign exchange loss of $0.3 million was recognized during Q4 2014 compared to $0.6 million during Q3 2014. The variation in foreign exchange compared to the prior year period is the result of fluctuations in the CAD$ and Guatemalan Quetzal exchange rates.

### 2014 OPERATIONAL OVERVIEW

| | Three Months Ended December 31, 2014 | Year Ended December 31, 2014 |
|---|---|---|
| **Tonnes Milled** | 319,632 | 1,245,730 |
| **Average Tonnes Milled** (tpd) | 3,474 | 3,413 |
| **Average Metal Grades** | | |
| Silver (g/t) | 585 | 585 |
| Gold (g/t) | 0.42 | 0.42 |
| Lead | 0.84% | 0.93% |
| Zinc | 1.52% | 1.43% |
| **Average Metal Recovery** [1] | | |
| Silver | 87.0% | 86.7% |
| Gold | 62.8% | 64.0% |
| Lead | 89.0% | 89.0% |
| Zinc | 77.7% | 75.2% |
| **Recovered Metal** [2] | | |
| Silver Ounces | 5,227,504 | 20,301,675 |
| Gold Ounces | 2,694 | 10,893 |
| Lead Tonnes | 2,389 | 10,359 |
| Zinc Tonnes | 3,773 | 13,394 |
| **Payable Metal** [3] | | |
| Silver Ounces | 4,940,363 | 19,250,104 |
| Gold Ounces | 2,399 | 9,882 |
| Lead Tonnes | 2,246 | 9,761 |
| Zinc Tonnes | 3,168 | 11,239 |
| **Costs Per Ounce Silver Produced** [4] | | |
| Total cash costs per ounce before by-product credits | $ 8.47 | $ 8.97 |
| Total cash costs per ounce net of by-product credits | $ 6.26 | $ 6.37 |
| Total production costs per ounce net of by-product credits | $ 8.10 | $ 8.50 |
| All-in sustaining costs per ounce net of by-product credits | $ 9.09 | $ 9.15 |
| **Capital Expenditures** [5] | $ 15,183 | $ 41,235 |

[1]   Percent silver and gold recovered into lead and zinc concentrates; percent lead recovered into lead concentrate; percent zinc recovered into zinc concentrate.

[2]   Silver and gold contained in lead and zinc concentrates; lead contained in lead concentrate; zinc contained in zinc concentrate.

[3]   Payable metal calculated using average NSR payable values.

[4]   Non-GAAP financial measures are described in the " *Non-GAAP Financial Measures* " section of this MD&A.

[5]   Capital expenditures include project and sustaining capital.


11



## MINE OPERATIONS

The Escobal mine continued to meet the expectations of management in the fourth quarter of 2014. Highlights for the three months and year ended December 31, 2014 include:

- Average mill throughput of 3,474 tpd, with an average silver head grade of 585 g/t for the three months ended December 31, 2014. Average mill throughput of 3,413 tpd with an average silver head grade of 585 g/t for the year ended December 31, 2014.

- Produced metal concentrates containing 5.2 million ounces of silver, 2,694 ounces of gold, 2,389 tonnes of lead and 3,773 tonnes of zinc for the three months ended December 31, 2014 and 20.3 million ounces of silver, 10,893 ounces of gold, 10,359 tonnes of lead and 13,394 tonnes of zinc for the year ended December 31, 2014.

- Average silver recovery to concentrates of 87.0% for the three months ended December 31, 2014 and 86.7% for the year ended December 31, 2014.

- Produced 5,956 tonnes of lead concentrates containing an average silver grade of 25,943 g/t for the three months ended December 31, 2014 and 23,744 tonnes of lead concentrates containing an average silver grade of 25,477 g/t for the year ended December 31, 2014.

Since the commencement of commercial production in the first quarter of 2014, the operation has continued to perform as intended and is now operating at design capacity.

The Company produced 5.2 million ounces of silver contained in lead and zinc concentrates in the fourth quarter of 2014 and 20.3 million ounces of silver for the year. Lead and zinc concentrate production during the quarter totaled 5,956 dry metric tonnes ("dmt") and 7,357 dmt, respectively. For the year ended December 31, 2014, production was 23,744 dmt and 25,576 dmt of lead and zinc concentrates, respectively.

During the fourth quarter of 2014, 4,726 dmt of lead concentrate and 6,436 dmt of zinc concentrate containing approximately 4.1 million payable ounces of silver were shipped and sold to third party smelters. For the year, 22,123 dmt of lead concentrate and 23,361 dmt of zinc concentrate containing approximately 18.2 million payable ounces of silver were shipped and sold to third party smelters.

Fourth quarter concentrate sales generated $65.4 million in revenues at operating costs of $43.1 million resulting in mine operating earnings of $22.3 million. Concentrate sales for the year generated $350.3 million in revenues at operating costs of $191.5 million resulting in mine operating earnings of $158.8 million.

Total cash costs per ounce of silver produced, net of by-product credits, for the fourth quarter of 2014 was $6.26 and $6.37 for the year, which is higher than the guidance range provided in the news release dated November 12, 2013 of $5.65 to $6.25 per ounce. This and other non-GAAP costs per ounce calculations are described in the " *Non-GAAP Financial Measures* " section of this MD&A.

### *Underground Development and Production*

Underground development continues to advance in support of the life-of-mine production schedule. Sublevel and stope development on the second mining front continues to advance on the 1190m, 1215m and 1240m elevation sublevels. The east ramp is underway to provide access to the East Zone, which hosts approximately 40% of the Escobal mine resource.

During the fourth quarter, the Escobal mine delivered 325,000 tonnes of ore to the stockpile, mined from stopes on multiple production sublevels including production from secondary transverse longhole stopes on the 1265m sublevel. Mine production for 2014 totaled 1.24 million tonnes of ore.





Management's Discussion and Analysis
For the Years Ended December 31, 2014 and 2013
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

### *Mill Performance*

Mill operations averaged 3,474 tpd for the three months ended December 31, 2014 including 14 days where the average throughput rate exceeded 4,000 tpd. For the year ending December 31, 2014, mill throughput averaged 3,413 tpd including scheduled mill maintenance down time. Optimization of metallurgical performance continues.

The mill processed a total of 319,632 tonnes during the quarter with an average silver recovery of 87.0% in concentrates and produced 5,956 tonnes of lead concentrate and 7,357 tonnes of zinc concentrate containing 5.2 million ounces of silver. For the year ending December 31, 2014, the mill processed a total of 1,245,729 tonnes with an average silver recovery of 86.7% in concentrates and produced 23,744 tonnes of lead concentrate and 25,576 tonnes of zinc concentrate containing 20.3 million ounces of silver.

### *Capital Projects*

Structural steel erection, equipment installation, and mechanical and electrical construction for the paste backfill plant was near completion at the end of the fourth quarter. Completion of construction and pre-commissioning activities is scheduled in the first half of 2015. We expect the paste backfill plant to be fully operational ahead of the ramp-up to the 4500 tpd mill throughput in the second half of 2015.

The fourth tailing filter press was received in Guatemala in December and delivered to the Escobal site in January 2015. The filter press is slated for commissioning in the second half of 2015.

Engineering and procurement of the second primary ventilation fan was initiated during the quarter. Pad and foundation construction is slated to begin in the first quarter of 2015 with fan installation anticipated mid-year 2015.

### EXPLORATION

All identified mineral resources for the Escobal project are located on the Escobal Exploitation concession, which along with three other exploration concessions comprise the project area. The 2014 drilling program continued to explore extensions of the deposit where it was open laterally and to depth and to improve confidence in the mineral resource through in-fill drilling. A total of between one and three drills concentrated on exploration drilling at the Escobal project throughout the year.

The Escobal project mineral resource occurs in a mineralized zone that is referred to as the "Escobal vein". Exploration to date has defined the Escobal vein through drill core analyses from drilling campaigns carried out between 2007 and 2014. As at December 31, 2014, a total of 477 exploration holes (199,150 metres) have targeted the Escobal vein system. In addition, 21 drill holes totaling approximately 4,942 metres were completed for the purpose of collecting metallurgical test samples. All drilling in the Escobal vein has utilized diamond drill core methods, with the majority of mineralized intercepts drilled using NQ or larger size drill core. Project core recovery averages greater than 96%.

