# Exhibit C

## 2015 Annual Report

# Exhibit C

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

# FORM 40-F

[  ] REGISTRATION STATEMENT PURSUANT TO SECTION 12 OF THE SECURITIES EXCHANGE ACT OF 1934

OR

[X] ANNUAL REPORT PURSUANT TO SECTION 13(a) OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended: **December 31, 2015**                    Commission File Number: **001-35531**

# TAHOE RESOURCES INC.

*(Exact name of Registrant as specified in its charter)*

| **British Columbia, Canada** | **1040** | **27-1840120** |
|---|---|---|
| *(Province or Other Jurisdiction of Incorporation or Organization)* | *(Primary Standard Industrial Classification Code)* | *(I.R.S. Employer Identification No.)* |

**5310 Kietzke Lane, Suite 200**
**Reno, Nevada 89511**
**(775) 448-5800**
*(Address and telephone number of Registrant's principal executive offices)*

**Tahoe Resources USA Inc.**
**5310 Kietzke Lane, Suite 200**
**Reno, Nevada 89511**
**(775) 448-5800**
*(Name, address (including zip code) and telephone number (including area code) of agent for service in the United States)*

Securities registered or to be registered pursuant to section 12(b) of the Act:

| Title Of Each Class | Name Of Each Exchange On Which Registered |
|---|---|
| **Common Shares, no par value** | **New York Stock Exchange** |

Securities registered or to be registered pursuant to Section 12(g) of the Act: **None**

Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act: **None**

For annual reports, indicate by check mark the information filed with this Form:

[X] Annual Information Form                    [X] Audited Annual Financial Statements

Indicate the number of outstanding shares of each of the Company's classes of capital or common stock as of the close of the period covered by the annual report:
**227,401,681 Common Shares as at December 31, 2015**

Indicate by check mark whether the Company (1) has filed all reports required to be filed by Section 13 or 15(d) of the under the Securities Exchange Act of 1934 (the "Exchange Act") during the preceding 12 months (or for such shorter period that Company was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.
Yes [X]    No [  ]

001

Indicate by check mark whether the Company has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the Company was required to submit and post such files).

Yes [ ]    No [ ]

**ANNUAL INFORMATION FORM, AUDITED FINANCIAL STATEMENTS AND MD&A**

Tahoe Resources Inc. (the " **Company** " or " **Tahoe** ") is a Canadian public company whose common shares are listed on the Toronto Stock Exchange and the New York Stock Exchange (the " **NYSE** "). It is a "foreign private issuer" as defined in Rule 3b-4 under Securities Exchange Act of 1934, as amended (the " **Exchange Act** "), and is eligible to file this annual report on Form 40-F pursuant to the multi-jurisdictional disclosure system.

The following documents of the Company are filed as exhibits to, and incorporated by reference into, this Annual Report:

| Document | Exhibit No. |
|---|---|
| Annual Information Form of the Company for the year ended December 31, 2015 | 99.1 [(1)] |
| Audited financial statements of the Company for the years ended December 31, 2015 and 2014, including the reports of the independent registered public accounting firm with respect thereto | 99.2 [(1)] |
| Management Discussion and Analysis of the Company for the years ended December 31, 2015 and 2014 | 99.3 [(1)] |

(1) Filed as an exhibit hereto.

Pursuant to Rule 3a12-3 under the Exchange Act, the Company's equity securities are exempt from sections 14(a), 14(b), 14(c), 14(f) and 16 of the Exchange Act.

**INCORPORATION BY REFERENCE**

The documents, forming part of this Form 40-F, are incorporated by reference into the following registration statements under the Securities Act of 1933, as amended.

| Form | Registration No. |
|---|---|
| S-8 | 333-181981 |

**FORWARD-LOOKING STATEMENTS**

This Annual Report contains "forward-looking information" within the meaning of applicable Canadian securities legislation and "forward-looking statements" within the meaning of United States Private Securities Litigation Reform Act of 1995 (collectively referred to as "forward-looking statements"). All statements, other than statements of historical fact, are forward-looking statements. The words "believe", "expect", "anticipate", "contemplate", "target", "plan", "intend", "continue", "budget", "estimate", "may", "will", "schedule" and similar expressions or statements identify forward-looking statements.

Forward-looking statements in this Annual Report may include, but are not limited to, statements and/or information related to: the Company's liquidity position and sufficiency of cash from operations to fund repayment of outstanding debt; the expected working capital requirements, the sufficiency of capital resources and the possibility of considering alternative financing arrangements to meet strategic needs; the 2016 operations outlook and production guidance, including estimated unit costs per ounce of silver and gold and estimated capital costs; assessment of future reclamation obligations; exploration and review of prospective mineral acquisitions; changes in Guatemalan and Peruvian mining laws and regulations; changes to the Peruvian tax dividend rate; the timing and results of court proceedings; the timing for the final commissioning and start-up of the paste-backfill plant; the provision of electrical power to the Escobal Mine from Guatemala's existing national grid; the anticipated timing of updated Mineral Resource and Mineral Reserve estimates; the timing of the receipt of operations permits at

3

003

Shahuindo; the commencement of commercial production at Shahuindo; the availability and sufficiency of power and water for operations; the addition of a crushing and agglomeration facility at Shahuindo; the mode of mining and processing methods to be employed at Shahuindo; the expansion of the process plant facilities at Shahuindo; our expected community outreach and related activities for 2016; and the completion of the business combination with Lake Shore and the timing therefor.

Forward-looking statements are based on the reasonable assumptions, estimates, analysis and opinions made in light of our experience and our perception of trends, current conditions and expected developments, as well as other factors that we believe to be relevant and reasonable in the circumstances at the date that such statements are made, but which may prove to be incorrect. Management believes that the assumptions and expectations reflected in such forward-looking statements are reasonable. Assumptions have been made regarding, among other things: the Company's ability to carry on exploration and development activities, including construction; the timely receipt of required approvals, including the approvals required for the business combination with Lake Shore; the price of silver, gold and other metals; prices for key mining supplies, including labor costs and consumables, remaining consistent with the Company's current expectations; production meeting expectations and being consistent with estimates; plant, equipment and processes operating as anticipated; there being no material variations in the current tax and regulatory environment; the Company's ability to operate in a safe, efficient and effective manner; the exchange rates among the Canadian dollar Guatemalan quetzal, Peruvian sol and the United States dollar remaining consistent with current levels; the Company's ability to obtain financing as and when required and on reasonable terms; and the successful closing of the business combination with Lake Shore. Readers are cautioned that the foregoing list is not exhaustive of all factors and assumptions which may have been used.

Forward-looking statements are subject to known and unknown risks, uncertainties and other factors that may cause actual results to be materially different from those expressed or implied by such forward-looking statements. Such risks, uncertainties and other factors include but are not limited to: the Company's dependence on the Escobal and La Arena Mines; the fluctuation of the price of silver, gold and other metals; changes in national and local government legislation, taxation and controls or regulations; changes and national and local government politics and office holders; social unrest, and political or economic instability in Guatemala and/or Peru; the availability of additional funding as and when required; the speculative nature of mineral exploration and development; the timing and ability to maintain and, where necessary, obtain necessary permits and licenses; the uncertainty in the estimation of mineral resources and mineral reserves; the uncertainty in geologic, hydrological, metallurgical and geotechnical studies and opinions; infrastructure risks, including access to water and power; the impact of inflation; changes in the administration of governmental regulation, policies and practices; environmental risks and hazards; insured and uninsured risks; land title risks; risks associated with illegal mining activities by unauthorized individuals on the Company's mining or exploration properties; risks associated with competition; risks associated with currency fluctuations; labor and employment risks; dependence on key management personnel and executives; the timing and possible outcome of pending or threatened litigation; the consequences of adverse judicial rulings; the risk of unanticipated litigation; risks associated with the repatriation of earnings; risks associated with negative operating cash flow; risks associated with the Company's hedging policies; risks associated with dilution; and risks associated with effecting service of process and enforcing judgments. For a further discussion of risks relevant to the Company, see "Description of Our Business – Risk Factors Relating to Our Business" and " – Risk Factors Relating to Our Shares" in the Annual Information Form for the fiscal year ended December 31, 2015.

Although management has attempted to identify important factors that could cause actual results to differ materially from those contained in forward-looking statements, there may be other factors that cause results not to be as anticipated, estimated or intended. There is no assurance that forward-looking statements will prove to be accurate, as actual results and future events could differ materially from those anticipated in such forward-looking statements. Accordingly, readers should not place undue reliance on forward-looking statements. The Company does not undertake to update any forward-looking statements, except as, and to the extent required by, applicable securities laws.

**CAUTIONARY NOTE TO UNITED STATES INVESTORS CONCERNING
ESTIMATES OF MEASURED, INDICATED AND INFERRED RESOURCES**

The disclosure in this Annual Report, including the documents incorporated by reference herein, uses terms that comply with reporting standards in Canada and certain estimates are made in accordance with Canadian National Instrument 43-101 – *Standards of Disclosure for Mineral Projects* (" **NI 43-101** "). NI 43-101 is a rule developed by the Canadian Securities Administrators that establishes standards for all public disclosure an issuer makes of scientific and technical information concerning mineral projects. Unless otherwise indicated, all resource estimates contained in or incorporated by reference in this Annual Report have been prepared in accordance with NI 43-101. These standards differ significantly from the requirements of the SEC, and resource information contained herein and incorporated by reference herein may not be comparable to similar information disclosed by U.S. companies.

4

Certain documents incorporated by reference herein use the terms "probable mineral reserve" and "proven mineral reserve", as permitted under NI 43-101. For United States reporting purposes, SEC Industry Guide 7 (under the United States Securities Exchange Act of 1934 (the " **Exchange Act** ")), as interpreted by Staff of the SEC, applies different standards in order to classify mineralization as a reserve. As a result, the definitions of proven and probable reserves used in NI 43-101 differ from the definitions in the SEC Industry Guide 7. Under SEC standards, mineralization may not be classified as a "reserve" unless the determination has been made that the mineralization could be economically and legally produced or extracted at the time the reserve determination is made. Among other things, all necessary permits would be required to be in hand or issuance imminent in order to classify mineralized material as reserves under the SEC standards. Accordingly, mineral reserve estimates calculated in accordance with Canadian standards may not qualify as "reserves" under SEC standards.

In addition, this Annual Report uses the terms "measured mineral resource", "indicated mineral resource" and "inferred mineral resource" to comply with the reporting standards in Canada. The Company advises United States investors that while those terms are recognized and required by Canadian regulations, the SEC does not recognize them. United States investors are cautioned not to assume that any part or all of the mineral deposits in these categories will ever be converted into mineral reserves. These terms have a great amount of uncertainty as to their existence, and great uncertainty as to their economic and legal feasibility.

Further, "inferred mineral resources" have a great amount of uncertainty as to their existence and as to whether they can be mined legally or economically. Therefore, United States investors are also cautioned not to assume that all or any part of the inferred mineral resources exist. In accordance with Canadian rules, estimates of "inferred mineral resources" cannot form the basis of feasibility or other economic studies.

It cannot be assumed that all or any part of "measured mineral resources", "indicated mineral resources" or "inferred mineral resources" will ever be upgraded to a higher category. Investors are cautioned not to assume that any part of the reported "measured mineral resources", "indicated mineral resources" or "inferred mineral resources" in this Annual Report is economically or legally mineable.

In addition, disclosure of "contained ounces" is permitted disclosure under Canadian regulations; however, the SEC only permits issuers to report mineralization as in place tonnage and grade without reference to unit measures.

For the above reasons, information contained in this Annual Report and the documents incorporated by reference herein containing descriptions of our mineral deposits may not be comparable to similar information made public by U.S. companies subject to the reporting and disclosure requirements under the United States federal securities laws and the rules and regulations thereunder.

**NOTE TO UNITED STATES READERS REGARDING DIFFERENCES**
**BETWEEN UNITED STATES AND CANADIAN REPORTING PRACTICES**

The Company is permitted to prepare this Annual Report in accordance with Canadian disclosure requirements, which are different from those of the United States. The Company has historically prepared its consolidated financial statements in accordance with International Financial Reporting Standards, as issued by the International Accounting Standards Board, which differ in certain respects from United States generally accepted accounting principles (" **US GAAP** ") and from practices prescribed by the SEC. Therefore, the Company's financial statements incorporated by reference in this Annual Report may not be comparable to financial statements prepared in accordance with U.S. GAAP.

005

**DISCLOSURE CONTROLS AND PROCEDURES**

**Disclosure Controls and Procedures**

Disclosure controls and procedures are defined in Rule 13a-15(e) and 15d-15(e) under the Exchange Act to mean controls and other procedures of an issuer that are designed to ensure that information required to be disclosed by the issuer in the reports that it files or submits under the Exchange Act is recorded, processed, summarized and reported, within the time periods specified in the SEC's rules and forms and includes. Disclosure controls and procedures include, without limitation, controls and procedures designed to ensure that such information is accumulated and communicated to the issuer's management, including its principal executive and principal financial officers, or persons performing similar functions, as appropriate to allow timely decisions regarding required disclosure.

**Management's Evaluation of Disclosure Controls and Procedures**

At the end of the period covered by this Annual Report on Form 40-F, being the fiscal year ended December 31, 2015, an evaluation was carried out under the supervision of and with the participation of the Company's management, including the Chief Executive Officer (" **CEO** ") and Chief Financial Officer (" **CFO** "), of the effectiveness of the design and operations of the Company's disclosure controls and procedures (as defined in Rule Rule 13a-15(e) and 15d-15(e) under the Exchange Act). Based on that evaluation the CEO and the CFO have concluded that, as of the end of the period covered by this Annual Report, the Company's disclosure controls and procedures were effective to give reasonable assurance that the information required to be disclosed by the Company in reports that it files or submits to the SEC under the Exchange Act is:

- recorded, processed, summarized and reported within the time periods specified in the SEC's rules and forms, and

- accumulated and communicated to our management, including our CEO and CFO, as appropriate, to allow timely decisions regarding required disclosure.

**INTERNAL CONTROL OVER FINANCIAL REPORTING**

**Internal Control over Financial Reporting**

Internal control over financial reporting is defined in Rule 13a-15(f) and 15d-15(f) of the Exchange Act as a process designed by, or under the supervision of, the issuer's principal executive and principal financial officers and effected by the issuer's board of directors, management and other personnel, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles and includes those policies and procedures that:

- pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company;

- provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and

- provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use or disposition of the company's assets that may have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness of internal control over financial reporting to future periods are subject to risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

006

**Management's Report on Internal Control Over Financial Reporting**

Management is responsible for establishing and maintaining adequate internal control over financial reporting (as such term is defined in Rule 13a-15(f) of the Exchange Act) for the Company.

In accordance with Canadian National Instrument 52-109 – *Certification of Disclosure in Issuer's Annual and Interim Filings* , the design of internal control over financial reporting excludes the controls, policies and procedures of Rio Alto Mining Limited (" **Rio Alto** ") on the basis that Rio Alto was acquired on April 1, 2015 and therefore not more than 365 days before the end of the relevant year ended December 31, 2015.

Other than the exclusion of Rio Alto described above, with the participation of the CEO and CFO, management carried out an evaluation of the Company's internal control over financial reporting as at December 31, 2015. In making this evaluation, the Company's management used the framework established in Internal Control-Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO). Based upon this evaluation, management concluded that the Company's internal control over financial reporting was effective as at December 31, 2015. A copy of management's report on the effectiveness of our internal controls is included with the Audited Annual Financial Statements for the year ended December 31, 2015, filed as Exhibit 99.2 and incorporated by reference herein.

The Company's independent registered public accounting firm, Deloitte LLP, has issued an attestation report on the effectiveness of our internal control over financial reporting as of December 31, 2015. For Deloitte LLP's report see the Audited Annual Financial Statements for the year ended December 31, 2015 filed as Exhibit 99.2 and incorporated by reference herein, under the heading "Report of Independent Registered Public Accounting Firm".

**Changes in Internal Control over Financial Reporting**

The Company's management, including the CEO and CFO, does not expect that its disclosure controls and procedures or internal controls and procedures will prevent all error and all fraud. A control system, no matter how well conceived and operated, can provide only reasonable, not absolute, assurance that the objectives of the control system are met. Further, the design of a control system must reflect the fact that there are resource constraints, and the benefits of controls must be considered relative to their costs. Because of the inherent limitations in all control systems, no evaluation of controls can provide absolute assurance that all control issues and instances of fraud, if any, within the Company have been detected. These inherent limitations include the realities that judgments in decision-making can be faulty, and that breakdowns can occur because of simple error or mistake. Additionally, controls can be circumvented by the individual acts of some persons, by collusion of two or more people, or by management override of the control. The design of any system of controls also is based in part upon certain assumptions about the likelihood of future events, and there can be no assurance that any design will succeed in achieving its stated goals under all potential future conditions; over time, control may become inadequate because of changes in conditions, or the degree of compliance with the policies or procedures may deteriorate. Because of the inherent limitations in a cost-effective control system, misstatements due to error or fraud may occur and not be detected.

Other than the limitation described above, there were no changes in the Company's internal control over financial reporting during the year ended December 31, 2015 that have materially affected, or are reasonably likely to materially affect, the Company's internal control over financial reporting.

**NOTICES PURSUANT TO REGULATION BTR**

The Company did not send any notices required by Rule 104 of Regulation BTR during the year ended December 31, 2015 concerning any equity security subject to a blackout period under Rule 101 of Regulation BTR.

**CORPORATE GOVERNANCE**

The Company is subject to corporate governance requirements prescribed under applicable Canadian securities laws, rule and policies. The Company is also subject to corporate governance requirements prescribed by the listing standards of the NYSE, and the rules and regulations promulgated by the SEC under the Exchange Act (including those applicable rules and regulations mandated by the Sarbanes-Oxley Act of 2002).

7

Section 303A.11 of the NYSE Listed Company Manual permits foreign private issuers to follow home country practices in lieu of certain provisions of the NYSE Listed Company Manual. Furthermore, the Company may from time-to-time seek relief from NYSE corporate governance requirements on specific transactions under Section 303A.11 of the NYSE Listed Company Manual.

A foreign private issuer that follows home country practices in lieu of certain provisions of the NYSE Listed Company Manual must disclose any significant ways in which its corporate governance practices differ from those followed by domestic companies either on its website or in the annual report that it distributes to shareholders in the United States. The Company believes that there are no significant differences between its corporate governance policies and those required to be followed by United States domestic issuers listed on the NYSE.

The Company's Board of Directors (the " **Board of Directors** ") is responsible for the Company's corporate governance policies and has separately designated the following committees, in addition to a Health, Safety, Environment and Community Committee:

- Compensation Committee, as required by Section 303A.05 of the NYSE Listed Company Manual,

- Corporate Governance and Nominating Committee, as required by Section 303A.04 of the NYSE Listed Company Manual, and

- Audit Committee, as required by Section 303A.06 of the NYSE Listed Company Manual

The Board of Directors has determined that all the members of the Compensation Committee, Corporate Governance and Nominating, and Audit Committees are independent, based on the criteria for independence currently prescribed by section 303A.02 of the NYSE Listed Company Manual, and, with reference to the Audit Committee, Rule 10A-3 of the Exchange Act.

**Compensation Committee**

The Compensation Committee is comprised of four independent directors:

- Kenneth F. Williamson (Chair),

- Tanya M. Jakusconek,

- Paul B. Sweeney,

- Klaus M. Zeitler

The terms of reference for the Compensation Committee are available on the Company's website at www.tahoeresourcesinc.com.

**Corporate Governance and Nominating Committee**

The Corporate Governance and Nominating Committee is comprised of three independent directors:

- A. Dan Rovig (Chair),

- James S. Voorhees, and

- Klaus M. Zeitler.

The terms of reference for the Corporate Governance and Nominating Committee are available on the Company's website at www.tahoeresourcesinc.com.

8

008

The Company is required by National Instrument 58-101 of the Canadian Securities Administrators, *Disclosure of Corporate Governance Practices* , to describe its practices and policies with regard to corporate governance in management information circulars that are furnished to the Company's shareholders in connection with annual meetings of shareholders.

**AUDIT COMMITTEE**

**Composition of the Audit Committee**

The Company's Board of Directors has a separately designated standing Audit Committee established in accordance with Section 3(a)(58)(A) of the Exchange Act and Section 303A.06 of the NYSE Listed Company Manual. The Company's Audit Committee is comprised of three directors that the Board of Directors have determined are independent as determined under each of Rule 10A-3 under the Exchange Act and Section 303A.02 of the NYSE Listed Company Manual:

- Paul B. Sweeney (Chair),

- Drago G. Kisic, and

- Kenneth F. Williamson.

All three members of the Audit Committee are financially literate, meaning they are able to read and understand the Company's financial statements and to understand the breadth and level of complexity of the issues that can reasonably be expected to be raised by the Company's financial statements. The Audit Committee meets the composition requirements set forth by Section 303A.07 of NYSE Listed Company Manual.

**Audit Committee Charter**

The full text of the Charter for the Audit Committee is attached as Schedule A to the Company's annual information form, which is filed as Exhibit 99.1 to this Annual Report. The Charter of the Audit Committee is also available on the Company's website at www.tahoeresourcesinc.com.

**Audit Committee Financial Expert**

The Company's Board of Directors has determined that Paul B. Sweeney, is an audit committee financial expert (as that term is defined in Item 407 of Regulation S-K under the Exchange Act).

**CODE OF BUSINESS CONDUCT AND ETHICS**

**Adoption of Code of Ethics**

The Company has adopted a Code of Business Conduct and Ethics (the " **Code of Ethics** ") for all its directors, executive officers and employees. The Code of Ethics materially complies with Section 303A.10 of the NYSE Listed Company Manual. The Code of Ethics meets the requirements for a "code of ethics" within the meaning of that term in Form 40-F. The text of the Code of Ethics is posted on the Company's website at www.tahoeresourcesinc.com.

**Amendments or Waivers**

During the fiscal year ended December 31, 2015, the Company did not substantively amend, waive or implicitly waive any provision of the Code of Ethics with respect to any of the directors, executive officers or employees subject to it.

To the extent that the Company's board or a board committee determines to grant any waiver of the Code of Ethics for an executive officer or director, Section 303A.10 of the NYSE Listed Company Manual requires that the waiver must be disclosed to shareholders within four business days of such determination.

009

All amendments to the Code of Ethics, and all waivers of the Code of Ethics with respect to the Company's principal executive officer, principal financial officer or other persons performing similar functions, will be posted on the Company's website, submitted to the SEC on Form 6-K and provided in print to any shareholder that provides the Company with a written request addressed to the Company's Corporate Secretary.

## PRINCIPAL ACCOUNTANT FEES AND SERVICES

**Principal Accountant Fees**

The following table shows the aggregate fees billed to the Company during the years ended December 31, 2015 and 2014 by Deloitte LLP and KPMG LLP, in their respective capacities as the Company's independent registered public accounting firm:

|  | Year Ended December 31 | | | |
| --- | --- | --- | --- | --- |
|  | | **2015** | | **2014** |
| Audit Fees [1] | $ | 789,390 | $ | 621,890 |
| Audit Related Fees [2] | | - | | - |
| Tax Fees [3] | | - | | - |
| All Other Fees [4] | | - | | - |
| **Total** | $ | **789,390** | $ | **621,890** |

(1)  Audit fees represent the aggregate fees billed for each of the last two fiscal years for professional services rendered by the principal accountant for the audit of the Company's annual financial statements and reviews of the Company's quarterly financial reporting, and other services that are normally provided by the accountant in connection with statutory and regulatory filings or engagements for those fiscal years.

(2)  Audit related fees represent the aggregate fees billed in each of the last two fiscal years for assurance and related services by the principal accountant that are reasonably related to the performance of the audit or review of the Company's financial statements and are not reported under "Audit Fees" above. These audit-related services include accounting consultations on proposed and completed transactions, services performed in connection with the Company's listing on the NYSE.

(3)  Tax fees represent the aggregate fees billed in each of the last two fiscal years for professional services rendered by the principal accountant for tax compliance, tax advice, and tax planning. These professional services included preparation of Canadian federal and provincial income tax returns, provision of advice on tax positions taken by the Company, and review of opinions relating to requests for rulings or technical advice from tax authorities.

(4)  All other fees represent aggregate fees billed in each of the last two fiscal years for products and services provided by the principal accountant, other than the services reported above under Audit Fees, Audit Related Fees or Tax Fees. These services related to Canadian indirect tax issues, Directors, stock based compensation, company reorganization and transfer price management.

**Pre-Approval of Audit and Non-Audit Services Provided by Independent Registered Public Accounting Firm** The Audit Committee pre-approves all audit services to be provided to the Company by its independent registered public accounting firm. Non-audit services that are prohibited to be provided to the Company by its independent registered public accounting firm may not be pre-approved. In addition, prior to the granting of any pre-approval, the Audit Committee must be satisfied that the performance of the services in question will not compromise the independence of the independent registered public accounting firm. All non-audit services performed by the Company's independent registered public accounting firm for the fiscal year ended December 31, 2015 were pre-approved by the Audit Committee of the Company. No non-audit services were approved pursuant to the *de minimis* exemption to the pre-approval requirement.

010

**OFF-BALANCE SHEET ARRANGEMENTS**

The Company has not entered into any "off-balance sheet arrangements", as defined in General Instruction B(11) to Form 40-F, that have or are reasonably likely to have a current or future effect on the Company's financial condition, changes in financial condition, revenues, expenses, results of operations, liquidity, capital expenditures or capital resources that are material to investors.

**CONTRACTUAL OBLIGATIONS**

For a description of the contractual obligations of the Company, see "Commitments and Contingencies" on page 33 of the Company's management discussion and analysis for the year ended December 31, 2015 which is attached as Exhibit 99.3 to this annual report on Form 40-F and incorporated by reference herein.

**MINE SAFETY DISCLOSURE**

Pursuant to Section 1503(a) of the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010 (" **Dodd-Frank Act** "), issuers that are operators, or that have a subsidiary that is an operator, of a coal or other mine in the United States are required to disclose in their periodic reports filed with the SEC information regarding specified health and safety violations, orders and citations, related assessments and legal actions, and mining-related fatalities under the regulation of the Federal Mine safety and Health Administration under the Federal Mine Safety and Health Act of 1977.

The Company did not have any mines in the United States during the fiscal year ended December 31, 2015.

**UNDERTAKING AND CONSENT TO SERVICE OF PROCESS**

**Undertaking**

The Company undertakes to make available, in person or by telephone, representatives to respond to inquiries made by the Commission staff, and to furnish promptly, when requested to do so by the Commission staff, information relating to:

- the securities registered pursuant to Form 40-F;

- the securities in relation to which the obligation to file an annual report on Form 40-F arises; or

- transactions in said securities.

**Consent to Service of Process**

Concurrently with the filing of its Registration Statement on Form 40-F with the SEC on April 30, 2012, the Company filed an Appointment of Agent for Service of Process and Undertaking on Form F-X signed by the Company and its agent for service of process with respect to the class of securities in relation to which the obligation to file this Annual Report on Form 40-F arises.

Any change to the name or address of the Company's agent for service shall be communicated promptly to the Commission by amendment to Form F-X referencing the file number of the Company.

011

**SIGNATURES**

Pursuant to the requirements of the Exchange Act, the Company certifies that it meets all of the requirements for filing on Form 40-F and has duly caused this annual report to be signed on its behalf by the undersigned, thereto duly authorized.


Date: March 24, 2016                                     **TAHOE RESOURCES INC.**



                                                         By:     /s/ *C. Kevin McArthur*
                                                                 **C. Kevin McArthur**
                                                                 **Executive Chair, Chief Executive Officer and**
                                                                 **Director**

                                              12

012

**EXHIBIT INDEX**

| Exhibit Number | Exhibit Description |
|---|---|
| **Principal Documents** | |
| 99.1 | Annual Information Form of the Company for the year ended December 31, 2015 |
| 99.2 | Audited financial statements of the Company and the notes thereto for the fiscal year ended December 31, 2015 and 2014 together with the reports of the independent registered public accounting firm thereon |
| 99.3 | Management Discussion and Analysis of the Company for the years ended December 31, 2015 and 2014 |
| **Certifications** | |
| 99.4 | Certification of Chief Executive Officer pursuant to Rule 13a-14(a) of the Exchange Act |
| 99.5 | Certification of Chief Financial Officer pursuant to Rule 13a-14(a) of the Exchange Act |
| 99.6 | Certification of Chief Executive Officer pursuant to Rule 13a-14(b) of the Exchange Act and 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |
| 99.7 | Certification of Chief Financial Officer pursuant to Rule 13a-14(b) of the Exchange Act and 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |
| **Consents** | |
| 99.8 | Consent of Deloitte LLP, the Company's Independent Registered Public Accounting Firm |
| 99.9 | Consent of Fernando Angeles, M.Eng (Min), P.Eng, dated March 24, 2016 |
| 99.10 | Consent of Daniel Roth, P.E., dated March 24, 2016 |
| 99.11 | Consent of Tim Williams, FAusIMM, dated March 24, 2016 |
| 99.12 | Consent of Conrad E. Huss, P.E., Ph.D, dated March 24, 2016 |
| 99.13 | Consent of Enrique Garay, M Sc. (MAIG), dated March 24, 2016 |
| 99.14 | Consent of Ian Dreyer, B.App.Sc., MAusIMM (CP), dated March 24, 2016 |
| 99.15 | Consent of Paul Tietz, C.P.G., dated March 24, 2016 |
| 99.16 | Consent of Matthew Blattman, P.E., dated March 24, 2016 |
| 99.17 | Consent of Charles Muerhoff, SME RM, dated March 24, 2016 |

| Exhibit Number | Exhibit Description |
|---|---|
| 99.18 | Consent of Jack Caldwell, P.E., dated March 24, 2016 |
| 99.19 | Consent of Thomas L. Drielick, P.E., dated March 24, 2016 |
| 99.20 | Consent of Carl Defilippi, C.E.M., SME RM, dated March 24, 2016 |
| 99.21 | Consent of Greg Lane, FAusIMM, dated March 24, 2016 |

2



**ANNUAL INFORMATION FORM**

For the year ended December 31, 2015

Dated March 9, 2016

THIS PAGE INTENTIONALLY LEFT BLANK.



Annual Information Form for the
Year Ended December 31, 2015

## TABLE OF CONTENTS

| | Page |
|---|---|
| **INTERPRETATION AND OTHER INFORMATION** | **1** |
| Definitions | 1 |
| **GLOSSARY OF TECHNICAL TERMS** | **2** |
| **CURRENCY INFORMATION** | **4** |
| **FORWARD-LOOKING STATEMENTS** | **4** |
| **NON-GAAP FINANCIAL MEASURES** | **6** |
| **DISCLOSURE STANDARDS** | **6** |
| **CORPORATE STRUCTURE** | **6** |
| Incorporation and Offices | 6 |
| **GENERAL DEVELOPMENT OF OUR BUSINESS** | **7** |
| Development of Our Business | 7 |
| 2015 Developments | 7 |
| 2016 Developments | 8 |
| Inter-Corporate Relationships | 9 |
| Legal | 10 |
| **DESCRIPTION OF OUR BUSINESS** | **10** |
| Overview of Our Business and Strategy | 10 |
| The Silver Industry | 11 |
| The Gold Industry | 11 |
| Product | 12 |
| Specialized Skill and Knowledge | 12 |
| Employees | 12 |
| Foreign Operations | 12 |
| Competitive Conditions | 12 |
| Cycles | 12 |
| Environmental and Social Activities | 12 |
| Doing Business In Guatemala and Peru | 16 |
| The Escobal Mine | 25 |
| La Arena Mine | 36 |
| The Shahuindo Mine | 47 |
| **DIVIDENDS AND DISTRIBUTIONS** | **59** |
| **DESCRIPTION OF CAPITAL STRUCTURE** | **59** |
| **MARKET FOR SECURITIES** | **59** |
| Trading History on the TSX | 59 |
| Trading History on the NYSE | 60 |
| Trading History on the BVL | 60 |
| **PRIOR SALES** | **61** |
| **DIRECTORS AND EXECUTIVE OFFICERS** | **61** |
| Directors and Executive Officers | 61 |
| Cease Trade Orders, Bankruptcies, Penalties or Sanctions | 63 |

017

Conflicts of Interest                                                                                      64

**INTEREST OF MANAGEMENT AND OTHERS IN MATERIAL TRANSACTIONS**                        **64**

**MATERIAL CONTRACTS**                                                                    **64**

Annual Information Form for the Year Ended December 31, 2015          i

018

| | |
|---|---|
| **TRANSFER AGENTS AND REGISTRAR** | **64** |
| **INTERESTS OF EXPERTS** | **64** |
| **SELECTED CONSOLIDATED FINANCIAL INFORMATION** | **65** |
| **ADDITIONAL CORPORATE AND FINANCIAL INFORMATION** | **65** |
| **INFORMATION CONCERNING THE COMPANY'S AUDIT COMMITTEE AND EXTERNAL AUDITOR** | **65** |
| The Audit Committee's Duties and Charter | 65 |
| Composition of the Audit Committee | 65 |
| Relevant Education and Experience | 66 |
| External Auditor and Other Professional Service Fees | 66 |
| Auditor Partner Rotation | 66 |

ii        Tahoe Resources Inc.

019

INTERPRETATION AND OTHER INFORMATION

**DEFINITIONS**

In this Annual Information Form ("AIF"), the words and phrases are defined below unless the context otherwise requires.

" **Audit Committee** " means the Audit Committee of the Board.

" **Award** " means an award of Deferred Shares or Restricted Shares under the Share Option and Share Incentive Plan.

" **BCA** " means the *Business Corporations Act* (British Columbia), as amended, including all regulations promulgated thereunder.

" **Board** " means the board of directors of the Company.

" **Blattman Brothers** " means Blattman Brothers Consulting Inc., LLC, an independent engineering consulting firm.

" **BVL** " means the Bolsa de Valores de Peru, the stock exchange in Lima Peru.

" **Company** " means Tahoe Resources Inc. together with, unless the context indicates otherwise, all of its subsidiaries.

" **Compensation Committee** " means the Compensation Committee of the Board.

" **CSA** " means the Canadian Securities Administrators;

" **Deferred Shares** " means Shares subject to Awards that will be issued upon the passage of time, continued employment of the recipient by the Company or upon such other terms and conditions as the Compensation Committee of the Company may determine in its discretion.

" **El Alizar Project** " means the project to commercially develop the gold mineralization west of La Arena.

" **Entre Mares** " means Entre Mares de Guatemala, S.A.

" **ERHL** " means Escobal Resources Holdings Limited, a company incorporated under the laws of Barbados which is owned by the Company.

" **Escobal Acquisition** " means the acquisition by the Company of the Escobal Mine Assets in accordance with the terms and conditions of the Transaction Agreement.

" **Escobal Exploitation license** " means the exploitation license (concession) on which the Escobal vein and Escobal Mine are located.

**"Escobal Feasibility Study"** or **"November 2014 Feasibility Study"** means the independent technical report entitled "Escobal Mine Guatemala NI 43-101 Feasibility Study – Southeastern Guatemala" issued on November 5, 2014, with effective dates of January 23, 2014 for the Escobal Mineral Resource and July 1, 2014 for the Escobal Mineral Reserve.

" **Escobal Mine** " means the mining project comprised of the Escobal Mine Assets.

" **Escobal Mine Assets** " means those assets exclusively used in or related to the Escobal Mine.

" **Escobal vein** " means the zone of mineralization on the Escobal exploitation license that contains the Mineral Resources and Mineral Reserves for the Escobal Mine.

" **GHBL** " means Goldcorp Holdings (Barbados) Ltd., a Barbados company that is an indirect wholly-owned subsidiary of Goldcorp.

" **GHL** " means Guatemala Holdings Ltd., a Cayman Islands company that is an indirect wholly-owned subsidiary of Goldcorp.

" **Goldcorp** " means Goldcorp Inc., a Canadian public company and where the context requires, includes affiliates of Goldcorp Inc.

" **La Arena Feasibility Study** " means the updated NI 43-101 technical report for La Arena Mineral Resource and Reserve dated December 31, 2014.

" **La Arena Mine** " means the copper-gold sulfide project which hosts a gold oxide mine located in northern Peru.

" **La Arena Mine Assets** " means those assets exclusively used in or related to the La Arena Mine.

" **Lake Shore** " means Lake Shore Gold Corporation, a Canadian company with mineral interests in Ontario, Canada, and all Lake Shore Gold Corporation subsidiaries, which are part of the Lake Shore Arrangement Agreement entered between Lake Shore and the Company.

" **Lake Shore Arrangement Agreement** " means the Plan of Arrangement entered into as of February 8, 2016, among the Company and Lake Shore relating to the potential acquisition by the Company of the Lake Shore Mine Assets and including any amending agreement or instrument supplementary or auxiliary thereto.

" **Lake Shore Mine Assets** " means the assets exclusively used in or related to the mines owned by Lake Shore, including the Timmins West and Bell Creek Mines, as well as the Temex Resources Corp. properties.

" **MARN** " means the Ministry of Environment and Natural Resources of Guatemala.

" **MDA** " means Mine Development Associates, an independent mining consulting firm.

020

" **MEM** " means the Ministry of Energy and Mines of Guatemala and/or Peru, as specified when used.

" **M3** " means M3 Engineering & Technology Corporation, an independent mining and engineering consulting firm.

" **Minera San Rafael** " or " **MSR** " means Minera San Rafael, S.A., a Guatemala corporation that is owned by ERHL and Tahoe Swiss AG, a Swiss corporation that is owned by the Company.

" **NI 43-101** " means National Instrument 43-101 – *Standards of Disclosure for Mineral Projects* , of the CSA.

" **NI 52-110** " means National Instrument 52-110 – *Audit Committees,* of the CSA.

Annual Information Form for the Year Ended December 31, 2015        1

021

" **NYSE** " means the New York Stock Exchange;

" **Persons** " includes an individual, partnership, association, body corporate, trustee, executor, administrator or legal representative.

" **Restricted Shares** " means Shares subject to Awards that are issued but which will only be delivered to the holder of the Award upon the passage of time, continued employment of the holder by the Company or upon such other terms and conditions as the Compensation Committee of the Company may determine in its discretion.

" **Rio Alto** " means Rio Alto Mining Limited, a Canadian company with mineral interests in Peru, and all Rio Alto Mining Limited subsidiaries involved in the Rio Alto Arrangement with the Company in 2015.

" **Rio Alto Arrangement** " means the business combination between the Company and Rio Alto on the terms and conditions set forth in the Rio Alto Arrangement Agreement for the acquisition by the Company of the La Arena Mine Assets and the Shahuindo Mine Assets.

" **Rio Alto Arrangement Agreement** " means the arrangement agreement dated February 9, 2015 between the Company and Rio Alto with respect to the Rio Alto Arrangement, as amended or supplemented from time to time.

" **Robertson** " means Robertson GeoConsultants Inc., an independent engineering consulting firm.

" **SEC** " means the Securities and Exchange Commission of the United States of America.

" **Secondary Offering** " means the offering and sale of 58,051,692 common shares of the Company beneficially held by Goldcorp that closed on June 30, 2015.

" **SEDAR** " means the System for Electronic Document Analysis and Retrieval, accessible through the internet at www.sedar.com .

" **Shahuindo Feasibility Study** " means the independent technical report entitled "Shahuindo Mine Peru NI 43-101 Feasibility Study" regarding the Shahuindo Mineral Reserve and Resource filed on SEDAR on January 25, 2016.

" **Shahuindo Mine** " means the heap leach gold-silver project, located in the district of Cachachi, province of Cajabamba, department of Cajamarca, Peru.

" **Shahuindo Mine Assets** " means those assets exclusively used in or related to the Shahuindo Mine.

" **Shareholders' Agreement** " means the shareholders' agreement between the Company and affiliates of Goldcorp and entered into pursuant to the terms of the Transaction Agreement, dated as of June 8, 2010 and as amended and restated between the Company and Goldcorp on October 12, 2010, April 19, 2011 and February 9, 2015, which was terminated as a result of the Secondary Offering that closed on June 30, 2015.

" **Shares or Tahoe Shares** " means common shares without par value of the Company.

" **Share Option and Incentive Share Plan** " means the Company's Share Option and Incentive Share Plan.

" **Sulfide Project** " means the project to commercially develop copper-gold mineralization in the La Arena porphyry.

" **Transaction Agreement** " means the definitive purchase and sale agreement made as of May 3, 2010, as amended on October 12, 2010, among the Company and the Vendors relating to the acquisition by the Company of the Escobal Mine Assets and including any amending agreement or instrument supplementary or auxiliary thereto.

" **TSX** " means the Toronto Stock Exchange.

" **Vendors** " means GHBL and GHL.

## GLOSSARY OF TECHNICAL TERMS

| | |
|---|---|
| **Ag:** | Silver. |
| **Au:** | Gold. |
| **Contained Ounces:** | The troy ounces of metal in resources or reserves obtained by multiplying tonnage by grade. |
| **Cut-off Grade:** | The grade below which mineralized material is considered uneconomic. |
| **Development:** | The preparation of a mineable deposit. |
| **g/tonne or g/t:** | Grams per metric tonne; 31.10348 grams is equal to one troy ounce. |
| **Indicated Mineral Resource** [1] **:** | That part of a Mineral Resource for which quantity, grade or quality, densities, shape and physical characteristics are estimated with sufficient confidence to allow the application of Modifying Factors in sufficient detail to support mine planning and evaluation of the economic viability of the deposit. Geological evidence is derived from adequately detailed and reliable exploration, sampling and testing and is sufficient to assume geological and grade or quality continuity between points of observation. An Indicated Mineral Resource has a lower level of confidence than that applying to a Measured Mineral Resource and may only be converted to a Probable Mineral Reserve. |

022

2       Tahoe Resources Inc.

## GLOSSARY OF TECHNICAL TERMS

**Inferred Mineral Resource** [1] **:**

That part of a Mineral Resource for which quantity and grade or quality are estimated on the basis of limited geological evidence and sampling. Geological evidence is sufficient to imply but not verify geological and grade or quality continuity. An Inferred Mineral Resource has a lower level of confidence than that applying to an Indicated Mineral Resource and must not be converted to a Mineral Reserve. It is reasonably expected that the majority of Inferred Mineral Resources could be upgraded to Indicated Mineral Resources with continued exploration.

**IRR:**

Internal Rate of Return.

**km:**

Kilometre.

**km** $^2$ **:**

Square Kilometre.

**Kv:**

Kilovolt.

**Measured Mineral Resource** [1] **:**

That part of a Mineral Resource for which quantity, grade or quality, densities, shape, and physical characteristics are estimated with confidence sufficient to allow the application of Modifying Factors to support detailed mine planning and final evaluation of the economic viability of the deposit. Geological evidence is derived from detailed and reliable exploration, sampling and testing and is sufficient to confirm geological and grade or quality continuity between points of observation. A Measured Mineral Resource has a higher level of confidence than that applying to either an Indicated Mineral Resource or an Inferred Mineral Resource. It may be converted to a Proven Mineral Reserve or to a Probable Mineral Reserve.

**Mineral Reserve:**

The economically mineable part of a Measured and/or Indicated Mineral Resource. It includes diluting materials and allowances for losses, which may occur when the material is mined or extracted and is defined by studies at pre-feasibility or feasibility level as appropriate that include application of Modifying Factors. Such studies demonstrate that, at the time of reporting, extraction could reasonably be justified. The reference point at which Mineral Reserves are defined, usually the point where the ore is delivered to the processing plant, must be stated. The public disclosure of a Mineral Reserve must be demonstrated by a pre-feasibility study or feasibility study.

**Mineral Resource:**

A concentration or occurrence of solid material of economic interest in or on the Earth's crust in such form, grade or quality and quantity that there are reasonable prospects for eventual economic extraction. The location, quantity, grade or quality, continuity and other geological characteristics of a Mineral Resource are known, estimated or interpreted from specific geological evidence and knowledge, including sampling. Mineral Resources are sub-divided, in order of increasing geological confidence, into Inferred, Indicated and Measured categories. The term Mineral Resource covers mineralization and natural material of intrinsic economic interest which has been identified and estimated through exploration and sampling and within which Mineral Reserves may subsequently be defined by the consideration and application of Modifying Factors.

**Modifying Factors:**

Considerations used to convert Mineral Resources to Mineral Reserves. These include, but are not restricted to, mining, processing, metallurgical, infrastructure, economic, marketing, legal, environmental, social and governmental factors

**NPV:**

Net Present Value.

**NSR or Net Smelter Return:**

Gross sales proceeds received from the sale of production obtained from a property, less the costs of insurance, smelting, refining (if applicable) and the cost of transportation of production from the mine or mill to the point of sale. For the purposes of taxes and royalties in Guatemala the cost of transportation is not deducted.

**Ore:**

A metal or mineral or a combination of these of sufficient value as to quality and quantity to enable it to be mined and processed at a profit.

**oz/t:**

Troy ounces of metal per short ton of material. One oz/t is equivalent to 34.286 grams per tonne. One short ton is equivalent to 0.907 tonne.

024

## GLOSSARY OF TECHNICAL TERMS

**Pb:**                                   Lead.

**ppm:**                                  Parts per million.

**Probable Mineral Reserve** [1] **:**    The economically mineable part of an Indicated, and in some circumstances, a Measured Mineral Resource. The confidence in the Modifying Factors applying to a Probable Mineral Reserve is lower than that applying to a Proven Mineral Reserve. Probable Mineral Reserve estimates must be demonstrated to be economic, at the time of reporting, by at least a pre-feasibility study.

**Proven Mineral Reserve** [1] **:**      The economically mineable part of a Measured Mineral Resource. A Proven Mineral Reserve implies a high degree of confidence in the Modifying Factors. The term should be restricted to that part of the deposit where production planning is taking place and for which any variation in the estimate would not significantly affect the potential economic viability of the deposit. Proven Mineral Reserve estimates must be demonstrated to be economic, at the time of reporting, by at least a pre-feasibility study.

**QA/QC:**                                Quality Assurance/Quality Control.

**Recovery Rate:**                        The percentage of metals or minerals which are recovered from ore during processing.

**Reserves:**                             Combined Proven and Probable Mineral Reserves.

**tpd:**                                  Metric tonnes per day.

**Zn:**                                   Zinc.

(1)    The definitions of Proven and Probable Mineral Reserves, and Measured, Indicated and Inferred Mineral Resources are set forth in NI 43-101 which establishes standards for all public disclosure an issuer makes of scientific and technical information concerning mineral projects, as well as in the Canadian Institute of Mining, Metallurgy and Petroleum's "CIM Definition Standards - For Mineral Resources and Reserves, Definitions and Guidelines" (CIM Standards) adopted by the CIM Council on December 2000 and modified in 2005 and 2010. A reader in the United States should be aware that the definition standards enunciated in NI 43-101 and in the CIM Standards differ significantly from those set forth in SEC Industry Guide 7, and resource information disclosed pursuant to NI 43-101 may not be comparable to similar information disclosed by US companies. See "Interpretation and Other Information - Disclosure Standards" for more information.

## CURRENCY INFORMATION

All currency amounts in this AIF are expressed in United States ("US") dollars, unless otherwise noted. The following table reflects the low and high rates of exchange for one United States dollar, expressed in Canadian dollars, ("CAD$") during the periods noted, the rates of exchange at the end of such periods and the average rates of exchange during such periods, based on the Bank of Canada noon spot rate of exchange.

| | Two Months Ended | Years Ended December 31, | | |
|---|---|---|---|---|
| | Feb. 29, 2016 | 2015 | 2014 | 2013 |
| Low for the period | 1.3523 | 1.1749 | 1.0614 | 0.9839 |
| High for the period | 1.4589 | 1.3965 | 1.1643 | 1.0697 |
| Rate at the end of the period | 1.3523 | 1.3840 | 1.1601 | 1.0636 |
| Average noon spot rate for the period | 1.4010 | 1.2875 | 1.1045 | 1.0299 |

On March 9, 2016, the Bank of Canada noon spot rate of exchange was $1.00 -CAD$1.32.

## FORWARD-LOOKING STATEMENTS

This AIF contains "forward-looking information" within the meaning of applicable Canadian securities legislation and "forward-looking statements" within the meaning of United States Private Securities Litigation Reform Act of 1995 (collectively referred to as "forward-looking statements"). All statements, other than statements of historical fact, are forward-looking statements. The words "believe", "expect", "anticipate", "contemplate", "target", "plan", "intend", "continue", "budget", "estimate", "may", "will", "schedule" and similar expressions or statements identify forward-looking statements.

4       Tahoe Resources Inc.

Forward-looking statements in this AIF may include, but are not limited to, statements and/or information related to: the Company's liquidity position and sufficiency of cash from operations to fund repayment of outstanding debt; the expected working capital requirements, the sufficiency of capital resources and the possibility of considering alternative financing arrangements to meet strategic needs; the 2016 operations outlook and production guidance, including estimated unit costs per ounce of silver and gold and estimated capital costs; assessment of future reclamation obligations; exploration and review of prospective mineral acquisitions; changes in Guatemalan and Peruvian mining laws and regulations; changes to the Peruvian tax dividend rate; the timing and results of court proceedings; ; the timing for the final commissioning and start-up of the paste-backfill plant; the provision of electrical power to the Escobal Mine from Guatemala's existing national grid; the anticipated timing of updated Mineral Resource and Mineral Reserve estimates; the timing of the receipt of operations permits at Shahuindo; the commencement of commercial production at Shahuindo; the availability and sufficiency of power and water for operations; the addition of a crushing and agglomeration facility at Shahuindo; the mode of mining and processing methods to be employed at Shahuindo; the expansion of the process plant facilities at Shahuindo; our expected community outreach and related activities for 2016; and the completion of the business combination with Lake Shore and the timing therefor.

Forward-looking statements are based on the reasonable assumptions, estimates, analysis and opinions made in light of our experience and our perception of trends, current conditions and expected developments, as well as other factors that we believe to be relevant and reasonable in the circumstances at the date that such statements are made, but which may prove to be incorrect. Management believes that the assumptions and expectations reflected in such forward-looking statements are reasonable. Assumptions have been made regarding, among other things: the Company's ability to carry on exploration and development activities, including construction; the timely receipt of required approvals, including the approvals required for the business combination with Lake Shore; the price of silver, gold and other metals; prices for key mining supplies, including labor costs and consumables, remaining consistent with the Company's current expectations; production meeting expectations and being consistent with estimates; plant, equipment and processes operating as anticipated; there being no material variations in the current tax and regulatory environment; the Company's ability to operate in a safe, efficient and effective manner; the exchange rates among the Canadian dollar Guatemalan quetzal, Peruvian sol and the United States dollar remaining consistent with current levels; the Company's ability to obtain financing as and when required and on reasonable terms; and the successful closing of the business combination with Lake Shore. Readers are cautioned that the foregoing list is not exhaustive of all factors and assumptions which may have been used.

Forward-looking statements are subject to known and unknown risks, uncertainties and other factors that may cause actual results to be materially different from those expressed or implied by such forward-looking statements. Such risks, uncertainties and other factors include but are not limited to: the Company's dependence on the Escobal and La Arena Mines; the fluctuation of the price of silver, gold and other metals; changes in national and local government legislation, taxation and controls or regulations; changes and national and local government politics and office holders; social unrest, and political or economic instability in Guatemala and/or Peru; the availability of additional funding as and when required; the speculative nature of mineral exploration and development; the timing and ability to maintain and, where necessary, obtain necessary permits and licenses; the uncertainty in the estimation of mineral resources and mineral reserves; the uncertainty in geologic, hydrological, metallurgical and geotechnical studies and opinions; infrastructure risks, including access to water and power; the impact of inflation; changes in the administration of governmental regulation, policies and practices; environmental risks and hazards; insured and uninsured risks; land title risks; risks associated with illegal mining activities by unauthorized individuals on the Company's mining or exploration properties; risks associated with competition; risks associated with currency fluctuations; labor and employment risks; dependence on key management personnel and executives; the timing and possible outcome of pending or threatened litigation; the consequences of adverse judicial rulings; the risk of unanticipated litigation; risks associated with the repatriation of earnings; risks associated with negative operating cash flow; risks associated with the Company's hedging policies; risks associated with dilution; and risks associated with effecting service of process and enforcing judgments. For a further discussion of risks relevant to the Company, see the Company's Annual Information Form available on www.sedar.com under the heading "Description of Our Business – Risk Factors Relating to Our Business" and "– Risk Factors Relating to Our Shares".

Although management has attempted to identify important factors that could cause actual results to differ materially from those contained in forward-looking statements, there may be other factors that cause results not to be as anticipated, estimated or intended. There is no assurance that forward-looking statements will prove to be accurate, as actual results and future events could differ materially from those anticipated in such forward-looking statements. Accordingly, readers should not place undue reliance on forward-looking statements. The Company does not undertake to update any forward-looking statements, except as, and to the extent required by, applicable securities laws.

*Cautionary Note to US Investors Concerning Estimates of Measured, Indicated and Inferred Resources:*

Mineral Resources that are not Mineral Reserves do not have demonstrated economic viability. We advise US investors that while those terms are recognized and required by Canadian regulations, the SEC does not recognize them. US investors are cautioned not to assume that any part or all of mineral deposits in these categories will ever be converted into Reserves. This section also uses the term Inferred Mineral Resources. We advise US investors that while this term is recognized and required by Canadian regulations, the SEC does not recognize it. Inferred Mineral Resources have a great amount of uncertainty as to their existence, and great uncertainty as to their economic and legal feasibility. It cannot be assumed that all or any part of an Inferred Mineral Resource will ever be upgraded to a higher category. Under Canadian rules, estimates of Inferred Mineral Resources may not form the basis of feasibility or pre-feasibility studies, except in rare cases. US investors are cautioned not to assume that part or all of an Inferred Mineral Resource exists, or is economically or legally mineable.

## NON-GAAP FINANCIAL MEASURES

This AIF includes references to certain non-GAAP financial intended to provide additional information and should measures in respect of the Company, including total cash not be considered in isolation or as a substitute for costs. In the gold and silver mining industries, these are measures of performance prepared in accordance with common performance measures, but are not defined GAAP. For additional information regarding these non-under IFRS and should not be considered in isolation. In GAAP measures (including reconciliations to IFRS addition to conventional measures prepared in measures, as applicable), see our management's accordance with GAAP, certain investors use such non- discussion and analysis for the year ended December 31, GAAP measures to evaluate a company's performance 2015 and our press release of January 14, 2016, copies of and ability to generate cash flow. Accordingly, they are which are available under our profile on SEDAR.

## DISCLOSURE STANDARDS

The disclosure in this AIF uses terms that comply with reporting standards in Canada and certain estimates are made in accordance with NI 43-101. NI 43-101 is a rule developed by the CSA that establishes standards for all public disclosure an issuer makes of scientific and technical information concerning mineral projects. Unless otherwise indicated, all resource and reserve estimates contained in or incorporated by reference in this AIF have been prepared in accordance with NI 43-101. The SEC does not recognize resources. Resource information contained herein and incorporated by reference herein may not be comparable to similar information disclosed by US companies.

Mineral Resources that are not Mineral Reserves do not have demonstrated economic viability. Certain documents incorporated by reference herein use the terms "Probable Mineral Reserve" and "Proven Mineral Reserve", as permitted under NI 43-101. For US reporting purposes, SEC Industry Guide 7 (under the United States Securities Exchange Act of 1934 (the "Exchange Act")), as interpreted by Staff of the SEC, applies similar standards as NI 43-101 in order to classify mineralization as a reserve. As a result, the definitions of Proven and Probable Reserves used in NI 43-101 are similar to the definitions in the SEC Industry Guide 7. Under both NI 43-101 and SEC standards, mineralization may not be classified as a "reserve" unless the determination has been made that the mineralization could be economically and legally produced or extracted at the time the reserve determination is made. Among other things, all necessary permits would be required to be in hand or issuance imminent in order to classify mineralized material as reserves under both NI 43-101 and the SEC standards.

In addition, this AIF uses the terms "Measured Mineral Resource", "Indicated Mineral Resource" and "Inferred Mineral Resource" to comply with the reporting standards in Canada. The Company advises US investors that while those terms are recognized and required by Canadian regulations, the SEC does not recognize them. US investors are cautioned not to assume that any part or all of the mineral deposits in these categories will ever be converted into Mineral Reserves. Further, "Inferred Mineral Resources" have a great amount of uncertainty as to their existence and as to whether they can be mined legally or economically. Therefore, US investors are also cautioned not to assume that all or any part of the Inferred Mineral Resources exist. In accordance with Canadian rules, estimates of "Inferred Mineral Resources" cannot form the basis of feasibility or other economic studies.

While disclosure of "contained ounces" is permitted disclosure under Canadian regulations, the SEC only permits issuers to report mineralization as in place tonnage and grade without reference to unit measures.

For the above reasons, information concerning descriptions of Mineralization, Mineral Resources and Mineral Reserves contained in this AIF may not be comparable to information made public by US companies subject to the SEC reporting and disclosure requirements.

## CORPORATE STRUCTURE

### INCORPORATION AND OFFICES

We were incorporated under the BCA on November 10, 2009 under the name "CKM Resources Inc.," which was changed to "Tahoe Resources Inc." on January 13, 2010. The Company's head office is located at 5310 Kietzke Lane, Suite 200, Reno, Nevada, United States 89511. The Company's registered and records office is located at 1055 West Georgia Street, Suite 1500, Vancouver, British Columbia, Canada, V6E 4N7.

We currently have eighteen wholly-owned subsidiaries: Tahoe Resources USA Inc., a company incorporated under the laws of Nevada; Tahoe Swiss A.G., a company incorporated under the laws of Switzerland; Escobal Resources Holdings Limited, a company incorporated under the laws of Barbados; Minera San Rafael, S.A., a company incorporated under the laws of Guatemala; Mexican Silver Mines (Guernsey) Limited, a company incorporated under the laws of Guernsey; La Arena SA, a company incorporated under the laws of Peru; Empresa de Energia Yamobamba SAC, a company incorporated under the laws of Peru; Tahoe Resources ULC, a company incorporated under the laws of Canada; Rio Alto Mining Limited, a company incorporated under the laws of Canada; Rio Alto Insurance Ltd., a company incorporated under the laws of Barbados; Rio Alto SAC, a company incorporated under the laws of Peru; Shahuindo Gold Limited, a company incorporated under the laws of Peru; Shahuindo SAC, a company incorporated under the laws of Peru; Empresa de Transmisora de Cajabamba SAC, a company incorporated under the laws of Peru; Shahuindo Exploraciones SAC, a company incorporated under the laws of Peru; 1886557 Alberta Ltd., a company incorporated under the laws of Peru; Sulliden Capital SA, a company incorporated under the laws of Panama; Sulliden Minerals SA, a company incorporated under the laws of Panama.

6       Tahoe Resources Inc.

## DEVELOPMENT OF OUR BUSINESS

### OVERVIEW

Since incorporation in November of 2009, we completed an initial public offering ("IPO") of our Shares, listed our Shares on the TSX, acquired the Escobal Mine Assets in Guatemala, completed an offering of our Shares under a short form prospectus filed in all provinces of Canada, commenced exploration and development activities of the Escobal Mine, completed Escobal preliminary economic assessments in November 2010 and May 2012, received approval of the Escobal Environmental Impact Statement from MEM, listed our Shares on the NYSE in May 2012, obtained the final exploitation license for the Escobal Mine in April 2013, completed construction and commissioning of all major mine and plant components and declared commercial production in January 2014, completed the Escobal Feasibility Study including publication of our initial Mineral Reserve statement in November 2014, commenced paying a dividend in December 2014, completed the Rio Alto Arrangement with Rio Alto Mining Limited in 2015, filed a short form prospectus in June 2015 in connection with a secondary offering of 58,051,692 Shares beneficially held by Goldcorp through a syndicate of underwriters led by GMP Securities L.P. and BMO Nesbitt Burns Inc., closed a $150 million revolving credit facility with a banking syndicate co-led by Scotiabank and HSBC in August 2015, and commenced commissioning of the Shahuindo Mine and processing plant in November 2015.

### ESCOBAL MINE ASSETS

The Company acquired the Escobal Mine Assets on June 8, 2010 pursuant to the terms of the Transaction Agreement, which was negotiated at arm's length. The Escobal Acquisition was completed contemporaneously with the closing of the Company's IPO. The Escobal Mine Assets were held by Minera San Rafael, a Guatemala corporation, owned by GHL and ERHL. In turn, ERHL was owned by the Vendors. On June 8, 2010 and pursuant to the Escobal Acquisition, the Company acquired from the Vendors all of the issued and outstanding shares of ERHL and the shares of Minera San Rafael held by GHL. Subsequent to the Escobal Acquisition, the Vendors transferred their Shares to Goldcorp, and Goldcorp and the Company entered into an amendment and restatement of the Shareholders' Agreement, which was later terminated following a secondary offering of shares by Goldcorp in July 2015.

### LA ARENA MINE ASSETS

The Company acquired the La Arena Mine Assets on April 1, 2015 pursuant to terms of the Rio Alto Arrangement Agreement. The La Arena Mine Assets were previously held by Rio Alto, which began commercial operations at La Arena in 2011. The La Arena Mine Assets include but are not limited to the mineral and land concessions associated with the open pit gold mine at La Arena and the Sulfide Project.

### SHAHUINDO MINE ASSETS

The Company acquired the Shahuindo Mine Assets on April 1, 2015 pursuant to the terms of the Rio Alto Arrangement Agreement. The Shahuindo Mine Assets were previously held by Rio Alto following its June 2014 merger with Sulliden Gold Corporation Ltd. The Shahuindo Mine Assets include but are not limited to the mineral and land concessions associated with the open pit gold mine at Shahuindo.

### 2015 DEVELOPMENTS

### RIO ALTO BUSINESS COMBINATION

On April 1, 2015, the Company completed the Rio Alto Arrangement resulting in a business combination of the two companies. Pursuant to the Rio Alto Arrangement and effective upon closing, Rio Alto became a wholly-owned subsidiary of Tahoe, and all of the issued and outstanding common shares of Rio Alto (each a "Rio Alto Share") were transferred to Tahoe in consideration for the issuance by Tahoe of 0.227 of a Share and the payment of CAD$0.001 in cash for each Rio Alto Share.

In connection with the closing of the Rio Alto Arrangement, Tahoe issued an aggregate of 75,991,381 Tahoe Shares to the former shareholders of Rio Alto. On closing of the Rio Alto Arrangement, Tahoe had 223,726,156 Tahoe Shares issued and outstanding, with former Rio Alto shareholders holding approximately 34% on an undiluted basis. Tahoe has authorized the issuance of up to an additional 3,374,449 Tahoe Shares issuable upon the exercise of the stock options held by the former option holders of Rio Alto and an additional 2,011,244 Tahoe Shares issuable upon the exercise of Rio Alto warrants. Subsequent to the closing of the Rio Alto Arrangement and prior to the expiration date of April 12, 2015, all outstanding warrants were exercised and 2,011,244 Tahoe Shares were issued for total proceeds of CAD$21,210. The principal mining properties acquired are the 100% owned La Arena Mine and the 100% owned Shahuindo Mine located in northwestern Peru.

The acquisition supports the Company's growth strategy by adding an operating high quality, high margin asset which, along with the Shahuindo Mine, will increase the sustainable production level, contribute to cash flows and diversify the Company's operations in metals and geographic locations. Further information regarding the Rio Alto Arrangement can be found in the Company's Business Acquisition Report which was filed on SEDAR on June 12, 2015.

028

### SECONDARY OFFERING

On June 30, 2015, Goldcorp closed a secondary offering of 58,051,692 Tahoe Shares it beneficially held at an offering price of CAD$17.20 per share for gross proceeds of approximately CAD$1 billion. The secondary offering was completed through a syndicate of underwriters led by GMP Securities L.P. and BMO Nesbitt Burns Inc. The secondary offering resulted in termination of Goldcorp's rights under the Shareholders' Agreement.

### INDEBTEDNESS

The Company entered into a $150 million revolving credit facility on August 11, 2015. Scotiabank and HSBC are the co-leads for the facility, with Scotiabank acting as the administrative agent. In addition to the co-leads, Royal Bank of Canada, Bank of Montreal and Credit Suisse are also members of the banking syndicate. The facility bears interest on a sliding scale of LIBOR plus between 2.25 percent to 3.25 percent or a base rate plus 1.25 percent to 2.25 percent, which is determined based upon the Company's consolidated net leverage ratio. Standby fees for the undrawn portion of the facility are also on a similar sliding scale basis of between 0.5625 percent and 0.8125 percent. The term for the facility is three years. To date, the Company has not drawn on the revolving credit facility.

On June 3, 2015, the Company repaid the outstanding $50 million owed under a credit facility originally entered on June 4, 2013 with a major international lender.

### ESCOBAL MINE ROYALTY MATTERS

On November 28, 2014, the Guatemalan government passed legislation amending the 1997 mining law and increasing mandatory royalties from 1% to 10% effective January 1, 2015. Between January 2015 and September 2015, the Company accrued for the payment of a 10% royalty on production from the Escobal Mine to the federal and local governments. On September 17, 2015, the Guatemalan Constitutional Court ruled that the 10% royalty was unconstitutional, which was confirmed on November 5, 2015 in a final and published clarification from the Court.

The Company's Guatemalan subsidiary, MSR, first entered into voluntary royalty agreements with municipalities in 2013 when MSR began operating. Since November 2015, MSR has entered into new voluntary royalty agreements with municipalities around the mine, including San Rafael las Flores ("SRLF"), Casillas, Santa Rosa de Lima, Barberea, Santa Cruz Naranjo, San Carlos Alzatate and Cuilapa. The agreements include provisions requiring the transparency of the payments.

In 2015, of the total 5% royalty paid by the Company, 1% was mandatory and split equally between the federal government and the SRLF local municipality. The Company paid the remaining 4% voluntarily, of which 1.5% was paid to the federal government, 1.5% paid to SRLF, and the remaining 1% distributed equally among the surrounding six regional municipalities. For 2015, the Company paid a total of approximately $12.3 million in royalties, which includes approximately $9.2 million in voluntary royalties.

## 2016 DEVELOPMENTS

### SHAHUINDO FEASIBILITY STUDY

The Company completed the National Instrument (NI) 43-101 Technical Report for the Shahuindo Mine in Cajabamba Peru, which was filed on SEDAR on January 25, 2016. The report, which was prepared by Carl E. Defilippi, SME Registered Member, of Kappes, Cassidy & Associates, Charles Muerhoff, SME Registered Member, of Tahoe Resources, Inc. and Tim Williams, FAusIMM, of Tahoe Resources, Inc., show Measured and Indicated Mineral Resources of 143.1 million tonnes and 2.28 million oxide gold ounces at an average gold grade of 0.50 gram per tonne (g/t); Proven and Probable Mineral Reserves of 111.9 million tonnes at an average gold grade of 0.53 g/t, containing 1.91 million ounces of gold. The full Shahuindo Feasibility Study can be found on SEDAR.

### LAKE SHORE ARRANGEMENT AGREEMENT

On February 8, 2016, the Company and Lake Shore entered into the Lake Shore Arrangement Agreement whereby Tahoe will acquire all of the issued and outstanding shares of Lake Shore. Under the terms of the Lake Shore Arrangement Agreement, all of the Lake Shore issued and outstanding common shares will be exchanged on the basis of 0.1467 of a Tahoe Share per each Lake Shore common share (the "Exchange Ratio"). Upon completion of the Transaction, existing Tahoe and Lake Shore shareholders will own approximately 74% and 26% of the pro forma company, respectively, on a fully-diluted in-the-money basis.

The Exchange Ratio implies a consideration of C$1.71 per Lake Shore common share, based on the closing price of Tahoe Shares on the TSX on February 5, 2016, representing a 14.8% premium to the closing price of Lake Shore on February 5, 2016 and a 28.6% premium to the closing share price of Lake Shore on February 4, 2016. Based on each company's 20-day volume weighted average price on the TSX, the Exchange Ratio implies a premium of 25.7% and 30.4% to Lake Shore common shares for the periods ending February 5, 2016 and February 4, 2016, respectively. The implied equity value (assuming the conversion of in-the-money convertible debentures) is equal to CAD$945 million. The boards of directors of each of Tahoe and Lake Shore determined that the Lake Shore Arrangement Agreement was in the best interests of their respective shareholders based on a number of factors, including fairness opinions received from their respective financial advisors.

8       Tahoe Resources Inc.

The completion of the Lake Shore Arrangement Agreement is subject to the approval by at least a majority of the votes at a meeting of Tahoe shareholders. The Lake Shore Arrangement Agreement is also subject to approval by at least 66 2/3% of the votes cast by shareholders of Lake Shore at a special meeting, in addition to applicable regulatory approvals and the satisfaction of certain other closing conditions customary in transactions of this nature. The Lake Shore Arrangement is expected to be completed on or about April 4, 2016.

Upon completion of the Lake Shore Arrangement Agreement, the Company's executive management and Board will be comprised as follows:

| *Executive Management* | | *Board* | |
|---|---|---|---|
| C. Kevin McArthur | Chief Executive Officer and Executive Chair | C. Kevin McArthur | Executive Chair and Director |
| Ronald W. Clayton | President and Chief Operating Officer | A. Dan Rovig | Lead Director |
| Tony Makuch | Executive Vice-President Tahoe Resources Inc. | Tanya Jakusconek | Director |
| Mark Sadler | Vice President and Chief Financial Officer | Drago G. Kisic | Director |
| Tim Williams | Vice President Operations, Peru | Alan C. Moon | Director |
| Brian Brodsky | Vice President Exploration | (currently Director of Lake Shore) | |
| Edie Hofmeister | Vice President Corporate Affairs | Paul B. Sweeney | Director |
| | | James S. Voorhees | Director |
| | | Kenneth F. Williamson | Director |
| | | Klaus M. Zeitler | Director |

## INTER-CORPORATE RELATIONSHIPS

Our corporate structure as of the date of this AIF (and before giving effect to the proposed business combination with Lake Shore) is as follows:



Annual Information Form for the Year Ended December 31, 2015          9

030

**LEGAL**

*APPEAL BEFORE THE CONSTITUTIONAL COURT*

On July 23, 2013, the Court of Appeals in Guatemala ("the Court") held that MEM should have conducted a hearing of a written opposition to the Escobal Mine exploitation license during the permitting application process. The Court did not rule on the substance or validity of the license; it merely stated that MEM was obligated to hold an administrative hearing addressing the substance of the opposition under the 1997 Mining Law. The Court did not invalidate or comment on the Escobal exploitation license in its decision. MEM issued a press release on July 24, 2013 stating that the ruling had no impact on the status of the Company's exploitation license. On July 25, 2013, MEM and the Company appealed the Court's decision to the Constitutional Court and the Constitutional Court upheld the Court's decision, compelling MEM to conduct a hearing on the opposition that MEM already found to be without merit. The claimants subsequently requested a clarification from the Constitutional Court, which is currently pending.

*GARCIA ET AL. V. TAHOE*

On June 18, 2014, an action was commenced against the Company in the Supreme Court of British Columbia. The lawsuit was filed by seven Guatemalan plaintiffs who alleged that Tahoe was directly or vicariously liable for battery and/or negligence regarding an incident that occurred at the Escobal Mine on April 27, 2013. The plaintiffs seek compensatory and punitive damages. On November 13, 2015, the Supreme Court of British Columbia issued a ruling declining jurisdiction over the claims brought by the plaintiffs on the grounds that Guatemala was the more appropriate forum to adjudicate plaintiffs' claims. Plaintiffs soon after filed a notice of appeal to preserve their right to appeal.

## DESCRIPTION OF OUR BUSINESS

**OVERVIEW OF OUR BUSINESS AND STRATEGY**

Tahoe's strategy is to responsibly operate the Escobal, La Arena and Shahuindo Mines to world standards, to pay significant shareholder dividends and to develop and operate high quality precious metals assets in the Americas. Our principal objectives at this time are to optimize Escobal, La Arena and Shahuindo operations and to continue expanding the Mineral Resource and Mineral Reserve base through exploration and development of the Escobal, La Arena and Shahuindo ore bodies and other ore bodies identified in those regions.

We will continue to identify, investigate and, where appropriate, acquire interests in mineral properties in the Americas through direct application to government authorities, joint venture activities or acquisition from existing holders. As part of this process, we will undertake early-stage exploration activities to ensure an orderly and steady development of exploration targets. See "General Development of Our Business – Development of Our Business – 2016 Developments" for details on the proposed business combination with Lake Shore.



10      Tahoe Resources Inc.

031

**THE SILVER INDUSTRY**

Demand f **o** r silver is base **d** on investme **n** t demand, industrial and de **c** orative uses, **p** hotography, j **e** welry and silv **e** rware. Together, t **h** ese categori **e** s represent m **o** re than 90% of annual silver c **o** nsumption.

Silver has **a** number of **u** nique proper **t** ies including i **t** s strength, m **a** lleability and ductility, its el **e** ctrical and t **h** ermal conductivi **t** y, its sensitivity to and high re **f** lectance of light, and the ab **ility** to endure **e** xtreme temp **e** rature ranges. Silver's unique properties restrict its substitution i **n** most applica **t** ions.

Silver price **s** will have a di **r** ect impact o **n** our business. **D** eclining price **s** can, for exa **m** ple, impact o **p** erations by re **quiring** a re-assess **m** ent of the fe **a** sibility of a particular project. See "Descrip **t** ion of Our Busi **ness** –Risks Rel **a** ting to Our Bu **s** iness". A chart indicating silver p **r** ices since Jan **u** ary 1, 1999, is set out below.



As of Marc **h** 9, 2016, the L **o** ndon Fix pric **e** of silver was U **S** $15.66.

**THE GOLD INDUSTRY**

Demand f **o** r gold is primarily based o **n** global invest **m** ent demand, central ban **k** holdings and jewelry. Savin ng and disposal pl **a** y a larger role in the price of gold than do **e** s consumption. The metal is **a** lso used for c **o** inage, and ha **s** been used as a standard for m **o** netary system **s** in some coun **t** ries.

Gold price **s** will have a di **r** ect impact o **n** our business. **D** eclining price **s** can, for exa **m** ple, impact o **p** erations by re **q** uiring a re-assess **m** ent of the fe **a** sibility of a particular project. See "Descrip **t** ion of Our Busi **ness** –Risks Rel **a** ting to Our Bu **s** iness". A chart indicating gold p **r** ices since Jan **u** ary 1, 1999, is set out below



As of Marc **h** 9, 2016, the L **o** ndon Fix pric **e** of gold was U **S** $1,246.40.

An **n** ual Information Form for the **Y** ear Ended D **e** cember 31, 2015      11

032

## PRODUCT

The Company produces metal-bearing concentrates and gold doré. At Escobal, silver, gold, lead and zinc are recovered by differential flotation, producing silver-rich lead concentrates and zinc concentrates which are sold to third-party smelters under concentrate sales arrangements. Silver sales at Escobal for the year ended December 31, 2015 totaled $323.9 million. No revenues from the sale of by-product metals (gold, lead, zinc) exceeded 15% of the total consolidated revenue. At La Arena, gold doré is produced through a cyanide leach solution and carbon absorption system. Gold doré is refined and sold to third parties under refining, sales and purchase agreements. Gold sales at La Arena for the year ended December 31, 2015 totaled $198.8 million. At Shahuindo, a cyanide leach solution and carbon absorption system is used to pour gold doré, which first occurred in December 2015. Commercial production is expected at Shahuindo in the second quarter of 2016.

## SPECIALIZED SKILL AND KNOWLEDGE

Most aspects of our business require specialized skills and knowledge in the areas of geology, engineering, exploration and development, environmental management, corporate social responsibility and accounting. We have a number of employees with extensive experience in mining, engineering, geology, exploration and development in Guatemala and Peru, including C. Kevin McArthur, Executive Chair and Chief Executive Officer, Ronald W. Clayton, President and Chief Operating Officer, Brian Brodsky, Vice President Exploration, Charlie Muerhoff, Vice President Technical Services, Tom Fudge, Vice President Operations, Tim Williams, Vice President Operations.

Mr. McArthur is an experienced mining engineer with over 30 years of engineering, mine building and mine operations experience, including over eight years in the role of President and Chief Executive Officer of Glamis Gold Ltd. ("Glamis") and two years in the role of President and Chief Executive Officer of Goldcorp. Mr. Brodsky was Goldcorp's Exploration Manager for Central America. Mr. Clayton was Senior Vice President, Operations, for Hecla Mining Company before joining the Company. Messrs. McArthur, Clayton, Muerhoff, Fudge and Williams have many years of underground silver mining and open pit gold mining experience, including significant Latin American operating experience. Mr. Muerhoff and Mr. Williams are Qualified Persons as defined by NI 43-101 and have worked in the mining industry for over 25 years and 22 years, respectively.

## EMPLOYEES

As of the date of this AIF, Tahoe Resources USA employs fewer than 30 people in Reno, Nevada, MSR employs more than 1,000 people in Guatemala and Rio Alto SAC, La Arena and Shahuindo together employ more than 1,025 people in Peru.

## FOREIGN OPERATIONS

The Escobal Mine is located in Guatemala, and the La Arena and Shahuindo Mines are located in Peru, and as such are exposed to various levels of political, economic and other risks and uncertainties associated with operating in a foreign jurisdiction. See "Description of Our Business –Risks Relating to Our Business" "–Operations in Guatemala and Peru", "– Obtaining and Renewing Licenses and Permits", "– Licenses and Title to Assets" and "– Governmental Laws and Regulation".

## COMPETITIVE CONDITIONS

We compete with other entities in the search for and acquisition of mineral properties. As a result of this competition, we may be unable to acquire attractive properties in the future on terms we consider acceptable. We also compete for financing with other resource companies. There is no assurance that additional capital or other types of financing will be available to us if needed, or that, if available, the terms of such financing will be favourable to us. See "Description of Our Business –Risks Relating to Our Business", "–Competition for New Properties" and "– Financing Requirements".

## CYCLES

We are a producer of silver and gold. See "Description of Our Business – The Silver Industry and The Gold Industry" for details of the demand for silver and gold and the market price for silver and gold.

## ENVIRONMENTAL AND SOCIAL ACTIVITIES

The Company is committed to conducting business honestly and ethically everywhere we operate. We aspire to deliver long term shareholder value through sustainable economic and social development in the communities where we work. We strive to minimize the environmental effects of our operations, to provide a safe and healthy workplace for all our employees and contractors and to promote sustainable businesses and social programs in the communities where we operate.

### *ENVIRONMENT*

We recognize that all development comes with some impacts. We are dedicated to the highest standards of responsible environmental stewardship. We honour this commitment by meeting or exceeding local governmental regulations and operating our projects to North American standards. See "Description of Our Business – Escobal Mine –Environment" and "–Reclamation",–La Arena Mine—Environment", and ", –Shahuindo Mine—"Closure". We have review processes in place which are designed to prevent or minimize environmental incidents or impacts, to evaluate incidents and operating practices and to create action plans and operating procedures to prevent reoccurrence. Tahoe's Board of Directors oversees the Company's environmental management through the Health, Safety, Environment and Community Committee and reviews site performance on a quarterly basis.

12    Tahoe Resources Inc.

In Guatemala, an environmental mitigation study must be filed with MEM before undertaking reconnaissance or exploration activities. In addition, an environmental assessment must be filed with MARN for approval prior to undertaking exploration activities. In order to obtain the exploitation license, MSR prepared an environmental impact study for review and approval by MARN. Upon grant of the license in April 2013, the Company also arranged for the issuance of a bond for environmental protection and obtained an environmental license pursuant to Guatemalan regulations.

MSR conducts continuous environmental monitoring of environmental factors such as air quality, surface and subsurface water quality, stream sediment chemistry, blast vibration, sound pressure and rock geochemistry. MSR reports these findings on a quarterly basis to the Guatemalan Ministry of Environment and Natural Resources to ensure compliance with applicable environmental laws, regulations and standards. The company also works with national and international non-governmental organizations on community needs assessments to guide further programs in the vicinity of the Escobal Mine. For example, Guatemala's Ministry of Energy and Mines and the Brazilian organization, Itaipu Binacional, invited MSR as the first mining company to participate in the *Cultivando Agua Buena* program. The program is designed to increase multi-stakeholder responsibility of natural resource management to improve water quantity and quality, prevent deforestation and reduce pollution in the region.

In Peru, the General Mining Law of Peru sets forth the environmental regulation of exploration and mining activities for the country, which is administered by the Ministry of Energy and Mines. Generally, the Ministry of Energy and Mines requires exploration and mining companies to prepare an Environmental Impact Statement (EIA) – Category I, Environmental Impact Study Semi Detailed (EIAsd) – Category II, an Environmental Impact Assessment, a Program for Environmental Management and Adjustment, and a mine closure plan.

La Arena proactively prevents and mitigates environmental impacts to the fullest extent possible. La Arena is committed to meeting and/or exceeding environmental best practices, including flora and fauna preservation, progressive rehabilitation and water quality protection. The company diligently conducts biological and hydro-biological monitoring and examines surface and ground water, noise, blasting and vibrations, dust and other emissions to air, waste disposal and erosion control. La Arena reports those findings to Peru's Ministry of Energy and Mines on a quarterly basis. Moreover, La Arena collaborates with local villages in its direct area of influence to sample and monitor water biannually. La Arena ensures that environmental impacts are minimized by adhering to the programs as outlined in the approved EIA and by providing ongoing training to staff to manage environmental issues.

### *CORPORATE SOCIAL RESPONSIBILITY*

*Alignment with International Protocols and Best International Practices*

The Company has aligned its policies and practices with the United Nations Guiding Principles on Business and Human Rights ("Guiding Principles"), the Voluntary Principles on Security and Human Rights ("VPs") and the Equator Principles. The Company finalized a comprehensive Social Impact Assessment and outlined its strategies to avoid, minimize or mitigate real or perceived social impacts in its Social Management Plan. We also implemented a new grievance mechanism in Guatemala in January 2015 to align with the Guiding Principles and the International Finance Corporation ("IFC") Performance Standards. This mechanism utilizes the NAVEX Global's case management software which provides for multiple communication options. The same grievance mechanism is being implemented at La Arena and Shahuindo Mines in Peru and is expected to be fully operational by the second quarter of 2016.

*Organizational CSR Initiatives:*

Business for Social Responsibility ("BSR"): Tahoe is a member of BSR and retains the organization to assist in implementing policies and practices aligned with the Guiding Principles, the VPs and the Equator Principles.

CentraRSE-ISO 26000: MSR is a member of the local CSR organization in Guatemala, comprised of more than 100 companies committed to operating using responsible business practices.

*2015 Corporate Social Responsibility ("CSR") Projects*

Key MSR social projects in 2015 (some of which are ongoing) include:

> *Nutrition*
>
> Mejores Familias ("Better Families") : Guatemala suffers from the highest chronic malnutrition rates in the Western Hemisphere. Accordingly, since 2014, MSR has promoted the Guatemalan government's two-year national food security program Mejores Familias. The program has educated more than 88,000 women of reproductive age about better health habits that help reduce chronic childhood malnutrition rates in the neediest Guatemalan departments. In 2015, the Company supported training and provided instructional materials to the program. The program has had positive results for participants and their families. More than 80 percent of participants have improved their hygiene practices and 60 percent have improved their nutritional practices.

034

Aprendamos Juntas : In addition to supporting Mejores Familias, MSR is working with the well-respected Guatemalan non-profit organization, Asociación Puente, to administer a food security program, Aprendamos Juntas ("We Learn Together"), for women and their families in the vicinity of the Escobal Mine. Throughout the program, women of reproductive age learn habits for better health and build the confidence and skills to run a small business for economic stability. Participants' children are also weighed and measured throughout the two-year program to track their nutritional status. In 2015, more than 700 female participants and their families participated in the program.

*Education*

Vocational Training Center : Since 2013, MSR has provided educational opportunities at its vocational training center in the San Rafael las Flores municipality. In 2015, the center offered courses in English, computer basics, silversmithing, apparel construction and professional welding. More than 230 students took courses at the training center last year. Additional courses in gastronomy, electrical, cosmetology or furniture making are planned for 2016.

School Infrastructure and Scholarships : In 2015, MSR renovated four schools with special attention placed in bathrooms, kitchens, classrooms and playgrounds. MSR has renovated two-thirds of all education infrastructures in San Rafael las Flores since 2010. MSR has also awarded more than 245 scholarships to help pay for tuition, school supplies and uniforms to students in the vicinity of the Escobal Mine, and in 2015, donated 5,000 school backpacks filled with educational supplies to students in San Rafael las Flores.

*Agriculture*

Coffee Program : For the past few years, a coffee-eating fungus (roya) has invaded Guatemala's coffee crops and threatened the livelihood of coffee farmers in the vicinity of the Escobal Mine. In the northern region of Santa Rosa, coffee is the leading agricultural product, contributing significantly to the local economy and household incomes. To mitigate and prevent the disease in the region, MSR built capacity among more than 380 small- and medium-sized coffee growers through a training and technical assistance program.

Reforestation Program : Rapid population growth and the high demand for energy have negatively impacted Guatemala's forestry resources. Accordingly, to reduce the increasing deforestation in the region, more than 25,000 trees were planted through MSR's reforestation program, reforesting approximately 63 hectares in Santa Rosa. Further, to increase 31 small landowners' incomes in the region, MSR helped formulate forest management plans to obtain government subsidies.

Veterinary Services & Training : In coordination with municipal health centers, MSR provided vaccinations to approximately 1,000 small- and medium-size farmers' livestock and provided additional veterinary services to 300 farmers. Livestock and domestic animal training was also provided to approximately 100 community members to teach the importance of proper animal care and strategies for disease prevention.

*Capacity Building*

Most of MSR's 1,000+ employees come from local areas near the Escobal Mine. In 2015 MSR continued to develop its employee engagement and education programs based on a socio-economic baseline study of employees and families.

FUNDES : MSR engaged FUNDES (a non-profit organization) to conduct an economic development program to support the development of local businesses in San Rafael las Flores. FUNDES' mission is to strengthen the business capacity of local commercial enterprises to improve their market reach and to achieve sustainable results. In 2015, FUNDES trained three local business associations. FUNDES conducted business assessments of each association and provided training to increase production, to generate local employment opportunities and to increase revenue.

*Ex-landowners' Association*

MSR participates in a profit-sharing program in the form of an NSR royalty of 0.5% to be shared by a local association of former owners of the Escobal Mine lands ("Association"). The Association receives payments approximately every quarter via a trust instrument administered by an independent party. Of this 0.5%, 10% is allocated to development projects identified by the Association. In 2015, MSR paid approximately $1.2 million to the Association and $115,000 of that was designated for development. The Association donated approximately $19,000 for renovations at and donations of medical supplies to a local health center in 2015.

*Community Engagement*

Grievance Mechanism : MSR strengthened its existing grievance mechanism to further align with the Equator Principles, IFC Performance Standards and Guiding Principles. The comprehensive mechanism utilizes NAVEX Global's case management software which provides for a call center and web-based interface. Stakeholders can communicate their concerns, questions and suggestions through MSR's telephone hotline, grievance website or in person with either their manager or an MSR community liaison at its community office. In 2015, MSR received 97 cases from employees and local community members. MSR resolved 78 of those cases and more than half were closed within 45 days.

14    Tahoe Resources Inc.

Boréalis Software : MSR acquired Boréalis stakeholder engagement software to help map stakeholders, monitor engagement activities and track interactions with local communities to better manage consultations.

Site Visits : MSR hosted more than 1,800 site visits to the Escobal Mine made by COCODES (village leadership councils), school teachers, university students, businesswomen and local farmers, among others.

*Guatemalan Royalty Agreement*

In 2015 the Company's Guatemalan voluntary royalty program offered economic and social development to the communities impacted by the project. Of the total 5% royalty paid by the Company, 1% was mandatory and split equally between the federal government and the SRLF local municipality. The Company paid the remaining 4% voluntarily, of which 1.5% was paid to the federal government, 1.5% paid to SRLF, and the remaining 1% distributed equally among the six regional municipalities surrounding Escobal. In 2015, the Company paid a total of approximately $12.3 million in royalties, which includes approximately $9.2 million in voluntary royalties.

The distribution was as follows:

- $1.57 million mandatory royalty to the Guatemalan Federal government;
- $1.57 million mandatory royalty to SRLF;
- $3.45 million voluntary royalty to the Guatemalan Federal government;
- $3.45 million voluntary royalty to SRLF; and
- $2.3 million voluntary royalty to the six regional municipalities.

See "Description of Our Business - Doing Business in Guatemala – Mining" for details on the updated royalty rates effective January 1, 2016, as set out in the updated Guatemalan mining law.

Key La Arena social projects in 2015 (some of which are ongoing) include:

*Nutrition*

Healthy Homes Program : La Arena implemented the successful Healthy Family Home program in 14 local villages in the past three years. The program, sponsored by Peru's Ministry of Health, teaches families how to improve nutrition, health and personal hygiene practices. Families also learned how to maintain a healthy home environment, including the importance of adequately disposing of trash, properly storing food, washing hands at appropriate times, separating bedroom and kitchen spaces, designating sanitation areas, removing animals from inside the home and creating livestock fences. The program has helped decrease chronic malnutrition by 10% and nutritional anemia by 21% in the past three years.

School Nutrition Program : La Arena sponsored a school nutrition program that benefited more than 700 students in La Arena's direct area of influence. The company donated nutritional school lunches and equipment to improve food sanitation and held workshops on proper food preparation techniques.

*Education*

Healthy Schools Program : La Arena promoted proper health and sanitation practices in schools across 13 villages in the vicinity of the La Arena Mine. The program benefited more than 1,800 students.

Teacher Training : La Arena strengthened the capacity of more than 60 teachers at two training workshops to advance students' learning experiences.

*Agriculture*

Guinea Pig Farming : La Arena provided training to local guinea pig producers throughout a four-year program to improve breeding practices and business management skills.

Vaccination Campaign : La Arena administered more than 4,000 vaccinations to local communities' livestock to improve health conditions and prevent diseases.

Trout Hatchery : La Arena held 11 training workshops on small-scale trout farming. The company also improved water collection processes in order to optimize water recycling in trout nursery ponds.

*Infrastructure*

Infrastructure projects in La Arena's local communities completed throughout the year provided approximately 60 construction jobs to the local workforce. Projects included: construction of a school cafeteria for 120 students (Tres Ríos hamlet); construction of a small-scale piped water system for three families and upgraded school kitchen that benefited 90 students (La Ramada hamlet); construction of a multipurpose center, school perimeter fence and soccer field for approximately 450 students (La Arena hamlet); and improvements to dirt roads in eight hamlets in the vicinity of the La Arena Mine.

036

*Training Local Workforce*

La Arena shares the positive and substantial impacts of its mine operations with the local communities in which it operates. The company supports training programs to enhance skills of the local workforce and employs the local workforce to increase economic and human development. In 2015, the company trained more than 70 young workers in equipment operations and approximately 18 young workers in masonry.

*Community Engagement*

Community Information and Site Visits : La Arena provided general information about the mine and its high social and environmental practices to local stakeholders at the community office located in the La Arena hamlet. In 2015, more than 2,400 stakeholders visited the office. More than 61 percent of community visits involved employment inquiries. La Arena also hosted more than 600 site visits to the La Arena Mine by local students, teachers, business associations and government officials, among others.

Participatory Environmental Monitoring : La Arena participated in two collaborative environmental monitoring campaigns (May and October 2015) with communities in its direct area of influence. The two campaigns monitored surface water, air and soil quality. The samples are provided to two separate laboratories and the results are subsequently communicated at community assemblies. Training is also provided to communities regarding the interpretation of results.

Expo Fair : La Arena held an informational expo in the city of Huamachuco in which more than 750 local stakeholders learned about La Arena's business operations and social programs.

## DOING BUSINESS IN GUATEMALA AND PERU

### *MINING IN GUATEMALA*

The Escobal Mine is located in Guatemala. The State of Guatemala owns all mineral deposits within Guatemala. MEM may grant reconnaissance, exploration and exploitation licenses to any entity, whether Guatemalan or foreign. Applications for licenses are typically granted on a first-time basis, with holders of reconnaissance licenses given priority for an exploration license (over portions of the area covered by the reconnaissance license) and holders of exploration licenses given priority for an exploitation license (over portions of the area covered by the exploration license), so long as applications are made before the expiration of the existing license. Mineral licenses are "coordinate staked" (filed only referenced to UTM coordinates) and no monuments are located on the ground. No physical survey of exploration license boundaries is required.

License holders may use water, so long as such use does not affect the permanent exercise of water rights by others, and subject to the requirement that mining operations must not contaminate the environment. Licensees are also granted rights of way, including the right to build roads, with the proviso that surface owners be compensated.

MEM may suspend mining rights for, among other things, safety and environmental concerns or failure to pay royalties or to submit reports when due; may cancel mining for, among other things, failure to commence field work or operations in the prescribed time; and may extinguish mining rights upon expiration of the license term, depletion of the deposit or express renouncement of the holder.

Fees payable by licensees include surface rights fees, a granting fee for a mining right and an area fee for the licenses.

Under the 1997 Guatemalan mining law, a mandatory royalty of 1% is payable at the exploitation stage and shared equally between the State and the municipality where the project is situated. The royalty is determined by an affidavit of the volume of the marketed product from mining operations and is based on the value of sale consigned in the national market or international exchange. On January 26, 2012, the administration and the Mining Industry Association agreed to general terms in a royalty agreement that resulted in the industry voluntarily paying higher royalties to the national and local governments. On April 16, 2013, the Company executed a voluntary royalty agreement ("Escobal Royalty Agreement"). Together with the 1997 Guatemalan mining law, the Escobal Royalty Agreement committed the Company to pay a 5% Net Smelter Return ("NSR") royalty on the concentrates sold from Escobal Mine production. Under the Escobal Royalty Agreement 2% benefitted SRLF communities, 2% benefitted the Federal government and an additional voluntary 1% benefitted certain outlying municipalities in the Departments of Santa Rosa and Jalapa. The first royalty payment was made to participating municipalities and MEM on January 30, 2014.

On November 28, 2014, the Guatemalan government passed legislation, amending the 1997 mining law and increasing mandatory royalties to 10%. The new law was challenged in the Guatemalan Constitutional Court. On September 17, 2015, the Guatemalan Constitutional Court ruled that the 10% royalty was unconstitutional, which was confirmed on November 5, 2015 in a final and published clarification from the Court. The Company then reinstituted the 5% NSR royalty (1% mandatory, 4% voluntary) for 2015. In 2015, MSR entered into new voluntary royalty agreements with six municipalities near the mine. These agreements include provisions requiring the transparency of the payments made pursuant to the agreements.

### *Licenses and Permitting in Guatemala*

Reconnaissance Licenses : A reconnaissance license is typically granted for a six-month term, and may be extended on request for an additional six months, or on application for an exploration license, until the grant of the exploration license. This license can cover an area from 500 to 3,000 km $^2$ and gives the holder the exclusive right to identify and locate possible areas for exploration within the license's boundaries. A holder of a reconnaissance license is obligated to begin field projects within 30 days after grant of the license, to give immediate notice to the regulators of discovery of minerals other than those described in the license, to file reports within three months after the completion of each period of reconnaissance, and to compensate third parties, such as surface rights holders, for damages or other adverse impacts caused by operations. An environmental mitigation study must be filed with MEM before undertaking reconnaissance activities. On application, a reconnaissance license may be converted to an exploration license.

16      Tahoe Resources Inc.

Exploration Licenses : An exploration license is typically granted for a three-year term and may be extended on request for two additional two-year terms, or on application for an exploitation license, until the grant of the exploitation license. With each extension, the surface area must be reduced by 50%; however, in certain cases this 50% reduction requirement can be modified and reduced. An exploration license covers an area of up to 100 km$^2$ (the area may be greater than 100 km$^2$ if deemed necessary for the mining project as demonstrated by a technical-economic study; however, such a decision would be at the discretion of MEM). An exploration license allows the holder the exclusive right to locate, study, analyze and evaluate the deposits that have been granted within the license's boundaries. The licensee is obligated to begin field projects within 90 days after grant of the license, to give immediate notice to regulators of discovery of minerals different from those described in the license, to file reports within three months after the completion of the exploration year, and to compensate third parties for damages or other adverse impacts caused by operations. A mitigation study must be filed with MEM after the exploration license has been granted and is approved by MEM. In addition, an environmental assessment must be filed with the MARN for approval prior to undertaking exploration activities that require perforation, the use of machinery or any other substantial activity.

Exploitation Licenses : An exploitation license is typically granted for a 25-year term and may be extended, on request, for an additional 25-year term. An exploitation license legally is considered to be a real property title, of limited term, that may be recorded at the property registry and may be mortgaged for the exclusive purpose of obtaining financing for operations within the license of exploitation. Exploitation licenses cover an area not greater than 20 km$^2$ (the area may be larger if deemed necessary for the mining project as demonstrated by a technical-economic study). An exploitation licensee has the exclusive right to develop the deposits that have been granted within the license's boundaries. If minerals different from those authorized in the license are discovered, the licensee has the right to augment the license to include the new minerals.

To obtain an exploitation license, the applicant must prepare an environmental impact study for review and approval by MARN. Upon grant of an environmental approval, the applicant must also arrange for the issuance of a financial guarantee for environmental protection. Once an exploitation license is granted, the licensee must begin operations within 12 months after grant of the license, present a copy of the Commercial Patent (also referred to as a business license) within six months after grant of the license, file reports within three months after the end of each calendar year, and compensate third parties for potential damages and adverse impacts caused by operations.

Permitting : Other permits required in connection with exploitation activities include a municipal construction license, if a construction regulation exists in the municipality in which the exploitation is taking place, a forestry license, export credentials, explosives storage, use and transportation licenses, a substation and electric transmission permit and a license for the import and use of raw materials and chemicals. The licensee must also settle the mine's closure plan and reclamation bond with MARN, and may be required to obtain surface rights for access, either by lease or purchase.

### *MINING IN PERU*

Peru has rich deposits of copper, gold, silver, lead/zinc and natural gas and petroleum. It is a leader in the mining industry and one of the world's largest producers of base and precious metals. Currently, it is the third largest producer of copper and zinc in the world. It is also a major producer of gold, silver and other minerals. Peru's mining sector is thriving due to an abundance of rich natural resources, a strong mining culture and an attractive legal and tax regime.

In Peru, the General Mining Law allows mining companies to obtain clear and secure title to mining concessions. The surface land property is distinct from the natural resource. The government retains ownership of all subsurface land and mineral resources, but the titleholder of the concessions retains ownership of extracted mineral resources. Peruvian law requires that all operators of mining areas in Peru are required to have an agreement with the owners of the land surface above the mining rights or to establish an easement upon such surface for mining purposes. The same mining concession is valid for exploration and for exploitation.

Mining rights in Peru can be transferred by their private holders with no restrictions or requirements other than to register the transaction with the Public Mining Register. The sale of mineral products is also unrestricted, so there is no obligation to satisfy the internal market before exporting products.

Recently, Peru has enacted a new regime of environmental laws whereby the Ministry of Energy and Mines and the Environmental Ministry have issued regulations mandating environmental standard for the mining industry. Under these standards, new mining development and production requires mining companies to file and obtain approval for an Environmental Impact Study ("EIS"), which incorporates technical, environmental and social matters, before being authorized to commence operations.

The Environmental Evaluation and oversight Agency ("OEFA") monitors environmental compliance. OEFA has the authority to carry out audits and levy fines on companies if they fail to comply with prescribed environmental standards. The following permits are generally needed for a project: Certificate for the Inexistence of Archaeological Remains (CIRA); Environmental Impact Assessment (EIA); Mine Closure Plan; Establishment of a financial guarantee for closure; Beneficiation Concession; Mining Transportation Concession; Permanent Power Concession; Water Usage Permits; Easements and Rights-of-way; District and Provincial Municipality Licenses and Construction and Operation Permits.

Annual Information Form for the Year Ended December 31, 2015       17

In 2015, Rio Alto paid base royalties of .93% on its operating profits, as well as a "Special Mining Tax" at a rate of .95%.

*Licenses and Permitting in Peru*

Certificate of Absence of Archaeological Remains ("CIRA") : This Certificate requires archaeological studies to determine that no archaeological remains are on the project site. A company must obtain a CIRA before beginning any construction project.

Construction Permit: This permit is required before any construction commences on a project, and includes approval of technical plans and drawings for the layout and construction of a mining site.

Beneficiation Concession Permit : Following the construction permit, this permit grants permission to conduct major processing activities, such as absorption, desorption and refining plant activities.

Mining Plan Permit : This permit allows the commencement of open pit mining and waste dump activities and is granted after the construction permit has been approved.

Mining Operations Certificate ("COM") : This permit process starts after obtaining both the beneficiation concession permit and the mining plan permit. It provides authorization for explosives, including the quantity of explosives required for operation.

Water Use License : The water use license is required for the use of water during operations and includes an assessment of availability of water for both construction and operations.

Water Discharge and Reuse Permits : These permits allow for water discharge and reuse of domestic and industrial water to be used during operations. Water discharge requires a favorable technical opinion from La Direccion General de Salud Ambiental (DIGESA) and then separate authorization by the National Water Authority.

Mine Closure Plan : The Mine Closure Plan is required to be approved for a project consistent with the Environmental Impact Assessment. It includes a closure plan budget and corresponding guarantees for rehabilitation of the land.

***FOREIGN INVESTMENT***

Applicable Guatemalan and Peruvian law guarantees equal treatment and enjoyment of constitutional rights to foreign and local investors in certain areas including, but not limited to, private property, expropriation and importing. Foreign investors are permitted to participate in any legal economic activity, including provision of capital to companies incorporated in Guatemala and Peru and repatriation of capital out of Guatemala and Peru.

***TAXATION***

*Income Tax*

Income tax must be paid on income generated in Guatemala and may be paid either under the Regime on profits or the optional regime. After tax legislation was passed in early 2012, the Regime on Profits was changed from a rate of 31% of net income (total income less exempt income less deductible costs and expenses) paid quarterly and liquidated on an annual basis. The new regime went into effect January 1, 2013. The rate was 28% in 2014 and was 25% in 2015 and thereafter. The optional regime rate was 6% of taxable income (total income less exempt income) paid monthly which increased to 7% in 2014 and thereafter. Corporations must adopt one of the two regimes and commit to a regime each December. After assessing the individual impact of each regime on earnings attributable to common shareholders, we adopted the optional regime for 2014 and 2015. Failure to make income tax payments results in a penalty of 100% of the unpaid tax, plus interest.

Companies incorporated in Peru are subject to income tax on their worldwide taxable income, while foreign companies that are located in Peru and non-resident entities are taxed on income from Peruvian sources only. The corporate income tax was reduced from 30% in 2014 to 28% in 2015 and 2016. The rate will progressively reduce to 27% for years 2017 and 2018 and then to 26% from 2019 and after, as part of a broader initiative to reinvigorate Peru's economy. In general terms, mining companies in Peru are subject to the general corporate income tax regime. If the taxpayer has elected to sign a Stability Agreement, an additional 2% premium is applied on the regular corporate income tax rate. We have not signed a Stability Agreement. Also, 50% of income tax paid by a mine to the Central Government is remitted as "Canon," by the Central Government back to the regional and local authorities of the area where the mine is located.

*Dividends*

In Guatemala, starting January 1, 2013, dividend payments have a tax rate of 5%. All dividend payments are subject to tax, notwithstanding the shareholder's nationality. A 3% stamp tax is payable on dividends, civil and mercantile contracts and cash payments unless the Company's operations are subject to the payment of a Value Added Tax of 12% (which is applicable to sales of goods and services, as well as imports and land). If dividends are paid through the delivery of a coupon, the payment may be exempt of stamp tax. The holder of an export license may import, free from tariff and import duties, machinery, equipment, parts, accessories, materials and explosives that will be used in the production of the items to be exported (Decree 2989).

18      Tahoe Resources Inc.

In Peru, the dividend tax rate of 6.8% is imposed on distributions of profits to non-residents and domiciled individuals by resident companies and by branches, permanent establishments and agencies of foreign companies. The expectation is that the rate will increase to 8% in 2017 and reach 9.3% by 2019.

*Other Taxes*

Effective January 1, 2009, corporations and enterprises domiciled in Guatemala must pay on a quarterly basis, the Impuesto de Solidaridad, ("ISO") included in Decree 73-2008. The ISO amount is calculated at the rate of 1% of the greater of (i) the amount resulting after subtracting from total assets, the fiscal credits (resolved through resolution), reserve for doubtful accounts, accumulated depreciation and amortization for the last fiscal year, and (ii) gross income for the last fiscal year. The ISO may be taken as a credit against the income tax to be paid by the corporation. Taxpayers operating under the optional regime are ISO exempt.

The Special Mining Tax ("SMT") is a tax imposed in parallel with the Modified Mining Royalty described below. The SMT is applied on operating mining income based on a sliding scale, with progressive marginal rates ranging from 2% to 8.40% . The tax liability arises and becomes payable on a quarterly basis. The SMT applies on the operating profit derived from sales of metallic mineral resources, regardless of whether the mineral producer owns or leases the mining concession.

*Royalties*

Up to December 31, 2014, the Company paid a 5% NSR royalty (1% mandatory, 4% voluntary) on the concentrates sold from the Escobal Mine production. Effective January 1, 2015, the royalty increased to a 10% NSR. See "Description of Our Business – Doing Business in Guatemala – Mining" for details on the updated royalty rates effective January 1, 2015, as set out in the updated Guatemalan mining law. On September 17, 2015, the Guatemalan Constitutional Court ruled that the 10% royalty was unconstitutional, which was confirmed on November 5, 2015 in a final and published clarification from the Court. The Company paid 5% NSR royalty (1% mandatory, 4% voluntary) throughout 2015.

In 2004, Peru implemented a mining royalty that required holders of mining concessions to pay between 1% and 3% of the commercial value of sales, based on a three step sliding scale, to the Peruvian government, for the exploitation of metallic and non-metallic mineral resources. This regime was replaced by the Modified Mining Royalty ("MMR"). The MMR applies on all companies' operating income. The MMR is payable on a quarterly basis with marginal rates ranging from 1% to 12%. An "operating income" to "mining operating revenue" measure is calculated each quarter and, depending on operating margin, the royalty rate increases as the operating margin increases. The new system is designed to provide both a minimum royalty and an additional amount based on the profitability of each project. The company must always pay at least the minimum royalty rate of 1% of sales, regardless of its profitability.

## POWER LINE AT ESCOBAL

The Company installed contractor supplied diesel-fired generator power which is sufficient to operate the project in excess of the 4500 tpd design rate. The Company continues to assess alternative power strategies to reduce power costs.

## RISK FACTORS RELATING TO OUR BUSINESS

Our operations are subject to the normal risks associated with mineral exploration, development and production. The continued commercial success of the Escobal and La Arena Mines, the continued development of the Shahuindo Mine, and the acquisition of additional mineral interests will be subject to numerous factors beyond our control. Certain of these risk factors are discussed below.

*Dependence on the Escobal and La Arena Mines*

The Escobal and La Arena Mines are currently the Company's sole commercial production Mines, while the Shahuindo Mine is expected to be in commercial production in the second quarter of 2016. As a result, any adverse development affecting the Escobal, La Arena or Shahuindo Mines could have a material adverse effect upon the Company and would materially and adversely affect the potential production of Mineral Reserves, profitability, financial performance and results of operations of the Company. Ongoing operation of the Escobal and La Arena Mines and getting the Shahuindo Mine into commercial production depends upon Tahoe's ability to consistently mine to design parameters and to process mined material at approximate design throughput rates. The long-term commercial viability of the Escobal, La Arena and Shahuindo Mines is also dependent upon a number of factors, some of which relate to the particular attributes of the deposit (such as size, grade and proximity to infrastructure), metal prices and government regulations, including regulations relating to royalties, allowable production, importing and exporting of minerals and environmental protection. Most of the above factors are beyond the Company's control. As a result, there can be no assurance that any design will succeed in achieving its stated goals under all potential future conditions. Failure to do so will have a material adverse impact on our operations and potential future profitability.

*Operations in Guatemala and Peru*

The Escobal Mine is located in Guatemala and La Arena and Shahuindo are located in Peru. Guatemala and Peru have a history of political unrest. Guatemala suffered an armed conflict for 36 years, which was finally resolved through a peace agreement reached with the country's internal revolutionary movement in 1996. The last political crisis in Guatemala occurred in 1983 and constitutional government was not restored until 1985. An internal political conflict began in Peru in 1980 between the government of Peru and armed members of an organization known as the Shining Path. On April 5, 1992, Alberto Fujimori dissolved the Congress of Peru and abolished the Constitution, initiating the Peruvian Constitutional Crisis of 1992. Fujimori resigned as President in 2000 and the conflict quieted soon thereafter. However, renewed political unrest or a political crisis in Guatemala or Peru could adversely affect our business and results of operations.

Guatemala and Peru suffer from social problems such as a high crime rate and uncertain land tenure for many indigenous people, which could adversely affect the Escobal, La Arena and Shahuindo Mines. Such adverse effects could result from the efforts of third parties to manipulate local populations into encroaching on the mine lands, challenging the boundaries of such land, impeding mine activities through roadblocks or other public protests or attacks against mine assets or personnel.

Our business may be exposed to a number of risks and uncertainties, including terrorism and hostage taking, military repression, extortion, expropriation or nationalization without adequate compensation, labour unrest, high rates of inflation, changes to royalty and tax regimes, extreme fluctuations in currency exchange rates, volatile local, political and economic developments, difficulty with understanding and complying with the regulatory and legal framework respecting the ownership and maintenance of mineral properties, surface rights, mines and mining operations, and difficulty obtaining key equipment and components for equipment.

*Obtaining and Renewing Licenses and Permits*

In the ordinary course of business, we will be required to obtain and renew governmental licenses or permits for the operation and expansion of the Escobal and La Arena Mines or for the development, construction and commencement of commercial production at Shahuindo and other potential projects, such as El Alizar or the Sulfide Project. Obtaining or renewing the necessary governmental licenses or permits is a complex and time-consuming process involving numerous jurisdictions and often involving public comment periods and costly undertakings on our part. The duration and success of our efforts to obtain and renew licenses or permits are contingent upon many variables not within our control, including local politics, legal challenges and the interpretation of applicable requirements implemented by the licensing authority. Any unexpected refusals of required licenses or permits or delays or costs associated with the licensing or permitting process could prevent or delay the development or impede the operation of a mine, which could adversely impact our operations and profitability.

*Operating Cash Flow*

Failure to achieve anticipated production levels would have a material adverse impact on the Company's cash flow and future profitability. Our failure to achieve profitability and positive operating cash flows could have a material adverse effect on our financial condition and results of operations.

*Metal Price Fluctuations*

The majority of our revenue is derived from the sale of silver and gold, and to a lesser degree, lead and zinc. Therefore, fluctuations in the prices of these commodities represent one of the most significant factors that we expect will affect our future operations and potential profitability. The price of silver, gold and other metals are affected by numerous factors beyond our control, including levels of supply and demand, global or regional consumptive patterns, sales by government holders, metal stock levels maintained by producers and others, increased production due to new mine developments and improved mining and production methods, speculative activities related to the sale of metals, availability and costs of metal substitutes, international economic and political conditions, interest rates, currency values and inflation. Declining market prices for these metals could materially adversely affect our future operations and profitability.

*Indebtedness*

As of March 9, 2016, the Company has not drawn on its US$150 million revolving credit facility which currently has a term of August 2017. The Company has an aggregate consolidated indebtedness of approximately $50 million on capital lease and other obligations. As a result of this indebtedness, the Corporation is required to use a portion of its cash flow to service principal and interest on its debt, which will limit the cash flow available for other business opportunities. The Company's ability to make scheduled principal payments, pay interest on or refinance its indebtedness depends on the Company's future performance, which is subject to economic, financial, competitive and other factors beyond its control. Unexpected delays in production or other operational problems could impact our ability to service the debt and make necessary capital expenditures when the debt becomes due. If the Company is unable to generate such cash flow to timely repay the debt, it may be required to adopt one or more alternatives, such as selling assets, restructuring debt or obtaining additional equity capital on terms that may be onerous or highly dilutive. The Company's ability to refinance its indebtedness will depend on the capital markets and its financial condition at such time. The Company may not be able to engage in any of these activities or engage in these activities on desirable terms, which could result in a default on its debt obligations.

The terms of the Company's credit requires it to satisfy various affirmative and negative covenants and to meet certain financial ratios and tests. These covenants limit, among other things, the Company's ability to incur further indebtedness if doing so would cause it to fail to meet certain financial covenants, create certain liens on assets or engage in certain types of transactions. Although at present these covenants do not restrict the Company's ability to conduct its business as presently conducted, there are no assurances that in future the Company will not be limited in its ability to respond to changes in its business or competitive activities or be restricted in its ability to engage in mergers, acquisitions or dispositions of assets. Furthermore, a failure to comply with these covenants, including a failure to meet the financial tests or ratios, would likely result in an event of default under the credit facility and would allow the lender to accelerate the debt.

20     Tahoe Resources Inc.

*Financing Requirements*

Any changes to our current projections or any new development activity, whether at the Escobal, La Arena or Shahuindo Mines or elsewhere, may require substantial additional capital. When such additional capital is required, we will need to pursue various financing transactions or arrangements, including joint venturing of projects, debt financing, equity financing or other means. Additional financing may not be available when needed or, if available, the terms of such financing might not be favourable to us and might involve substantial dilution to existing shareholders. We may not be successful in locating suitable financing transactions in the time period required or at all, may not obtain the capital required by other means. A failure to raise capital when needed would have a material adverse effect on our business, financial condition and results of operations. Any future issuance of Shares to raise required capital will likely be dilutive to shareholders. In addition, debt and other mezzanine financing may involve a pledge of assets and may be senior to interests of equity holders. We may incur substantial costs in pursuing future capital requirements, including investment banking fees, legal fees, accounting fees, securities law compliance fees, printing and distribution expenses and other costs. The ability to obtain needed financing may be impaired by such factors as the capital markets (both generally and in the silver and gold industry in particular), our status as an enterprise with a limited production history, the location of the Escobal Mine in Guatemala and the La Arena and Shahuindo Mines in Peru, and the price of silver, gold, lead and zinc on the commodities markets (which will impact the amount of asset-based financing available) and/or the loss of key management personnel. Further, if the price of silver, gold and other metals on the commodities markets decreases, then revenues from the Escobal, La Arena and Shahuindo Mines will likely decrease and such decreased revenues may increase the requirements for capital. Failure to obtain necessary capital on reasonable terms may materially adversely affect our future operations and profitability.

*Licenses and Title to Assets*

The validity of the licenses related to the Escobal, La Arena and Shahuindo Mines can be uncertain and may be contested. There is no assurance that applicable governmental bodies will not revoke or significantly alter the conditions of applicable licenses that are required by the Escobal, La Arena and Shahuindo Mines. Changes to Guatemalan or Peruvian laws, including new mining legislation or adverse court rulings, could materially and adversely impact our rights to exploration and exploitation licenses necessary for the Escobal, La Arena and Shahuindo Mines. See "Description of Our Business – Doing Business in Guatemala and Peru" and "–Risks Relating to Our Business – Operations in Guatemala and Peru".

There is no guarantee that title to the Escobal, La Arena or Shahuindo Mines or surface rights will not be challenged or impugned. Our properties may be subject to prior unregistered liens, agreements or transfers, indigenous land claims or undetected title defects.

In Guatemala and Peru, legal rights applicable to exploration and exploitation licenses are different and separate from legal rights applicable to surface lands. Accordingly, title holders of licenses must reach agreement with surface land owners on adequate remuneration to compensate for mining activities on their land. Not all surface rights are registered interests such that there may be doubt concerning the ownership of surface rights and the validity of agreements related to surface rights.

*Governmental Laws and Regulations*

Our operations, exploration and development activities are subject to the laws and regulations of Guatemala and Peru that govern various matters including environmental protection, management and use of toxic substances and explosives, management of natural resources, exploration, development, production, and post-closure reclamation of mines, imports and exports, price controls, taxation, mining royalties, labour standards and occupational health and safety, including mine safety and historic and cultural preservation.

The costs associated with legal compliance are substantial. In addition, possible future laws and regulations, changes to existing laws and regulations (including the imposition of higher taxes and mining royalties which have been, or may be, implemented or threatened) or more stringent enforcement of current laws and regulations by governmental authorities, could cause additional expense, capital expenditures, restrictions on or suspension of our operations and planned operations at the Escobal, La Arena and Shahuindo Mines. Moreover, these laws and regulations may allow governmental authorities and private parties to bring lawsuits based upon damages to property and injury to persons resulting from the environmental, health and safety impacts of our operations, or possibly even those actions of parties from whom we acquired our mines or properties. Such legal actions could lead to the imposition of substantial fines, penalties or other civil or criminal sanctions. It is difficult to strictly comply with all regulations that may be imposed on us. We have competent and well-trained individuals and consultants to assist us with compliance with such laws and regulations, however, even with the application of considerable skill we may inadvertently fail to comply with certain laws. Failure to comply with laws and regulations could lead to financial restatements, fines, penalties, loss, reduction or expropriation of entitlements, the imposition of additional local, foreign or governmental parties as joint venture partners with carried or other interests and other material negative impacts on us.

*Illegal Miners*

Illegal mining activities have occurred at many mining sites throughout Peru, including in and around Shahuindo. In August of 2015, the Peruvian government removed illegal miners from La Chica, an area controlled and owned by the Company at Shahuindo. The removal occurred without incident and we are conducting baseline studies of the area to assess environmental impacts form the illegal mining activity. However, if illegal miners return to La Chilca or become established in a new location on the Company's property, such illegal mining activities may have an adverse effect on the Company's operations or exploration activities.

*Operating Hazards, Risks and Insurance*

The ownership, operation and development of a mine or mineral property involves many risks which even a combination of experience, knowledge and careful evaluation may not be able to overcome. These risks include environmental hazards, industrial accidents, explosions and third-party accidents, the encountering of unusual or unexpected geological formations, ground falls and cave-ins, mechanical failure, unforeseen metallurgical difficulties, power interruptions, flooding, earthquakes and periodic interruptions due to inclement or hazardous weather conditions. These occurrences could result in environmental damage and liabilities, work stoppages, delayed production and resultant losses, increased production costs, damage to, or destruction of, mineral properties or production facilities and resultant losses, personal injury or death and resultant losses, asset write downs, monetary losses, claims for compensation of loss of life and/or damages by third parties in connection with accidents (for loss of life and/or damages and related pain and suffering) that occur on company property, and punitive awards in connection with those claims and other liabilities.

It is not always possible to fully insure against such risks, and we may decide not to take out insurance against such risks as a result of high premiums or other reasons. Should such liabilities arise they could reduce or eliminate any future profitability and result in an increase in costs and a decline in value of our securities. Liabilities that we incur may exceed the policy limits of insurance coverage or may not be covered by insurance, in which event we could incur significant costs that could adversely impact our business, operations, potential profitability or value. Despite efforts to attract and retain qualified personnel, as well as the retention of qualified consultants, to manage our interests, even when those efforts are successful, people are fallible and human error could result in significant uninsured losses to us. These could include loss or forfeiture of mineral interests or other assets for non-payment of fees or taxes, significant tax liabilities in connection with any tax planning effort we might undertake and legal claims for errors or mistakes by our personnel. The Company uses a wholly owned captive insurance program to insure risks of certain subsidiaries and related companies.

*Mine Concentrate Transportation and Marketing Risk*

Gold doré produced at La Arena Mine, and concentrates containing combinations of silver, gold, lead and zinc produced at the Escobal Mine, are loaded onto highway road vehicles for transport to sea ports for export to foreign smelters and/or refiners in markets such as Asia, Europe and North America. This type of process involves a high level of environmental and financial risk. The Company could be subject to potential significant increases in road and maritime transportation charges and treatment and refining charges. Transportation of such concentrate is also subject to numerous risks including, but not limited to, delays in delivery of shipments, road blocks, terrorism, civil unrest, weather conditions and environmental liabilities in the event of an accident or spill. The Company could be subject to limited smelter or refinery availability and capacity and could also face the risk of a potential interruption of business from a third party beyond its control, which in both cases could have a material adverse effect on the Company's operations and revenues. There is no assurance that smelting, refining or transportation contracts for the Mines' products will be entered into and/or renewed on acceptable terms.

*Environmental Hazards*

All phases of our operations with respect to the Escobal, La Arena and Shahuindo Mines are, and will continue to be, subject to environmental regulation in Guatemala and Peru. Environmental legislation in Guatemala and Peru involves strict standards and may entail increased scrutiny, fines and penalties for non-compliance, stringent environmental assessments of proposed projects and a high degree of responsibility for companies and their officers, directors and employees. Changes in environmental regulation, if any, may adversely impact our operations and future potential profitability. In addition, environmental hazards which are currently unknown may exist on the Escobal, La Arena and Shahuindo Mines. We may be liable for losses associated with such hazards, or may be forced to undertake extensive remedial clean-up action or to pay for governmental remedial clean-up actions, even in cases where such hazards have been caused by previous or existing owners or operators of the property, or by the past or present owners of adjacent properties or by natural conditions. The costs of such clean-up actions may have a material adverse impact on our operations and future potential profitability.

*Reclamation Obligations*

Reclamation requirements are designed to minimize long-term effects of mining exploitation and exploration disturbance by requiring the operating company to control possible deleterious effluents and to re-establish to some degree pre-disturbance land forms and vegetation. We are, and will continue to be, subject to such requirements for our activities on the Escobal, La Arena and Shahuindo Mines. Any significant environmental issues that may arise, however, could lead to increased reclamation expenditures and could have a material adverse impact on our financial resources.

*Mineral Resource and Reserve Calculations Are Only Estimates*

Any figures presented by us for Mineral Resources and Mineral Reserves in this AIF will only be estimates. There is a degree of uncertainty attributable to the estimation of Mineral Resources and Mineral Reserves. Until Mineral Resources or Mineral Reserves are actually mined and processed, the quantity of metal and grades must be considered estimates only and no assurances can be given that the predicted levels of metals will be produced. The estimating of Mineral Resources and Mineral Reserves includes a subjective process that relies on the judgment of the persons preparing the estimates. The process relies on the quantity and quality of available data and is based on knowledge, mining experience, analysis of drilling results and industry practices. Valid estimates made at a given time may significantly change when new information becomes available. While we believe that the Mineral Resource and Mineral Reserve estimates included in this AIF for the Escobal, La Arena and Shahuindo Mines are well established and reflect management's best estimates, by their nature, resource and reserve estimates are imprecise and depend, to a certain extent, upon analysis of drilling results and statistical inferences that may ultimately prove to be inaccurate.

22      Tahoe Resources Inc.

Estimated Mineral Resources or Mineral Reserves may have to be recalculated based on changes in metal prices, further exploration or development activity or actual production experience. This could materially and adversely affect estimates of the volume or grade of mineralization, estimated recovery rates or other important factors that influence resource or reserve estimates. The extent to which resources may be reclassified as Proven or Probable Mineral Reserves depends upon the demonstration of their profitable recovery, among other criteria. Proven and Probable Mineral Reserves may not be profitable in the future due to market price fluctuations, increased production costs, reduced recovery rates, or other factors. A reduction in reserves could have an adverse impact on our future cash flows, earnings, results of operations and financial condition.

*Infrastructure*

Mining activities depend, to one degree or another, on adequate infrastructure. Reliable roads, bridges, power sources and water supply are important elements of infrastructure, which affect capital and operating costs. If adequate infrastructure becomes unavailable in the future there can be no assurance that operations will achieve the anticipated production volume; or that the anticipated ongoing operating costs to operate the Escobal, La Arena and Shahuindo Mines will not be higher than anticipated. Furthermore, unusual or infrequent weather phenomena, sabotage, government neglect or other interference in the maintenance or provision of necessary infrastructure could adversely affect our operations and profitability.

*Employee Recruitment and Retention*

Recruiting and retaining qualified personnel is critical to our success. We are dependent on the services of key executives and other highly skilled personnel focused on managing our interests. The number of persons skilled in the acquisition, development, and operation of mining properties is limited and competition for such persons is intense. As our business activity grows, we will require additional key financial, administrative, geologic and mining personnel as well as additional operations staff. There is no assurance that we will be successful in attracting, training and retaining qualified personnel as competition for persons with these skill sets increases. If we are not successful in attracting, training and retaining qualified personnel, the efficiency of our operations could be impaired, which could have an adverse impact on our future cash flows, earnings, results of operations and financial condition.

*Adverse General Economic Conditions*

Unprecedented events in global financial markets in the past several years have had a profound impact on the global economy. Many industries, including the silver and gold mining industry, are impacted by these market conditions. Some of the key impacts of the current financial market turmoil include contraction in credit markets resulting in a widening of credit risk, devaluations, high volatility in global equity, commodity, foreign exchange and precious metal markets and a lack of market liquidity. A continued or worsened slowdown in the financial markets or other economic conditions, including but not limited to, consumer spending, employment rates, business conditions, inflation, fuel and energy costs, consumer debt levels, lack of available credit, the state of the financial markets, interest rates and tax rates, may adversely affect our growth and profitability. Specifically, the global credit/liquidity crisis could impact the cost and availability of financing and our overall liquidity, the volatility of silver, gold, lead and zinc prices would impact our revenues, profits, losses and cash flow, continued recessionary pressures could adversely impact demand for our production, volatile energy, commodity and consumables prices and currency exchange rates would impact our production costs and the devaluation and volatility of global stock markets would impact the valuation of our equity and other securities. These factors could have a material adverse effect on our financial condition and results of operations.

*Competition for New Properties*

An element of our business strategy is to make selected acquisitions. We expect to continue to evaluate acquisition opportunities on a regular basis and intend to pursue those opportunities that we believe are in our long-term best interests. There is a limited supply of desirable mineral lands available in areas where we would consider conducting exploration or development activities. Because we face strong competition for new properties from other mining companies, some of which have greater financial resources than we do, we may be unable to acquire attractive new mining properties on terms that we consider acceptable. In addition, competition in the mining business for limited sources of capital could adversely impact our ability to acquire and develop suitable mining properties, development projects, producing companies or properties having significant exploration potential. As a result, there is no assurance that we will be able to acquire additional mining properties.

The success of any acquisition that we make will depend upon our ability to effectively manage the operations of entities we acquire and to realize other anticipated benefits. The process of managing acquired businesses may involve unforeseen difficulties and may require a disproportionate amount of management resources. There can be no assurance that we will be able to successfully manage the operations of businesses we acquire or that we achieve the anticipated benefits of our acquisitions.

*Shortages of Critical Parts, Equipment and Skilled Labour*

Our ability to acquire critical resources such as input commodities, drilling equipment, tires and skilled labour due to increased worldwide demand, may cause unanticipated cost increases and delays in delivery times, thereby impacting operating costs, capital expenditures and development schedules.

Annual Information Form for the Year Ended December 31, 2015      23

*Foreign Exchange Rate Fluctuations*

Fluctuations in currency exchange rates, particularly the weakening of the US dollar against the Guatemalan quetzal or the Peruvian sol could have a significant effect on our results of operations. We may from time to time engage in foreign currency trading activities in order to minimize these effects on our operating results.

*Developments Regarding Indigenous Peoples*

To the best of our knowledge, although indigenous people may have inhabited the area of our Mines at one time, there are no indigenous populations currently living in the immediate area of the Escobal, La Arena or Shahuindo Mine sites. In 2015, MSR engaged with indigenous communities in Guatemala that expressed an interest in the Escobal Mine and during the year, more than 130 indigenous community members visited the Escobal Mine. In addition, indigenous peoples have participated in our Guatemalan avocado and coffee rust prevention programs and received donations of agricultural supplies and musical instruments through its social investment program. The Company also attended workshops with the Guatemalan government and other private sector organizations to promote the elimination of all forms of racial discrimination against indigenous groups.

*Community Action*

In recent years, certain communities of both indigenous people and others, and non-governmental organizations ("NGOs") in Guatemala and Peru have been vocal and negative with respect to mining activities in the respective countries. These communities and NGOs have taken such actions as road closures, work stoppages and initiating lawsuits for damages. These actions relate not only to current activities but often in respect to decades-old mining activities by prior owners of mining properties. Such actions by communities and NGOs may have a material adverse effect on our operations at the Escobal, La Arena and Shahuindo Mines and on the Company's financial position, cash flow and results of operations.

*Claims and Legal Proceedings*

We may be subject to claims or legal proceedings covering a wide range of matters that arise in the ordinary course of business activities, including claims relating to ex-employees. These matters may give rise to legal uncertainties or have unfavourable results. We will carry liability insurance coverage and mitigate risks that can be reasonably estimated. In addition, we may be involved in disputes with other parties in the future that may result in litigation or unfavourable resolution which could materially adversely impact our financial position, cash flow and results of operations.

*Conflicts of Interest*

Certain of our directors and officers also serve as directors and/or officers of other companies involved in natural resource exploration and development. Consequently, there is a possibility that a conflict could arise for such directors and officers. Any Company-related decision made by any of these directors and officers should be made in accordance with their duties and obligations to deal fairly and in good faith and to act in the best interests of the Company and its shareholders. In addition, each of the directors is required to declare and refrain from voting on any matter in which such director may have a conflict of interest in accordance with the procedures set forth in the Company's Code of Business Conduct, in the BCA and other applicable laws.

## RISK FACTORS RELATING TO OUR SHARES

*Market Price of Shares and Volatility*

Securities of mining companies have experienced substantial volatility in the past, often based on factors unrelated to a companies' financial performance or prospects. These factors include macroeconomic developments in North America and globally and market perceptions of the attractiveness of particular industries. The price of our Shares is also likely to be significantly affected by short-term changes in silver, gold or other mineral prices or in our financial condition or results of operations. Other market-related factors unrelated to our performance that may affect the price of the Shares include the following: the extent of analytical coverage available to investors concerning our business may be limited if investment banks with research capabilities do not follow the Company; lessening in trading volume and general market interest in the Shares may affect an investor's ability to trade significant numbers of Shares; the size of our public float may limit the ability of some institutions to invest in Shares; and a substantial decline in the price of the Shares that persists for a significant period of time could cause the Shares, if listed on an exchange, to be delisted from such exchange, further reducing market liquidity. As a result of any of these factors, the market price of the Shares at any given point in time may not accurately reflect our long-term value. Securities class action litigation often has been brought against companies following periods of volatility in the market price of their securities. We may in the future be the target of similar litigation. Securities litigation could result in substantial costs and damages and divert management's attention and resources.

The market price of the Shares is affected by many other variables which are not directly related to our success and are, therefore, not within our control. These include other developments that affect the market for all resource sector securities, the breadth of the public market for our Shares and the attractiveness of alternative investments. The effect of these and other factors on the market price of the Shares is expected to make the Share price volatile in the future, which may result in losses to investors.

*Dilution*

Future sales or issuances of equity securities could decrease the value of the Shares, dilute shareholders' voting power and reduce future potential earnings per Share.

24     Tahoe Resources Inc.

045

We may sell additional equity securities in subsequent offerings (including through the sale of securities convertible into Shares) and may issue additional equity securities to finance our operations, development, exploration, acquisitions or other projects. We cannot predict the size of future sales and issuances of equity securities or the effect, if any, that future sales and issuances of equity securities will have on the market price of the Shares. Sales or issuances of a substantial number of equity securities, or the perception that such sales could occur, may adversely affect prevailing market prices for the Shares. With any additional sale or issuance of equity securities, investors will suffer dilution of their voting power and may experience dilution in our earnings per Share.

*Dividends*

The Company's policy and payment of cash dividends will be reviewed periodically by our Board and will depend upon, among other things, conditions then existing including earnings, financial condition and capital requirements, restrictions in financing agreements, business opportunities and conditions and other factors (see "Dividends and Distributions").

**THE ESCOBAL MINE**

*RECENT ACTIVITIES AT THE ESCOBAL MINE*

The Company achieved commercial production at the Escobal Mine on January 14, 2014 and in 2014 processed a total of 1.25 million tonnes of ore with average feed grades of 585 g/t Ag, 0.42 g/t Au, 0.93% Pb, and 1.43% Zn; recovering 20.3 million ounces of silver, 10,893 ounces of gold, 10,359 tonnes of lead, and 13,394 tonnes of zinc in concentrate. Metal recoveries into each of the lead and zinc concentrates met or exceeded expectations. In 2015, the Escobal Mine concluded its second year of commercial operations with record production of 20.4 million ounces (moz) of silver contained in concentrates, within Company guidance of 18 to 21 moz of silver. In 2015, the Escobal Mine processed a total of 1.51 million tonnes of ore with average feed grades of 487 g/t Ag, 0.39 g/t Au, 0.50% Pb, and 0.86% Zn. In addition to recovering 20.4 million ounces of silver, the Escobal Mine also recovered 11,749 ounces of gold, 10,193 tonnes of lead, and 14,589 tonnes of zinc in concentrate.

The Escobal Mine and processing facilities are producing up to 4500 tpd. Mill throughput in 2015 averaged 4,133 tpd, including the first quarter ramp-up period. Now that the Escobal Mine has reached operational design parameters, the Company is focused on optimizing mining and processing procedures.

At January 1, 2016, Measured and Indicated Mineral Resources for the Escobal Mine include 389.5 million ounces of silver at an average grade of 332 g/t. Proven and Probable Mineral Reserves include 310.4 million ounces of silver at an average grade of 332 g/t. Mineral Resources and Mineral Reserves were updated by subtracting mine depletion volumes from the Mineral Resources and Mineral Reserves reported in the November 2014 Escobal Feasibility Study.

The Company achieved the planned production expansion from the original 3500 tpd rate to 4500 tpd in the third quarter of 2015. Equipment purchases and mill upgrades to support the increased production rate, including the installation and commissioning of a fourth tailing filter, were completed in the second quarter. A second primary surface ventilation fan was installed and commissioned in the third quarter. Construction of the new paste backfill plant was essentially completed in the third quarter, though the Company decided to defer the final commissioning and start-up of the plant to the first quarter of 2016 to insure no negative impact to 2015 production goals. Capital costs related to the expansion were within the 2015 guidance the Company released on January 20, 2015 and available on www.sedar.com and on the Company's website.

For a discussion on the recent rulings by the Constitutional Court in Guatemala regarding royalties, see "Description of Our Business –Doing Business in Guatemala and Peru –Taxation --Royalties".

The Company employed 889 people in Guatemala at the end of 2015, excluding expatriate staff and contractors.

*PROJECT SETTING, LOCATION, ACCESS AND INFRASTRUCTURE*

The Escobal Mine is located in southeast Guatemala, approximately 40 km east-southeast of Guatemala City and 2 km east of the town of San Rafael Los Flores ("SRLF") in the Department of Santa Rosa. SRLF has a population of over 3,000 people and is 70 km from Guatemala City by paved road. Access to the area is also possible from the northeast on a paved highway via the town of Mataquescuintla. The majority of the workforce is derived from communities within Santa Rosa department and elsewhere in Guatemala, with a small expatriate contingency.

The local climate consists of two major seasons; a "rainy" season between May and November and a "dry" season between November and May. Annual precipitation averages 1,689 millimetres. Average temperatures vary between 14°C and 33°C. Mining activities are expected to be able to be conducted year-round.

The project area lies within mountainous terrain interspersed with rolling hills and valleys. Elevations range from 1,300 metres in the valley on the west end of the Escobal vein to 1,800 metres in the drilled east extension. The high mountain range of Montana Soledad Grande north and east of the Escobal Mine rises to an elevation of 2,600 metres. Vegetation is characterized by natural mountain forest species that consist of oak, pine and cypress tree varieties and lower strata scrub-brush species.

There is a high voltage electrical line that extends to the town of SRLF, which has potential to be upgraded to handle the anticipated load requirements for the Escobal Mine. The Company's long-term expectation is that electrical power may be provided to the project from Guatemala's existing national grid by means of connecting to the existing SRLF substation at a voltage level of 69 kilovolts, and constructing a new 7 km 69kv line to site. The Company continues to evaluate alternative sources of power for the Escobal Mine including recommencement of the power line work.

Communication facilities at the mine site include telephone and internet services. Water wells within the Escobal Mine area provide sufficient water for mining and processing activities without impacting local residents or communities. Potable water is brought to the mine from outside sources as needed. The Company owns sufficient land to accommodate the tailing facility, waste rock storage, process plant facilities, underground access and ancillary surface facilities for the operation.

## HISTORY

The Escobal property dates back to 1996 when Entre Mares, the Guatemalan subsidiary of Goldcorp, prospected in the area and identified high-grade gold values associated with surface quartz veins in the western portion of the Escobal vein. In 2006, Entre Mares initiated regional exploration in the area, partially based on verifying geochemical anomalies in its database. In late 2006, significant silver and gold grades were detected from surface sampling along an extensive alteration zone developed over the Escobal vein. An exploration license was applied for in October 2006 and was granted in March 2007. Entre Mares commenced exploration drilling on the Escobal property in May 2007.

In early 2010, Goldcorp reported a Measured and Indicated Mineral Resource estimate for the Escobal property of 6.97 million tonnes at 0.63 g/t Au and 580.3 g/t Ag and an Inferred Mineral Resource of 13.15 million tonnes at 0.53 g/t Au and 443.4 g/t Ag. Goldcorp did not release a technical report to support the Mineral Resource declaration at that time.

Four NI 43-101 Technical Reports have been completed on the Escobal property or mine as follows:

- • AMEC Americas Ltd. in April 2010;
- • M3 Engineering & Technology Corporation ("M3") in November 2010;
- • M3 in May 2012 (reissued July 2013); and
- • M3 in November 2014.

The technical report entitled "Escobal Mine Guatemala NI 43-101 Feasibility Study" and dated November 5, 2014 forms the basis of Tahoe's operational plans for the Escobal Mine as discussed herein. All scientific and technical information in this AIF relating to updates to the Escobal Mine disclosure since the date of Escobal Feasibility Study has been verified by Charles Muerhoff, the Company's Vice President Technical Services and Qualified Person as defined by NI 43-101.

## 2014 ESCOBAL FEASIBILITY STUDY

The Company engaged M3, an independent mining and engineering consulting firm, of Tucson, Arizona to supervise the preparation of the Escobal Feasibility Study issued on November 5, 2014, which is available for viewing on SEDAR under our profile and on our website at www.tahoeresourcesinc.com . The Escobal Feasibility Study contained an updated Mineral Resource estimate, the Company's initial Mineral Reserve statement and an economic analysis demonstrating the viability of the Escobal Mine at the proposed 4500 tpd production rate. The effective date of the Escobal Feasibility Study is November 5, 2014; the effective date of the Mineral Resource estimate is January 23, 2014; and the effective date of the Mineral Reserve estimate is July 1, 2014. Mineral Resources and Mineral Reserves have been updated as of January 1, 2016.

The Qualified Person and principal author of the Escobal Feasibility Study is Conrad Huss, P.E., of M3. All M3 personnel who contributed to the study were supervised by Mr. Huss. The Qualified Person responsible for the review of the civil and environmental aspects of the Escobal Mine is Daniel Roth, P.E., of M3. The Qualified Person responsible for the review of the metallurgical testing, process flow sheets, and process plant at the Escobal Mine is Thomas L. Drielick, P.E., of M3. The Qualified Person responsible for the review of the tailings and waste rock facility at the Escobal Mine is Jack Caldwell, P.E., of Robertson GeoConsultants Inc. of Vancouver, British Columbia, an independent engineering consulting firm. The Qualified Person responsible for the review of the geology, drilling, sampling methodology, sample preparation and analysis, data verification, and for preparing the Mineral Resource estimate for the Escobal Mine, is Paul Tietz, C.P.G., of Mine Development Associates ("MDA") of Reno, Nevada, an independent mining consulting firm. The Qualified Person responsible for the Mineral Reserve estimate and review of mining methods, mine infrastructure, and production scheduling is Matthew Blattman, P.E. of Blattman Brothers Consulting, LLC of Cypress, Texas, an independent mining consulting firm.

## MINERAL TENURE, SURFACE RIGHTS, AND ROYALTIES

### Mineral Tenure

The Escobal Mine is 100% owned by the Company through its wholly-owned subsidiary Minera San Rafael, S.A ("MSR"), and currently comprises two mineral licenses covering approximately 79.9 km² on the Escobal vein and surrounding area. These include the Escobal exploitation license covering 20 km² and the Juan Bosco exploration license covering 59.9 km². In addition, there are a number of applications for reconnaissance and exploration licenses contiguous with the Escobal Mine. The granting of these license applications is still pending.

Exploration licenses in Guatemala are granted for an initial period of three years which can be extended for two additional periods for two years each, for a total holding period of seven years. According to Guatemala law, after 2014, no additional extensions will be permitted and an exploitation license application must be made. Prior to the application for an exploitation license, a pre-feasibility study, mine plan and environmental impact assessment must be completed.

The Oasis, Lucero and Andres exploration licences were granted to Entre Mares on March 26, 2007, August 21, 2007 and December 17, 2007, respectively, and were transferred to Minera San Rafael as part of the Escobal Acquisition in 2010. On July 8, 2011, an application was submitted to MEM for the Escobal exploitation concession, covering 20.0 km $^2$ of area over the Escobal vein designated for mine development in the original Oasis exploration concession. On October 21, 2011, MARN notified the Company that it had approved the Exploitation EIS and on April 3, 2014, MEM approved the Escobal exploitation concession for a period of 25 years. Upon filing of the Escobal exploitation concession application, three new exploration concessions (Oasis I, II, III) were requested to occupy the area liberated through elimination of the original Oasis concession. Similarly, new exploration concessions were requested over areas covered by the Andres (Andres I and II) on May 12, 2014 and Lucero (Lucero I and Lucerito) on August 8, 2014, after completion of the original seven year holding period on these concession areas.

26      Tahoe Resources Inc.

In addition to the granted exploration and exploitation licenses, applications for the Soledad and El Silencio reconnaissance licenses were submitted to MEM in 2006 and 2010, respectively. The granting of these license applications is still pending.

In an attempt to encourage revision of the mining law that had been proposed in 2012, Guatemala President Otto Perez Molina asked Congress in July to approve a two-year temporary moratorium on the granting of new mining and exploration licenses. Congress has taken no action on the proposal. The Company's existing licenses, including the Escobal exploitation license, have not been affected by the President's request.



The following table shows concession type, size and application/grant/expiry dates for all MSR concessions:

| Concession Name and License No. | Type | Area (km$^2$) | Application Date | Approval Date | 1st Extension Approved |
|---|---|---|---|---|---|
| SOLEDAD SR-03-06 | Recon. | 802.5 | 12/6/2006 | pending | |
| EL OLIVO SEXR-029-07 | Exploration | 36.0 | 5/18/2007 | pending | |
| JUAN BOSCO SEXR-089-08 | Exploration | 59.9 | 11/12/2008 | 5/9/2012 | |
| PUENTE QUEBRADO SEXR-049-09 | Exploration | 3.0 | 10/9/2009 | pending | |
| MELISSA SEXR-050-09 | Exploration | 3.0 | 10/9/2009 | pending | |
| VALENCIA SEXR-050-10 | Exploration | 7.0 | 8/23/2010 | pending | |
| GRANADA SEXR-054-10 | Exploration | 5.0 | 10/6/2010 | pending | |
| CRISTINA SEXR-055-10 | Exploration | 52.5 | 10/6/2010 | pending | |
| EL SILENCIO SR-06-10 | Recon. | 1,098.1 | 11/4/2010 | pending | |

Annual Information Form for the Year Ended December 31, 2015      27

048

| Concession Name and License No. | Type | Area $(km^2)$ | Application Date | Approval Date | 1st Extension Approved |
|---|---|---|---|---|---|
| CIPRESES SEXR-048-09 | Exploration | 3.0 | 10/09/2009 | pending | |
| PAJAL SEXR-058-11 | Exploration | 66.0 | 5/4/2011 | pending | |
| ESCOBAL LEXT-015-11 | Exploitation | 20.0 | 7/8/2011 | 04/03/2013 | |
| EL DURAZNO SEXR-104-11 | Exploration | 48.8 | 7/29/2011 | pending | |
| PAJARITA SEXR-104-11 | Exploration | 57.0 | 7/29/2011 | pending | |
| TERESA SEXR-109-11 | Exploration | 68.5 | 8/17/2011 | pending | |
| OASIS I SEXR-117-11 | Exploration | 12.8 | 8/31/2011 | pending | |
| OASIS II SEXR-118-11 | Exploration | 7.0 | 8/31/2011 | pending | |
| OASIS III SEXR-119-11 | Exploration | 0.2 | 8/31/2011 | pending | |
| LUCERO I SEXR-031-14 | Exploration | 30.88 | 8/8/2014 | pending | |
| LUCERITO SEXR-032-14 | Exploration | 15.03 | 8/8/2014 | pending | |
| ANDRES I SEXR-050-14 | Exploration | 32.00 | 12/5/2014 | pending | |
| ANDRES II SEXR-049-14 | Exploration | 12.00 | 12/5/2014 | pending | |

Yearly payments are made to MEM for each concession based on concession size and a graduating "concession age" factor. For exploration concessions the current holding cost amounts to approximately $400 to $1,200 per $km^2$ . For exploitation concessions a fixed cost of approximately $1,500 is charged per $km^2$ . Required payments are current for all concessions held by the Company.

There are no defined work requirements to keep an exploration concession valid, although exploration activity (sampling, mapping, etc.) must be conducted and results filed with the MEM on an annual basis. The Company has filed exploration activity reports with MEM for all exploration and exploitation concessions each year as required.

*Surface Rights*

In Guatemala, the surface rights are independent of mining rights and must be negotiated separately. There is no allowance for expropriation in Guatemala. Approximately 281 hectares of surface rights have been acquired or are under contract by the Company. These surface rights are sufficient to provide for our operations at the Escobal Mine, including areas for tailings disposal, waste rock disposal, processing plant, and ancillary surface facilities.

*Royalty*

For a discussion on the recent rulings by the Constitutional Court in Guatemala regarding royalties, see "Description of Our Business – Doing Business in Guatemala and Peru – Taxation – Royalties".

**PERMITS**

Operations at the Escobal Mine are conducted under permits and licenses issued by MEM and MARN. All required permits for surface and underground activities are in place. The environmental approvals and requirements for the Escobal Mine from MARN are specified in Resolution 3061-2011/DIGARN/ECM/beor, dated October 19, 2011. Exploitation activities are authorized by MEM through exploitation license LEXT 015-11, dated April 3, 2013. The export of concentrates from the Escobal Mine is licensed through MEM, with annual renewal requirements. The Company's export license (EXPORT 41-15) is current and valid.

**ENVIRONMENT**

We have implemented a comprehensive Environmental Impact Management Program developed specifically for the conditions at Escobal, which addresses operating, reporting, and mitigation procedures for surface and underground operations. Based on our due diligence in respect of the Escobal Acquisition, our completed and approved Exploitation EIS and our activities at the Escobal Mine since that time, we have identified and, where applicable, mitigated potential material environmental liabilities through our Environmental Impact Management Program.

Our environmental management mandate is to meet or exceed North American standards, practices and regulations. No impacted materials are directly discharged

049

from the site. Impacted water is treated when necessary to meet or exceed Guatemalan and industry standards prior to being released into the environment. Our Environmental Impact Management Program for the Escobal project commenced in 2011 and includes the following:

28      Tahoe Resources Inc.

- Filtered and dry stacked tailings;
- Lined storm water and waste water facilities;
- A concurrent reclamation program;
- Process water recovery and recycling;
- Process/contact water treatment systems;
- Surface and groundwater monitoring programs; and
- Underground paste backfill.

The Company estimates the present value of asset retirement obligations at $2.6 million to reclaim the Escobal Mine at the end of the mine life. As at December 31, 2015, we had recorded the full amount of this reclamation liability.

## GEOLOGY AND MINERALIZATION

The geological setting of Guatemala is comprised of two tectonic terrains juxtaposed across a major tectonic plate boundary. The northern half of Guatemala is on the North American plate, and the southern half is on the Caribbean plate with three major east-west trending faults forming the collision boundary. The Escobal Mine is on the Caribbean plate, south of the faults. The area is characterized by a series of volcanic units derived from multiple eruptive events. The Escobal deposit is an intermediate-sulfidation fault-related vein formed within Tertiary sedimentary and volcanic rocks within the Caribbean plate. The Escobal vein system hosts silver, gold, lead and zinc, with an associated epithermal suite of elements, within quartz and quartz-carbonate veins. Quartz veins and stockwork up to 50 metres wide, with up to 10% sulfides, form at the core of the Escobal deposit and grade outward through silicification, quartz-sericite, argillic and propylitic alteration zones.

Drilling to date has identified continuous precious and base metal mineralization over a 2,400 metre lateral distance and 1,200 metre vertical range in three zones which comprise the Escobal vein system; the East, West and Central zones. The vein system is oriented generally east-west, with variable dips. The East zone dips to the south from 60° to 75° and steepens to near-vertical at depth. The majority of the mineralized structure(s) in the West zone dips from 60° to 70° to the north, steepens to near-vertical and then again dips towards the north at depth. The upper eastern portion of the Central zone dips 60° to 70° to the south as in the East Zone, and changes to vertical or north dip at depth.

Drilling at the Escobal property was conducted by Entre Mares (Goldcorp) from 2007 up to the time of our acquisition of the Escobal property and the Company has continued drilling since that time. Drilling has been carried out from the surface and from underground using a combination of contracted and company-owned drills. All vein intercepts were drilled by diamond drill (core) methods, with the majority of mineralized intercepts drilled with NTW-size drill core.

## SAMPLE PREPARATION, ANALYSIS AND SECURITY

The drill core from the Escobal Mine is photographed, logged for geologic and geotechnical properties and sampled at the project site. Geologists determine sample intervals based on geologic and/or mineralogic changes. The drill core is generally sampled at 1.0 -meter to 1.5 -metre lengths though sample intervals can be defined from less than one metre in zones of discreet mineralization to over three metres in weakly mineralized or altered areas. Once the sample intervals are determined, the core is marked and tagged in wood core boxes.

Exploration core samples selected for analysis are cut lengthwise using mechanized diamond saws. One-half of the core is placed in a plastic sample bag with a sample tag while the remaining half core is replaced in the core box for future reference. The samples are then taken to SRLF where they are stored in Minera San Rafael's secured office/warehouse facility until they are picked up by Inspectorate, an independent commercial laboratory. Inspectorate operates a sample preparation facility in Guatemala City and couriers the sample pulps to their facility in Reno, Nevada USA for analysis. Inspectorate holds sample pulps in secured storage in Guatemala City.

Underground definition drill core is normally sampled in its entirety, with the samples placed in plastic bags with sample tags. Samples are stored in a secure location at the Escobal Mine site until they are either picked up by, or delivered to, Inspectorate. Inspectorate holds sample pulps in secured storage in Guatemala City and returns coarse reject to the mine.

Inspectorate has been the primary analytical laboratory for all Escobal Mine drill samples used to estimate Mineral Resources with only minor exceptions. Samples have been prepared and analyzed using industry-standard practices suitable for the mineralization at Escobal. Gold is analyzed by fire assay with atomic absorption ("AA") finish; silver is analyzed by digestion/AA, with higher grade samples repeated using fire assay and gravimetric methods. Lead and zinc are analyzed by induced coupled polarization or by digestion/AA, with high grade samples repeated using titration methods. Both Entre Mares and Tahoe conducted quality assurance and quality control ("QA/QC") programs throughout all of the drill campaigns at Escobal, which include check assaying and duplicate sample assaying at other laboratories, and the use of blind assay standards and assay blanks. In late 2015, the Company began utilizing their on-site laboratory for analysis of a portion of the underground stope definition drill core and intends to increase its use of the laboratory for this purpose over the coming year. Exploration samples will continue to be analyzed by an independent commercial laboratory.

Annual Information Form for the Year Ended December 31, 2015        29

*MINERAL RESOURCES*

The Mineral Resource estimate for the Escobal Mine as updated on January 1, 2016 (as disclosed in the January 14, 2016 press release) from the November 2014 Feasibility Study contains 389,437 thousand ounces of silver classified as Measured and Indicated Mineral Resources and 9,320 thousand ounces of silver classified as Inferred Mineral Resources, with significant amounts of gold, lead, and zinc reported in both resource categories. The effective date of the updated Escobal Mineral Resource estimate is January 1, 2016 calculated by subtracting mine depletion volumes from the Mineral Resources stated in the 2014 Feasibility Study. The update to the Mineral Resource estimate reported in the January 14, 2016 press release was completed by Matthew Blattman, P.E. of Blattman Brothers Consulting, LLC, a Qualified Person under NI 43-101. A summary of the Measured, Indicated and Inferred Mineral Resources, using a cut-off grade of 130 g/t silver-equivalent, is provided in the following table:

| January 2016: SUMMARY OF MINERAL RESOURCES | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Classification | Tonnes (M) | Silver (g/t) | Gold (g/t) | Lead (%) | Zinc (%) | Silver (Moz) | Gold (koz) | Lead (kt) | Zinc (kt) |
| Measured Mineral Resources | 4.9 | 470 | 0.39 | 0.87 | 1.53 | 74,080 | 61.6 | 42.9 | 75 |
| Indicated Mineral Resources | 31.6 | 310 | 0.32 | 0.69 | 1.12 | 315,357 | 323.4 | 217.4 | 355.5 |
| **Measured & Indicated Mineral Resources** | 36.5 | 332 | 0.33 | 0.71 | 1.18 | 389,437 | 385.0 | 260.2 | 430.5 |
| Inferred Mineral Resources | 1.4 | 205 | 1.11 | 0.24 | 0.45 | 9,320 | 50.4 | 3.4 | 6.3 |

Mineral Resources for the Escobal vein were estimated from approximately 58,600 samples obtained from 842 surface and underground diamond drill core holes, totaling 231,326 metres. Data verification for the Mineral Resources as reported in the November 2014 Feasibility Study was supervised by Paul Tietz, CPG, of MDA. Data verification included verification of drill locations in the field, review of sample handling and data collection procedures, and independent verification sampling/assaying of drill core. MDA also completed a full audit of the Escobal database, analysis of the QA/QC data and a study of core recovery and its relationship to metal grades.

MDA modeled and estimated the Escobal Mine Mineral Resources by refining the geologic model, evaluating the drill data statistically, interpreting mineral domains on cross sections and level plans, analyzing the modeled mineralization statistically to establish estimation parameters, and estimating silver, lead, gold, and zinc grades into a three-dimensional block model using inverse distance cubed (ID $^3$ ).

Silver-equivalent value for determining the resource cut-off grade was calculated using metal prices of $22.00/oz Ag, $1,325/oz Au, $1.00/lb Pb, and $0.95/lb Zn, with no metal recovery factors applied.

*MINERAL RESERVES*

The Escobal Proven and Probable Mineral Reserves at January 1, 2016 total 29.1 million tonnes at average grades of 332 g/t Ag, 0.33 g/t Au, 0.73% lead and 1.19% zinc containing 310,418 thousand ounces of silver, 304.6 thousand ounces of gold, 211.9 thousand tonnes of lead and 346.9 thousand tonnes of zinc. The updated Mineral Reserves were calculated by subtracting mine depletion volumes from the Mineral Reserves stated in the 2014 Feasibility Study. The update to the Mineral Reserve estimate reported in the January 14, 2016 press release was completed by Matthew Blattman, P.E. of Blattman Brothers Consulting, LLC, a Qualified Person under NI 43-101. A summary of the Escobal Mineral Reserves estimate at January 1, 2016 is provided in the following table:

| NOVEMBER 2014 ESCOBAL FEASIBILITY STUDY: SUMMARY OF MINERAL RESERVES | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Classification | Tonnes (M) | Silver (g/t) | Gold (g/t) | Lead (%) | Zinc (%) | Silver (Moz) | Gold (koz) | Lead (kt) | Zinc (kt) |
| Proven Mineral Reserves | 4.5 | 416 | 0.34 | 0.81 | 1.41 | 60,075 | 49.3 | 36.2 | 63.5 |
| Probable Mineral Reserves | 24.6 | 317 | 0.32 | 0.71 | 1.15 | 250,343 | 255.3 | 175.7 | 283.4 |
| **Proven & Probable Mineral Reserves** | 29.1 | 332 | 0.33 | 0.73 | 1.19 | 310,418 | 304.6 | 211.9 | 3,486.9 |

The Escobal Mineral Reserves for the 2014 Feasibility Study were estimated by Matthew Blattman, P.E., of Blattman Brothers Consulting LLC. Blattman completed a mine design and schedule from the Measured and Indicated Resources based on the actual production and development methods and rates from the Escobal Mine.

Cut-off grades to define the Mineral Reserves were calculated from the NSR value of the resource model blocks minus the production cost to account for variability in mining method and metallurgical response. NSR value was determined using metal prices of $22.50 per ounce silver, $1,300.00 per ounce gold, $0.95 per pound lead and $0.90 per pound zinc. By using a slightly optimistic value for silver, the continuity of the ore-grade mineralization along the edges of the mineral deposit provided for more realistic stope design. Mining, processing and general and administrative (G&A) costs, metallurgical performance and smelter contract rates from the Escobal Mine, and engineering first-principles were used to derive operating costs and revenue.

Proven and Probable Mineral Reserves include 31% dilution that takes into account internal and external mining dilution and dilution from paste backfill where applicable. Subeconomic material internal to the stope designs and external mining dilution account for approximately 20% and 9% of the dilution total, respectively. Paste backfill dilution accounts for about 2%. Resources within the mine plan classified as Inferred have been given metal grades of zero. Blattman acknowledges that lower dilution rates may be attainable when mining.

Mineral Reserves are inclusive of Mineral Resources.

30      Tahoe Resources Inc.

Mineral Reserves are inclusive of Mineral Resources.

*MINING*

The Escobal Mine is accessed via two primary declines (East Central and West Central ramps) which provide access to the Central and West zones of the deposit. The East Zone is accessed by a third internal primary ramp driven from the East Central ramp. Accesses to the orebody are driven from the main ramp system to establish sublevel footwall laterals drifts driven parallel to the vein on 25m vertical intervals. Primary and secondary development headings are mined 5 m wide by 6 m high with arched backs. The primary ramps are typically driven at a maximum gradient of -15%.

Underground development of the Escobal Mine commenced in May 2011, with construction of the East Central and West Central decline portals; after which ramp development began. Through the end of 2015, approximately 14,900 metres of capital development and 400 metres of vertical development (ventilation raises) have been completed.

Mining is being done by transverse longhole stoping with future mining by a combination of transverse and longitudinal longhole stoping. The stopes are accessed from the footwall laterals. Through the end of 2015, approximately 17,000 metres of stope development has been completed. Ore is hauled to the surface by truck to the ore stockpile, located proximal to the primary crusher. Development waste rock is hauled by truck to the surface and used as construction material for the dry stack tailings buttress.

Filtered tails from the process plant are combined with cement and water to make a structural fill (paste backfill) for filling the underground voids produced from stope mining. The paste backfill plant is centrally located on the surface above the Central zone and produces backfill for delivery via a system of ceramic-lined steel and HDPE pipe into the mine for placement in the mined-out stopes to provide stability to the excavated openings and allow for maximum recovery of the resource. Approximately 606,600 m$^3$ of paste backfill was placed in the mine during 2015.

The 2014 Feasibility Study life of mine plan as of July 1, 2014 forecasts the Escobal Mine to produce a total of 31.4 million tonnes of ore at average grades of 347 g/t silver, 0.33 g/t gold, 0.74% lead and 1.21% zinc. The life of mine production by year is summarized in the following table.

**Escobal Life of Mine Production**

| Year | Tonnes | Ag g/t | Au g/t | Pb % | Zn % | Ag Ounces | Au Ounces | Pb lbs | Zn lbs |
|---|---|---|---|---|---|---|---|---|---|
| 2014 (H2) | 658 | 542 | 0.38 | 0.74 | 1.27 | 11,466 | 8 | 10,744 | 18,442 |
| 2015 | 1,529 | 482 | 0.36 | 0.68 | 1.19 | 23,707 | 18 | 23,033 | 40,153 |
| 2016 | 1,624 | 441 | 0.31 | 0.65 | 1.13 | 23,007 | 16 | 23,377 | 40,622 |
| 2017 | 1,658 | 442 | 0.32 | 0.67 | 1.12 | 23,555 | 17 | 24,668 | 40,803 |
| 2018 | 1,642 | 442 | 0.32 | 0.67 | 1.13 | 23,337 | 17 | 24,399 | 40,780 |
| 2019 | 1,633 | 442 | 0.40 | 0.66 | 1.11 | 23,200 | 21 | 23,816 | 40,107 |
| 2020 | 1,633 | 442 | 0.61 | 0.82 | 1.39 | 23,202 | 32 | 29,553 | 50,063 |
| 2021 | 1,631 | 442 | 0.27 | 0.46 | 0.78 | 23,184 | 14 | 16,436 | 27,991 |
| 2022 | 1,619 | 398 | 0.34 | 0.61 | 1.01 | 20,706 | 18 | 21,894 | 36,181 |
| 2023 | 1,643 | 266 | 0.27 | 0.56 | 1.03 | 14,056 | 15 | 20,431 | 37,138 |
| 2024 | 1,650 | 278 | 0.34 | 0.63 | 1.04 | 14,719 | 18 | 22,995 | 37,728 |
| 2025 | 1,635 | 283 | 0.33 | 0.63 | 1.11 | 14,904 | 17 | 22,588 | 39,922 |
| 2026 | 1,647 | 332 | 0.41 | 0.75 | 1.31 | 17,596 | 22 | 27,259 | 47,583 |
| 2027 | 1,639 | 312 | 0.44 | 0.81 | 1.50 | 16,416 | 23 | 29,372 | 54,239 |
| 2028 | 1,642 | 272 | 0.37 | 0.86 | 1.47 | 14,378 | 20 | 31,056 | 53,368 |
| 2029 | 1,654 | 266 | 0.32 | 0.75 | 1.27 | 14,130 | 17 | 27,429 | 46,209 |
| 2030 | 1,638 | 243 | 0.28 | 0.87 | 1.41 | 12,817 | 15 | 31,291 | 50,823 |
| 2031 | 1,637 | 251 | 0.17 | 0.80 | 1.02 | 13,188 | 9 | 28,850 | 36,675 |
| 2032 | 1,660 | 246 | 0.17 | 1.07 | 1.27 | 13,118 | 9 | 39,233 | 46,472 |
| 2033 | 1,362 | 224 | 0.25 | 1.08 | 1.80 | 9,797 | 11 | 32,453 | 53,956 |
| Total | 31,433 | 347 | 0.33 | 0.74 | 1.21 | 350,484 | 336 | 510,876 | 839,255 |

054

## PROCESSING

Ore from the Escobal Mine is processed by differential flotation producing lead concentrates with high precious metal (silver and gold) grades and zinc concentrates with a lesser precious metal component. The original design basis for the processing facility was 3,500 tonnes of ore per day or 1.28 million tonnes per year; though the installed crushing, grinding, flotation and concentrate processing components were sized for the contemplated increased throughput rate of 4,500 tpd which was achieved in August 2015. Mill commissioning was initiated in the second half of 2013 with the first metal concentrates produced on September 30, 2013. The Company declared commercial production in January 2014 with the completion of mill commissioning and continued to ramp up the mill throughput rate through the first half of 2014. The Escobal ore processing facility is operating at the increased design levels and with metal recoveries generally meeting or exceeding design expectations.

Ore is transported from the underground mine to a stockpile located proximal to the primary crusher, from where it is delivered by front end loader to the crusher. The ore is reduced via a three stage crushing circuit followed by a single ball mill. Metal is recovered from the ball mill discharge by a conventional lead-zinc differential flotation circuit consisting of tank cells with separate circuits for lead and zinc. Lead and zinc concentrates produced at the concentrator facility are filtered, packaged into super sacks which are placed in containers and loaded onto trucks for shipment to port for delivery to commercial concentrate smelters and metal refineries.

Since the declaration of commercial production, the Escobal plant has processed 2.75 million tonnes of ore at average grades of 532 g/t Ag, 0.40 g/t Au, 0.84% Pb, and 1.34% Zn; producing 40.7 million ounces of silver, 22,635 ounces of gold, 21,041 tonnes of lead, and 33,611 tonnes of zinc contained in concentrate. Metal recovery into concentrates averaged 86.5% for silver, 63.4% for gold, 88.2% for lead, and 76.3% for zinc.

The following table summarizes the life of mine process plant throughput schedule and metal production (metal recovered in concentrate) as of July 1, 2014 as presented in the 2014 Feasibility Study.

**Escobal Life of Mine Process Plant Operations**

| Year | Throughput | | | | | Metal Recovered in Concentrates | | | |
|------|--------|-------|-------|------|------|-----------|-----------|-----------|-----------|
| | Tonnes | Ag g/t | Au g/t | Pb % | Zn % | Ag Ounces | Au Ounces | Pb lbs | Zn lbs |
| 2014(H2) | 684* | 527 | 0.37 | 0.76 | 1.27 | 10,138 | 5 | 10,243 | 14,514 |
| 2015 | 1489 | 483 | 0.36 | 0.68 | 1.19 | 20,074 | 11 | 19,979 | 29,550 |
| 2016 | 1,643 | 442 | 0.31 | 0.65 | 1.14 | 20,133 | 10 | 20,978 | 30,953 |
| 2017 | 1,643 | 442 | 0.32 | 0.67 | 1.12 | 20,130 | 10 | 21,704 | 30,376 |
| 2018 | 1,643 | 442 | 0.32 | 0.67 | 1.13 | 20,131 | 10 | 21,682 | 30,644 |
| 2019 | 1,643 | 442 | 0.40 | 0.66 | 1.11 | 20,132 | 13 | 21,266 | 30,310 |
| 2020 | 1,643 | 442 | 0.60 | 0.82 | 1.38 | 20,133 | 21 | 26,770 | 38,330 |
| 2021 | 1,643 | 442 | 0.27 | 0.46 | 0.79 | 20,136 | 8 | 14,431 | 20,889 |
| 2022 | 1,643 | 399 | 0.34 | 0.61 | 1.01 | 17,987 | 11 | 19,486 | 27,247 |
| 2023 | 1,643 | 266 | 0.27 | 0.56 | 1.03 | 11,573 | 8 | 17,845 | 27,686 |
| 2024 | 1,643 | 278 | 0.34 | 0.63 | 1.04 | 12,113 | 11 | 20,221 | 28,034 |
| 2025 | 1,643 | 283 | 0.33 | 0.63 | 1.11 | 12,393 | 11 | 20,017 | 30,081 |
| 2026 | 1,643 | 332 | 0.41 | 0.75 | 1.31 | 14,745 | 14 | 24,406 | 36,135 |
| 2027 | 1,643 | 312 | 0.44 | 0.81 | 1.50 | 13,749 | 15 | 26,632 | 41,865 |
| 2028 | 1,643 | 272 | 0.37 | 0.86 | 1.47 | 11,870 | 12 | 28,253 | 41,074 |
| 2029 | 1,643 | 266 | 0.32 | 0.75 | 1.27 | 11,549 | 10 | 24,460 | 38,844 |
| 2030 | 1,643 | 244 | 0.28 | 0.87 | 1.41 | 10,518 | 9 | 28,534 | 39,033 |
| 2031 | 1,643 | 251 | 0.17 | 0.80 | 1.02 | 10,833 | 5 | 26,155 | 27,454 |
| 2032 | 1,643 | 246 | 0.17 | 1.07 | 1.27 | 10,661 | 5 | 35,924 | 34,922 |
| 2033 | 1,381 | 224 | 0.25 | 1.08 | 1.79 | 8,067 | 6 | 30,471 | 42,509 |
| **Total** | **31,476** | **347** | **0.33** | **0.74** | **1.21** | **297,004** | **204** | **459,459** | **636,449** |

*includes stockpiled ore as of July 1, 2014

32      Tahoe Resources Inc.

## TAILINGS AND WASTE ROCK FACILITY

Tailings produced by the Escobal process facility are filtered to approximately 16% to 18% moisture prior to delivery to the paste backfill plant or surface repository. Rather than using a traditional pond system, tailings produced by the Escobal process facility that are not returned to the underground mine as paste backfill are "dry stacked" on the surface in an engineered facility. Unlike conventional tailings impoundments which are designed to retain water and tailings behind dam embankments and require large surface areas, dry stack facilities require a smaller footprint, have long-term structural integrity, and maximize water conservation.

The Escobal dry stack facility is built using development rock from the mine to construct rock buttresses at the face of the facility on 5-metre high lifts. Filtered tailings are trucked to the facility and placed behind the rock buttresses in 30-centimetre layers and compacted to minimize infiltration from precipitation. This process will be repeated throughout the life of the mine. The facility is underlain by a system of underdrains to collect water that may seep through the tailings and to divert shallow downslope-migrating groundwater. Surface waters are diverted around the facility through a series of water diversion channels constructed along the upslope perimeter of the facility.

The construction method of the Escobal dry stack facility allows for concurrent reclamation as each lift is completed, which will greatly simplify the closure of the facility in an environmentally sound manner at the end of the mine life. As successive lifts of the dewatered tails are placed and compacted behind the perimeter rock buttresses, the lower rock slopes are covered with stockpiled topsoil and re-vegetated. At final closure, the vegetated slope will replicate the natural slopes of the surrounding topography.

## TRANSPORTATION AND LOGISTICS

Guatemala has ports on both the Pacific and the Caribbean coasts. Access to the mine site from both ports is on paved highway. Filtered concentrate is placed in one or two tonne super-sacks, placed in sea-going containers, and carried on highway tractor trailer units along paved highway to port for shipment to international smelters.

## RECLAMATION

The entire facility for the Escobal Mine has been designed and constructed with closure in mind, to the greatest extent practicable. The facilities are designed and operated to minimize the footprint and areas of disturbance and to utilize the most advanced planning and reclamation techniques available including dry stack tailings, concurrent reclamation and geomorphic landform grading.

The disturbance footprint of the Escobal Mine site is approximately 100 hectares. Reclamation is conducted concurrent with operations by placing salvaged topsoil on outslopes and encouraging vegetation. Final reclamation of the surface will occur at final closure at the end of mine life. The present value of asset retirement obligations for the Escobal Mine is currently estimated at $2.6 million.

## OPERATING COSTS

The 2014 Feasibility Study operating costs for the Escobal Mine were calculated for each year of the mine life using the annual production tonnages and the actual mining, milling, and site general and administration (G&A) costs from the mine's initial year of production as the basis. The following table summarizes the Escobal Mine average life of mine operating costs.

**Escobal Operating Costs**

| Operating Cost | $/ore tonne |
|---|---|
| Mine | $37.23 |
| Process Plant | $22.83 |
| General Administration | $15.06 |
| **Production Cost** | **$75.13** |
| Smelting/Refining Treatment | $26.64 |
| **Total Operating Cost** | **$101.77** |

*Figures may not sum due to rounding

Annual Information Form for the Year Ended December 31, 2015    33

*CAPITAL COSTS*

As of July 1, 2014, the 2014 Feasibility Study estimates life of mine sustaining capital of approximately $301.2 million expended over 19.5 years. About 50% of the sustaining capital is for primary underground development; the remaining 50% is divided between mine infrastructure and utilities, underground mobile equipment purchases and rebuilds, surface equipment, annual ball mill liner replacement, and miscellaneous site G&A. Total life of mine capital, including expansion capital, totals $325.5M.

The total capital carried in the 2014 Feasibility Study financial model for the Escobal Mine is shown in the following table.

**Life of Mine Capital Summary**

| Year | Cost Estimate (000s) |
|---|---|
| 2014 Expansion* Sustaining* | $ 5,549 $ 14,442 |
| 2015 Expansion Sustaining | $ 14,220 $ 30,757 |
| 2016 Expansion Sustaining | $ 4,545 $ 17,831 |
| 2017 Sustaining | $ 19,117 |
| 2018 Sustaining | $ 20,194 |
| 2019 Sustaining | $ 23,258 |
| 2020 Sustaining | $ 12,360 |
| 2021 Sustaining | $ 12,151 |
| 2022 Sustaining | $ 17,054 |
| 2023 Sustaining | $ 18,301 |
| 2024 Sustaining | $ 25,480 |
| 2025 Sustaining | $ 15,476 |
| 2026 Sustaining | $ 15,640 |
| 2027 Sustaining | $ 12,851 |
| 2028 Sustaining | $ 11,334 |
| 2029 Sustaining | $ 13,828 |
| 2030 Sustaining | $ 9,419 |
| 2031 Sustaining | $ 5,205 |
| 2032 Sustaining | $ 3,666 |
| 2033 Sustaining | $ 2,814 |
| **Total** | **$ 325,493** |

*July–December 2014

Expansion and sustaining capital are expected to be financed from cash flow from the Escobal Mine production.

34      Tahoe Resources Inc.

*FINANCIAL ANALYSIS*

The 2014 Feasibility Study economic analysis indicates the Escobal Mine has an NPV5% of $1.52 billion using base case metal prices of $18.00/oz silver, $1,300.00/oz gold, $0.95/lb lead and $0.90/lb zinc. The financial analysis does not present an internal rate of return (IRR), as it is a less meaningful metric for this study of the Escobal Mine. In this study, all capital costs prior to July 1, 2014, are considered to be sunken. The calculated return on investment is magnified by the significant mine cash flows offset by the exclusion of the initial capital investment in the calculation and would exaggerate any IRR calculated. Net Present Value provides a more accurate and meaningful economic assessment of the mine.

Sensitivity analyses were done using changes to metal prices, silver prices only (no change to base case gold, lead and zinc prices), operating costs, capital costs and metallurgical recovery; the results of which are summarized in the following table.

**Sensitivity Analysis – NPV after Taxes**

| | | NPV @ 0% | NPV @ 5% | NPV @ 10% |
|---|---|---|---|---|
| **Change in Metal Prices** | | | | |
| | 20% | $3,100,197 | $2,288,349 | $1,805,971 |
| | 10% | $2,556,373 | $1,902,019 | $1,510,006 |
| Base Case | 0% | $2,012,550 | $1,515,689 | $1,214,041 |
| | -10% | $1,526,811 | $1,160,056 | $935,374 |
| | -20% | $1,029,418 | $800,057 | $654,775 |
| **Change in Silver Prices** | | | | |
| | $25.00 | $3,740,225 | $2,761,565 | $2,179,556 |
| | $22.00 | $2,999,793 | $2,227,618 | $1,765,764 |
| Base Case | $20.00 | $2,506,171 | $1,871,653 | $1,489,902 |
| | $18.00 | $2,012,550 | $1,515,689 | $1,214,041 |
| | $15.00 | $1,329,003 | $1,012,566 | $818,096 |
| **Change in Operating Cost** | | | | |
| | 20% | $1,605,357 | $1,228,547 | $995,688 |
| | 10% | $1,776,080 | $1,354,731 | $1,095,059 |
| Base Case | 0% | $2,012,550 | $1,515,689 | $1,214,041 |
| | -10% | $2,249,020 | $1,676,647 | $1,333,023 |
| | -20% | $2,485,489 | $1,837,605 | $1,452,005 |
| **Change in Initial Capital** | | | | |
| | 20% | $2,007,687 | $1,510,869 | $1,209,261 |
| | 10% | $2,010,119 | $1,513,279 | $1,211,651 |
| Base Case | 0% | $2,012,550 | $1,515,689 | $1,214,041 |
| | -10% | $2,014,981 | $1,518,099 | $1,216,431 |
| | -20% | $2,017,413 | $1,520,508 | $1,218,821 |
| **Change in Recovery** | | | | |
| | 2.0% | $2,106,005 | $1,582,562 | $1,265,556 |
| | 1.0% | $2,059,277 | $1,549,125 | $1,239,799 |
| Base Case | 0.0% | $2,012,550 | $1,515,689 | $1,214,041 |
| | -1.0% | $1,965,823 | $1,482,253 | $1,188,284 |
| | -2.0% | $1,919,095 | $1,448,816 | $1,162,526 |

058

## CONCLUSIONS AND RECOMMENDATIONS

The authors of the 2014 Feasibility Study concluded the results of the Study demonstrated:

- Proven and Probable reserves are supported by the feasibility of the Escobal Mine.
- Operating results to date validate the mining method and process design for the Escobal Mine.
- Mine and mill expansion from the current rate to 4500 t/d is achievable with minimal additional capital expenditure.

The authors further recommended:

- Tahoe continue to aggressively explore for extensions or offsets of the Escobal vein, or to accelerate its district exploration programs, to provide higher mining grades beyond 2022.
- Concurrent with the prior recommendation, initiate studies to investigate increased mining and throughput rates to grow the annual silver production in the second half of the mine life.
- Tahoe continue investigating lower cost alternatives to the current diesel generated power at the mine site. M3 believes lower power costs have the opportunity to provide significant operating cost savings in the near term.
- Critical evaluation of operating and capital costs. Now that the Escobal Mine has reached design operational parameters, Tahoe should begin to focus on optimizing mining and processing procedures in an effort to reduce operating costs. Reductions in primary development mining costs and increased equipment utilization would have a direct positive impact on the life of mine sustaining capital requirements.
- Metallurgical studies to determine if silver and gold metallurgical recoveries can be improved as incremental increases in metal recovery, particularly for silver, may have a significant positive impact on the long-term cash flow from the mine.
- Critical evaluation of mining dilution. M3 believes there are opportunities to incrementally increase mining grades without additional costs by reducing the dilution included in the mine plan. In addition, future resource modeling efforts should incorporate methods to better depict grade domain boundaries in the resulting model blocks to allow for a more accurate estimate of mining dilution.
- Tahoe performs annual geotechnical and water management performance reviews of the tailings dry stack to ensure stability and reclamation success.

## LA ARENA MINE

### RECENT ACTIVITIES AT THE LA ARENA MINE

In 2015, the La Arena Mine produced a total of 230,436 ounces of gold in doré, with 174,025 ounces of gold attributable to Tahoe's account (i.e., post April 1, 2015 production). From April 1, 2015 through the end of 2015, a total of 9.34 million tonnes of ore and 17.25 million tonnes of waste were mined for a strip ratio of 1.85. A total of 9.68 million tonnes of ore at an average grade of 0.61 g/t Au from the open pit and existing stockpile were placed on the leach pad.

At January 1, 2016 Measured and Indicated Mineral Resources for the La Arena oxide mine totalled 120.8 million tonnes at an average grade of 0.32 g/t Au, containing 1.24 million ounces of gold. Proven and Probable Mineral Reserves for the La Arena oxide mine totalled 80.3 million tonnes at an average grade of 0.36 g/t Au, containing 919,000 ounces of gold. Mineral Resources and Mineral Reserves for the La Arena oxide mine were updated by subtracting mine depletion volumes from the Mineral Resources and Mineral Reserves as reported in the February 2015 La Arena NI 43-101 Technical Report.

### PROPERTY DESCRIPTION

The La Arena Project is located in northern Peru, 480 km NNW of Lima, Peru, in the Huamachuco District. The project is situated in the eastern slope of the western Cordillera, close to the continental divide at an average altitude of 3,400 metres above sea level. The region displays a particularly rich endowment of metals (Cu-Au-Ag) occurring in porphyry and epithermal settings, including the Lagunas Norte mine at Alto Chicama, the Comarsa mine, La Virgen mine, Rio Alto's Shahuindo exploration project.

The project can be accessed via a 165 km national roadway from the coastal city of Trujillo directly east towards Huamachuco, passing through Chiran, Shorey/Quiruvilca and the Lagunas Norte project (Barrick Gold Corporation). The topography in the project area is relatively smooth with undulating hills. Elevations vary between 3,000 and 3,600 meters above sea level. In general, the slopes are stable with grades varying between 16º and 27º, and the land is covered with vegetation typical of the area.

Average annual temperature data recorded from the La Arena meteorological station in 2013 was 10.6ºC. The maximum recorded temperature is 22.6°C and the minimum is 0.4ºC. Historically, total average annual rainfall has been estimated at 1124 mm/annum and the average total annual evaporation rate in 733 mm/annum. The average relative humidity varies monthly between 77% and 88%. Maximum precipitation usually occurs during the months of October through to March while the months of June to September are the driest. The maximum daily precipitation recorded to date at the La Arena site was 245.6 mm in February 2012 while the minimum precipitation of 0 mm was recorded in July 1998.

The La Arena Mine site was connected to the Peruvian power supply grid in September 2014.

36      Tahoe Resources Inc.

## HISTORY

Gold mineralization at La Arena was first discovered by Cambior Inc. in December 1994. Cambior staked a claim for mining concessions of 1,800 hectares over the current La Arena oxide and sulfide deposits in January 1995. The mining concessions comprising the La Arena Project passed to Iamgold following its acquisition of Cambior in 2006.

Rio Alto entered into an option and earn-in agreement with Iamgold Quebec Management Inc. in June 2009 which provided it with an option to acquire 100% of La Arena S.A., the Peruvian company that owned the La Arena Project, upon payment of $47.6 million cash, subject to certain adjustments and the completion of expenditure commitments. On February 9, 2011, Rio Alto announced that it had exercised its option and acquired 100% of the La Arena Project upon payment of the exercise price of $49.0 million. Tahoe completed its acquisition of Rio Alto in April 2015 and assumed ownership of the La Arena Project.

## LA ARENA FEASIBILITY STUDIES

Six NI 43-101 Technical Reports have been completed on the La Arena Project as follows:

- Coffey Mining in March 2008;
- Coffey Mining in July 2010;
- Kirk Mining Consultants in September 2011;
- Kirk Mining Consultants in January 2013;
- Mining Plus Peru SAC in March 2014; and
- Mining Plus Peru SAC in February 2015.

Mining Plus Peru SAC was commissioned by the Company to prepare a NI 43-101 technical report of the La Arena oxide gold mine and copper-gold sulfide project in Peru. The following two events triggered an updated NI 43-101 report for La Arena:

1. An update gold oxide reserve and resource estimates for oxide project as additional data from a reverse circulation infill drill program was available. Gold inventory has been updated as a result of the in-fill drilling program completed with updated cost estimates; and

2. The Pre-Feasibility Study on the sulfide Cu-Au deposit, also known as La Arena Phase II, has been finalized. A Pre-Feasibility Study was completed in January 2015 by Ausenco on the Cu-Au sulfide material located on the east side of the current oxide pit. There have been no changes in the mineral resources on the sulfide deposit.

The report was issued on February 27, 2015 with an effective date of December 31, 2014.

The following descriptions of the La Arena Project are summarized from the NI-43-101 Technical Report entitled "La Arena Project, Peru" prepared by Mining Plus Peru SAC on behalf of Rio Alto with an effective date of December 31, 2014 and issued on February 27, 2015 (the "La Arena 2015 Technical Report"). A more complete description of the La Arena Mine may be found within the La Arena 2015 Technical Report, a copy of which is available on the Company's profiles on SEDAR and EDGAR. Unless stated otherwise, information in this section is summarized, complied, extracted or incorporated by reference from the La Arena 2015 Technical Report. Scientific and technical information in this AIF relating to updates to the La Arena Mine disclosure since the date of the La Arena 2015 Technical Report has been verified by Charles Muerhoff, the Company's Vice President Technical Services and Qualified Person as defined by NI 43-101.The La Arena 2015 Technical Report was prepared on behalf of the Company in accordance with NI 43-101 by Qualified Persons. Defined terms used in this summary shall have the meanings ascribed to such terms in the La Arena 2015 Technical Report. The reference numbers of the tables and figures set out in this section are those attributed by the La Arena 2015 Technical Report. For a complete description of the assumptions, qualifications and procedures associated with the following information, reference should be made to the full text of the La Arena 2015 Technical Report. Readers are encouraged to read the full La Arena 2015 Technical Report.

060

*MINERAL TENURE, SURFACE RIGHTS, AND ROYALTIES*

The mineral concessions pertaining to the La Arena Project have a total available area of approximately 33,140 hectares and are fully owned and registered in the name of La Arena S.A., a wholly-owned subsidiary of Rio Alto. The mining concessions are in good standing. Based on publicly available information, no litigation or legal issues related to the mining concessions comprising the project are pending.

**La Arena Mine Concession Map**

The mineral resources identified so far in the La Arena deposit are completely contained within the mining concession "Maria Angola 18". This mining concession is free of any underlying agreements and/or royalties payable to previous private owners. However, the Ferrol N°5019, Ferrol N°5026 and Ferrol N°5027 mining concessions, which are partially overlapped by Maria Angola 18, are subject to a 2% Net Smelter Return (NSR) royalty, payable to their previous owners. Mining concessions Florida I, Florida IA, Florida II, Florida IIA, Florida III and Florida IIIA are subject to a 1.6% NSR royalty. Mining concessions Peña Colorada, Peña Colorada I, Peña Colorada II and Peña Colorada III are subject to a 1.4% NSR royalty.

*PERMITS*

The La Arena Project is subject to various Peruvian mining laws, regulations and procedures. Mining activities in Peru are subject to the provisions of the Uniform Code of the General Mining Law ("General Mining Law"), which was approved by Supreme Decree No. 14-92-EM on June 4, 1992, and its subsequent amendments and regulations, as well as other related laws. Under Peruvian law, the Peruvian State is the owner of all mineral resources in the ground. The rights to explore for and develop these mineral resources are granted by means of the "Concession System".

Mining concessions are considered immovable assets and are therefore subject to being transferred, optioned, leased and/or granted as collateral (mortgaged) and, in general, may be subject to any transaction or contract not specifically forbidden by law. Mining concessions may be privately owned and the participation in the ownership of the Peruvian State is not required. Buildings and other permanent structures used in a mining operation are considered real property accessories to the concession on which they are situated.

The Company has received all permits necessary to operate the La Arena oxide mine.

*ENVIRONMENT*

The La Arena oxide mine operates under an existing Environmental Impact Assessment (EIA) which was approved on July 20, 2010. La Arena is actively working to ensure the commitments and recommendations of the EIA are followed, including environmental monitoring and social management plan programs. Currently the La Arena gold oxide dump leach mine is working at full capacity of the production permit of 35,990 tpd.

38      Tahoe Resources Inc.

An environmental assessment report for the Phase II copper-gold sulfide project was initiated in the fourth quarter of 2012 and was presented to the Ministry of Energy and Mines in June 2013. This study was approved December 27, 2013. The surface footprint of this permit is not outside the footprint of the initial EIA for the oxide mine and according to the current regulations was treated as a modification of the original EIA. New environmental commitments include water quality monitoring stations, air, noise quality and social management programs. All the new commitments result from a compilation and update of all plans and programs currently ongoing at the operation.

### GEOLOGY AND MINERALIZATION

The La Arena (Au, and Cu-Au) Project is located in a prolific metallogenic province that contains many precious and polymetallic mines and projects such as; Lagunas Norte (Au-Ag), Santa Rosa (Au), La Virgen (Au), Quiruvilca (Ag-Base Metals), Tres Cruces (Au), Shahuindo (Au-Ag) and Igor (Au-Cu).

The La Arena oxide gold project consists of mineralization which is predominantly of an epithermal high sulfidation style, hosted in oxidized sandstone-breccia within the Chimu Formation.

The Cu-Au-(Mo) sulfide mineralization is hosted in a multi-stage porphyry intrusion. The La Arena Porphyry outcrops to the east from the Calaorco and Ethel zones of the oxide deposit. The style of mineralization is typically porphyritic with at least four intrusive events identified. The intrusive rocks vary from dacitic to andesitic, differentiated by texture and composition.

### EXPLORATION

Up until the effective date of the La Arena 2015 Technical Report, a total of 284,782 m had been drilled at La Arena. The drilled metres are evenly split between reverse circulation (RC), at 141,591 m (49.7% of the total), and core drilling (DC) at 143,191 m (51.3% of the total).

The oxide deposit had 19,733m of core drilling and 114,281m of reverse circulation drilling, for a total of 134,014 metres. The sulfide had 121,858 m of core drilling and 28,910 m of reverse circulation drilling, for a total of 150,768 metres.

During the 2014 period, 22,087 m of reverse circulation drilling were completed into the oxide deposit and 4,487 m were completed into the sulfide deposit as part of the sterilization program near the Phase II sulfide project.

### SAMPLE PREPARATION, ANALYSIS AND SECURITY

Diamond drill core was logged in detail for geological, structural and geotechnical information, including RQD and core recovery. Whole core was routinely photographed. Core recovery was recorded for all drill holes. Core recovery is generally 90-95% or higher and infrequently <80%. The lower recoveries occur mainly in the more weathered, upper parts of the deposit.

Core samples are generally 2 m long, with sample breaks corresponding to geologic contacts. Core has not been orientated for structural measurements, except for 18 holes drilled for the Phase II geotechnical program in 2012. Sampling of core from exploration programs prior to 2011 consisted of chiselling the core in half. It has been noted that when the core had been split using the chisel method, the remaining half core was completely fractured, and that silicified core was generally not well split or sampled using this technique. The standard procedure for core sampling from 2011 onwards consists of cutting the core lengthways, with a diamond saw, with half-core is sent for assay.

Diamond core samples are numbered and collected in individual plastic bags with sample tags inserted inside. Each sample batch is made up of approximately 73 samples, including 3 quality control blanks, 3 standards and 3 field duplicates. Each work order consists of a rice bag with samples along with an order list of which one copy is sent to the laboratory in Lima and another copy retained on site. Bags are closed with tie-wraps.

Reverse circulation drill cuttings were logged for geological features. Reverse circulation samples were collected at 2 m intervals and quartered in riffle splitters. Sub-samples weighing approximately 6 kg were collected in cloth-lined sample bags. The quality control insertion rate is identical to the core sampling procedure.

Reference material is retained and stored on site, including half-core, photographs generated by diamond drilling, duplicate pulps and pulps of all submitted core and reverse circulation samples. All pulps are stored at the La Arena core shed.

The sample preparation methods for the samples submitted prior to 2003 are not documented. Since 2003 the sample preparation method consists of digitally weighing the samples, drying the samples to a maximum of 120ºC (for wet samples), crushing the samples to 70% passing 2 mm (10 mesh), riffle splitting to 250 g, and pulverizing to 85% passing 75% μm (200 mesh). Subsample size of 50 g pulps are submitted for analysis.

Chemical analysis at the primary laboratory (ALS Chemex since 2005) and the secondary laboratory (CIMM Peru) consisted of fire assay (FA) with atomic absorption spectrometry (AAS) finish, using 50 g sub-samples. Those samples that returned grades $\geq$ 5 g/t Au were analysed using gravimetric methods. For Cu, Ag, Mo, Pb, Zn, As, Sb and Bi multi-acid (four) digestion AAS is used. Hg was analysed using cold vapour AAS. In 2010, Rio Alto changed to the primary laboratory to CERTIMIN (previously CIMM Peru), with the secondary laboratory being ALS Chemex.

*MINERAL RESOURCE*

*Oxide Mineral Resources*

The Mineral Resource estimate for the La Arena oxide gold deposit was updated on January 1, 2015 by subtracting mine depletion volumes from the Mineral Resources Estimate reported in the La Arena 2015 Technical Report. As of January 1, 2016 (as disclosed in the Company's January 14, 2016 news release), oxide Measured and Indicated Mineral Resources total 120.8 million tonnes at an average gold grade of 0.32 g/t, containing 1.24 million ounces of gold. The updated Mineral Resource estimate was completed by Fernando Angeles, P.E. of Rio Alto, a Qualified Person under NI 43-101.

| JANUARY 2016: SUMMARY OF OXIDE MINERAL RESOURCES | | | |
|---|---|---|---|
| Classification | Tonnes (M) | Gold (g/t) | Gold (koz) |
| Measured Mineral Resources | 1.4 | 0.31 | 14.2 |
| Indicated Mineral Resources | 119.4 | 0.32 | 1,227 |
| Measured & Indicated Mineral Resources | 120.8 | 0.32 | 1,241 |
| Inferred Mineral Resources | 2.5 | 0.32 | 25 |

numbers may not add due to rounding

The oxide resource is reported at a cut -off grade of 0.07 g/t Au within an optimized undiscounted cash flow pit shell using a metal price of $1,400/oz Au and actual costs experienced at the La Arena Mine.

Mineral Resources for the La Arena oxide deposit were estimated using approximately 35,900 drill sample composites derived from 1,156 reverse circulation drill holes and 131 diamond drill core holes, totalling 134,014 metres.

Oxide mineralization was modeled into four large low-grade domains, a higher grade series of *Tilsa* (sub-vertical) structures, and a lower-grade domain for the satellite Astrid deposit. The lower-grade domains use a nominal 0.05 g/t cutoff grade as a hard boundary as this appears to be a natural break in the gold population and it is below the current open pit operational cut-off grade of 0.10 g/t. Tilsa-style structures have a core (+/-1m) of very high grade but typically not well defined by drilling due to a combination of thickness and orientation of the structures. Therefore, a nominal cutoff grade of 0.5 g/t was used to 'bulk up' these structures into broader zones. This also facilitated more depth and strike length to the interpretations. Estimation methods used were Localized Uniform Conditioning for the low-grade oxide domains and Ordinary Kriging for the Tilsa structure domains and background material.

Data verification and the estimate of oxide Mineral Resources as reported in the La Arena 2015 Technical Report was supervised by Ian Dreyer, MAusIMM(CP) of Rio Alto.

*Sulfide Mineral Resources*

Mineral Resources remain unchanged from those reported in the La Arena 2015 Technical Report which, in turn, were represented from the January 2013 Technical Report authored by Coffey Mining Consultants. Indicated Mineral Resources for the Phase II sulfide project stands at 274 million tonnes with average grades of 0.24 g/t Au and 0.33% Cu, containing 2.12 million ounces of gold and 2.0 billion pounds of copper. There are no Measured Mineral Resources.

| JANUARY 2016: SUMMARY OF SULFIDE MINERAL RESOURCES | | | | | |
|---|---|---|---|---|---|
| Classification | Tonnes (M) | Gold (g/t) | Copper (%) | Gold (koz) | Copper (Mlbs) |
| Measured Mineral Resources | - | - | - | - | - |
| Indicated Mineral Resources | 274.0 | 0.24 | 0.33 | 2,124 | 2,014 |
| Measured & Indicated Mineral Resources | 274.0 | 0.24 | 0.33 | 2,124 | 2,014 |
| Inferred Mineral Resources | 5.4 | 0.10 | 0.19 | 18 | 22 |

numbers may not add due to rounding

The sulfide Mineral Resource is reported at a cut-off grade of 0.12% Cu within an optimized undiscounted cash flow shell using metal prices of $1,400/oz Au and $3.50/lb Cu and updated operating cost parameters.

Mineral Resources for the La Arena Phase II sulfide deposit were estimated from samples obtained from 388 core reverse circulation drill holes totalling 131,951 metres.

Sulfide mineralization was modeled into three domains based on geology - porphyry intrusive, sandstone, and prominent low-angle thrust which occurs in the upper northern portion of the resource area. There are no internal grade subdomains within the geological domains. Ordinary Kriging was used to estimate the sulfide copper; gold, silver, molybdenum, and arsenic were estimated using inverse distance methods.

Data verification and the estimate of sulfide Mineral Resources as reported in the La Arena 2015 Technical Report supervised by Ian Dreyer, MAusIMM(CP) of Rio Alto.

40      Tahoe Resources Inc.

## MINERAL RESERVE ESTIMATE

### Oxide Mineral Reserves

The La Arena oxide Proven and Probable Mineral Reserves at January 1, 2016 total 80.3 million tonnes at an average gold grade of 0.36 g/t, containing 919 thousand ounces of gold. The updated oxide Mineral Reserves were calculated by subtracting mine depletion volumes from the Mineral Reserves stated in the La Arena 2015 Technical Report. The update to the Mineral Reserve estimate reported in the January 14, 2016 press release was completed by Fernando Angeles P.E. of Rio Alto, a Qualified Person under NI 43-101. A summary of the La Arena oxide Mineral Reserves at January 1, 2016 is provided in the following table:

| JANUARY 2016: SUMMARY OF OXIDE MINERAL RESERVES | | | | |
|---|---|---|---|---|
| Classification | Ore Type | Tonnes (M) | Gold (g/t) | Gold (koz) |
| Proven Mineral Reserves | Sediments | 0.1 | 0.42 | 1.4 |
| | Intrusive | 1.3 | 0.31 | 12.8 |
| Total Proven Mineral Reserves | | 1.41 | 0.31 | 14.2 |
| Probable Mineral Reserves | Sediments | 69.4 | 0.38 | 839.6 |
| | Intrusive | 9.5 | 0.21 | 65.2 |
| Total Probable Mineral Reserves | | 78.9 | 0.36 | 904.8 |
| Proven & Probable Mineral Reserves | All Ore Types | 80.3 | 0.36 | 919.0 |

numbers may not add due to rounding

Oxide mineral reserves have been constrained to the final pit design based on an optimized pit shell. The mineral reserve has been estimated with measured and indicated oxide Mineral Resources only. The pit optimization input parameters used are listed in the table below.

**Pit Optimization Parameters for Oxide Mineral Reserves**

| Mining Parameters | Units | Value |
|---|---|---|
| Mining Dilution Factor | factor | 1.05 |
| Mining Recovery Factor | factor | 0.98 |
| Mining Cost Sediments (direct & indirect) | $/t mined | 2.08 |
| **Processing Parameters** | **Units** | **Value** |
| Ore processing rate | Mt/y | 13 |
| Processing Cost Sediments | $/t leached | 1.55 |
| Processing Cost Intrusive | $/t leached | 1.55 |
| General & Administration Cost | $/t leached | 1.22 |
| Gold leaching recovery intrusive | % | 83 |
| Gold leaching recovery sediments | % | 86 |
| **Economics Assumptions** | **Units** | **Value** |
| Gold price | $/oz | 1,200 |
| Payable proportion of gold produced | % | 99.9 |
| Gold Sell Cost | $/oz | 12.37 |
| Royalties | % | 1 |

Intrusive ore hosted within the oxide cannot be separated as a different ore type for processing, as it needs to be blended with sediments in order to be leached effectively. Mineralization within the colluvium was not included in the mineral reserve due to the cost of moving the national highway. However, mineralized colluvium inside the Calaorco Pit was included in the mineral reserves as sediments. The colluvium deposit is a small shallow unconsolidated deposit of approximately 2.0 million tonnes grading 0.34 g/t gold and is located immediately southeast of the main Calaorco Pit.

### Sulfide Mineral Reserve Estimate

Mineral Reserves for the La Arena Phase II sulfide project remain unchanged from those reported in the La Arena 2015 Technical Report which, in turn, were re-presented from the January 2013 Technical Report authored by Coffey Mining Consultants. Probable Mineral Reserves for the Phase II sulfide project using a cut-off grade of 0.18% copper are 63.1 million tonnes with average grades of 0.31 g/t Au and 0.43% Cu, containing 633 thousand ounces of gold and 579 million pounds of copper.

| JANUARY 2016: SUMMARY OF SULFIDE MINERAL RESERVES | | | | | |
|---|---|---|---|---|---|
| Classification | Tonnes (M) | Gold (g/t) | Copper (%) | Gold (koz) | Copper (Mlbs) |
| Proven Mineral Reserves | - | - | - | - | - |
| Probable Mineral Reserves | 63.1 | 0.31 | 0.43 | 633.2 | 579.4 |
| Proven & Probable Mineral Reserves | 63.1 | 0.31 | 0.43 | 633.2 | 579.4 |

numbers may not add due to rounding

The La Arena Phase II sulfide Mineral Reserve estimate was completed under the supervision of Linton J. Kirk, FAusIMM(CP) of Kirk Mining Consultants (January 2013 Technical Report by Kirk Mining Consultants). The restatement of the sulfide Mineral Reserve estimate in the La Arena 2015 Technical Report was authored by Tim Williams, FAusIMM, of Rio Alto. Mr. Kirk and Mr. Williams are Qualified Persons under NI 43-101.

When calculating the reserve for the sulfide resource a small CAPEX constrained project was considered with strict financial hurdles. The resulting reserve at this stage is only a small portion of the total resource. The main economic assumptions used in the sulfide pit optimisation are presented in the table below.

**Pit Optimization Parameters for Sulfide Mineral Reserves**

| Mining Parameters | Units | Value |
|---|---|---|
| Mining Dilution Factor | factor | 1.05 |
| Mining Recovery Factor | factor | 0.98 |
| Mining Cost | $/t mined | 1.92 |
| **Processing Parameters** | **Units** | **Value** |
| Ore processing rate | Mt/y | 6.57 |
| Processing Cost | $/t milled | 4.61 |
| Process Copper Recovery Range | % | 75.9 - 92.0 (Avg. 91.1) |
| Process Gold Recovery Formula | % | 29.5 – 45.5 (Avg. 38.9) |
| General & Administration Cost | M$/y | 22.6 |
| **Economics Assumptions** | **Units** | **Value** |
| Copper price | $/lb | 3.0 |
| Payable proportion of copper produced | % | 96.5 |
| Copper Sell Cost | $/lb | 0.37 |
| Gold price | $/oz | 1,200 |
| Payable proportion of gold produced | % | 88.6 |
| Gold Sell Cost | $/oz | 8.0 |
| Royalties | % | 1.0 |

*PROCESSING*

Operations on site are currently exploiting the oxide gold reserve. Oxide ore has been mined from Calaorco and Ethel pits, with the Ethel pit now being exhausted. Ore is truck dumped in 8 m lifts onto the dump leach pad, with no crushing or agglomeration required prior to irrigation. The open pits are mined by conventional drill and blast, load and haul methods in 8 m high benches. Loading is with 170 t face shovels and a fleet of predominantly 92 t dump trucks. The table below shows the historical ore and waste production since the operations began in 2011 through the end of 2014.

| Historical Mine Production | | | | | |
|---|---|---|---|---|---|
| | Ore Mined | | | Waste | Total Tonnes |
| Year | tonnes | Au (g/t) | Ozs | tonnes | tonnes |
| 2011 | 3,663,752 | 0.88 | 103,547 | 4,182,371 | 7,846,123 |
| 2012 | 8,266,964 | 0.82 | 217,128 | 12,953,447 | 21,220,411 |
| 2013 | 13,811,137 | 0.60 | 268,223 | 22,997,357 | 36,808,494 |
| 2014 | 15,274,666 | 0.52 | 256,375 | 17,332,132 | 32,606,798 |
| Total | 41,016,519 | 0.64 | 845,273 | 57,465,307 | 98,481,826 |

Cyanide leach solution is sprayed onto each leach pad cell for a nominal period of 60 days. The pregnant solution flows onto the geomembrane underlying the pad to a central collection point and into the pregnant solution pond. Pontoon mounted pumps in this pond are used to pump the solution to the adsorption, desorption and refining (ADR) plant located approximately 300 m north of the leach pad. The plant currently has the capacity to treat 36,000 t/d of ore. The process includes absorption onto carbon pellets and desorption in high caustic/high temperature leach columns. The carbon is sent to regeneration and the enriched solution is sent to electrowinning cells where a cathode is used to produce a fine-grained precipitate. The precipitate is filtered and dried at approximately 420 degrees Celsius, which also evaporates the mercury, which is then captured for later disposal. This dried precipitate is smelted to produce doré bars of approximately 80% Au.

42      Tahoe Resources Inc.

A summary of processing for the project through the end of 2014 is presented in the table below. Ore dumped in the leach pad may differ from actual mined ore tonnes due to ore rehandle from the stockpile to the leach pad.

| Leach Pad Statistics | | | | | |
|---|---|---|---|---|---|
| Year | Ore Dumped (tonnes) | Head Au Grade (%) | Ounces Au Dumped (oz t) | Ounces Au Poured (oz t) | Recovery (%) |
| 2011 | 2,466,882 | 1.01 | 80,452 | 51,145 | 77.0% |
| 2012 | 7,964,954 | 0.84 | 214,090 | 201,733 | 86.8% |
| 2013 | 13,148,713 | 0.62 | 261,232 | 215,395 | 85.6% |
| 2014 | 16,232,916 | 0.50 | 263,940 | 222,492 | 86.1% |
| Sub-Total 2012-2014 | 37,346,583 | 0.62 | 739,262 | 639,620 | 86.1% |
| Total 2011 - 2014 | 39,813,465 | 0.64 | 819,714 | 690,765 | 85.2% |

## *CAPITAL AND OPERATING COSTS*

### *Oxide Gold Project*

The capital cost of the oxide project was estimated by Rio Alto based on current operations. Annual capital cost estimates are detailed in the table below.

**Annual Capital Cost for Oxide Gold Project (in '000 US$)**

| Capex Additions for Oxide Gold Project ('000 US$ ) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | Total |
| Construction | 17,259 | 24,712 | 2,300 | 12,600 | - | - | 56,871 |
| Plant | 2,166 | 8,012 | - | - | - | - | 10,178 |
| Community Relations | 2,560 | | - | - | - | - | 2,560 |
| Permits & Engineering | 1,396 | - | - | - | - | - | 1,396 |
| Other Capex | 2,103 | 2,000 | - | - | - | - | 4,103 |
| Road Diversion | - | - | 7,000 | 8,000 | - | - | 15,000 |
| Land Purchases | 14,548 | - | - | - | - | - | 14,548 |
| **Total Capex** | **40,032** | **34,723** | **9,300** | **20,600** | **-** | **-** | **104,656** |

Annual Operating cost estimates for the oxide gold project, broken down by major element, are detailed below.

| Annual Operating Cost for Oxide Gold Project (in '000 US$) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total Operating Costs and Operating Profit ('000 US$) | | | | | | | |
| | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | Total |
| Net Revenue | 257,284 | 222,737 | 212,365 | 187,506 | 181,111 | 171,881 | 1,232,884 |
| Total Operating Expenses | 117,967 | 137,879 | 141,303 | 127,538 | 126,869 | 98,758 | 750,314 |
| Closure Expenditures | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 9,000 |
| Operating Profit (EBITDA) | **137,817** | **83,358** | **69,562** | **58,467** | **52,743** | **71,624** | **473,570** |
| Operating Profit Margin | 53.57% | 37.42% | 32.76% | 31.18% | 29.12% | 41.67% | 38.41% |

### *Sulfide Copper Project*

An overall summary of operating costs for the sulfide project is presented in the table below.

| Total Operating Cost Summary for the Sulfide Project | |
|---|---|
| | **Units Cost** |
| **MINING** | |
| **Mining Direct Cost ($ / t mined)** | 1.32 |
| Mining Maintenance ($/mined) | 0.02 |
| Mining Indirects ($/mined) | 0.60 |
| **PROCESSING** | |
| Power | 1.73 |
| Reagents & Consumables | 1.30 |
| Labour | 0.66 |
| Maintenance & Mobile Equipment | 0.93 |
| **Total Processing Cost ($ / t milled)** | **4.61** |
| **GENERAL AND ADMINISTRATION** | $22.6 M/y |

067

Ausenco estimated an initial CAPEX of US$314 million for the processing plant and all associated infrastructure such as camp relocation, power, drainage system, tailings facilities and contingency. An additional US$61.2 million has been allocated for sustaining capital during the 10 year mine life, which totals an estimated CAPEX of US$415.5 million (including $40 million for mine closure), for the 63Mt starter project.

The sensitivity analysis on the NPV and IRR for the sulfide project is shown in the table below:

| Sensitivity Analysis for the Sulfide Project | | | | | |
|---|---|---|---|---|---|
| | After Tax NPV | | | | |
| | 2.50/lb Cu | 2.75/lb Cu | 3.00/lb Cu | 3.50/lb Cu | 4.00/lb Cu |
| 0% | $ 115,931,418 | $ 202,256,504 | $ 285,492,823 | $ 448,325,631 | $ 606,298,959 |
| 4% | $ 57,148,889 | $ 124,695,433 | $ 189,213,692 | $ 314,925,219 | $ 436,670,624 |
| 6% | $ 34,108,807 | $ 94,249,838 | $ 151,479,447 | $ 262,807,486 | $ 370,539,024 |
| 8% | $ 14,441,544 | $ 68,205,343 | $ 119,203,512 | $ 218,270,395 | $ 314,068,574 |
| 10% | $ (2,366,623) | $ 45,879,743 | $ 91,521,670 | $ 180,078,151 | $ 265,657,574 |
| | After Tax IRR | | | | |
| | 2.50/lb Cu | 2.75/lb Cu | 3.00/lb Cu | 3.50/lb Cu | 4.00/lb Cu |
| IRR | 9.70% | 15.41% | 20.15% | 28.22% | 35.16% |

*Capital Cost - La Arena Phase II*

The La Arena 2015 Technical Report also includes the pre-feasibility study on La Arena Phase II (identified in the La Arena 2015 Technical Report and the reproduction of the Executive Summary section of the La Arena 2015 Technical Report above as the "Sulfide Project"). The initial CAPEX for La Arena Phase II is estimated at US$314 million for the processing plant and all associated infrastructure such as camp relocation, power, drainage system, tailings facilities and contingency. An additional US$61.2 million has been allocated for sustaining capital during the 10 year mine life, which totals an estimated CAPEX of US$415.5 million (including $40 million mine closure), for the 63Mt starter project.

The initial capital cost estimate is summarized in table below, with all costs stated in US dollars with no provision for forward escalation of any costs. The base date of the estimate is the fourth quarter of 2014. A fully detailed estimate, WBS and estimate analyses are included as appendices to the La Arena 2015 Technical Report.

| Initial Capital Estimate Summary | | |
|---|---|---|
| WBS | Level 1 Description | Total (Million) US$ |
| 2000 | Mining | $0.9 |
| 3000 | Process Plant | $125 |
| 4000 | Site Services and Utilities | $11.3 |
| 5000 | Site Infrastructure | $44.5 |
| 7000 | Project Preliminaries | $32.3 |
| 8000 | Indirect Costs | $54.5 |
| 9000 | Owner's Costs | $17.0 |
| 8800 | Provisions | $28.6 |
| **Grand Total** | | **$ 314** |

For the economic model, a sustaining CAPEX of 2% of the process plant, 1% of the site services and 1% of the internal infrastructure was allocated annually to the project cash flow. Additionally, the following items were included:

- US$27.1 million were split between in years 4 and 6 for waste dump expansion;
- US$4.0 million for liners on Calaorco tailings facilities;
- US$3.1 million for contingency on Sustaining Capital; and
- US$40.0 million for mine closure on year 11.

A total Sustaining Capital of US$61.2 million and Mine Closure of US$40.0 million dollar are included in the financial model.

44    Tahoe Resources Inc.

*ECONOMIC ANALYSIS*

*Oxide Mineral Reserves at La Arena Gold Oxide Mine*

As there has been a material change in Oxide Mineral Reserves at the La Arena Gold Oxide Mine, the La Arena 2015 Technical Report also discloses revised economic results due to this material change.

The Annual Cash Flow and Net Present Value (at a 5% discount rate) are presented in the table below. The economics results show robust financial results for the La Arena Gold Oxide Mine with positive outcomes for all periods and a total cash flow of US$218.6 million or a discounted value of US$180.5M. The table below shows annual net cash flow and the corresponding cumulative figures.

**Net Cash Flow**

| Net Cash Flow (After-Tax) ('000 US dollars) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **2015** | **2016** | **2017** | **2018** | **2019** | **2020** | **Total** |
| Pre Tax Cash Flow | 59,296 | 48,635 | 60,262 | 37,867 | 52,743 | 71,624 | 330,426 |
| Taxes | 42,630 | 20,097 | 12,854 | 9,171 | 9,986 | 17,085 | 111,823 |
| **After Tax Cash Flow** | **16,666** | **28,538** | **47,408** | **28,696** | **42,757** | **54,539** | **218,603** |
| Cumulative Cash Flow | 16,666 | 45,203 | 92,611 | 121,307 | 164,064 | 218,603 | |
| **Net Present Value (5%)** | **15,872** | **25,885** | **40,952** | **23,609** | **33,501** | **40,698** | **180,517** |
| Cumulative NPV (5%) | 15,872 | 41,757 | 82,709 | 106,318 | 139,819 | 180,517 | |

The effects of changes in the major project assumptions and estimates used in the La Arena 2015 Technical Report were evaluated using the traditional approach of assessing variations in the metal prices, grades, operating cost, CAPEX and metallurgical recovery. The analysis was carried out by changing the input parameters within the cost model and assessing the NPV (at a 6% discount rate). A +/-10% range was used as shown in the table below.

| Sensitivity Analysis on the NPV | | | |
|---|---|---|---|
| Sensitivity Analysis on the 5% NPV ('000 US dollars) | | | |
| | **Low Range (-10%)** | **Base Case** | **High Range (10%)** |
| Gold Price of US$1,150 | | | |
| Inputs Variance (US$) | 1,035 | 1,150 | 1,265 |
| **NPV (5%)** | 114,317 | 180,517 | 245,781 |
| Grade Avg of 0.39 | | | |
| Inputs Variance(g/t Au) | 0.35 | 0.39 | 0.42 |
| NPV (5%) | 114,552 | 180,517 | 245,565 |
| Opex Avg of $3.00 /tonne mined | | | |
| Inputs Variance (/tonne mined) | $2.70 | $3.00 | $3.30 |
| NPV (5%) | 244,266 | 180,517 | 116,767 |
| LOM Capex Avg of $107,582M | | | |
| Inputs Variance | $96,824 | $107,582 | $118,340 |
| NPV (5%) | 190,256 | 180,517 | 170,778 |
| LOM Recovery Avg of 83.99% | | | |
| Inputs Variance | 75.59% | 83.99% | 92.39% |
| NPV (5%) | 114,552 | 180,517 | 245,565 |

*Sulfide Reserves at La Arena Phase II*

As previously stated, a CAPEX of US$314 million is estimated for the processing plant and all associated infrastructure for La Arena Phase II. An additional US$61.2 million has been allocated for sustaining capital during the 10 year mine life, which totals an estimated CAPEX of US$415.5 million (including US$40 million for mine closure).

The sensitivity analysis on the NPV and IRR for La Arena Phase II is shown in the table below:

| | Sensitivity Analysis on the NPV and IRR (Sulfide Project) | | | | |
|---|---|---|---|---|---|
| | After Tax NPV | | | | |
| | 2.50/lb Cu | 2.75/lb Cu | 3.00/lb Cu | 3.50/lb Cu | 4.00/lb Cu |
| 0% | $ 115,931,418 | $ 202,256,504 | $ 285,492,823 | $ 448,325,631 | $ 606,298,959 |
| 4% | $ 57,148,889 | $ 124,695,433 | $ 189,213,692 | $ 314,925,219 | $ 436,670,624 |
| 6% | $ 34,108,807 | $ 94,249,838 | $ 151,479,447 | $ 262,807,486 | $ 370,539,024 |
| 8% | $ 14,441,544 | $ 68,205,343 | $ 119,203,512 | $ 218,270,395 | $ 314,068,574 |
| 10% | $ (2,366,623) | $ 45,879,743 | $ 91,521,670 | $ 180,078,151 | $ 265,657,574 |
| | After Tax IRR | | | | |
| | 2.50/lb Cu | 2.75/lb Cu | 3.00/lb Cu | 3.50/lb Cu | 4.00/lb Cu |
| IRR | 9.70% | 15.41% | 20.15% | 28.22% | 35.16% |

## INTERPRETATION AND CONCLUSIONS

The increase in the gold oxide Mineral Resource is primarily due to the definition of extra resource to the west and at depth in Calaorco, as a direct result of the 2014 drilling program.

Oxide Mineral Reserves have increased due to the physical extension of the mineralization of the oxide deposit reflected in the new Mineral Resource estimates. The gold price of US$1,200 per ounce was not changed from the previous estimates and only costs were updated based on the performance of the year 2014.

The La Arena oxide mine continues to exceed budget expectations due to positive grade variances between resource models and mining, and the definition of additional resources at the mine.

The sulfide project reserve pit at 63 Mt is the starter pit which provides 10 years of steady mill feed at 18,000 tpd to the processing plant. The trade-off analysis conducted in Section 15 shows that this pit size represents the best discounted value for the project with lowest CAPEX. However, this pit is only a portion of a potentially larger pit from the 274 Mt resource.

## RECOMMENDATIONS

### Oxide Gold project

The La Arena 2015 Technical Report contained the following recommendations:

- Define the northern strike extensions to the current gold oxide Resource through ongoing RC infill and extensional drilling;
- Review the mine production plan for the sulfide project and smooth the total rock moved per period. An opportunity to reduce the peaks and lows on the mine production schedule was identified which allow better equipment utilization;
- Carry out additional leaching test on blended material as an opportunity exists to optimize stockpiling with a detailed schedule;
- Carry out carbon adsorption tests with pregnant liquor from leaching tests in order to identify carbon loading capacity when high copper ore is leached;
- Conduct additional variability flotation tests at optimized conditions with new samples from drill holes samples inside the current pit design;
- Conduct leaching tests of pyrite concentrate and cleaner scavenger tailings using a regrinding stage to determine if economic recovery of gold from these streams is feasible;
- Future plant investigations may include gravity gold recovery tests on the cleaner scavenger tailings to determine if gold losses in tailings can be reduced and to produce a gravity concentrate that can be combined with the final copper concentrate;
- Perform additional testing on the sulfide waste rock facilities to better refine their physical and mechanical properties to further develop the stacking and the PAG waste rock encapsulation and leachate collection strategy;
- Revise the Calaorco tailings feasibility study to incorporate the changes in Calaorco pit geometry;
- Complete purchasing the land required for the gold oxide project, for the public road deviation, and continued land purchases for the sulfide project;
- Update the site closure plan the new details of the proposed Sulfide operation; and

Revise the detailed re-logging of the sulfide deposit, in 2015, and determine if a more selective model can be constructed with sufficient geological confidence to potentially lift grade and therefore advance the project further.

46      Tahoe Resources Inc.

**THE SHAHUINDO MINE**

---

*RECENT ACTIVITIES AT SHAHUINDO*

Construction of the Shahuindo Mine commenced early in the second quarter of 2015, with commissioning of the mine and processing facilities initiated in the fourth quarter of 2015. Approximately 164,000 tonnes at an average gold grade of 1.05 g/t were placed on the leach pad in November and December 2015. Plant construction advanced slightly ahead of schedule, providing the opportunity to test the desorption/electrowinning circuits, retort, and furnace in late December. While the overall plant flow rates had not yet reached capacity, the test determined that all circuits were operating as intended during initial commissioning. The test resulted in pre-production recovery of 581 ounces of gold and 347 ounces of silver in doré.

The Company completed final construction of the 10,000 tpd phase one plant and infrastructure in January 2016 and has begun the ramp-up to phase one design parameters. The Company anticipates commercial production in the second quarter of 2016.

The Company continues to advance design and test work to optimize the mine sequence, determine possible crushing and agglomeration requirements and scenarios for phase two operations, and provide long-term capital and operating cost estimates. Details of this work are described in the Shahuindo Feasibility Study issued by the Company on January 25, 2016. Concurrent with optimization studies, permitting, construction of the life of mine leach pad and fabrication of the carbon regeneration circuit are underway; all designed to support the currently envisioned 36,000 tpd phase two production rate.

Measured and Indicated Mineral Resources for the Shahuindo oxide deposit total 143.1 million tonnes at average grades of 0.50 g/t au and 6.7 g/t ag, containing 2.3 million ounces of gold and 30.7 million ounces of silver. The effective date of the Shahuindo oxide mineral resource estimate is April 15, 2015. Proven and probable mineral reserves for the Shahuindo oxide mine total 111.9 million tonnes with average grades of 0.53 g/t au and 6.85 g/t ag, containing 1.9 million ounces of gold and 24.5 million ounces of silver. The effective date of the Shahuindo oxide mineral reserve estimate is November 1, 2015.

*HISTORY*

Legal rights to the mineral leases of Shahuindo were in dispute between 1996 and 2009. A number of Peruvian, Mexican and Canadian companies have been involved in numerous legal processes that were eventually settled in 2009 with 100% ownership being legally registered to Shahuindo SAC (previously Sulliden Shahuindo SAC), a wholly owned subsidiary of the Company.

Sulliden Shahuindo SAC entered into a Transfer of Mineral Rights and Properties Contract, named Contrato de Transferencia de Propiedades Mineras, with Compañia Minera Algamarca SA and Exploraciones Algamarca S.A covering 26 mineral claims and 41 surface rights, which was formalized by public deed dated November 11, 2002.

Subsequently, the vendors (Compañia Minera Algamarca SA and Exploraciones Algamarca SA), controlled by new stockholders and other companies of the same group, challenged the Transfer of Mineral Rights and Properties Contract and launched a number of judicial proceedings against Sulliden Shahuindo SAC. Sulliden Shahuindo SAC also commenced legal proceedings to confirm their rights under this agreement and a number of other judicial proceedings to protect its title to the Shahuindo property. In 2009, Sulliden Shahuindo SAC prevailed and maintained 100% of the mineral claims and surface rights.

In 2012, Kappes Cassiday & Associates and Mine Development Associates prepared the NI 43-101 "Technical Report on the Shahuindo Heap Leap Project, Cajabamba, Peru" on behalf of Sulliden Gold Corporation which reported Mineral Resources and Mineral Reserves for the Shahuindo Project. This report has since been superseded by the Shahuindo Feasibility Study discussed herein.

In August 2014, Rio Alto acquired all of the outstanding shares of Sulliden Gold Ltd. and became the owner of Shahuindo Mineral claims and surface rights under their Peruvian subsidiary, Shahuindo SAC.

In April 2015, Tahoe completed an acquisition of Rio Alto, acquiring control of Shahuindo SAC and the Shahuindo Mineral claims and surface rights. Shahuindo SAC remains as Tahoe's wholly owned operating company for the Shahuindo Mine.

*SHAHUINDO FEASIBILITY STUDY*

Tahoe prepared the Shahuindo Feasibility Study in respect of the following triggering events for the Shahuindo Mine:

- The Mineral Resources and Mineral Reserves estimates have been updated as the result of data obtained from drilling and additional engineering studies conducted in 2014 and 2015. Mining studies incorporate updated cost estimates and financial analyses;
- Tahoe has revised the mining strategy for the Shahuindo Mine; and
- Tahoe has conducted further metallurgical testing on the ore at Shahuindo and has revised the metallurgical assumptions and flowsheet for the project.

The Shahuindo Feasibility Study has been completed having an effective date of January 1, 2016. The effective dates of the Mineral Resources estimate and Mineral Reserves estimate are April 15, 2015 and November 1, 2015, respectively.

Unless otherwise noted, units are metric. The Shahuindo Feasibility Study has been prepared in compliance with the disclosure and reporting requirements set forth in NI 43-101, as well as with the Canadian Institute of Mining, Metallurgy and Petroleum's "CIM Definition Standards - For Mineral Resources and Reserves, Definitions and Guidelines" (CIM Standards) adopted by the CIM Council on December 2000 and modified in 2005 and 2010.

A more complete description of the Shahuindo Mine may be found within the Shahuindo Feasibility Study, a copy of which is available on the Company's profiles on SEDAR and EDGAR. Unless stated otherwise, information in this section is summarized, complied, extracted or incorporated by reference from the Shahuindo Feasibility Study. The Shahuindo Feasibility Study was prepared in accordance with NI 43-101 by Qualified Persons. Defined terms used in this summary shall have the meanings ascribed to such terms in the Shahuindo Feasibility Study. The reference numbers of the tables and figures set out in this section are those attributed by the Shahuindo Feasibility Study. For a complete description of the assumptions, qualifications and procedures associated with the following information, reference should be made to the full text of the Shahuindo Feasibility Study. Readers are encouraged to read the full Shahuindo Feasibility Study.

*Technical Report Highlights*

Tahoe, through its wholly owned subsidiary, Shahuindo SAC, owns and operates the Shahuindo Mine in Peru. The Shahuindo deposit is an intermediate-sulfidation sediment-hosted epithermal gold-silver deposit which the Company has initiated open pit mining and heap leaching of oxide ore. Metal recovery is by carbon-in-column adsorption-desorption-refining ("ADR") processes which produces a gold-rich doré for sale to international refineries.

Construction of the Shahuindo Mine commenced in mid-2014, with commissioning of the mine and processing facilities in the fourth quarter of 2015. The Company anticipates achieving commercial production at Shahuindo in the second quarter of 2016.

Production at Shahuindo is scheduled in two phases: Phase 1 processes coarse-grain run-of-mine (ROM, i.e., no crushing required) material at an initial rate of 10,000 tonnes of ore per day (tpd) in 2016; a second adsorption column circuit will be installed in mid-2016 to increase the plant processing capacity to accommodate increased mining rates. Phase 2 begins in 2018 and continues through the end of the current mine life with the plant capacity increased to 36,000 tpd to process mixed coarse- and fine-grain ore that requires crushing and agglomeration prior to leaching. The phased approach enables gold production as soon as possible with minimal capital expenditure, thus generating cash flow early in the project.

The prefeasibility study supports the declaration of Proven and Probable Mineral Reserves. The study provides economic parameters for the Shahuindo Mine from January 1, 2016 forward.

Highlights of the study include:

- Measured and Indicated Mineral Resources of 143.1 million tonnes and 2.28 million oxide gold ounces at an average gold grade of 0.50 gram per tonne (g/t);
- Proven and Probable Mineral Reserves of 111.9 million tonnes at an average gold grade of 0.53 g/t, containing 1.91 million ounces of gold;
- Average annual gold production (i.e., gold in doré) of 78,000 ounces in the first two years of production (Phase 1) and 169,000 ounces in years three through ten (Phase 2). Total gold produced in doré over the LOM is estimated to be 1.504 million ounces;
- As of January 1, 2016, capital costs are estimated at $179.6 million for project (construction) capital and $140.7 million for sustaining capital over the LOM;
- After tax net present value at a 5% discount rate (NPV5) of $318.9 million and an internal rate of return (IRR) of 40.6% with a payback period of 4.1 years at the base case metal prices; and
- Exploration conducted by previous owners and by Tahoe demonstrates considerable potential to add additional gold ounces to the production profile at Shahuindo and has identified multiple exploration prospects in the district.

Mineral Resources and Mineral Resources are reported using metal prices of $1,200/oz Au and $15/oz Ag. Mineral Resources are reported within a $1,400/oz Au pit shell at a gold-equivalent (AuEq) cut-off grade of 0.14 g/t. The financial analysis uses escalating metal prices over the LOM beginning with $1,100/oz Au in 2016 and increasing in $100/oz increments annually to $1,400/oz Au in 2019 where it remains constant through the end of the mine life. Likewise, silver prices used are $14.75/oz in 2016, $17.25/oz in 2017, $20.00/oz in 2018, and $23.50/oz in 2019 and forward to the end of the mine life. Silver has a negligible contribution to the mine economics.

*Reliance on Other Experts*

The authors of the Shahuindo Feasibility Study, state that the information, opinions, estimates, and conclusions contained herein are based on:

- Information available at the time of preparing this report;
- Assumptions, conditions, and qualifications as set forth in this report; and
- Data, reports, and other information supplied by the Company and other third party sources.

None of the authors of the Shahuindo Feasibility Study are experts in verifying the legal status or ownership of mining concessions and surface lands in Peru. As such, the authors have relied on outside independent Peruvian legal counsel to verify the validity of Shahuindo SAC's mining concessions and surface land ownership. The following title opinions were prepared on behalf of the Company:

48      Tahoe Resources Inc.

- Title Opinion on the Shahuindo Mining Concessions, prepared by Pickmann and Ruiz (2015) for Tahoe Resources Inc. (unpublished); and
- Title Opinion on the Shahuindo Surface Lands, prepared by Pickmann and Ruiz (2015) for Tahoe Resources Inc. (unpublished).

## MINERAL TENURE

The Shahuindo Mine comprises one mineral right, Acumulacion Shahuindo, which includes 26 mineral titles 100% controlled by Tahoe's wholly owned subsidiary, Shahuindo SAC, and has an approximate area of 7,338.91 hectares. Shahuindo SAC also controls the neighboring Vikingo and Vinkingo I concession covering 1,858 hectares.

The mining rights and surface rights are registered under the name of Shahuindo SAC in the government title registry office of La Superintendencia Nacional de los Registros Públicos (SUNARP). The mining claims have no expiry date. All concessions are subject to an annual payment of $3 per hectare to the Peruvian government. All claims are in good standing as of the effective date of the Shahuindo Feasibility Study.

Shahuindo SAC has acquired 381 surface rights within the Shahuindo Mine area to date, covering a total area of approximately 2,559 hectares. Some of these surface rights were used to relocate local land owners into new areas. Shahuindo SAC also acquired additional surface rights outside the mining concessions for the same process of relocating land owners. The Company controls sufficient surface lands to accommodate the infrastructure necessary to operate the Shahuindo mining project as envisioned in the Shahuindo Feasibility Study.

**Mineral Title Summary**

| Concession | Application Area (hectares) | Actual Size (hectares) | Application Method | Date of Grant |
|---|---|---|---|---|
| San Jose | 2.83 | 2.83 | Stake-based | July 2, 1917 |
| Puma Shahuindo | 2.33 | 2.33 | Stake-based | July 5, 1917 |
| Pilacones 8 | 601.59 | 58.66 | Grid-based | January 29, 1998 |
| Pilacones 7 | 300.8 | 3.45 | Grid-based | November 18, 1996 |
| Pilacones 6 | 1002.62 | 401.38 | Grid-based | ApriI 9, 1999 |
| Pilacones 5 | 701.82 | 492.35 | Grid-based | April 21, 2003 |
| Pilacones 4 | 100.26 | 20.93 | Grid-based | April 1, 1996 |
| Pilacones 3 | 902.36 | 571.15 | Grid-based | August 31, 1997 |
| Pilacones 2 | 701.85 | 246.85 | Grid-based | December 30, 1997 |
| Perdida 3 | 601.96 | 548.65 | Stake-based | November 30, 1994 |
| Perdida 2 | 391.11 | 357.92 | Stake-based | August 24, 1995 |
| Perdida 1 | 601.72 | 570 | Stake-based | November 30, 1994 |
| Nltrogeno | 2 | 2 | Stake-based | August 7, 1922 |
| Moyan 3 | 280.78 | 280.78 | Stake-based | November 30, 1994 |
| Moyan 2 | 201.36 | 201.36 | Stake-based | November 30, 1994 |
| Moyan 1 | 541.48 | 541.48 | Stake-based | February 16, 1995 |
| Malvas | 250.68 | 250.68 | Stake-based | September 26, 1959 |
| Malvas 92 | 701.904 | 295.07 | Stake-based | August 6, 1999 |
| Descubridora | 4.25 | 4.25 | Stake-based | June 19, 1917 |
| Antimonlo | 2 | 2 | Stake-based | June 2, 1921 |
| Algamarca 4 | 993.17 | 980 | Stake-based | March 8, 1991 |
| Algamarca 2B | 20.33 | 20.34 | Stake-based | February 16, 1995 |
| Algamarca 2 | 200.56 | 200.56 | Stake-based | October 31, 1994 |
| Algamarca 1 | 501.35 | 501.35 | Stake-based | April 23, 1991 |
| Acumulaclon | 802.15 | 797.9 | Stake-based | March 31, 1987 |

Annual Information Form for the Year Ended December 31, 2015    49

073

**Shahuindo Mineral Concessions**



### PERMITS

The Shahuindo Mine operates under an initial Environmental Impact Statement (EIA, Estudio de Impacto Ambiental) approved in 2013. The EIA was prepared according to the Ministry of Energy and Mines (MEM) requirements and complies with Peruvian regulations.

As of the effective date of this report, most required permits have been obtained, with the remaining permits being in the final stages of approval. The following list describes the status of the required permits for operations as of January 1, 2016:

- Certificate for the inexistence of Archaeological Remains – Approval granted.
- Environmental Impact Assessment (EIA) - Approval granted. Expansion EIA in process.
- Mine Closure Plan – Approval granted
- Beneficiation Concession – Approval granted.
- Water usage permit – Approval granted.
- Mining Plan – Final stage of evaluation with Ministry of Energy and Mines.
- Operations Permits – In process; approvals expected in January 2016.

All permits and any new permits will be renewed or obtained as required. It is expected that all remaining permits required for full operations will be obtained in early 2016.

### ACCESS, CLIMATE, LOCAL RESOURCES AND PHYSIOGRAPHY

#### Access

The Shahuindo Mine is located in northern Peru approximately 970 kilometers by road north-northwest of Lima. The project site can be accessed from Lima by traveling north on Highway 1 (Pan-American Highway) to Ciudad de Dios, then east on Highway 8 to Cajamarca. The site is approximately 130 kilometers from Cajamarca via asphalt-paved highway (100 kilometers on Highway 3N), and gravel and dirt roads.

There are several seaports available to the Company for equipment import – the Port of Callao in Lima, Port of Paita (northern Peru) and Port Salaverry at Trujillo. There are daily flights between Lima and Cajamarca on Peruvian national airlines.

#### Climate

Climate in the area is typical of the sierra region. It is cold and dry during the dry season and humid during the rainy season. Rainfall typically occurs between October and April (wet season), with occasional sporadic showers in the other months. The average annual rainfall is about 1000mm with an extreme wet year having a rainfall of 1,550mm and an extreme dry year receiving 449mm. The dry season months are May through September.

50     Tahoe Resources Inc.

The average daily temperature is 15.7ºC, reaching 23.1ºC during the day and decreasing to 7.5ºC in the night. The average minimum temperature is 9.7ºC and the average maximum temperature is 22.3ºC.

*Local Resources*

The Shahuindo Mine is located in an economically depressed area where subsistence agriculture is the main activity.

Manning requirements for the project are sourced according to the company's employment policy, with priority given to the local area, then expanding to the surrounding communities, including Cajabamba, whenever possible. More experienced and technical personnel have been recruited from Cajamarca and from throughout Peru. The project currently employs approximately 1,300 people, with the majority of employees from within Cajamarca province.

Power for the operations will initially be from diesel generators located on site. As the mine ramps up production, the site will be connected to the trans-national 220 kV transmission line which was recently completed and passes within 3 kilometers of the site. It is currently planned to connect to line power in the second half of 2017, via a substation partially built by Sulliden which will require upgrading. From 2018 while processing 36 ktpd, the project will consume up to a maximum of approximately 45 million kWh of power per year. Maximum total demand power for the project is approximately 7.4MW. When the substation is completed, it will have an installed capacity of 40 MW.

The Shahuindo heap leach project will require a water supply for mining; processing, camp and other support facilities. Water demand will be highest during the dry season. During an average dry season, Anddes predicted the maximum water requirement to be up to 12.7 liters per second (L/s) in the dry season for the initial phase of operations (Anddes, 2015j). From January 2018, when the project ramps up to 36 ktpd and the primary leach pad is commissioned (Pad 2B), the operating flow for leaching activities is estimated to be as high as 39.9 L/s (Anddes, 2015c). Most of this water will be recycled through the closed circuit leach pad - pregnant solution pond - adsorption circuit - barren solution pond - leach pad.

*Physiography*

The Shahuindo site is located on the west side of the Condebamba River valley. The topography varies from rolling hillsides to steep ravines. Elevation across the project varies from 2,400 m above sea level to 3,600 m above sea level. The project area is classified as neo-tropical Peruvian "Yungas" by the World Wildlife Fund.

## GEOLOGIC SETTING AND MINERALIZATION

The Shahuindo deposit is located on the eastern flank of the Andean Western Cordillera in northern Peru, within a regional fold and thrust belt of predominantly sedimentary rocks. The region is particularly well-endowed with mineral occurrences varying from low-to-high sulfidation systems and from porphyry through polymetallic to epithermal deposits.

Mineralization at Shahuindo is best described as an intermediate-sulfidation epithermal system, though high-sulfidation mineralization occurs at depth and in the core of hydrothermal breccias. Oxidation of mineralization extends to a depth of 150m below surface. In the weathered oxide facies, gold and silver are associated with the presence of jarosite and hematite. In the underlying fresh sulfide facies, gold is typically extremely fine grained with the related mineral species not yet identified.

The principal zone of mineralization in the Shahuindo district occurs in a belt between two large-amplitude regional-scale folds, the Algamarca anticline and the San Jose Anticline. The Algamarca anticline is upright and symmetrical with amplitude of at least 400m, whereas the San Jose fold is an asymmetric, overturned, northeast-vergent fold with a shallowly dipping axial surface and amplitude of at least 300m. Important structural elements include fold limbs and fold axial surfaces, fold-related fractures, faults and related extension fractures, breccia dikes and irregular bodies, and igneous intrusive contacts.

Both structure and lithology control the location, shape, and orientation of the mineralization. The mineralization is hosted within the siliciclastic sandstone-dominant Farrat Formation and the underlying sedimentary Carhuaz formation. These sedimentary rocks have been intruded by at least three felsic stocks which tend to be located along faults and cores of anticlinal structures. In addition, the metallurgical recovery of gold is affected by lithology with the identification of five primary geometallurgical domains based on the relationship between lithology and grain size and gold recovery. Modelling the distribution and occurrence of lithologic units / geometallurgical domains is critical to mine planning.

## DEPOSIT TYPE

The Shahuindo deposit formed in a predominantly intermediate-sulfidation epithermal system of probable Miocene age. Distinguishing characteristics of an intermediate-sulfidation environment include mineral assemblages indicating a sulfidation state between those of high and low sulfidation types, relatively high total sulfide content of five to 10 percent in the sulfide environment, presence of silver sulfosalts, and association with andesitic to dacitic volcanics. Magmatic associated fluids are implied. There is no evidence of adularia at Shahuindo, thus ruling out a low-sulfidation environment. There are some observances of enargite at depth, suggesting a mixed intermediate- to high-sulfidation system.

## EXPLORATION

Prior to 1990, exploration was conducted by Algamarca on the Shahuindo property though no public records are available to provide details of Algamarca's work. From 1990 to 1998, Alta Tecnología e Inversión Minera y Metalúrgica SA (Atimmsa), Asarco LLC (Asarco), and Southern Peru Copper Corp. (Southern Peru) explored the Shahuindo Project area, completing mapping, geochemical sampling, and reverse circulation (RC) and core drilling.

075

Val Dór Geofisica Peru conducted magnetic and induced polarization geophysical surveys between 2002 and 2012 on behalf of the prior owners of Shahuindo. There have been no additional geophysical surveys completed on the concession since the acquisition of the deposit by Rio Alto in 2014.

Most of the accessible underground adits located on the concession were sampled prior to 2012. Where possible, samples were taken from the adit portal and along the accessible portion of the tunnel. Most samples were vertical and non-continuous. Approximately 140 small adits were sampled.

Detailed soil sampling completed by Sulliden between 2003 and 2012 revealed a series of continuous, parallel gold anomalies in the central and northern areas of the concession. Base metal anomalies were found to the northwest and to the southeast of the concession.

The present exploration strategy at Shahuindo utilizes relatively standard exploration techniques that include detailed surface geologic mapping, surface geochemical sampling, and drill testing. The most effective exploration tool at Shahuindo has been core and RC drilling. Samples have also been collected from underground workings in the northern portion of the project area which has seen exploitation by informal miners.

Several targets proximal to the Shahuindo deposit have been identified in the district from geophysical surveys, prior informal mining operations, surface mapping and geochemical sampling, and drilling.

The focus on the 2014-2015 work plan was to infill drill the existing resource/reserve; hence only a small amount of exploration work has been carried out on other exploration targets outside the planned pit limits during this period.

### DRILLING

A total of 1,039 holes drilled by Atimmsa, Asarco, Southern Peru, Sulliden and Tahoe have been used to model and estimate the resource at Shahuindo. Reverse circulation (RC) (604 holes) and diamond drilling (435 holes) have both been carried out on the property. The cut-off date for drill data inclusion in the resource model is April 15. 2015. The table below is a summary of the drilling included in the resource model.

**Shahuindo Drilling Summary**

| Company | Year | Diamond Core | | Reverse Circulation | | Total Drill Holes | Total Meters |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Number | Meters | Number | Meters | | |
| Attimsa | 1992 | - | - | 11 | 744 | 11 | 744 |
| Asarco | 1994-1996 | 55 | 8,105 | 31 | 3,681 | 86 | 11,786 |
| Southern Peru | 1997-1998 | 16 | 1,818 | 80 | 9,755 | 96 | 11,573 |
| Sulliden | 2003-2012 | 352 | 72,913 | 248 | 42,477 | 600 | 115,389 |
| Rio Alto | 2014-2015 | 12 | 1,258 | 234 | 23,264 | 246 | 24,522 |
| **Total** | **1992-2015** | **435** | **84,094** | **604** | **79,921** | **1,039** | **164,015** |

The majority of the RC drilling completed by Rio Alto in 2014 and 2015 was within the current resource. The database also includes twelve diamond core holes that were drilled for geotechnical purposes and subsequently sampled for analyses. The majority of the drilling in the oxide domain within the resource is on a nominal spacing of 25m x 25m due to the extensive RC infill programs conducted in 2014 and 2015.

Upon its acquisition of Rio Alto in April 2015, Tahoe has continued drilling diamond core and RC for infill, step-out, geotechnical, hydrology, and condemnation purposes.

From April 15, 2015 (the cut-off date for inclusion of drill data in the resource estimate) through December 31, 2015, Tahoe continued infill drilling within the current resource and pit shell, step-out drilling to expand the resource, geotechnical, metallurgical and condemnation drilling in support of operations, and exploration drilling at the proximal San Lorenzo, La Chilca, and Choloque targets. Post-resource drilling completed by Tahoe in 2015 includes 180 core and RC holes totaling 32,717 meters.

Six core holes and 19 RC holes totaling 5,807 meters were collared inside of the current resource boundary and pit shell to aid in geologic interpretation and confirm grade estimates in areas of wider drill spacing. The six core holes were extended to target sulfide mineralization underlying the oxide resource.

Ten core holes and 40 RC holes totaling 12,042 meters were drilled around the periphery of the pit boundary to test for the continuation of mineralization beyond the currently defined pit extents. The drilling successfully identified mineralization outside of the northeast and southwest margins of the pit shell that will be incorporated into mine plan.

52      Tahoe Resources Inc.

Thirty-four drill holes (six core and 28 RC) totaling 6,114 meters were completed on the San Lorenzo, Choloque and La Chilca targets proximal to the Shahuindo resource. The San Lorenzo and La Chilca zones are associated with northeast-trending structures that cross the northwest-trending San Jose anticline, which is the dominant control of mineralization at Shahuindo. The northeasterly structural controls appear similar to the structural trends associated with gold-bearing veins in the nearby Algamarca district and likely represent a secondary structural control at Shahuindo. Three core holes were drilled at La Chilca to test oxidation levels and the continuity of mineralization along this northwest-trending structure northwest of the current Shahuindo resource.

## SAMPLE PREPARATION, ANALYSIS AND SECURITY

Tahoe has limited information about sample preparation and analyses for the drill programs prior to the major drill programs by Sulliden beginning in 2003. The drilling prior to Sulliden's work is considered to be a minimal risk to the estimate of Mineral Resources, as this dataset accounts for only 15% of the data used in the estimate and many of the holes drilled prior to Sulliden have been twinned or offset with new drill holes.

From 2003 to 2012, Sulliden's sampling and sample dispatch for the Shahuindo Project were carried out under the supervision of Sulliden staff. Samples were sent to ALS Minerals (ALS, formerly known as ALS Chemex) in Lima for sample preparation and analysis. Samples were prepared and analyzed using industry-standard practices, including the use of quality assurance and quality control (QA/QC) duplicates, blanks, and assay standards. The ALS laboratory in Lima is ISO 9001:2008 and ISO 17025:2005 certified.

Samples from Rio Alto's 2014-2015 drill programs were analyzed by CERTIMIN (Lima). Gold was assayed with a 50-gram fire assay using an atomic adsorption finish. Fire assays were repeated using with a gravimetric finish for samples whose initial fire assay results were greater than 10 g/t Au. Rio Alto employed a QA/QC program of field duplicates, blanks and assay standards. The CERTIMIN laboratory is ISO 9001 certified for geochemical, metallurgical and environmental sample analyses. Tahoe continues to use the CERTIMIN laboratory in Lima as its primary assay lab for its continued drilling at the Shahuindo Mine.

Drill core and RC sampling procedures, sample analyses, QAQC procedures and sample security employed at Shahuindo are of sufficient quality for use in the resource estimate.

## DATA VERIFICATION

Tahoe conducted an audit of the 2014-2015 Rio Alto assay database (data through April 15, 2015) by comparing the analytical results reported in the hard copy certificates received from the laboratory (CERTIMIN) to the digital database used for the resource estimate. Tahoe compared 100% of the gold and silver assays in the database against the laboratory certificates with no errors detected.

The QA/QC programs conducted on the Shahuindo samples and the multiple database audits are sufficient to ensure that the data used in the resource estimate is valid. While there are some discrepancies regarding the silver standards used by Rio Alto in 2014 and 2015, this is not considered material as silver has a negligible contribution to the economics of the project.

## MINERAL PROCESSING AND METALLURGICAL TESTING

The mineral processing and metallurgical testing that included cyanidation and flotation testing programs have been conducted on composite samples from the Shahuindo Mine by various companies starting in 1996. These companies include Asarco, Compania Minera Algamarca, Sulliden, Rio Alto and Tahoe, with test work conducted at Dawson Metallurgical Laboratories, Kappes, Cassiday & Associates (KCA), Heap Leach Consultants (HLC), SGS and Tahoe's La Arena laboratory.

Results from the cyanidation tests conducted by KCA from 2009 to 2012 and in 2014, and by Tahoe (Rio Alto) in 2014 and 2015 on core drill hole and surface composites were used in the development of the recovery and leach design parameters for use in the prefeasibility study. The results of the testing program indicate excellent gold recoveries at both run-of-mine (ROM) and coarse crush sizes with low to moderate reagent requirements, implying amenability to heap leaching. Silver recoveries were generally low.

Compacted permeability tests on -25mm crushed samples were conducted, both with and without cement. The results are variable with one-third of the tests conducted in 2015 failing. The results from KCA's compacted permeability tests on -32mm composites conducted in 2012 indicated that mixing of the more weathered samples with competent material would be required to maintain permeability at 6 kg of cement per tonne of ore. Two of the three KCA tests passed the compacted permeability tests at a simulated heap height of approximately 110 meters.

Maintaining heap permeability and minimizing channeling at higher heap heights constitutes a risk to the project, as additional agglomeration and compacted permeability testing is required. Tahoe will conduct further test work on the agglomeration circuit before operations in 2018 (Phase 2). This will include further work on maximizing recovery and determining the maximum leach pad height.

077

*MINERAL RESOURCE ESTIMATE*

The Mineral Resource estimate has been classified as Measured, Indicated and Inferred based on the confidence of the input data, geological interpretation and grade estimation parameters. The Mineral Resource estimate was prepared and reported in accordance with NI 43-101, and classifications adopted by the CIM Council.

The Mineral Resource estimate for the Shahuindo deposit contains Measured and Indicated Mineral Resources (oxide) of 143.1 million tonnes at average grades of 0.50 g/t Au and 6.7 g/t Ag, containing 2.28 million ounces of gold and 30.7 million ounces of silver. Inferred Mineral Resources (oxide) total 2.6 million tonnes at average grades of 0.42 g/t Au and 7.4 g/t Ag; containing 36,000 ounces of gold and 626,000 ounces of silver. Sulfide resources total 87.7 million tonnes at average grades of 0.71 g/t Au and 21.1 g/t Au; containing 2.0 million ounces of gold and 59.4 million ounces of silver. All sulfide resources are classified as Inferred Mineral Resources. The effective date of the Shahuindo Mineral Resource estimate is April 15, 2015.

The table below shows a summary of the Shahuindo Mineral Resources, at cut-off grades for oxide material of 0.14 g/t AuEq and sulfide material of 0.50 g/t AuEq.

**Shahuindo Mineral Resources**

| Material Type | Resource Classification | Tonnes (M) | Au (g/t) | Ag (g/t) | Au Ounces (koz) | Ag Ounces (koz) |
|---|---|---|---|---|---|---|
| Oxide | Measured Mineral Resources | 96.5 | 0.50 | 6.7 | 1,546 | 20,901 |
| | Indicated Mineral Resources | 46.6 | 0.49 | 6.5 | 736 | 9,778 |
| | **Measured and Indicated Mineral Resources** | **143.1** | **0.50** | **6.7** | **2,282** | **30,679** |
| | Inferred Mineral Resources | 2.6 | 0.42 | 7.4 | 36 | 626 |
| **Sulfide** | Inferred Mineral Resources | 87.7 | 0.71 | 21.1 | 2,002 | 59,441 |

Numbers may not add due to rounding

Oxide resources are reported within a $1,400/oz Au optimized open pit shell. Gold-equivalent grades were calculated in the Shahuindo resource block model using the individual gold and silver grades for each block and metal prices of $1,200/oz Au and $15/oz Ag using the formula:

$$AuEq \; g/t = Au \; g/t + (Ag \; g/t \times 15/1200)$$

The sulfide Mineral Resources at Shahuindo are classified entirely as Inferred due to limited metallurgical characterization and wider drill spacing than in the oxide portion of the deposit. There have been no economic or mining studies of the sulfide portion of the Shahuindo deposit completed to date; the Inferred sulfide resource is reported at a 0.5 AuEq g/t cut-off using the same metal prices as used for calculating the oxide gold-equivalent values.

The drill data used for the estimate of Mineral Resources includes data from all drilling completed through April 2015. The drill hole information includes collar location, downhole survey, assay, lithology and oxidation data.

Lithological, oxidation and structural models were created to model the distribution of mineralization to the pertinent geologic domains. Gold mineralization domains were created using a 0.1 g/t Au cut-off; these domains were used as hard boundaries to constrain the grade estimate. Silver values have been estimated inside the gold domains. A suite of other elements were also modeled and estimated into the block model, including sulfur, copper, lead, zinc, arsenic, molybdenum, calcium, total iron, sodium and manganese. The economic contribution of these elements is not material to the project.

*MINERAL RESERVE ESTIMATE*

The Shahuindo Mineral Reserve estimate has been classified as Proven and Probable, applying applicable mining, metallurgical, economic, permitting, and other relevant factors to the Measured and Indicated Mineral Resources. The Mineral Reserve estimate was prepared and reported in accordance with NI 43-101, and classifications adopted by the CIM Council.The Shahuindo Proven and Probable Mineral Reserves total 111.9 million tonnes of oxide material at average grades of 0.53 g/t Au and 6.82 g/t silver; containing 1.91 million ounces of gold and 24.5 million ounces of silver at a cut-off grade of 0.18 g/t Au. Mineral Reserves are inclusive of Mineral Resources. There are no sulfide Mineral Reserves reported. The effective date of the Shahuindo Mineral Reserve is November 1, 2015.

The Shahuindo Mineral Reserve estimate is summarized in the table below:

**Shahuindo Mineral Reserve**

| Reserve Classification | Tonnes (M) | Au Grade (g/t) | Ag Grade (g/t) | Au Ounces (000s) | Ag Ounces (000s) |
|---|---|---|---|---|---|
| Proven Mineral Reserve | 82.7 | 0.54 | 6.92 | 1,424 | 18,400 |
| Probable Mineral Reserve | 29.2 | 0.51 | 6.54 | 483 | 6,142 |
| **Proven & Probable Mineral Reserve** | **111.9** | **0.53** | **6.82** | **1,906** | **24,541** |

Numbers may not add due to rounding

54    Tahoe Resources Inc.

Metal prices used for reporting Mineral Reserves are $1,200 per ounce gold and $15.00 per ounce silver. The Mineral Reserve estimate does not include process recovery factors or plant losses.

The cut-off grade for the Mineral Reserves was calculated from operating costs experienced at Tahoe's La Arena Mine, the estimated metallurgical performance sourced from test work and engineering first principles. Proven and Probable Mineral Reserves include five percent dilution at zero grade and mining losses of two percent. Resources within the mine plan classified as Inferred were considered to have no economic value and have been classified as waste in the mining schedule.

### MINING METHODS AND MINE PRODUCTION SCHEDULE

The Shahuindo Mine is an open pit heap leach operation. The mining method used is a conventional drill/blast, shovel and dump truck operation. The mining will be executed under an alliance style contract similar to the mining operation at the Company's La Arena Mine.

The mining schedule at Shahuindo consists of two phases. Phase 1 entails mining higher grade starter pits providing ROM material to the Phase 1 leach pads in 2016 and 2017; the average mining rates in 2016 and 2017 are approximately 15,800 tonnes of ore per day and 15,300 tonnes of ore per day, respectively. Phase 2, beginning in 2018, includes the addition of a crushing and agglomeration facility, increased plant capacity and an additional leach pad. The mining rate in Phase 2 increases production to meet the Phase 2 plant capacity of 36,000 tonnes of ore per day, which will require an upgraded mining fleet.

The LOM production schedule as of January 1, 2016 forecasts the Shahuindo Mine to produce and deliver to the processing facilities a total of 110.9 million tonnes of ore at an average gold grade of 0.53 g/t, and average silver grade of 6.86 g/t. The LOM plan is summarized in the table below.

**Life of Mine Mining Schedule**

| | Unit | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|---|
| Ore Tonnes | k tonnes | 5,756 | 5,602 | 10,289 | 13,412 | 13,039 | 12,352 |
| Au Grade | g/t | 0.68 | 0.54 | 0.64 | 0.48 | 0.48 | 0.51 |
| Ag Grade | g/t | 5.95 | 5.73 | 7.24 | 6.45 | 7.05 | 6.47 |
| Waste Tonnes | k tonnes | 4,954 | 4,113 | 21,835 | 18,895 | 19,246 | 19,893 |
| Strip Ratio | waste:ore | 0.86 | 0.73 | 2.12 | 1.41 | 1.48 | 1.61 |
| **Total Tonnes** | **k tonnes** | **10,710** | **9,715** | **32,124** | **32,306** | **32,285** | **32,245** |
| Au Mined | k oz | 126 | 97 | 212 | 206 | 200 | 201 |
| Ag Mined | k oz | 905 | 1,090 | 2,524 | 2,741 | 2,954 | 2,568 |

| | Unit | 2022 | 2023 | 2024 | 2025 | Total |
|---|---|---|---|---|---|---|
| Ore Tonnes | k tonnes | 16,066 | 14,405 | 12,732 | 7,236 | **110,890** |
| Au Grade | g/t | 0.50 | 0.59 | 0.52 | 0.49 | **0.53** |
| Ag Grade | g/t | 7.79 | 7.16 | 6.36 | 7.30 | **6.86** |
| Waste Tonnes | k tonnes | 16,395 | 15,922 | 17,497 | 11,106 | **149,855** |
| Strip Ratio | waste:ore | 1.02 | 1.11 | 1.37 | 1.53 | **1.35** |
| **Total Tonnes** | **k tonnes** | **32,461** | **30,327** | **30,230** | **18,342** | **260,485** |
| Au Mined | k oz | 258 | 273 | 215 | 113 | **1,900** |
| Ag Mined | k oz | 3,599 | 3,143 | 2,663 | 2,246 | **24,470** |

### PROCESSING

Gold from the Shahuindo Mine will be extracted from the ore via heap leach and then processed by carbon-in-column, adsorption-desorption-refining (ADR) operations. The civil and geotechnical design of the leach pads were engineered by Anddes Asociados SAC; the process plant was engineered by Heap Leaching Consulting SAC, both of Lima, Peru. The start-up production plan for the processing of Shahuindo ore is 10,000 tpd (Phase 1) with processing capacity expanded early in the second half of 2016. Average processing rates in 2016 and 2017 are about 12,200 tonnes of ore per day and 16,500 tonnes of ore per day, respectively. The process plant facilities will be further expanded in Phase 2 to 36,000 tonnes per day. The Phase 2 expansion to be implemented in 2018 will include a crushing and agglomeration circuit that includes a single-stage crusher and screen, cement and lime addition to the fines, agglomeration in belt conveyors and stacking system to place ore onto the leach pad.

The Shahuindo Mine is scheduled to produce a total of 1.504 million ounces of gold and 2.8 million ounces of silver in doré over a 10 year period. The table below summarizes the life of mine process plant throughput schedule and ounce production.

080

**Life of Mine Process Plant Throughput**

| | Unit | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|---|
| Heap Leach Process Tonnes | k tonnes | 4,446 | 6,022 | 11,179 | 13,000 | 13,039 | 12,352 |
| Process Au Head Grade | g/t | 0.79 | 0.52 | 0.60 | 0.48 | 0.48 | 0.51 |
| Process Ag Head Grade | g/t | 6.59 | 5.63 | 6.84 | 6.56 | 7.05 | 6.47 |
| **Au ounces recovered** | **k oz** | **82.6** | **74.1** | **172.9** | **161.8** | **160.0** | **160.8** |
| **Ag ounces recovered** | **k oz** | **65.9** | **76.3** | **294.9** | **328.9** | **354.5** | **308.2** |

| | Unit | 2022 | 2023 | 2024 | 2025 | Total |
|---|---|---|---|---|---|---|
| Heap Leach Process Tonnes | k tonnes | 13,140 | 13,140 | 13,140 | 11,431 | 110,890 |
| Process Au Head Grade | g/t | 0.55 | 0.62 | 0.52 | 0.41 | 0.53 |
| Process Ag Head Grade | g/t | 8.52 | 7.44 | 6.30 | 6.28 | 6.86 |
| **Au ounces recovered** | **k oz** | **186.5** | **209.5** | **174.5** | **120.8** | **1,503.7** |
| **Ag ounces recovered** | **k oz** | **431.9** | **377.2** | **319.6** | **276.9** | **2,834.2** |

## INFRASTRUCTURE

The Shahuindo Mine is approximately 25 kilometers by road from the town of Cajabamba and 130 kilometers by road from the town of Cajamarca. Access from Cajamarca is via asphalt-paved highway and gravel and dirt roads.

During Phase 1 operations, power at the site will be provided by on-site diesel generation capable of sustaining 1.2 MW of power. In 2018, power will be provided via the National Commercial Grid. The long term power requirement for the Shahuindo Mine is 7.4MW.

All process and domestic water for the operation will be supplied from an 18,000 cubic meter rainwater run-off collection pond, a water well (located 300m west of the Shahuindo open pit), and from pit dewatering which will be pumped at the beginning of the second year of operation. Hydrogeological studies indicate sufficient water will be available to supply process and potable water requirements for the life of the mine.

At the effective date of the Shahuindo Feasibility Study, buildings required for the initial start-up are in place and are tailored for Phase 1 production. Some of the infrastructure from Phase 1 will be upgraded before Phase 2 production commences).

## CLOSURE

The entire facility was designed with closure in mind to the greatest extent practicable. The facilities are designed and operated to minimize the footprints and areas of disturbance and utilize the most advanced planning and reclamation techniques available. The disturbance footprint of Shahuindo Mine site is approximately 1,348 Ha. Reclamation will commence as soon as practical during operations by placing salvaged topsoil on outer slopes and encouraging vegetation.

## CAPITAL AND OPERATING COSTS

The operating costs for the Shahuindo Mine were calculated for each year during the life of mine using the forecasted annual production tonnages. The mining, processing and site general and administration (G&A) costs were derived from first principals, or based on operating costs experienced at Tahoe's La Arena Mine which is comparable to the Shahuindo Mine.

The table below includes the summary of the anticipated life-of-mine costs.

**Operating Cost Summary**

| Operating Cost | Value |
|---|---|
| Mining Cost ($/tonne mined) | $1.91 |
| Mining Cost ($/ore tonne mined) | $4.50 |
| Process Plant Operating Cost ($/tonne processed) | $2.55 |
| General Administration ($/tonne processed) | $2.23 |

*includes $1.42/tonne ore for crushing and agglomeration beginning in 2018

The capital expenditure requirement for the Shahuindo Mine is $320.3 million dollars beginning on 01 January 2016. This includes construction capital of $179.6 million and $140.7 million in sustaining capital. Capital expenditures incurred prior to 01 January 2016 are considered as 'sunk' costs.

56    Tahoe Resources Inc.

The project capital is summarized in the table below. The total project capital carried in the financial model for new construction is expended over a three year period.

**Project Capital**

| Project Capital | $ (millions) |
|---|---|
| Mining | $27.5 |
| Process Plant | $105.6 |
| Other | $46.6 |
| **Total** | **$179.6** |

## ECONOMIC ANALYSIS

The Shahuindo Mine economic analysis indicates that the project has an Internal Rate of Return (IRR) of 40.6% with a payback period of 4.1 years after taxes and an after-tax Net Present Value using a five percent discount rate (NPV5) of $318.9 M after taxes.

Sensitivity analyses were conducted using changes in metal prices, operating cost, initial capital, and recovery; the results of which are summarized in the table below. Changes to metal prices have the greatest impact on the NPV and IRR of the project.

**Sensitivity Analysis – NPV and IRR after Taxes**

| Variable | Change | NPV 0% | NPV 5% | NPV 10% | IRR% | Payback |
|---|---|---|---|---|---|---|
| Change in Metal Prices | +20% | $723,045 | $508,619 | $362,690 | 67.7% | 3.3 |
| | +10% | $597,309 | $413,960 | $289,289 | 53.1% | 3.6 |
| | Base Case | $471,200 | $318,863 | $215,413 | 40.6% | 4.1 |
| | -10% | $342,701 | $221,333 | $139,143 | 29.0% | 4.8 |
| | -20% | $202,022 | $113,741 | $54,457 | 17.1% | 6.1 |
| Change in Operating Cost | +20% | $348,725 | $225,158 | $141,508 | 29.0% | 4.9 |
| | +10% | $411,022 | $273,026 | $179,417 | 34.8% | 4.4 |
| | Base Case | $471,200 | $318,863 | $215,413 | 40.6% | 4.1 |
| | -10% | $530,361 | $363,820 | $250,632 | 46.7% | 3.8 |
| | -20% | $588,728 | $407,955 | $285,031 | 53.1% | 3.6 |
| Change in Total Capital | +20% | $409,200 | $263,661 | $165,625 | 29.1% | 4.8 |
| | +10% | $440,142 | $291,213 | $190,477 | 34.2% | 4.5 |
| | Base Case | $471,200 | $318,863 | $215,413 | 40.6% | 4.1 |
| | -10% | $502,354 | $346,596 | $240,419 | 49.0% | 3.7 |
| | -20% | $533,592 | $374,233 | $265,224 | 60.2% | 3.4 |
| Change in Metal Recovery | 2% | $508,599 | $347,156 | $237,466 | 44.2% | 3.9 |
| | 1% | $489,905 | $333,014 | $226,443 | 42.4% | 4.0 |
| | Base Case | $471,200 | $318,863 | $215,413 | 40.6% | 4.1 |
| | -1% | $452,456 | $304,682 | $204,358 | 38.9% | 4.2 |
| | -2% | $433,662 | $290,459 | $193,265 | 37.2% | 4.3 |

## SHAHUINDO FINANCIAL MODEL

The life of mine base case assumptions for the Shahuindo financial model are summarized in the table below

**LOM Base Case Summary - Assumptions**

| Production Statistics | Base Case |
|---|---|
| **Mine** | |
| Ore (ktonnes) | 110,890 |
| Gold Grade (g/t) | 0.53 |
| Silver Grade (g/t) | 6.86 |
| Contained Gold (kozs) | 1,900 |
| Contained Silver (kozs) | 24,470 |

082

| | |
|---|---|
| Waste (ktonnes) | 149,855 |
| Total Tonnes Mined (ktonnes) | 260,745 |

Annual Information Form for the Year Ended December 31, 2015    57

083

| Production Statistics | Base Case |
|---|---|
| **Processing** | |
| Ore Placed on Pad (ktonnes) | 110,890 |
| Gold Production (kozs recovered) | 1,504 |
| Silver Production (kozs recovered) | 2,834 |
| Gold Recovery | 79% |
| Silver Recovery | 12% |
| **Revenues, Capital Cost & Operating Cost** | |
| Revenues ($000) | $2,110,507 |
| Project Capital ($000) | $179,629 |
| Sustaining Capital ($000) | $140,676 |
| Mining Cost ($/tonne mined) | $1.91 |
| Mining Cost ($/ore tonne mined) | $4.50 |
| Process Plant Operating Cost ($/tonne processed) | $2.55 |
| General Administration ($/tonne processed) | $2.23 |
| Treatment & Transportation Charges ($/tonne processed) | $0.06 |
| Total Operating Cost ($/tonne processed) | $9.28 |
| **Economic Indicators before Taxes** | |
| NPV @ 0% ($000) | $667,385 |
| NPV @ 5% ($000) | $462,203 |
| NPV @ 10% ($000) | $322,836 |
| **Economic Indicators after Taxes** | |
| NPV @ 0% ($000) | $471,200 |
| NPV @ 5% ($000) | $318,863 |
| NPV @ 10% ($000) | $215,413 |
| IRR | 40.6% |
| Payback (yrs) | 4.1 |

*CONCLUSIONS AND RECOMMENDATIONS*

The results of this study demonstrate that:

1. The Shahuindo Mine is economically viable from January 1, 2016 through to the end of the estimated mine life, supporting the declaration of Proven and Probable Mineral Reserves;

2. The Shahuindo mining strategy consists of two phases. The first phase will process ROM ore at an initial rate of 10,000 tonnes of ore per day, ramping up to an average of 12,200 tonnes of ore per day in 2016 and 16,500 tonnes of ore per day in 2017; the second phase will include a crushing and agglomeration circuit that will increase production to 36,000 tonnes per day. The phased approach enables gold production as soon as possible with minimal capital expenditure, generating cash flow early in the project;

3. The results of laboratory testing program indicate excellent gold recoveries at both ROM and moderate crush sizes with low to moderate reagent requirements, implying amenability to heap leaching. Silver recoveries are generally low; and

4. The Shahuindo district holds excellent opportunities for further discovery and definition of additional oxide and sulfide mineralized bodies that have potential to increase the resource base at Shahuindo.

The authors of the Shahuindo Feasibility Study recommend the Company to:

1. Initiate field and laboratory studies investigate the potential to reduce capital and operating costs related to the Phase 2 crushing and agglomeration scheme. Conduct pilot scale heap leach tests on the current ROM leach pad to investigate field-scale performance on composites with varying degrees of coarse-to-fines ratios. The metallurgical facilities at the Company's La Arena Mine should be utilized to conduct further permeability and compaction tests;

2. Investigate the ability of the siltstones and breccia with high fines content to percolate in the ROM leach pad;

3. Conduct additional metallurgical testing on drill samples;

084

4.  Improve the geometallurgical model. Further refinement of the geologic model at Shahuindo will greatly aid in mine planning and scheduling, and increase confidence in the material types scheduled for delivery to the leach pad to optimize material blending schemes;

58    Tahoe Resources Inc.

5.    Aggressively explore the Shahuindo district and accelerate district exploration with the goal of discovering additional resources amenable to the Shahuindo processing facility;

6.    Evaluate the mineralized zones on the periphery of the Shahuindo deposit to expand the resource and incorporate these extensions into a new pit design;

7.    Improve the QA/QC procedures by including a wider-range of certified assay standards; particularly assay standards at or near the operational gold cut-off grade. Create assay blanks from coarse RC drilling rejects. Utilize a second commercial laboratory or the La Arena laboratory for check assays of exploration samples;

8.    Update and refine the resource estimate as additional drill hole information becomes available; and

9.    Evaluate the economic potential of the sulfide mineralization below the Shahuindo pit.

After reaching commercial production, the authors recommend the Company systematically evaluate mining, processing and other surface operations to optimize processes and procedures and reduce capital and operating costs. Examples include the following trade-off studies to evaluate:

1.    the potential to reduce or eliminate the requirement for the crushing and or agglomeration circuit, and the impact to metal recoveries;

2.    the economic benefit of implementing a secondary crushing circuit to increase recovery;

3.    the potential to increase the overall slope angle of the pit to increase the NPV of the project through further geotechnical and hydrogeological analyses; and

4.    the potential to reduce operating costs by evaluating the suitability by backfilling mined waste rock into the pit.

## DIVIDENDS AND DISTRIBUTIONS

In December 2014 the Company paid its inaugural cash dividend of $0.02 per Share per month, and additional $0.02 per Share dividends were paid each month in 2015 and 2016 to date. Although the Company expects to continue paying monthly dividends, pursuant to the Company's dividend policy, the continuation and amount of the dividend is to be determined by the Board, with regard to the earnings and financial requirements of the Company and other applicable conditions existing at such time. No dividends were declared or paid prior to December 2014.

## DESCRIPTION OF CAPITAL STRUCTURE

The Company is authorized to issue an unlimited number of Shares. As at the date of this AIF, 227,487,434 shares were issued and outstanding as fully paid and non-assessable Shares.

The holders of Shares are entitled to one vote per Share at meetings of the shareholders of the Company. Holders of Shares are entitled to dividends, if, as and when declared by the Board and, upon liquidation, to participate equally in such assets of the Company as are distributed to the holders of Shares.

## MARKET FOR SECURITIES

The Shares are listed on the TSX and BVL under the symbol "THO" and on the NYSE under the symbol "TAHO". The following table sets forth information relating to the trading of the Shares on both the TSX and NYSE for the months indicated.

**TRADING HISTORY ON THE TSX**

| TRADING PRICE (CAD$) | | | |
|---|---|---|---|
| **2015** | **High** | **Low** | **Volume** |
| January | 19.45 | 15.96 | 5,875,500 |
| February | 18.42 | 15.56 | 14,296,600 |
| March | 17.63 | 13.58 | 15.076,600 |
| April | 17.17 | 13.69 | 27,501,100 |
| May | 17.95 | 16.21 | 9,958,300 |
| June | 18.65 | 15.07 | 22,120,500 |
| July | 15.77 | 10.12 | 22,723,400 |
| August | 13.04 | 9.66 | 23,220,300 |
| September | 11.25 | 9.81 | 14,542,500 |
| October | 12.75 | 10.10 | 16,504,300 |
| November | 12.22 | 9.84 | 14,144,000 |
| December | 12.93 | 11.23 | 14,785,500 |

| TRADING PRICE (CAD$) | | | |
|---|---|---|---|
| **2016** | **High** | **Low** | **Volume** |
| January | 13.26 | 9.45 | 18,257,100 |
| February | 13.42 | 9.92 | 36,977,200 |

Source: http://finance.yahoo.com/q?s=tho.to

The price of the Shares as reported by the TSX at the close of business on December 31, 2015, the last business day of the year in Canada, was CAD$11.97 per share and on March 9, 2016 was CAD$12.66 per share.

**TRADING HISTORY ON THE NYSE**

| TRADING PRICE (USD) | | | |
|---|---|---|---|
| **2015** | **High** | **Low** | **Volume** |
| January | 16.13 | 13.06 | 4,103,600 |
| February | 14.83 | 12.25 | 5,642,600 |
| March | 14.10 | 10.65 | 7,355,000 |
| April | 14.21 | 11.15 | 17,700,200 |
| May | 14.95 | 13.06 | 9,656,200 |
| June | 15.14 | 12.08 | 40,615,500 |
| July | 12.48 | 7.78 | 30,916,600 |
| August | 10.06 | 7.32 | 28,493,100 |
| September | 8.62 | 7.40 | 25,388,200 |
| October | 9.93 | 7.62 | 27,641,000 |
| November | 9.13 | 7.38 | 20,705,000 |
| December | 9.67 | 8.05 | 19,658,100 |

| TRADING PRICE (USD) | | | |
|---|---|---|---|
| **2016** | **High** | **Low** | **Volume** |
| January | 9.42 | 6.48 | 24,710,300 |
| February | 9.71 | 7.12 | 34,551,300 |

Source: http://finance.yahoo.com/q?s=taho

The price of Shares as reported by the NYSE at the close of business on December 31, 2015, the last business day of the year in the US, was $8.48 and on March 9, 2016 was $9.54 per share.

**TRADING HISTORY ON THE BVL**

| TRADING PRICE (USD) | | | |
|---|---|---|---|
| **2015** | **High** | **Low** | **Volume** |
| April | 13.95 | 11.35 | 646,272 |
| May | 14.63 | 13.18 | 439.123 |
| June | 14.91 | 12.22 | 329,789 |
| July | 12.26 | 7.90 | 191,050 |
| August | 10.00 | 7.70 | 143,352 |
| September | 8.60 | 7.44 | 124,445 |
| October | 9.80 | 7.60 | 144,661 |
| November | 9.05 | 7.55 | 86,750 |
| December | 9.60 | 8.20 | 81,040 |

60     Tahoe Resources Inc.

089

| TRADING PRICE (USD) | | | |
|---|---|---|---|
| **2016** | **High** | **Low** | **Volume** |
| January | 9.35 | 6.70 | 93,925 |
| February | 9.50 | 7.57 | 291,405 |

The price of Shares as reported by the BVL at the close of business on February 29, 2016, was US$9.17 per share.

## PRIOR SALES

In the 12-month period ended December 31, 2015, the Company granted 1,191,000 options and 271,500 share awards (consisting of 219,000 Deferred Share Awards granted on April 7, 2015, and 52,500 Restricted Share Awards granted on May 8, 2015) under its Share Option and Incentive Share Plan adopted on April 20, 2010. The details of the options granted during the year ended December 31, 2015 are as follows:

| Grant Date | Options Granted | CAD$ | | Expiry Date |
|---|---|---|---|---|
| April 7, 2015 | 1,167,000 | $ | 15.68 | April 1, 2020 |
| May 11, 2015 | 24,000 | $ | 16.70 | May 11, 2020 |

Additionally, on April 1, 2015, Tahoe assumed 3,370,579 options through the Rio Alto Arrangement. The grant prices range from CAD$6.61 to CAD$23.13 and the expiry dates range between March 2016 and October 2019.

## DIRECTORS AND EXECUTIVE OFFICERS

### DIRECTORS AND EXECUTIVE OFFICERS

The following tables set forth information regarding our directors and executive officers. The term of office for the Directors expires as of the Company's Annual General Meeting which will be held on May 4, 2016.

| DIRECTORS | | | |
|---|---|---|---|
| **Name and Municipality of Residence** | **Position(s) with the Company** | **Date of Appointment** | **Principal Occupation** |
| TANYA JAKUSCONEK (3) (4) Toronto, Ontario, Canada | Director | 2-May-11 | Senior Gold Research Analyst for Scotia Bank. |
| DRAGO G. KISIC (1) (4) Lima, Peru | Director | 1-April-15 | President of Macrocapitales Safi and Bodega San Nicolas. |
| C. KEVIN MCARTHUR (5) Reno, Nevada, United States | Executive Chair | 10-Nov-09 | Executive Chair of the Company. |
| A. DAN ROVIG (2) Reno, Nevada, United States | Lead Director | 8-Jun-10 | Independent consultant. |
| PAUL B. SWEENEY (1) (3) Vancouver, British Columbia, Canada | Director | 14-Apr-10 | Independent business consultant. |
| JAMES S. VOORHEES (2) (4) Reno, Nevada, United States | Director | 14-Apr-10 | Independent director. |
| KENNETH F. WILLIAMSON (1)(3) Dwight, Ontario, Canada | Director | 8-Jun-10 | Independent director. |
| KLAUS M. ZEITLER (2)(3) Vancouver, British Columbia, Canada | Director | 1-April-15 | President, CEO and director of Amerigo Resources Limited. |

Member of:
(1)    Audit Committee.
(2)    Corporate Governance and Nominating Committee.
(3)    Compensation Committee.
(4)    Health, Safety, Environment and Community Committee.
Other:
(5)    Mr. McArthur was previously the President and Chief Executive Officer and was appointed Executive Chair effective April 7, 2015

| EXECUTIVE OFFICERS | | | |
|---|---|---|---|
| **Name and Municipality of Residence** | **Position(s) with the Company** | **Date of Appointment** | **Principal Occupation** |
| C. KEVIN MCARTHUR Reno, Nevada, United States | Executive Chair, Chief Executive Officer and Director | 7-April-15 | Executive Chair of the Company. |

| | | | |
|---|---|---|---|
| RONALD W. CLAYTON<br>Reno, Nevada, United States | President and Chief Operating Officer | 12-Mar-14 | President and Chief Operating Officer of the Company. |
| MARK SADLER<br>Reno, Nevada, United States | Vice President and Chief Financial Officer | 7-Mar-13 | Vice President and Chief Financial Officer of the Company. |

Annual Information Form for the Year Ended December 31, 2015        61

091

| EXECUTIVE OFFICERS | | | |
|---|---|---|---|
| **Name and Municipality of Residence** | **Position(s) with the Company** | **Date of Appointment** | **Principal Occupation** |
| BRIAN BRODSKY<br>Reno, Nevada, United States | Vice President, Exploration | 1-Jun-10 | Vice President, Exploration of the Company. |
| EDIE HOFMEISTER<br>Reno, Nevada, United States | Vice President, Corporate Affairs, General Counsel and Corporate Secretary | 12-Mar-14 | Vice President, Corporate Affairs, General Counsel and Corporate Secretary of the Company. |

For details on the proposed changes to our executive officers and Board upon completion of the proposed business combination with Lake Shore, see "General Development of Our Business – Development of Our Business – 2016 Developments".

The principal occupation of each of the Company's directors and executive officers within the past five years is disclosed in the brief biographies set forth below.

**Tanya Jakusconek, Director** . Ms. Jakusconek is a Senior Gold Research Analyst who has covered large and mid-tier North American producers since 1991. She began her investment career at RBC Dominion Securities, and then worked at BBN James Capel and National Bank Financial before moving to Scotiabank in 2011. She earned a B.Sc (Honours) in Geology and an M.Sc Applied (MINEX Program), both from McGill University in Montreal. Ms. Jakusconek completed Modules I-IV of the Directors Education Program in 2015 and graduated from the program in January 2016.

**Drago G. Kisic, Director.** Mr. Kisic specializes in investment banking, finance and macroeconomics. Currently he is the President of Macrocapitales Safi and Bodega San Nicolás. He is a founding partner and a current director of MACROCONSULT and MACROINVEST and serves on the board of the Central Reserve Bank of Peru, UNACEM, Mapfre, Mapfre Peru Vida, Haug, Corporación Rey, Clinica Médica Cayetano Heredia and Obrainsa. He previously served as advisor to the Executive Director of the World Bank, President of CONASEV and Vice President of the Lima Stock Exchange. He is a member and former President of the Peruvian Center for International Studies and the Peruvian Institute of Business Management. He holds a B.S. from Pontificia Universidad Católica del Perú and a Master's degree from Oxford University.

**C. Kevin McArthur, Executive Chair of the Board.** Mr. McArthur founded the Company and was appointed President and Chief Executive Officer on November 10, 2009. On March 12, 2014, he was appointed Vice Chairman and Chief Executive Officer. On April 7, 2015, he was appointed Executive Chair. He was President, Chief Executive Officer and a director of Goldcorp from November 15, 2006 until his retirement on December 31, 2008. He served in a variety of management positions with Glamis starting in 1988, including acting as Glamis' President and Chief Executive Officer from January 1, 1998 to November 14, 2006. Prior to working with Glamis, Mr. McArthur held various operating and engineering positions with BP Minerals and Homestake Mining Company. He holds a B.S. in Mining Engineering from the University of Nevada. He is currently a Director of Royal Gold, Inc.

**A. Dan Rovig, Lead Director.** Mr. Rovig is currently the Lead Director of the Board of Directors of the Company. He was a director and Chairman of the Board of Glamis from November 1998 to November 2006 and a director of Goldcorp from 2006 to 2014. Prior to November 1998, Mr. Rovig served first as President of Glamis from September 1988 until his appointment as a director, and the President and Chief Executive Officer of Glamis and its subsidiaries from November 1989 to August 1997 when he retired. Prior to 1988, Mr. Rovig was an executive officer of British Petroleum Ltd., including its subsidiaries Amselco Minerals Inc. and BP Minerals America for five years. Prior experience included 16 years in the Anaconda Company in a variety of positions from Metallurgist to Senior VP Operations. Mr. Rovig holds a B.S. degree in Mining Engineering and a M.S. degree in Mineral Dressing Engineering from Montana College of Mineral Science and Technology. He is also a registered member of the Society for Mining, Metallurgy and Exploration, and the Geological Society of Nevada.

**Paul B. Sweeney, Director.** Mr. Sweeney has been an independent business consultant since May 2011. He is currently a Director of Oceana Gold Corporation and Grenville Strategic Royalty Inc. From May 2010 to May 2011, he was a part-time commercial advisor to Plutonic Power Corporation and subsequently Alterra Power Corp. From August 2009 to April 2010, he served as Plutonic Power Corporation's President. He was Executive Vice President, Corporate Development of Plutonic Power Corporation from October 2008 to August 2009 and was Executive Vice President, Business Development of Plutonic Power Corporation from January 2007 to October 2008. He was an independent business and financial consultant from 2005 to 2007 and was Vice President and Chief Financial Officer of Canico Resource Corp. from 2002 to 2005. Mr. Sweeney has over 35 years' experience in financial management of mining and renewable energy companies.

**James S. Voorhees, Director** . Mr. Voorhees has been an independent consultant since 2007. From 2005 to 2006 Mr. Voorhees was Executive Vice President and Chief Operating Officer of Glamis and from 1999 to 2005 he was Vice President Operations and Chief Operating Officer of Glamis. Prior to joining Glamis, Mr. Voorhees held various engineering and operating positions with Newmont Mining Corp., Santa Fe Pacific Minerals, Western Mining Corp., and Atlantic Richfield Company. Mr. Voorhees holds a B.S. degree in Mining Engineering from the University of Nevada and is a registered professional engineer.

62    Tahoe Resources Inc.

**Kenneth F. Williamson, Director.** Mr. Williamson has been a director of Goldcorp since November 2006. He was Vice Chairman Investment Banking of Midland Walwyn/Merrill Lynch Canada Inc. from 1993 until his retirement in 1998. He was a director of Glamis from April 1999 to November 2006. He has worked in the securities industry for more than 25 years, concentrating on financial services and the natural resource industries in the United States and Europe. He was chairman of the board of BlackRock Ventures until it was acquired by Shell Canada in 2006. As an active board member he has chaired various committees including audit, governance, and compensation. Mr. Williamson is a registered Professional Engineer and holds a Bachelor of Applied Science degree from the University of Toronto and a M.B.A. degree from the University of Western Ontario.

**Klaus M. Zeitler, Director.** Dr. Zeitler is an experienced mining executive, financing, building and managing base metal and gold mines throughout the world. He is currently the President, CEO and a director of Amerigo Resources Limited. He previously served as Managing Director of Metallgeschaft AG; founder, CEO and a director of Metall Mining (later renamed Inmet); and Senior Vice President of Teck Cominco. He holds a doctorate from Karlsruhe University in economic planning and is a member of the Canadian Institute of Mining and Metallurgy and the Prospectors and Developers Association.

**Brian Brodsky, Vice President, Exploration** . Mr. Brodsky was appointed Vice President of Exploration of the Company and began work for the Company on June 1, 2010. Mr. Brodsky is an economic geologist with over 35 years of precious metals exploration experience. He worked for Goldcorp and its predecessor Glamis from 2003 to 2010 as Exploration Manager, overseeing regional studies and detailed property assessments throughout Guatemala. His team was instrumental in the exploration and development of the Marlin Mine and Cerro Blanco gold-silver deposit as well as the grass-roots discovery and definition of the Escobal vein. In early 2010 Mr. Brodsky was appointed to the position of Director of Exploration for the US and Latin America for Goldcorp. Prior to joining Glamis/Goldcorp, Mr. Brodsky explored gold-silver, base metals and uranium deposits in various geologic environments throughout the United States, Peru and West Africa for Rio Algom Ltd., Cordex, Cruson & Pansze. He holds a B.S. in Geology from the University of Nevada.

**Ronald W. Clayton, President and Chief Operating Officer** . Mr. Clayton was appointed Vice President and Chief Operating Officer of the Company on April 1, 2010 and President and Chief Operating Officer on March 12, 2014. Mr. Clayton has extensive experience in development and operation of underground silver mines as well as operations in Latin America. Prior to joining the Company, Mr. Clayton was Senior Vice President of Operations and General Manager of several underground precious metal mines over a 20- year career with Hecla Mining Company. Mr. Clayton was also Vice President – Operations for Stillwater Mining Company from 2000 to 2002 and held various production, engineering and management positions with the Climax Molybdenum Company and Homestake Mining Company from 1976 to 1987. Mr. Clayton holds a B.S. in Mining Engineering from Colorado School of Mines.

**Edie Hofmeister, Vice President Corporate Affairs, General Counsel and Corporate Secretary** . Ms. Hofmeister was appointed Corporate Secretary of the Company on February 1, 2010, Vice President, General Counsel on March 2, 2011 and Vice President, Corporate Affairs, General Counsel and Corporate Secretary on March 12, 2014. Prior to that, she served as General Counsel to a $2-billion bankruptcy Trust in Reno, Nevada. From 1994 to 2001 she worked as an attorney at Brobeck, Phleger and Harrison LLP where she acted as senior litigation counsel to Exxon/Mobil, Shell and Imperial Oil Canada in complex environmental coverage cases. Since 2007 she has worked with indigenous groups in developing nations to promote reforestation and sustainable community programs. Ms. Hofmeister holds a B.A. from the University of California Los Angeles, an M.A. in International Studies from the University of Notre Dame, and a J.D. from the University of San Francisco School of Law.

**Mark T. Sadler, Vice President and Chief Financial Officer.** Mr. Sadler was appointed Vice President and Chief Financial Officer of the Company on March 8, 2013. Mr. Sadler has over 25 years of experience in the mining industry having worked for Glencore Ltd. and Rio Tinto/Kennecott from 1990 to 2012 where he held various financial and commercial roles including General Manager Base Metal Concentrate Sales (Rio Tinto Copper), Director of Finance and Marketing / CFO (Kennecott Minerals Company) and Director of Raw Materials and Precious Metal Sales (Kennecott Utah Copper). Mr. Sadler began his career in 1985 at Grant Thornton LLP. He holds a B.S. degree in Accounting from the University of Utah and is a member of the Utah Association and American Institute of Certified Public Accountants.

As of the date of this document, our directors, executive officers and employees, as a group, beneficially owned, directly or indirectly, or exercised control or direction over 5,134,442 vested Shares, representing approximately 2.26% of the issued Shares before giving effect to the exercise of share purchase options and the receipt of Shares issuable pursuant to Deferred or Restricted Share Awards. The directors, executive officers and employees, as a group, held 243,000 Deferred Share Awards and 1,665,430 Options as at March 9, 2016.

## CEASE TRADE ORDERS, BANKRUPTCIES, PENALTIES OR SANCTIONS

No director or executive officer of the Company is, or within ten years prior to the date hereof has been, a director, chief executive officer or chief financial officer of any company (including the Company) that, (i) was subject to a cease trade order, an order similar to a cease trade order or an order that denied the relevant company access to any exemption under securities legislation, that was in effect for a period of more than 30 consecutive days, that was issued while the director or executive officer was acting in the capacity as director, chief executive officer or chief financial officer; or (ii) was subject to a cease trade order, an order similar to a cease trade order or an order that denied the relevant company access to any exemption under securities legislation, that was in effect for a period of more than 30 consecutive days, that was issued after the director or executive officer ceased to be a director, chief executive officer or chief financial officer and which resulted from an event that occurred while that person was acting in the capacity as director, chief executive officer or chief financial officer.

093

No director or executive officer of the Company, or a shareholder holding a sufficient number of securities of the Company that would affect material control of the Company, (i) is, or within ten years prior to the date hereof has been, a director or executive officer of any company (including the Company) that, while that person was acting in that capacity, or within a year of that person ceasing to act in that capacity, became bankrupt, made a proposal under any legislation relating to bankruptcy or insolvency or was subject to or instituted any proceedings, arrangement or compromise with creditors or had a receiver, receiver manager or trustee appointed to hold its assets, other than John P. Bell who ceased to be a director of JER Envirotech International Corp. ("JER") within one year of the date JER ceased to do business, or (ii) has, within ten years prior to the date hereof, become bankrupt, made a proposal under any legislation relating to bankruptcy or insolvency, or become subject to or instituted any proceedings, arrangement or compromise with creditors, or had a receiver, receiver manager or trustee appointed to hold the assets of the director, executive officer or shareholder.

No director or executive officer of the Company, or a shareholder holding a sufficient number of securities of the Company to affect materially the control of the Company, has been subject to (i) any penalties or sanctions imposed by a court relating to securities legislation or by a securities regulatory authority or has entered into a settlement agreement with a securities regulatory authority; or (ii) any other penalties or sanctions imposed by a court or regulatory body that would likely be considered important to a reasonable investor in making an investment decision.

## CONFLICTS OF INTEREST

To the best of the Company's knowledge there are no known existing or potential material conflicts of interest among the Company and the Company's directors, officers or other members of management, as a result of their outside business interests except that certain of our directors and officers serve as directors and officers of other companies, and therefore it is possible that a conflict may arise between their duties to us and their duties as a director or officer of such companies. In the event of such a conflict of interest, the Company will follow the requirements and procedures of applicable corporate and securities legislation and applicable exchange policies, including the relevant provisions of the BCA. See "Description of Our Business –Risks Relating to Our Business".

## INTEREST OF MANAGEMENT AND OTHERS IN MATERIAL TRANSACTIONS

None of our directors, executive officers or any shareholder who beneficially owns or controls or directs, directly or indirectly, more than 10% of the issued Shares, or any of their respective associates or affiliates, had any material interest, directly or indirectly, in any transaction within the three most recently completed financial years or during the current financial year that has materially affected or is reasonably expected to affect the Company.

## MATERIAL CONTRACTS

Other than the following, we did not enter into any material contracts, other than material contracts entered into in the ordinary course of business, during the most recently completed financial year that remain in effect:

> Credit Agreement dated August 10, 2015 relating to the $150 million revolving credit facility the Company, including amendments thereto, with a syndicate of banks co-led by Scotiabank and HSBC.

## TRANSFER AGENTS AND REGISTRAR

The transfer agent and registrar for the Shares is Computershare Investor Services Inc. at its principal offices in Vancouver, British Columbia.

## INTERESTS OF EXPERTS

The Qualified Person and principal author of the 2014 Escobal Feasibility Study is Conrad Huss, P.E., of M3 Engineering and Technology Corporation. All M3 personnel who contributed to the study were supervised by Mr. Huss. The Qualified Person responsible for the review of the civil and environmental aspects of the Escobal Mine is Daniel Roth, P.E., of M3. The Qualified Person responsible for the review of the metallurgical testing, process flow sheets, and process plant at the Escobal Mine is Thomas L. Drielick, P.E., of M3. The Qualified Person responsible for the review of the tailings and waste rock facility at the Escobal Mine is Jack Caldwell, P.E., of Robertson GeoConsultants Inc. of Vancouver, British Columbia, an independent engineering consulting firm. The Qualified Person responsible for the review of the geology, drilling, sampling methodology, sample preparation and analysis, data verification, and for preparing the Mineral Resource estimate for the Escobal Mine, is Paul Tietz, C.P.G., of Mine Development Associates of Reno, Nevada, an independent mining consulting firm. The Qualified Person responsible for the Mineral Reserve estimate and review of mining methods, mine infrastructure, and production scheduling is Matthew Blattman, P.E., of Blattman Brothers Consulting, LLC of Cypress, Texas, an independent mining consulting firm. All scientific and technical information in this AIF relating to updates to the Escobal, La Arena and Shahuindo Mine disclosures since the date of the Escobal, La Arena and Shahuindo Feasibility Studies has been verified by Charles Muerhoff, the Company's Vice President Technical Services and Qualified Person as defined by NI 43-101.

The Company believes that at the date hereof, each of the authors of the Escobal Feasibility Study, Mr. Muerhoff and the employees and partners, as applicable, of M3 Engineering and Technology Corporation, Robertson GeoConsultants Inc., Mine Development Associates, and Blattman Brothers Consulting LLC beneficially own, directly or indirectly, less than 1% of the outstanding securities of the Company.

64    Tahoe Resources Inc.

The Qualified Persons and authors of the 2014 La Arena Feasibility Study were Enrique Garay, MAIG, Vice President Geology, Rio Alto Mining Ltd., Ian Dreyer, MAusIMM(CP), Corporate Development Geologist, Rio Alto Mining Ltd., Tim Williams, FAusIMM, Vice President Operations, Rio Alto Mining Ltd., Greg Lane, FAusIMM, Chief Technical Officer, Ausenco Ltd., Scott Elfen, P.E., Global Lead Geotechnical Services, Ausenco Ltd., Fernando Angeles, P.E., Senior Mining Consultant, Mining Plus Peru SAC.

The Qualified Person and principal authors of the 2016 Shahuindo Feasibility Study are Carl E. Defilippi, M.Sc., C.E.M. of Kappes, Cassiday & Associates, Charles V. Muerhoff, B.Sc., Vice President of Technical Services at Tahoe Resources Inc. and Tim Williams, M.Sc., Vice President of Operations at Tahoe Resources, Inc. All Kappes, Cassiday & Associates employees who contributed to the study were supervised by Mr. Defilippi.

The independent registered public accounting firm of the Company is Deloitte LLP. Deloitte LLP is independent with respect to the Company within the meaning of the Rules of Professional Conduct of the Institute of Chartered Accountants of British Columbia.

## SELECTED CONSOLIDATED FINANCIAL INFORMATION

Selected audited consolidated financial information is as follows:

| | | Years Ended December 31, | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | **2015** | | **2014** | | **2013** | | **2012** |
| Revenues | $ | 519,721 | $ | 350,265 | $ | - | $ | - |
| Net Earnings (Loss) | $ | (71,911) | $ | 90,790 | $ | (65,597) | $ | (93,453) |
| Net Earnings (Loss) Per Share | | | | | | | | |
| Basic | $ | (0.35) | $ | 0.62 | $ | (0.45) | $ | (0.65) |
| Diluted | $ | (0.35) | $ | 0.61 | $ | (0.45) | $ | (0.65) |
| Cash and Cash Equivalents | $ | 108,667 | $ | 80,356 | $ | 8,838 | $ | 164,561 |
| Total Assets | $ | 2,002,461 | $ | 975,628 | $ | 883,333 | $ | 852,943 |
| Total Liabilities | $ | 338,430 | $ | 97,568 | $ | 109,179 | $ | 21,646 |
| Total Shareholders' Equity | $ | 1,664,031 | $ | 878,060 | $ | 774,154 | $ | 831,297 |

(1)     In thousands of US dollars, except per share amounts.

Further discussion of the Company's financial results is contained in Management's Discussion and Analysis of Financial Condition and Results of Operations for the year ended December 31, 2015.

## ADDITIONAL CORPORATE AND FINANCIAL INFORMATION

Additional information relating to the Company, including additional financial information contained in the audited annual financial statements and the related Management Discussion and Analysis for the year ended December 31, 2015, and directors' and officers' remuneration and indebtedness, principal holders of the Company's securities and securities authorized for issuance under equity compensation plans contained in the Company's Management Information Circular dated March 9, 2016, can be found on SEDAR at www.sedar.com or on the Company's website at www.tahoeresourcesinc.com .

## INFORMATION CONCERNING THE COMPANY'S AUDIT COMMITTEE AND EXTERNAL AUDITOR

### THE AUDIT COMMITTEE'S DUTIES AND CHARTER

The Audit Committee reviews all financial statements of the Company prior to their publication, reviews audits, considers the adequacy of the audit procedures, recommends the appointment of independent auditors, reviews and approves professional services to be rendered by them and reviews fees for audit services. The Audit Committee meets with the Company's auditors without management being present to discuss the various aspects of the Company's financial statements and the independent audit.

On April 20, 2010, the Board adopted a charter for the Audit Committee to follow in carrying out its audit and financial review functions. The charter was amended effective April 13, 2012 in order to reflect certain requirements applicable to audit committees under Rule 10A-3(b) under the Exchange Act, in connection the Company's successful application to list its common shares on the NYSE. The charter was further amended effective March 12, 2014, to include certain provisions clarifying the Audit Committee's responsibilities with respect to the Company's internal audit function, as required by Section 303A.07 of the NYSE Listed Manual. This charter was further amended effective August 2015 to add minor clarifications. This amended charter can be found on our website at www.tahoeresources.com/company-information/corporate-governance/ .

### COMPOSITION OF THE AUDIT COMMITTEE

The Audit Committee is currently composed of three directors: Drago Kisic, Paul Sweeney (Chairman), and Kenneth Williamson. Each of these individuals is independent and financially literate within the meaning of NI 52-110.

**RELEVANT EDUCATION AND EXPERIENCE**

All Audit Committee members have significant management experience in the mining, securities or investment banking industry as well as extensive continuing financial education. Details regarding the education and experience of each member of the Audit Committee that is relevant to the performance of his responsibilities as an Audit Committee member is as follows:

Mr. Kisic is specializes in investment banking, finance and macroeconomics. Currently he is the President of Macrocapitales Safi and Bodega San Nicolás. He is a founding partner and a current director of MACROCONSULT and MACROINVEST and serves on the board of the Central Reserve Bank of Peru, UNACEM, Mapfre, Mapfre Peru Vida, Haug, Corporación Rey, Clinica Médica Cayetano Heredia and Obrainsa. He previously served as advisor to the Executive Director of the World Bank, President of CONASEV and Vice President of the Lima Stock Exchange. He is a member and former President of the Peruvian Center for International Studies and the Peruvian Institute of Business Management. He holds a B.S. from Pontificia Universidad Católica del Perú and a Master's degree from Oxford University.

Mr. Sweeney has been an independent business consultant since May 2011. From May 2010 to May 2011, he was a part-time commercial advisor to Plutonic Power Corporation and subsequently Alterra Power Corp. From August 2009 to April 2010, he served as Plutonic Power Corporation's President. He was Executive Vice President, Corporate Development of Plutonic Power Corporation from October 2008 to August 2009 and was Executive Vice President, Business Development of Plutonic Power Corporation from January 2007 to October 2008. He was an independent business and financial consultant from 2005 to 2007 and was Vice President and Chief Financial Officer of Canico Resource Corp. from 2002 to 2005. Mr. Sweeney has over 35 years of experience in financial management of mining and renewable energy companies. He has served on Audit Committees of a number of public companies and is a former Certified General Accountant of British Columbia.

Mr. Williamson has been a director of Goldcorp since November 2006. He was Vice Chairman Investment Banking of Midland Walwyn/Merrill Lynch Canada Inc. from 1993 until his retirement in 1998. He was a director of Glamis from April 1999 to November 2006. He has worked in the securities industry for more than 25 years, concentrating on financial services and the natural resource industries in the United States and Europe. He was chairman of the board of BlackRock Ventures until it was acquired by Shell Canada in 2006. As an active board member he has chaired various committees including audit, governance, and compensation. Mr. Williamson is a registered Professional Engineer and holds a Bachelor of Applied Science degree from the University of Toronto and a M.B.A. degree from the University of Western Ontario.Pre-Approval Policies and Procedures

We have not adopted specific policies and procedures for the engagement of non-audit services; however, the Audit Committee has considered whether the provision of services other than audit services is compatible with maintaining the auditors' independence and has adopted a general policy governing the provision of these services. This policy requires the pre-approval by the Audit Committee of all audit and non-audit services provided by the external auditor, other than any *de minimis* non-audit services allowed by applicable law or regulation.

Pre-approval from the Audit Committee can be sought for planned engagements based on budgeted or committed fees. No further approval is required to pay pre-approved fees. Additional pre-approval is required for any increase in scope or in final fees.

**EXTERNAL AUDITOR AND OTHER PROFESSIONAL SERVICE FEES**

The Audit Committee has reviewed the nature and amount of the audit and non-audit services provided by Deloitte LLP to ensure auditor independence. The following table sets out the aggregate fees billed in CAD$ for services performed during the years ended December 31, 2015 and 2014 for the category of fees described:

| Financial Period | Audit Fees [1] | Tax Fees [2] | All Other Fees [3] |
|---|---|---|---|
| Jan. 1 – Dec. 31, 2015 [4] | $789,390 | -- | -- |
| Jan. 1 – Dec. 31, 2014 | $621,890 | -- | -- |

(1)   "Audit Fees" include fees necessary to perform the annual audit and quarterly reviews of the Company's financial statements. Audit Fees include fees for accounting consultations on matters reflected in the financial statements. Audit Fees also include audit or other attest services required by legislation or regulation, such as comfort letters, consents, reviews of securities filings and statutory audits.

(2)   "Tax Fees" includes fees for tax compliance, tax planning and tax advice. Tax planning and tax advice includes assistance with tax audits and appeals, transfer price management, tax advice related to mergers and acquisitions, Canadian indirect tax issues, Directors, stock-based compensation, Company reorganization, and requests for rulings or technical advice from tax authorities. The external auditor provided no tax related services in 2013 or 2014.

(3)   "All Other Fees" include services related to the implementation of Sarbanes-Oxley compliance programs made necessary by the Company's listing on the NYSE. The external auditor provided no other services in 2013 or 2014.

(4)   A portion of 2014 fees was billed in USD and translated at the average Bank of Canada noon exchange rate of 1.1045 for the period of January 1, 2014 to December 31, 2014.

**AUDITOR PARTNER ROTATION**

As a registrant with the United States Securities and Exchange Commission, the lead Deloitte audit partner and the concurring Deloitte audit partner cannot serve in those roles on the Tahoe audit team for more than five consecutive years. Deloitte audit partners of Tahoe subsidiaries whose assets or revenues constitute 20% or more of the assets or revenues of Tahoe's respective consolidated assets or revenues cannot serve in this role for more than seven consecutive years.

66      Tahoe Resources Inc.



**CONSOLIDATED FINANCIAL STATEMENTS**

For the years ended December 31, 2015 and 2014

This page intentionally left blank.

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

To the Board of Directors and Shareholders of Tahoe Resources Inc.

We have audited the accompanying consolidated financial statements of Tahoe Resources Inc. and subsidiaries (the "Company"), which comprise the consolidated statements of financial position as at December 31, 2015 and December 31, 2014, and the consolidated statements of operations and total comprehensive (loss) income, consolidated statements of changes in equity, and consolidated statements of cash flows for the years then ended, and a summary of significant accounting policies and other explanatory information.

**Management's Responsibility for the Consolidated Financial Statements**

Management is responsible for the preparation and fair presentation of these consolidated financial statements in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board, and for such internal control as management determines is necessary to enable the preparation of consolidated financial statements that are free from material misstatement, whether due to fraud or error.

**Auditor's Responsibility**

Our responsibility is to express an opinion on these consolidated financial statements based on our audits. We conducted our audits in accordance with Canadian generally accepted auditing standards and the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we comply with ethical requirements and plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the consolidated financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the consolidated financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the consolidated financial statements in order to design audit procedures that are appropriate in the circumstances. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of accounting estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements.

We believe that the audit evidence we have obtained in our audits is sufficient and appropriate to provide a basis for our audit opinion.

**Opinion**

In our opinion, the consolidated financial statements present fairly, in all material respects, the financial position of Tahoe Resources Inc. and subsidiaries as at December 31, 2015 and December 31, 2014, and their financial performance and their cash flows for the years then ended in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board.

099

**Other Matter**

We have also audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), the Company's internal control over financial reporting as of December 31, 2015, based on the criteria established in *Internal Control — Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission and our report dated March 9, 2016 expressed an unqualified opinion on the Company's internal control over financial reporting.

*/s/ Deloitte LLP*

Chartered Professional Accountants
March 9, 2016
Vancouver, Canada

100

**MANAGEMENT'S REPORT ON INTERNAL CONTROL OVER FINANCIAL REPORTING**

Management of Tahoe Resources Inc. ("the Company") is responsible for establishing and maintaining adequate internal control over financial reporting. Internal control over financial reporting is a process designed by, or caused to be designed under the supervision of, the Chief Executive Officer and Executive Chair and the Vice President and Chief Financial Officer and effected by the Board of Directors, management and other personnel to provide reasonable assurance regarding the reliability of financial reporting and the preparation of consolidated financial statements for external purposes in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board. It includes those policies and procedures that:

I.  pertain to the maintenance of records that accurately and fairly reflect, in reasonable detail, the transactions and dispositions of assets of the Company;

II.  provide reasonable assurance that transactions are recorded as necessary to permit preparation of consolidated financial statements in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board, and that the Company's receipts and expenditures are made only in accordance with authorizations of management and the Company's directors; and

III.  provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the Company's assets that could have a material effect on the Company's consolidated financial statements.

Due to its inherent limitations, internal control over financial reporting may not prevent or detect misstatements on a timely basis. Also, projections of any evaluation of the effectiveness of internal control over financial reporting to future periods are subject to the risk that the controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

In accordance with National Instrument 52-109, the design of internal control over financial reporting excludes the controls, policies and procedures of Rio Alto Mining Limited ("Rio Alto") on the basis that Rio Alto was acquired on April 1, 2015 and therefore not more than 365 days before the end of the relevant year ended December 31, 2015. Rio Alto's financial statements constitute $729.1 million and $1,031.7 million of net and total assets, respectively, and $195.8 million of total revenue and $144.7 million of net loss of the consolidated financial statement amounts as of and for the year ended December 31, 2015.

Other than the exclusion of Rio Alto described above, management assessed the effectiveness of the Company's internal control over financial reporting as of December 31, 2015, based on the criteria set forth in *Internal Control – Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission. Based on this assessment, management concludes that, as of December 31, 2015, the Company's internal control over financial reporting was effective.

There were no changes in the Company's ICFR during the year ended December 31, 2015 that have materially affected or are reasonably likely to materially affect the Company's ICFR.

The effectiveness of the Company's internal control over financial reporting, as of December 31, 2015, has been audited by Deloitte LLP, Independent Registered Public Accounting Firm, who also audited the Company's consolidated financial statements as of and for the years ended December 31, 2015 and 2014, as stated in their report which appears on the following page.

| | |
|---|---|
| /s/Kevin McArthur | /s/Mark Sadler |
| Kevin McArthur | Mark Sadler |
| *Chief Executive Officer and Executive Chair* | *Vice President and Chief Financial Officer* |

Reno, Nevada
March 9, 2016

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

To the Board of Directors and Shareholders of Tahoe Resources Inc.

We have audited the internal control over financial reporting of Tahoe Resources Inc. and subsidiaries (the "Company") as of December 31, 2015, based on the criteria established in *Internal Control—Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission.

As described in the Management's Report on Internal Control Over Financial Reporting, management excluded from its assessment the internal control over financial reporting of Rio Alto Mining Limited ("Rio Alto"), which was acquired in April 2015, and whose financial statements constitute $729.1 million and $1,031.7 million of net and total assets, respectively, and $195.8 million of total revenue and $144.7 million of net loss of the consolidated financial statement amounts as of and for the year ended December 31, 2015. Accordingly, our audit did not include the internal control over financial reporting of Rio Alto.

The Company's management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting, included in the accompanying Management's Report on Internal Control over Financial Reporting. Our responsibility is to express an opinion on the Company's internal control over financial reporting based on our audit.

We conducted our audit in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects. Our audit included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, testing and evaluating the design and operating effectiveness of internal control based on the assessed risk, and performing such other procedures as we considered necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinion.

A company's internal control over financial reporting is a process designed by, or under the supervision of, the company's principal executive and principal financial officers, or persons performing similar functions, and effected by the company's board of directors, management, and other personnel to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of the inherent limitations of internal control over financial reporting, including the possibility of collusion or improper management override of controls, material misstatements due to error or fraud may not be prevented or detected on a timely basis. Also, projections of any evaluation of the effectiveness of the internal control over financial reporting to future periods are subject to the risk that the controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

In our opinion, the Company maintained, in all material respects, effective internal control over financial reporting as of December 31, 2015 based on the criteria established in *Internal Control — Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission.

We have also audited, in accordance with Canadian generally accepted auditing standards and the standards of the Public Company Accounting Oversight Board (United States), the consolidated financial statements as of and for the year ended December 31, 2015 of the Company and our report dated March 9, 2016 expressed an unmodified/unqualified opinion on those financial statements.

*/s/ Deloitte LLP*

Chartered Professional Accountants
March 9, 2016
Vancouver, Canada

This page intentionally left blank.

**CONSOLIDATED STATEMENTS OF FINANCIAL POSITION**
(Expressed in Thousands of United States Dollars)

| | Notes | | December 31, 2015 | | December 31, 2014 |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| Current | | | | | |
| Cash and cash equivalents | 7 | $ | 108,667 | $ | 80,356 |
| Trade and other receivables | 8 | | 43,234 | | 7,707 |
| Inventories | 9 | | 70,080 | | 40,570 |
| Other | | | 6,220 | | 5,951 |
| | | | 228,201 | | 134,584 |
| Non-current | | | | | |
| Mineral interests and plant and equipment | 10 | | 1,674,512 | | 828,742 |
| VAT and other receivables | | | 37,404 | | 10,258 |
| Restricted cash | | | 2,500 | | - |
| Deferred tax asset | 19b | | 2,376 | | 2,044 |
| Goodwill | 6 | | 57,468 | | - |
| | | | 1,774,260 | | 841,044 |
| Total Assets | | $ | 2,002,461 | $ | 975,628 |
| **LIABILITIES** | | | | | |
| Current | | | | | |
| Accounts payable and accrued liabilities | 11 | $ | 99,748 | $ | 40,246 |
| Debt | 12 | | 35,000 | | 49,804 |
| Lease obligations | 13 | | 6,151 | | - |
| Income tax payable | | | 9,981 | | 1,825 |
| | | | 150,880 | | 91,875 |
| Non-current | | | | | |
| Lease obligations | 13 | | 7,711 | | - |
| Reclamation provision | 14 | | 39,524 | | 3,529 |
| Deferred tax liability | 19b | | 134,641 | | - |
| Other | | | 5,674 | | 2,164 |
| Total Liabilities | | | 338,430 | | 97,568 |
| **SHAREHOLDERS' EQUITY** | | | | | |
| Share capital | 18e | | 1,914,676 | | 1,014,656 |
| Share-based payment reserve | 18 | | 19,372 | | 11,793 |
| Deficit | | | (270,017) | | (148,389) |
| Total Shareholders' Equity | | | 1,664,031 | | 878,060 |
| Total Liabilities and Shareholders' Equity | | $ | 2,002,461 | $ | 975,628 |

Commitments, Contingencies and Events after the reporting period (notes 24b, 27 and 28)

APPROVED BY THE DIRECTORS

*"Dan Rovig"*                                                    *"Kevin McArthur"*
Dan Rovig                                                        Kevin McArthur
INDEPENDENT LEAD DIRECTOR                       CEO and EXECUTIVE CHAIR

*See accompanying notes to the consolidated financial statements.*

Consolidated Financial Statements          1

**CONSOLIDATED STATEMENTS OF OPERATIONS**
**AND TOTAL COMPREHENSIVE (LOSS) INCOME**
(Expressed in Thousands of United States Dollars, Except Per Share and Share Information)

| | Notes | | Years Ended December 31, 2015 | | 2014 |
|---|---|---|---|---|---|
| **Revenues** | 15, 22 | $ | **519,721** | $ | 350,265 |
| Operating costs | | | | | |
| Production costs | 16 | | **241,661** | | 127,323 |
| Royalties | | | **13,240** | | 20,830 |
| Depreciation and depletion | 22 | | **78,649** | | 43,313 |
| Total operating costs | | | **333,550** | | 191,466 |
| **Mine operating earnings** | | | **186,171** | | 158,799 |
| | | | | | |
| Other operating expenses | | | | | |
| Impairment | 10b | | **220,000** | | - |
| Exploration | | | **6,472** | | 3,574 |
| General and administrative | 17 | | **39,251** | | 31,953 |
| Total other operating expenses | | | **265,723** | | 35,527 |
| **(Loss) earnings from operations** | | | **(79,552)** | | 123,272 |
| | | | | | |
| Other expense | | | | | |
| Interest expense | | | **1,686** | | 5,640 |
| Foreign exchange loss | | | **4,530** | | 906 |
| Other expense | | | **2,464** | | 1,036 |
| Total other expense | | | **8,680** | | 7,582 |
| | | | | | |
| **(Loss) earnings before income taxes** | | | **(88,232)** | | 115,690 |
| Current income tax expense | 19 | | **47,486** | | 24,900 |
| Deferred income tax benefit | 19 | | **(63,807)** | | - |
| **(Loss) earnings and total comprehensive income** | | $ | **(71,911)** | $ | 90,790 |
| | | | | | |
| **(Loss) earnings per share** | | | | | |
| Basic | 20 | $ | **(0.35)** | $ | 0.62 |
| Diluted | 20 | $ | **(0.35)** | $ | 0.61 |
| | | | | | |
| **Weighted average shares outstanding** | | | | | |
| Basic | 20 | | **207,810,941** | | 147,405,379 |
| Diluted | 20 | | **207,810,941** | | 147,992,271 |

*See accompanying notes to the consolidated financial statements.*

2      Tahoe Resources Inc.

**CONSOLIDATED STATEMENTS OF CASH FLOWS**
(Expressed in Thousands of United States Dollars)

| | Notes | 2015 | 2014 |
|---|---|---|---|
| | | **Years Ended December 31,** | |
| **OPERATING ACTIVITIES** | | | |
| Net (loss) earnings for the year | | $  **(71,911)** | $   90,790 |
| Adjustments for: | | | |
| Interest expense | | **4,119** | 6,251 |
| Income tax expense | 19 | **(16,321)** | 24,900 |
| Items not involving cash: | | | |
| Depreciation and depletion | | **81,908** | 44,113 |
| (Gain) loss on disposition of plant and equipment | | **(1)** | 397 |
| Loss on currency swap | | **1,210** | - |
| Share-based payments | 18 | **6,017** | 5,912 |
| Unrealized foreign exchange loss | | **308** | 690 |
| Impairment | 10b | **220,000** | |
| Accretion | | **1,003** | 177 |
| Cash provided by operating activities before changes in working capital | | **226,332** | 173,230 |
| Changes in working capital | 21 | **(12,301)** | (28,270) |
| Cash provided by operating activities | | **214,031** | 144,960 |
| Income taxes paid | | **(47,287)** | (25,638) |
| Net cash provided by operating activities | | **166,744** | 119,322 |
| | | | |
| **INVESTING ACTIVITIES** | | | |
| Mineral interests additions | 10 | **(121,953)** | (48,799) |
| Cash acquired through acquisition | 6 | **61,713** | - |
| Net cash used in investing activities | | **(60,240)** | (48,799) |
| | | | |
| **FINANCING ACTIVITIES** | | | |
| Proceeds from issuance of common shares on exercise of share options and warrants | | **27,662** | 10,673 |
| Repayments of credit facility | 12 | **(50,000)** | |
| Dividends paid to shareholders | 20 | **(49,717)** | (2,953) |
| Loan origination fees | | **(756)** | (1,499) |
| Interest paid | | **(4,197)** | (4,436) |
| Payments on finance leases | | **(4,823)** | (100) |
| Net cash (used in) provided by financing activities | | **(81,831)** | 1,685 |
| | | | |
| Effect of exchange rates on cash and cash equivalents | | **3,638** | (690) |
| **Increase in cash and cash equivalents** | | **28,311** | 71,518 |
| **Cash and cash equivalents, beginning of year** | | **80,356** | 8,838 |
| **Cash and cash equivalents, end of year** | 7 | $  **108,667** | $   80,356 |

Supplemental cash flow information (note 21)

*See accompanying notes to the consolidated financial statements.*

Consolidated Financial Statements        3

**CONSOLIDATED STATEMENTS OF CHANGES IN EQUITY**
(Expressed in Thousands of United States Dollars, Except Share Information)

| | Notes | Number of Shares | | Share Capital | | Share-Based Payment Reserve | | Deficit | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **At January 1, 2015** | | **147,644,671** | $ | **1,014,656** | $ | **11,793** | $ | **(148,389)** | $ | **878,060** |
| Net loss and total comprehensive loss | | - | | - | | - | | (71,911) | | (71,911) |
| Shares issued under the Share Plan | 18 | 193,167 | | 3,666 | | (2,938) | | - | | 728 |
| Shares and options issued on acquisition of Rio Alto | 6 | 75,991,381 | | 856,198 | | 11,536 | | - | | 867,734 |
| Shares issued on exercise of stock options | 18 | 1,561,218 | | 17,466 | | (6,385) | | - | | 11,081 |
| Shares issued on exercise of warrants | 6a | 2,011,244 | | 22,690 | | - | | - | | 22,690 |
| Share-based payments | 18 | - | | - | | 5,366 | | - | | 5,366 |
| Dividends paid to shareholders | 20 | - | | - | | - | | (49,717) | | (49,717) |
| **At December 31, 2015** | | **227,401,681** | $ | **1,914,676** | $ | **19,372** | $ | **(270,017)** | $ | **1,664,031** |

| | Notes | Number of Shares | | Share Capital | | Share-Based Payment Reserve | | Deficit | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| At January 1, 2014 | | 146,094,407 | $ | 996,076 | $ | 14,304 | $ | (236,226) | $ | 774,154 |
| Net earnings and total comprehensive income | | - | | | | | | 90,790 | | 90,790 |
| Shares issued under the Share Plan | 18 | 143,667 | | 2,960 | | (2,186) | | - | | 774 |
| Shares issued on exercise of stock options | 18 | 1,406,597 | | 15,620 | | (4,947) | | - | | 10,673 |
| Share-based payments | 18 | - | | - | | 4,622 | | - | | 4,622 |
| Dividends paid to shareholders | 20 | - | | - | | - | | (2,953) | | (2,953) |
| At December 31, 2014 | | 147,644,671 | $ | 1,014,656 | $ | 11,793 | $ | (148,389) | $ | 878,060 |

*See accompanying notes to the consolidated financial statements.*

4    Tahoe Resources Inc.

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**
(Expressed in Thousands of United States Dollars, Except as Otherwise Stated)
Years Ended December 31, 2015 and 2014

1.    **OPERATIONS**

Tahoe Resources Inc. ("Tahoe") was incorporated under the Business Corporations Act (British Columbia) on November 10, 2009. These audited annual consolidated financial statements ("consolidated financial statements") include the accounts of Tahoe and its wholly owned subsidiaries (together referred to as the "Company"). The Company's principal business activities are the operation of mineral properties for the mining of precious metals and the acquisition, exploration and development of mineral interests in the Americas.

The Company's registered office is located at 1500 Royal Centre, 1055 West Georgia Street, P.O. Box 11117, Vancouver, BC V6E 4N7, Canada.

The Company's Board of Directors authorized issuance of these consolidated financial statements on March 9, 2016.

2.    **BASIS OF PREPARATION**

The consolidated financial statements have been prepared in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board ("IFRS") effective as of December 31, 2015. IFRS includes IFRSs, International Accounting Standards ("IASs"), and interpretations issued by the IFRS Interpretations Committee ("IFRICs") and the former Standing Interpretations Committee ("SICs").

3.    **SIGNIFICANT ACCOUNTING POLICIES**

a)    **Basis of measurement**

The consolidated financial statements have been prepared on an historical cost basis, except for certain financial instruments, which are measured at fair value through profit or loss ("FVTPL"), as explained in the accounting policies set out below. Additionally, these consolidated financial statements have been prepared using the accrual basis of accounting, except for cash flow information.

b)    **Currency of presentation**

The consolidated financial statements are presented in United States dollars ("USD"), which is the functional and presentation currency of the Company and all of its subsidiaries. Certain values are presented in Canadian dollars and described as CAD.

c)    **Basis of consolidation**

The accounts of the subsidiaries controlled by the Company are included in the consolidated financial statements from the date that control commenced until the date that control ceases. Control is achieved where the Company has the power to govern the financial and operating policies of an entity so as to obtain benefits from its activities.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (expressed in 000's of USD, except as otherwise stated)

The principal subsidiaries (operating mine sites and projects) of the Company and their geographic locations at December 31, 2015 are as follows:

| Direct parent company (operating segment) | Location | Ownership Percentage | Mining Properties and development projects owned |
|---|---|---|---|
| Minera San Rafael, S.A. (Silver segment) | Guatemala | 100% | El Escobal mine |
| La Arena S.A. (Gold segment) | Peru | 100% | La Arena mine |
| Shahuindo S.A.C. (Gold segment) | Peru | 100% | Shahuindo project |

Intercompany balances, transactions, income and expenses arising from intercompany transactions are eliminated in full on consolidation.

d)    **Foreign currency translation**

Transactions in currencies other than the functional currency are recorded at the rates of exchange prevailing on the dates of the transactions. At the end of each reporting period, monetary assets and liabilities that are denominated in foreign currencies are translated at the rates prevailing at that date. Non-monetary items that are measured in terms of historical cost in foreign currencies are not re-translated. Total foreign exchange gains and losses are recognized in earnings. The unrealized portion of foreign exchange gains and losses are disclosed separately in the consolidated statements of cash flows.

e)    **Business Combinations**

A business combination is defined as an acquisition of assets and liabilities that constitute a business. A business is an integrated set of activities and assets that consist of inputs, including non-current assets, and processes, including operational processes that, when applied to those inputs, have the ability to create outputs that provide a return to the Company and its shareholders. A business also includes those assets and liabilities that do not necessarily have all the inputs and processes required to produce outputs, but can be integrated with the inputs and processes of the Company to create outputs. When acquiring a set of activities or assets in the exploration and development stage, which may not have outputs, the Company considers other factors to determine whether the set of activities or assets is a business.

Business combinations are accounted for using the acquisition method whereby identifiable assets acquired and liabilities assumed, including contingent liabilities, are recorded at their fair values at acquisition date. The acquisition date is the date at which the Company obtains control over the acquiree, which is generally the date that consideration is transferred and the Company acquires the assets and assumes the liabilities of the acquiree. The Company considers all relevant facts and circumstances in determining the acquisition date.

The consideration transferred in a business combination is measured at fair value, which is calculated as the sum of the fair values of the assets at the acquisition date transferred by the Company, the liabilities, including contingent consideration, incurred and payable by the Company to former owners of the acquiree and the equity interests issued by the Company. The measurement date for equity interests issued by the Company is the acquisition date. Acquisition-related costs are expensed as incurred.

If the initial accounting for a business combination is incomplete by the end of the reporting period in which the combination occurs, the Company reports in its consolidated financial statements provisional amounts for the items for which the accounting is incomplete. During the measurement period, the Company will retrospectively adjust the provisional amounts recognized at the acquisition date to reflect new information obtained about facts and circumstances that existed as of the acquisition date and, if known, would have affected the measurement of the amounts recognized as of that date. During the measurement period, the Company will also recognize additional assets or liabilities if new information is obtained about facts and circumstances that existed as of the acquisition date and, if known, would have resulted in the recognition of those assets and liabilities as of that date. The measurement period ends as soon as the Company receives the information it was seeking about facts and circumstances that existed as of the acquisition date or learns that more information is not obtainable and shall not exceed one year from the acquisition date.

6    Tahoe Resources Inc.

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

Non-controlling interests ("NCI") are the equity in a subsidiary not attributable, directly or indirectly, to a parent. NCI are recorded at their proportionate share of the fair value of identifiable net assets acquired on initial recognition. Goodwill is recognized as the sum of the total consideration (acquisition date fair value) transferred by the Company, including contingent consideration and the NCI in the acquiree, less the fair value of net assets acquired.

Goodwill

Goodwill typically arises on the Company's acquisitions due to: i) the ability of the Company to capture certain synergies through management of the acquired operation within the Company; and ii) the requirement to record a deferred tax liability for the difference between the assigned fair values and the tax bases of assets acquired and liabilities assumed.

Goodwill is not amortized. The Company performs an impairment test for goodwill annually and when events or changes in circumstances indicate that the related carrying amount may not be recoverable. If the carrying amount of a mine site, which is the cash-generating unit, to which goodwill has been allocated exceeds the recoverable amount, an impairment loss is recognized for the amount in excess. The impairment loss is allocated first to reduce the carrying amount of goodwill allocated to the mine site to nil and then to the other assets of the mine site based on the relative carrying amounts of those assets. Impairment losses recognized for goodwill are not reversed in subsequent periods.

Upon disposal or abandonment of a mine site to which goodwill has been attributed, the carrying amount of goodwill allocated to that mine site is derecognized and included in the calculation of the gain or loss on disposal or abandonment.

**f)      Cash and cash equivalents and restricted cash**

Cash and cash equivalents comprise cash balances and deposits with maturities of 90 days or less. Restricted cash comprises cash balances which are restricted from being immediately exchanged or used to settle a transaction and can be classified as either a current or non-current asset depending on the terms of the restriction(s).

Consolidated Financial Statements      7

112

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (expressed in 000's of USD, except as otherwise stated)

g)    **Inventories**

Finished goods, work-in-process, heap leach ore and stockpiled ore are measured at the lower of average cost or net realizable value. Net realizable value is calculated as the estimated price at the time of sale based on prevailing metal prices less estimated future costs to convert the inventories into saleable form and estimated costs to sell.

Ore extracted from the mine may be stockpiled and subsequently processed into finished goods (gold and by-products in doré or silver and by-products in concentrate form). The costs of finished goods represent the costs of work-in process inventories incurred prior to the sale of doré or concentrate. Costs are included in inventory based on current costs incurred to produce doré and concentrate, including applicable depreciation and depletion of mining interests, and removed at the cost per ounce of doré produced (gold) or cost per tonne of concentrate produced (silver and by-products).

The recovery of gold and by-products from certain oxide ore is achieved through a heap leaching process at the La Arena mine. Costs are included in heap leach ore inventory based on current mining and leaching costs, including applicable depreciation and depletion of mining interests, and removed from heap leach ore inventory as ounces of gold are recovered at the average cost per recoverable ounce of gold on the leach pads. Estimates of recoverable gold on the leach pads are calculated based on the quantities of ore placed on the leach pads (measured tonnes added to the leach pads), the estimated grade of ore placed on the leach pads, and an estimated recovery percentage.

Supplies are measured at average cost. In the event that the net realizable value of the finished product is lower than the expected cost of the finished product, the supplies used in the finished product are written down to net realizable value. Replacement costs of supplies are generally used as the best estimate of net realizable value.

h)    **Mineral interests, plant and equipment**

Mineral interests, plant and equipment are carried at cost, less accumulated depreciation and accumulated impairment losses.

On initial acquisition, mineral interests, plant and equipment are valued at cost, being the purchase price and the directly attributable costs of acquisition or construction required to bring the asset to the location and condition necessary for the asset to be capable of operating in the manner intended by management. Land is stated at cost less any impairment in value and is not depreciated, and is included in non-depletable mineral interests. When provisions for closure and decommissioning are recognized, the corresponding cost is capitalized as part of the cost of the related assets, representing part of the cost of acquiring the future economic benefits of the operation. The capitalized cost of closure and decommissioning activities is recognized in mineral interests, plant and equipment and depreciated accordingly.

In subsequent periods, plant and equipment are stated at cost less accumulated depreciation and any impairment in value.

8    Tahoe Resources Inc.

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

Each asset or component's estimated useful life has due regard to both its own physical life limitations and the present assessment of economic viability of the mineral interests benefitting from its use, and to possible future variations in those assessments. Estimates of remaining useful lives and residual values are reviewed on a periodic basis. Changes in estimates are accounted for prospectively.

Borrowing costs directly relating to the financing of a qualifying project are added to the capitalized cost of those projects until such time as the assets are substantially ready for their intended use or sale which, in the case of mineral interests, is when commercial production is achieved.

Expenditure on major maintenance or repairs includes the cost of the replacement of parts of assets and overhaul costs. Where an asset or part of an asset is replaced and it is probable that future economic benefits associated with the item will be available to the Company, the expenditure is capitalized and the carrying amount of the item replaced derecognized. Similarly, overhaul costs associated with major maintenance are capitalized and depreciated over their useful lives where it is probable that future economic benefits will be available and any remaining carrying amounts of the cost of previous overhauls are derecognized. All other costs are expensed as incurred.

Operational mineral interests and mine development

When it has been determined that a mineral interest can be economically developed, the costs incurred to develop such interest are capitalized.

Major development expenditures on producing mineral interests incurred to increase production or extend the life of the mine are capitalized while ongoing mining expenditures on producing mineral interests are charged against earnings as incurred.

Costs associated with commissioning activities are capitalized until the date the Company is ready to commence commercial production.

A mine is ready to commence commercial production when it is capable of operating at levels intended by management. The main criteria management uses to assess operating levels are:

• Operational commissioning of major mine and plant components is complete;

• Operating results are being achieved consistently for a period of time;

• Indicators that these operating results will continue; and

• Other factors include one or more of the following:

  o Significant milestones for the development of the mineral interests have been achieved;

  o A significant portion of plant/mill/pad capacity has been achieved;

  o A significant portion of available funding is directed towards operating activities rather than capital projects; or

  o A pre-determined, reasonable period of time has passed.

Consolidated Financial Statements        9

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

Management may use additional criteria to determine mine-specific operating levels for commercial production.

Any revenues earned during this period are recorded as a reduction in commissioning costs. These costs are amortized using the units-of-production method ("UOP") over the life of the mine, commencing on the date of commercial production.

Costs related to the acquisition of land and mineral rights are capitalized as incurred.

Assets under construction are capitalized as construction-in-progress. The cost of construction-in-progress comprises its purchase price and any costs directly attributable to bringing it into working condition for its intended use. Construction-in-progress is not depreciated. Once the asset is complete and available for use it is transferred to mineral interests, plant and equipment and depreciation commences.

Deferred Stripping

In open pit mining operations, it is necessary to remove mine waste materials or overburden to gain access to mineral ore deposits. Stripping costs incurred during the development phase of the mine (prior to commercial production) are capitalized and deferred as part of the cost of building, developing and constructing the mine (included in mineral interests) if the costs relate to anticipated future benefits and meet the definition of an asset. Once commercial production begins, the capitalized stripping costs are amortized using the units of production ("UOP") method over the estimated life of the component to which they pertain.

During the production phase, to the extent the benefit from the stripping activity is realized in the form of inventory produced, the stripping costs are considered variable production costs and are included in the costs of the inventory during the period in which they are incurred. If the benefit from the stripping activity during the production phase provides access to deeper levels of material that will be mined in future periods, the stripping costs, including directly attributable overhead costs, are capitalized as part of mineral interests and amortized using the UOP method over the estimated life of the component to which they pertain. Stripping costs during the production phase are recognized as an asset if all the following criteria are met:

- It is possible that the future benefit, i.e. improved access to the ore body, associated with the stripping activity will flow to the entity;
- The Company can identify the component of the ore body for which access has been improved; and
- The stripping activity costs associated with the component can be measured reliably.

Stripping activity occurs on separately identifiable components of the open pit and the amount capitalized is calculated by multiplying the tonnes removed for stripping purposes from each identifiable component during the period by the mining cost per tonne. If the stripping costs cannot be attributed to a separately identifiable component, they are allocated to inventory and mineral interests based on the actual waste-to-ore ratio ("strip ratio") of material extracted compared to the estimated strip ratio.

10      Tahoe Resources Inc.

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

As at December 31, 2015 and December 31, 2014, the Company has no capitalized stripping costs relating to production phase stripping.

Depreciation of mineral interests, plant and equipment

The carrying amounts of mineral interests, plant and equipment are depreciated to their estimated residual value over the estimated useful lives of the specific assets concerned, or the estimated life of the associated mine, if shorter. Estimates of residual values and useful lives are reviewed on a periodic basis and any change in estimate is taken into account in the determination of remaining depreciation charges, and adjusted if appropriate, at each reporting period. Changes to the estimated residual values or useful lives are accounted for prospectively. Depreciation commences on the date when the asset is available for use as intended by management.

*Units of production basis ("UOP")*

For mineral interests and certain mining equipment, the economic benefits from the asset are consumed in a pattern which is linked to the production level. Except as noted below, such assets are depreciated on a UOP basis. In applying the UOP method, depreciation is normally calculated using the quantity of material extracted from the mine in the period as a percentage of the total quantity of material to be extracted in current and future periods based on life-of-mine reserves.

Upon declaration of commercial production, the carrying amounts of mineral interests are depleted using the UOP method over the estimated life of mine based on proven and probable reserves. Estimation of proven and probable reserves is updated when relative information is available. Changes to these estimates will be prospectively applied to calculate depletion amounts for future periods. For operations that reach commercial production prior to the determination of proven and probable reserves, depletion is calculated based on the mineable portion of measured and indicated resources until such time that proven and probable reserves are established.

*Straight line basis*

For all other assets depreciation is recognized in earnings or loss on a straight line basis over the estimated useful lives of each part of an item (component), since this most closely reflects the expected pattern of consumption of economic benefits embodied in the asset. The estimated useful lives for assets and components that are depreciated on a straight line basis range from 2 to 20 years.

| Depreciated Items | Useful Life |
| --- | --- |
| Computer equipment & software | 2 - 5 years |
| Vehicles | 3 - 5 years |
| Mining equipment | 2 - 14 years |
| Ancillary facilities [1] | 20 Years |
| Mineral interests and plant | UOP |

(1)      The lessor of 20 years or life of mine ("LOM").

Impairment and Disposal

At the end of each reporting period the Company reviews whether there is any indication that the assets are impaired. If any such indication exists, the recoverable amount of the asset is estimated in order to determine the extent of the impairment, if any. The recoverable amount is the higher of the asset's fair value less costs to sell and its value in use. Fair value is determined as the amount that would be obtained from the sale of the asset in an arm's length transaction between knowledgeable and willing parties. In assessing value in use, the estimated future cash flows are discounted to their present value using a discount rate that reflects current market assessments of the time value of money and the risks specific to the asset. If the recoverable amount of an asset is estimated to be less than its carrying amount, the carrying amount of the asset is reduced to its recoverable amount and the impairment loss is recognized in the earnings or loss for the period. For an asset that does not generate largely independent cash inflows, the recoverable amount is determined for the cash generating unit ("CGU") to which the asset belongs.

Consolidated Financial Statements      11

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

Where an impairment loss subsequently reverses, the carrying amount of the asset (or CGU) is increased to the revised estimate of its recoverable amount, but to an amount that does not exceed the carrying amount that would have been determined had no impairment loss been recognized for the asset (or CGU) in prior years. A reversal of an impairment loss is recognized immediately in earnings or loss.

Where an item of mineral interests, plant and equipment is disposed of, it is derecognized and the difference between its carrying value and net sales proceeds is disclosed as earnings or loss on disposal in the consolidated statements of operations and total comprehensive income (loss). Any items of mineral interests, plant or equipment that cease to have future economic benefits are derecognized with any gain or loss included in the financial year in which the item is derecognized.

i)    **Exploration and evaluation assets**

The cost of exploration and evaluation assets acquired through a business combination or an asset acquisition are capitalized, as are expenditures incurred for the acquisition of land and surface rights. All other exploration and evaluation expenditures are expensed as incurred, including those incurred before the Company has obtained the legal rights to explore an area of interest.

Capitalization of evaluation expenditures commences when the technical feasibility and commercial viability of a project has been reached and hence it is probable that future economic benefits will flow to the Company.

Capitalized exploration and evaluation costs are classified as mineral interests within mineral interests, plant and equipment.

Corporate general and administrative costs related to exploration and evaluation assets are expensed as incurred.

j)    **Leases**

In addition to contracts which take the legal form of a lease, other significant contracts are assessed to determine whether, in substance, they are or contain a lease, if the contractual arrangement contains the use of a specific asset and the right to use that asset. Where the Company receives substantially all the risks and rewards of ownership of the asset, these assets are capitalized at the lower of the fair value of the lease asset or the estimated present value of the minimum lease payments. The corresponding lease obligation is included within lease obligations and accretion expense is recognized over the term of the lease.

12    Tahoe Resources Inc.

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

The Company engages in sale and leaseback transactions as part of the Company's financing strategy. Where a sale and leaseback transaction results in a finance lease, any excess of sales proceeds over the carrying amount is deferred and amortized over the lease term. Where a sale and leaseback transaction results in an operating lease, and it is clear that the transaction is established at fair value, any profit or loss is recognized immediately. If the sales price is below fair value, the shortfall is recognized in income immediately, except that, if the loss is compensated for by future lease payments at below market prices, it is deferred and amortized in proportion to the lease payments over the period for which the asset is expected to be used. If the sale price is above fair value, the excess over fair value is deferred and amortized over the period the asset is expected to be used.

Operating leases are not capitalized and payments are included in the consolidated statements of operations and total comprehensive income (loss) on a straight-line basis over the term of the lease.

**k)      Provision for site reclamation and closure costs**

The Company recognizes a liability for site closure and reclamation costs in the period in which it is incurred for disturbance to date, if a reasonable estimate of costs can be made. The Company records the net present value of estimated future cash flows associated with site closure and reclamation as a liability when the liability is incurred and increases the carrying value of the related assets for that amount. Subsequently, these capitalized costs are amortized over the life of the related assets. At the end of each reporting period, the estimated net present value of reclamation and closure cost obligations is assessed to reflect the passage of time (accretion expense) and changes in the estimated future cash flows underlying any initial estimates.

**l)      Financial instruments**

The Company initially recognizes cash and cash equivalents, restricted cash and trade and other receivables on the date that they originated. Subsequent to initial recognition, trade and other receivables which are subject to provisional pricing adjustments, are measured at FVTPL.

The Company ceases to recognize financial assets when the contractual rights to the cash flows from the assets expire, or it transfers the rights to receive the contractual cash flows on the financial assets in a transaction in which substantially all the risks and rewards of ownership of the financial assets are transferred. Any interest in transferred financial assets that is created or retained by the Company is recognized as a separate asset.

The Company has financial liabilities comprising accounts payable and accrued liabilities, debt and currency swap. Such financial liabilities are recognized initially at fair value net of any directly attributable transaction costs. Subsequent to initial recognition, current debt is measured at amortized cost using the effective interest method and the currency swap are measured at FVTPL.

Consolidated Financial Statements      13

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

**m)      Share capital**

Common shares are classified as equity. Incremental costs directly attributable to the issue of common shares are recognized as a deduction from equity, net of any tax effects.

**n)      Revenue recognition**

Revenue is recognized when the significant risks and rewards of ownership have passed to the buyer; it is probable that economic benefits associated with the transaction will flow to the Company; the sale price can be measured reliably; the Company has no significant continuing involvement; and the costs incurred or to be incurred in respect of the transaction can be measured reliably. In circumstances where title is retained to protect the financial security interests of the Company, revenue is recognized when the significant risks and rewards of ownership have passed to the buyer.

Revenues and trade receivables are subject to adjustment upon final settlement of metal prices, weights, and assays as of a date that is typically a few months after the shipment date. The Company records adjustments to revenues and trade receivables monthly based on quoted forward prices for the expected settlement period. Adjustments for weights and assays are recorded when results are determinable or on final settlement. Trade receivables are therefore measured at FVTPL and changes in value are recorded in revenues. Treatment and refining charges are netted against revenues from metal concentrate sales.

Until a mine is operating at the level intended by management revenues will be offset against mineral interests, plant and equipment costs.

**o)      Share-based payments**

Share-based compensation arrangements in which the Company receives goods or services as consideration for its own equity instruments are accounted for as equity- settled share-based payment transactions. If the fair value of the goods or services received cannot be estimated reliably, the share-based payment transaction is measured at the fair value of the equity instruments granted at the date the Company receives the goods or the services.

The fair value of share-based compensation on the grant date to key management personnel and employees is recognized as an expense, with a corresponding increase in equity, over the period that the optionee becomes unconditionally entitled to the options. The amount recognized as an expense is adjusted to reflect the actual number of share options for which the related service and vesting conditions are met.

The amount payable in respect of SARs, which are settled in cash, is recognized as an expense with a corresponding increase in liabilities over the period that the rights are exercisable. The liability is measured at each reporting date using the Black-Scholes option pricing model and is recorded at fair value.

14      Tahoe Resources Inc.

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

**p)     Income taxes**

Income tax on the earnings or loss for the years presented comprises current and deferred tax. Income tax is recognized in earnings or loss in the statements of operations except to the extent that it relates to items recognized directly in equity, in which case it is recognized in equity.

Current tax expense is the expected tax payable on the taxable income for the period, using tax rates substantively enacted at period end, adjusted for amendments to tax payable with regards to previous years.

Deferred tax is provided using the balance sheet liability method, providing for temporary differences between the carrying amounts of assets and liabilities for financial reporting purposes and the amounts used for taxation purposes. Deferred tax is not recognized for temporary differences which arise on the initial recognition of assets or liabilities in a transaction that is not a business combination and that affects neither accounting, nor taxable earnings or loss. The amount of deferred tax provided is based on the expected manner of realization or settlement of the carrying amount of assets and liabilities, using tax rates enacted or substantively enacted at the balance sheet reporting date.

A deferred tax asset is recognized only to the extent that it is probable that future taxable earnings will be available against which the asset can be utilized. Deferred tax assets are reviewed at each reporting date and are reduced to the extent it is no longer probable that the related tax benefit will be realized.

**q)     Mine operating earnings**

Mine operating earnings represent the difference between revenues and operating costs which include royalties and depreciation and depletion.

**r)     Earnings (loss) from operations**

Earnings (loss) from operations represent the difference between mine operating earnings and other operating expenses, other exploration expenses and general and administrative expenses.

**s)     Earnings (loss) per share**

The Company presents basic and diluted earnings (loss) per share ("EPS") data for its common shares. Basic EPS is calculated by dividing earnings (loss) attributable to common shareholders of the Company by the weighted average number of common shares outstanding during the year.

Diluted EPS is determined by adjusting the earnings (loss) attributable to common shareholders and the weighted average number of common shares outstanding for the effects of all dilutive potential common shares.

Consolidated Financial Statements     15

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

t)  **Cash provided by (used in) operating activities before changes in working capital**

Cash provided by (used in) operating activities before changes in working capital represents the cash flows generated by operating activities after adjusting for interest expense, income tax expense and financing fees as well as items not involving cash.

4.  **CHANGES IN ACCOUNTING POLICIES AND STANDARDS**

a)  **Application of new, revised or amended accounting standards effective January 1, 2015**

i.  *New, revised or amended standards adopted with no material impact on the Company's consolidated financial statements.*

The Company has evaluated the following new and revised IFRS standards and has determined there to be no material impact on the consolidated financial statements upon adoption:

- IFRS 2 – Share-Based Payments;
- IFRS 3 – Business Combinations;
- IFRS 8 – Operating Segments;
- IFRS 13 – Fair Value Measurement;
- IAS 16 – Property, Plant and Equipment;
- IAS 18 – Revenue; and
- IAS 24 – Related Party Disclosures.

ii.  *New, revised or amended standards adopted with material impact on the Company's consolidated financial statements.*

There were no new standards applied for periods beginning on or after January 1, 2015 that have a material impact on the consolidated financial statements.

b)  **Future accounting standards and interpretations**

A number of new IFRS standards, and amendments to standards and interpretations, are not yet effective for the year ended December 31, 2015, and have not been applied in preparing these consolidated financial statements. The Company is currently evaluating the impact these standards are expected to have on its consolidated financial statements. The standards and interpretations under evaluation are:

i.  *New, revised or amended standards effective January 1, 2016.*

- IFRS 5 – Non-Current Assets Held For Sale and Discontinued Operations;
- IFRS 7 – Financial Instruments: Disclosures;
- IFRS 10 – Consolidated Financial Statements;
- IFRS 11 – Joint Arrangements;
- IFRS 12 – Disclosure of Interest in Other Entities;
- IAS 1 – Presentation of Financial Statements;
- IAS 16 – Property, Plant and Equipment;
- IAS 27 – Separate Financial Statements;
- IAS 28 – Investments in Associates and Joint Ventures;
- IAS 34 – Interim Financial Reporting; and
- IAS 38 – Intangible Assets.

16    Tahoe Resources Inc.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (expressed in 000's of USD, except as otherwise stated)

      *ii.     New, revised or amended standards effective January 1, 2018 and thereafter.*

- IFRS 9 – Financial Instruments;
- IFRS 15 – Revenue from Contracts with Customers; and
- IFRS 16 – Leases

## 5.    CRITICAL JUDGMENTS AND ESTIMATES IN APPLYING ACCOUNTING POLICIES

The preparation of consolidated financial statements in conformity with IFRS requires management to make judgments and estimates that affect the application of accounting policies and the reported amounts of assets, liabilities, contingent liabilities, income and expenses. Actual results could differ from these estimates.

Estimates and underlying assumptions are reviewed on an ongoing basis. Revisions to accounting estimates are recognized in the period in which the estimates are revised and applied prospectively.

Information about critical judgments and estimates in applying accounting policies that have the most significant effect on the amounts recognized in the consolidated financial statements are as follows:

**a)    Judgments**

    i.    *Commercial Production*

In order to declare commercial production, a mine must be able to operate at levels intended by management. Prior to commercial production costs incurred are capitalized as part of the cost of placing the asset into service and proceeds from the sale of concentrates and doré are offset against the costs capitalized. Subsequent to the declaration of commercial production depletion of the costs incurred begins. Management considers several criteria in determining when a mine is operating at levels intended, and is therefore in commercial production.

    ii.    *Functional Currency*

The functional currency for each of the Company and its subsidiaries is the currency of the primary economic environment in which the entity operates. The Company has determined that for each subsidiary the functional currency is the United States dollar. When determining the functional currency certain judgments may be involved to assess the primary economic environment in which the entity operates. If there is a change in events or conditions which determined the primary economic environment, the Company reevaluates the functional currency for each of the subsidiary impacted.

    iii.    *Economic recoverability and probability of future economic benefits of exploration, evaluation and development costs.*

The Company makes determinations whether development and related costs incurred which have been capitalized are economically recoverable. Management uses several criteria in its assessments of economic recoverability and probability of future economic benefits including geological and metallurgical information, economic assessments and existing permits for the life of mine plan. The estimates contained within these criteria could change over time which could affect the economic recoverability of capitalized costs.

Consolidated Financial Statements    17

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (expressed in 000's of USD, except as otherwise stated)

b)    **Estimates**

i.    *Revenue recognition*

As is customary in the industry, revenue on provisionally priced sales is recognized based on relevant forward market prices. At each reporting period, provisionally priced sales are marked to market based on the estimated forward price for the quotational period stipulated in the contract. The adjustment to provisionally priced metal sold is included in revenue.

ii.   *Estimated material in the mineral reserves*

The carrying amounts of the Company's depletable mineral interests are depleted upon commencement of commercial production based on the UOP method over the estimated life of mine based on proven and probable reserves. Changes to estimates of material and depletable costs including changes resulting from revisions to the Company's mine plans can result in a change to future depletion rates.

Where commercial production has commenced but proven and probable reserves have yet to be established, the carrying amounts of the Company's depletable mineral interests are depleted based on the mineable portion of measured and indicated resources.

iii.  *Determination of Useful Lives*

Plant and equipment other than mineral interests are depreciated using the straight-line method based on the specific asset's useful life. Should the actual useful life of the plant or equipment vary from the initial estimation, future depreciation charges may change. Should the grouping of these like assets change, depreciation charges may vary materially in the future.

iv.   *Impairment charges*

At the end of each reporting period, the Company assesses whether any indication of impairment exists. Where an indicator of impairment exists, an impairment analysis is performed. The impairment analysis requires the use of estimates and assumptions including amongst others, long-term commodity prices, discount rates, length of mine life, future production levels, future operating costs, future capital expenditures and tax positions taken. The estimates and assumptions are subject to risk and uncertainty; hence, there is the possibility that changes in circumstances will alter these projections, which may impact the recoverable amount of the individual assets or CGUs. In such circumstances, some or all of the carrying value of the assets or CGUs may be further impaired or the impairment charge reduced with the impact recorded in the consolidated statements of operations and comprehensive (loss) income.

18    Tahoe Resources Inc.

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

    v.      *Reclamation provision and site closure costs*

The Company's accounting policy for the recognition of accrued site closure costs requires significant estimates and assumptions such as the requirements of the relevant environmental, legal and regulatory framework, the magnitude of possible disturbance and the timing, extent and costs of required closure and rehabilitation activity. Changes to these estimates and assumptions may result in future actual expenditures differing from the amounts currently provided for. The decommissioning liability is periodically reviewed and updated prospectively based on the available facts and circumstances.

    vi.     *Income taxes*

The Company is periodically required to estimate the tax basis of assets and liabilities. Where applicable tax laws and regulations are either unclear or subject to varying interpretations, it is possible that changes in these estimates could occur that materially affect the amounts of deferred income tax assets and liabilities recorded in the financial statements. Changes in deferred tax assets and liabilities generally have a direct impact on earnings in the period of changes. Each period, the Company evaluates the likelihood of whether some portion or all of each deferred tax asset will not be realized. This evaluation is based on historic and future expected levels of taxable income, the pattern and timing of reversals of taxable temporary timing differences that give rise to deferred tax liabilities, and tax planning initiatives. Levels of future taxable income are affected by, among other things, the market price for saleable metals, production costs, interest rates and foreign currency exchange rates.

    vii.    *Valuation of inventory*

All inventory is valued at the lower of average cost or net realizable value. Management is required to make various estimates and assumptions to determine the value of stockpiled ore, concentrate inventories, ore stacked on leach pads and ore in process. The estimates and assumptions include surveyed quantities of stockpiled ore, in-process volumes, contained metal content, recoverable metal content, costs to recover saleable metals, payable metal values once processed and the corresponding metals prices. Changes in these estimates can result in changes to the carrying amounts of inventories and mine operating costs of future periods.

    viii.    *Deferred stripping costs*

Stripping costs incurred during the production phase of a mineral property that relate to reserves and resources that will be mined in a future period are capitalized. The Company makes estimates of the stripping activity over the life of the component of reserves and resources which will be made accessible. Changes in estimated strip ratios can result in a change to the future capitalization of stripping costs incurred. As at December 31, 2015 and December 31, 2014, the Company has no capitalized stripping costs relating to production phase stripping.

Consolidated Financial Statements    19

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

ix.    *Share-based compensation*

The Company makes certain estimates and assumptions when calculating the fair values of share-based compensation granted. The significant estimations and assumptions include expected volatility, expected life, expected dividend yield and expected risk-free rate of return. Changes in these assumptions may result in a material change to the expense recorded for the issuance of share-based compensation.

x.    *Business combinations*

The information necessary to measure the fair values as at the acquisition date of assets acquired and liabilities assumed requires management to make certain judgments and estimates about future events, including but not limited to:

- Estimates of mineral reserves, potential mineral resources and exploration acquired;
- Future operating costs and capital expenditures;
- Discount rates to determine fair value of assets acquired; and
- Future metal prices and long-term foreign exchange rates.

Changes to the preliminary measurements of assets and liabilities acquired may be retrospectively adjusted when new information is obtained until the final measurements are determined within one year of the acquisition date.

xi.    *Contingencies*

Due to the size, complexity and nature of the Company's operations, various legal and tax matters arise in the ordinary course of business. The Company accrues for such items when a liability is both probable and the amount can be reasonably estimated.

There are no matters at December 31, 2015 that are expected to have a material effect on the consolidated financial statements of the Company.

## 6.    BUSINESS COMBINATIONS

**a)    Acquisition of 100% interest in Rio Alto Mining Limited**

On April 1, 2015, the Company completed the Plan of Arrangement (the "Arrangement") with Rio Alto Mining Limited ("Rio Alto") and has been accounted for as a business combination. Pursuant to the Arrangement and effective upon closing, Rio Alto has become a wholly-owned subsidiary of Tahoe, and all of the issued and outstanding common shares of Rio Alto (each a "Rio Alto Share") were transferred to Tahoe in consideration for the issuance by Tahoe of 0.227 of a common share of Tahoe (each whole common share a "Tahoe Share") and the payment of CAD$0.001 in cash for each Rio Alto Share.

In connection with the closing of the Arrangement, Tahoe issued an aggregate of 75,991,381 Tahoe Shares to the former shareholders of Rio Alto. On closing of the Arrangement, Tahoe had 223,726,156 common shares issued and outstanding, with former Rio Alto shareholders holding approximately 34% on an undiluted basis. Tahoe had authorized the issuance of up to an additional 3,374,449 Tahoe Shares issuable upon the exercise of the stock options (the "Options") held by the former option holders of Rio Alto and an additional 2,011,244 Tahoe Shares issuable upon the exercise of Rio Alto warrants. Subsequent to the closing of the Arrangement and prior to the expiration date of April 12, 2015, all outstanding warrants were exercised and 2,011,244 Tahoe Shares were issued for total proceeds of CAD$21,210.

20    Tahoe Resources Inc.

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

Total consideration paid was based on the April 1, 2015 price of Tahoe Shares on the TSX of CAD$14.21 and a CAD to USD foreign exchange rate of 0.7929 and is comprised of the following:

| | Number of Shares Issued | Number of Shares Issuable | | Fair Value |
|---|---|---|---|---|
| Tahoe Shares | 75,991,381 | - | $ | 856,198 |
| Options [1] | - | 3,374,449 | | 11,536 |
| Cash | - | - | | 272 |
| **Total consideration** | **75,991,381** | **3,374,449** | **$** | **868,006** |

[1]    The fair values of the Options were determined using the Black-Scholes option pricing model. The inputs and input ranges, where applicable, used in the measurement of the fair value (CAD) of the Options are as follows:

| | | |
|---|---|---|
| Share price | $ | 14.21 |
| Exercise price | $ | 6.13 – 23.13 |
| Expected volatility | | 42.36% – 54.99% |
| Expected life (years) | | 0.08 – 4.55 |
| Expected dividend yield | | 1.69% |
| Risk-free interest rate | | 0.49% – 0.57% |
| Fair value (CAD) | $ | 0.49 – 7.98 |

This acquisition has been accounted for as a business combination with Tahoe as the acquirer. Transaction costs incurred by the Tahoe relating to the acquisition were recognized in Q2 2015, upon closing of the Arrangement. As at the date of these consolidated financial statements, allocation of the purchase price has been finalized. Management determined the fair values of identifiable assets and liabilities assumed, measured the associated deferred income tax assets and liabilities, and determined the value of goodwill.

A final allocation of the purchase price is as follows:

| **Net assets acquired** | | |
|---|---|---|
| Cash and cash equivalents | $ | 61,713 |
| Other current and non-current assets | | 75,774 |
| Mineral interests [2] | | 1,011,269 |
| Goodwill [1][2] | | 57,468 |
| Current liabilities | | (94,592) |
| Warrant liability [3] | | (5,837) |
| Reclamation and closure cost obligations | | (20,099) |
| Other non-current liabilities and deferred gain on sale leaseback | | (19,573) |
| Deferred income tax liabilities [2] | | (198,117) |
| | $ | 868,006 |

[1]    Goodwill of $57,468 was recognized as a result of the deferred tax liability recognized on the excess of the fair value of the acquired assets over their corresponding tax bases. The total amount of goodwill that is expected to be deductible for tax purposes is $nil.

[2]    As a result of the finalization of the purchase price allocation, the fair value attributed to other current and non-current assets, mineral interests and reclamation and closure cost obligations decreased by $2,680, $8,737 and $1,746, respectively, while goodwill, deferred income tax liabilities and other non-current liabilities and deferred gain on sale leaseback increased by $12,356, $2,392 and $293, respectively, since June 30, 2015. These adjustments did not have a material impact on the Company's net loss for the year.

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

(3)    The fair value of the warrant liability was determined using the Black-Scholes option pricing model. The inputs and input ranges, where applicable, used in the measurement of the fair value (CAD) of the warrant liability are as follows:

| | | |
|---|---|---:|
| Share price | $ | 14.21 |
| Exercise price | $ | 10.55 |
| Expected volatility | | 46.60% |
| Expected life (years) | | 0.03 |
| Expected dividend yield | | 1.69% |
| Risk-free interest rate | | 0.49% |
| Fair value (CAD) | $ | 3.66 |

The principal mining properties acquired are the 100% owned La Arena gold mine and the 100% owned Shahuindo gold project, an advanced-stage, oxide deposit located in northwestern Peru (note 22).

The revenues and net loss of Rio Alto since April 1, 2015, the acquisition date, included in these consolidated financial statements are $195,805 and ($144,733), respectively. Total transaction costs incurred relating to the acquisition and included in general and administrative expenses for the year ended December 31, 2015 are $7,239.

Had the acquisition occurred on January 1, 2015, the total pro-forma consolidated revenues and net loss of the Company for the year ended December 31, 2015 would have been $263,567 and ($157,544), respectively.

The acquisition supports the Company's growth strategy by adding an already operating mine, La Arena which, along with the development-stage Shahuindo project, will increase the sustainable production level, contribute to cash flows and diversify the Company's operations in metals and geographic locations.

## 7.    CASH AND CASH EQUIVALENTS

| | | December 31, 2015 | | December 31, 2014 |
|---|---|---:|---|---:|
| Cash | $ | 108,140 | $ | 79,830 |
| Cash equivalents | | 527 | | 526 |
| | $ | 108,667 | $ | 80,356 |

## 8.    TRADE AND OTHER RECEIVABLES

| | | December 31, 2015 | | December 31, 2014 |
|---|---|---:|---|---:|
| Trade receivables | $ | 17,239 | $ | 6,569 |
| VAT receivable | | 23,935 | | 919 |
| Other | | 2,060 | | 219 |
| | $ | 43,234 | $ | 7,707 |

## 9.    INVENTORIES

| | | December 31, 2015 | | December 31, 2014 |
|---|---|---:|---|---:|
| Supplies | $ | 41,658 | $ | 29,851 |
| Stockpile | | 2,230 | | 1,539 |
| Work in process | | 17,228 | | - |
| Finished goods | | 8,964 | | 9,180 |
| | $ | 70,080 | $ | 40,570 |

22    Tahoe Resources Inc.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (expressed in 000's of USD, except as otherwise stated)

The cost of inventories recognized as an expense for the year ended December 31, 2015 was $320,310 (year ended December 31, 2014 - $170,636) and is included in total operating costs.

## 10.  MINERAL INTERESTS AND PLANT AND EQUIPMENT

| | Mineral Interests | | Plant & Equipment | Total |
|---|---|---|---|---|
| | Depletable | Non-Depletable | | |
| **Cost** | | | | |
| **Balance at January 1, 2015** | $ 551,787 | $ 27,257 | $ 317,691 | $ 896,735 |
| Acquired mineral interests [(1)(2)(4)(5)] | 136,006 | 668,316 | 206,948 | 1,011,270 |
| Additions | 20,201 | 31,961 | 72,467 | 124,629 |
| Disposals | - | - | (1,029) | (1,029) |
| Impairment | (99,000) | (121,000) | - | (220,000) |
| Change in reclamation provision | 6,017 | 8,874 | - | 14,891 |
| **Balance at December 31, 2015** | $ 615,011 | $ 615,408 | $ 596,077 | $ 1,826,496 |
| **Accumulated Depreciation and Depletion** | | | | |
| **Balance at January 1, 2015** | $ (25,949) | $ - | $ (42,044) | $ (67,993) |
| Additions | (44,211) | - | (40,734) | (84,945) |
| Disposals | - | - | 954 | 954 |
| **Balance at December 31, 2015** | $ (70,160) | $ - | $ (81,824) | $ (151,984) |
| **Carrying Amount at December 31, 2015** | $ 544,851 | $ 615,408 | $ 514,253 | $ 1,674,512 |

| | Mineral Interests | | Plant & Equipment | Total |
|---|---|---|---|---|
| | Depletable | Non-Depletable | | |
| Cost | | | | |
| Balance at January 1, 2014 | $ - | $ 566,766 | $ 298,897 | $ 865,663 |
| Additions | 14,269 | 65 | 19,270 | 33,604 |
| Disposals | - | (127) | (476) | (603) |
| Transfers [(3)] | 537,187 | (539,447) | - | (2,260) |
| Change in reclamation provision | 331 | - | - | 331 |
| Balance at December 31, 2014 | $ 551,787 | $ 27,257 | $ 317,691 | $ 896,735 |
| Accumulated Depreciation and Depletion | | | | |
| Balance at January 1, 2014 | $ - | $ - | $ (21,080) | $ (21,080) |
| Additions | (25,382) | - | (21,706) | (47,088) |
| Disposals | - | - | 175 | 175 |
| Transfers | (567) | - | 567 | - |
| Balance at December 31, 2014 | $ (25,949) | $ - | $ (42,044) | $ (67,993) |
| Carrying Amount at December 31, 2014 | $ 525,838 | $ 27,257 | $ 275,647 | $ 828,742 |

(1)    Mineral interest additions relating to the acquisition of Rio Alto on April 1, 2015.

(2)    Includes the reclamation provision related the La Arena mine of $20,099 as a result of the acquisition of Rio Alto on April 1, 2015 (notes 6,14).

(3)    In early January 2014, the commissioning of the Escobal mine was completed as operating levels intended by management were determined to have been reached. Accordingly, mineral interests were transferred from non-depletable to depletable mineral interests. Depreciation and depletion of capitalized costs classified as depletable commenced effective January 1, 2014. In addition, proceeds from concentrate sales and costs incurred during production have been included in net earnings and total comprehensive income effective January 1, 2014. Final settlement adjustments of $2,260 relating to concentrate sold prior to the commissioning of the Escobal mine have been offset against depletable mineral interests for the year ended December 31, 2014.

(4)    Non-depletable mineral interests acquired include the La Arena sulfide project, the Shahuindo project and other exploration projects.

Consolidated Financial Statements    23

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

(5)    Upon declaration of commercial production the carrying value of mineral interests associated with the Shahuindo project included in non-depletable mineral interests will be transferred to depletable mineral interests.

**a)    Segmented mineral interests**

A summary by segment of the carrying amount of mineral interests is as follows:

| | Mineral Interests | | | | |
| | Depletable | Non-Depletable | Plant & Equipment | December 31, 2015 | December 31, 2014 |
|---|---|---|---|---|---|
| Silver segment | $    515,863 | $    27,264 | $    270,756 | $    813,883 | $    828,742 |
| Gold segment [1] | 28,988 | 588,144 | 243,497 | 860,629 | - |
| Carrying Amount | $    544,851 | $    615,408 | $    514,253 | $    1,674,512 | $    828,742 |

[1]    The Company's 100% interest in the Shahuindo project is included in the Gold reportable operating segment.

**b)    Impairment**

The Company performs impairment testing annually for its goodwill at the end of the third quarter of each financial year, or when there are indicators of potential impairment. Testing is performed on mineral interests and other assets, including goodwill, to determine if the recoverable amount (fair value less costs of disposal ("FVLCD")) of each cash generating unit ("CGU") is greater than its carrying value. The recoverable amount of the CGUs is included within Level 3 of the fair value hierarchy (note 23). The Company identified four CGUs: Escobal (silver segment), La Arena oxides (gold segment), La Arena sulphides (gold segment) and Shahuindo (gold segment) for which it determined a FVLCD using a discounted cash flow ("DCF") model.

In determining the pricing assumptions to use in the DCF models, the Company used a combination of long-term consensus prices and management's best estimates as follows: Gold price: $1,200/ounce, silver price - $18.75/ounce, copper price $3.00/lb, Zinc price - $1.04/lb and lead price - $0.96/lb. Discount rates were determined using the market participant approach and were 7.00% for Escobal, La Arena oxides and Shahuindo. A rate of 8.75% was determined for the La Arena sulphide project. The rate used for Escobal, La Arena oxides and Shahuindo represents the lower risk associated with an operating mine compared with an exploration or development project. Using these assumptions among other quantitative and qualitative considerations, the Company determined that two CGUs were impaired by a total after-tax amount of approximately $153 million (pre-tax amount of $220 million) which is included in other operating expenses. The impairment charge was primarily driven by a decrease of approximately $100/oz in gold price from the date of acquisition.

Impairment by CGU at October 1, 2015 is as follows (in millions of USD):

| | Opening Carrying Value | | Fair Value | | Pre-tax impairment | | After-tax impairment | | Ending Carrying Value |
|---|---|---|---|---|---|---|---|---|---|
| La Arena oxides | 328 | | 229 | | 99 | | 69 | | 229 |
| Shahuindo | 468 | | 347 | | 121 | | 84 | | 347 |
| | $    796 | $ | 576 | $ | 220 | $ | 153 | $ | 576 |

24    Tahoe Resources Inc.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (expressed in 000's of USD, except as otherwise stated)

**11.    ACCOUNTS PAYABLE AND ACCRUED LIABILITIES**

| | Notes | | December 31, 2015 | | December 31, 2014 |
|---|---|---|---|---|---|
| Trade payables | | $ | **45,079** | $ | 11,609 |
| Royalties payable | | | **16,802** | | 16,369 |
| Accrued trade and other payables | | | **20,047** | | 8,779 |
| Accrued payroll and related benefits | | | **17,788** | | 3,061 |
| Share appreciation rights, current portion | 18c | | **32** | | 428 |
| | | $ | **99,748** | $ | 40,246 |

**12.    DEBT**

| | | December 31, 2015 | | December 31, 2014 |
|---|---|---|---|---|
| Credit facility | $ | **-** | $ | 50,000 |
| Loan | | **35,000** | | - |
| Commitment fee | | **(2,175)** | | (2,175) |
| Accretion | | **2,175** | | 1,979 |
| | $ | **35,000** | $ | 49,804 |

**a)    Credit facility**

On December 20, 2013, the Company reached an agreement with the lender to expand its original $50 million credit facility (the "Facility") by an additional $25 million bearing interest at a rate per annum of the USD London Interbank Offered Rate plus a margin of 7.25% . The $25 million was drawn on January 2, 2014, and repaid upon maturity on September 3, 2014.

In July 2014, the Company amended the Facility agreement and extended the maturity date of the original $50 million to June 3, 2015. All other terms remained per the original agreement. The original $50 million was repaid as scheduled on June 3, 2015.

During the year ended December 31, 2015, the Company paid commitment fees of $nil related to the Facility (year ended December 31, 2014: $925). The commitment fees were amortized over the life of the Facility, $196 of which was amortized during the year ended December 31, 2015 (year ended December 31, 2014: $1,250). In addition to the commitment fees, the Company paid other fees related to the Facility totaling $nil year ended December 31, 2015 (year ended December 31, 2014: $574).

**b)    Loan**

As part of the acquisition of Rio Alto on April 1, 2015, the Company acquired debt in the form of a $35,000 credit facility agreement (the "Loan"). The Loan had an original one-year term, maturing June 16, 2015 and bore interest at 30-day LIBOR plus 2.60% . The funds were used for general working capital purposes. As security for the Loan, the Company granted a charge over the shares of its subsidiary Empresa de Energia Yamobamba S.A.C. and the rights of collection of future cash flows derived from metal sales at the La Arena mine. Upon maturity, the loan was extended an additional nine months to March 16, 2016. All other terms remained per the original contract.

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

c)      **Revolving credit facility**

On August 10, 2015, the Company signed a credit agreement with a syndicate of international banks for a revolving credit facility (the "Revolving Facility") for an aggregate amount of $150 million. Based on certain financial ratios, the Revolving Facility bears interest on a sliding scale of LIBOR plus between 2.25% to 3.25% or a base rate plus 1.25% to 2.25% which is determined based on the Company's consolidated net leverage ratio.

Transaction costs totaling $1,433 were capitalized as an asset and are being amortized over the term of the Revolving Facility. For the year ended December 31, 2015, $190 has been amortized.

Standby fees for the undrawn portion of the facility are also on a similar sliding scale basis of between 0.56% and 0.81% and were $331 for the year ended December 31, 2015. The term for the Revolving Facility is 3 years. Proceeds from the loan may be used for general corporate purposes.

As at December 31, 2015, the Company had not drawn on the Revolving Facility. The Company is currently in compliance with all covenants associated with the Revolving Facility.

13.      **LEASE OBLIGATIONS**

| | | December 31, 2015 | | December 31, 2014 |
|---|---|---|---|---|
| Beginning balance | $ | - | $ | - |
| Additions [1] | | 20,016 | | - |
| Payments | | (5,729) | | - |
| Accrued interest | | 159 | | - |
| Foreign exchange gain | | (584) | | - |
| Ending balance | $ | 13,862 | $ | - |

(1)      Additions include $19,340 related to a sale-leaseback transaction and $676 in other finance leases.

| | | December 31, 2015 | | December 31, 2014 |
|---|---|---|---|---|
| Current portion | $ | 6,151 | $ | - |
| Non-current portion | | 7,711 | | - |
| | $ | 13,862 | $ | - |

As part of the acquisition of Rio Alto on April 1, 2015, the Company acquired a lease obligation in the form of a sale-leaseback agreement entered into on January 29, 2015 for the La Ramada substation ("La Ramada") in Peru. La Ramada was sold for $20,704 in exchange for cash, and a deferred gain of $622 was recognized and is being amortized over the term of the sale-leaseback. Subsequent to the sale of La Ramada but on the same date, a leaseback transaction was entered into in the amount of $20,704 for a term of three years with quarterly instalments of interest and principal at an effective interest rate of 6.95% and $1,154 in principal on the lease was immediately repaid. The agreement is a finance lease and a corresponding asset has been recognized within mineral interests.

Concurrent with the sale-leaseback agreement, a cross-currency swap (the "Currency Swap") was entered into in the amount of $23,600 at a fixed exchange rate of 2.96 Peruvian soles to one USD with quarterly instalments of principal and interest over a 3-year term. The changes in the fair value of the Currency Swap are recognized in the statement of operations as an unrealized gain or loss. At December 31, 2015, the Currency Swap had a fair value of $2,742 (note 23) and is included in other non-current liabilities. For the year ended December 31, 2015, an unrealized loss of $1,210 was recorded in the statement of operations.

26      Tahoe Resources Inc.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (expressed in 000's of USD, except as otherwise stated)

14.    RECLAMATION PROVISION

|  | | December 31, 2015 | | December 31, 2014 |
|---|---|---|---|---|
| Beginning balance | $ | 3,529 | $ | 3,021 |
| Accretion expense | | 1,003 | | 177 |
| Additions to reclamation provision [1] | | 28,975 | | - |
| Revisions in estimates and obligations | | 6,017 | | 331 |
| Ending balance | $ | 39,524 | $ | 3,529 |

[1]    Additions to reclamation provision relate to the La Arena mine and the Shahuindo mine as a result of the acquisition of Rio Alto on April 1, 2015.

The Company's environmental permits require that it reclaim any land it disturbs during mine development, construction and operation. Although the timing and the amount of the actual expenditures are uncertain, the Company has estimated the present value of the future reclamation obligations arising from its activities to December 31, 2015 to be $39,524 (December 31, 2014: $3,529).

In determining the discount rate to be used in the calculation of the present value of the future reclamation obligations, the Company combines risk and inflation rates specific to the country in which the reclamation will take place.

The present value of the combined future obligation has increased by $6,017 at December 31, 2015 (December 31, 2014: $331) as a result of the impact of the change in estimates in respect of mine life, estimated reclamation costs, discount and inflation rates.

a)    Escobal

For the Escobal mine, the present value of the future reclamation obligation assumes a discount rate of 6.60% (December 31, 2014: 5.77%), an inflation rate of 2.39% (December 31, 2014: 3.42%), an undiscounted amount to settle the obligation of $8,269 (December 31, 2014: $10,240), and the commencement of reclamation activities in approximately 18 years.

b)    La Arena

For the La Arena mine, fair value measurement of the future reclamation obligation on acquisition assumed a discount rate of 7.00%. At December 31, 2015, the present value of the future reclamation obligation assumes a discount rate of 4.69% (December 31, 2014: nil), an inflation rate of 2.72% (December 31, 2014: nil), an undiscounted amount to settle the obligation of $43,198 (December 31, 2014: $nil), and the commencement of post-closure reclamation activities in approximately 6 years.

On January 8, 2015, the Company posted a letter of credit, valid for one year, which at December 31, 2015 is in the amount of $12,153 as partial guarantee of the La Arena closure obligations as required by the Ministry of Energy and Mines.

Consolidated Financial Statements      27

132

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

    c)    **Shahuindo**

At December 31, 2015, the present value of the future reclamation obligation assumes a discount rate of 5.08% (December 31, 2014: nil), an inflation rate of 2.72% (December 31, 2014: nil), an undiscounted amount to settle the obligation of $17,934 (December 31, 2014: $nil), and the commencement of post-closure reclamation activities in approximately 10 years.

**15.**    **REVENUES**

| | | | | Years Ended December 31, | |
|---|---|---|---|---|---|
| | | 2015 | | | 2014 |
| Silver | $ | 285,971 | $ | | 310,036 |
| Gold | | 206,576 | | | 10,437 |
| Lead | | 10,407 | | | 12,193 |
| Zinc | | 16,767 | | | 17,599 |
| | $ | 519,721 | $ | | 350,265 |

**16.**    **PRODUCTION COSTS**

| | | | | Years Ended December 31, | |
|---|---|---|---|---|---|
| | | 2015 | | | 2014 |
| Consumption of raw materials and consumables | $ | 110,855 | $ | | 72,886 |
| Employee compensation and benefits | | 50,453 | | | 20,713 |
| Contractors and outside services | | 54,314 | | | 19,165 |
| Other expenses | | 11,075 | | | 16,679 |
| Changes in inventory | | 14,964 | | | (2,120) |
| | $ | 241,661 | $ | | 127,323 |

**17.**    **GENERAL AND ADMINISTRATIVE EXPENSES**

| | | | | Years Ended December 31, | |
|---|---|---|---|---|---|
| | | 2015 | | | 2014 |
| Salaries and benefits | $ | 14,383 | $ | | 11,246 |
| Share-based payments | | 6,017 | | | 5,912 |
| Consulting and professional fees | | 3,299 | | | 3,296 |
| Transaction costs | | 7,239 | | | - |
| Administrative and other | | 8,313 | | | 11,499 |
| | $ | 39,251 | $ | | 31,953 |

**18.**    **SHARE-BASED PAYMENTS AND OTHER RELATED INFORMATION**

The Company's equity compensation plans are designed to attract and retain individuals and to reward them for current and expected future performance. The Company's share- based compensation arrangements are denominated in CAD and include Tahoe Share Plan Options and the Rio Alto replacement options issued on April 1, 2015 upon completion of the acquisition ("Share Options"), as well as Deferred Share Awards ("DSAs"), Restricted Share Awards ("RSAs") and Share Appreciation Rights ("SARs") (collectively referred to as the "Share Plan").

28    Tahoe Resources Inc.

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

At December 31, 2015, the Company has the following share-based payment arrangements:

**a)      Share Options**

The Share Plan entitles key management personnel and employees to the option to purchase shares in the Company. Under the terms of this program, Share Options are exercisable at the market close price of the Company's shares on the day prior to the grant date. The Share Options vest based on service-related vesting terms set by the Compensation Committee of the Board of Directors. The Share Options vest in three equal tranches with the first tranche vesting on the first anniversary, the second on the second anniversary, and the third on the third anniversary of the grant date.

The number and weighted average exercise price in CAD of Share Options outstanding at December 31, 2015 and December 31, 2014 are as follows:

|  | Weighted average exercise price | Number of Share Options |
|---|---|---|
| Outstanding at January 1, 2014 | $           11.13 | 2,865,256 |
| Granted | 23.92 | 105,000 |
| Exercised | 8.32 | (1,406,597) |
| Forfeited | 16.34 | (16,000) |
| Outstanding at December 31, 2014 | 14.49 | 1,547,659 |
| Granted | 12.97 | 4,561,579 |
| Exercised | 8.80 | (1,561,218) |
| Forfeited | 16.91 | (264,000) |
| Expired | 12.62 | (215,563) |
| **Outstanding at December 31, 2015** | **$           14.92** | **4,068,457** |

The following table summarizes information about share options outstanding and exercisable at December 31, 2015 (exercise range and prices in CAD):

| Exercise price range | Outstanding | | Weighted average exercise price | Weighted average remaining life (years) | Exercisable | | Weighted average exercise price | Weighted average remaining life (years) |
|---|---|---|---|---|---|---|---|---|
| $ 7.47-12.79 | 868,176 | $ | 10.21 | 1.75 | 868,176 | $ | 10.21 | 1.75 |
| $12.80-14.93 | 721,591 | $ | 13.39 | 1.26 | 721,591 | $ | 13.39 | 1.26 |
| $14.94-15.68 | 987,000 | $ | 15.68 | 4.27 | - | $ | - | - |
| $15.69-16.43 | 800,616 | $ | 16.07 | 1.51 | 639,616 | | 16.01 | 1.34 |
| $16.44-23.68 | 691,074 | $ | 19.99 | 1.25 | 600,074 | $ | 19.85 | 0.90 |
| | **4,068,457** | **$** | **14.92** | **2.14** | **2,829,457** | **$** | **14.37** | **1.35** |

During the year ended December 31, 2015, 1,561,218 share options were exercised and the cash proceeds received were $11,081 (year ended December 31, 2014: 1,406,597 share options exercised for cash proceeds of $10,673).

During the year ended December 31, 2015, the Company recorded $2,331 of compensation expense relating to Share Options in general and administrative expenses (year ended December 31, 2014: $1,805).

**b)      DSAs and RSAs**

The Share Plan permits DSAs and RSAs (collectively referred to as "Share Awards") to be issued to key management personnel and senior employees. Upon vesting, shares in the Company are issued at no exercise price. Compensation cost for DSAs and RSAs is measured based on the closing price of the stock one day prior to the grant date.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (expressed in 000's of USD, except as otherwise stated)

i.    *DSAs*

The DSAs vest based on service-related vesting terms set by the Compensation Committee of the Board of Directors and can therefore vary grant to grant. In general however, DSAs vest in three equal tranches with the first tranche vesting on the first anniversary, the second on the second anniversary, and the third on the third anniversary of the grant date (the "general DSA vesting terms").

The number of DSAs outstanding at December 31, 2015 and December 31, 2014 is as follows:

| | |
|---|---:|
| Outstanding at January 1, 2014 | 181,334 |
| Granted | 213,000 |
| Shares issued | (108,667) |
| Outstanding at December 31, 2014 | 285,667 |
| Granted | 219,000 |
| Shares issued | (140,667) |
| Cancelled/forfeited | (14,000) |
| **Outstanding at December 31, 2015** | **350,000** |

There were 219,000 DSAs granted during the year ended December 31, 2015, with a weighted average fair market value of CAD$15.68. Of the 219,000 DSAs granted, 45,000 had accelerated vesting terms with a vesting date of February 2016.

The 213,000 DSAs granted during the year ended December 31, 2014 had a weighted average fair market value of CAD$23.46. Of the 213,000 granted during the year, 210,000 vest according to the general DSA vesting terms. The remaining 3,000 DSAs were granted under special vesting terms whereby the first tranche is to vest eight months after grant date and the second and third tranches vesting annually thereafter in order to match the vesting schedule of the 210,000 DSAs granted earlier in the year.

During the year ended December 31, 2015, 140,667 DSAs vested and common shares of the Company were issued to the recipients under the provisions of the Share Plan. As a result, $2,938, was transferred to share capital from share based payments reserve (year ended December 31, 2014: 108,667 DSA's vested and $2,186 was transferred to share capital).

During the year ended December 31, 2015, the Company recorded $3,078 of compensation expense relating to DSAs in general and administrative expenses (year ended December 31, 2014: $2,817).

30      Tahoe Resources Inc.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (expressed in 000's of USD, except as otherwise stated)

ii.    *RSAs*

The RSAs vest immediately on the grant date and are issued at that time. Consequently, there are no RSAs outstanding at December 31, 2015 and December 31, 2014.

The Company granted 52,500 RSAs during the year ended December 31, 2015 with a weighted average fair market value of CAD$16.79 (year ended December 31, 2014: 35,000 RSAs granted with a weighted average fair market value of CAD$24.03) for total compensation expense of $728 (year ended December 31, 2014: $774) which was recorded in general and administrative expenses.

c)    **SARs**

The Company grants SARs to employees that entitle the employees to a cash settlement. The amount of the cash settlement is determined based on the difference between the strike price and the closing share price of the Company on the exercise date. The SARs have a term of five years from the award date and vest in five equal tranches with the first tranche vesting immediately, the second on the first anniversary, the third on the second anniversary, the fourth on the third anniversary, and the fifth on the fourth anniversary of the grant date. Prior to the cash settlement, unvested and vested SARs are valued using the Black-Scholes Model.

The number of SARs outstanding at December 31, 2015 and December 31, 2014 is as follows:

| | Number of SARs |
|---|---|
| Outstanding at January 1, 2014 | 205,725 |
| Issued | 10,000 |
| Exercised | (122,725) |
| Forfeited | (20,000) |
| Outstanding at December 31, 2014 | 73,000 |
| Issued | 30,000 |
| Exercised | (60,000) |
| **Outstanding at December 31, 2015** | **43,000** |
| | |
| Exercisable at December 31, 2014 | 50,000 |
| **Exercisable at December 31, 2015** | **2,000** |

At December 31, 2015, vested SARs had a weighted average intrinsic value of CAD($5.36) per share (December 31, 2014: CAD$6.92) .

At December 31, 2015, the Company has recognized other current and long-term liabilities for SARs of $32 and $9, respectively (December 31, 2014: $428 and $21, respectively).

During the year ended December 31, 2015, the Company recorded ($120) of compensation expense relating to SARs in general and administrative expenses (year ended December 31, 2014: $515).

Consolidated Financial Statements    31

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

The following table summarizes information about SARs outstanding and exercisable at December 31, 2015 (grant price range in CAD):

| Grant price range | Issued | Exercised/ Cancelled | Outstanding | Exercisable |
|---|---|---|---|---|
| $6.40-12.87 | 272,000 | (260,000) | 12,000 | 2,000 |
| $13.35-16.57 | 65,000 | (59,000) | 6,000 | - |
| $18.00-20.55 | 102,500 | (77,500) | 25,000 | - |
| | **439,500** | **(396,500)** | **43,000** | **2,000** |

d)      **Inputs for measurement of fair values**

The grant date fair values of Share Options are measured based on the Black-Scholes Model. There were 4,561,579 Share Options granted during the year ended December 31, 2015 (year ended December 31, 2014: 105,000) which include 3,374,449 replacement share options related to the acquisition of Rio Alto.

The weighted average inputs used and grant date fair values of Share Options granted during the year ended December 31, 2015 and 2014 are as follows:

| | | | Years Ended December 31, | |
|---|---|---|---|---|
| | | **2015** | | 2014 |
| Share price | $ | **16.12** | $ | 24.11 |
| Exercise price | $ | **14.33** | $ | 23.92 |
| Expected volatility [1] | | **48%** | | 52% |
| Expected life (years) | | **2.04** | | 3.60 |
| Expected dividend yield | | **2.05%** | | - |
| Risk-free interest rate | | **0.50%** | | 1.42% |
| Pre-vest forfeiture rate | | **1.14%** | | - |
| Fair value | $ | **4.84** | $ | 9.55 |

[1]      The expected volatility assumption is based on the historical volatility of the Company's Canadian dollar common shares on the Toronto Stock Exchange.

The weighted average inputs used and grant date fair values of SARS granted during the years ended December 31, 2015 and 2014 are as follows:

| | | **December 31, 2015** | | December 31, 2014 |
|---|---|---|---|---|
| Share price | $ | **9.89** | $ | 20.21 |
| Exercise price | $ | **10.30** | $ | 19.53 |
| Expected volatility | | **52%** | | 51% |
| Expected life (years) | | **5.00** | | 5.00 |
| Risk-free interest rate | | **0.68%** | | 1.39% |
| Fair value | $ | **4.29** | $ | 9.32 |

The fair value of SARs has been re-measured at December 31, 2015. Expected volatility, interest rate and share price have been updated with changes in the fair value being recognized in earnings or loss during the period.

32      Tahoe Resources Inc.

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

The weighted average inputs used in the re-measurement of the fair value (CAD$) of the SARs are as follows:

| | | December 31, 2015 | | December 31, 2014 |
|---|---|---|---|---|
| Share price | $ | 11.97 | $ | 16.15 |
| Exercise price | $ | 18.34 | $ | 10.48 |
| Expected volatility | | 51% | | 53% |
| Expected life (years) | | 3.41 | | 1.69 |
| Risk-free interest rate | | 0.62% | | 1.23% |
| Fair value | $ | 3.09 | $ | 8.78 |

e)   **Authorized share capital**

The Company's authorized share structure is as follows:

- Unlimited number of authorized common shares without par value;
- Common shares are without special rights or restrictions attached;
- Common shares have voting rights; and
- Common shareholders are entitled to receive dividend payments.

At December 31, 2015, there were 227, 401,681 common shares of the Company issued and outstanding (December 31, 2014: 147,664,671).

19.   **INCOME TAX EXPENSE**

| | | Years Ended December 31, | | |
|---|---|---|---|---|
| | | 2015 | | 2014 |
| Current income tax expense | | | | |
| Current period | $ | 47,486 | $ | 26,650 |
| Deferred tax benefit | | | | |
| Origination and reversal of temporary differences | | (63,807) | | (1,750) |
| Income tax (recovery) expense | $ | (16,321) | $ | 24,900 |

a)   **Income tax reconciliation**

The reconciliation of income taxes at statutory rates with the reported taxes is as follows:

| | | Years Ended December 31, | | |
|---|---|---|---|---|
| | | 2015 | | 2014 |
| (Loss) earnings before income taxes | $ | (88,232) | $ | 115,690 |
| Statutory tax rate | | 26.00% | | 26.00% |
| Income tax (benefit) expense | | (22,940) | | 30,079 |
| Reconciling items: | | | | |
| Difference between statutory and foreign tax rates | | (22,428) | | (15,345) |
| Non-deductible share-based payments | | 1,509 | | (187) |
| Impact of foreign exchange on deferred income tax assets and liabilities | | 10,699 | | - |
| Non-deductible expenses | | 2,457 | | 6,365 |
| Change in unrecognized deferred tax assets | | 13,824 | | 3,973 |
| Other | | 558 | | 15 |
| Income tax expense | $ | (16,321) | $ | 24,900 |

Consolidated Financial Statements    33

138

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

Effective January 1, 2014, the income tax rate in Guatemala increased from 6% to 7% of taxable revenues for entities in the optional simplified regime for income derived from lucrative activities. The Company has elected to be taxed under this regime.

**b)    Deferred tax assets and liabilities**

At December 31, 2015, the Company's significant components of deferred income tax assets and deferred tax liabilities were as follows:

|  | December 31, 2015 | December 31, 2014 |
|---|---|---|
| Deferred income tax assets | $ | $ |
| Unused non-capital losses | 17,916 | - |
| Reclamation and closure cost obligations | 5,736 | - |
| Inventories and receivables | 2,376 | 2,044 |
|  | $ 26,028 | $ 2,044 |
| Deferred income tax liabilities |  |  |
| Mining interests | (157,096) | - |
| Other | (1,197) | - |
|  | (158,293) | - |
| Net deferred income tax assets (liabilities) | (132,265) | 2,044 |

The Company believes that it is probable that the results of future operations will generate sufficient revenue to realize the deferred income tax assets.

The Company's deferred tax liability of $158,293 at December 31, 2015 is a result of the acquisition of Rio Alto. The Company did not have any deferred income tax liabilities at December 31, 2014. At December 31, 2015 and 2014, the $2,376 and $2,044 of deferred tax assets relating to inventories and receivables are not netted against the deferred tax liability.

**c)    Tax losses and tax credits**

As at December 31, 2015, the Company had $215,598 of tax losses (December 31, 2014: $68,126) for which $65,149 (December 31, 2014: $nil) have been recognized as deferred tax assets. The Company recognizes the benefit of tax losses only to the extent of anticipated future taxable income in relevant jurisdictions. The gross amount of tax losses carried forward will begin to expire in 2016.

Deductible temporary differences at December 31, 2015 and 2014 are as follows:

|  | December 31, 2015 | December 31, 2014 |
|---|---|---|
| Tax losses and tax credits | $ 150,449 | $ 68,126 |
| Deductible temporary differences |  |  |
| Cumulative eligible capital | 657 | 759 |
| Financing costs | 3,461 | 2,275 |
| Unrealized capital losses | 4,315 | - |
| Mining interests | 229 | - |
| Reclamation and closure cost obligations | 17,908 | - |
| Deductible temporary difference | $ 177,019 | $ 71,160 |

34    Tahoe Resources Inc.

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

20.    **(LOSS) EARNINGS PER SHARE**

| | | Year ended December 31, 2015 | | | | Year ended December 31, 2014 | | |
|---|---|---|---|---|---|---|---|---|
| | | **Loss for the year** | **Weighted average shares outstanding** | **Loss per share** | | Earnings for the year | Weighted average shares outstanding | Earnings per share |
| **Basic EPS** [1] | $ | **(71,911)** | **207,810,941** | $ | **(0.35)** | $ 90,790 | 147,405,379 | $ 0.62 |
| Effect of dilutive securities: | | | | | | | | |
| Share options | | **-** | **-** | | **-** | - | 586,892 | (0.01) |
| **Diluted EPS** | $ | **(71,911)** | **207,810,941** | $ | **(0.35)** | $ 90,790 | 147,992,271 | $ 0.61 |

[1]    The weighted average shares outstanding used in the basic earnings per share calculation includes the dilutive impact of 350,000 DSAs (year ended December 31, 2014: 285,667 DSAs).

At December 31, 2015, 4,068,457 Shares Options and 350,000 Share Awards were outstanding of which 4,068,457 and nil, respectively, were anti-dilutive (year ended December 31, 2014: 1,547,659 and 285,667, respectively) because the underlying exercise prices exceeded the average market price for the year ended December 31, 2015 of CAD$14.01 (year ended December 31, 2014: CAD$23.24).

During the year ended December 31, 2015, the Company declared and paid to its shareholders dividends of $0.02 per month per common share for total dividends of $49,717 (year ended December 31, 2014: $2,953).

For the period January 1, 2016 to March 9, 2016, the Company declared and paid dividends of $0.02 per common share for each of the months of January and February for total dividends paid of $9,099. As at March 9, 2016, the Company had not yet declared dividends for the month of March.

21.    **SUPPLEMENTAL CASH FLOW INFORMATION**

| | | **Years Ended December 31,** | |
|---|---|---|---|
| | | **2015** | 2014 |
| Trade and other receivables | $ | **(17,989)** | $ (5,201) |
| Inventories | | **7,674** | (16,329) |
| Other current assets | | **2,794** | (2,693) |
| Other non-current assets | | **(14,548)** | (9,363) |
| Accounts payable, accrued liabilities, and other non-current liabilities | | **9,768** | 5,316 |
| **Changes in working capital** | $ | **(12,301)** | $ (28,270) |

22.    **SEGMENTED INFORMATION**

The Company conducts its business in two reportable segments based on the primary metal produced: gold and silver. For both reportable segments, the principal business activities are the operation of mineral properties for the mining of precious metals and the acquisition, exploration and development of mineral interests. Mineral interests, plant and equipment are situated in Guatemala and Peru, and silver revenues are generated by the Company's Escobal mine in Guatemala and the gold revenues are generated at the La Arena mine in Peru. Substantially all of the cash and cash equivalents are denominated in United States dollars and are held in Canada and Peru. The corporate office located in Reno, Nevada, USA, provides financial, human resources and technical support to the mining and exploration activities.

Consolidated Financial Statements        35

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

Significant information relating to the Company's reportable operating segments is summarized as follows:

| | Silver segment | | Gold segment | | Total | |
|---|---|---|---|---|---|---|
| | 2015 | 2014 | 2015 | 2014 | 2015 | 2014 |
| Mineral Interests | $ 813,883 | $ 828,742 | $ 860,629 | $ - | $ 1,674,512 | $ 828,742 |
| Goodwill | $ - | $ - | $ 57,468 | $ - | $ 57,468 | $ - |
| Total assets | $ 970,726 | $ 975,628 | $ 1,031,735 | $ - | $ 2,002,461 | $ 975,628 |
| Total liabilities | $ 35,759 | $ 97,568 | $ 302,671 | $ - | $ 338,430 | $ 97,568 |

| | Silver segment | | Gold segment | | Total | |
|---|---|---|---|---|---|---|
| | 2015 | 2014 | 2015 | 2014 | 2015 | 2014 |
| Revenues | $ 323,916 | $ 350,265 | $ 195,805 | $ - | $ 519,721 | $ 350,265 |
| Production costs | $ 130,110 | $ 127,323 | $ 111,551 | $ - | $ 241,661 | $ 127,323 |
| Royalties | $ 13,240 | $ 20,830 | $ - | $ - | $ 13,240 | $ 20,830 |
| Depreciation and depletion | $ 47,594 | $ 43,313 | $ 31,055 | $ - | $ 78,649 | $ 43,313 |
| Mine operating earnings (loss) | $ 132,973 | $ 158,799 | $ 53,198 | $ - | $ 186,171 | $ 158,799 |
| Impairment | $ - | $ - | $ 220,000 | $ - | $ 220,000 | $ - |
| Earnings(loss) from operations | $ 95,069 | $ 123,272 | $ (174,621) | $ - | $ (79,552) | $ 123,272 |
| Net income tax expense | $ 22,781 | $ 24,900 | $ (39,102) | $ - | $ (16,321) | $ 24,900 |
| Net earnings(loss) | $ 72,822 | $ 90,790 | $ (144,733) | $ - | $ (71,911) | $ 90,790 |

[1]    The Company's 100% interest in the Shahuindo project is included in the Gold reportable operating segment.

| | Silver segment | | Gold segment | | Total | |
|---|---|---|---|---|---|---|
| | 2015 | 2014 | 2015 | 2014 | 2015 | 2014 |
| Capital expenditures | $ 34,728 | $ 38,735 | $ 105,163 | $ - | $ 139,891 | $ 38,735 |

The Company's consolidated revenues from continuing operations for the year ended December 31, 2015 are disclosed in note 15.

The Company has contracts with a number of customers for its concentrate sales. For the year ended December 31, 2015, the Company's top four concentrate customers account for 97% of revenues, (year ended December 31, 2014: top three customers accounted for 85% of revenues). The concentrate revenues by customer for the year ended December 31, 2015 are 40%, 23%, 18% and 16% (year ended December 31, 2014: 37%, 26% and 22%). During the year ended December 31, 2015 and 2014, no other customer accounted for more than 10% of concentrate sales.

The Company has one contract to sell gold doré from the gold segment and therefore 100% sales are accounted for by one customer.

The Company has determined that the loss of any single customer or curtailment of purchases by any one customer for either concentrate or doré sales, would not have a material adverse effect on the Company's results of operations, financial condition and cash flows due to the nature of the metals market.

23.    **FAIR VALUE OF FINANCIAL INSTRUMENTS**

The Company's financial instruments consist of cash and cash equivalents, restricted cash, trade and other receivables, VAT and other non-current receivables, other financial assets, accounts payable and accrued liabilities, debt and lease obligations, and are categorized as follows:

36    Tahoe Resources Inc.

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

- • Cash and cash equivalents, restricted cash, trade and other receivables, VAT and other non-current receivables and other financial assets are classified as loans and receivables and are measured at amortized cost;
- • Trade and other receivables, which are subject to provisional pricing adjustments, and currency swaps are measured at FVTPL; and
- • Accounts payable and accrued liabilities, debt and lease obligations are classified as other financial liabilities.

Fair value ("FV") estimates are made at a specific point in time, based on relevant market information and information about the financial instrument. These estimates are subjective in nature and involve uncertainties and matters of significant judgment and, therefore, cannot be determined with precision. Changes in assumptions could significantly affect the estimates.

The analysis of financial instruments that are measured subsequent to initial recognition at fair value can be categorized into Levels 1 through 3 based upon the degree to which the inputs used in the fair value measurement are observable.

Level 1 – inputs to the valuation methodology are quoted (adjusted) for identical assets or liabilities in active markets.

Level 2 – inputs to valuation methodology include quoted market prices for similar assets and liabilities in active markets, and inputs that are observable for the asset or liability, either directly or indirectly, for substantially the full term of the financial instrument.

Level 3 – inputs to the valuation methodology are unobservable and significant to the fair value measurement.

At December 31, 2015, the levels in the FV hierarchy into which the Company's financial assets and liabilities are measured and recognized on the balance sheet at fair value are categorized as follows:

| | December 31, 2015 | | | December 31, 2014 | | |
|---|---|---|---|---|---|---|
| | **Level 1** | **Level 2** | **Level 3** | Level 1 | Level 2 | Level 3 |
| Investments [1] | $ 544 | $ - | $ - | $ - | $ - | $ - |
| Provisionally priced trade receivables | - | 17,239 | - | - | - | - |
| Currency swap [2] | - | - | 2,742 | - | - | - |
| | $ 544 | $ 17,239 | $ 2,742 | $ - | $ - | $ - |

(1)    Investments are included in other current assets
(2)    The currency swap is included in other non-current liabilities (note 13)

The carrying value of cash and cash equivalents, restricted cash, accounts payable and accrued liabilities and debt approximate their fair value given the short term to maturity.

There were no transfers between Level 1, 2 or 3 during the year ended December 31, 2015.

Consolidated Financial Statements    37

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (expressed in 000's of USD, except as otherwise stated)

24.    FINANCIAL RISK MANAGEMENT

The Company has exposure to certain risks resulting from its use of financial instruments. These risks include credit risk, liquidity risk and market risk.

a)    Credit Risk

Credit risk is the risk that the counterparty to a financial instrument will cause a loss for the Company by failing to meet its obligations. Credit risk for the Company is primarily related to trade and other receivables and cash and cash equivalents.

The Company manages the credit risk associated with trade and other receivables by selling to organizations with strong credit ratings and/or by requiring substantial provisional pricing at the date of shipping its products. The history of defaults by these organizations to other entities has been negligible and the Company considers its risk in trade receivables to be negligible as well.

The Company manages the credit risk associated with cash and cash equivalents by investing these funds with highly rated financial institutions, and as such, the Company deems the credit risk on cash and cash equivalents to be low.

b)    Liquidity Risk

Liquidity risk is the risk that the Company will encounter difficulty in meeting the obligations associated with its financial liabilities that are settled by delivering cash or another financial asset. The Company's approach to managing liquidity is to ensure, to the extent possible, that it will always have sufficient liquidity to meet its liabilities when due, under both normal and stressed conditions, without incurring unacceptable losses or risking damage to the Company's reputation. At December 31, 2015, the Company deems this risk to be minimal and during the year-ended December 31, 2015, the Company signed a revolving credit facility agreement to further reduce this risk (note 12c).

The Company's financial liabilities at December 31, 2015 include accounts payable and accrued liabilities and loan all of which are due within a year. The other non-current liabilities consist of the non-current portion of the SARs, currency swap and severance provisions relating to the Rio Alto acquisition.

The Company's significant undiscounted commitments at December 31, 2015 are as follows:

|  | | 1 year | | 2-5 years | | 5+ years | | Total |
|---|---|---|---|---|---|---|---|---|
| Accounts payable and accrued liabilities | $ | 99,748 | $ | - | $ | - | $ | 99,748 |
| Debt | | 35,000 | | - | | - | | 35,000 |
| Income tax payable | | 9,981 | | - | | - | | 9,981 |
| Lease and contractual agreements | | 7,972 | | 1,505 | | - | | 9,477 |
| Commitments to purchase equipment, services, materials and supplies | | 54,771 | | 30,459 | | - | | 85,230 |
| Other non-current liabilities | | - | | 5,674 | | - | | 5,674 |
| Reclamation provision | | 9 | | 1,007 | | 68,385 | | 69,401 |
| | $ | 207,481 | $ | 38,645 | $ | 68,385 | $ | 314,511 |

38    Tahoe Resources Inc.

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (expressed in 000's of USD, except as otherwise stated)

**c)**      **Market Risk**

The Market risk of the Company is composed of three main risks: foreign exchange risk, interest rate risk, and price risk.

*i.*      *Foreign Exchange Risk*

The Company is exposed to currency risk on cash and cash equivalents, VAT receivable and accounts payable that are denominated in a currency other than the USD. To minimize risk, the Company's cash is kept in highly liquid instruments such as commercial paper and time deposits. The Company also contracts for goods and services mainly in USD. At December 31, 2015, the Company held substantially all cash in USD to minimize exchange rate risk.

Cash and cash equivalents held in foreign currencies, denominated in USD, are as follows:

|  | December 31, 2015 | | December 31, 2014 |
|---|---|---|---|
| Guatemalan quetzal | $ | **777** | $  1,092 |
| Peruvian sol | | **2,185** | - |
| Canadian dollar | | **2,650** | 185 |
| Other | | **87** | 96 |
| | $ | **5,699** | $  1,373 |

While most of the Company's goods and services are contracted in USD, there is a portion contracted in other currencies (CAD, Guatemalan quetzals and Peruvian soles). The appreciation of these currencies against the USD can increase the costs the Company incurs while the depreciation of these currencies against the USD can decrease the costs the Company incurs. To mitigate this risk, the Company has entered into a currency swap agreement (note 13). At December 31, 2015, the Company has determined this risk to be low.

The Company recognized a foreign exchange loss of $4,530 year ended December 31, 2015 (year ended December 31, 2014: $906).

*ii.*      *Interest Rate Risk*

Interest rate risk is the risk that the Company's future cash flows and fair values will fluctuate as a result of changes in market interest rates. At December 31, 2015, the Company's interest-bearing financial instruments are related to cash and cash equivalents, the credit facility, loan and finance leases. The weighted average interest rate paid by the Company during the year ended December 31, 2015 related to the credit facility was 6.29% (year ended December 31, 2014: 6.57%). At December 31, 2015, the Company has determined the interest rate risk to be low.

*iii.*      *Price Risk*

Price risk is the risk that the fair value of the Company's financial instruments will fluctuate due to changes in market prices. At December 31, 2015, the Company has determined that risk to the Company due to metals prices is at an acceptable level and have entered into no hedging contracts.

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

The costs associated with operating and construction activities of the Company are subject to price risk as it relates to certain consumables including diesel fuel and power. The Company has determined these risks to be negligible at December 31, 2015.

### 25.  CAPITAL MANAGEMENT

The Company's policy is to maintain a strong capital base so as to maintain investor, creditor and market confidence and to support future development of the business. The Company seeks to maintain a balance between the higher returns that might be possible with higher levels of borrowing and the advantages and security afforded by a sound capital position. The capital structure of the Company consists of common equity, comprising share capital and reserves net of accumulated deficit, and debt, which includes the credit facility and finance leases.

|  | Notes | December 31, 2015 | December 31, 2014 |
|---|---|---|---|
| Shareholders' equity |  | $ 1,664,031 | $ 878,060 |
| Debt | 12 | 35,000 | 49,804 |
| Lease obligations | 13 | 13,862 | - |
|  |  | 1,712,893 | 927,864 |
| Less: cash and cash equivalents | 7 | (108,667) | (80,356) |
| Less: restricted cash | 7 | (2,500) | - |
|  |  | $ 1,601,726 | $ 847,508 |

Upon maturity on June 3, 2015, the Company repaid the $50 million credit facility (note 12a).

The Company's overall capital management strategy remains unchanged from the year ended December 31, 2014.

### 26.  RELATED PARTIES

**a)    Related party transactions**

During the year ended December 31, 2015, the Company's related parties included its subsidiaries, Goldcorp Inc. ("Goldcorp") a significant equity shareholder in the Company's publicly traded shares, key management personnel, and Directors.

On June 30, 2015, the closing of a secondary offering of the Tahoe commons shares beneficially held by Goldcorp resulted in Goldcorp no longer owning any common shares of the Company. Goldcorp ceased being a related party at that date.

Transactions with subsidiaries, key management personnel, and Directors were conducted using normal commercial terms and were considered to be at arm's length and are included in these consolidated financial statements.

**b)    Key management personnel compensation**

Key management includes those personnel having the authority and responsibility for planning, directing, and controlling the Company. In addition to their salaries, key management personnel, including the Board of Directors, Officers and senior management, receive bonuses and also participate in the Company's Share Plan (note 18).

40    Tahoe Resources Inc.

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

Key management personnel compensation included in corporate and general administrative expenses is as follows:

| | | | Years Ended December 31, |
|---|---|---|---|
| | **2015** | | 2014 |
| Short-term employee benefits [1] | $ **10,397** | $ | 6,450 |
| Share-based payments | **5,473** | | 4,814 |
| | $ **15,870** | $ | 11,264 |

(1)    Short-term employee benefits include salaries, bonuses and other annual employee benefits paid during the year.

**27.    CONTINGENCIES**

Due to the complexity and nature of the Company's operations, various legal, tax, and regulatory matters are outstanding from time to time. In the event that management's estimate of the future resolution of these matters changes, the Company will recognize the effects of the changes in its consolidated financial statements on the date such changes occur.

**28.    EVENTS AFTER THE REPORTING PERIOD**

**a)    Business acquisition agreement**

On February 8, 2016, the Company entered into a definitive agreement (the "Arrangement Agreement") with Lake Shore Gold Corp. ("Lake Shore Gold") whereby Tahoe will acquire all issued and outstanding common shares of Lake Shore Gold (the "Transaction"). Under the terms of the Arrangement Agreement, each issued and outstanding common share of Lake Shore Gold will be exchanged for 0.1467 of a Tahoe common share (the "Exchange Ratio"). Upon closing of the Arrangement, existing Tahoe and Lake Shore Gold shareholders will own approximately 73% and 27% of the combined company, respectively, on a fully diluted in-the-money basis.

Based on the closing price of the Company's common shares on the TSX of CAD$11.66 on February 5, 2016, the offer implies consideration of CAD$1.71 per Lake Shore Gold common share which represents a premium of 14.8% to the closing price of Lake Shore Gold common shares of CAD$1.49 on the TSX on February 5, 2016 and a premium of 25.7% based on the volume weighted average prices of each respective company on the TSX for the 20-day period ending on February 5, 2016. The implied equity value (assuming the conversion of in-the-money convertible debentures) is equal to CAD$945 million.

The boards of directors of each of the Company and Lake Shore Gold have approved the Transaction and determined that it is in the best interests of their respective shareholders based on a number of factors, including fairness opinions received from their respective financial advisors.

The completion of the Transaction is subject to the approval by at least 66.67% of the votes cast by shareholders of Lake Shore Gold at a special meeting scheduled for March 31, 2016. In accordance with the rules of the TSX, the issuance of Tahoe common shares in connection with the Transaction will require the approval of a simple majority of the shareholders of Tahoe voting at a meeting of Tahoe shareholders scheduled for March 31, 2016.

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

In addition to Lake Shore Gold shareholder and court approvals, the Transaction is subject to applicable regulatory approvals and the satisfaction of certain other closing conditions customary in transactions of this nature. If approved, the Transaction is expected to close in early April 2016.

The Arrangement Agreement includes customary deal-protection provisions including non-solicitation provisions, a right to match competing offers and a CAD$37.8 million termination fee payable to Tahoe under certain circumstances and a CAD$20 million termination fee payable to Lake Shore Gold under certain circumstances.

42      Tahoe Resources Inc.



**MANAGEMENT'S DISCUSSION AND ANALYSIS**

For the years ended December 31, 2015 and 2014

Dated March 9, 2016

This page intentionally left blank.



Management's Discussion and Analysis
For the Years Ended December 31, 2015 and 2014
(tabular amounts expressed in thousands of United States dollars, except where
otherwise noted)

This Management's Discussion & Analysis ("MD&A") of Tahoe Resources Inc. ("Tahoe") and its subsidiaries (together referred to as the "Company") has been prepared to enable a reader to assess material changes in financial condition and results of operations as at and for the years ended December 31, 2015 and 2014. The following discussion of performance, financial condition and future prospects should be read in conjunction with the audited consolidated financial statements for the years ended December 31, 2015 and 2014 ("consolidated financial statements"), prepared in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board ("IFRS"). The information provided herein supplements, but does not form part of, the consolidated financial statements and includes financial and operational information from the Company's wholly owned subsidiaries. This MD&A contains forward-looking information that is subject to risk factors set out in the cautionary note herein. This discussion covers the three months ended December 31, 2015 and 2014 (also referred to as "Q4 2015", "Q4 2014") and the twelve months ended December 31, 2015 and 2014 (also referred to as "2015" and "2014") and the subsequent period up to the date of this MD&A. Dollar amounts are stated in millions of United States dollars ("USD"), the Company's functional currency, unless otherwise indicated. Tabular amounts are presented in thousands of USD, except where otherwise noted. Information for this MD&A is prepared as at March 9, 2016.

## BUSINESS OVERVIEW

Tahoe is a Canadian public mine operating, mineral exploration and development company whose common shares are listed on the Toronto Stock Exchange ("TSX") and the Bolsa de Valores de Lima ("BVL") in Peru under the symbol "THO" and on the New York Stock Exchange ("NYSE") under the symbol "TAHO". Tahoe is a reporting issuer in each of the provinces and territories of Canada. Additional information relating to the Company, including a copy of this MD&A, may be obtained or viewed from the System for Electronic Document Analysis and Retrieval ("SEDAR") at www.sedar.com , on the Electronic Data Gathering, Analysis, and Retrieval system ("EDGAR") at www.sec.gov , and on the Company's website at www.tahoeresources.com .

Tahoe was incorporated under the Business Corporations Act (British Columbia) on November 10, 2009. The Company's principal business activities are to profitably operate the Escobal mine, a silver mining operation located in southeastern Guatemala, the La Arena mine, a gold mining operation located in northwestern Peru and to develop the Shahuindo gold mine, located in northwestern Peru. Additional business objectives are the acquisition, exploration, development and operation of mineral properties for the mining of precious metals in the Americas.

At the date of this MD&A, the Company's commercial operations include the Escobal mine, which contains high-grade silver, gold, lead, and zinc mineralization, and the La Arena mine, which contains a gold oxide deposit. Operating the Escobal and La Arena mines as profitable operations will require that Tahoe consistently meet production targets and effectively manage costs.

1



Management's Discussion and Analysis
For the Years Ended December 31, 2015 and 2014
(tabular amounts expressed in thousands of United States dollars, except where
otherwise noted)

## 2015 HIGHLIGHTS

### ANNUAL CONSOLIDATED OPERATIONAL AND FINANCIAL INFORMATION [1][2]

- The Escobal mine mill throughput totaled 1.51 million tonnes and averaged 4,133 tonnes per day ("tpd") compared to mill throughput of 1.25 million tonnes at an average of 3,413 tpd for 2014. At La Arena, 9.3 million tonnes of ore were mined at a strip ratio of 1.85 during 2015 and ore placed on the leach pads totaled 9.7 million tonnes.

- The Escobal mine produced metal concentrates containing 20.4 million ounces of silver, 11,742 ounces of gold, 10,153 tonnes of lead and 14,810 tonnes of zinc compared to 20.3 million ounces of silver, 10,893 ounces of gold, 10,359 tonnes of lead and 13,394 tonnes of zinc for 2014. La Arena produced 174,073 gold ounces in doré during 2015.

- Sales consisted of 20.2 million ounces of silver, 183,661 ounces of gold, 9,768 tonnes of lead and 13,297 tonnes of zinc resulting in revenues of $519.7 million for 2015 compared to 18.2 million ounces of silver, 8,361 ounces of gold, 9,131 tonnes of lead and 10,652 tonnes of zinc resulting in revenues of $350.3 million for 2014.

- Mine operating earnings totaled $186.2 million, compared to $158.8 million for 2014. Consolidated adjusted net earnings [3] for 2015 were $98.9 million resulting in both basic and diluted consolidated adjusted earnings per share of $0.48.

- Loss from operations for 2015 was $79.6 million, compared to earnings from operations of $123.3 million for 2014 as a result of a $220.0 million pre-tax impairment taken on mineral interests during Q4 2015, primarily due to the sustained decrease in metals prices. See " *Cash Flow, Liquidity, Capital Resources and Other Information – Asset Valuation* ".

- Loss and total comprehensive loss for 2015 was $71.9 million resulting in both basic and diluted losses per share of $0.35, primarily as a result of the $153.4 million after tax impairment. This compares to 2014 earnings and total comprehensive income of $90.8 million resulting in a basic and diluted earnings per share of $0.62 and $0.61, respectively.

- Cash flow provided by operating activities before changes in working capital [1] for 2015 was $226.3 million, or $1.09 per share compared to $173.2 million or $1.18 per share for 2014.

- Total cash costs net of by-product credits [3] were $6.16 per silver ounce produced and $551 per gold ounce produced compared to $6.37 and $nil for 2014. Total cash costs net of by-product credits for both silver and gold were below 2015 guidance of $6.35 - $8.25 per ounce of silver and $625 - $650 per ounce of gold.

- All-in sustaining costs net of by-product credits [3] were $9.11 per silver ounce produced and $733 per gold ounce produced compared to $9.15 and $nil for 2014. All-in sustaining costs net of by- product credits for both silver and gold were below 2015 guidance of $9.75 - $11.50 per ounce of silver and $900 - $950 per ounce of gold.

- The Company declared and paid dividends of $49.7 million to shareholders during 2015 compared to $3.0 million during 2014.

[1] Comparative 2014 numbers exclude operational and financial information from Rio Alto Mining Limited ("Rio Alto").
[2] 2015 numbers include operational and financial information from the gold segment beginning April 1, 2015, the date of acquisition of Rio Alto.
[3] Refer to the " *Non-GAAP Financial Measures*" section of this MD&A.

2



Management's Discussion and Analysis
For the Years Ended December 31, 2015 and 2014
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

**BUSINESS COMBINATION WITH RIO ALTO**

On April 1, 2015, the Company completed the Plan of Arrangement ("Arrangement") with Rio Alto resulting in a business combination of the two companies. Pursuant to the Arrangement and effective upon closing, Rio Alto has become a wholly-owned subsidiary of Tahoe, and all of the issued and outstanding common shares of Rio Alto (each a "Rio Alto Share") were transferred to Tahoe in consideration for the issuance by Tahoe of 0.227 of a common share of Tahoe (each whole common share a "Tahoe Share") and the payment of CAD$0.001 in cash for each Rio Alto Share.

In connection with the closing of the Arrangement, Tahoe issued an aggregate of 75,991,381 Tahoe Shares to the former shareholders of Rio Alto. On closing of the Arrangement, Tahoe had 223,726,156 common shares issued and outstanding, with former Rio Alto shareholders holding approximately 34% on an undiluted basis. Tahoe authorized the issuance of up to an additional 3,374,449 Tahoe Shares issuable upon the exercise of the stock options held by the former option holders of Rio Alto and an additional 2,011,244 Tahoe Shares issuable upon the exercise of Rio Alto warrants. Subsequent to the closing of the Arrangement and prior to the expiration date of April 12, 2015, all outstanding warrants were exercised and 2,011,244 Tahoe Shares were issued for total proceeds of CAD$21.2 million.

Total consideration paid was based on the April 1, 2015 price of Tahoe Shares on the TSX of CAD$14.21 and a CAD to USD foreign exchange rate of 0.7929 and is comprised of the following:

|  | Number of Shares Issued | Number of Shares Issuable |  | Fair Value |
|---|---|---|---|---|
| Tahoe Shares | 75,991,381 | - | $ | 856,198 |
| Options [1] | - | 3,374,449 |  | 11,536 |
| Cash | - | - |  | 272 |
| **Total consideration** | **75,991,381** | **3,374,449** | **$** | **868,006** |

[1]    The fair values of the Options were determined using the Black-Scholes option pricing model. The inputs and input ranges, where applicable, used in the measurement of the fair value (CAD) of the Options are as follows:

| | | |
|---|---|---|
| Share price | $ | 14.21 |
| Exercise price | $ | 6.13 – 23.13 |
| Expected volatility | | 42.36% – 54.99% |
| Expected life (years) | | 0.08 – 4.55 |
| Expected dividend yield | | 1.69% |
| Risk-free interest rate | | 0.49% – 0.57% |
| Fair value | $ | 0.49 – 7.98 |

This acquisition has been accounted for as a business combination with Tahoe as the acquirer. Transaction costs incurred by the Company relating to the acquisition were recognized in Q2 2015, upon closing of the Arrangement.

As at the date of MD&A, allocation of the purchase price has been finalized. Management determined the fair values of identifiable assets and liabilities, measured the associated deferred income tax assets and liabilities, and determined the value of goodwill.

3



Management's Discussion and Analysis
For the Years Ended December 31, 2015 and 2014
(tabular amounts expressed in thousands of United States dollars, except where
otherwise noted)

A final allocation of the purchase price is as follows:

| Net assets acquired | | |
|---|---|---|
| Cash and cash equivalents | $ | 61,713 |
| Other current and non-current assets | | 75,774 |
| Mineral interests [2] | | 1,011,269 |
| Goodwill [1][2] | | 57,468 |
| Current liabilities | | (94,592) |
| Warrant liability [3] | | (5,837) |
| Reclamation and closure cost obligations | | (20,099) |
| Other non-current liabilities and deferred gain on sale leaseback | | (19,573) |
| Deferred income tax liabilities [2] | | (198,117) |
| | $ | 868,006 |

[1]    Goodwill of $57.5 million was recognized as a result of the deferred tax liability recognized on the excess of the fair value of the acquired assets over their corresponding tax bases. The total amount of goodwill that is expected to be deductible for tax purposes is $nil.

[2]    As a result of the finalization of the purchase price allocation, the fair value attributed to other current and non-current assets, mineral interests and reclamation and closure cost obligations decreased by $2.7 million, $8.7 million and $1.7 million, respectively, while goodwill, deferred income tax liabilities and other non-current liabilities and deferred gain on sale leaseback increased by $12.4 million, $2.4 million and $0.3 million, respectively, since June 30, 2015. These adjustments did not have a material impact on the Company's net loss for the year.

[3]    The fair value of the warrant liability was determined using the Black-Scholes option pricing model. The inputs and input ranges, where applicable that were used in the measurement of the fair value (CAD) of the warrant liability are as follows:

| | | |
|---|---|---|
| Share price | $ | 14.21 |
| Exercise price | $ | 10.55 |
| Expected volatility | | 46.60% |
| Expected life (years) | | 0.03 |
| Expected dividend yield | | 1.69% |
| Risk-free interest rate | | 0.49% |
| Fair value | $ | 3.66 |

The principal mining properties acquired are the 100% owned La Arena gold mine and the 100% owned Shahuindo gold project, an advanced-stage, oxide deposit, both of which are located in northwestern Peru.

The acquisition supports the Company's growth strategy by adding an already operating high quality, high margin asset which, along with the Shahuindo project, will increase the sustainable production level, contribute to cash flow and diversify the Company's operations in metals and geographic locations.

For additional details, see the news releases dated February 9, 2015, February 25, 2015 and April 1, 2015 available at www.sedar.com or on the Company's website at www.tahoeresources.com .

## GUATEMALAN MINING ROYALTY

In late 2015, Guatemala's Constitutional Court ruled that the 10 percent mining royalty that Congress passed in a budget bill in late 2014 was unconstitutional, that the original one percent royalty mandated under the 1996 Mining Law (the "Mining Law") was still in force and that Congress did not have authority to displace the Mining Law royalty with the budget bill legislation.

The Company had been accruing a 10 percent net smelter return ("NSR") royalty since January 1, 2015. The actual cash payment of 2015 royalties was not due and payable until January of 2016. After the ruling was published in December 2015, the Company adjusted the royalty accrual to reflect a one percent mandatory royalty under the Mining Law. Additionally, in accordance with signed agreements, the Company accrued a voluntary royalty of four percent on finalized sales above $16/oz silver.

4



Management's Discussion and Analysis
For the Years Ended December 31, 2015 and 2014
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

For additional details, see the news releases dated November 12, 2015, available at www.sedar.com or on the Company's website at www.tahoeresources.com .

## RECENT DEVELOPMENTS

### BUSINESS COMBINATION WITH LAKE SHORE GOLD CORP.

On February 8, 2016, the Company entered into a definitive agreement (the "Arrangement Agreement") with Lake Shore Gold Corp. ("Lake Shore Gold") whereby Tahoe will acquire all issued and outstanding common shares of Lake Shore Gold (the "Transaction"). Under the terms of the Arrangement Agreement, each issued and outstanding common share of Lake Shore Gold will be exchanged for 0.1467 of a Tahoe common share (the "Exchange Ratio"). Upon closing of the Arrangement, existing Tahoe and Lake Shore Gold shareholders will own approximately 73% and 27% of the combined company, respectively, on a fully diluted in-the-money basis.

Based on the closing price of the Company's common shares on the TSX of CAD$11.66 on February 5, 2016, the offer implies consideration of CAD$1.71 per Lake Shore Gold common share which represents a premium of 14.8% to the closing price of Lake Shore Gold common shares of CAD$1.49 on the TSX on February 5, 2016 and a premium of 25.7% based on the volume weighted average prices of each respective company on the TSX for the 20-day period ending on February 5, 2016. The implied equity value (assuming the conversion of in-the-money convertible debentures) is equal to CAD$945 million.

The boards of directors of each of the Company and Lake Shore Gold have approved the Transaction and determined that it is in the best interests of their respective shareholders based on a number of factors, including fairness opinions received from their respective financial advisors.

The completion of the Transaction is subject to the approval by at least 66.67% of the votes cast by shareholders of Lake Shore Gold at a special meeting scheduled for March 31, 2016. In accordance with the rules of the TSX, the issuance of Tahoe common shares in connection with the Transaction will require the approval of a simple majority of the shareholders of Tahoe voting at a meeting of Tahoe shareholders scheduled for March 31, 2016.

In addition to Lake Shore Gold shareholder and court approvals, the Transaction is subject to applicable regulatory approvals and the satisfaction of certain other closing conditions customary in transactions of this nature. If approved, the Transaction is expected to close in early April 2016.

The Arrangement Agreement includes customary deal-protection provisions including non-solicitation provisions, a right to match competing offers and a CAD$37.8 million termination fee payable to Tahoe under certain circumstances and a CAD$20 million termination fee payable to Lake Shore Gold under certain circumstances.

For additional details, relating to the Transaction, see the related documents (including the information circular for the meeting of Tahoe shareholders, which includes pro forma financial statements) available at www.sedar.com or on the Company's website at www.tahoeresources.com .



Management's Discussion and Analysis
For the Years Ended December 31, 2015 and 2014
(tabular amounts expressed in thousands of United States dollars, except where
otherwise noted)

**SHAHUINDO NI 43-101 TECHNICAL REPORT**

On January 25, 2015 the Company issued an updated National Instrument 43-101 Technical Report (the "Technical Report") on the Shahuindo gold project. Highlights of the Technical Report include:

- Measured and Indicated oxide Mineral Resources of 143.1 million tonnes at an average gold grade of 0.50 grams per tonne ("g/t") containing 2.28 million ounces of gold.
- Proven and Probable oxide Mineral Reserves of 111.9 million tonnes at an average gold grade of 0.53 g/t containing 1.91 million ounces of gold; representing an 87% increase in Mineral Reserves compared to the prior Technical Report.
- Ten year mine life with average annual gold production (gold in doré) of 78,000 ounces in the first two years of production and 169,000 ounces in years three through ten. Total gold produced in doré over the mine life is estimated to be 1.504 million ounces.
- After tax net present value at a five percent discount rate of $318.9 million and an internal rate of return of 40.6% with a payback period of 4.1 years.
- Exploration conducted by previous owners and by Tahoe demonstrates considerable potential to add additional gold ounces to the production profile at Shahuindo and has identified multiple exploration targets in the district.

Mineral Resources and Mineral Resources are reported using metal prices of $1,200/oz Au and $15/oz Ag. Mineral Resources are reported within a $1,400/oz Au pit shell at a gold-equivalent (AuEq) cut-off grade of 0.14 g/t. The financial analysis uses escalating metal prices over the LOM beginning with $1,100/oz Au in 2016 and increasing in $100/oz increments annually to $1,400/oz Au in 2019 where it remains constant through the end of the mine life.

For additional details, see *Technical Report on the Shahuindo Mine, Cajabamba Peru* , available at www.sedar.com or on the Company's website at www.tahoeresources.com .

6



Management's Discussion and Analysis
For the Years Ended December 31, 2015 and 2014
(tabular amounts expressed in thousands of United States dollars, except where
otherwise noted)

### SELECTED ANNUAL CONSOLIDATED FINANCIAL RESULTS

Selected annual consolidated financial information from continuing operations for the years ended December 31, 2015 and 2014 is as follows:

| | | 2015 [2] | | 2014 [1] | | 2013 |
|---|---|---|---|---|---|---|
| **Metal Sold** | | | | | | |
| Silver (000's ozs) | | **20,210** | | 18,160 | | - |
| Gold (ozs) | | **183,661** | | 8,361 | | - |
| Lead (t) | | **9,768** | | 9,131 | | - |
| Zinc (t) | | **13,297** | | 10,652 | | - |
| **Realized Price** | | | | | | |
| Silver in concentrate (per oz) | $ | **15.15** | $ | 18.13 | $ | - |
| Gold in concentrate (per oz) | $ | **1,100** | $ | 1,258 | $ | - |
| Gold in doré (per oz) | $ | **1,126** | $ | - | $ | - |
| Lead (per t) | $ | **1,854** | $ | 2,053 | $ | - |
| Zinc (per t) | $ | **1,800** | $ | 2,220 | $ | - |
| **LBMA/LME Price** [3] | | | | | | |
| Silver (per oz) | $ | **15.68** | $ | 19.08 | $ | - |
| Gold (per oz) | $ | **1,160** | $ | 1,266 | $ | - |
| Lead (per t) | $ | **1,784** | $ | 2,096 | $ | - |
| Zinc (per t) | $ | **1,928** | $ | 2,164 | $ | - |
| **Revenues** | $ | **519,721** | $ | 350,265 | $ | - |
| **Adjusted earnings** [4] | $ | **98,910** | $ | 91,696 | | - |
| **Adjusted earnings per share** [4] | | | | | | |
| Basic | | **0.48** | | 0.62 | | - |
| Diluted | | **0.48** | | 0.62 | | - |
| **(Loss) earnings from operations** | $ | **(79,552)** | $ | 123,272 | $ | (61,181) |
| **(Loss) earnings** | $ | **(71,911)** | $ | 90,790 | $ | (65,597) |
| **(Loss) earnings per common share** | | | | | | |
| Basic | $ | **(0.35)** | $ | 0.62 | $ | (0.45) |
| Diluted | $ | **(0.35)** | $ | 0.61 | $ | (0.45) |
| **Dividends paid** | $ | **49,717** | $ | 2,953 | $ | - |
| **Cash flow provided by (used in) operating activities before changes in working capital** | $ | **226,332** | $ | 173,230 | | (51,632) |
| **Cash flow provided by (used in) operating activities** | $ | **166,744** | $ | 119,322 | $ | (59,605) |
| **Cash and cash equivalents** | $ | **108,667** | $ | 80,356 | $ | 8,838 |
| **Total assets** | $ | **2,002,461** | $ | 975,628 | $ | 883,333 |
| **Total non-current liabilities** | $ | **187,550** | $ | 5,693 | $ | 4,214 |
| **Costs per silver ounce produced (silver segment)** | | | | | | |
| Total cash costs net of by-product credits [4] | $ | **6.16** | $ | 6.37 | $ | - |
| All-in sustaining costs per silver ounce net of by-product credits [4][5] | $ | **9.11** | $ | 9.15 | $ | - |
| **Costs per gold ounce produced (gold segment)** | | | | | | |
| Total cash costs net of by-product credits [4] | $ | **551** | $ | - | $ | - |
| All-in sustaining costs per gold ounce net of by-product credits [4] | $ | **733** | $ | - | $ | - |

[1]    Comparative 2014 numbers exclude operational and financial information from Rio Alto.

[2]    2015 numbers include operational and financial information from the gold segment beginning April 1, 2015, the effective date of acquisition of Rio Alto.

[3]    London Bullion Market Association (LBMA)/London Metal Exchange (LME) average closing prices for each quarter presented.

[4]    Refer to the " *Non-GAAP Financial Measures* " section of this MD&A.

[5]    All-in sustaining costs net of by-product credits per silver ounce produced for 2015 exclude the impact of $7.2 million in transaction costs related to the acquisition of Rio Alto.

7



Management's Discussion and Analysis
For the Years Ended December 31, 2015 and 2014
(tabular amounts expressed in thousands of United States dollars, except where
otherwise noted)

## REVIEW OF ANNUAL CONSOLIDATED FINANCIAL RESULTS

### Basis of Presentation

The annual results presented in this section and the quarterly results presented in the subsequent section of this MD&A are prepared in accordance with IFRS except as noted. The Company's significant accounting policies are outlined within note 3 of the Company's consolidated financial statements for the years ended December 31, 2015 and 2014. The Company has chosen to expense all exploration and evaluation costs except those costs associated with mineral property acquisition, surface rights purchases, major equipment, buildings, and accrued reclamation, all of which are capitalized.

### 2015 vs. 2014

The Company generated a loss of $71.9 million for 2015 compared to earnings of $90.8 million for 2014 as a result of the following factors (comparative 2014 data excludes Rio Alto):

### Revenues

During 2015, the Company sold in concentrate 20.2 million silver ounces and 9,793 gold ounces at realized prices of $15.15 and $1,100 per ounce, respectively, compared to 18.2 million silver ounces, 8,361 gold ounces at realized prices of $18.13 and $1,258 per ounce, respectively during 2014. During 2015, the Company sold 173,868 ounces of gold in doré at an average realized price of $1,126 per ounce. There were no doré sales prior to the acquisition of Rio Alto in Q2 2015.

During 2015, the Company sold in concentrate 9,768 tonnes of lead and 13,297 tonnes of zinc at realized prices of $1,854 and $1,800 per tonne, respectively, compared to 9,131 tonnes of lead and 10,652 tonnes of zinc at realized prices of $2,053 and $2,220 per tonne, respectively, during 2014.

Although silver in concentrate sales increased by approximately 10% during 2015 when compared to 2014 and gold sales increased due to the acquisition of Rio Alto, this was offset by a decrease of approximately 17% in realized silver metal prices resulting in revenues of $519.7 million, net of treatment and refining charges for 2015, compared to $350.3 million in revenues for 2014. This resulted in an increase in revenues of approximately $169.4 million or 48%.

The Company's concentrate revenue and trade receivables include provisionally priced metal sales which are marked to market at the end of each reporting period based on the expected forward price for the quotational period stipulated in the contract (or an approximation thereof). Provisionally priced metal at December 31, 2015 includes 4.7 million silver ounces and 3,184 gold ounces at $13.78 and $1,060 per ounce, respectively and 3,058 tonnes of lead and 4,037 tonnes of zinc at $1,802 and $1,604 per tonne, respectively.

### Operating costs

#### *Production costs*

Production costs, which comprise the full cost of operations less royalties, depreciation and depletion, form a component of total operating costs and were $241.7 million for 2015 compared to $127.3 million during 2014. The increase is primarily due to the inclusion of production costs at the La Arena mine, acquired in Q2 2015.

8



Management's Discussion and Analysis
For the Years Ended December 31, 2015 and 2014
(tabular amounts expressed in thousands of United States dollars, except where
otherwise noted)

### Royalties

During 2015 royalty expense was $13.2 million compared to $20.8 million in 2014. This is primarily due to the decrease in silver revenues during 2015. Royalties paid in Peru are calculated using a form of operating profit and are therefore accounted for as an income tax. Refer to the " *2015 Highlights* " section for additional detail on the decision of the Guatemalan Constitutional Court striking down the 10% royalty regime.

### Depreciation and depletion

During 2015, depreciation and depletion was $78.6 million compared to $43.3 million in 2014. This increase of $35.3 million is primarily due to the inclusion of $11.7 million of depreciation and depletion relating to the fair value adjustment of the La Arena mine, acquired in Q2 2015 in addition to $19.4 million being attributable to the regular depreciation and depletion at the La Arena mine. The remaining increase is due to increased production and changes in inventory.

## Other operating expenses

### Exploration expenses

Exploration expenses were $6.5 million for 2015 compared to $3.6 million in 2014. This increase is primarily due to the inclusion of exploration expenses relating to certain Peruvian exploration targets.

### General and administrative expenses

General and administrative expenses were $39.3 million for 2015 compared to $32.0 million for 2014. This $7.3 million increase relates primarily to the inclusion of $7.2 million in transaction costs and $3.3 million in salaries and benefits relating to the acquisition of Rio Alto and a $1.1 million increase in professional and consulting fees. These increases were offset by a $3.2 million decrease in administrative and other expense.

### Impairment

The Company recorded a total after-tax impairment charge of $153.4 million, comprising $69.0 million and $84.4 million for La Arena and Shahuindo, respectively (pre-tax impairment of $220.0 million, comprising $99.0 million and $121.0 million for La Arena and Shahuindo, respectively). The impairment is a result of the Company's annual asset impairment testing. Using a long-term gold price of $1,200/oz and a discount rate of 7%, the impairment charge was primarily driven by a decrease of approximately $100/oz in gold price from the date of acquisition. Refer to the "Cash Flow, Liquidity, Capital Resources and Other Information - *Asset Valuation* " section for additional details.

## Other expense

### Interest Expense

Interest expense for 2015 was $1.7 million ($3.6 million interest expense net of $1.9 million in interest income) compared to $5.6 million in 2014. The decrease is due to the repayment of the original $50 million credit facility during Q2 2015 and the repayment of the additional $25 million drawn on the credit facility prior to Q1 2015. This was partially offset by the interest incurred on the $35 million loan which was acquired as part of the Rio Alto transaction.



Management's Discussion and Analysis
For the Years Ended December 31, 2015 and 2014
(tabular amounts expressed in thousands of United States dollars, except where
otherwise noted)

*Net foreign exchange loss*

A foreign exchange loss of $4.5 million was recognized during 2015 compared to $0.9 million during 2014. The variation in foreign exchange compared to the prior year period is the result of fluctuations in the CAD, Guatemalan quetzal and Peruvian sol exchange rates.

**Total assets**

Total assets were $2,002.5 million at December 31, 2015 compared to $975.6 million at December 31, 2014 which represents an increase of $1,026.9 million during 2015 primarily due to the inclusion of assets relating to the acquisition of Rio Alto. This increase is further broken out into increases in cash and cash equivalents of $28.3 million, trade and other receivables of $35.5 million, inventories of $29.5 million, other current and long-term assets of $29.9 million, mineral interests and plant and equipment of $845.8 million and goodwill of $57.5 million.

**Total non-current liabilities**

Total non-current liabilities were $187.6 million at December 31, 2015 compared to $5.7 million at December 31, 2014 which represents an increase of $181.9 million primarily due to the inclusion of non-current liabilities relating to the acquisition of Rio Alto. This increase is further broken out into increases in deferred tax liabilities of $134.6 million, reclamation provisions of $36.0 million, non-current lease obligations of $7.7 million and other non-current liabilities of $3.5 million.

10



Management's Discussion and Analysis
For the Years Ended December 31, 2015 and 2014
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

## SELECTED QUARTERLY CONSOLIDATED FINANCIAL RESULTS

Selected quarterly consolidated financial information from continuing operations for the most recent eight quarters is as follows:

| | Q4 2015 | Q3 2015 | Q2 2015 | Q1 2015(1) | Q4 2014(1) | Q3 2014(1) | Q2 2014(1) | Q1 2014(1) |
|---|---|---|---|---|---|---|---|---|
| **Metal Sold** | | | | | | | | |
| Silver (000's ozs) | **6,244** | 5,492 | 3,840 | 4,640 | 4,073 | 5,102 | 4,805 | 4,180 |
| Gold (ozs) | **59,766** | 59,814 | 61,734 | 2,173 | 1,567 | 2,240 | 2,142 | 2,412 |
| Lead (t) | **3,396** | 2,557 | 1,602 | 2,210 | 1,818 | 2,257 | 2,670 | 2,386 |
| Zinc (t) | **4,542** | 2,753 | 2,507 | 3,495 | 3,068 | 2,265 | 3,066 | 2,253 |
| **Realized Price** | | | | | | | | |
| Silver in concentrate (per oz) $ | **14.10** | $ 14.33 | $ 15.29 | $ 17.16 | $ 14.99 | $ 16.87 | $ 20.82 | $ 20.20 |
| Gold in concentrate (per oz) $ | **1,045** | $ 1,104 | $ 1,089 | $ 1,204 | $ 1,198 | $ 1,158 | $ 1,383 | $ 1,349 |
| Gold in doré (per oz) | **1,089** | 1,106 | 1,182 | - | - | - | - | - |
| Lead (per t) $ | **1,804** | $ 1,764 | $ 2,330 | $ 1,763 | $ 1,754 | $ 2,140 | $ 2,200 | $ 1,990 |
| Zinc (per t) $ | **1,549** | $ 1,653 | $ 2,127 | $ 2,023 | $ 2,112 | $ 2,532 | $ 2,245 | $ 1,973 |
| **LBMA/LME Price** [2] | | | | | | | | |
| Silver (per oz) $ | **14.77** | $ 14.91 | $ 16.41 | $ 16.71 | $ 16.50 | $ 19.74 | $ 19.62 | $ 20.48 |
| Gold (per oz) $ | **1,105** | $ 1,124 | $ 1,193 | $ 1,219 | $ 1,201 | $ 1,283 | $ 1,288 | $ 1,292 |
| Lead (per t) $ | **1,681** | $ 1,712 | $ 1,947 | $ 1,807 | $ 2,000 | $ 2,183 | $ 2,095 | $ 2,106 |
| Zinc (per t) $ | **1,612** | $ 1,844 | $ 2,195 | $ 2,023 | $ 2,235 | $ 2,311 | $ 2,073 | $ 2,029 |
| **Revenues** $ | **154,891** | $ 145,736 | $ 133,812 | $ 85,282 | $ 65,396 | $ 90,279 | $ 104,717 | $ 89,873 |
| **Adjusted earnings** $ | **51,005** | $ 18,610 | $ (2,428) | $ 31,722 | $ 10,092 | $ 20,650 | $ 35,979 | $ 24,975 |
| **Adjusted earnings per Common Share** | | | | | | | | |
| Basic $ | **0.22** | $ 0.08 | $ (0.01) | $ 0.21 | $ 0.07 | $ 0.14 | $ 0.24 | $ 0.17 |
| Diluted $ | **0.22** | $ 0.08 | $ (0.01) | $ 0.21 | $ 0.07 | $ 0.14 | $ 0.24 | $ 0.17 |
| **(Loss) earnings from operations** $ | **(146,973)** | $ 26,118 | $ 2,615 | $ 38,688 | $ 15,829 | $ 28,754 | $ 45,198 | $ 33,491 |
| **(Loss) earnings** $ | **(107,717)** | $ 13,255 | $ (9,339) | $ 31,890 | $ 9,836 | $ 20,036 | $ 36,107 | $ 24,811 |
| **(Loss) earnings per Common Share** | | | | | | | | |
| Basic $ | **(0.47)** | $ 0.06 | $ (0.04) | $ 0.22 | $ 0.07 | $ 0.13 | $ 0.25 | $ 0.17 |
| Diluted $ | **(0.47)** | $ 0.06 | $ (0.04) | $ 0.22 | $ 0.07 | $ 0.13 | $ 0.24 | $ 0.17 |
| **Dividends paid** $ | **13,640** | $ 13,627 | $ 13,589 | $ 8,862 | $ 2,953 | $ - | $ - | $ - |
| **Cash flow provided by operating activities before changes in working capital** $ | **96,786** | $ 52,962 | $ 28,027 | $ 48,893 | $ 27,548 | $ 42,083 | $ 58,859 | $ 44,740 |
| **Cash flow provided by operating activities** $ | **54,161** | $ 52,690 | $ 34,450 | $ 25,774 | $ 17,773 | $ 62,321 | $ 17,679 | $ 21,549 |
| **Cash and cash equivalents** $ | **108,667** | $ 110,553 | $ 112,222 | $ 85,951 | $ 80,356 | $ 78,897 | $ 51,506 | $ 39,867 |
| **Total assets** $ | **2,002,461** | $ 2,205,269 | $ 2,176,837 | $ 997,462 | $ 975,628 | $ 963,267 | $ 963,089 | $ 930,309 |
| **Total non-current liabilities** $ | **187,550** | $ 255,626 | $ 243,402 | $ 5,331 | $ 5,693 | $ 5,099 | $ 4,915 | $ 4,701 |
| **Costs per silver/gold ounce produced** | | | | | | | | |
| Total cash costs net of by-product credits [3][4] $ | **2.23/541** | $ 6.75/548 | $ 9.27/540 | $ 7.10 | $ 6.26 | $ 7.02 | $ 5.65 | $ 9.14 |
| All-in sustaining costs per ounce net of by-product credits [3][5] $ | **4.85/774** | $ 9.72/729 | $ 12.87/664 | $ 9.78 | $ 9.09 | $ 9.62 | $ 8.04 | $ 10.25 |

(1)     Comparative Q1 2015 and prior quarter numbers exclude operational and financial information from the gold segment.
(2)     London Bullion Market Association (LBMA)/London Metal Exchange (LME) average closing prices for each quarter presented.
(3)     Refer to the "Non-GAAP Financial Measures" section of this MD&A.

11



Management's Discussion and Analysis
For the Years Ended December 31, 2015 and 2014
(tabular amounts expressed in thousands of United States dollars, except where
otherwise noted)

(4)    Total cash costs net of by-product credits per silver ounce produced for Q2 2015 include $7.2 million in royalty expense from 2014 sales that settled in 2015 at the increased royalty rate of 10%. This resulted in a negative per ounce impact of $1.60 per ounce. This impact was offset during Q4 2015 as a result of a $16.2 million reversal of the increased 10% royalty regime resulting in a positive impact of $2.94 per ounce.

(5)    All-in sustaining costs net of by-product credits per silver ounce produced for Q2 2015, Q3 2015 and Q4 2015 exclude the impact of $5.7 million, $0.2 million, and $1.3 million, respectively, in transaction costs related to the acquisition of Rio Alto.

## REVIEW OF QUARTERLY CONSOLIDATED FINANCIAL RESULTS

Variances in results by quarter reflect overall corporate activity and factors that do not necessarily recur each quarter, including operating results, timing of concentrate and doré sales, fluctuations in the amount of finished goods, construction costs, stock based compensation, royalty payments, interest income on fluctuating cash balances, foreign exchange gains (losses) and exploration drill programs.

### Q4 2015 vs. Q4 2014

The Company generated a loss of $107.7 million for Q4 2015 compared to earnings of $9.8 million for Q4 2014 as a result of the following factors (comparative 2014 data excludes Rio Alto):

### Revenues

During Q4 2015, the Company sold in concentrate 6.2 million silver ounces, 3,347 gold ounces at realized prices of $14.10 and $1,045 per ounce, respectively, compared to 4.1 million silver ounces, 1,567 gold ounces at realized prices of $14.99 and $1,198 per ounce, respectively during Q4 2014. During Q4 2015, the Company sold 56,419 ounces of gold in doré at an average realized price of $1,089 per ounce. There were no doré sales prior to the acquisition of Rio Alto during Q2 2015.

During Q4 2015, the Company sold in concentrate 3,396 tonnes of lead and 4,542 tonnes of zinc at realized prices of $1,804 and $1,549 per tonne, respectively, compared to 1,818 tonnes of lead and 3,068 tonnes of zinc at realized prices of $1,754 and $2,112 per tonne, respectively, during Q4 2014.

Concentrate sales increased by approximately 51% during Q4 2015 when compared to Q4 2014 but were offset by a decrease in realized metal prices of approximately 6%. The inclusion of doré sales from the Peruvian assets resulted in revenues of $154.9 million, net of treatment and refining charges for Q4 2015, compared to $65.4 million in revenues for Q4 2014. This is an increase in metal revenues of approximately $89.5 million or 137%.

### Operating costs

#### Production costs

Production costs, which comprise the full cost of operations less royalties, depreciation and depletion, form a component of total operating costs and were $66.7 million for Q4 2015 compared to $29.5 million during Q4 2014. The increase is primarily due to the inclusion of production costs at the La Arena mine, acquired in Q2 2015.

#### Royalties

During Q4 2015, royalty expense was $(16.2) million due to the reversal of royalties previously accrued as a result of the repeal of the increased royalty regime. This compares to a royalty expense of $4.0 million in Q4 2014. Royalties paid in Peru are calculated using a form of operating profit and are therefore accounted for as an income tax. Refer to the " *2015 Highlights* " section for additional detail on the decision of the Guatemalan Constitutional Court striking down the 10% royalty regime.

12



Management's Discussion and Analysis
For the Years Ended December 31, 2015 and 2014
(tabular amounts expressed in thousands of United States dollars, except where
otherwise noted)

*Impairment*

The Company recorded a total after-tax impairment charge of $153.4 million, comprising $69.0 million and $84.4 million for La Arena and Shahuindo, respectively (pre-tax impairment of $220.0 million, comprising $99.0 million and $121.0 million for La Arena and Shahuindo, respectively). The impairment is a result of the Company's annual asset impairment testing. Using a long-term gold price of $1,200/oz and a discount rate of 7%, the impairment charge was primarily driven by a decrease of approximately $100/oz in gold price from the date of acquisition. Refer to the "Cash Flow, Liquidity, Capital Resources and Other Information - *Asset Valuation* " section for additional details.

*Depreciation and depletion*

During Q4 2015, depreciation and depletion was $23.1 million compared to $9.6 million in Q4 2014. This increase of $13.5 million is primarily due to the inclusion of $4.6 million of depletion and depreciation relating to the fair value of the La Arena mine, acquired in Q2 2015, with the difference being the result of increased production offset by changes in inventory.

**Other operating expenses**

*Exploration expenses*

Exploration expenses were consistent at $0.6 million for Q4 2015 compared to $0.6 million in Q4 2014.

*General and administrative expenses*

General and administrative expenses were $7.7 million for Q4 2015 compared to $5.9 million for Q4 2014. This $1.8 million increase relates primarily to the inclusion of $0.7 million of share-based payments and a $1.1 million increase in administrative and other expenses.

**Other expense**

*Interest Expense*

Interest expense for Q4 2015 was $0.8 million compared to $0.9 million in Q4 2014. The slight decrease is due to the repayment of the original $50 million credit facility during Q2 2015 and the repayment of the additional $25 million drawn on the credit facility prior to Q1 2015. This was partially offset by the interest incurred on the $35 million loan which was acquired as part of the Rio Alto transaction.

*Net foreign exchange loss*

A foreign exchange loss of $4.2 million was recognized during Q4 2015 compared to a loss of $0.3 million recognized during Q4 2014. The variation in foreign exchange compared to the prior year period is the result of fluctuations in the CAD, Guatemalan quetzal and Peruvian sol exchange rates.



Management's Discussion and Analysis
For the Years Ended December 31, 2015 and 2014
(tabular amounts expressed in thousands of United States dollars, except where
otherwise noted)

**Q4 2015 vs. Q3 2015**

The Company generated a loss of $107.7 million for Q4 2015 compared to earnings of $13.3 million for Q3 2015 as a result of the following factors:

**Revenues**

During Q4 2015, the Company sold in concentrate 6.2 million silver ounces, 3,347 gold ounces at realized prices of $14.10 and $1,045 per ounce, respectively, compared to 5.5 million silver ounces, 2,761 gold ounces at realized prices of $14.33 and $1,104 per ounce, respectively during Q3 2015. During Q4 2015, the Company sold 56,419 ounces of gold in doré at an average realized price of $1,089 per ounce compared to 57,053 ounces of gold in doré at an average realized price of $1,106 per ounce during Q3 2015.

During Q4 2015, the Company sold in concentrate 3,396 tonnes of lead and 4,542 tonnes of zinc at realized prices of $1,804 and $1,549 per tonne, respectively, compared to 2,557 tonnes of lead and 2,753 tonnes of zinc at realized prices of $1,764 and $1,653 per tonne, respectively, during Q3 2015.

Concentrate sales increased by approximately 22% during Q4 2015 when compared to Q3 2015 but were offset by a decrease in realized metal prices of approximately 2%. The inclusion of doré sales from the acquisition of Rio Alto during Q2 2015 resulted in revenues of $154.9 million, net of treatment and refining charges for Q4 2015, compared to $145.7 million in revenues for Q3 2015. This is an increase of approximately $9.2 million or 6%.

**Operating costs**

*Production costs*

Production costs, which comprise the full cost of operations less royalties, depreciation and depletion, form a component of total operating costs and were $66.7 million for Q4 2015 compared to $72.5 million during Q3 2015. The decrease is primarily due to a decrease in production in both gold and silver when compared to Q3 2015.

*Royalties*

During Q4 2015 royalty expense to Guatemalan government agencies was $(16.2) million due to the reversal of royalties previously accrued as a result of the repeal of the increased royalty regime. This compares to a royalty expense of $8.3 million in Q3 2015. Royalties paid in Peru are calculated using a form of operating profit and are therefore accounted for as an income tax. Refer to the " *2015 Highlights* " section for additional detail on the decision of the Guatemalan Constitutional Court striking down the 10% royalty regime.

*Depreciation and depletion*

During Q4 2015, depreciation and depletion was $23.1 million compared to $24.8 million in Q3 2015. This decrease of $1.7 million is primarily due to the decrease in produced metal over Q3 2015 of approximately 0.3 million ounces of silver in concentrate and approximately 1,100 ounces of gold in concentrate and doré.

14



Management's Discussion and Analysis
For the Years Ended December 31, 2015 and 2014
(tabular amounts expressed in thousands of United States dollars, except where
otherwise noted)

**Other operating expenses**

*Exploration expenses*

Exploration expenses were $0.6 million for Q4 2015 compared to $3.3 million in Q3 2015 as a result of decreased drilling during the quarter.

*General and administrative expenses*

General and administrative expenses were $7.7 million for Q4 2015 compared to $10.7 million for Q3 2015. This $3.0 million decrease relates primarily to a $3.9 million decrease in salaries and benefits and a $0.2 million decrease in consulting and professional fees. These decreases were offset by a $1.1 million increase in administrative and other expense.

*Impairment*

The Company recorded a total after-tax impairment charge of $153.4 million, comprising $69.0 million and $84.4 million for La Arena and Shahuindo, respectively (pre-tax impairment of $220.0 million, comprising $99.0 million and $121.0 million for La Arena and Shahuindo, respectively). The impairment is a result of the Company's annual asset impairment testing. Using a long-term gold price of $1,200/oz and a discount rate of 7%, the impairment charge was primarily driven by a decrease of approximately $100/oz in gold price from the date of acquisition. Refer to the "Cash Flow, Liquidity, Capital Resources and Other Information - *Asset Valuation* " section for additional details.

**Other expense**

*Interest Expense*

Interest expense for Q4 2015 was $0.8 million compared to $0.6 million in Q3 2015. The increase is due to the standby fees incurred on the revolving facility for a full quarter compared to a partial quarter in Q3 2015.

*Net foreign exchange loss*

A foreign exchange loss of $4.2 million was recognized during Q4 2015 compared to $1.1 million during Q3 2015. The variation in foreign exchange compared to the prior year period is the result of fluctuations in the CAD, Guatemalan Quetzal and Peruvian sol exchange rates.

15



Management's Discussion and Analysis
For the Years Ended December 31, 2015 and 2014
(tabular amounts expressed in thousands of United States dollars, except where
otherwise noted)

### SELECTED OPERATIONAL RESULTS

**Q4 2015 AND Q4 2014**

Selected quarterly segmented operational information from continuing operations for Q4 2015 and Q4 2014 is as follows:

| | Silver segment | | Gold segment | | Total | |
|---|---|---|---|---|---|---|
| | Q4 2015 | Q4 2014 | Q4 2015 | Q4 2014 | Q4 2015 | Q4 2014 |
| **Revenues** | $ 93,449 | $ 65,396 | $ 61,442 | $ - | $ 154,891 | $ 65,396 |
| **Silver produced** (000's ozs) | 5,515 | 5,228 | 7 | - | 5,522 | 5,228 |
| **Gold produced** (ozs) | 3,387 | 2,694 | 56,375 | - | 59,762 | 2,694 |
| **Silver sold** (000's ozs) | 6,236 | 4,073 | 8 | - | 6,244 | 4,073 |
| **Gold sold** (ozs) | 3,347 | 1,567 | 56,419 | - | 59,766 | 1,567 |
| **Average realized price** | | | | | | |
| Silver (per oz) | $ 14.10 | $ 14.99 | $ - | $ - | $ 14.10 | $ 14.99 |
| Gold (per oz) | $ 1,045 | $ 1,198 | $ - | $ - | $ 1,045 | $ 1,198 |
| Gold in doré (per oz) | $ - | $ - | $ 1,089 | - | $ 1,089 | $ - |
| **LBMA/LME gold price** [1] | | | | | | |
| Silver (per oz) | $ 14.77 | $ 16.50 | $ 14.77 | $ - | $ 14.77 | $ 16.50 |
| Gold (per oz) | $ 1,105 | $ 1,201 | $ 1,105 | $ - | $ 1,105 | $ 1,201 |
| **Costs Per Ounce** | | | | | | |
| **Produced** [2][3][4][5] | | | | | | |
| Total cash costs per ounce net of by-product credits | $ 2.23 | $ 6.26 | $ 541 | $ - | $ 2.23/541 | $ 6.26 |
| All-in sustaining costs per ounce net of by- product credits | $ 4.85 | $ 9.09 | $ 774 | $ - | $ 4.85/774 | $ 9.09 |

[1]    London Bullion Market Association (LBMA)/London Metal Exchange (LME) average closing prices for each quarter presented.

[2]    Refer to the " *Non-GAAP Financial Measures* " section of this MD&A.

[3]    Cost per silver ounce produced at the Escobal mine and cost per gold ounce produced at the La Arena mine.

[4]    The Company does not report on a gold equivalent ounce basis and therefore there is no consolidated total for costs per ounce produced.

[5]    All-in sustaining costs per ounce net of by-product credits for the Q4 2015 silver segment exclude the impact of $1.3 million in transaction costs related to the acquisition of Rio Alto.

16



Management's Discussion and Analysis
For the Years Ended December 31, 2015 and 2014
(tabular amounts expressed in thousands of United States dollars, except where
otherwise noted)

**2015 AND 2014**

Selected annual consolidated operational information from continuing operations for 2015 and 2014 is as follows:

| | | Silver segment | | | Gold segment | | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| | | **2015** | 2014(1) | | **2015**(1) | 2014 | | **2015**(1) | 2014 |
| **Revenues** | $ | **323,916** | $ 350,265 | $ | **195,805** | $ - | $ | **519,721** | $ 350,265 |
| **Silver produced** (000's ozs) | | **20,402** | 20,302 | | **20** | - | | **20,422** | 20,302 |
| **Gold produced** (ozs) | | **11,742** | 10,893 | | **174,073** | - | | **185,815** | 10,893 |
| **Silver sold** (000's ozs) | | **20,190** | 18,160 | | **20** | - | | **20,210** | 18,160 |
| **Gold sold** (ozs) | | **9,793** | 8,361 | | **173,868** | - | | **183,661** | 8,361 |
| **Average realized price** | | | | | | | | | |
|    Silver (per oz) | $ | **15.15** | $ 18.13 | $ | **-** | $ - | $ | **15.15** | $ 18.13 |
|    Gold (per oz) | $ | **1,100** | $ 1,258 | $ | **-** | $ - | $ | **1,100** | $ 1,258 |
|    Gold in doré (per oz) | $ | **-** | $ - | $ | **1,126** | $ - | $ | **1,126** | $ - |
| **LBMA/LME gold price** (2) | | | | | | | | | |
|    Silver (per oz) | $ | **15.68** | $ 19.08 | $ | **15.68** | $ - | $ | **15.68** | $ 19.08 |
|    Gold (per oz) | $ | **1,160** | $ 1,266 | $ | **1,160** | $ - | $ | **1,160** | $ 1,266 |
| **Costs Per Ounce Produced** (3)(4)(5)(6) | | | | | | | | | |
|    Total cash costs per ounce net of by-product credits | $ | **6.16** | $ 6.37 | $ | **551** | $ - | $ | **6.16/551** | $ 6.37 |
|    All-in sustaining costs per ounce net of by- product credits | $ | **9.11** | $ 9.15 | $ | **733** | $ - | $ | **9.11/733** | $ 9.15 |

(1)     2015 information for the gold segment include operational and financial information beginning April 1, 2015, the date of acquisition of Rio Alto.

(2)     London Bullion Market Association (LBMA)/London Metal Exchange (LME) average closing prices for each quarter presented.

(3)     Refer to the " *Non-GAAP Financial Measures* " section of this MD&A.

(4)     Cost per silver ounce produced at the Escobal mine and cost per gold ounce produced at the La Arena mine.

(5)     The Company does not report on a gold equivalent ounce basis and therefore there is no consolidated total for costs per ounce produced.

(6)     All-in sustaining costs per ounce net of by-product credits for the 2015 silver segment exclude the impact of $7.2 million in transaction costs related to the acquisition of Rio Alto.

17



Management's Discussion and Analysis
For the Years Ended December 31, 2015 and 2014
(tabular amounts expressed in thousands of United States dollars, except where
otherwise noted)

## MINE OPERATIONS

### Silver segment (Escobal mine)

| | Q4 2015 | Q4 2014 | 2015 | 2014 |
|---|---|---|---|---|
| **Tonnes Milled** | **374,006** | 319,632 | **1,508,421** | 1,245,730 |
| **Average Tonnes Milled** (tpd) | **4,065** | 3,474 | **4,133** | 3,413 |
| **Average Metal Grades** | | | | |
| Silver (g/t) | **522** | 585 | **487** | 585 |
| Gold (g/t) | **0.44** | 0.42 | **0.39** | 0.42 |
| Lead | **0.94%** | 0.84% | **0.77%** | 0.93% |
| Zinc | **1.54%** | 1.52% | **1.27%** | 1.43% |
| **Average Metal Recovery** [1] | | | | |
| Silver | **87.9%** | 87.0% | **86.3%** | 86.7% |
| Gold | **64.0%** | 62.8% | **62.8%** | 64.0% |
| Lead | **87.7%** | 89.0% | **87.5%** | 89.0% |
| Zinc | **76.8%** | 77.7% | **77.4%** | 75.2% |
| **Recovered Metal** [2] | | | | |
| Silver Ounces | **5,515,383** | 5,227,504 | **20,402,290** | 20,301,675 |
| Gold Ounces | **3,387** | 2,694 | **11,742** | 10,893 |
| Lead Tonnes | **3,075** | 2,389 | **10,153** | 10,359 |
| Zinc Tonnes | **4,412** | 3,773 | **14,810** | 13,394 |
| **Payable Metal** [3] | | | | |
| Silver Ounces | **5,184,843** | 4,940,363 | **19,272,529** | 19,250,104 |
| Gold Ounces | **2,996** | 2,399 | **10,568** | 9,882 |
| Lead Tonnes | **2,890** | 2,246 | **9,566** | 9,761 |
| Zinc Tonnes | **3,706** | 3,168 | **12,474** | 11,239 |
| **Costs Per Ounce Silver Produced** [4] | | | | |
| Total cash costs per ounce before by-product credits | $ **5.26** | $ 8.47 | $ **8.75** | $ 8.97 |
| Total cash costs per ounce net of by-product credits | $ **2.23** | $ 6.26 | $ **6.16** | $ 6.37 |
| Total production costs per ounce net of by-product credits | $ **4.38** | $ 8.10 | $ **8.49** | $ 8.50 |
| All-in sustaining costs per ounce net of by-product credits [5] | $ **4.85** | $ 9.09 | $ **9.11** | $ 9.15 |
| **Capital Expenditures** [6] | $ **8,820** | $ 15,183 | $ **34,728** | $ 41,235 |

[1]   Percent silver and gold recovered into lead and zinc concentrates; percent lead recovered into lead concentrate; percent zinc recovered into zinc concentrate.

[2]   Silver and gold contained in lead and zinc concentrates; lead contained in lead concentrate; zinc contained in zinc concentrate.

[3]   Payable metal calculated using average NSR payable values.

[4]   Non-GAAP financial measures are described in the " *Non-GAAP Financial Measures* " section of this MD&A.

[5]   All-in sustaining costs per ounce net of by-product credits for the silver segment exclude the impact of $1.3 million and $7.2 million for Q4 2015 and 2015, respectively, in transaction costs related to the acquisition of Rio Alto.

[6]   Capital expenditures include project and sustaining capital.

18



Management's Discussion and Analysis
For the Years Ended December 31, 2015 and 2014
(tabular amounts expressed in thousands of United States dollars, except where
otherwise noted)

Escobal operational highlights include:

- Average mill throughput of 4,065 tpd, with an average silver head grade of 522 g/t for Q4 2015 compared to average mill throughput of 3,474 tpd with an average silver head grade of 585 g/t for Q4 2014. Average mill throughput of 4,133 tpd, with an average silver head grade of 487 g/t for 2015 compared to average mill throughput of 3,413 tpd with an average silver head grade of 585 g/t for 2014.

- Produced metal concentrates containing 5.5 million ounces of silver, 3,387 ounces of gold, 3,075 tonnes of lead and 4,412 tonnes of zinc for Q4 2015, compared to 5.2 million ounces of silver, 2,694 ounces of gold, 2,389 tonnes of lead and 3,773 tonnes of zinc for Q4 2014. Produced metal concentrates containing 20.4 million ounces of silver, 11,742 ounces of gold, 10,153 tonnes of lead and 14,810 tonnes of zinc for 2015, compared to 20.3 million ounces of silver, 10,893 ounces of gold, 10,359 tonnes of lead and 13,394 tonnes of zinc for 2014.

- Average silver recovery to concentrates of 87.9% and 86.3% for Q4 2015 and 2015 compared to 87.0% and 86.7% for Q3 2014 and 2014.

- Produced 7,026 tonnes of lead concentrates containing an average silver grade of 22,795 g/t for Q4 2015 compared to 5,956 tonnes of lead concentrates containing an average silver grade of 25,943 g/t for Q4 2014. Produced 23,761 tonnes of lead concentrates containing an average silver grade of 25,241 g/t for 2015 compared to 23,744 tonnes of lead concentrates containing an average silver grade of 25,477 g/t for 2014.

During Q4 2015, 8,389 dry metric tonnes ("dmt") of lead concentrate and 9,921 dmt of zinc concentrate containing approximately 6.4 million payable ounces of silver were shipped and sold to third party smelters compared to 4,726 dmt of lead concentrate and 6,436 dmt of zinc concentrate containing approximately 4.1 million payable ounces of silver shipped and sold during Q4 2014.

During 2015, 25,064 dmt of lead concentrate and 29,737 dmt of zinc concentrate containing approximately 20.4 million payable ounces of silver were shipped and sold to third party smelters compared to 22,123 dmt of lead concentrate and 23,361 dmt of zinc concentrate containing approximately 18.2 million payable ounces of silver shipped and sold during 2014.

Q4 2015 concentrate sales generated $93.4 million in revenues at mine operating costs of $29.5 million resulting in mine operating earnings of $63.9 million. Concentrate sales for Q4 2014 generated $65.4 million in revenues at operating costs of $43.1 million resulting in mine operating earnings of $22.3 million.

2015 concentrate sales generated $323.9 million in revenues at mine operating costs of $190.9 million resulting in mine operating earnings of $133.0 million. Concentrate sales for 2014 generated $350.3 million in revenues at operating costs of $191.5 million resulting in mine operating earnings of $158.8 million.

Total cash costs per ounce of silver produced in concentrate, net of by-product credits, for Q4 2015 and 2015 were $2.23 and $6.16, respectively, compared to $6.26 and $6.37, for Q4 2014 and 2014, respectively. Both Q4 2015 and 2015 cash costs are below the updated 2015 guidance range provided in the news release dated April 13, 2015 of $6.35 to $8.25 per ounce. This and other non-GAAP costs per ounce calculations are described in the " *Non-GAAP Financial Measures* " section of this MD&A. Updated 2016 guidance can be found in the " *2016 Operations Outlook* " section of this MD&A.

_Underground Development and Production_

Underground development continues to advance in support of the life-of-mine production schedule. Development of the East Zone ramp system continued in the fourth quarter; the East Zone hosts approximately 40% of the Escobal mine reserves. Stope development in the East Zone continued in the fourth quarter with stope production expected in early 2016.

19



Management's Discussion and Analysis
For the Years Ended December 31, 2015 and 2014
(tabular amounts expressed in thousands of United States dollars, except where
otherwise noted)

During Q4 2015, the Escobal mine delivered approximately 345,000 tonnes of ore to the surface, mined from primary and secondary transverse longhole stopes on multiple production sublevels.

*Mill Performance*

Mill operations averaged 4,065 tpd and 4,133 tpd for Q4 2015 and 2015, respectively. Mill expansion activities to support the expanded 4,500 tpd production rate have been completed.

The mill processed a total of 374,006 tonnes and 1,508,421 tonnes during Q4 2015 and 2015 with average silver recoveries of 87.9% and 86.3%, respectively. Concentrate production in Q4 2015 totaled 7,026 tonnes of lead concentrate and 8,267 tonnes of zinc concentrate containing 5.5 million ounces of silver.

*Capital Projects*

Construction of the paste backfill plant was completed in the third quarter. The Company decided to defer the final commissioning and start-up of the plant to the first quarter of 2016 to insure no negative impact to 2015 production goals. As at March 9, 2016, the plant is commissioned and running as intended. The Company anticipates significant annual cost reductions due to the operation of the new plant.

20



Management's Discussion and Analysis
For the Years Ended December 31, 2015 and 2014
(tabular amounts expressed in thousands of United States dollars, except where
otherwise noted)

**Gold segment (La Arena mine)**

| | Q4 2015 | | Q4 2014(7) | | 2015(7) | | 2014(7) |
|---|---|---|---|---|---|---|---|
| **Tonnes Ore Mined** | **2,965,340** | | - | | **9,344,887** | | - |
| **Strip Ratio** | **2.00** | | - | | **1.85** | | - |
| **Tonnes Placed on Pads** [1] | **2,969,853** | | - | | **9,679,275** | | - |
| **Average Metal Grade** | | | | | | | |
| Gold (g/t) | **0.58** | | - | | **0.61** | | - |
| Silver (g/t) | **0.73** | | - | | **0.63** | | - |
| **Average Metal Recovery** [2] | | | | | | | |
| Gold | **86%** | | - | | **86%** | | - |
| Silver | **10%** | | - | | **10%** | | - |
| **Recoverable Metal** [3] | | | | | | | |
| Gold Ounces | **47,837** | | - | | **162,069** | | - |
| Silver Ounces | **70,157** | | - | | **196,657** | | - |
| **Produced Metal** [4] | | | | | | | |
| Gold Ounces | **56,375** | | - | | **174,073** | | - |
| Silver Ounces | **6,996** | | - | | **19,709** | | - |
| **Payable Metal** | | | | | | | |
| Gold Ounces | **56,319** | | - | | **173,899** | | - |
| Silver Ounces | **6,961** | | - | | **19,610** | | - |
| **Costs Per Ounce Gold Produced** [5] | | | | | | | |
| Total cash costs per ounce before by-product credits | $ | **543** | $ | - | $ **553** | $ | - |
| Total cash costs per ounce net of by-product credits | $ | **541** | $ | - | $ **551** | $ | - |
| Total production costs per ounce net of by-product credits | $ | **743** | $ | - | $ **731** | $ | - |
| All-in sustaining costs per ounce net of by-product credits | $ | **774** | $ | - | $ **733** | $ | - |
| **Capital Expenditures** [6] | $ | **11,613** | $ | - | $ **27,656** | $ | - |

(1)      Tonnes placed on pads include tonnes of ore mined and tonnes from stockpile.
(2)      Estimated percent metal recovered from material placed onto leach pads.
(3)      Ounces placed on leach pads.
(4)      Ounces in doré.
(5)      Non-GAAP financial measures are described in the " *Non-GAAP Financial Measures* " section of this MD&A.
(6)      Capital expenditures include project and sustaining capital.
(7)      2015 includes results from Rio Alto beginning April 1, 2015, the date of acquisition. No comparative results presented prior to acquisition.

The La Arena gold mine is located in northern Peru, 480 km north-northwest of Lima. Operations are currently exploiting high sulfidation epithermal oxide gold mineralization hosted in brecciated sandstone within the Chimu Formation by open pit methods using conventional drill/blast, load and haul methods. Loading occurs with hydraulic shovels and a fleet of predominately 92-tonne dump trucks. Ore is truck-dumped in 16 metre lifts onto leach pads with no crushing or agglomeration required prior to leaching.

21



Management's Discussion and Analysis
For the Years Ended December 31, 2015 and 2014
(tabular amounts expressed in thousands of United States dollars, except where
otherwise noted)

La Arena operational highlights include:

- There were 2,965,340 and 9,344,887 tonnes of ore mined in the Q4 2015 and 2015, respectively;

- A total of 5,929,988 and 17,250,575 tonnes of waste was mined for a strip ratio of 2.00 and 1.85 during Q4 2015 and 2015, respectively;

- There were 2,969,853 and 9,679,275 tonnes of ore placed on the pad during Q4 2015 and 2015, respectively;

- The average gold grade of ore placed on the pad was 0.58 g/t and 0.61 g/t during Q4 2015 and 2015, respectively;

- There were 47,837 and 162,069 gold ounces placed on the pad during Q4 2015 and 2015, respectively; and

- There were 56,375 and 174,073 gold ounces produced and 56,419 and 173,868 gold ounces sold during Q4 2015 and 2015, respectively.

Q4 2015 gold sales generated $61.4 million in revenues at mine operating costs of $44.0 million resulting in mine operating earnings of $17.4 million.

2015 gold sales generated $195.8 million in revenues at mine operating costs of $142.6 million resulting in mine operating earnings of $53.2 million.

Total cash costs per ounce of gold produced, net of by-product credits, for Q4 2015 and 2015 were $541 and $551, respectively. Q4 2015 and 2015 cash costs are below the updated guidance range provided in the news release dated April 13, 2015 of $625 to $650 per gold ounce. This and other non-GAAP costs per ounce calculations are described in the " *Non-GAAP Financial Measures* " section of this MD&A. Updated 2016 guidance can be found in the " *2016 Operations Outlook* " section of this MD&A.

*Pit Development and Production*

Ore and waste continue to be mined from the third and fourth cut back of the Calaorco Pit. Waste rock from the pit is being used in construction of Leach Pad 4A3 and in the base of the waste dump foundation.

*Adsorption, Desorption and Refining Process Plant*

The adsorption, desorption and refining ("ADR") process plant performed well over the period with an average of 12 hectares ("Ha") under irrigation throughout Q4 2015. Pregnant solution was collected in the pregnant leach solution ("PLS") pond and pumped to the adsorption circuit at an average rate of 34m $^3$ per day.

*Capital Projects*

Sustaining capital projects during Q4 2015 included planned extensions to the leach pad and the waste dump. These projects remain on schedule to meet the production targets for the first half of 2016.

22



Management's Discussion and Analysis
For the Years Ended December 31, 2015 and 2014
(tabular amounts expressed in thousands of United States dollars, except where
otherwise noted)

## PROJECTS

### Gold segment (Shahuindo)

The Shahuindo gold project is located in a prolific gold producing belt in northern Peru, 30km north of La Arena. It is designed as an open-pit, heap leach mine. Construction is on schedule with commercial production expected to commence in Q2 2016. Mine and plant commissioning activities in late Q4 2015 produced 581 ounces of gold in doré which were included in finished goods inventory at December 31, 2015.

All principle components were completed for the 10,000 tpd capacity plant. Construction work is continuing on the preparation for the installation of expansion absorption circuits, carbon regeneration plant and other ancillary site facilities.

## EXPLORATION

### Silver segment (Guatemala)

All identified mineral resources for the Escobal project are located on the Escobal exploitation concession. Combined with the Juan Bosco exploration concession, these two concessions comprise the project area.

Exploration drilling continued at the Escobal project throughout Q4 2015, with four surface exploration holes completed for a total of 1,461 metres. Throughout 2015 exploration drilling tested extensions of the Escobal vein as well as a number of satellite targets within the project area. 2015 exploration drilling now totals 20 holes for 9,650 metres. Mineralization in the project area now defined over a 3,000 metre strike length and 2,000 metre vertical range.

Exploration continues to identify and define mineralized targets. In addition to the Escobal vein, twelve veins have been identified throughout the region. These prospective areas continue to be evaluated. However, a number of these veins occur on concessions that have not yet been granted. Given the prior administration's proposed moratorium on new licenses, regional exploration efforts outside of our two approved licenses were temporarily suspended in 2015.

Guatemala exploration expenditures totaled $0.3 million and $1.9 million for Q4 2015 and 2015, respectively.

### Gold segment (Peru)

Exploration activity in Peru during 2015 included drilling of the La Arena porphyry (sulfide project), deep extension drilling of La Arena feeder structures and step-out drilling at the Shahuindo project. In addition, exploration activities were carried out in other high priority regional targets surrounding the La Arena and Shahuindo resource areas.

No exploration drilling was completed at La Arena during Q4 2015. Drilling earlier in the year comprised three holes totaling 3,694 metres to expand the geologic model at the copper-gold porphyry immediately east of the La Arena gold resource. Results of this program are under review and will be incorporated into a new geologic model and project scoping study planned for 2016. In addition, three holes for 2,354 metres were drilled earlier in the year to explore deep "Tilsa" feeder structures below the La Arena oxide gold resource.



Management's Discussion and Analysis
For the Years Ended December 31, 2015 and 2014
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

Exploration at Shahuindo focused on step-out drilling to define the margins of the current resource and identify new zones peripheral to the current pit, with a total of 29 holes for 3,847 metres completed during Q4 2015. A total of 136 exploration holes for 26,352 metres have been drilled at Shahuindo during 2015.

Peru exploration expenditures totaled $0.3 million and $5.8 million during Q4 2015 and 2015, respectively.

## DEBT FACILITIES

On January 2, 2014, the Company expanded its existing $50 million credit facility (the "facility") and drew an additional $25 million to ensure adequate working capital through continued ramp-up of the Escobal mine and to provide working capital for general corporate purposes. The $25 million bore interest at a rate per annum of the USD London Interbank Offered Rate ("LIBOR") plus 7.25% .

In July 2014, the Company amended the facility agreement and extended the maturity date of the original $50 million to June 3, 2015. All other terms remained per the original agreement.

On September 3, 2014, the Company repaid the $25 million expanded portion of the facility with funds generated from mining operations. The original $50 million was repaid as scheduled from current cash balances and operating cash flows on June 3, 2015.

As part of the acquisition of Rio Alto during Q2 2015, the Company acquired debt in the form of a $35 million credit facility agreement (the "loan"). The loan had an original one-year term, maturing June 16, 2015 and bore interest at 30-day LIBOR plus 2.60% . The funds were used for general working capital purposes. As security for this loan, the Company granted a charge over the shares of its subsidiary Empresa de Energia Yamobamba S.A.C. and the rights of collection of future cash flows derived from metal sales. Upon maturity, the loan was extended an additional nine months to March 16, 2016. All other terms remained per the original contract.

On August 10, 2015, the Company signed a credit agreement with a syndicate of international banks for a revolving credit facility (the "Revolving Facility") for an aggregate amount of $150 million. The Revolving Facility bears interest on a sliding scale of LIBOR plus 2.25% to 3.25% or a base rate plus 1.25% to 2.25% which is determined based on the Company's consolidated net leverage ratio.

Transaction costs totaling $1.4 million were capitalized and are being amortized over the term of the Revolving Facility. For 2015, $0.2 million has been amortized.

Standby fees for the undrawn portion of the facility are also on a similar sliding scale basis of between 0.56% and 0.81% and were $0.2 million and $0.3 million for Q4 2015 and 2015, respectively. The term for the Revolving Facility is 3 years. Proceeds drawn may be used for general corporate purposes.

As at December 31, 2015 and March 9, 2016, the Company had not drawn on the Revolving Facility. The Company is currently in compliance with all covenants associated with the Revolving Facility.

## LEASE OBLIGATION

As part of the acquisition of Rio Alto on April 1, 2015, the Company acquired a lease obligation in the form of a sale-leaseback agreement entered into on January 29, 2015 for the La Ramada substation ("La Ramada") in Peru. La Ramada was sold for $20.7 million in exchange for cash and a deferred gain on sale of $0.6 million was recognized and is being amortized over the term of the sale-leaseback. Subsequent to the sale of La Ramada but on the same date, a leaseback transaction was entered into in the amount of $20.7 million for a term of three years with quarterly instalments of interest and principal at an effective interest rate of 6.95% and $1.2 million in principal on the lease was immediately repaid. On April 1, 2015, the lease obligation had a fair value of $19.3 million. The agreement is a finance lease and a corresponding asset has been recognized within mineral interests.

24



Management's Discussion and Analysis
For the Years Ended December 31, 2015 and 2014
(tabular amounts expressed in thousands of United States dollars, except where
otherwise noted)

At December 31, 2015, the Company had total lease obligations of $13.9 million (December 31, 2014: $nil).

**2016 OPERATIONS OUTLOOK**

The Company provided guidance regarding expected 2016 production and unit costs in the news release dated January 14, 2016 available at www.sedar.com or on the Company's website at www.tahoeresources.com .

**2016 Guidance** [1][2][3][6]

- 18 to 21 million ounces of silver contained in concentrates from the Escobal mine;
- 200 to 250 thousand ounces of gold in doré from the La Arena and Shahuindo mines;
- Cash costs per ounce [1][5] range as outlined in the following table:

| | Silver | | | | Gold | | | |
|---|---|---|---|---|---|---|---|---|
| Total cash costs per ounce before by-product credits | $ | 9.86 | to | $ | 11.50 | $ 700 | to | $ 750 |
| By-product per ounce credit for gold, lead and zinc [4] | | (2.36) | to | | (3.00) | - | to | - |
| **Total cash costs per ounce net of by-product credits** | **$** | **7.50** | **to** | **$** | **8.50** | **$ 700** | **to** | **$ 750** |
| | | | | | | | | |
| **All-in sustaining costs per ounce** | **$** | **10.00** | **to** | **$** | **11.00** | **$ 950** | **to** | **$ 1,050** |

[1] See " *Cautionary Statement on Forward-Looking Information* " and " *Non-GAAP Financial Measures* " in the press release dated January 2016 available at www.sedar.com .
[2] Assumes the following metals prices: $1,300/oz gold; $2,094/tonne lead; $2,094/tonne zinc.
[3] Assumes payable by-product metal production: 8,462 ozs gold; 8,117 tonnes lead; 10,266 tonnes zinc.
[4] By-product credits per ounce of silver: gold $0.52; lead $0.82; zinc $1.02; total $2.36.
[5] All per ounce costs are based on silver ounces contained in concentrates (silver) and gold ounces in doré (gold).
[6] 2016 Guidance figures presented are for the silver segment (Escobal mine) and the gold segment (La Arena and Shahuindo mines).

The reconciliation which formed the basis for the ranges in the 2016 Guidance is as follows:

| Total cash costs | | Silver | | Gold |
|---|---|---|---|---|
| Production costs | $ | 175,000 | $ | 175,000 |
| Add/(subtract) | | | | |
| Treatment and refining charges | | 32,000 | | - |
| Total cash costs before by-product credits [1] | $ | 207,000 | $ | 175,000 |
| Less gold credit | | (11,000) | | - |
| Less lead credit | | (21,500) | | - |
| Less zinc credit | | (17,000) | | - |
| Total cash costs net of by-product credits | $ | 157,500 | $ | 175,000 |
| | | | | |
| Silver ounces produced in concentrate (000's) | | 21,000 | | - |
| Gold ounces produced in doré (000's) | | - | | 250 |
| **Total cash costs per ounce before by-product credits** | **$** | **9.86** | **$** | **700** |
| **Total cash costs per ounce net of by-product credits** | **$** | **7.50** | **$** | **700** |

[1]     Gold, lead and zinc by-product credits are calculated as follows:

| | | Silver | | |
|---|---|---|---|---|
| | | Total Credit | | Credit per ounce |
| **Gold Ounces** | $ | 11,000 | $ | 0.52 |
| **Lead Tonnes** | $ | 17,000 | $ | 0.82 |
| **Zinc Tonnes** | $ | 21,500 | $ | 1.02 |

25



Management's Discussion and Analysis
For the Years Ended December 31, 2015 and 2014
(tabular amounts expressed in thousands of United States dollars, except where
otherwise noted)

| All-in sustaining costs | | Silver | | Gold |
|---|---|---|---|---|
| Total cash costs net of by-product credits | $ | 157,500 | $ | 175,000 |
|    Sustaining capital | | 32,600 | | 39,000 |
|    Exploration | | 2,000 | | 6,000 |
|    Reclamation cost accretion | | 200 | | 1,600 |
|    General and administrative expenses | | 17,600 | | 16,000 |
| All-in sustaining costs | $ | 209,900 | $ | 237,600 |
| | | | | |
| Silver ounces produced in concentrate (000's) | | 21,000 | | - |
|    Gold ounces produced in doré (000's) | | - | | 250 |
| All-in sustaining costs per ounce produced net of by-product credits | $ | 10.00 | $ | 950 |

## RISK FACTORS

Tahoe's ability to generate revenues and achieve a return on shareholders' investment must be considered in light of, among other things, the risks of doing business in foreign countries, the sustainability of operations and the dependence on the Escobal and La Arena mines and the risks associated with the commissioning and operation of the Shahuindo gold mine. This document should be read in conjunction with the 2015 Annual Information Form ("2015 AIF") which includes a risk factor discussion under the heading " *Description of Our Business – Risk Factors Relating to Our Business* " and " *– Risk Factors Relating to Our Shares* ", and our short form prospectus dated June 23, 2015 ("Prospectus") which includes a risk factor discussion under the heading "Risk Factors". The 2015 AIF and Prospectus are available at www.sedar.com or on the Company's website at www.tahoeresources.com .

### RISKS RELATED TO OPERATIONS IN GUATEMALA AND PERU

The Company's operations are subject to political, economic, social and geographic risks of doing business in Guatemala and Peru.

Guatemala suffered an armed conflict for 36 years, which was finally resolved through a peace agreement reached with the country's internal revolutionary movement in 1996. The last political crisis in Guatemala occurred in 1983 and constitutional government was not restored until 1985. In the past two decades, Guatemala has made progress in restructuring its political institutions and establishing democratic processes. Guatemala suffers from social problems such as a high crime rate, political corruption and uncertain land tenure for many indigenous people, which could adversely affect the Escobal mine.

For more than two decades Peru has made progress in restructuring its political institutions and revitalizing its economy. In previous decades Peru's history was one of political and economic instability during which governments intervened in the national economy and social structure, including periodically imposing various controls, the effects of which were to restrict the ability of both domestic and foreign companies to freely operate. There is also the risk of political violence and increased social tension in Peru as a result of the increased civil unrest, crime and labour unrest.

Local opposition to mine development projects occurs in Guatemala and Peru, and such opposition has at times been violent. Roadblocks by members of local communities, unemployed people and unions can occur on local, national and provincial routes. Renewed political unrest or a political crisis in Guatemala or Peru could adversely affect the Company's business and results of operations. Such adverse effects could result from local protests or from the efforts of third parties to manipulate local populations into encroaching on the Company's land, challenging the boundaries of such land, impeding access to the Company's properties through roadblocks or other public protests or attacks against our assets or personnel.



Management's Discussion and Analysis
For the Years Ended December 31, 2015 and 2014
(tabular amounts expressed in thousands of United States dollars, except where
otherwise noted)

As in any jurisdiction, mineral exploration and mining activities in Guatemala or Peru may be affected in varying degrees by government regulations relating to the mining industry, judicial activity or political instability. Operations may also be affected in varying degrees by government regulations and laws with respect to restrictions on production, price controls, export controls, income taxes, royalties, expropriation of property, environmental legislation and mine safety. The status of Guatemala and Peru as developing countries may make it more difficult to obtain any required financing for projects.

**RISKS RELATED TO THE RIO ALTO ACQUISITION**

The integration of the Company and Rio Alto will present challenges to management, including the integration of systems and personnel of the two companies, implementing uniform standards, controls, procedures and policies, as applicable, including the integration of Rio Alto's disclosure controls and procedures and internal control over financial reporting with our existing procedures and controls.

**NON-GAAP FINANCIAL MEASURES**

**NON-GAAP FINANCIAL MEASURES**

The Company has included certain non-GAAP financial measures throughout this document which include total cash costs, total production costs, all-in sustaining costs per silver and per gold ounce ("all-in sustaining costs"), adjusted earnings and adjusted earnings per share. These measures are not defined under IFRS and should not be considered in isolation. The Company's Escobal mine produces primarily silver in concentrates with other metals (gold, lead and zinc), produced simultaneously in the mining process, the value of which represents a small percentage of the Company's revenue and is therefore considered "by-product". The Company's La Arena mine produces primarily gold with other metals (primarily silver), produced simultaneously in the mining process, the value of which represents a small percentage of the Company's revenue and is therefore considered by-product. The Company believes these measures will provide investors and analysts with useful information about the Company's underlying earnings, cash costs of operations, the impact of by-product credits on the Company's cost structure and its ability to generate cash flow, as well as providing a meaningful comparison to other mining companies. Accordingly, these measures are intended to provide additional information and should not be substituted for GAAP measures.

**Consolidated adjusted earnings (loss) and consolidated adjusted earnings (loss) per share**

The Company has adopted the reporting of consolidated adjusted earnings (loss) ("adjusted earnings (loss)") and consolidated adjusted earnings (loss) per share ("adjusted earnings (loss) per share") as a non-GAAP measure of a precious metals mining company's operating performance and the ability to generate cash flow from operations. This measure has no standardized meaning and the Company's presentation of adjusted measures are not meant to be substituted for GAAP measures of consolidated net earnings (loss) or consolidated net earnings (loss) per share and should be read in conjunction with such GAAP measures. Adjusted earnings (loss) and adjusted earnings (loss) per share are calculated as net earnings (loss) excluding i) non-cash impairment losses and reversals on mineral interest and other assets tax, ii) unrealized foreign exchange gains or losses related to the revaluation of deferred income tax assets and liabilities on non-monetary items, iii) unrealized foreign exchange gains or losses related to other items, iv) unrealized gains or losses on derivatives, v) non-recurring provisions, vi) gains or losses on sale of assets and viii) any other non-recurring adjustments and the related tax impact of these adjustments calculated at the statutory effective rate for the same jurisdiction as the adjustment. Non-recurring adjustments from unusual events or circumstances are reviewed periodically based on materiality and the nature of the even or circumstance. The Company calculates adjusted earnings (loss) and adjusted earnings (loss) per share are prepared on a consolidated basis.

27



Management's Discussion and Analysis
For the Years Ended December 31, 2015 and 2014
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

**Total cash costs and total production costs**

The Company reports total cash costs and total production costs on a silver ounce and a gold ounce produced basis for the Escobal mine and the La Arena mine, respectively. The Company follows the recommendation of the cost standard as endorsed by the Silver Institute ("the Institute") for the reporting of cash costs (silver) and the generally accepted standard of reporting cash costs (gold) by precious metal mining companies. The Institute is a nonprofit international association with membership from across the silver industry. The Institute serves as the industry's voice in increasing public understanding of the many uses and values of silver. This remains the generally accepted standard for reporting cash costs of production by precious metal mining companies. Total cash costs and total production costs are divided by the number of silver ounces contained in concentrate or gold ounces recovered from the leach pads to calculate per ounce figures. When deriving the production costs associated with an ounce of silver or gold, the Company deducts by-product credits from sales which are incidental to producing silver and gold.

**All-in sustaining costs**

The Company has also adopted the reporting of all-in sustaining costs as a non-GAAP measure of a precious metals mining company's operating performance and the ability to generate cash flow from operations. This measure has no standardized meaning and the Company has utilized an adapted version of the guidance released by the World Gold Council, the market development organization for the gold industry. The World Gold Council is not a regulatory industry organization and does not have the authority to develop accounting standards or disclosure requirements.

All-in sustaining costs include total cash costs incurred at the Company's mining operation, sustaining capital expenditures, corporate administrative expense, exploration and evaluations costs, and reclamation and closure accretion. The Company believes that this non-GAAP measure represents the total costs of producing silver and gold from its operation, and provides additional information of the Company's operational performance and ability to generate cash flows to support future capital investments and to sustain future production.

These non-GAAP financial measures may be calculated differently by other companies depending on the underlying accounting principles and policies applied.

The following tables provide reconciliations of consolidated net earnings (loss) to consolidated adjusted earnings (loss) and reconciliations of total production costs, total cash costs and all-in sustaining costs to the interim financial statements for the three and twelve months ended December 31, 2015 and 2014 for each operating segment of the Company.

**Consolidated adjusted earnings and adjusted earnings per share**

|  | | Q4 2015 | | Q4 2014 | | 2015 | | 2014 |
|---|---|---|---|---|---|---|---|---|
| Net earnings | $ | (107,717) | $ | 9,836 | $ | (71,911) | $ | 90,790 |
| Impairment, net of tax | | 153,362 | | - | | 153,362 | | - |
| Foreign exchange loss | | 4,150 | | 256 | | 4,530 | | 906 |
| Non-recurring acquisition and other costs | | 871 | | - | | 11,719 | | - |
| Loss on derivative instruments | | 339 | | - | | 1,210 | | - |
| Adjusted net earnings | $ | 51,005 | $ | 10,092 | $ | 98,910 | $ | 91,696 |
|  | | | | | | | | |
| Weighted average common shares outstanding (000's) | | | | | | | | |
| Basic | | 227,620 | | 147,899 | | 207,724 | | 147,405 |
| Diluted | | 227,764 | | 148,309 | | 207,871 | | 147,992 |
| Adjusted net earnings per share | | | | | | | | |
| Basic | $ | 0.22 | $ | 0.07 | $ | 0.48 | $ | 0.62 |
| Diluted | $ | 0.22 | $ | 0.07 | $ | 0.48 | $ | 0.62 |

28



Management's Discussion and Analysis
For the Years Ended December 31, 2015 and 2014
(tabular amounts expressed in thousands of United States dollars, except where
otherwise noted)

**Silver segment**

**Total cash costs and total production costs per ounce of produced silver, net of by-product credits**

| Total cash costs and total production costs | | Q4 2015 | | Q4 2014 | | 2015 | | 2014 |
|---|---|---|---|---|---|---|---|---|
| Production costs | $ | 33,846 | $ | 29,537 | $ | 130,110 | $ | 127,323 |
| Add/(subtract) | | | | | | | | |
| Change in product inventory | | (63) | | 3,526 | | 243 | | 2,120 |
| Royalties [1] | | (16,191) | | 3,997 | | 13,240 | | 20,830 |
| Treatment and refining charges | | 11,438 | | 7,208 | | 34,968 | | 31,896 |
| Total cash costs before by-product credits [2] | $ | 29,030 | $ | 44,268 | $ | 178,561 | $ | 182,169 |
| Less gold credit | | (3,508) | | (1,878) | | (10,873) | | (10,518) |
| Less lead credit | | (6,209) | | (3,188) | | (18,115) | | (18,747) |
| Less zinc credit | | (7,035) | | (6,481) | | (23,938) | | (23,652) |
| Total cash costs net of by-product credits | $ | 12,278 | $ | 32,721 | $ | 125,635 | $ | 129,252 |
| Add/(subtract) | | | | | | | | |
| Depreciation and depletion | | 11,876 | | 9,600 | | 47,594 | | 43,313 |
| Total production costs net of by-product credits | $ | 24,154 | $ | 42,321 | $ | 173,229 | $ | 172,565 |
| | | | | | | | | |
| Silver ounces produced in concentrate (000's) | | 5,515 | | 5,228 | | 20,402 | | 20,302 |
| | | | | | | | | |
| Total cash costs per ounce before by-product credits | $ | 5.26 | $ | 8.47 | $ | 8.75 | $ | 8.97 |
| Total cash costs per ounce net of by-product credits | $ | 2.23 | $ | 6.26 | $ | 6.16 | $ | 6.37 |
| Total production costs per ounce net of by-product credits | $ | 4.38 | $ | 8.10 | $ | 8.49 | $ | 8.50 |

[1]    Due to the judicial invalidation of the 10% royalty regime, a reversal of royalties previously accrued was recognized during Q4 2015.
[2]    Gold, lead and zinc by-product credits are calculated as follows:

| | Q4 2015 | | | | Q4 2014 | | | |
|---|---|---|---|---|---|---|---|---|
| | Quantity | Unit Price | Total Credit | Credit per ounce | Quantity | Unit Price | Total Credit | Credit per ounce |
| Gold Ounces | 3,347 | $ 1,048 | $ 3,508 | $ 0.64 | 1,567 | $ 1,198 | $ 1,878 | $ 0.36 |
| Lead Tonnes | 3,396 | $ 1,828 | $ 6,209 | $ 1.13 | 1,818 | $ 1,754 | $ 3,188 | $ 0.61 |
| Zinc Tonnes | 4,542 | $ 1,549 | $ 7,035 | $ 1.28 | 3,068 | $ 2,112 | $ 6,481 | $ 1.24 |

| | 2015 | | | | 2014 | | | |
|---|---|---|---|---|---|---|---|---|
| | Quantity | Unit Price | Total Credit | Credit per ounce | Quantity | Unit Price | Total Credit | Credit per ounce |
| Gold Ounces | 9,793 | $ 1,110 | $ 10,873 | $ 0.53 | 8,361 | $ 1,258 | $ 10,518 | $ 0.52 |
| Lead Tonnes | 9,768 | $ 1,855 | $ 18,115 | $ 0.89 | 9,131 | $ 2,053 | $ 18,747 | $ 0.92 |
| Zinc Tonnes | 13,297 | $ 1,800 | $ 23,938 | $ 1.17 | 10,652 | $ 2,220 | $ 23,652 | $ 1.16 |

**Total all-in sustaining costs per ounce of produced silver, net of by-product credits**

| All-in sustaining costs | | Q4 2015 | | Q4 2014 | | 2015 | | 2014 |
|---|---|---|---|---|---|---|---|---|
| Total cash costs net of by-product credits | $ | 12,278 | $ | 32,721 | $ | 125,635 | $ | 129,252 |
| Sustaining capital [1] | | 8,853 | | 8,308 | | 29,685 | | 20,790 |
| Exploration | | 415 | | 574 | | 1,864 | | 3,574 |
| Reclamation cost accretion | | 48 | | 44 | | 195 | | 177 |
| General and administrative expenses [2] | | 5,136 | | 5,859 | | 28,531 | | 31,953 |
| All-in sustaining costs | $ | 26,730 | $ | 47,506 | $ | 185,910 | $ | 185,746 |
| | | | | | | | | |
| Silver ounces produced in concentrate (000's) | | 5,515 | | 5,228 | | 20,402 | | 20,302 |
| | | | | | | | | |
| All-in sustaining costs per ounce produced net of by-product credits | $ | 4.85 | $ | 9.09 | $ | 9.11 | $ | 9.15 |

[1]    Sustaining capital includes underground development and surface sustaining capital expenditures.
[2]    General and administrative expenses for 2015 exclude $7.2 million in transaction costs related to the acquisition of Rio Alto.

29



Management's Discussion and Analysis
For the Years Ended December 31, 2015 and 2014
(tabular amounts expressed in thousands of United States dollars, except where
otherwise noted)

**Gold segment**

**Total cash costs and total production costs per ounce of produced gold, net of by-product credits** [2]

| Total cash costs and total production costs | | Q4 2015 | | 2015[1] |
|---|---|---|---|---|
| Production costs | $ | 32,826 | $ | 99,662 |
| Add/(subtract) | | | | |
| Change in product inventory | | (2,223) | | (3,425) |
| Total cash costs before by-product credits [3] | $ | 30,603 | $ | 96,237 |
| Less silver credit | | (117) | | (298) |
| Total cash costs net of by-product credits | $ | 30,486 | $ | 95,939 |
| Add/(subtract) | | | | |
| Depreciation and depletion | | 11,419 | | 31,277 |
| Total production costs net of by-product credits | $ | 41,905 | $ | 127,216 |
| | | | | |
| Gold ounces produced | | 56,375 | | 174,073 |
| | | | | |
| **Total cash costs per ounce before by-product credits** | $ | 543 | $ | 553 |
| **Total cash costs per ounce net of by-product credits** | $ | 541 | $ | 551 |
| **Total production costs per ounce net of by-product credits** | $ | 743 | $ | 731 |

[1]    Production costs and change in product inventory exclude the non-cash fair value adjustment related to the acquisition of Rio Alto.
[2]    The acquisition of Rio Alto occurred during Q2 2015 and therefore comparative 2014 figures are excluded.
[3]    Silver by-product credits are calculated as follows:

| | Q4 2015 | | | | 2015 | | | |
|---|---|---|---|---|---|---|---|---|
| | Quantity | Unit Price | Total Credit | Credit per ounce | Quantity | Unit Price | Total Credit | Credit per ounce |
| Silver Ounces | 7,016 | $ 16.68 | $ 117 | $ 2.07 | 19,666 | $ 15.15 | $ 298 | $ 1.70 |

**Total all-in sustaining costs per ounce of produced gold, net of by-product credits** [1]

| All-in sustaining costs | | Q4 2015 | | 2015 |
|---|---|---|---|---|
| Total cash costs net of by-product credits | $ | 30,486 | $ | 95,939 |
| Sustaining capital | | 11,859 | | 25,892 |
| Exploration | | (106) | | 1,403 |
| Reclamation cost accretion | | 243 | | 811 |
| General and administrative expenses | | 1,154 | | 3,481 |
| All-in sustaining costs | $ | 43,636 | $ | 127,526 |
| | | | | |
| Gold ounces produced | | 56,375 | | 174,073 |
| | | | | |
| **All-in sustaining costs per ounce produced net of by-product credits** | $ | 774 | $ | 733 |

[1]    The acquisition of Rio Alto occurred during Q2 2015 and therefore comparative 2014 figures are excluded.

30



Management's Discussion and Analysis
For the Years Ended December 31, 2015 and 2014
(tabular amounts expressed in thousands of United States dollars, except where
otherwise noted)

## CASH FLOW, LIQUIDITY, CAPITAL RESOURCES AND OTHER INFORMATION

### CASH FLOW

#### Q4 2015 vs. Q4 2014

Cash provided by operating activities before changes in working capital was $96.8 million for Q4 2015, compared to $27.5 million for Q4 2014. Net cash provided by operating activities totaled $54.2 million for Q4 2015, compared to $17.8 million for Q4 2014. The increase in cash from operations was due to the addition, beginning Q2 2015, of production from the La Arena mine included in the consolidated cash flows from operating activities.

Investing activities consisted of additions to property, plant, and equipment of $44.5 million during Q4 2015, compared to $12.7 million during Q4 2014.

Financing activities resulted in a cash outflow of $16.0 million during Q4 2015 compared to cash outflows of $3.6 million during Q4 2014. The Q4 2015 outflow was primarily due to the $13.6 million payment of dividends, $1.9 million payment of interest and financing fees and $1.5 million in payments on the finance leases offset by $1.1 million in proceeds from the issuance of common shares on exercise of share options and warrants. Cash used in financing activities in Q4 2014 consisted primarily of $3.0 million payment of dividends and $0.9 million payment of interest and financing fees offset by $0.3 million cash inflows relating to proceeds from the issuance of common shares on the exercise of stock options.

#### 2015 vs. 2014

Cash provided by operating activities before changes in working capital was $226.3 million for 2015, compared to $173.2 million for 2014. Net cash provided by operating activities totaled $166.7 million for 2015, compared to $119.3 million for 2014. The increase in cash from operations was due to the addition, beginning Q2 2015, of production from the La Arena mine included in the consolidated cash flows from operating activities.

Investing activities consisted of additions to property, plant, and equipment of $122.0 million during 2015, compared to $48.8 million during 2014. These additions were offset by $61.7 million in cash acquired through the Rio Alto acquisition in Q2 2015.

Financing activities resulted in a cash outflow of $81.8 million during 2015 compared to cash inflows of $1.7 million during 2014. The 2015 outflow was primarily due to the repayment of the loan facility of $50 million in addition to $49.7 million relating to the payment of dividends, $4.8 million in payments on the finance leases and $5.0 million in interest and financing fees paid offset by $27.7 million in proceeds from the issuance of common shares on the exercise of stock options. Cash used in financing activities in 2014 consisted primarily of $4.4 million interest payments on the $25 million expanded credit facility, $3.0 million payment of dividends and $1.5 million payment of financing fees offset by $10.7 million cash inflows relating to proceeds from the issuance of common shares on the exercise of stock options. The $25 million expanded credit facility was drawn and repaid during 2014 and therefore there is no impact on the financing activities during the period.

### LIQUIDITY AND CAPITAL RESOURCES

The Company's cash and cash equivalents balance at December 31, 2015 was $108.7 million compared to $80.4 million at December 31, 2014.

The Company had working capital of $77.3 million and non-current liabilities of $187.6 million at December 31, 2015 of which $134.6 million relates to non-cash deferred tax liabilities. This compares to working capital of $42.7 million at December 31, 2014 and non-current liabilities of $5.7 million. This change in the working capital position was due to the sale of concentrate production, collection of concentrate sales accounts receivable and buildup of product inventories and the acquisition of Rio Alto during Q2 2015.

31



Management's Discussion and Analysis
For the Years Ended December 31, 2015 and 2014
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

It is the opinion of management, based on the Company's current liquidity position, continued steady state operations and sale of concentrate and doré production, that the Company's liquid assets will be sufficient to discharge liabilities, and to continue funding operations. The Company may consider alternative financing arrangements to meet its strategic needs. Refer to the " *Debt Facilities* " section of this MD&A for further information.

The Company's capital consists of the following:

| | December 31, 2015 | | December 31, 2014 |
|---|---|---|---|
| **Equity** | $ **1,664,031** | $ | 878,060 |
| **Debt** | **35,000** | | 49,804 |
| **Lease obligations** | **13,862** | | - |
| | **1,712,893** | | 927,864 |
| **Less: cash and cash equivalents** | **(108,667)** | | (80,356) |
| **Less: restricted cash** | **(2,500)** | | - |
| | $ **1,601,726** | $ | 847,508 |

The Company's policy is to maintain a strong capital base so as to maintain investor, creditor and market confidence and to support future development of the business. The Company seeks to maintain a balance between the higher returns that might be possible with higher levels of borrowing and the advantages and security afforded by a sound capital position. The capital structure of the Company consists of common equity, comprising share capital and reserves net of accumulated deficit, and debt, which includes the credit facility and finance leases.

The Company's overall capital management strategy remains unchanged from the year ended December 31, 2014.

Dividends declared and paid during Q4 2015 and 2015 totaled $13.6 million and $49.7 million, respectively (Q4 2014 and 2014: $3.0 million and $3.0 million, respectively).

## COMMITMENTS AND CONTINGENCIES

The Company's significant undiscounted commitments at December 31, 2015 are as follows:

| | 1 year | 2-5 years | 5+ years | December 31, 2015 Total | December 31, 2014 Total |
|---|---|---|---|---|---|
| Accounts payable and accrued liabilities and other current liabilities | $ 99,748 | $ - | $ - | $ **99,748** | $ 40,246 |
| Debt | 35,000 | - | - | **35,000** | 51,313 |
| Income tax payable | 9,981 | - | - | **9,981** | 1,825 |
| Lease and contractual agreements | 7,972 | 1,505 | - | **9,477** | 7,783 |
| Commitments to purchase equipment, services, materials and supplies | 54,771 | 30,459 | - | **85,230** | 19,400 |
| Other non-current liabilities | - | 5,674 | - | **5,674** | 2,164 |
| Reclamation provision | 9 | 1,007 | 68,385 | **69,401** | 10,240 |
| | $ **207,481** | $ **38,645** | $ **68,385** | $ **314,511** | $ 132,971 |

32



Management's Discussion and Analysis
For the Years Ended December 31, 2015 and 2014
(tabular amounts expressed in thousands of United States dollars, except where
otherwise noted)

The significant increase over December 31, 2015 relates primarily to the acquisition of Rio Alto during Q2 2015.

## OFF-BALANCE SHEET ARRANGEMENTS

The Company currently has no off-balance sheet arrangements.

## USE OF FINANCIAL INSTRUMENTS

The principal financial instruments currently affecting the Company's financial condition are cash and cash equivalents, restricted cash, provisionally priced accounts receivable, accounts payable and accrued liabilities, debt, finance leases and a currency swap. The Company's exposure to credit risk on its Canadian currency and United States currency deposits is limited by maintaining such cash and term deposits with major Canadian banks and banks in the United States that have strong credit ratings. A minimal amount of cash is held by banks in Switzerland, Guatemala and Peru to fund the immediate needs of subsidiaries in those locations. To minimize risk, the Company's funds are kept in highly liquid instruments and on deposit with stable institutions and are redeemable on demand.

### Currency Swap

Concurrent with the sale-leaseback agreement discussed in the "Selected Operational Results - *Lease Obligation* " section, a cross-currency swap (the "Currency Swap") was entered into in the amount of $23.6 million at a fixed exchange rate of 2.96 Peruvian soles to one USD with quarterly instalments of principal and interest over a 3-year term. The changes in the fair value of the Currency Swap are recognized in the statement of operations as an unrealized gain or loss. At December 31, 2015, the Currency Swap had a fair value of $2.7 million and is included in other non-current liabilities. For the three months and year ended December 31, 2015, a loss of $0.3 million and $1.2 million, respectively, was recorded in the statement of operations.

## ASSET VALUATION

The Company performs impairment testing annually for its goodwill at the end of the third quarter of each financial year, or when there are indicators of potential impairment. Testing is performed on mineral interests and other assets, including goodwill, to determine if the recoverable amount (fair value less costs of disposal ("FVLCD")) of each cash generating units ("CGU") is greater than its carrying value. The Company identified four CGUs: Escobal (silver segment), La Arena oxides (gold segment), La Arena sulphides (gold segment) and Shahuindo (gold segment) for which it determined a FVLCD using a discounted cash flow ("DCF") model.

In determining the pricing assumptions to use in the DCF models, the Company used a combination of long-term consensus prices and management's best estimates as follows: Gold price: $1,200/ounce, silver price - $18.75/ounce, copper price $3.00/lb, Zinc price - $1.04/lb and lead price - $0.96/lb. Discount rates used were 7.00% for Escobal, La Arena oxides and Shahuindo. A rate of 8.75% was determined for the La Arena sulphide project. The rate used for Escobal, La Arena oxides and Shahuindo represents the lower risk associated with an operating mine compared with an exploration or development project. Using these assumptions among other quantitative and qualitative considerations, the Company determined that two CGUs were impaired by $220 million (after-tax amount approximately $153 million) which is included in other operating expenses. The impairment charge was primarily driven by a decrease of approximately $100/oz in gold price from the date of acquisition.

33



Management's Discussion and Analysis
For the Years Ended December 31, 2015 and 2014
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

Impairment by CGU at October 1, 2015 is as follows (in millions of USD):

| | Opening Carrying Value | | Fair Value | | Pre-tax impairment | | After-tax impairment | | Ending Carrying Value |
|---|---|---|---|---|---|---|---|---|---|
| La Arena oxides | 328 | | 229 | | 99 | | 69 | | **229** |
| Shahuindo | 468 | | 347 | | 121 | | 84 | | **347** |
| | $ | **796** | $ | **576** | $ | **220** | $ | **153** | $ | **576** |

## RELATED PARTIES

### Related party transactions

During the year ended December 31, 2015, the Company's related parties included its subsidiaries, Goldcorp Inc. ("Goldcorp") as a significant equity shareholder in the Company's publicly traded shares, key management personnel, and Directors.

On June 30, 2015, the closing of a secondary offering of the Tahoe commons shares beneficially held by Goldcorp resulted in Goldcorp no longer owning any common shares of the Company. Goldcorp was therefore no longer a related party subsequent to that date.

Transactions with subsidiaries, key management personnel, and Directors were conducted using normal commercial terms and were considered to be at arm's length.

### Key management personnel compensation

Key management are those personnel having the authority and responsibility for planning, directing, and controlling the Company. In addition to their salaries, key management personnel, including the Board of Directors, Officers and senior management, receive bonuses and also participate in the Company's Share Option and Share Incentive Plan.

Key management personnel compensation included in general administrative expenses is as follows:

| | **2015** | | 2014 |
|---|---|---|---|
| Short-term employee benefits [1] | **10,397** | | 6,450 |
| Share-based payments | **5,473** | | 4,814 |
| | $ | **15,870** | $ | 11,264 |

(1)     Short-term employee benefits include salaries, bonuses and other annual employee benefits paid during the year.

## RECLAMATION AND CLOSURE

The Company has an obligation to reclaim its properties. The Company recognizes the present value of liabilities for reclamation and closure costs in the period in which they are incurred. A corresponding increase in the carrying amount of the related assets is recorded and amortized over the life of the asset.

In determining the discount rate to be used in the calculation of the present value of the future reclamation obligations, the Company combines risk and inflation rates specific to the country in which the reclamation will take place.

As at December 31, 2015, the Company has estimated the present value of the future reclamation obligation arising from its activities to be $39.5 million (December 31, 2014: $3.5 million).

34



Management's Discussion and Analysis
For the Years Ended December 31, 2015 and 2014
(tabular amounts expressed in thousands of United States dollars, except where
otherwise noted)

For Escobal, La Arena and Shahuindo, the present value calculation assumes a discount rate of 6.60%, 4.69% and 5.08%, respectively (December 31, 2014: 5.77% for Escobal), an inflation rate of 2.39%, 2.72% and 2.72%, respectively (December 31, 2014: 3.42% for Escobal), an undiscounted amount to settle the obligation of $8.3 million, $43.8 million and $53.4 million, respectively (December 31, 2014: $10.2 million for Escobal), and the commencement of reclamation activities in 18 years, 6 years and 10 years, respectively.

## OUTSTANDING SHARE DATA

As at March 9, 2016, the Company had 227,442,434 issued and outstanding common shares, 4,027,704 issued and outstanding options and 353,000 issued and outstanding DSAs.

## DIVIDENDS

The Company declared and paid dividends of $13.6 million and $49.7 million to shareholders during Q4 2015 and 2015, respectively, and declared and paid dividends of $9.1 million during January and February 2016. This increase over prior year quarter and prior year dividend payments relates to the additional shares outstanding as a result of the Rio Alto acquisition effective Q2 2015. At March 9, 2016, the Company had not yet declared and made payable dividends to shareholders for March 2016.

## CHANGES IN ACCOUNTING POLICIES AND STANDARDS

### Application of new and revised accounting standards effective January 1, 2015

The Company has evaluated the new and revised IFRS standards and has determined that there is no material impact on the financial statements upon adoption. Details of these accounting standards are disclosed in note 4a) of the consolidated financial statements.

### Future accounting standards and interpretations

A number of new IFRS standards, and amendments to standards and interpretations, are not yet effective for 2015, and have not been applied in preparing the financial statements. The Company is currently evaluating the impact the future accounting standards and interpretations may have on its consolidated financial statements. Details of these future accounting standards and interpretations are disclosed in note 4b) of the consolidated financial statements.

## CRITICAL ACCOUNTING ESTIMATES

Critical accounting estimates used in the preparation of the consolidated financial statements include the Company's review of asset carrying values, the determination of impairment charges of long-lived assets, determination of mineral resources and valuation of share-based payments and the determination of amounts accrued for reclamation obligations. The estimates of non-cash compensation expenses involve considerable judgment and are, or could be, affected by significant factors that are out of the Company's control. Actual results could differ from those estimates.

Estimates and underlying assumptions are reviewed on an ongoing basis. Revisions to accounting estimates are recognized in the period in which the estimates are revised and in future periods affected.



Management's Discussion and Analysis
For the Years Ended December 31, 2015 and 2014
(tabular amounts expressed in thousands of United States dollars, except where
otherwise noted)

## Judgments

### Commercial Production

In order to declare commercial production, a mine must be able to operate at levels intended by management. Prior to commercial production, costs incurred are capitalized as part of the cost of placing the asset into service and proceeds from the sale of concentrates and doré are offset against the costs capitalized. Subsequent to the declaration of commercial production, depletion of the costs incurred begins. Management considers several criteria in determining when a mine is operating at levels intended, and is therefore in commercial production.

### Functional Currency

The functional currency for each of the Company's subsidiaries is the currency of the primary economic environment in which the entity operates. The Company has determined that for each subsidiary, the functional currency is the United States dollar. When determining the functional currency, certain judgments may be involved to assess the primary economic environment in which the subsidiary operates. If there is a change in events or conditions which determined the primary economic environment, the Company periodically reevaluates the functional currency for each of its subsidiaries.

### Economic recoverability and probability of future economic benefits of exploration, evaluation and development costs.

The Company makes determinations whether the development and related costs incurred which have been capitalized are economically recoverable. Management uses several criteria in its assessments of economic recoverability and probability of future economic benefits including geological and metallurgical information, economic assessments and existing permits for the life of mine plan. The estimates contained within these criteria could change over time which could affect the economic recoverability of capitalized costs.

## Estimates

### Revenue recognition

As is customary in the industry for concentrate sales, revenue on provisionally priced concentrate sales is recognized based on relevant forward market prices. At each reporting period, provisionally priced sales are marked to market based on the estimated forward price for the quotational period stipulated in the contract. The adjustment to provisionally priced metal sold is recorded as an adjustment to sales revenue.

### Estimated material in the mineral reserves

The carrying amounts of the Company's depletable mineral interests are depleted upon commencement of commercial production based on the units of production method over the estimated life of mine based on proven and probable reserves. Changes to estimates of material and depletable costs including changes resulting from revisions to the Company's mine plans can result in a change to future depletion rates.

Where commercial production has commenced but proven and probable reserves have yet to be established, the carrying amounts of the Company's depletable mineral interests are depleted based on the mineable portion of measured and indicated resources.

### Determination of Useful Lives

Plant and equipment other than mineral interests are depreciated using the straight-line method based on the specific asset's useful life. Should the actual useful life of the plant or equipment vary from the initial estimation, future depreciation charges may change. Should the grouping of these like assets change, depreciation charges may vary materially in the future.

36



Management's Discussion and Analysis
For the Years Ended December 31, 2015 and 2014
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

*Impairment charges*

At the end of each reporting period, the Company assesses whether any indication of impairment exists. Where an indicator of impairment exists, an impairment analysis is performed. The impairment analysis requires the use of estimates and assumptions including among others, long-term commodity prices, discount rates, length of mine life, future production levels, future operating costs, future capital expenditures and tax positions taken. The estimates and assumptions are subject to risk and uncertainty; hence, there is the possibility that changes in circumstances will alter these projections, which may impact the recoverable amount of the individual assets or CGUs. In such circumstances, some or all of the carrying value of the assets or CGUs may be further impaired or the impairment charge reduced with the impact recorded in the consolidated statements of operations and comprehensive (loss) income.

*Reclamation provision and site closure costs*

The Company's accounting policy for the recognition of accrued site closure costs requires significant estimates and assumptions such as the requirements of the relevant environmental, legal and regulatory framework, the magnitude of possible disturbance and the timing, extent and costs of required closure and rehabilitation activity. Changes to these estimates and assumptions may result in future actual expenditures differing from the amounts currently provided for. The decommissioning liability is periodically reviewed and updated prospectively based on the available facts and circumstances.

*Income taxes*

The Company is periodically required to estimate the tax basis of assets and liabilities. Where applicable tax laws and regulations are either unclear or subject to varying interpretations, it is possible that changes in these estimates could occur that materially affect the amounts of deferred income tax assets and liabilities recorded in the financial statements. Changes in deferred tax assets and liabilities generally have a direct impact on earnings in the period of changes. Each period, the Company evaluates the likelihood of whether some portion or all of each deferred tax asset will not be realized. This evaluation is based on historic and future expected levels of taxable income, the pattern and timing of reversals of taxable temporary timing differences that give rise to deferred tax liabilities, and tax planning initiatives. Levels of future taxable income are affected by, among other things, the market price for saleable metals, production costs, interest rates and foreign currency exchange rates.

*Valuation of inventory*

All inventory is valued at the lower of average cost or net realizable value. Management is required to make various estimates and assumptions to determine the value of stockpiled ore, concentrate inventories, ore stacked on leach pads and ore in process. The estimates and assumptions include surveyed quantities of stockpiled ore, in-process volumes, contained metal content, recoverable metal content, costs to recover saleable metals, payable metal values once processed and the corresponding metals prices. Changes in these estimates can result in changes to the carrying amounts of inventories and mine operating costs of future periods.

*Deferred stripping costs*

In determining whether stripping costs incurred during the production phase of a mineral property relate to reserves and resources that will be mined in a future period and therefore should be capitalized, the Company makes estimates of the stripping activity over the life of the component of reserves and resources which have been made accessible. Changes in estimated strip ratios can result in a change to the future capitalization of stripping costs incurred.

186



Management's Discussion and Analysis
For the Years Ended December 31, 2015 and 2014
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

As at December 31, 2015 and December 31, 2014, the Company has no capitalized stripping costs relating to production phase stripping.

*Share-based compensation*

The Company makes certain estimates and assumptions when calculating the fair value of share-based compensation granted. The significant estimations and assumptions include expected volatility, expected life, expected dividend yield and expected risk-free rate of return. Changes in these assumptions may result in a material change to the expense recorded for the issuance of share-based compensation.

*Business combinations*

The information necessary to measure the fair values as at the acquisition date of assets acquired and liabilities assumed requires management to make certain judgments and estimates about future events, including but not limited to:

    i.        Estimates of mineral reserves, mineral resources and exploration potential acquired;
    ii.      Future operating costs and capital expenditures;
    iii.    Discount rates to determine fair value of assets acquired; and
    iv.    Future metal prices and long-term foreign exchange rates.

Changes to the preliminary measurements of assets and liabilities acquired may be retrospectively adjusted when new information is obtained until the final measurements are determined within one year of the acquisition date.

*Contingencies*

Due to the size, complexity and nature of the Company's operations, various legal and tax matters arise in the ordinary course of business. The Company accrues for such items when a liability is both probable and the amount can be reasonably estimated.

There are no matters at December 31, 2015 that are expected to have a material effect on the consolidated financial statements of the Company.

**DISCLOSURE CONTROLS AND PROCEDURES AND
INTERNAL CONTROLS OVER FINANCIAL REPORTING**

**DISCLOSURE CONTROLS AND PROCEDURES**

The Company's management, including the Executive Chair and Chief Executive Officer ("CEO") and the Vice-President and Chief Financial Officer ("CFO"), is responsible for the design of disclosure controls and procedures and internal controls over financial reporting ("ICFR"). Having assessed the effectiveness of the Company's disclosure controls and procedures, the CEO and CFO believe that the disclosure controls and procedures are effective at a reasonable assurance level as of the end of the period covered by this report.

**INTERNAL CONTROLS OVER FINANCIAL REPORTING**

The Company's management is responsible for establishing and maintaining an adequate system of internal controls, including ICFR. To design and evaluate its ICFR, the Company used the *Internal Control – Integrated Framework (2013)* published by the Committee of Sponsoring Organizations of the Treadway Commission (the "2013 COSO Framework").

38

187



Management's Discussion and Analysis
For the Years Ended December 31, 2015 and 2014
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

The Company's ICFR include policies and procedures that: (1) pertain to the maintenance of records and accurately and fairly reflect, in reasonable detail, the transactions related to acquisition, maintenance and disposition of its assets; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with IFRS, and receipts are recorded and expenditures are incurred only in accordance with authorization of its management and directors; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of assets that could have a material effect on its financial statements. Management has concluded that the Company's ICFR were effective as of December 31, 2015 and provide reasonable assurance that financial information is recorded, processed, summarized and reported in a timely manner.

The Company has designed its internal risk management and control systems to provide reasonable (but not absolute) assurance to ensure compliance with regulatory matters and to safeguard reliability of the financial reporting and its disclosures.

In accordance with National Instrument 52-109, the design of internal control over financial reporting excludes the controls, policies and procedures of Rio Alto on the basis that Rio Alto was acquired on April 1, 2015 and therefore not more than 365 days before the end of the relevant period of December 31, 2015.

Other than the exclusion of Rio Alto described above, management assessed the effectiveness of the Company's internal control over financial reporting as of December 31, 2015, based on the criteria set forth in *Internal Control – Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission. Based on this assessment, management concludes that, as of December 31, 2015, the Company's internal control over financial reporting was effective.

## CAUTIONARY NOTE REGARDING INTERNAL CONTROLS

The Company's management, including the CEO and the CFO, believe that any disclosure controls and procedures or internal controls and procedures, no matter how well conceived and operated, can provide only reasonable, not absolute, assurance that the objectives of the control system are met. Further, the design of a control system must reflect the fact that there are resource constraints, and the benefits of controls must be considered relative to their costs. Because of the inherent limitations in all control systems, they cannot provide absolute assurance that all control issues and instances of fraud, if any, within the Company have been prevented or detected. These inherent limitations include the realities that judgments in decision-making can be faulty, and that breakdowns can occur because of simple error or mistake. Additionally, controls can be circumvented by the individual acts of some persons, by collusion of two or more people, or by unauthorized override of the control. The design of any system of control is based in part upon certain assumptions about the likelihood of future events, and there can be no assurance that any design will succeed in achieving its stated goals under all potential future conditions. Accordingly, because of the inherent limitations in a cost effective control system, misstatements due to error or fraud may occur and may not be detected.

## TECHNICAL INFORMATION

Charles Muerhoff, Vice President Technical Services and Qualified Person as defined in National Instrument 43-101 has reviewed and approved the scientific and technical information contained in this MD&A.

39



Management's Discussion and Analysis
For the Years Ended December 31, 2015 and 2014
(tabular amounts expressed in thousands of United States dollars, except where
otherwise noted)

**CAUTIONARY STATEMENT ON FORWARD-LOOKING INFORMATION**

This MD&A contains "forward-looking information" within the meaning of applicable Canadian securities legislation, and "forward-looking statements" within the meaning of the United States Private Securities Litigation Reform Act of 1995 (collectively referred to as "forward-looking statements"). All statements, other than statements of historical fact, are forward-looking statements. The words "believe", "expect", "anticipate", "contemplate", "target", "plan", "intend", "continue", "budget", "estimate", "may", "will", "schedule" and similar expressions or statements identify forward-looking statements. Forward-looking statements in this MD&A may include, but are not limited to, statements and/or information related to: the Company's liquidity position and sufficiency of cash from operations to fund repayment of outstanding debt; the expected working capital requirements, the sufficiency of capital resources and the possibility of considering alternative financing arrangements to meet strategic needs; the timing for completion of the extensions to the leach pad and waste dump at the La Arena mine; the expected timing for achieving commercial production at the Shahuindo gold project; the 2016 operations outlook and production guidance, including estimated unit costs per ounce of silver and gold and estimated capital costs; assessment of future reclamation obligations; exploration and review of prospective mineral acquisitions; changes in Guatemalan and Peruvian mining laws and regulations; changes to the Peruvian tax dividend rate; the timing and results of court proceedings; the timing for the final commissioning and start-up of the paste-backfill plant at the Escobal mine and the expected annual cost reductions from its operation; and the completion of the business combination with Lake Shore and the timing therefor.

Forward-looking statements are based on the reasonable assumptions, estimates, analysis and opinions of management made in light of its experience and its perception of trends, current conditions and expected developments, as well as other factors that management believes to be relevant and reasonable in the circumstances at the date that such statements are made, but which may prove to be incorrect. Management believes that the assumptions and expectations reflected in such forward-looking statements are reasonable. Assumptions have been made regarding, among other things: the Company's ability to carry on exploration and development activities, including construction; the timely receipt of required approvals, including the approvals required for the business combination with Lake Shore; the price of silver, gold and other metals; the Company's ability to operate in a safe, efficient and effective manner; prices for key mining supplies, including labor costs and consumables, remaining consistent with the Company's current expectations; production meeting expectations and being consistent with estimates; plant, equipment and processes operating as anticipated; there being no material variations in the current tax and regulatory environment; the exchange rates among the Canadian dollar, the Guatemalan quetzal, the Peruvian sol and the United States dollar remaining consistent with current levels; the Company's ability to obtain financing as and when required and on reasonable terms; and the successful closing of the business combination with Lake Shore. Readers are cautioned that the foregoing list is not exhaustive of all factors and assumptions which may have been used.

Forward-looking statements are subject to known and unknown risks, uncertainties and other factors that may cause actual results to be materially different from those expressed or implied by such forward-looking statements. Such risks, uncertainties and other factors include but are not limited to: the Company's dependence on the Escobal and La Arena Mines; the fluctuation of the price of silver, gold and other metals; changes in national and local government legislation, taxation and controls or regulations; changes and national and local government politics and office holders; social unrest, and political or economic instability in Guatemala and/or Peru; the availability of additional funding as and when required; the speculative nature of mineral exploration and development; the timing and ability to maintain and, where necessary, obtain necessary permits and licenses; the uncertainty in the estimation of mineral resources and mineral reserves; the uncertainty in geologic, hydrological, metallurgical and geotechnical studies and opinions; infrastructure risks, including access to water and power; the impact of inflation; changes in the administration of governmental regulation, policies and practices; environmental risks and hazards; insured and uninsured risks; land title risks; risks associated with illegal mining activities by unauthorized individuals on the Company's mining or exploration properties; risks associated with competition; risks associated with currency fluctuations; labor and employment risks; dependence on key management personnel and executives; the timing and possible outcome of pending or threatened litigation; the consequences of adverse judicial rulings; the risk of unanticipated litigation; risks associated with the repatriation of earnings; risks associated with negative operating cash flow; risks associated with the Company's hedging policies; risks associated with dilution; and risks associated with effecting service of process and enforcing judgments. See the Company's 2015 Annual Information Form under the heading "Description of Our Business – Risk Factors Relating to Our Business and – Risk Factors Relating to Our Shares" and the Company's short-form prospectus dated June 23, 2015 under the heading "Risk Factors", each of which are "available on www.sedar.com.

40



Management's Discussion and Analysis
For the Years Ended December 31, 2015 and 2014
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

Although management has attempted to identify important factors that could cause actual results to differ materially from those contained in forward-looking statements, there may be other factors that cause results not to be as anticipated, estimated or intended. There is no assurance that forward-looking statements will prove to be accurate, as actual results and future events could differ materially from those anticipated in such forward-looking statements. Accordingly, readers should not place undue reliance on forward-looking statements. The Company does not undertake to update any forward-looking statements, except as, and to the extent required by, applicable securities laws.

## NOTICE TO READERS IN THE UNITED STATES

Canadian standards, including those under National Instrument 43-101 *Standards of Disclosure for Mineral Projects* , differ significantly from the requirements of the Securities and Exchange Commission of the United States ("SEC"), and mineral resource and mineral reserve information contained or incorporated by reference in the MD&A may not be comparable to similar information disclosed by U.S. companies. Under U.S. standards, mineralization may not be classified as a "reserve" unless the determination has been made that the mineralization could be economically and legally produced or extracted at the time the reserve determination is made. The SEC's disclosure standards normally do not permit the inclusion in documents filed with the SEC of information concerning "measured mineral resources", "indicated mineral resources" or "inferred mineral resources" or other descriptions of the amount of mineralization in mineral deposits that do not constitute "reserves" by U.S. standards. U.S. investors should also understand that "inferred mineral resources" have a great amount of uncertainty as to their existence and as to their economic and legal feasibility. It cannot be assumed that all or any part of an "inferred mineral resource" will ever be upgraded to a higher category. Under Canadian rules, estimated "inferred mineral resources" may not form the basis of feasibility or pre-feasibility studies except in rare cases. Investors are cautioned not to assume that all or any part of an "inferred mineral resource" exists or is economically or legally mineable. Disclosure of "contained ounces" in a mineral resource estimate is permitted disclosure under Canadian regulations; however, the SEC normally only permits issuers to report mineralization that does not constitute "reserves" by SEC standards as in place tonnage and grade without reference to unit measures. The requirements for identification of "reserves" are also not the same as those of the SEC, and reserves reported by the Company may not qualify as "reserves" under SEC standards. Accordingly, information concerning mineral deposits set forth herein may not be comparable with information made public by companies that report in accordance with U.S. standards.

41

**EXHIBIT 99.4**

**CERTIFICATION**

I, C. Kevin McArthur, certify that:

(1)     I have reviewed this Annual Report on Form 40-F of Tahoe Resources Inc. for the year ended December 31, 2015.

(2)     Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report.

(3)     Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the issuer as of, and for, the periods presented in this report.

(4)     The issuer's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the issuer and have:

(a)     designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the issuer, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b)     designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c)     evaluated the effectiveness of the issuer's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d)     disclosed in this report any change in the issuer's internal control over financial reporting that occurred during the period covered by the annual report that has materially affected, or is reasonably likely to materially affect, the issuer's internal control over financial reporting.

(5)     The issuer's other certifying officer(s) and I have disclosed, based on our most recent evaluation of the internal control over financial reporting, to the issuer's auditors and the audit committee of the issuer's board of directors (or persons performing the equivalent functions):

(a)     all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the issuer's ability to record, process, summarize and report financial information; and

(b)     any fraud, whether or not material, that involves management or other employees who have a significant role in the issuer's internal control over financial reporting.

Date: March 24, 2016

By: /s/ *C. Kevin McArthur*
Name: C. Kevin McArthur
Title: Chief Executive Officer

**EXHIBIT 99.5**

**CERTIFICATION**

I, Mark T. Sadler, certify that:

(1)    I have reviewed this Annual Report on Form 40-F of Tahoe Resources Inc. for the year ended December 31, 2015.

(2)    Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report.

(3)    Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the issuer as of, and for, the periods presented in this report.

(4)    The issuer's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the issuer and have:

(a)    designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the issuer, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b)    designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c)    evaluated the effectiveness of the issuer's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d)    disclosed in this report any change in the issuer's internal control over financial reporting that occurred during the period covered by the annual report that has materially affected, or is reasonably likely to materially affect, the issuer's internal control over financial reporting.

(5)    The issuer's other certifying officer(s) and I have disclosed, based on our most recent evaluation of the internal control over financial reporting, to the issuer's auditors and the audit committee of the issuer's board of directors (or persons performing the equivalent functions):

(a)    all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the issuer's ability to record, process, summarize and report financial information; and

(b)    any fraud, whether or not material, that involves management or other employees who have a significant role in the issuer's internal control over financial reporting.

Date: March 24, 2016

By: /s/ *Mark T. Sadler*
Name: Mark T. Sadler
Title: Chief Financial Officer

**EXHIBIT 99.6**

**CERTIFICATION**
**PURSUANT TO**
**18 U.S.C. SECTION 1350,**
**AS ADOPTED PURSUANT TO**
**SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

I, C. Kevin McArthur, Chief Executive Officer of Tahoe Resources Inc. (the "Company"), hereby certify pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that, to the best of my knowledge:

(i)     the Annual Report on Form 40-F of the Company for the fiscal year ended December 31, 2015 (the "Annual Report") fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended; and

(ii)    the information contained in the Annual Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

|  |  |
|---|---|
| By: | /s/ *C. Kevin McArthur* |
| Name: | C. Kevin McArthur |
| Title: | Chief Executive Officer |
| Date: | March 24, 2016 |

**EXHIBIT 99.7**

**CERTIFICATION
PURSUANT TO
18 U.S.C. SECTION 1350,
AS ADOPTED PURSUANT TO
SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

I, Mark T. Sadler, Chief Financial Officer of Tahoe Resources Inc. (the "Company"), hereby certify pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that, to the best of my knowledge:

(i)    the Annual Report on Form 40-F of the Company for the fiscal year ended December 31, 2015 (the "Annual Report") fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended; and

(ii)    the information contained in the Annual Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

By:        /s/ *Mark T. Sadler*

Name:        Mark T. Sadler

Title:        Chief Financial Officer

Date:        March 24, 2016

194

**CONSENT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

We consent to the incorporation by reference in Registration Statement No. 333-181981 on Form S-8 and to the use of our reports dated March 9, 2016 relating to the consolidated financial statements of Tahoe Resources Inc. and the effectiveness of Tahoe Resources Inc.'s internal control over financial reporting appearing in this Annual Report on Form 40-F of Tahoe Resources Inc. for the year ended December 31, 2015.

*/s/ Deloitte LLP*

Chartered Professional Accountants
Vancouver, Canada
March 9, 2016

VIA EDGAR

196

| To: | **United States Securities and Exchange Commission** |
|---|---|
| Re: | **Tahoe Resources Inc. (the "Company")** |
| | **Annual Report on Form 40-F** |
| | **Consent of Expert** |

This consent is provided in connection with the Company's annual report on Form 40-F to be filed by the Company with the United States Securities and Exchange Commission and any amendments thereto (the " **Annual Report** "). The Annual Report incorporates by reference, among other things, the Company's Annual Information Form for the year ended December 31, 2015 (the " **Annual Information Form** ").

I, Fernando Angeles, P.Eng., of Rio Alto SAC, Lima, Peru, hereby consent to:

- the use of my name in connection with my involvement in the preparation of the technical report entitled *La Arena Project, Peru, Technical Report (NI 43-101)* dated February 27, 2015 with an effective date of December 31, 2014 (the " **Technical Report** ");

- references to the Technical Report, or portions thereof, in the Annual Information Form; and

- the inclusion and incorporation by reference of the information derived from the Technical Report in the Annual Report.

Dated the 24 <sup>th</sup> day of March, 2016

*/s/ Fernando Angeles*
**Fernando Angeles, P.Eng.**

VIA EDGAR

197

To:     **United States Securities and Exchange**
        **Commission**
Re:     **Tahoe Resources Inc. (the "Company")**
        **Annual Report on Form 40-F**
        **Consent of Expert**

This consent is provided in connection with the Company's annual report on Form 40-F to be filed by the Company with the United States Securities and Exchange Commission and any amendments thereto (the " **Annual Report** "). The Annual Report incorporates by reference, among other things, the Company's Annual Information Form for the year ended December 31, 2015 (the " **Annual Information Form** ").

I, Daniel Roth, P.E., of M3 Engineering & Technical Corporation, Tucson, Arizona, hereby consent to:

- the use of my name in connection with my involvement in the preparation of the technical report entitled *Escobal Mine Guatemala NI 43-101 Feasibility Study – Southeastern Guatemala* issued on November 5, 2014, with effective dates of January 23, 2014 for the Escobal Mineral Resource and July 1, 2014 for the Escobal Mineral Reserve (the " **Technical Report** ");

- references to the Technical Report, or portions thereof, in the Annual Information Form; and

- the inclusion and incorporation by reference of the information derived from the Technical Report in the Annual Report.

Dated the 24 <u>th</u> day of March, 2016

*/s/ Daniel Roth*
**Daniel Roth, P.E.**

VIA EDGAR                                                                              198

| To: | **United States Securities and Exchange Commission** |
|-----|------|
| Re: | **Tahoe Resources Inc. (the "Company")** |
|     | **Annual Report on Form 40-F** |
|     | **Consent of Expert** |

This consent is provided in connection with the Company's annual report on Form 40-F to be filed by the Company with the United States Securities and Exchange Commission and any amendments thereto (the " **Annual Report** "). The Annual Report incorporates by reference, among other things, the Company's Annual Information Form for the year ended December 31, 2015 (the " **Annual Information Form** ").

I, Tim Williams, FAusIMM, Vice President Operations & Peru Country Manager, of the Company, Reno, Nevada, hereby consent to:

- the use of my name in connection with my involvement in the preparation of (i) the technical report entitled *La Arena Project, Peru, Technical Report (NI 43-101)* dated February 27, 2015 with an effective date of December 31, 2014, and (ii) the technical report entitled *Technical Report on the Shahuindo Mine, Cajabamba, Peru* dated January 25, 2016 with an effective date of January 1, 2016, (together, the " **Technical Reports** ");

- references to the Technical Reports, or portions thereof, in the Annual Information Form; and

- the inclusion and incorporation by reference of the information derived from the Technical Reports in the Annual Report.

Dated the 24 <u>th</u> day of March, 2016

*/s/ Tim Williams*
**Tim Williams, FAusIMM**

VIA EDGAR

199

**To:**     **United States Securities and Exchange Commission**

**Re:**     **Tahoe Resources Inc. (the "Company")**
            **Annual Report on Form 40-F**
            **Consent of Expert**

This consent is provided in connection with the Company's annual report on Form 40-F to be filed by the Company with the United States Securities and Exchange Commission and any amendments thereto (the " **Annual Report** "). The Annual Report incorporates by reference, among other things, the Company's Annual Information Form for the year ended December 31, 2015 (the " **Annual Information Form** ").

I, Conrad E. Huss, P.E., Ph.D., of M3 Engineering & Technical Corporation, Tucson, Arizona, hereby consent to:

- the use of my name in connection with my involvement in the preparation of the technical report entitled *Escobal Mine Guatemala NI 43-101 Feasibility Study – Southeastern Guatemala* issued on November 5, 2014, with effective dates of January 23, 2014 for the Escobal Mineral Resource and July 1, 2014 for the Escobal Mineral Reserve (the " **Technical Report** ");

- references to the Technical Report, or portions thereof, in the Annual Information Form; and

- the inclusion and incorporation by reference of the information derived from the Technical Report in the Annual Report.

Dated the 24 th day of March, 2016

*/s/ Conrad E. Huss*

Conrad E. Huss, P.E., Ph.D

VIA EDGAR                                                                                                    200

To:     **United States Securities and Exchange Commission**
Re:     **Tahoe Resources Inc. (the "Company")**
        **Annual Report on Form 40-F**
        **Consent of Expert**

This consent is provided in connection with the Company's annual report on Form 40-F to be filed by the Company with the United States Securities and Exchange Commission and any amendments thereto (the " **Annual Report** "). The Annual Report incorporates by reference, among other things, the Company's Annual Information Form for the year ended December 31, 2015 (the " **Annual Information Form** ").

I, Enrique Garay, M Sc. (MAIG), Lima, Peru, hereby consent to:

- the use of my name in connection with my involvement in the preparation of the technical report entitled *La Arena Project, Peru, Technical Report (NI 43-101)* dated February 27, 2015 with an effective date of December 31, 2014 (the " **Technical Report** ");

- references to the Technical Report, or portions thereof, in the Annual Information Form; and

- the inclusion and incorporation by reference of the information derived from the Technical Report in the Annual Report.

Dated the 24 th day of March, 2016

*/s/ Enrique Garay*
**Enrique Garay, M Sc. (MAIG)**

VIA EDGAR

**To:** **United States Securities and Exchange Commission**
**Re:** **Tahoe Resources Inc. (the "Company")**
**Annual Report on Form 40-F**
**Consent of Expert**

This consent is provided in connection with the Company's annual report on Form 40-F to be filed by the Company with the United States Securities and Exchange Commission and any amendments thereto (the " **Annual Report** "). The Annual Report incorporates by reference, among other things, the Company's Annual Information Form for the year ended December 31, 2015 (the " **Annual Information Form** ").

I, Ian Dreyer, B.App.Sc., MAusIMM (CP), Lima, Peru, hereby consent to:

- the use of my name in connection with my involvement in the preparation of the technical report entitled *La Arena Project, Peru, Technical Report (NI 43-101)* dated February 27, 2015 with an effective date of December 31, 2014 (the " **Technical Report** ");

- references to the Technical Report, or portions thereof, in the Annual Information Form; and

- the inclusion and incorporation by reference of the information derived from the Technical Report in the Annual Report.

Dated the 24 th day of March, 2016

*/s/ Ian Dreyer*
**Ian Dreyer, B.App.Sc., MAusIMM (CP)**

201

VIA EDGAR

| To: | **United States Securities and Exchange Commission** |
|---|---|
| Re: | **Tahoe Resources Inc. (the "Company")** |
| | **Annual Report on Form 40-F** |
| | **Consent of Expert** |

This consent is provided in connection with the Company's annual report on Form 40-F to be filed by the Company with the United States Securities and Exchange Commission and any amendments thereto (the " **Annual Report** "). The Annual Report incorporates by reference, among other things, the Company's Annual Information Form for the year ended December 31, 2015 (the " **Annual Information Form** ").

I, Paul Tietz, C.P.G. of Mine Development Associates, Inc., Reno, Nevada, hereby consent to:

- the use of my name in connection with my involvement in the preparation of the technical report entitled *Escobal Mine Guatemala NI 43-101 Feasibility Study – Southeastern Guatemala* issued on November 5, 2014, with effective dates of January 23, 2014 for the Escobal Mineral Resource and July 1, 2014 for the Escobal Mineral Reserve (the " **Technical Report** ");

- references to the Technical Report, or portions thereof, in the Annual Information Form; and

- the inclusion and incorporation by reference of the information derived from the Technical Report in the Annual Report.

Dated the 24 <u>th</u> day of March, 2016

*/s/ Paul Tietz*
**Paul Tietz, C.P.G.**

202

VIA EDGAR

203

To:    **United States Securities and Exchange**
       **Commission**
Re:    **Tahoe Resources Inc. (the "Company")**
       **Annual Report on Form 40-F**
       **Consent of Expert**

This consent is provided in connection with the Company's annual report on Form 40-F to be filed by the Company with the United States Securities and Exchange Commission and any amendments thereto (the " **Annual Report** "). The Annual Report incorporates by reference, among other things, the Company's Annual Information Form for the year ended December 31, 2015 (the " **Annual Information Form** ").

I, Matthew Blattman, P.E., of Blattman Brothers Consulting LLC, Cypress, Texas, hereby consent to:

- the use of my name in connection with my involvement in the preparation of the technical report entitled *Escobal Mine Guatemala NI 43-101 Feasibility Study – Southeastern Guatemala* issued on November 5, 2014, with effective dates of January 23, 2014 for the Escobal Mineral Resource and July 1, 2014 for the Escobal Mineral Reserve (the " **Technical Report** ");

- references to the Technical Report, or portions thereof, in the Annual Information Form; and

- the inclusion and incorporation by reference of the information derived from the Technical Report in the Annual Report.

Dated the 24 <u>th</u> day of March, 2016

*/s/ Matthew Blattman*
**Matthew Blattman, P.E.**

VIA EDGAR

| | |
|---|---|
| **To:** | **United States Securities and Exchange Commission** |
| **Re:** | **Tahoe Resources Inc. (the "Company")** |
| | **Annual Report on Form 40-F** |
| | **Consent of Expert** |

This consent is provided in connection with the Company's annual report on Form 40-F to be filed by the Company with the United States Securities and Exchange Commission and any amendments thereto (the " **Annual Report** "). The Annual Report incorporates by reference, among other things, the Company's Annual Information Form for the year ended December 31, 2015 (the " **Annual Information Form** ").

I, Charles Muerhoff, SME RM, Vice President, Technical Services, of the Company, Reno, Nevada, hereby consent to:

- the use of my name in connection with my involvement in (i) the preparation of the technical report entitled *Technical Report on the Shahuindo Mine, Cajabamba, Peru* dated January 25, 2016 with an effective date of January 1, 2016 (the " **Technical Report** "), and (ii) the verification of the post Escobal, La Arena and Shahuindo Feasibility Studies technical information included in the Annual Information Form;

- references to the Technical Report, or portions thereof, in the Annual Information Form;

- the disclosure of such post Escobal, La Arena and Shahuindo Feasibility Studies technical information in the Annual Information Form; and

- the inclusion and incorporation by reference of (i) the information derived from the Technical Report, and (ii) such post Escobal, La Arena and Shahuindo Feasibility Studies technical information, in the Annual Report.

Dated the 24 <sup>th</sup> day of March, 2016

*/s/ Charles Muerhoff*
**Charles Muerhoff, SME RM**

VIA EDGAR

**To:**  **United States Securities and Exchange Commission**

**Re:**  **Tahoe Resources Inc. (the "Company")**
   **Annual Report on Form 40-F**
   **Consent of Expert**

This consent is provided in connection with the Company's annual report on Form 40-F to be filed by the Company with the United States Securities and Exchange Commission and any amendments thereto (the " **Annual Report** "). The Annual Report incorporates by reference, among other things, the Company's Annual Information Form for the year ended December 31, 2015 (the " **Annual Information Form** ").

I, Jack Caldwell, P.E., of Robertson GeoConsultants Inc., Vancouver, British Columbia, hereby consent to:

- the use of my name in connection with my involvement in the preparation of the technical report entitled *Escobal Mine Guatemala NI 43-101 Feasibility Study – Southeastern Guatemala* issued on November 5, 2014, with effective dates of January 23, 2014 for the Escobal Mineral Resource and July 1, 2014 for the Escobal Mineral Reserve (the " **Technical Report** ");

- references to the Technical Report, or portions thereof, in the Annual Information Form; and

- the inclusion and incorporation by reference of the information derived from the Technical Report in the Annual Report.

Dated the 24 <u>th</u> day of March, 2016

*/s/ Jack Caldwell*
**Jack Caldwell, P.E.**

VIA EDGAR

**To:**   **United States Securities and Exchange**
        **Commission**
**Re:**   **Tahoe Resources Inc. (the "Company")**
        **Annual Report on Form 40-F**
        **Consent of Expert**

This consent is provided in connection with the Company's annual report on Form 40-F to be filed by the Company with the United States Securities and Exchange Commission and any amendments thereto (the " **Annual Report** "). The Annual Report incorporates by reference, among other things, the Company's Annual Information Form for the year ended December 31, 2015 (the " **Annual Information Form** ").

I, Thomas L. Drielick, P.E., of M3 Engineering & Technical Corporation, Tucson, Arizona, hereby consent to:

- the use of my name in connection with my involvement in the preparation of the technical report entitled *Escobal Mine Guatemala NI 43-101 Feasibility Study – Southeastern Guatemala* issued on November 5, 2014, with effective dates of January 23, 2014 for the Escobal Mineral Resource and July 1, 2014 for the Escobal Mineral Reserve (the " **Technical Report** ");

- references to the Technical Report, or portions thereof, in the Annual Information Form; and

- the inclusion and incorporation by reference of the information derived from the Technical Report in the Annual Report.

Dated the 24 th day of March, 2016

*/ s/Thomas L. Drielick*
**Thomas L. Drielick, P.E.**

206

VIA EDGAR

To:     **United States Securities and Exchange Commission**
Re:     **Tahoe Resources Inc. (the "Company")**
        **Annual Report on Form 40-F**
        **Consent of Expert**

This consent is provided in connection with the Company's annual report on Form 40-F to be filed by the Company with the United States Securities and Exchange Commission and any amendments thereto (the " **Annual Report** "). The Annual Report incorporates by reference, among other things, the Company's Annual Information Form for the year ended December 31, 2015 (the " **Annual Information Form** ").

I, Carl Defilippi, C.E.M., SME RM, of Kappes, Cassiday & Associates, Reno, Nevada, hereby consent to:

- the use of my name in connection with my involvement in the preparation of the technical report entitled *Technical Report on the Shahuindo Mine, Cajabamba, Peru* dated January 25, 2016 with an effective date of January 1, 2016, (the " **Technical Report** ");

- references to the Technical Report, or portions thereof, in the Annual Information Form; and

- the inclusion and incorporation by reference of the information derived from the Technical Report in the Annual Report.

Dated the 24 th day of March, 2016

*/s/ Carl Defilippi*
**Carl Defilippi, C.E.M., SME RM**

207

VIA EDGAR

| | |
|---|---|
| **To:** | **United States Securities and Exchange Commission** |
| **Re:** | **Tahoe Resources Inc. (the "Company")** |
| | **Annual Report on Form 40-F** |
| | **Consent of Expert** |

This consent is provided in connection with the Company's annual report on Form 40-F to be filed by the Company with the United States Securities and Exchange Commission and any amendments thereto (the " **Annual Report** "). The Annual Report incorporates by reference, among other things, the Company's Annual Information Form for the year ended December 31, 2015 (the " **Annual Information Form** ").

I, Greg Lane, FAusIMM, of Ausenco Services Pty Ltd., South Brisbane, Queensland, Australia, hereby consent to:

- the use of my name in connection with my involvement in the preparation of the technical report entitled *La Arena Project, Peru, Technical Report (NI 43-101)* dated February 27, 2015 with an effective date of December 31, 2014 (the " **Technical Report** ");
- references to the Technical Report, or portions thereof, in the Annual Information Form; and
- the inclusion and incorporation by reference of the information derived from the Technical Report in the Annual Report.

Dated the 24 th day of March, 2016

*/s/ Greg Lane*
**Greg Lane, FAusIMM**