During Q4 2014, a total of five holes for a total of 2,683 metres were drilled at the Escobal project. Exploration drilling throughout 2014 tested dip extensions in the East, Central, and West Margarito zones, and explored mineralized zone projections in the extreme west extension area. The drill campaign succeeded in defining the known limits of the Escobal vein with mineralization in the project area now recognized over a 3,000 metre strike length and 2,000 metre vertical range.

Exploration also tested secondary veins surrounding Escobal. Drilling continued on the Beto vein zone approximately 800 metres southwest of the main Escobal vein and in the Gaby zone a secondary vein located approximately six kilometres west of Escobal. Drilling in both areas is expected to continue in 2015.





Management's Discussion and Analysis
For the Years Ended December 31, 2014 and 2013
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

In addition to the Escobal vein, twelve veins have been discovered on the Company's concessions. These prospective areas continue to be evaluated; however, a number of these veins occur on concessions that have not yet been granted or are in areas that are not currently open to exploration. There is no assurance that concessions will be granted which would allow the Company to extend exploration activities. Given the proposed moratorium and unwillingness of MEM to issue new licenses at this time, regional exploration efforts outside of the Company's two approved licenses have been temporarily suspended.

Exploration will continue to define vein extensions through wide step-out drilling. Priority will be placed on testing deep and lateral extension targets at Escobal as well as other district and regional targets. In 2015, the drilling of the Escobal vein and district drilling is expected to continue using one core drill. Exploration expenditures for the year ended December 31, 2014 totaled $3.6 million.

## LEGAL, GOVERNMENT ACTIVITIES AND COMMUNITY RELATIONS

### Appeal before the Constitutional Court

On July 23, 2013, the Court of Appeals in Guatemala ("the Court") held that the Ministry of Energy and Mines ("MEM") should have conducted a hearing of a written opposition to the Escobal mine exploitation license during the permitting application process. The Court did not rule on the substance or validity of the license; it merely stated that MEM was obligated to hold an administrative hearing addressing the substance of the opposition under the 1997 Mining Law. The Court did not invalidate or comment on the Escobal mine exploitation license in its decision. MEM issued a press release on July 24, 2013 stating that the ruling had no impact on the status of the Escobal mine exploitation license. MEM and the Company have appealed the Court's decision to the Constitutional Court. If the Constitutional Court upholds the Court's decision, MEM will likely be compelled to hear the opposition which it already stated it believes to be without merit. A public hearing of the appeal was held in November 2013. The Constitutional Court is expected to issue a ruling in the case sometime in the near future.

### Power line

Organized resistance previously impeded the Company's attempts to install a power line along an approved right of way. The Company installed contractor supplied diesel-fired generator power which is sufficient to operate the project up to 4500 tpd. The Company continues to assess alternative power strategies to reduce power costs.

### Garcia, et al. v. Tahoe Resources Inc.

On June 18, 2014, an action was commenced against the Company in the Supreme Court of British Columbia. Filed by seven Guatemalan plaintiffs, the lawsuit alleges that Tahoe is directly or vicariously liable for battery and/or negligence regarding an incident that occurred at the Escobal mine on April 27, 2013. The plaintiffs seek compensatory and punitive damages. Tahoe believes the claim has no merit.

### Community activity and donations

In April 2014, one of the Company's wholly-owned subsidiaries, Minera San Rafael, S.A. ("MSR") signed a cooperation agreement to support the Guatemalan Government's Zero Hunger Pact program (Pacto Hambre Cero). The $2.4 million donation, given through Guatemala's Ministry of Social Development, is being used for family nutrition and household management training initiatives. Of the total, $1.8 million was paid during 2014 with the remaining $0.6 million included in current liabilities as at December 31, 2014 as it is anticipated to be paid during 2015.





Management's Discussion and Analysis

For the Years Ended December 31, 2014 and 2013

(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

## CREDIT FACILITY

On January 2, 2014, the Company expanded its existing $50 million credit facility (the "facility") and drew an additional $25 million to ensure adequate working capital through continued ramp-up of the Escobal mine and to provide working capital for general corporate purposes. The $25 million bore interest at a rate per annum of the USD$ London Interbank Offered Rate ("LIBOR") plus 7.25% .

In July 2014, the Company amended the facility agreement and extended the maturity date of the original $50 million to June 3, 2015. All other terms remain per the original agreement.

On September 3, 2014, the Company repaid the $25 million expanded portion of the facility with funds generated from mining operations. The original $50 million is anticipated to be repaid as scheduled from current cash balances and operating cash flows.

The facility is secured by substantially all of the assets of the Company and its subsidiaries: Tahoe Swiss AG, Escobal Resources Holding Limited and MSR.

Additionally, the facility contains covenants that, among other things, restrict the ability of the Company and its subsidiaries to incur additional debt, merge, consolidate, transfer, lease or otherwise dispose of all or substantially all its of its assets to any other entity.

## 2015 OPERATIONS OUTLOOK

The Company provided guidance regarding expected 2015 production and unit costs in the news release dated January 20, 2015 available at www.sedar.com or on the Company's website at www.tahoeresourcesinc.com .

## 2015 Guidance [1][2][3][6]

- 18 to 21 million ounces of silver contained in concentrates
- Cash costs per ounce [1][5]

| | | | | |
|---|---|---|---|---|
| Total cash costs per ounce before by-product credits | $ 9.75 | to | $ | 11.25 |
| By-product per ounce credit for gold, lead and zinc [4] | (3.40) | to | | (3.00) |
| **Total cash costs per ounce net of by-product credits** | **$ 6.35** | **to** | **$** | **8.25** |
| | | | | |
| **All-in sustaining costs per ounce** | **$ 9.75** | **to** | **$** | **11.50** |

(1)   See " *Cautionary Statement on Forward-Looking Information* " and " *Non-GAAP Financial Measures* " in this MD&A.
(2)   Assumes the following metals prices: $1,300/oz gold; $1,984/tonne lead; $2,315/tonne zinc.
(3)   Assumes payable by-product metal production: 11,300 ozs gold; 9,452 tonnes lead; 14,453 tonnes zinc.
(4)   By-product credits per ounce of silver: gold $0.75; lead $0.95; zinc $1.70; total $3.40.
(5)   All per ounce costs are based on silver ounces contained in concentrates unless otherwise noted.
(6)   2015 Guidance figures presented are for the Escobal mine and do not include the impact of the Rio Alto Arrangement.



15



Management's Discussion and Analysis
For the Years Ended December 31, 2014 and 2013
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

## RISK FACTORS

Tahoe's ability to generate revenues and achieve a return on shareholders' investment must be considered in light of the early production stage of the Escobal mine and the sustainability of operations. The Company is subject to many risks, including dependence on one project and operating in a country that at times has experienced political and social unrest and anti-mining resistance, among other destabilizing factors. This document should be read in conjunction with the 2014 Annual Information Form ("2014 AIF") which includes a more comprehensive risk factor discussion under the heading "Description of Our Business – Risk Factors". The 2014 AIF is available at www.sedar.com or on the Company's website at www.tahoeresourcesinc.com .

### DEPENDENCE ON THE ESCOBAL MINE

Until the Company acquires additional property interests, any adverse development affecting the Escobal mine, including potential court rulings, could have a material adverse effect upon the Company, including the production of mineral resources, profitability, financial performance and results of operations.

### OPERATIONS IN GUATEMALA

The Escobal mine is located in Guatemala. Guatemala has a history of political unrest. Guatemala suffered a civil armed conflict for 36 years, which was finally resolved through a peace agreement in 1996. The last political crisis in Guatemala occurred in 1983 and a constitutional government was restored in 1985. A resurgence of political unrest or a political crisis in Guatemala could adversely affect the Company's business and results of operations.

The Company's business may be exposed to a number of risks and uncertainties, including terrorism and hostage taking, military repression, expropriation or nationalization without adequate compensation, illegal mining, labour unrest, high rates of inflation, changes to royalty and tax regimes, extreme fluctuations in currency exchange rates, volatile local, political and economic developments, government corruption, difficulty understanding and complying with an unpredictable regulatory and legal framework respecting the ownership and maintenance of mineral properties, renegotiation or nullification of existing concessions, licenses, permits and contracts, surface rights, mining permits, mines and mining operations, and difficulty obtaining key equipment and components for equipment. The status of Guatemala as a developing country may make it more difficult for the Company to obtain any required financing for its projects.

### ANTI-MINING RESISTANCE

Some communities and non-governmental organizations ("NGOs") have been vocal and active with respect to mining and exploration activities in Guatemala. These communities and NGOs have taken such actions as road closures, power line opposition, work stoppages, and law suits for damages. These actions relate not only to current activities but often in respect to decades old mining activities by prior owners of mining properties. Such actions by communities and NGOs may have a material adverse effect on our operations at the Escobal mine, on exploration activities in the region and on its financial position, cash flow and results of operations.



16



## SUSTAINED PRODUCTION

The Company has based its financial projections on the results of a feasibility study of mineral reserves that demonstrate economic and technical viability of the Escobal deposit. Failure to maintain production or the ability to market its metal concentrates would have a material adverse impact on the Company's ability to generate revenue and cash flow to fund operations. Failure to achieve the anticipated production levels would have a material adverse impact on the Company's cash flow and future profitability.

## NON-GAAP FINANCIAL MEASURES

The Company has included certain non-GAAP financial measures throughout this document which include total cash costs, total production costs and all-in sustaining costs per silver ounce ("all-in sustaining costs"). These measures are not defined under IFRS and should not be considered in isolation. The Company's primary business is silver production in concentrates with other metals (gold, lead and zinc), produced simultaneously in the mining process, the value of which represents a small percentage of the Company's revenue and is therefore considered "by-product". The Company believes these measures will provide investors and analysts with useful information about the Company's underlying cash costs of operations, the impact of by-product credits on the Company's cost structure and its ability to generate cash flow, as well as providing a meaningful comparison to other mining companies. Accordingly, these measures are intended to provide additional information and should not be substituted for GAAP measures.

### Total cash costs and total production costs

The Company reports total cash costs and total production costs on a silver ounces produced basis. The Company follows the recommendation of the cost standard as endorsed by the Silver Institute ("the Institute"). The Institute is a nonprofit international association with membership from across the silver industry. The Institute serves as the industry's voice in increasing public understanding of the many uses and values of silver. This remains the generally accepted standard for reporting cash costs of production by precious metal mining companies. Total cash costs and total production costs are divided by the number of silver ounces contained in concentrate to calculate per ounce figures. When deriving the production costs associated with an ounce of silver, the Company deducts by-product credits from gold, lead and zinc sales which are incidental to producing silver.

### All-in sustaining costs

The Company has also adopted the reporting of all-in sustaining costs as a non-GAAP measure of a silver mining company's operating performance and the ability to generate cash flow from operations. This measure has no standardized meaning and the Company has utilized an adapted version of the guidance released by the World Gold Council, the market development organization for the gold industry. The World Gold Council is not a regulatory industry organization and does not have the authority to develop accounting standards or disclosure requirements.

All-in sustaining costs include total cash costs incurred at the Company's mining operation, sustaining capital expenditures, corporate administrative expense, exploration and evaluations costs, and reclamation and closure accretion. The Company believes that this non-GAAP measure represents the total costs of producing silver from its operation, and provides additional information of the Company's operational performance and ability to generate cash flows to support future capital investments and to sustain future production.



17



These non-GAAP financial measures may be calculated differently by other companies depending on the underlying accounting principles and policies applied.

The following tables provide reconciliations of total production costs, total cash costs and all-in sustaining costs to the consolidated financial statements for the three months and year ended December 31, 2014.

Total cash costs and total production costs per ounce of produced silver, net of by-product credits are as follows:

| Total cash costs and total production costs | | Three Months Ended December 31, 2014 | | Year Ended December 31, 2014 |
| --- | --- | --- | --- | --- |
| Production costs | $ | 29,537 | $ | 127,323 |
| Add/(subtract) | | | | |
| Change in product inventory | | 3,526 | | 2,120 |
| Royalties | | 3,997 | | 20,830 |
| Treatment and refining charges | | 7,208 | | 31,896 |
| Total cash costs before by-product credits [1] | $ | 44,268 | $ | 182,169 |
| Less gold credit | | (1,878) | | (10,518) |
| Less lead credit | | (3,188) | | (18,747) |
| Less zinc credit | | (6,481) | | (23,652) |
| Total cash costs net of by-product credits | $ | 32,721 | $ | 129,252 |
| Add/(subtract) | | | | |
| Depreciation and depletion | | 9,600 | | 43,313 |
| Total production costs net of by-product credits | $ | 42,321 | $ | 172,565 |
| | | | | |
| Silver ounces produced in concentrate (000's) | | 5,228 | | 20,302 |
| | | | | |
| **Total cash costs per ounce before by-product credits** | $ | **8.47** | $ | **8.97** |
| **Total cash costs per ounce net of by-product credits** | $ | **6.26** | $ | **6.37** |
| **Total production costs per ounce net of by-product credits** | $ | **8.10** | $ | **8.50** |

[1] Gold, lead and zinc by-product credits are calculated as follows:

| | Three Months Ended December 31, 2014 | | | | | | Year Ended December 31, 2014 | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Quantity | | Unit Price | | Total Credit | | Credit per ounce | Quantity | | Unit Price | | Total Credit | | Credit per ounce |
| Gold Ounces | 1,567 | $ | 1,198 | $ | 1,878 | $ | 0.36 | 8,361 | $ | 1,258 | $ | 10,518 | $ | 0.52 |
| Lead Tonnes | 1,818 | $ | 1,754 | $ | 3,188 | $ | 0.61 | 9,131 | $ | 2,053 | $ | 18,747 | $ | 0.92 |
| Zinc Tonnes | 3,068 | $ | 2,112 | $ | 6,481 | $ | 1.24 | 10,652 | $ | 2,220 | $ | 23,652 | $ | 1.16 |





Management's Discussion and Analysis

For the Years Ended December 31, 2014 and 2013

(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

Total all-in sustaining costs per ounce of produced silver, net of by-product credits is as follows:

| All-in sustaining costs | | Three Months Ended December 31, 2014 | | Year Ended December 31, 2014 |
|---|---|---|---|---|
| Total cash costs net of by-product credits | $ | 32,721 | $ | 129,252 |
| Sustaining capital [1] | | 8,308 | | 20,790 |
| Exploration | | 574 | | 3,574 |
| Reclamation cost accretion | | 44 | | 177 |
| General and administrative expenses | | 5,859 | | 31,953 |
| All-in sustaining costs | $ | 47,506 | $ | 185,746 |
| | | | | |
| Silver ounces produced in concentrate (000's) | | 5,228 | | 20,302 |
| | | | | |
| **All-in sustaining costs per ounce produced net of by-product credits** | **$** | **9.09** | **$** | **9.15** |

[1] Sustaining capital includes underground development and surface sustaining capital expenditures.

## ADDITIONAL GAAP MEASURES

The Company has disclosed additional GAAP measures which include mine operating earnings, earnings (loss) from operations and cash generated by operating activities before changes in working capital. Management believes that, in addition to conventional measures prepared in accordance with GAAP, certain investors use this information to evaluate the Company's performance. These measures are intended to provide additional information and should not be considered in isolation or as a substitute for measures of performance prepared in accordance with GAAP.

### Mine operating earnings

Mine operating earnings represent the difference between revenues and operating costs which include royalties and depreciation and depletion. Management believes that this presentation provides useful information to investors to evaluate the Company's mine operating performance and to assess the Company's ability to generate operating cash flow.

### Earnings (loss) from operations

Earnings (loss) from operations represent the difference between mine operating earnings and other operating expenses which include Escobal project expenses, other exploration expenses and general and administrative expenses. Management believes that this presentation provides useful information to investors to evaluate the Company's overall mine operating performance when taking into account certain costs not directly associated with production.

### Cash flow provided by (used in) operating activities before changes in working capital

Cash flow provided by (used in) operating activities before changes in working capital represents the cash flows generated by operating activities after adjusting for interest expense, income tax expense and financing fees as well as items not involving cash. Management believes that this presentation provides useful information to investors to evaluate the Company's ability to generate cash flows from its mining operation.





Management's Discussion and Analysis
For the Years Ended December 31, 2014 and 2013
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

The additional GAAP measures described above do not have a standardized meaning prescribed by IFRS. As such, there are likely to be differences in the method of computation when compared to similar measures presented by other reporting issuers.

## CASH FLOW

Cash provided by operating activities before changes in working capital was $27.5 million and $173.2 million for the three months and year ended December 31, 2014 compared to net cash used in operating activities before changes in working capital of $5.9 million and $51.6 million for the three months and year ended December 31, 2013. Net cash provided by operating activities totaled $17.8 million and $119.3 million for the three months and year ended December 31, 2014, compared to outflows of $12.1 million and $59.6 million during the three months and year ended December 31, 2013. The increase in cash from operations was due to the commencement of commercial operations during the first quarter of 2014 and the collection of sales proceeds.

Investing activities consisted of additions to property, plant, and equipment of $12.7 million and $48.8 million during the three months and year ended December 31, 2014 compared to net additions during the three months and year ended December 31, 2013 of $18.2 million and $144.8 million. The change from 2013 levels is a result of completion of construction and commencement of commercial operations.

Financing activities resulted in a cash outflow of $3.6 million and an inflow of $1.7 million for the three months and year ended December 31, 2014 compared to cash inflows for the three months and year ended December 31, 2013 of $0.2 million and $48.8 million. Cash used in financing activities in the year ended December 31, 2014 consisted primarily of interest and fees related to the extension of the credit facility. Financing activities in 2013 consisted primarily of the initial proceeds of the facility.

## LIQUIDITY AND CAPITAL RESOURCES

The Company's cash and cash equivalents balance at December 31, 2014 was $80.4 million compared to $8.8 million at December 31, 2013.

The Company had working capital of $42.7 million and non-current liabilities of $5.7 million at December 31, 2014. This compares to a working capital deficit of $69.2 million at December 31, 2013 and non-current liabilities of $4.2 million. This change in the working capital position was due to commencement of commercial operations and the sale of concentrate production, collection of concentrate sales accounts receivable and buildup of product inventories. As the mine focused on ramping up to steady state operations, a significant amount of the operating cash flow was used to pay down construction related liabilities, build concentrate inventories, and materials and supplies inventories.

It is the opinion of management, based on the Company's current liquidity position, continued steady state operations and sale of concentrate production, that the Company's liquid assets will be sufficient to discharge liabilities, and to continue funding the Escobal mine. The Company may consider alternative financing arrangements to meet its strategic needs. Refer to the " *Credit Facility* " section of this MD&A for further information.

The Company's capital consists of the following:

| | December 31, 2014 | | December 31, 2013 | | January 1, 2013 |
|---|---|---|---|---|---|
| Equity | $ | **878,060** | $ | 774,154 | $ | 831,297 |
| Debt | | **49,804** | | 49,479 | | - |
| | | **927,864** | | 823,633 | | 831,297 |
| Less: cash and cash equivalents | | **(80,356)** | | (8,838) | | (164,561) |
| | $ | **847,508** | $ | 814,795 | $ | 666,736 |



20



The Company's policy is to maintain a strong capital base so as to maintain investor, creditor and market confidence and to support future development of the business. The Company seeks to maintain a balance between the higher returns that might be possible with higher levels of borrowing and the advantages and security afforded by a sound capital position. The capital structure of the Company consists of common equity, comprising share capital and reserves net of accumulated deficit, and debt, which includes the credit facility and finance leases.

On June 4, 2013, the Company entered into a $50 million secured credit facility ("the facility") with an international financial institution. On December 20, 2013, the Company reached an agreement with the lender to expand the facility by an additional $25 million. The additional $25 million was drawn on January 2, 2014 and repaid on September 3, 2014.

The Company's overall capital management strategy remains unchanged from the year ended December 31, 2013.

Dividends declared and paid during the year ended December 31, 2014 totaled $3.0 million (no dividends were declared or paid during the year ended December 31, 2013).

## COMMITMENTS AND CONTINGENCIES

A summary of non-discounted liabilities and future operating commitments are as follows:

|  | 1 year | 2-5 years | 5+ years | Total |
|---|---|---|---|---|
| Accounts payable and accrued liabilities | $ 40,246 | $ - | $ - | $ 40,246 |
| Debt | 51,313 | - | - | 51,313 |
| Income tax payable | 1,825 | - | - | 1,825 |
| Lease and contractual agreements | 5,921 | 1,796 | 66 | 7,783 |
| Commitments to purchase equipment, services, materials and supplies | 19,400 | - | - | 19,400 |
| Other long-term liabilities | - | 2,164 | - | 2,164 |
| Reclamation provision | - | - | 10,240 | 10,240 |
|  | $ 118,705 | $ 3,960 | $ 10,306 | $ 132,971 |

## OFF-BALANCE SHEET ARRANGEMENTS

The Company currently has no off-balance sheet arrangements.

## USE OF FINANCIAL INSTRUMENTS

The principal financial instruments currently affecting the Company's financial condition are debt and leases. The Company's exposure to credit risk on its Canadian currency and United States currency deposits is limited by maintaining such cash and term deposits with major Canadian banks and banks in the United States that have strong credit ratings. A minimal amount of cash is held by banks in Switzerland and Guatemala to fund the immediate needs of subsidiaries in those locations. To minimize risk, the Company's funds are kept in highly liquid instruments and on deposit with stable institutions and are redeemable on demand.

## ASSET VALUATION

There have been no events or changes in circumstances that would indicate an impairment of the Escobal mine as at December 31, 2014.


21



Management's Discussion and Analysis

For the Years Ended December 31, 2014 and 2013

(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

## RELATED PARTIES

### Related party transactions

The Company's related parties include its subsidiaries, Goldcorp Inc. ("Goldcorp") as an approximate 39% equity shareholder in the Company's publicly traded shares, key management personnel, and Directors. During the year ended December 31, 2014 and 2013, no transactions occurred with Goldcorp. Transactions with subsidiaries, key management personnel, and Directors were conducted using normal commercial terms and were considered to be at arm's length.

### Key management personnel compensation

Key management are those personnel having the authority and responsibility for planning, directing, and controlling the Company. In addition to their salaries, key management personnel, including the Board of Directors, Officers, Vice Presidents and senior management, receive bonuses and also participate in the Company's Share Plan.

Key management personnel compensation included in general administrative expenses is as follows:

|  | Years ended December 31, | |
| --- | ---: | ---: |
|  | **2014** | 2013 |
| Short-term employee benefits [1] | **6,275** | 5,316 |
| Share-based payments | **4,647** | 5,006 |
|  | **$10,922** | $ 10,322 |

(1)    Short-term employee benefits include salaries, bonuses and other annual employee benefits paid during the year.

## RECLAMATION AND CLOSURE

The Company has an obligation to reclaim its properties. The Company recognizes the present value of liabilities for reclamation and closure costs in the period in which they are incurred. A corresponding increase in the carrying amount of the related assets is recorded and amortized over the life of the asset. As at December 31, 2014, the Company has estimated the present value of the future reclamation obligation arising from its activities to be $3.5 million (December 31, 2013: $3.0 million). The present value calculation assumes a discount rate of 5.77% (December 31, 2013: 5.69%), an inflation rate of 3.42% (December 31, 2013: 4.34%), an undiscounted amount to settle the obligation of $10.2 million (December 31, 2013: $8.5 million), and the commencement of reclamation activities in 19 years.

## OUTSTANDING SHARE DATA

As at March 11, 2015, the Company had 147,734,775 issued and outstanding common shares, 1,531,222 issued and outstanding options and 212,000 issued and outstanding DSAs.

## DIVIDENDS

The Company declared and paid dividends of $3.0 million to shareholders on record as of December 12, 2014. No dividends were declared or paid during the year ended December 31, 2013.



22



Management's Discussion and Analysis
For the Years Ended December 31, 2014 and 2013
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

## FINANCIAL RISK MANAGEMENT

The Company has exposure to certain risks resulting from its use of financial instruments. These risks include credit risk, liquidity risk and market risk.

### Credit Risk

Credit risk is the risk that the counterparty to a financial instrument will cause a loss for the Company by failing to meet its obligations. Credit risk for the Company is primarily related to trade and other receivables and cash and cash equivalents.

The Company manages the credit risk associated with trade and other receivables by selling to organizations with strong credit ratings and requiring substantial provisional pricing at the date of shipping its products. The history of defaults by these organizations to other entities has been negligible and the Company considers its risk in trade receivables to be negligible as well.

The Company manages the credit risk associated with cash and cash equivalents by investing these funds with highly rated financial institutions, and as such, the Company deems the credit risk on cash and cash equivalents to be low.

### Liquidity Risk

Liquidity risk is the risk that the Company will encounter difficulty in meeting the obligations associated with its financial liabilities that are settled by delivering cash or another financial asset. The Company's approach to managing liquidity is to ensure, to the extent possible, that it will always have sufficient liquidity to meet its liabilities when due, under both normal and stressed conditions, without incurring unacceptable losses or risking damage to the Company's reputation. At December 31, 2014, the Company deems this risk to be minimal.

The Company's financial liabilities at December 31, 2014 include accounts payable and accrued liabilities, all of which are due within six months or less. The other long-term liabilities consist of the SARs long-term portion and severance provisions.

### Market Risk

The market risk of the Company is composed of three main risks which include foreign exchange risk, interest rate risk, and price risk.

#### *Foreign Exchange Risk*

The Company is exposed to currency risk on cash and cash equivalents and accounts payable that are denominated in a currency other than the USD$. To minimize risk, the Company's funds are kept in highly liquid instruments such as commercial paper and time deposits. The Company also contracts for goods and services mainly in USD$ currency. At December 31, 2014, the Company held substantially all cash in USD$ to minimize exchange rate risk.

Cash and cash equivalents comprise cash balances and deposits with maturities of 90 days or less.

| | December 31, 2014 | | December 31, 2013 | | January 1, 2013 |
|---|---:|---|---:|---|---:|
| Cash | $ 79,830 | $ | 8,812 | $ | 146,586 |
| Cash equivalents | 526 | | 26 | | 17,975 |
| | $ 80,356 | $ | 8,838 | $ | 164,561 |





Cash and cash equivalents includes the following balances held in foreign currencies:

| | December 31, 2014 | | December 31, 2013 | | January 1, 2013 |
|---|---|---|---|---|---|
| CAD$ | $ 185 | $ | 1,050 | $ | 458 |
| Guatemalan quetzal and other currencies | 1,188 | | 643 | | 585 |
| | $ 1,373 | $ | 1,693 | $ | 1,043 |

While most of the Company's goods and services are contracted in USD$, there is a portion contracted in other currencies (CAD$ and Guatemalan Quetzals). The appreciation of these currencies against the USD$ can increase the costs the Company incurs while a depreciation of these currencies against the USD$ can decrease the costs the Company incurs. At December 31, 2014, the Company has determined this risk to be low.

The Company recognized foreign exchange losses of $0.3 million and $0.9 million for the three months and year ended December 31, 2014, compared to gains of $0.1 million and $nil during the three months and year ended December 31, 2013.

*Interest Rate Risk*

Interest rate risk is the risk that the Company's future cash flows and fair values will fluctuate as a result of changes in market interest rates. At December 31, 2014, the Company's interest-bearing financial instruments are related to cash and cash equivalents, the credit facility, and finance leases. At December 31, 2014, the credit facility was subject to a floating interest rate. The weighted average interest rate paid by the Company during the year ended December 31, 2014 related to the credit facility was 6.57% (year ended December 31, 2013: 6.27%) . At December 31, 2014, the Company has determined the interest rate risk to be low.

*Price Risk*

Price risk is the risk that the fair value of the Company's financial instruments will fluctuate due to changes in market prices. At December 31, 2014, the Company has determined that risk to the Company due to metals prices is at an acceptable level and have entered into no hedging contracts.

The costs associated with operating and construction activities of the Company are subject to price risk as it relates to certain consumables including diesel fuel and power. The Company has determined these risks to be negligible at December 31, 2014.

## CRITICAL ACCOUNTING JUDGMENTS AND ESTIMATES

Critical accounting estimates used in the preparation of the consolidated financial statements include the Company's review of asset carrying values, the determination of impairment charges of long-lived assets, determination of mineral resources and valuation of share-based payments and the determination of amounts accrued for reclamation obligations. The estimates of non-cash compensation expenses involve considerable judgment and are, or could be, affected by significant factors that are out of the Company's control. Actual results could differ from those estimates.

Estimates and underlying assumptions are reviewed on an ongoing basis. Revisions to accounting estimates are recognized in the period in which the estimates are revised and in future periods affected.


24



Management's Discussion and Analysis
For the Years Ended December 31, 2014 and 2013
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

**Judgments**

*Commercial Production*

In order to declare commercial production a mine must be able to operate at levels intended by management. Prior to commercial production costs incurred are capitalized as part of the cost of placing the asset into service and revenues are offset against the costs capitalized. Subsequent to the declaration of commercial production depletion of the costs incurred begins. Management considers several criteria in determining when a mine is operating at levels intended, and is therefore in commercial production.

*Functional Currency*

The functional currency for each of the Company's subsidiaries is the currency of the primary economic environment in which the entity operates. The Company has determined that for each subsidiary the functional currency is the United States dollar. When determining the functional currency certain judgments may be involved to assess the primary economic environment in which the subsidiary operates. If there is a change in events or conditions which determined the primary economic environment, the Company re-evaluates periodically the functional currency for each of its subsidiaries.

*Economic recoverability and probability of future economic benefits of exploration, evaluation and development costs*

The Company has determined that development and related costs incurred which have been capitalized are economically recoverable. Management uses several criteria in its assessments of economic recoverability and probability of future economic benefits including geological and metallurgical information, economic assessments and existing permits for the life of mine plan. The estimates contained within these criteria could change over time which could affect the economic recoverability of capitalized costs.

Prior to the first quarter of 2013, underground development expenditures associated with the Escobal mine were expensed as incurred because the Company had not received the exploitation permit necessary for commercial mining operations. Underground development expenditures incurred subsequent to the receipt of the exploitation permit are capitalized. The surface assets associated with the Escobal mine were capitalized both during 2012 and 2013.

**Estimates**

*Revenue recognition*

As is customary in the industry, revenue on provisionally priced sales is recognized based on relevant forward market prices. At each reporting period, provisionally priced sales are marked to market based on the estimated forward price for the quotational period stipulated in the contract. The adjustment to provisionally priced metal sold is recorded as an adjustment to sales revenue.

*Estimated material in the mineral reserves*

The carrying amounts of the Company's depletable mineral interests are depletable upon commencement of commercial production based on the units of production method over the estimated life of mine based on proven and probable mineral reserves. Changes to estimates of material and depletable costs including changes resulting from revisions to the Company's mine plans can result in a change to future depletion rates.



25



Management's Discussion and Analysis
For the Years Ended December 31, 2014 and 2013
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

Where commercial production has commenced but proven and probable reserves have yet to be established, the carrying amounts of the Company's depletable mineral interests are depleted based on the mineable portion of measured and indicated resources.

### *Determination of Useful Lives*

Plant and equipment other than mineral interests are depreciated using the straight-line method based on the specific asset's useful life. Should the actual useful life of the plant or equipment vary from the initial estimation, future depreciation charges may change. Assets with similar useful lives are grouped and treated as a single asset for the purposes of depreciation. Should the grouping of these like assets change, depreciation charges may vary materially in the future.

### *Impairment charges*

At the end of each reporting period, the Company assesses whether any indication of impairment exists. Where an indicator of impairment exists, an impairment analysis is performed. The impairment analysis requires the use of estimates and assumptions including amongst others, long-term commodity prices, discount rates, length of mine life, future production levels, future operating costs, future capital expenditures and tax positions taken. The estimates and assumptions are subject to risk and uncertainty; hence, there is the possibility that changes in circumstances will alter these projections, which may impact the recoverable amount of the individual assets or cash generating units ("CGU"). In such circumstances, some or all of the carrying value of the assets or CGUs may be further impaired or the impairment charge reduced with the impact recorded in the consolidated statements of operations and comprehensive income (loss).

### *Reclamation provision and site closure costs*

The Company's accounting policy for the recognition of accrued site closure costs requires significant estimates and assumptions such as the requirements of the relevant environmental, legal and regulatory framework, the magnitude of possible disturbance and the timing, extent and costs of required closure and rehabilitation activity. Changes to these estimates and assumptions may result in future actual expenditures differing from the amounts currently provided for. The decommissioning liability is periodically reviewed and updated prospectively based on the available facts and circumstances.

### *Income taxes*

The Company is periodically required to estimate the tax basis of assets and liabilities. Where applicable tax laws and regulations are either unclear or subject to varying interpretations, it is possible that changes in these estimates could occur that materially affect the amounts of deferred income tax assets and liabilities recorded in the financial statements. Changes in deferred tax assets and liabilities generally have a direct impact on earnings in the period of changes. Each period, the Company evaluates the likelihood of whether some portion or all of each deferred tax asset will not be realized. This evaluation is based on historic and future expected levels of taxable income, the pattern and timing of reversals of taxable temporary timing differences that give rise to deferred tax liabilities, and tax planning initiatives. Levels of future taxable income are affected by, among other things, the market price for saleable metals, production costs, interest rates and foreign currency exchange rates.

### *Valuation of inventory*

All inventory is valued at the lower of average cost or net realizable value. Management is required to make various estimates and assumptions to determine the value of stockpiled ore and concentrate inventories. The estimates and assumptions include surveyed quantities of stockpiled ore, in-process volumes, metal contents, costs to recover saleable metals, payable metal values once processed and the corresponding metals prices. Changes in these estimates can result in changes to the carrying amounts of inventories and mine operating costs of future periods.


26



Management's Discussion and Analysis
For the Years Ended December 31, 2014 and 2013
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

*Share-based compensation*

The Company makes certain estimates and assumptions when calculating the fair values of share-based compensation granted. The significant estimations and assumptions include expected volatility, expected life, expected dividend rate and expected risk-free rate of return. Changes in these assumptions may result in a material change to the expense recorded for the issuance of share-based compensation.

*Contingencies*

Due to the size, complexity and nature of the Company's operations, various legal and tax matters arise in the ordinary course of business. The Company accrues for such items when a liability is both probable and the amount can be reasonably estimated.

There are no matters at December 31, 2014 that will have a material effect on the consolidated financial statements of the Company.

## CHANGES IN ACCOUNTING POLICIES AND STANDARDS

**Application of new and revised accounting standards effective January 1, 2014**

The following standards were applied for periods beginning on or after January 1, 2014 and have no material effect on our financial performance:

### IFRIC 21 – Levies

IFRIC 21 – *Levies* ("IFRIC 21") provides guidance on when to recognize a liability for a levy imposed by a government, other than those levies within the scope of other standards. The Company has applied IFRIC 21 on a retrospective basis in compliance with the transitional requirements. No adjustments to the Company's consolidated financial statements were made as a result of the implementation of IFRIC 21.

**Future accounting standards and interpretations**

A number of new IFRS standards, and amendments to standards and interpretations, are not yet effective for the year ended December 31, 2014, and have not been applied in preparing these consolidated financial statements. The Company is currently evaluating the impact these standards are expected to have on its consolidated financial statements. Details related to these standards and interpretations are discussed below.

### IFRS 15 – Revenue from Contracts with Customers

In May 2014, the IASB issued IFRS 15 – *Revenue from Contracts with Customers* ("IFRS 15") which supersedes IAS 11 – *Construction Contracts* , IAS 18 – *Revenue* , IFRIC 13 – *Customer Loyalty Programmes* , IFRIC 15 – *Agreements for the Construction of Real Estate* , IFRIC 18 – *Transfers of Assets from Customers* , and SIC 31 – *Revenue – Barter Transactions Involving Advertising Services* . IFRS 15 establishes a single five-step model framework for determining the nature, amount, timing and uncertainty of revenue and cash flows arising from a contract with a customer. The standard is effective for annual periods beginning on or after January 1, 2017, with early adoption permitted.


27



Management's Discussion and Analysis
For the Years Ended December 31, 2014 and 2013
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

The Company is currently evaluating the impact the standard is expected to have on its consolidated financial statements.

### IFRS 9 – Financial Instruments

In July 2014, the IASB issued an amendment to IFRS 9 – *Financial Instruments* ("IFRS 9") which supersedes previous versions of IFRS 9. IFRS 9, among other things, requires an expected credit loss model for impairment of financial instruments and introduces a new hedge accounting model designed to align with entities risk management activities. The standard is effective for annual periods beginning on or after January 1, 2018, with early adoption permitted. The Company is currently evaluating the impact the standard is expected to have on its consolidated financial statements.

**DISCLOSURE CONTROLS AND PROCEDURES AND
INTERNAL CONTROLS OVER FINANCIAL REPORTING**

## DISCLOSURE CONTROLS AND PROCEDURES

The Company's management, including the Chief Executive Officer ("CEO") and the Vice-President and Chief Financial Officer ("CFO"), is responsible for the design of disclosure controls and procedures and internal controls over financial reporting ("ICFR"). Having assessed the effectiveness of the Company's disclosure controls and procedures, the CEO and CFO believe that the disclosure controls and procedures are effective at a reasonable assurance level as of the end of the period covered by this report.

## INTERNAL CONTROLS OVER FINANCIAL REPORTING

The Company's management is responsible for establishing and maintaining an adequate system of internal controls, including ICFR. To design and evaluate its ICFR, the Company used the *Internal Control – Integrated Framework (2013)* published by the Committee of Sponsoring Organizations of the Treadway Commission (the "2013 COSO Framework").

The Company's ICFR include policies and procedures that: (1) pertain to the maintenance of records and accurately and fairly reflect, in reasonable detail, the transactions related to acquisition, maintenance and disposition of its assets; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with IFRS, and receipts are recorded and expenditures are incurred only in accordance with authorization of its management and directors; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of assets that could have a material effect on its financial statements. Management has concluded that the Company's ICFR were effective as of December 31, 2014 and provide reasonable assurance that financial information is recorded, processed, summarized and reported in a timely manner.

The Company has designed its internal risk management and control systems to provide reasonable (but not absolute) assurance to ensure compliance with regulatory matters and to safeguard reliability of the financial reporting and its disclosures.

The Company adopted the 2013 COSO Framework to design and evaluate its ICFR during the year ended December 31, 2014. During the year ended December 31, 2014, there were no changes in the Company's ICFR that have materially affected or are reasonably likely to materially affect the Company's ICFR.



28



Management's Discussion and Analysis
For the Years Ended December 31, 2014 and 2013
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

## CAUTIONARY NOTE REGARDING INTERNAL CONTROLS

The Company's management, including the CEO and the CFO, believe that any disclosure controls and procedures or internal controls and procedures, no matter how well conceived and operated, can provide only reasonable, not absolute, assurance that the objectives of the control system are met. Further, the design of a control system must reflect the fact that there are resource constraints, and the benefits of controls must be considered relative to their costs. Because of the inherent limitations in all control systems, they cannot provide absolute assurance that all control issues and instances of fraud, if any, within the Company have been prevented or detected. These inherent limitations include the realities that judgments in decision-making can be faulty, and that breakdowns can occur because of simple error or mistake. Additionally, controls can be circumvented by the individual acts of some persons, by collusion of two or more people, or by unauthorized override of the control. The design of any system of control is based in part upon certain assumptions about the likelihood of future events, and there can be no assurance that any design will succeed in achieving its stated goals under all potential future conditions. Accordingly, because of the inherent limitations in a cost effective control system, misstatements due to error or fraud may occur and may not be detected.

## TECHNICAL INFORMATION

Charles Muerhoff, Vice President Technical Services and Qualified Person as defined in National Instrument 43-101 has reviewed and approved the scientific and technical information contained in this MD&A. The Feasibility Study is entitled "Escobal Mine Guatemala NI 43-101 Feasibility Study" and is dated November 5, 2014.

## CAUTIONARY STATEMENT ON FORWARD-LOOKING INFORMATION

This MD&A contains "forward-looking information" within the meaning of applicable Canadian securities legislation, and "forward-looking statements" within the meaning of the United States Private Securities Litigation Reform Act of 1995 (collectively referred to as "forward-looking information"). Forward-looking information in this MD&A may include, but is not limited to: statements related to the Company's liquidity position and sufficiency of cash from operations to fund repayment of outstanding debt; expected working capital requirements, the sufficiency of capital resources and the possibility of considering alternative financing arrangements to meet strategic needs; the 2015 operations outlook and production guidance, including estimated unit costs per ounce of silver; the availability and sufficiency of power for operations; the assessment of future reclamation obligations; exploration and review of prospective mineral acquisitions; statements relating to changes in Guatemalan mining laws and regulations and the timing and results of court proceedings; the timing for the construction and pre-commissioning and eventual commissioning of the paste backfill plant; the timing and cost for the addition of the fourth tailing filter press; and the timing and cost for the addition of the second primary ventilation fan.

Forward-looking information is based on the reasonable assumptions, estimates, analysis and opinions of management made in light of its experience and its perception of trends, current conditions and expected developments, as well as other factors that management believes to be relevant and reasonable in the circumstances at the date that such statements are made, but which may prove to be incorrect. Management believes that the assumptions and expectations reflected in such forward-looking information are reasonable. Assumptions have been made regarding, among other things: the Company's ability to carry on exploration and development activities; the timely receipt of required approvals; the price of silver and other metals; the Company's ability to operate in a safe, efficient and effective manner; and the Company's ability to obtain financing as and when required and on reasonable terms. Readers are cautioned that the foregoing list is not exhaustive of all factors and assumptions which may have been used.



29



Management's Discussion and Analysis
For the Years Ended December 31, 2014 and 2013
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

Forward-looking information is subject to known and unknown risks, uncertainties and other factors that may cause actual results to be materially different from those expressed or implied by such forward-looking information, including risks associated with the Company's dependence on the Escobal mine and its limited operating history, risks associated with the fluctuation of the price of silver and other metals, the risk of unrest and political instability in Guatemala, risks associated with the availability of additional funding as and when required, exploration and development risks, permitting and licensing risks, uncertainty in the estimation of mineral resources, geologic, hydrological, and geotechnical risks, infrastructure risks, inflation risks, governmental regulation risks, environmental risks and hazards, insurance and uninsured risks, land title risks, risks associated with competition, risks associated with currency fluctuations, labour and employment risks, risks associated with dependence on key management personnel and executives, the timing and possible outcome of pending litigation, other unanticipated litigation risks, the risk that dividends might not continue to be declared, risks associated with the repatriation of earnings, risks of negative operating cash flow, risks associated with the interests of certain directors in other mining projects, risks associated with dilution, risks associated with stock exchange prices and risks associated with effecting service of process and enforcing judgments. See the Company's 2014 Annual Information Form available on www.sedar.com under the heading "Description of Our Business – Risk Factors".

The Company's forward-looking statements are based on the reasonable beliefs, expectations and opinions of management on the date of this MD&A. Although management has attempted to identify important factors that could cause actual results to differ materially from those contained in forward-looking information, there may be other factors that cause results not to be as anticipated, estimated or intended. There is no assurance that such information will prove to be accurate, as actual results and future events could differ materially from those anticipated in such information. Accordingly, readers should not place undue reliance on forward-looking information. The Company does not undertake to update any forward-looking information, except as, and to the extent required by, applicable securities laws.

## NOTICE TO READERS IN THE UNITED STATES

Canadian standards, including those under National Instrument 43-101 *Standards of Disclosure for Mineral Projects* , differ significantly from the requirements of the Securities and Exchange Commission of the United States ("SEC"), and mineral resource and mineral reserve information contained or incorporated by reference in the MD&A may not be comparable to similar information disclosed by U.S. companies. Under U.S. standards, mineralization may not be classified as a "reserve" unless the determination has been made that the mineralization could be economically and legally produced or extracted at the time the reserve determination is made. The SEC's disclosure standards normally do not permit the inclusion in documents filed with the SEC of information concerning "measured mineral resources", "indicated mineral resources" or "inferred mineral resources" or other descriptions of the amount of mineralization in mineral deposits that do not constitute "reserves" by U.S. standards. U.S. investors should also understand that "inferred mineral resources" have a great amount of uncertainty as to their existence and as to their economic and legal feasibility. It cannot be assumed that all or any part of an "inferred mineral resource" will ever be upgraded to a higher category. Under Canadian rules, estimated "inferred mineral resources" may not form the basis of feasibility or pre-feasibility studies except in rare cases. Investors are cautioned not to assume that all or any part of an "inferred mineral resource" exists or is economically or legally mineable. Disclosure of "contained ounces" in a mineral resource estimate is permitted disclosure under Canadian regulations; however, the SEC normally only permits issuers to report mineralization that does not constitute "reserves" by SEC standards as in place tonnage and grade without reference to unit measures. The requirements for identification of "reserves" are also not the same as those of the SEC, and reserves reported by the Company may not qualify as "reserves" under SEC standards. Accordingly, information concerning mineral deposits set forth herein may not be comparable with information made public by companies that report in accordance with U.S. standards.



30

**EXHIBIT 99.4**

**CERTIFICATION**

I, C. Kevin McArthur, certify that:

(1)    I have reviewed this Annual Report on Form 40-F of Tahoe Resources Inc. for the year ended December 31, 2014.

(2)    Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report.

(3)    Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the issuer as of, and for, the periods presented in this report.

(4)    The issuer's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the issuer and have:

(a)    designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the issuer, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b)    designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c)    evaluated the effectiveness of the issuer's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d)    disclosed in this report any change in the issuer's internal control over financial reporting that occurred during the period covered by the annual report that has materially affected, or is reasonably likely to materially affect, the issuer's internal control over financial reporting.

(5)    The issuer's other certifying officer(s) and I have disclosed, based on our most recent evaluation of the internal control over financial reporting, to the issuer's auditors and the audit committee of the issuer's board of directors (or persons performing the equivalent functions):

(a)    all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the issuer's ability to record, process, summarize and report financial information; and

(b)    any fraud, whether or not material, that involves management or other employees who have a significant role in the issuer's internal control over financial reporting.

Date: March 12, 2015

By: */s/ Kevin McArthur*
Name: C. Kevin McArthur
Title: Chief Executive Officer

2

146

**EXHIBIT 99.5**

**CERTIFICATION**

I, Mark Sadler, certify that:

(1)     I have reviewed this Annual Report on Form 40-F of Tahoe Resources Inc. for the year ended December 31, 2014.

(2)     Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report.

(3)     Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the issuer as of, and for, the periods presented in this report.

(4)     The issuer's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the issuer and have:

(a)     designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the issuer, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b)     designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c)     evaluated the effectiveness of the issuer's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d)     disclosed in this report any change in the issuer's internal control over financial reporting that occurred during the period covered by the annual report that has materially affected, or is reasonably likely to materially affect, the issuer's internal control over financial reporting.

(5)     The issuer's other certifying officer(s) and I have disclosed, based on our most recent evaluation of the internal control over financial reporting, to the issuer's auditors and the audit committee of the issuer's board of directors (or persons performing the equivalent functions):

(a)     all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the issuer's ability to record, process, summarize and report financial information; and

(b)     any fraud, whether or not material, that involves management or other employees who have a significant role in the issuer's internal control over financial reporting.

Date: March 12, 2015

By: */s/ Mark Sadler*
Name: Mark Sadler
Title: Chief Financial Officer

**EXHIBIT 99.6**

**CERTIFICATION
PURSUANT TO
18 U.S.C. SECTION 1350,
AS ADOPTED PURSUANT TO
SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

I, C. Kevin McArthur, Chief Executive Officer of Tahoe Resources Inc. (the "Company"), hereby certify pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that, to the best of my knowledge:

(i)     the Annual Report on Form 40-F of the Company for the fiscal year ended December 31, 2014 (the "Annual Report") fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended; and

(ii)    the information contained in the Annual Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

By:
_/s/ Kevin McArthur_
Name: C. Kevin McArthur
Title:  Chief Executive Officer

Date:  March 12, 2015

**EXHIBIT 99.7**

**CERTIFICATION
PURSUANT TO
18 U.S.C. SECTION 1350,
AS ADOPTED PURSUANT TO
SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

I, Mark Sadler, Chief Financial Officer of Tahoe Resources Inc. (the "Company"), hereby certify pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that, to the best of my knowledge:

(i)     the Annual Report on Form 40-F of the Company for the fiscal year ended December 31, 2014 (the "Annual Report") fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended; and

(ii)    the information contained in the Annual Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

By:

*/s/ Mark Sadler*
Name: Mark Sadler
Title:  Chief Financial Officer


Date:  March 12, 2015

**CONSENT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

We consent to the incorporation by reference in Registration Statement No. 333-181981 on Form S-8 and to the use of our reports dated March 11, 2015 relating to the consolidated financial statements of Tahoe Resources Inc. and the effectiveness of Tahoe Resource Inc.'s internal control over financial reporting appearing in this Annual Report on Form 40-F of Tahoe Resources Inc. for the year ended December 31, 2014.

*/s/ Deloitte LLP*

Chartered Accountants
Vancouver, Canada
March 11, 2015

VIA EDGAR

**To:United States Securities and Exchange
      Commission**

**Re:Tahoe Resources Inc. (the "Company")
      Annual Report on Form 40-F
      Consent of Expert**

This consent is provided in connection with the Company's annual report on Form 40-F to be filed by the Company with the United States Securities and Exchange Commission and any amendments thereto (the " **Annual Report** "). The Annual Report incorporates by reference, among other things, the Company's Annual Information Form for the year ended December 31, 2014 (the " **Annual Information Form** ").

I, Charles Muerhoff, Vice President Technical Services of the Company, Reno, Nevada, hereby consent to:

- the use of my name in connection with my involvement in the verification of post Feasibility Study technical information included the Annual Information Form;

- the disclosure of such post Feasibility Study technical information in the Annual Information Form; and

- the inclusion and incorporation by reference of such post Feasibility Study technical information in the Annual Report.

Dated the 12 <sup>th</sup> day of March, 2015


*/s/Charles Muerhoff*
**Charles Muerhoff, SME RM**

VIA EDGAR

**To:United States Securities and Exchange**
    **Commission**

**Re:Tahoe Resources Inc. (the "Company")**
    **Annual Report on Form 40-F**
    **Consent of Expert**

This consent is provided in connection with the Company's annual report on Form 40-F to be filed by the Company with the United States Securities and Exchange Commission and any amendments thereto (the " **Annual Report** "). The Annual Report incorporates by reference, among other things, the Company's Annual Information Form for the year ended December 31, 2014 (the " **Annual Information Form** ").

I, Conrad Huss, P.E. of M3 Engineering & Technical Corporation, Tucson, Arizona, hereby consent to:

- the use of my name in connection with my involvement in the preparation of the technical report entitled *Escobal Guatemala Project NI 43-101 Feasibility Study* issued on November 5, 2014, with effective dates of January 23, 2014 for the Escobal Mineral Resource Estimate and July 1, 2014 for the Escobal Mineral Reserve Estimate (the **"Technical Report"** );

- references to the Technical Report, or portions thereof, in the Annual Information Form; and

- the inclusion and incorporation by reference of the information derived from the Technical Report in the Annual Report.

Dated the 12 th day of March , 2015


*/s/Conrad Huss*
**Conrad Huss, P.E.**

152

VIA EDGAR

To:United States Securities and Exchange
   Commission

Re:Tahoe Resources Inc. (the "Company")
   **Annual Report on Form 40-F**
   **Consent of Expert**

This consent is provided in connection with the Company's annual report on Form 40-F to be filed by the Company with the United States Securities and Exchange Commission and any amendments thereto (the " **Annual Report** "). The Annual Report incorporates by reference, among other things, the Company's Annual Information Form for the year ended December 31, 2014 (the " **Annual Information Form** ").

I, Daniel Roth, P.E. of M3 Engineering & Technical Corporation, Tucson, Arizona, hereby consent to:

- the use of my name in connection with my involvement in the preparation of the technical report entitled *Escobal Guatemala Project NI 43-101 Feasibility Study* issued on November 5, 2014, with effective dates of January 23, 2014 for the Escobal Mineral Resource Estimate and July 1, 2014 for the Escobal Mineral Reserve Estimate (the **"Technical Report"** );

- references to the Technical Report, or portions thereof, in the Annual Information Form; and

- the inclusion and incorporation by reference of the information derived from the Technical Report in the Annual Report.

Dated the 12th day of March , 2015


 */s/Daniel Roth*
**Daniel Roth, P.E.**

153

VIA EDGAR

**To:United States Securities and Exchange Commission**

**Re:Tahoe Resources Inc. (the "Company")**
    **Annual Report on Form 40-F**
    **Consent of Expert**

This consent is provided in connection with the Company's annual report on Form 40-F to be filed by the Company with the United States Securities and Exchange Commission and any amendments thereto (the " **Annual Report** "). The Annual Report incorporates by reference, among other things, the Company's Annual Information Form for the year ended December 31, 2014 (the " **Annual Information Form** ").

I, Thomas L. Drielick, P.E. of M3 Engineering & Technical Corporation, Tucson, Arizona, hereby consent to:

- the use of my name in connection with my involvement in the preparation of the technical report entitled *Escobal Guatemala Project NI 43-101 Feasibility Study* issued on November 5, 2014, with effective dates of January 23, 2014 for the Escobal Mineral Resource Estimate and July 1, 2014 for the Escobal Mineral Reserve Estimate (the **"Technical Report"** );

- references to the Technical Report, or portions thereof, in the Annual Information Form; and

- the inclusion and incorporation by reference of the information derived from the Technical Report in the Annual Report.

Dated the 12 th day of  March  , 2015

 */s/Thomas L. Drielick*
**Thomas L. Drielick, P.E.**

VIA EDGAR

**To:United States Securities and Exchange**
   **Commission**

**Re:Tahoe Resources Inc. (the "Company")**
   **Annual Report on Form 40-F**
   **Consent of Expert**

This consent is provided in connection with the Company's annual report on Form 40-F to be filed by the Company with the United States Securities and Exchange Commission and any amendments thereto (the " **Annual Report** "). The Annual Report incorporates by reference, among other things, the Company's Annual Information Form for the year ended December 31, 2014 (the " **Annual Information Form** ").

I, Jack Caldwell, P.E. of Robertson GeoConsultants Inc., Vancouver, British Columbia, hereby consent to:

- the use of my name in connection with my involvement in the preparation of the technical report entitled *Escobal Guatemala Project NI 43-101 Feasibility Study* issued on November 5, 2014, with effective dates of January 23, 2014 for the Escobal Mineral Resource Estimate and July 1, 2014 for the Escobal Mineral Reserve Estimate (the **"Technical Report"** );

- references to the Technical Report, or portions thereof, in the Annual Information Form; and

- the inclusion and incorporation by reference of the information derived from the Technical Report in the Annual Report.

Dated the 12 th day of March , 2015

*[signature: J. A. Caldwell]*

**Jack Caldwell, P.E.**

VIA EDGAR

To: United States Securities and Exchange
     Commission

Re: Tahoe Resources Inc. (the "Company")
     Annual Report on Form 40-F
     Consent of Expert

This consent is provided in connection with the Company's annual report on Form 40-F to be filed by the Company with the United States Securities and Exchange Commission and any amendments thereto (the " **Annual Report** "). The Annual Report incorporates by reference, among other things, the Company's Annual Information Form for the year ended December 31, 2014 (the " **Annual Information Form** ").

I, Paul Tietz, C.P.G. of Mine Development Associates, Reno, Nevada, hereby consent to:

- the use of my name in connection with my involvement in the preparation of the technical report entitled *Escobal Guatemala Project NI 43-101 Feasibility Study* issued on November 5, 2014, with effective dates of January 23, 2014 for the Escobal Mineral Resource Estimate and July 1, 2014 for the Escobal Mineral Reserve Estimate (the **"Technical Report"** );

- references to the Technical Report, or portions thereof, in the Annual Information Form; and

- the inclusion and incorporation by reference of the information derived from the Technical Report in the Annual Report.

Dated the 12 $^{th}$ day of March , 2015

 *"Paul Tietz"*
**Paul Tietz C.P.G.**

<span style="color:red">156</span>

VIA EDGAR

**To:United States Securities and Exchange**
    **Commission**

**Re:Tahoe Resources Inc. (the "Company")**
    **Annual Report on Form 40-F**
    **Consent of Expert**

This consent is provided in connection with the Company's annual report on Form 40-F to be filed by the Company with the United States Securities and Exchange Commission and any amendments thereto (the " **Annual Report** "). The Annual Report incorporates by reference, among other things, the Company's Annual Information Form for the year ended December 31, 2014 (the " **Annual Information Form** ").

I, Matthew Blattman, P.E. of Blattman Brothers Consulting LLC, Cypress, Texas, hereby consent to:

- the use of my name in connection with my involvement in the preparation of the technical report entitled *Escobal Guatemala Project NI 43-101 Feasibility Study* issued on November 5, 2014, with effective dates of January 23, 2014 for the Escobal Mineral Resource Estimate and July 1, 2014 for the Escobal Mineral Reserve Estimate (the **"Technical Report"** );

- references to the Technical Report, or portions thereof, in the Annual Information Form; and

- the inclusion and incorporation by reference of the information derived from the Technical Report in the Annual Report.

Dated the 12 <u>th</u> day of <u>March</u>, 2015


**Matthew Blattman, P.E.**