# Exhibit D

## 2016 Annual Report

# Exhibit D

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

# FORM 40-F

[  ] **REGISTRATION STATEMENT PURSUANT TO SECTION 12 OF THE SECURITIES EXCHANGE ACT OF 1934**

OR

[X] **ANNUAL REPORT PURSUANT TO SECTION 13(a) OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended: **December 31, 2016**                    Commission File Number: **001-35531**

# TAHOE RESOURCES INC.
*(Exact name of Registrant as specified in its charter)*

| **British Columbia, Canada** | **1040** | **27-1840120** |
|---|---|---|
| *(Province or Other Jurisdiction of Incorporation or Organization)* | *(Primary Standard Industrial Classification Code)* | *(I.R.S. Employer Identification No.)* |

**5310 Kietzke Lane, Suite 200**
**Reno, Nevada 89511**
**(775) 448-5800**
*(Address and telephone number of Registrant's principal executive offices)*

**Tahoe Resources USA Inc.**
**5310 Kietzke Lane, Suite 200**
**Reno, Nevada 89511**
**(775) 448-5800**
*(Name, address (including zip code) and telephone number (including area code) of agent for service in the United States)*

Securities registered or to be registered pursuant to section 12(b) of the Act:

| Title Of Each Class | Name Of Each Exchange On Which Registered |
|---|---|
| **Common Shares, no par value** | **New York Stock Exchange** |

Securities registered or to be registered pursuant to Section 12(g) of the Act: **None**

Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act: **None**

For annual reports, indicate by check mark the information filed with this Form:

[X] Annual Information Form                    [X] Audited Annual Financial Statements

Indicate the number of outstanding shares of each of the Company's classes of capital or common stock as of the close of the period covered by the annual report: 311,362,031 **Common Shares as at December 31, 2016**

Indicate by check mark whether the Company (1) has filed all reports required to be filed by Section 13 or 15(d) of the under the Securities Exchange Act of 1934 (the "Exchange Act") during the preceding 12 months (or for such shorter period that Company was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Yes  [X]    No  [  ]

Indicate by check mark whether the Company has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the Company was required to submit and post such files).

Yes  [  ]    No  [  ]

2

002

**ANNUAL INFORMATION FORM, AUDITED FINANCIAL STATEMENTS AND MD&A**

Tahoe Resources Inc. (the " **Company** " or " **Tahoe** ") is a Canadian public company whose common shares are listed on the Toronto Stock Exchange and the New York Stock Exchange (the " **NYSE** "). It is a "foreign private issuer" as defined in Rule 3b-4 under Securities Exchange Act of 1934, as amended (the " **Exchange Act** "), and is eligible to file this annual report on Form 40-F pursuant to the multi-jurisdictional disclosure system.

The following documents of the Company are filed as exhibits to, and incorporated by reference into, this Annual Report:

| Document | Exhibit No. |
|---|---|
| Annual Information Form of the Company for the year ended December 31, 2016 | 99.1 [1] |
| Audited financial statements of the Company for the years ended December 31, 2016 and 2015, including the reports of the independent registered public accounting firm with respect thereto | 99.2 [1] |
| Management Discussion and Analysis of the Company for the years ended December 31, 2016 and 2015 | 99.3 [1] |

[1] Filed as an exhibit hereto.

Pursuant to Rule 3a12-3 under the Exchange Act, the Company's equity securities are exempt from sections 14(a), 14(b), 14(c), 14(f) and 16 of the Exchange Act.

**INCORPORATION BY REFERENCE**

The documents, forming part of this Form 40-F, are incorporated by reference into the following registration statements under the Securities Act of 1933, as amended.

| Form | Registration No. |
|---|---|
| S-8 | 333-181981 |
| F-3D | 333-213086 |

**FORWARD-LOOKING STATEMENTS**

This Annual Report contains "forward-looking information" within the meaning of applicable Canadian securities legislation and "forward-looking statements" within the meaning of United States Private Securities Litigation Reform Act of 1995 (collectively referred to as "forward-looking statements"). All statements, other than statements of historical fact, are forward-looking statements. The words "believe", "expect", "anticipate", "contemplate", "target", "plan", "intend", "continue", "budget", "estimate", "may", "will", "schedule" and similar expressions or statements identify forward-looking statements.

Forward-looking statements in this Annual Report may include, but are not limited to, statements and/or information related to: the Company's liquidity position and sufficiency of cash from operations to fund repayment of outstanding debt; the expected working capital requirements, the sufficiency of capital resources and the possibility of considering alternative financing arrangements to meet strategic needs; assessment of future reclamation obligations; exploration and review of prospective mineral acquisitions; changes in Guatemalan, Peruvian and Canadian mining laws and regulations; changes to the tax dividend rates in Guatemala, Peru and Canada; the timing and results of court proceedings; the timing for re-commissioning and deepening the shaft at the Bell Creek Mine, the continued commercial production at Shahuindo; the timing of sustaining capital projects; the expectation of meeting production targets; the timing of establishing permanent water supplies of process water at Shahuindo; the timing and cost of the design, procurement, and construction of the crushing and agglomeration circuit at Shahuindo; the anticipated timing of updated Mineral Resource and Mineral Reserve estimates; the timing of the receipt of operations permits at Shahuindo; the availability and sufficiency of power and water for operations; and our expected community outreach and related activities for 2017.

003

Forward-looking statements are based on the reasonable assumptions, estimates, analysis and opinions made in light of our experience and our perception of trends, current conditions and expected developments, as well as other factors that we believe to be relevant and reasonable in the circumstances at the date that such statements are made, but which may prove to be incorrect. Management believes that the assumptions and expectations reflected in such forward-looking statements are reasonable. Assumptions have been made regarding, among other things: the Company's ability to carry on exploration and development activities, including construction; the timely receipt of required approvals; the price of silver, gold and other metals; prices for key mining supplies, including labor costs and consumables, remaining consistent with the Company's current expectations; production meeting expectations and being consistent with estimates; plant, equipment and processes operating as anticipated; there being no material variations in the current tax and regulatory environment; the Company's ability to operate in a safe, efficient and effective manner; the exchange rates among the Canadian dollar Guatemalan quetzal, Peruvian sol and the United States dollar remaining consistent with current levels; the Company's ability to obtain financing as and when required and on reasonable terms. Readers are cautioned that the foregoing list is not exhaustive of all factors and assumptions which may have been used.

Forward-looking statements are subject to known and unknown risks, uncertainties and other factors that may cause actual results to be materially different from those expressed or implied by such forward-looking statements. Such risks, uncertainties and other factors include but are not limited to: the fluctuation of the price of silver, gold and other metals; changes in national and local government legislation, taxation and controls or regulations; changes and national and local government politics and office holders; social unrest, and political or economic instability in the jurisdictions in which the Company operates; the availability of additional funding as and when required; the speculative nature of mineral exploration and development; the timing and ability to maintain and, where necessary, obtain necessary permits and licenses; the uncertainty in the estimation of mineral resources and mineral reserves; the uncertainty in geologic, hydrological, metallurgical and geotechnical studies and opinions; infrastructure risks, including access to water and power; drought and other environmental conditions outside the Company's control; the impact of inflation; changes in the administration of governmental regulation, policies and practices; environmental risks and hazards; insured and uninsured risks; land title risks; risks associated with illegal mining activities by unauthorized individuals on the Company's mining or exploration properties; risks associated with competition; risks associated with currency fluctuations; contractor, labor and employment risks; dependence on key management personnel and executives; the timing and possible outcome of pending or threatened litigation; the consequences of adverse judicial rulings; the risk of unanticipated litigation; risks associated with cyber security; risks associated with the repatriation of earnings; risks associated with negative operating cash flow; risks associated with the Company's hedging policies; risks associated with dilution; and risks associated with effecting service of process and enforcing judgments. For a further discussion of risks relevant to the Company, see "Description of Our Business – Risk Factors Relating to Our Business" and " – Risk Factors Relating to Our Shares" in the Annual Information Form for the fiscal year ended December 31, 2016.

Although management has attempted to identify important factors that could cause actual results to differ materially from those contained in forward-looking statements, there may be other factors that cause results not to be as anticipated, estimated or intended. There is no assurance that forward-looking statements will prove to be accurate, as actual results and future events could differ materially from those anticipated in such forward-looking statements. Accordingly, readers should not place undue reliance on forward-looking statements. The Company does not undertake to update any forward-looking statements, except as, and to the extent required by, applicable securities laws.

**CAUTIONARY NOTE TO UNITED STATES INVESTORS CONCERNING**
**ESTIMATES OF MEASURED, INDICATED AND INFERRED RESOURCES**

The disclosure in this Annual Report, including the documents incorporated by reference herein, uses terms that comply with reporting standards in Canada and certain estimates are made in accordance with Canadian National Instrument 43-101 – *Standards of Disclosure for Mineral Projects* (" **NI 43-101** "). NI 43-101 is a rule developed by the Canadian Securities Administrators that establishes standards for all public disclosure an issuer makes of scientific and technical information concerning mineral projects. Unless otherwise indicated, all resource estimates contained in or incorporated by reference in this Annual Report have been prepared in accordance with NI 43-101. These standards differ significantly from the requirements of the SEC, and resource information contained herein and incorporated by reference herein may not be comparable to similar information disclosed by U.S. companies.

004

Certain documents incorporated by reference herein use the terms "probable mineral reserve" and "proven mineral reserve", as permitted under NI 43-101. For United States reporting purposes, SEC Industry Guide 7 (under the United States Securities Exchange Act of 1934 (the " **Exchange Act** ")), as interpreted by Staff of the SEC, applies different standards in order to classify mineralization as a reserve. As a result, the definitions of proven and probable reserves used in NI 43-101 differ from the definitions in the SEC Industry Guide 7. Under SEC standards, mineralization may not be classified as a "reserve" unless the determination has been made that the mineralization could be economically and legally produced or extracted at the time the reserve determination is made. Among other things, all necessary permits would be required to be in hand or issuance imminent in order to classify mineralized material as reserves under the SEC standards. Accordingly, mineral reserve estimates calculated in accordance with Canadian standards may not qualify as "reserves" under SEC standards.

In addition, this Annual Report uses the terms "measured mineral resource", "indicated mineral resource" and "inferred mineral resource" to comply with the reporting standards in Canada. The Company advises United States investors that while those terms are recognized and required by Canadian regulations, the SEC does not recognize them. United States investors are cautioned not to assume that any part or all of the mineral deposits in these categories will ever be converted into mineral reserves. These terms have a great amount of uncertainty as to their existence, and great uncertainty as to their economic and legal feasibility.

Further, "inferred mineral resources" have a great amount of uncertainty as to their existence and as to whether they can be mined legally or economically. Therefore, United States investors are also cautioned not to assume that all or any part of the inferred mineral resources exist. In accordance with Canadian rules, estimates of "inferred mineral resources" cannot form the basis of feasibility or other economic studies.

It cannot be assumed that all or any part of "measured mineral resources", "indicated mineral resources" or "inferred mineral resources" will ever be upgraded to a higher category. Investors are cautioned not to assume that any part of the reported "measured mineral resources", "indicated mineral resources" or "inferred mineral resources" in this Annual Report is economically or legally mineable.

In addition, disclosure of "contained ounces" is permitted disclosure under Canadian regulations; however, the SEC only permits issuers to report mineralization as in place tonnage and grade without reference to unit measures.

For the above reasons, information contained in this Annual Report and the documents incorporated by reference herein containing descriptions of our mineral deposits may not be comparable to similar information made public by U.S. companies subject to the reporting and disclosure requirements under the United States federal securities laws and the rules and regulations thereunder.

### NOTE TO UNITED STATES READERS REGARDING DIFFERENCES
### BETWEEN UNITED STATES AND CANADIAN REPORTING PRACTICES

The Company is permitted to prepare this Annual Report in accordance with Canadian disclosure requirements, which are different from those of the United States. The Company prepares its consolidated financial statements in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board, which differ in certain respects from generally accepted accounting principles in the United States (" **US GAAP** ") and from practices prescribed by the SEC. Therefore, the Company's financial statements incorporated by reference in this Annual Report may not be comparable to financial statements prepared in accordance with U.S. GAAP.

005

**DISCLOSURE CONTROLS AND PROCEDURES**

**Disclosure Controls and Procedures**

Disclosure controls and procedures are defined in Rule 13a-15(e) and 15d-15(e) under the Exchange Act to mean controls and other procedures of an issuer that are designed to ensure that information required to be disclosed by the issuer in the reports that it files or submits under the Exchange Act is recorded, processed, summarized and reported, within the time periods specified in the SEC's rules and forms and includes. Disclosure controls and procedures include, without limitation, controls and procedures designed to ensure that such information is accumulated and communicated to the issuer's management, including its principal executive and principal financial officers, or persons performing similar functions, as appropriate to allow timely decisions regarding required disclosure.

**Management's Evaluation of Disclosure Controls and Procedures**

At the end of the period covered by this Annual Report on Form 40-F, being the fiscal year ended December 31, 2016, an evaluation was carried out under the supervision of and with the participation of the Company's management, including the Chief Executive Officer (" **CEO** ") and Chief Financial Officer (" **CFO** "), of the effectiveness of the design and operations of the Company's disclosure controls and procedures (as defined in Rule 13a-15(e) and 15d-15(e) under the Exchange Act). Based on that evaluation the CEO and the CFO have concluded that, as of the end of the period covered by this Annual Report, the Company's disclosure controls and procedures were effective to give reasonable assurance that the information required to be disclosed by the Company in reports that it files or submits to the SEC under the Exchange Act is:

- • recorded, processed, summarized and reported within the time periods specified in the SEC's rules and forms, and

- • accumulated and communicated to our management, including our CEO and CFO, as appropriate, to allow timely decisions regarding required disclosure.

**INTERNAL CONTROL OVER FINANCIAL REPORTING**

**Internal Control over Financial Reporting**

Internal control over financial reporting is defined in Rule 13a-15(f) and 15d-15(f) of the Exchange Act as a process designed by, or under the supervision of, the issuer's principal executive and principal financial officers and effected by the issuer's board of directors, management and other personnel, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles and includes those policies and procedures that:

- • pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company;

- • provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and

- • provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use or disposition of the company's assets that may have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness of internal control over financial reporting to future periods are subject to risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

006

**Management's Report on Internal Control over Financial Reporting**

Management is responsible for establishing and maintaining adequate internal control over financial reporting (as such term is defined in Rule 13a-15(f) of the Exchange Act) for the Company.

In accordance with Rule 13a-15 of the Exchange Act, as interpreted by the SEC, the design of internal control over financial reporting excludes the controls, policies and procedures of Lake Shore Gold Corp. (" **Lake Shore Gold** ") given that Lake Shore Gold was acquired on April 1, 2016 and it was not possible to conduct an assessment of Lake Shore Gold's internal control over financial reporting in the period between the acquisition date and the date of management's assessment. Lake Shore Gold's financial statements constitute $813.5 million and $948.9 million of net and total assets, respectively, and $137.1 million of revenue and $23.3 million of loss of the consolidated financial statement amounts as of and for the year ended December 31, 2016.

Other than the exclusion of Lake Shore Gold described above, with the participation of the CEO and CFO, management carried out an evaluation of the Company's internal control over financial reporting as at December 31, 2016. In making this evaluation, the Company's management used the framework established in Internal Control-Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO). Based upon this evaluation, management concluded that the Company's internal control over financial reporting was effective as at December 31, 2016. A copy of management's report on the effectiveness of our internal controls is included with the Audited Annual Financial Statements for the year ended December 31, 2016, filed as Exhibit 99.2 and incorporated by reference herein.

The Company's independent registered public accounting firm, Deloitte LLP, has issued an attestation report on the effectiveness of our internal control over financial reporting as of December 31, 2016. For Deloitte LLP's report see the Audited Annual Financial Statements for the year ended December 31, 2016 filed as Exhibit 99.2 and incorporated by reference herein, under the heading "Report of Independent Registered Public Accounting Firm".

**Changes in Internal Control over Financial Reporting**

The Company's management, including the CEO and CFO, does not expect that its disclosure controls and procedures or internal controls and procedures will prevent all error and all fraud. A control system, no matter how well conceived and operated, can provide only reasonable, not absolute, assurance that the objectives of the control system are met. Further, the design of a control system must reflect the fact that there are resource constraints, and the benefits of controls must be considered relative to their costs. Because of the inherent limitations in all control systems, no evaluation of controls can provide absolute assurance that all control issues and instances of fraud, if any, within the Company have been detected. These inherent limitations include the realities that judgments in decision-making can be faulty, and that breakdowns can occur because of simple error or mistake. Additionally, controls can be circumvented by the individual acts of some persons, by collusion of two or more people, or by management override of the control. The design of any system of controls also is based in part upon certain assumptions about the likelihood of future events, and there can be no assurance that any design will succeed in achieving its stated goals under all potential future conditions; over time, control may become inadequate because of changes in conditions, or the degree of compliance with the policies or procedures may deteriorate. Because of the inherent limitations in a cost-effective control system, misstatements due to error or fraud may occur and not be detected.

Other than the limitation described above, there were no changes in the Company's internal control over financial reporting during the year ended December 31, 2016 that have materially affected, or are reasonably likely to materially affect, the Company's internal control over financial reporting.

**NOTICES PURSUANT TO REGULATION BTR**

The Company did not send any notices required by Rule 104 of Regulation BTR during the year ended December 31, 2016 concerning any equity security subject to a blackout period under Rule 101 of Regulation BTR.

**CORPORATE GOVERNANCE**

The Company is subject to corporate governance requirements prescribed under applicable Canadian securities laws, rule and policies. The Company is also subject to corporate governance requirements prescribed by the listing standards of the NYSE, and the rules and regulations promulgated by the SEC under the Exchange Act (including those applicable rules and regulations mandated by the Sarbanes-Oxley Act of 2002).

007

Section 303A.11 of the NYSE Listed Company Manual permits foreign private issuers to follow home country practices in lieu of certain provisions of the NYSE Listed Company Manual. Furthermore, the Company may from time-to-time seek relief from NYSE corporate governance requirements on specific transactions under Section 303A.11 of the NYSE Listed Company Manual.

A foreign private issuer that follows home country practices in lieu of certain provisions of the NYSE Listed Company Manual must disclose any significant ways in which its corporate governance practices differ from those followed by domestic companies either on its website or in the annual report that it distributes to shareholders in the United States. The Company believes that there are no significant differences between its corporate governance policies and those required to be followed by United States domestic issuers listed on the NYSE.

The Company's Board of Directors (the " **Board of Directors** ") is responsible for the Company's corporate governance policies and has separately designated the following committees (collectively, the " **Committees** "):

- The Compensation Committee, as required by Section 303A.05 of the NYSE Listed Company Manual,

- The Corporate Governance and Nominating Committee, as required by Section 303A.04 of the NYSE Listed Company Manual,

- The Audit Committee, as required by Section 303A.06 of the NYSE Listed Company Manual, and

- The Health, Safety, Environment and Community Committee.

The Board of Directors has determined that all the members of the Compensation, Corporate Governance and Nominating, and Audit Committees are independent, based on the criteria for independence currently prescribed by section 303A.02 of the NYSE Listed Company Manual, and, with reference to the Audit Committee, Rule 10A-3 of the Exchange Act.

The Committees, as constituted throughout the year ended December 31, 2016, are described below. Mr. Chuck Jeannes, an independent director, was appointed to each of the Compensation Committee, and the Corporate Governance and Nominating Committee, with effect from March 9, 2017.

**Compensation Committee**

The Compensation Committee was comprised of four independent directors during the year ended December 31, 2016:

- Kenneth F. Williamson (Chair),

- Tanya M. Jakusconek,

- Paul B. Sweeney,

- Klaus M. Zeitler

The terms of reference for the Compensation Committee are available on the Company's website at www.tahoeresourcesinc.com.

**Corporate Governance and Nominating Committee**

The Corporate Governance and Nominating Committee was comprised of three independent directors during the year ended December 31, 2016:

8

008

- A. Dan Rovig (Chair),

- James S. Voorhees, and

- Klaus M. Zeitler.

The terms of reference for the Corporate Governance and Nominating Committee are available on the Company's website at www.tahoeresourcesinc.com.

The Company is required by National Instrument 58-101 of the Canadian Securities Administrators, *Disclosure of Corporate Governance Practices* , to describe its practices and policies with regard to corporate governance in management information circulars that are furnished to the Company's shareholders in connection with annual meetings of shareholders.

**Health, Safety, Environment and Community Committee**

During much of the year ended December 31, 2016 and as of the date of this Annual Report, the Health, Safety, Environment and Community Committee was and is composed of four independent directors:

- James S. Voorhees (Chair),

- Tanya M. Jakusconek,

- Drago G. Kisic, and

- Alan C. Moon (appointed April 4, 2016).

The Health, Safety, Environment and Community Committee is responsible for establishing and reviewing the Company's health, safety and environmental policies, monitoring effectiveness of, and compliance with, such policies, and receiving audit results and reports from management regarding environmental, health, community, and safety performance.

## AUDIT COMMITTEE

**Composition of the Audit Committee**

The Company's Board of Directors has a separately designated standing Audit Committee established in accordance with Section 3(a)(58)(A) of the Exchange Act and Section 303A.06 of the NYSE Listed Company Manual. During much of the year ended December 31, 2016 and as of the date of this Annual Report, the Company's Audit Committee was and is comprised of four directors that the Board of Directors have determined are independent as determined under each of Rule 10A-3 under the Exchange Act and Section 303A.02 of the NYSE Listed Company Manual:

- Paul B. Sweeney (Chair),

- Drago G. Kisic,

- Kenneth F. Williamson, and

- Alan C. Moon (appointed April 4, 2016).

All members of the Audit Committee are financially literate, meaning they are able to read and understand the Company's financial statements and to understand the breadth and level of complexity of the issues that can reasonably be expected to be raised by the Company's financial statements. The Audit Committee meets the composition requirements set forth by Section 303A.07 of NYSE Listed Company Manual.

9

009

**Audit Committee Charter**

The full text of the Charter for the Audit Committee is attached as Schedule A to the Company's annual information form, which is filed as Exhibit 99.1 to this Annual Report. The Charter of the Audit Committee is also available on the Company's website at www.tahoeresourcesinc.com.

**Audit Committee Financial Expert**

The Company's Board of Directors has determined that Paul B. Sweeney is an audit committee financial expert (as that term is defined in Item 407 of Regulation S-K under the Exchange Act).

## CODE OF BUSINESS CONDUCT AND ETHICS

**Adoption of Code of Ethics**

The Company has adopted a Code of Business Conduct and Ethics (the " **Code of Ethics** ") for all its directors, executive officers and employees. The Code of Ethics materially complies with Section 303A.10 of the NYSE Listed Company Manual. The Code of Ethics meets the requirements for a "code of ethics" within the meaning of that term in Form 40-F. The text of the Code of Ethics is posted on the Company's website at www.tahoeresourcesinc.com.

**Amendments or Waivers**

During the fiscal year ended December 31, 2016, the Company did not substantively amend, waive or implicitly waive any provision of the Code of Ethics with respect to any of the directors, executive officers or employees subject to it.

To the extent that the Company's board or a board committee determines to grant any waiver of the Code of Ethics for an executive officer or director, Section 303A.10 of the NYSE Listed Company Manual requires that the waiver must be disclosed to shareholders within four business days of such determination.

All amendments to the Code of Ethics, and all waivers of the Code of Ethics with respect to the Company's principal executive officer, principal financial officer or other persons performing similar functions, will be posted on the Company's website, submitted to the SEC on Form 6-K and provided in print to any shareholder that provides the Company with a written request addressed to the Company's Corporate Secretary.

## PRINCIPAL ACCOUNTANT FEES AND SERVICES

**Principal Accountant Fees**

The following table shows the aggregate fees billed to the Company during the years ended December 31, 2016 and 2015 by Deloitte LLP, in its capacity as the Company's independent registered public accounting firm:

|  | Year Ended December 31 | |
|---|---|---|
|  | 2016 | 2015 |
| Audit Fees [1] | $ 1,322,175 | $ 789,390 |
| Audit Related Fees [2] | - | - |
| Tax Fees [3] | - | - |
| All Other Fees [4] | - | - |
| **Total** | **$ 1,322,175** | **$ 789,390** |

[1]    Audit fees represent the aggregate fees billed for each of the last two fiscal years for professional services rendered by the principal accountant for the audit of the Company's annual financial statements and reviews of the Company's quarterly financial reporting, and other services that are normally provided by the accountant in connection with statutory and regulatory filings or engagements for those fiscal years.

010

(2)  Audit related fees represent the aggregate fees billed in each of the last two fiscal years for assurance and related services by the principal accountant that are reasonably related to the performance of the audit or review of the Company's financial statements and are not reported under "Audit Fees" above. These audit-related services include accounting consultations on proposed and completed transactions, services performed in connection with the Company's listing on the NYSE.

(3)  Tax fees represent the aggregate fees billed in each of the last two fiscal years for professional services rendered by the principal accountant for tax compliance, tax advice, and tax planning. These professional services included preparation of Canadian federal and provincial income tax returns, provision of advice on tax positions taken by the Company, and review of opinions relating to requests for rulings or technical advice from tax authorities.

(4)  All other fees represent aggregate fees billed in each of the last two fiscal years for products and services provided by the principal accountant, other than the services reported above under Audit Fees, Audit Related Fees or Tax Fees. These services related to Canadian indirect tax issues, Directors, stock based compensation, company reorganization and transfer price management.

**Pre-Approval of Audit and Non-Audit Services Provided by Independent Registered Public Accounting Firm**

The Audit Committee pre-approves all audit services to be provided to the Company by its independent registered public accounting firm. Non-audit services that are prohibited to be provided to the Company by its independent registered public accounting firm may not be pre-approved. In addition, prior to the granting of any pre-approval, the Audit Committee must be satisfied that the performance of the services in question will not compromise the independence of the independent registered public accounting firm. All non-audit services performed by the Company's independent registered public accounting firm for the fiscal year ended December 31, 2016 were pre-approved by the Audit Committee of the Company. No non-audit services were approved pursuant to the *de minimis* exemption to the pre-approval requirement.

OFF-BALANCE SHEET ARRANGEMENTS

The Company has not entered into any "off-balance sheet arrangements", as defined in General Instruction B(11) to Form 40-F, that have or are reasonably likely to have a current or future effect on the Company's financial condition, changes in financial condition, revenues, expenses, results of operations, liquidity, capital expenditures or capital resources that are material to investors.

CONTRACTUAL OBLIGATIONS

For a description of the contractual obligations of the Company, see "Commitments and Contingencies" on page 49 of the Company's management discussion and analysis for the year ended December 31, 2016 which is attached as Exhibit 99.3 to this annual report on Form 40-F and incorporated by reference herein.

MINE SAFETY DISCLOSURE

Pursuant to Section 1503(a) of the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010 (" **Dodd-Frank Act** "), issuers that are operators, or that have a subsidiary that is an operator, of a coal or other mine in the United States are required to disclose in their periodic reports filed with the SEC information regarding specified health and safety violations, orders and citations, related assessments and legal actions, and mining-related fatalities under the regulation of the Federal Mine safety and Health Administration under the Federal Mine Safety and Health Act of 1977.

The Company did not have any mines in the United States during the fiscal year ended December 31, 2016.

11

011

**UNDERTAKING AND CONSENT TO SERVICE OF PROCESS**

**Undertaking**

The Company undertakes to make available, in person or by telephone, representatives to respond to inquiries made by the Commission staff, and to furnish promptly, when requested to do so by the Commission staff, information relating to:

- the securities registered pursuant to Form 40-F;

- the securities in relation to which the obligation to file an annual report on Form 40-F arises; or

- transactions in said securities.

**Consent to Service of Process**

Concurrently with the filing of its Registration Statement on Form 40-F with the SEC on April 30, 2012, the Company filed an Appointment of Agent for Service of Process and Undertaking on Form F-X signed by the Company and its agent for service of process with respect to the class of securities in relation to which the obligation to file this Annual Report on Form 40-F arises.

Any change to the name or address of the Company's agent for service shall be communicated promptly to the Commission by amendment to Form F-X referencing the file number of the Company.

12

012

**SIGNATURES**

Pursuant to the requirements of the Exchange Act, the Company certifies that it meets all of the requirements for filing on Form 40-F and has duly caused this annual report to be signed on its behalf by the undersigned, thereto duly authorized.

Date:    March 9, 2017                    **TAHOE RESOURCES INC.**


                                          By:    /s/ Ronald W. Clayton
                                                 **Ron Clayton**
                                                 **President, Chief Executive Officer and Director**

                                          13

013

**EXHIBIT INDEX**

| Exhibit Number | Exhibit Description |
|---|---|
| **Principal Documents** | |
| 99.1 | Annual Information Form of the Company for the year ended December 31, 2016 |
| 99.2 | Audited financial statements of the Company and the notes thereto for the fiscal year ended December 31, 2016 and 2015 together with the reports of the independent registered public accounting firm thereon |
| 99.3 | Management Discussion and Analysis of the Company for the years ended December 31, 2016 and 2015 |
| **Certifications** | |
| 99.4 | Certification of Chief Executive Officer pursuant to Rule 13a-14(a) of the Exchange Act |
| 99.5 | Certification of Chief Financial Officer pursuant to Rule 13a-14(a) of the Exchange Act |
| 99.6 | Certification of Chief Executive Officer pursuant to Rule 13a-14(b) of the Exchange Act and 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |
| 99.7 | Certification of Chief Financial Officer pursuant to Rule 13a-14(b) of the Exchange Act and 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |
| **Consents** | |
| 99.8 | Consent of Deloitte LLP, the Company's Independent Registered Public Accounting Firm |
| 99.9 | Consent of Charles Muerhoff, SME RM, dated March 9, 2017 |

014



**ANNUAL INFORMATION FORM**

For the year ended December 31, 2016

Dated March 9, 2017

015

THIS PAGE INTENTIONALLY LEFT BLANK.



Annual Information Form for the
Year Ended December 31, 2016

## TABLE OF CONTENTS

| | |
|---|---|
| **INTERPRETATION AND OTHER INFORMATION** | **1** |
| Definitions | 1 |
| **GLOSSARY OF TECHNICAL TERMS** | **3** |
| **CURRENCY INFORMATION** | **5** |
| **FORWARD-LOOKING STATEMENTS** | **5** |
| **NON-GAAP FINANCIAL MEASURES** | **6** |
| **DISCLOSURE STANDARDS** | **6** |
| **CORPORATE STRUCTURE** | **7** |
| Incorporation and Offices | 7 |
| **GENERAL DEVELOPMENT OF OUR BUSINESS** | **7** |
| Development of Our Business | 7 |
| 2017 Developments | 7 |
| 2016 Developments | 8 |
| 2015 Developments | 9 |
| 2014 Developments | 9 |
| Indebtedness | 10 |
| Inter-Corporate Relationships | 10 |
| Legal | 11 |
| **DESCRIPTION OF OUR BUSINESS** | **11** |
| Overview of Our Business and Strategy | 11 |
| The Silver Industry | 12 |
| The Gold Industry | 13 |
| Product | 13 |
| Specialized Skill and Knowledge | 13 |
| Employees | 14 |
| Foreign Operations | 14 |
| Competitive Conditions | 14 |
| Environmental and Social Activities | 14 |
| Doing Business in Guatemala, Peru and Canada | 20 |
| The Escobal Mine | 29 |
| The La Arena Mine | 40 |
| The Shahuindo Mine | 51 |
| The Bell Creek Complex | 62 |
| The Timmins West Mine | 71 |
| Mineral Resource & Mineral Reserve Disclosure | 79 |
| **DIVIDENDS DISTRIBUTIONS AND REINVESTMENT PLAN** | **80** |
| **DESCRIPTION OF CAPITAL STRUCTURE** | **80** |
| **MARKET FOR SECURITIES** | **80** |
| Trading History on the TSX | 81 |
| Trading History on the NYSE | 81 |
| **PRIOR SALES** | **82** |
| **DIRECTORS AND EXECUTIVE OFFICERS** | **82** |
| Directors and Executive Officers | 82 |
| Cease Trade Orders, Bankruptcies, Penalties or Sanctions | 85 |
| Conflicts of Interest | 85 |

| | |
|---|---|
| Interest of Management and Others in Material Transactions | 85 |
| **MATERIAL CONTRACTS** | **85** |
| **TRANSFER AGENTS AND REGISTRAR** | **86** |
| **INTERESTS OF EXPERTS** | **86** |
| **SELECTED CONSOLIDATED FINANCIAL INFORMATION** | **86** |
| **ADDITIONAL CORPORATE AND FINANCIAL INFORMATION** | **86** |
| **INFORMATION CONCERNING THE COMPANY'S AUDIT COMMITTEE AND EXTERNAL AUDITOR** | **86** |
| The Audit Committee's Duties and Charter | 86 |
| Composition of the Audit Committee | 86 |
| Relevant Education and Experience | 87 |
| External Auditor and Other Professional Service Fees | 87 |
| Auditor Partner Rotation | 87 |

ii      Tahoe Resources Inc.

**INTERPRETATION AND OTHER INFORMATION**

## DEFINITIONS

In this Annual Information Form ("AIF"), the words and phrases are defined below unless the context otherwise requires.

" **Audit Committee** " means the Audit Committee of the Board.

" **BCA** " means the *Business Corporations Act* (British Columbia), as amended, including all regulations promulgated thereunder.

" **Bell Creek Mine** " means the underground gold mining operation encompassing the Bell Creek deposit located in the Timmins District of the province of Ontario in Canada, which produces ore that is processed at the Bell Creek Mill.

" **Bell Creek Mill** " means the gold processing plant, located in the Timmins District of the province of Ontario in Canada that processes ore from the Bell Creek Mine and the Timmins West Mine.

" **Board** " means the board of directors of the Company.

" **Company** " means Tahoe Resources Inc., together with all of its subsidiaries, unless the context indicates otherwise.

" **Compensation Committee** " means the Compensation Committee of the Board.

" **CSA** " means the Canadian Securities Administrators.

" **Deferred Share Awards** " means awards that will be issued upon the passage of time, continued employment of the recipient by the Company or upon such other terms and conditions as the Compensation Committee of the Company may determine in its discretion, pursuant to the Company's Share Option and Incentive Share Plan, including any amendments thereto.

" **Entre Mares** " means Entre Mares de Guatemala, S.A.

" **ERHL** " means Escobal Resources Holdings Limited, a wholly owned subsidiary of the Company that is incorporated under the laws of Barbados.

" **Escobal Acquisition** " means the acquisition by the Company of the Escobal Mine Assets in accordance with the terms and conditions of the Transaction Agreement.

" **Escobal Exploitation License** " means the exploitation license (concession) on which the Escobal vein and Escobal Mine are located.

" **Escobal Feasibility Study"** means the independent technical report entitled "Escobal Mine Guatemala NI 43-101 Feasibility Study – Southeastern Guatemala" issued on November 5, 2014, with effective dates of January 23, 2014 for the Escobal Mineral Resource and July 1, 2014 for the Escobal Mineral Reserve.

" **Escobal Mine** " means the mining project comprised of the Escobal Mine Assets.

" **Escobal Vein** " means the zone of mineralization on the Escobal Exploitation License that contains the Mineral Resources and Mineral Reserves for the Escobal Mine.

" **Goldcorp** " means Goldcorp Inc., a Canadian public company and where the context requires, includes affiliates of Goldcorp Inc.

" **La Arena Feasibility Study** " means the updated NI 43-101 technical report for La Arena Mineral Resource and Reserve dated December 31, 2014.

" **La Arena Mine** " means the oxide open pit, heap leach gold mine located in northern Peru.

" **Lake Shore** " means Lake Shore Gold Corporation, a Canadian company which is a wholly-owned subsidiary of the Company and which holds mineral interests in Ontario, Canada.

" **Lake Shore Arrangement** " means the acquisition of all of the outstanding shares of Lake Shore on the terms and conditions set forth in the Lake Shore Arrangement Agreement.

" **Lake Shore Arrangement Agreement** " means the arrangement agreement entered into as of February 8, 2016, between the Company and Lake Shore relating to the acquisition by the Company of all of the outstanding shares of Lake Shore by way of Plan of Arrangement.

" **MARN** " means the Ministry of Environment and Natural Resources of Guatemala.

" **MEM** " means the Ministry of Energy and Mines of Guatemala and/or Peru, as specified when used.

" **MSR** " means Minera San Rafael, S.A., a Guatemala corporation that is owned by ERHL and the Company.

" **MNDM** " means Ministry of Northern Development and Mines of Ontario, Canada.

" **NI 43-101** " means National Instrument 43-101 – *Standards of Disclosure for Mineral Projects* , of the CSA.

" **NI 52-110** " means National Instrument 52-110 – *Audit Committees,* of the CSA.

" **NYSE** " means the New York Stock Exchange.

019

" **Persons** " includes an individual, partnership, association, body corporate, trustee, executor, administrator or legal representative.

" **Restricted Share Awards** " means awards that are issued but which will only be delivered to the holder of the award upon the passage of time, continued employment of the holder by the Company or upon such other terms and conditions as the Compensation Committee of the Company may determine in its discretion, pursuant to the Company's Share Option and Incentive Share Plan, including any amendments thereto.

" **Rio Alto** " means Rio Alto Mining Limited, an Alberta company that was a party to the Rio Alto Arrangement Agreement and which was subsequently amalgamated into Tahoe Resources ULC, an Alberta company which is a wholly-owned subsidiary of the Company and which holds mineral interests in Peru.

Annual Information Form for the Year Ended December 31, 2016      1

020

" **Rio Alto Arrangement** " means the business combination between the Company and Rio Alto on the terms and conditions set forth in the Rio Alto Arrangement Agreement.

" **Rio Alto Arrangement Agreement** " means the arrangement agreement dated February 9, 2015 between the Company and Rio Alto with respect to the Rio Alto Arrangement.

" **SEC** " means the Securities and Exchange Commission of the United States of America.

" **Secondary Offering** " means the offering and sale of 58,051,692 common shares of the Company beneficially held by Goldcorp that closed on June 30, 2015.

" **SEDAR** " means the System for Electronic Document Analysis and Retrieval, accessible through the internet at www.sedar.com .

" **Shahuindo Prefeasibility Study** " means the independent technical report entitled "Shahuindo Mine Peru NI 43-101 Prefeasibility Study" regarding the Shahuindo Mineral Reserve and Resource filed on SEDAR on January 25, 2016.

" **Shahuindo Mine** " means the gold-silver open pit, heap leach mine located in northern Peru.

" **Shares or Tahoe Shares** " means common shares without par value of the Company.

" **Share Option and Incentive Share Plan** " means the Company's Share Option and Incentive Share Plan, as amended and restated effective March 7, 2013.

" **Sulfide Project** " or " **La Arena Phase II Sulfide Project** " means the project to commercially develop copper-gold mineralization in the La Arena porphyry.

" **Tahoe** " means Tahoe Resources Inc., together with all of its subsidiaries, unless the context indicates otherwise.

" **Timmins West Mine** " means the underground gold mining operation encompassing the Timmins, Thunder Creek and 144 Gap deposits located in the Timmins District of the province of Ontario, Canada. Ore from the Timmins West Mine is trucked to the Bell Creek Mill for processing.

" **Transaction Agreement** " means the definitive purchase and sale agreement made as of May 3, 2010, as amended on October 12, 2010, relating to the acquisition by the Company of the Escobal Mine Assets and including any amending agreement or instrument supplementary or auxiliary thereto.

" **TSX** " means the Toronto Stock Exchange.

2      Tahoe Resources Inc.

## GLOSSARY OF TECHNICAL TERMS

| | |
|---|---|
| **Ag:** | Silver. |
| **Au:** | Gold. |
| **Contained Ounces:** | The troy ounces of metal in resources or reserves obtained by multiplying tonnage by grade. |
| **Cut-off Grade:** | The grade below which mineralized material is considered uneconomic. |
| **Development:** | The preparation of a mineable deposit. |
| **g/tonne or g/t:** | Grams per metric tonne; 31.10348 grams is equal to one troy ounce. |
| **Indicated Mineral Resource [1]:** | That part of a Mineral Resource for which quantity, grade or quality, densities, shape and physical characteristics are estimated with sufficient confidence to allow the application of Modifying Factors in sufficient detail to support mine planning and evaluation of the economic viability of the deposit. Geological evidence is derived from adequately detailed and reliable exploration, sampling and testing and is sufficient to assume geological and grade or quality continuity between points of observation. An Indicated Mineral Resource has a lower level of confidence than that applying to a Measured Mineral Resource and may only be converted to a Probable Mineral Reserve. |
| **Inferred Mineral Resource [1]:** | That part of a Mineral Resource for which quantity and grade or quality are estimated on the basis of limited geological evidence and sampling. Geological evidence is sufficient to imply but not verify geological and grade or quality continuity. An Inferred Mineral Resource has a lower level of confidence than that applying to an Indicated Mineral Resource and must not be converted to a Mineral Reserve. It is reasonably expected that the majority of Inferred Mineral Resources could be upgraded to Indicated Mineral Resources with continued exploration. |
| **IRR:** | Internal Rate of Return. |
| **km:** | Kilometre. |
| **km [2]:** | Square Kilometre. |
| **Kv:** | Kilovolt. |
| **Measured Mineral Resource [1]:** | That part of a Mineral Resource for which quantity, grade or quality, densities, shape, and physical characteristics are estimated with confidence sufficient to allow the application of Modifying Factors to support detailed mine planning and final evaluation of the economic viability of the deposit. Geological evidence is derived from detailed and reliable exploration, sampling and testing and is sufficient to confirm geological and grade or quality continuity between points of observation. A Measured Mineral Resource has a higher level of confidence than that applying to either an Indicated Mineral Resource or an Inferred Mineral Resource. It may be converted to a Proven Mineral Reserve or to a Probable Mineral Reserve. |
| **Mineral Reserve:** | The economically mineable part of a Measured and/or Indicated Mineral Resource. It includes diluting materials and allowances for losses, which may occur when the material is mined or extracted and is defined by studies at pre-feasibility or feasibility level as appropriate that include application of Modifying Factors. Such studies demonstrate that, at the time of reporting, extraction could reasonably be justified. The reference point at which Mineral Reserves are defined, usually the point where the ore is delivered to the processing plant, must be stated. The public disclosure of a Mineral Reserve must be demonstrated by a pre-feasibility study or feasibility study. |

022

## GLOSSARY OF TECHNICAL TERMS

| | |
|---|---|
| **Mineral Resource:** | A concentration or occurrence of solid material of economic interest in or on the Earth's crust in such form, grade or quality and quantity that there are reasonable prospects for eventual economic extraction. The location, quantity, grade or quality, continuity and other geological characteristics of a Mineral Resource are known, estimated or interpreted from specific geological evidence and knowledge, including sampling. Mineral Resources are sub-divided, in order of increasing geological confidence, into Inferred, Indicated and Measured categories. The term Mineral Resource covers mineralization and natural material of intrinsic economic interest which has been identified and estimated through exploration and sampling and within which Mineral Reserves may subsequently be defined by the consideration and application of Modifying Factors. |
| **Modifying Factors:** | Considerations used to convert Mineral Resources to Mineral Reserves. These include, but are not restricted to, mining, processing, metallurgical, infrastructure, economic, marketing, legal, environmental, social and governmental factors |
| **NPV:** | Net Present Value. |
| **NSR:** | Net Smelter Return; gross sales proceeds received from the sale of production obtained from a property, less the costs of insurance, smelting, refining (if applicable) and the cost of transportation of production from the mine or mill to the point of sale. For the purposes of taxes and royalties in Guatemala the cost of transportation is not deducted. |
| **Ore:** | A metal or mineral or a combination of these of sufficient value as to quality and quantity to enable it to be mined and processed at a profit. |
| **Pb:** | Lead. |
| **Probable Mineral Reserve [1]:** | The economically mineable part of an Indicated, and in some circumstances, a Measured Mineral Resource. The confidence in the Modifying Factors applying to a Probable Mineral Reserve is lower than that applying to a Proven Mineral Reserve. Probable Mineral Reserve estimates must be demonstrated to be economic, at the time of reporting, by at least a pre-feasibility study. |
| **Proven Mineral Reserve [1]:** | The economically mineable part of a Measured Mineral Resource. A Proven Mineral Reserve implies a high degree of confidence in the Modifying Factors. The term should be restricted to that part of the deposit where production planning is taking place and for which any variation in the estimate would not significantly affect the potential economic viability of the deposit. Proven Mineral Reserve estimates must be demonstrated to be economic, at the time of reporting, by at least a pre-feasibility study. |
| **QA/QC:** | Quality Assurance/Quality Control. |
| **Recovery Rate:** | The percentage of metals or minerals which are recovered from ore during processing. |
| **Reserves:** | Combined Proven and Probable Mineral Reserves. |
| **tpd:** | Metric tonnes per day. |
| **Zn:** | Zinc. |

[1]    The definitions of Proven and Probable Mineral Reserves, and Measured, Indicated and Inferred Mineral Resources are set forth in NI 43-101 which establishes standards for all public disclosure an issuer makes of scientific and technical information concerning mineral projects, as well as in the Canadian Institute of Mining, Metallurgy and Petroleum's "CIM Definition Standards - For Mineral Resources and Reserves, Definitions and Guidelines" (CIM Standards) adopted by the CIM Council on December 2000 and modified in 2005 and 2010. A reader in the United States should be aware that the definition standards enunciated in NI 43-101 and in the CIM Standards differ significantly from those set forth in SEC Industry Guide 7, and resource information disclosed pursuant to NI 43-101 may not be comparable to similar information disclosed by US companies. See "Interpretation and Other Information - Disclosure Standards" for more information.

4    Tahoe Resources Inc.

## CURRENCY INFORMATION

All currency amounts in this AIF are expressed in United States dollars ("US$"), unless otherwise noted. The following table reflects the low and high rates of exchange for one United States dollar, expressed in Canadian dollars, ( "CAD$") during the periods noted, the rates of exchange at the end of such periods and the average rates of exchange during such periods, based on the Bank of Canada noon spot rate of exchange.

| | Two Months Ended | Years Ended December 31, | | |
|---|---|---|---|---|
| | Feb. 28, 2017 | 2016 | 2015 | 2014 |
| Low for the period | 1.3016 | 1.2544 | 1.1749 | 1.0614 |
| High for the period | 1.3435 | 1.4589 | 1.3965 | 1.1643 |
| Rate at the end of the period | 1.3249 | 1.3427 | 1.3840 | 1.1601 |
| Average noon spot rate for the period | 1.3152 | 1.3248 | 1.2875 | 1.1045 |

On March 9, 2017, the Bank of Canada noon spot rate of exchange was $1.00 -CAD$1.3505.

## FORWARD-LOOKING STATEMENTS

This AIF contains "forward-looking information" within the meaning of applicable Canadian securities legislation and "forward-looking statements" within the meaning of United States Private Securities Litigation Reform Act of 1995 (collectively referred to as "forward-looking statements"). All statements, other than statements of historical fact, are forward-looking statements. The words "believe," "expect," "anticipate," "contemplate," "target," "plan," "intend," "continue," "budget," "estimate," "may," "will," "schedule" and similar expressions or statements identify forward-looking statements.

Forward-looking statements in this AIF may include, but are not limited to, statements and/or information related to: the expected working capital requirements, the sufficiency of capital resources and the possibility of considering alternative financing arrangements to meet strategic needs; assessment of future reclamation obligations; exploration and review of prospective mineral acquisitions; changes in Guatemalan, Peruvian and Canadian mining laws and regulations; changes to the corporate tax and tax dividend rates in Guatemala, Peru and Canada; the timing and results of court proceedings; the anticipated timing of updated Mineral Resource and Mineral Reserve estimates; the timing of sustaining capital projects; the expectation of meeting production targets; the timing and cost of re-commissioning and deepening the shaft at the Bell Creek Mine; the plans to lower heap inventory and increase gold production at Shahuindo; the timing and cost of the design, procurement, and construction of the crushing and agglomeration circuit at Shahuindo; the timing of the receipt of permits at Shahuindo; the availability and sufficiency of power and water for operations; the completion of a Preliminary Economic Assessment in 2017 on the La Arena Sulfide and Fenn-Gib Projects; and our expected community outreach and related activities.

Forward-looking statements are based on the reasonable assumptions, estimates, analysis and opinions made in light of our experience and our perception of trends, current conditions and expected developments, as well as other factors that we believe to be relevant and reasonable in the circumstances at the date that such statements are made, but which may prove to be incorrect. Management believes that the assumptions and expectations reflected in such forward-looking statements are reasonable. Assumptions have been made regarding, among other things: the Company's performance and ability to implement operational improvements at the Escobal, La Arena, Shahuindo, Bell Creek and Timmins West Mines; the Company's ability to carry on exploration and development activities, including land acquisition and construction; the timely receipt of permits and other approvals; the successful outcomes of consultations with First Nations; the price of silver, gold and other metals; prices for key mining supplies, including labor costs and consumables, remaining consistent with the Company's current expectations; production meeting expectations and being consistent with estimates; plant, equipment and processes operating as anticipated; there being no material variations in the current tax and regulatory environment; the Company's ability to operate in a safe, efficient and effective manner; the exchange rates among the Canadian dollar, Guatemalan quetzal, Peruvian sol and the United States dollar remaining consistent with current levels; and the Company's ability to obtain financing as and when required and on reasonable terms. Readers are cautioned that the foregoing list is not exhaustive of all factors and assumptions which may have been used.

Forward-looking statements are subject to known and unknown risks, uncertainties and other factors that may cause actual results to be materially different from those expressed or implied by such forward-looking statements. Such risks, uncertainties and other factors include but are not limited to: the fluctuation of the price of silver, gold and other metals; changes in national and local government legislation, taxation and controls or regulations; changes and national and local government politics and office holders; social unrest, and political or economic instability in the jurisdictions in which the Company operates; the availability of additional funding as and when required; the speculative nature of mineral exploration and development; the timing and ability to maintain and, where necessary, obtain necessary permits and licenses; the uncertainty in the estimation of mineral resources and mineral reserves; the uncertainty in geologic, hydrological, metallurgical and geotechnical studies and opinions; infrastructure risks, including access to water and power; drought and other environmental conditions outside the Company's control; the impact of inflation; changes in the administration of governmental regulation, policies and practices; environmental risks and hazards; insured and uninsured risks; land title risks; risks associated with illegal mining activities by unauthorized individuals on the Company's mining or exploration properties; risks associated with competition; risks associated with currency fluctuations; contractor, labor and employment risks; dependence on key management personnel and executives; the timing and possible outcome of pending or threatened litigation; the consequences of adverse judicial rulings; the risk of unanticipated litigation; risks associated with cyber security; risks associated with the repatriation of earnings; risks associated with negative operating cash flow; risks associated with the Company's hedging policies; risks associated with dilution; and risks associated with effecting service of process and enforcing judgments. For a further discussion of risks relevant to the Company, see the Company's Annual Information Form available on www.sedar.com under the heading "Description of Our Business – Doing Business in Guatemala, Peru and Canada – Risk Factors Relating to Our Business" and "– Risk Factors Relating to Our Shares".

024

Although management has attempted to identify important factors that could cause actual results to differ materially from those contained in forward-looking statements, there may be other factors that cause results not to be as anticipated, estimated or intended. There is no assurance that forward-looking statements will prove to be accurate, as actual results and future events could differ materially from those anticipated in such forward-looking statements. Accordingly, readers should not place undue reliance on forward-looking statements. The Company does not undertake to update any forward-looking statements, except as, and to the extent required by, applicable securities laws.

*Cautionary Note to US Investors Concerning Estimates of Measured, Indicated and Inferred Resources:*

Mineral Resources that are not Mineral Reserves do not have demonstrated economic viability. We advise US investors that while those terms are recognized and required by Canadian regulations, the SEC does not recognize them. US investors are cautioned not to assume that any part or all of mineral deposits in these categories will ever be converted into Reserves. This section also uses the term Inferred Mineral Resources. We advise US investors that while this term is recognized and required by Canadian regulations, the SEC does not recognize it. Inferred Mineral Resources have a great amount of uncertainty as to their existence, and great uncertainty as to their economic and legal feasibility. It cannot be assumed that all or any part of an Inferred Mineral Resource will ever be upgraded to a higher category. Under Canadian rules, estimates of Inferred Mineral Resources may not form the basis of feasibility or pre-feasibility studies, except in rare cases. US investors are cautioned not to assume that part or all of an Inferred Mineral Resource exists, or is economically or legally mineable.

## NON-GAAP FINANCIAL MEASURES

This AIF includes references to certain non-GAAP financial measures in respect of the Company, including total cash costs and all in sustaining costs. In the gold and silver mining industries, these are common performance measures, but are not defined under IFRS and should not be considered in isolation. In addition to conventional measures prepared in accordance with GAAP, certain investors use such non-GAAP measures to evaluate a company's performance and ability to generate cash flow. Accordingly, they are intended to provide additional information and should not be considered in isolation or as a substitute for measures of performance prepared in accordance with GAAP. For additional information regarding these non-GAAP measures (including reconciliations to IFRS measures, as applicable), see our management's discussion and analysis for the year ended December 31, 2016 and our press release of January 5, 2017, copies of which are available under our profile on SEDAR.

## DISCLOSURE STANDARDS

The disclosure in this AIF uses terms that comply with reporting standards in Canada and certain estimates are made in accordance with NI 43-101. NI 43-101 is a rule developed by the CSA that establishes standards for all public disclosure an issuer makes of scientific and technical information concerning mineral projects. Unless otherwise indicated, all resource and reserve estimates contained in or incorporated by reference in this AIF have been prepared in accordance with NI 43-101. The SEC does not recognize resources. Resource information contained herein and incorporated by reference herein may not be comparable to similar information disclosed by US companies.

Mineral Resources that are not Mineral Reserves do not have demonstrated economic viability. Certain documents incorporated by reference herein use the terms "Probable Mineral Reserve" and "Proven Mineral Reserve," as permitted under NI 43-101. For US reporting purposes, SEC Industry Guide 7 (under the United States Securities Exchange Act of 1934 (the "Exchange Act")), as interpreted by Staff of the SEC, applies similar standards as NI 43-101 in order to classify mineralization as a reserve. As a result, the definitions of Proven and Probable Reserves used in NI 43-101 are similar to the definitions in the SEC Industry Guide 7. Under both NI 43-101 and SEC standards, mineralization may not be classified as a "reserve" unless the determination has been made that the mineralization could be economically and legally produced or extracted at the time the reserve determination is made. Among other things, all necessary permits would be required to be in hand or issuance imminent in order to classify mineralized material as reserves under both NI 43-101 and the SEC standards.

In addition, this AIF uses the terms "Measured Mineral Resource," "Indicated Mineral Resource" and "Inferred Mineral Resource" to comply with the reporting standards in Canada. The Company advises US investors that while those terms are recognized and required by Canadian regulations, the SEC does not recognize them. US investors are cautioned not to assume that any part or all of the mineral deposits in these categories will ever be converted into Mineral Reserves. Further, "Inferred Mineral Resources" have a great amount of uncertainty as to their existence and as to whether they can be mined legally or economically. Therefore, US investors are also cautioned not to assume that all or any part of the Inferred Mineral Resources exists. In accordance with Canadian rules, estimates of "Inferred Mineral Resources" cannot form the basis of feasibility or other economic studies.

While disclosure of "contained ounces" is permitted disclosure under Canadian regulations, the SEC only permits issuers to report mineralization as in place tonnage and grade without reference to unit measures.

For the above reasons, information concerning descriptions of Mineralization, Mineral Resources and Mineral Reserves contained in this AIF may not be comparable to information made public by US companies subject to the SEC reporting and disclosure requirements.

6        Tahoe Resources Inc.

025

## CORPORATE STRUCTURE

### INCORPORATION AND OFFICES

We were incorporated under the BCA on November 10, 2009 under the name "CKM Resources Inc.," which was changed to "Tahoe Resources Inc." on January 13, 2010. The Company's head office is located at 5310 Kietzke Lane, Suite 200, Reno, Nevada, United States 89511. The Company's registered and records office is located at 1055 West Georgia Street, Suite 1500, Vancouver, British Columbia, Canada, V6E 4N7.

We currently have seven significant wholly-owned subsidiaries: La Arena SA, a company incorporated under the laws of Peru; Lake Shore Gold Corp., a company incorporated under the laws of Canada; Minera San Rafael, S.A., a company incorporated under the laws of Guatemala; Rio Alto SAC, a company incorporated under the laws of Peru; Shahuindo SAC, a company incorporated under the laws of Peru; Tahoe Resources ULC, a company incorporated under the laws of Alberta; and Tahoe Resources USA Inc., a company incorporated under the laws of Nevada.

## GENERAL DEVELOPMENT OF OUR BUSINESS

### DEVELOPMENT OF OUR BUSINESS

#### OVERVIEW

Since incorporation in November 2009 and initial public offering in 2010, we have developed the Escobal Mine in Guatemala and acquired mining interests in Peru and Canada. We commenced paying a dividend in December 2014.

#### ESCOBAL MINE

The Company acquired the Escobal Mine assets located in Guatemala on June 8, 2010 pursuant to the terms of the Transaction Agreement with affiliates of Goldcorp. The Escobal Acquisition was completed contemporaneously with the Company's initial public offering. The Escobal Mine achieved commercial production in January 2014.

#### LA ARENA MINE

The Company acquired the La Arena Mine assets located in northwestern Peru on April 1, 2015 pursuant to the terms of the Rio Alto Arrangement. Commercial operations at La Arena began in 2011. The La Arena Mine Assets include, but are not limited to, the mineral and land concessions associated with the open pit gold mine at La Arena and the Sulfide Project.

#### SHAHUINDO MINE

The Company acquired the Shahuindo Mine assets located in northwestern Peru on April 1, 2015 pursuant to the terms of the Rio Alto Arrangement. The Shahuindo Mine Assets include, but are not limited to, the mineral and land concessions associated with the open pit gold mine at Shahuindo. Commercial production began at Shahuindo in May of 2016.

#### LAKE SHORE ASSETS

The Company acquired the Lake Shore Mine assets located in Timmins, Ontario on April 1, 2016 pursuant to the terms of the Lake Shore Arrangement Agreement. The Lake Shore Mine assets were previously held by Lake Shore, which began commercial operations at Bell Creek in 2012 and at Timmins West Mine in 2011. The Lake Shore Mine assets include, but are not limited to, the mineral and land concessions associated with the Bell Creek and Timmins West Mines, the Fenn-Gib Project, the Juby Project, the Vogel Project and the Gold River Project. The Lake Shore Mine assets also include but are not limited to ownership in the Whitney Joint Venture and other mineral and land concessions held by Temex Resources Corp., which became a wholly owned subsidiary of Lake Shore pursuant to a plan of arrangement completed on September 18, 2015.

### 2017 DEVELOPMENTS

#### NEW DIRECTOR

Effective January 1, 2017, Tahoe's Board appointed Mr. Charles Jeannes as a new Board member. Mr. Jeannes brings to the Company over 30 years of mining industry experience. Most recently, he served as President and CEO of Goldcorp leading its development into one of the world's largest and most successful gold mining companies. Before assuming that role, he served as Goldcorp's Executive Vice-President, Corporate Development. Mr. Jeannes joined Goldcorp in November 2006 following its merger with Glamis Gold Ltd., where he held a number of senior positions and played a key role in acquiring, financing and developing the Marlin, El Sauzal and Peñasquito mines. Prior to joining Glamis, he served as Vice President of Placer Dome Inc. and also practiced law for 11 years, specializing in mining transactions. Mr. Jeannes holds a B.A. degree from the University of Nevada (1980) and graduated from the University of Arizona College of Law with honors in 1983.

*LA ARENA PHASE II SULFIDE PROJECT IN PERU*

The Company has initiated an internal scoping study on the La Arena Phase II Sulfide Project in Peru. Detailed reinterpretation of all historic drilling at the La Arena Phase II Sulfide Project is complete and incorporated into a three dimensional geologic model that forms the basis for a new resource estimate that supports the internal scoping study. The Company anticipates completing a Preliminary Economic Assessment of the Project in 2017.

## 2016 DEVELOPMENTS

*LAKE SHORE ACQUISITION*

On April 1, 2016, the Company completed the acquisition of Lake Shore pursuant to the Lake Shore Arrangement Agreement dated February 8, 2016. The Lake Shore Arrangement was approved by shareholders of the Company and the shareholders of Lake Shore on March 31, 2016 and received final court approval on April 1, 2016.

Pursuant to the terms of the Lake Shore Arrangement Agreement, Lake Shore became a wholly-owned subsidiary of the Company on April 1, 2016 and all of the issued and outstanding common shares of Lake Shore (each a "Lake Shore Share") were transferred to the Company in consideration for the issuance by the Company of 0.1467 of a Tahoe Share for each Lake Shore Share.

In connection with the Lake Shore Arrangement, the Company issued an aggregate of 69,239,629 Tahoe Shares to the former shareholders of Lake Shore. Immediately upon closing of the Lake Shore Arrangement, former Lake Shore shareholders held approximately 23% of the outstanding Tahoe Shares on an undiluted basis. The Company has authorized the issuance of up to an additional 1,621,877 Tahoe Shares issuable upon the exercise of former stock options to acquire Lake Shore Shares.

The Company filed a Business Acquisition Report in respect of the Lake Shore Arrangement on SEDAR on April 29, 2016.

*REDEMPTION OF LAKE SHORE CONVERTIBLE DEBENTURES*

Lake Shore had outstanding a class of 6.25% convertible unsecured debentures (the "Debentures"), which were governed by an indenture dated September 7, 2012, as supplemented effective April 1, 2016 (the "Indenture"). As a result of the Lake Shore Arrangement and in accordance with the terms of the Indenture, on conversion of the Debentures each debenture holder was entitled to receive Tahoe Shares (in lieu of Lake Shore Shares). Tahoe and Lake Shore entered into a supplement to the Indenture with Computershare Trust Company of Canada, as trustee, to, among other things, evidence Tahoe's agreement to issue Tahoe Shares to any debenture holder upon conversion of the Debentures.

As the market price of the Lake Shore Shares was greater than 130% of the conversion price (as determined in accordance with the Indenture) on April 1, 2016, Lake Shore gave notice of its election to redeem the Debentures on May 16, 2016 (the "Redemption Date") at a price equal to their principal amount plus accrued and unpaid interest to, but excluding, the Redemption Date. Pursuant to the Indenture, the Company elected to satisfy its obligation to repay the principal amount of the Debentures by issuing Tahoe Shares to the holders of the Debentures.

An aggregate of 10,611,411 Tahoe Shares were issued pursuant to the exercise of conversion rights available to holders of the Debentures. Those Debentures remaining outstanding after voluntary conversions were redeemed by Lake Shore on May 16, 2016 for an aggregate of 122,264 Tahoe Shares, and the Debentures were delisted from trading on the TSX at the close of business on the same day.

*SHAHUINDO PREFEASIBILITY STUDY*

The Company completed the Shahuindo Prefeasibility Study dated January 25, 2016. The report shows Measured and Indicated Mineral Resources of 143.1 million tonnes and 2.28 million oxide gold ounces at an average gold grade of 0.50 gram per tonne (g/t), and Proven and Probable Mineral Reserves of 111.9 million tonnes at an average gold grade of 0.53 g/t, containing 1.91 million ounces of gold.

*BELL CREEK ROYALTY*

On July 5, 2016, the Company acquired from Goldcorp for $12.5 million in cash Goldcorp's 2% net smelter return royalty related to production at the Bell Creek Mine.

*MANAGEMENT CHANGES*

On August 9, 2016, the Company announced the following management changes, effective August 16, 2016:

- Ron Clayton became President and Chief Executive Officer and was appointed to the Company's Board of Directors. Kevin McArthur resumed his duties as Executive Chair and continues as a Director;
- Elizabeth McGregor became Vice President and Chief Financial Officer and Mark Sadler moved to the position of Vice President, Project Development;
- Tom Fudge became Vice President, Operations and David Howe became Vice President Guatemala Operations and Managing Director, MSR;
- Phil Dalke became Vice President, Peru Operations and Managing Director, Rio Alto SAC; and
- Peter Van Alphen became Vice President and Managing Director, Timmins Operations.

8      Tahoe Resources Inc.

## DIVIDEND REINVESTMENT PLAN

The Company implemented a dividend reinvestment plan (the "DRIP") effective October 2016. The DRIP provides eligible holders of Tahoe Shares an opportunity to purchase additional Tahoe Shares without paying commissions or other service charges by reinvesting their cash dividends. The DRIP allows shareholders to reinvest their cash dividends into additional Tahoe Shares issued from treasury at a 3% discount to the Average Market Price (as defined in the DRIP). Participation in the DRIP is optional and will not affect shareholders' cash dividends unless they elect to participate in the DRIP. Participation in the DRIP is open to all registered and beneficial shareholders in Canada, the United States and those other jurisdictions where participation in the DRIP would not be prohibited or restricted by applicable law. Dividends are paid only when declared by the Company's Board of Directors and the Company may, in its discretion, change or eliminate the discount applicable to treasury acquisitions, or direct that common shares be purchased through market acquisitions at the prevailing market price, in which case no discount applies.

For 2016, non-cash payments were $2.4 million for a total issuance of 256,747 common shares of the Company.

## BELL CREEK SHAFT EXPANSION

Work on the Bell Creek shaft expansion project began in the second quarter of 2016, with key positions hired and underground shaft access development having commenced in June. Shaft engineering work is complete and the expansion project is expected to be complete by mid-2018.

## SHAHUINDO CRUSHING AND AGGLOMERATION

We initiated a review of the crushing, size distribution, geotechnical and material handling characteristics of ore at Shahuindo in the second half of 2016, which is nearing completion. The review supports the achievement of throughput and recovery rates for agglomerated ores contained in the Shahuindo Prefeasibility Study. The review also identified opportunities to slightly reduce capital expenditures and operating costs at the mine through revisions to the crushing and agglomeration circuit.

## 2015 DEVELOPMENTS

### RIO ALTO ACQUISITION

On April 1, 2015, the Company completed the acquisition of Rio Alto pursuant to the Rio Alto Arrangement Agreement dated February 9, 2015. The Rio Alto Arrangement was approved by shareholders of Rio Alto and received final court approval on March 30, 2015.

Pursuant to the terms of the Rio Alto Arrangement Agreement, Rio Alto became a wholly-owned subsidiary of the Company on April 1, 2015, as the Company acquired all of the issued and outstanding common shares of Rio Alto (each a "Rio Alto Share") in exchange for 0.227 Tahoe Shares and the payment of CAD$0.001 for each Rio Alto Share. Additionally, outstanding options of Rio Alto were deemed to have been exchanged under the Rio Alto Arrangement, and the holders of Rio Alto options received options to purchase Tahoe Shares. In accordance with the terms of the outstanding warrants to purchase Rio Alto Shares, each holder was entitled to receive upon exercise, 0.227 Tahoe Shares and CAD$0.001 in cash in lieu of one Rio Alto Share.

To give effect to the Rio Alto Arrangement, we issued 75,991,381 Tahoe Shares to former holders of Rio Alto Shares, authorized the issuance of 2,011,244 Tahoe Shares for issuance to former holders of Rio Alto warrants upon exercise of such warrants (all of which have been exercised), and authorized the issuance of up to an additional 3,374,449 Tahoe Shares issuable upon the exercise of the stock options held by former option holders of Rio Alto.

The Company filed a Business Acquisition Report in respect of the Rio Alto Arrangement on SEDAR on June 11, 2015.

### SECONDARY OFFERING

On June 30, 2015, Goldcorp closed a secondary offering of 58,051,692 Tahoe Shares it beneficially held at an offering price of CAD$17.20 per share for gross proceeds of approximately CAD$1 billion. The Secondary Offering was completed through a syndicate of underwriters led by GMP Securities L.P. and BMO Nesbitt Burns Inc. The secondary offering resulted in the termination of Goldcorp's rights under the shareholders' agreement among the Company and affiliates of Goldcorp, which was last amended and restated on February 9, 2015.

## 2014 DEVELOPMENTS

### THE ESCOBAL MINE

After completion of construction and commissioning of all major mine and plant components at the Escobal Mine, in January 2014 the Company declared commercial production at the Escobal Mine. In November 2014, we completed the Escobal Feasibility Study, including publication of our initial Mineral Reserve statement.

### DIVIDEND

In November 2014, the Board initiated a monthly dividend of $0.02 per share, payable on December 19, 2014. The inaugural dividend coincided with the Company's first year of commercial production. The Company continues to pay this monthly dividend, subject to Board approval.

028

**INDEBTEDNESS**

*REVOLVING CREDIT FACILITY*

The Company entered into a $150 million revolving credit facility on August 11, 2015. The Company remains undrawn on this credit facility. Scotiabank and HSBC are the co-leads for the facility, with Scotiabank acting as the administrative agent. In addition to the co-leads, Royal Bank of Canada, Bank of Montreal and Credit Suisse are also members of the banking syndicate. The facility bears interest on a sliding scale of LIBOR plus between 2.25% to 3.25% or a base rate plus 1.25% to 2.25%, which is determined based upon the Company's consolidated net leverage ratio. Standby fees for the undrawn portion of the facility are also on a similar sliding scale basis of between 0.5625% and 0.8125% . The term for the facility is three years.

*CREDIT AGREEMENT AND LOAN*

On April 8, 2016, the Company signed a credit agreement with an international bank for a credit facility (the "Facility") for an aggregate amount of $35 million. The Facility bears interest at LIBOR plus 2.25% on the portion drawn. The LIBOR rate was reset on October 11, 2016. The Facility has a two-year term, maturing April 9, 2018.

On April 8, 2016, proceeds from the Facility were used to repay a $35 million loan ("Loan") which was acquired as part of the acquisition of Rio Alto on April 1, 2015 for general working capital purposes.

As security for the Loan that the Company acquired as part of the acquisition of Rio Alto, Rio Alto had granted a charge over the shares of its subsidiary Empresa de Energia Yamobamba S.A.C. and the rights of collection of future cash flows derived from metal sales at the La Arena mine. The Loan had an original one-year term, maturing June 16, 2015 bearing interest at 30-day LIBOR plus 2.60% . Upon maturity, the loan was extended an additional nine months to March 16, 2016 and was further amended to reflect a maturity date of April 16, 2016. All other terms remained per the original contract.

On April 8, 2016, the Company repaid the Loan in full using the proceeds of the Facility.

*YAMOBAMBA LEASE TERMINATION*

As part of the acquisition of Rio Alto on April 1, 2015, the Company acquired a lease obligation in the form of a sale-leaseback agreement entered into on January 29, 2015 for the La Ramada substation ("La Ramada") in Peru. La Ramada was sold for $20.7 million in exchange for cash and a deferred gain on sale of $0.6 million was recognized and is being amortized over the term of the sale-leaseback. Subsequent to the sale of La Ramada but on the same date, a leaseback transaction was entered into in the amount of $20.7 million for a term of three years with quarterly installments of interest and principal at an effective interest rate of 6.95% and $1.2 million in principal on the lease was immediately repaid. On April 1, 2015, the lease obligation had a fair value of $19.3 million. The agreement is a finance lease and a corresponding asset has been recognized within mineral interests. On August 5, 2016, the lease obligation was retired for a total of $11.0 million.

**INTER-CORPORATE RELATIONSHIPS**

Our corporate structure as of the date of this AIF is as follows:



10      Tahoe Resources Inc.

**LEGAL**

*APPEAL BEFORE THE CONSTITUTIONAL COURT*

On July 23, 2013, the Court of Appeals in Guatemala (the "Court") held that MEM should have conducted a hearing of a written opposition to the Escobal Mine Exploitation License ("Opposition") during the permitting application process. The Court did not rule on the substance or validity of the license; it merely stated that MEM was obligated to hold an administrative hearing addressing the substance of the Opposition under the 1997 Mining Law. MEM issued a press release on July 24, 2013 stating that the ruling had no impact on the status of the Company's exploitation license. On July 25, 2013, MEM and the Company appealed the Court's decision to the Constitutional Court and the Constitutional Court upheld the Court's decision, compelling MEM to conduct a hearing on the Opposition that MEM already found to be without merit. The claimants subsequently requested a clarification from the Constitutional Court, which the Court denied in early May 2016.

In June 2016, MEM commenced the hearing process and then suspended it indefinitely. The Opposition involves dated claims of prospective environmental harm (no such harm has materialized since production at Escobal began three years ago) and new claims of inadequate consultation. Based on the legal posture of the case, the lack of environmental harm after three years of operations and the extensive consultation process that MSR followed prior to issuance of the license, the Company expects a favorable ruling.

*GARCIA ET AL. V. TAHOE*

On June 18, 2014, an action was commenced against the Company in the Supreme Court of British Columbia. The lawsuit was filed by seven Guatemalan plaintiffs who alleged that Tahoe was directly or vicariously liable for battery and/or negligence regarding an incident that occurred at the Escobal Mine on April 27, 2013. The plaintiffs seek compensatory and punitive damages. On November 13, 2015, the Supreme Court of British Columbia issued a ruling declining jurisdiction over the claims brought by the plaintiffs on the grounds that Guatemala was the more appropriate forum to adjudicate plaintiffs' claims. The plaintiffs appealed this ruling to the Court of Appeal of British Columbia, and on January 26, 2017, the Court of Appeal reversed the Supreme Court's decision on the grounds that British Columbia was a more appropriate forum for adjudication. While the ultimate result of this action is not expected to have a material financial impact on the Company, it could have significant negative legal implications for the mining industry as a whole, and as such, Tahoe intends to seek leave to appeal the decision to the Supreme Court of Canada.

## DESCRIPTION OF OUR BUSINESS

**OVERVIEW OF OUR BUSINESS AND STRATEGY**

Tahoe's strategy is to responsibly operate the Escobal, La Arena, Shahuindo, Bell Creek and Timmins West Mines to international standards, to pay significant shareholder dividends and to develop and operate high quality precious metals assets in the Americas. Our principal objectives at this time are to optimize Escobal, La Arena, Shahuindo, Bell Creek and Timmins West operations and to continue expanding the Mineral Resource and Mineral Reserve base through exploration and development of the Escobal, La Arena, Shahuindo, Bell Creek and Timmins West ore bodies and other ore bodies identified in those regions.

We will continue to identify, investigate and, where appropriate, acquire interests in mineral properties in the Americas through direct application to government authorities, joint venture activities or acquisition from existing holders. As part of this process, we will undertake early-stage exploration activities to ensure an orderly and steady development of exploration targets. See "General Development of Our Business – Development of Our Business – 2017 Developments" for details on the proposed Sulfide Project.

030



## THE SILVER INDUSTRY

Demand for silver is based on investment demand, industrial and decorative uses, photography, jewelry and silverware. Together, these categories represent more than 90% of annual silver consumption.

Silver has a number of unique properties including its strength, malleability and ductility, its electrical and thermal conductivity, its sensitivity to and high reflectance of light, and its ability to endure extreme temperature ranges. Silver's unique properties restrict its substitution in most applications.

Silver prices will have a direct impact on our business. Declining prices can, for example, impact operations by requiring a re-assessment of the feasibility of a particular project. See "Descript tion of Our Business – Doing Business in Guatemala, Peru and Canada – Risk Factors Relating to Our Business." A chart indicating silver prices since January 1, 1999, is set out below.



As of March 9, 2017, the London Fix price of silver was US$17.14.

12       Tahoe Resources Inc.

**THE GOLD INDUSTRY**

Demand for gold is primarily based on global investment demand, central bank holdings and jewelry. Savin ng and disposal play a larger role in the price of gold than does consumption. The metal is also used for coinage, and has been used as a standard for monetary systems in some countries.

Gold prices will have a direct impact on our business. Declining prices can, for example, impact operations by requiring a re-assessment of the feasibility of a particular project. See "Descript tion of Our Business – Doing Business in Guatemala, Peru and Canada – Risk Factors Relating to Our Business." A chart indicating gold prices since January 1, 1999, is set out below.



As of March 9, 2017, the London Fix price of gold was US$1,206.55.

**PRODUCT**

The Company produces metal-bearing concentrates and gold doré. At Escobal, silver, gold, lead and zinc are recovered by differential flotation, producing silver-rich lead concentrates and zinc concentrates which are sold to third-party smelters under concentrate sales arrangements. Silver sales at Escobal for the year ended December 31, 2016 totaled $316.8 million. No revenues from the sale of by-product me etals (gold, lead, zinc) exceeded 15% of the total consolidated revenue. At La Arena, gold doré is produced through a cyanide leach solution an nd carbon absorption system. Gold doré is refined and sold to third parties under refining, sales and purchase agreements. Gold sales at La Arena for the year ended December 31, 2016 totaled $244.4 million. At Shahuindo, a cyanide leach solution and carbon absorption system is used to pour gold doré, which first occurred in December 2015. Commercial production began at Shahuindo in the second quarter of 2016. Gold sales at Shahuindo for the year ended December 31, 2016 totaled $47.2 million (gold sold prior to declaration of commercial production was credited against construction capital). Ore from the Bell Creek and Timmins West Mines is processed at the Bell Creek Mill. Gold doré is produced using carbon-in-pulp and carbon-in-leach recovery systems. The loaded solution from the strip circuit is passed through two electro-winning cells in the refinery where gold doré is poured and then sold to third parties under refining, sales and purchase agreements. Sales from the Bell Creek and Timmins West Mines for the year ended December 31, 2016 totaled $137.1 million.

**SPECIALIZED SKILL AND KNOWLEDGE**

Most aspects of our business require specialized skills and knowledge e in the areas of geology, engineering, exploration and development, environmental management, sustainability and accounting. We e have a number of employees with extensive experience in mining, engineering, geology, exploration and development and sustainability in Guatemala, Peru and Canada, including C. Kevin McArthur, Executive Chair, Ronald W. Clayton, President and Chief Executive Officer, Brian Brodsky, Vice President Exploration, Charlie Muerhoff, Viice President Technical Services, Mark Sadler, Vice President Projects Development, Tom Fudge, Vice President Operations, Edie Hofmeister, Vice President Corporate Affairs, Phil Dalke, Vice President Operations Peru, Dave Howe, Vice President Operations Guatemala and Peter Van Alphen, Vice President Operations Canada. In addition, our management team has extensive experience in accounting and finance, including Vice President and Chief Financial Officer Elizabeth McGregor and Vice President and Controller Ryan Snow.

Mr. McArthur is an experienced mining engineer with over 35 years of engineering, mine building and mine operations experience, including over six years as Chief Executive Officer of the Company, where he and the Company's experienced executive team built, acquired and operated world class mines in the Americas. Mr. McArthur currently serves as the Company's Executive Chair. Previously, he served eight years in the role of President and Chief Executive Officer of Glamis Gold Ltd. and two years in the role of President and Chief Executive Officer of Goldcorp. Mr. Clayton is a seasoned mining executive and mining engineer with more than 35 years of experience operating mines. He served as the Company's first Chief Operations Officer beginning in 2010 and became the Company's Chief Executive Officer in 2016. He was Senior Vice President, Operations, for Hecla Mining Company before joining the Company. Messrs. McArthur, Clayton, Brodsky, Muerhoff, Fudge, Dalke, Howe and Van Alphen have substantial underground and open pit mining experience, including significant Latin American and Canadian operating experience. Mr. Muerhoff is a Qualified Person as defined by NI 43-101 and has worked in the mining industry for over 25 years.

## EMPLOYEES

As of the date of this AIF, Tahoe Resources USA employs approximately 25 people in Reno, Nevada, MSR employs more than 1,020 people in Guatemala, Rio Alto SAC, La Arena and Shahuindo together employ more than 1,140 people in Peru, and Lake Shore employs more than 635 people in Canada.

## FOREIGN OPERATIONS

The Escobal Mine is located in Guatemala and the La Arena and Shahuindo Mines are located in Peru. As such, these operations are exposed to various levels of political, economic and other risks and uncertainties associated with operating in a foreign jurisdiction. See "Description of Our Business – Doing Business in Guatemala, Peru and Canada – Risk Factors Relating to Our Business" "– Operations in Guatemala, Peru and Canada," "– Obtaining and Renewing Licenses and Permits," "– Licenses and Title to Assets" and "– Governmental Laws and Regulation."

## COMPETITIVE CONDITIONS

We compete with other entities in the search for and acquisition of mineral properties. As a result of this competition, we may be unable to acquire attractive properties in the future on terms we consider acceptable. We also compete for financing with other resource companies. There is no assurance that additional capital or other types of financing will be available to us if needed, or that, if available, the terms of such financing will be favourable to us. See "Description of Our Business – Doing Business in Guatemala, Peru and Canada – Risk Factors Relating to Our Business," "– Competition for New Properties" and "– Financing Requirements."

## ENVIRONMENTAL AND SOCIAL ACTIVITIES

The Company is committed to conducting business honestly and ethically everywhere we operate. We aspire to deliver long term shareholder value through sustainable economic and social development in the communities where we work. We strive to minimize the environmental effects of our operations, to provide a safe and healthy workplace for all our employees and contractors and to promote sustainable businesses and social programs in the communities where we operate.

### *ENVIRONMENT*

We are dedicated to the highest standards of responsible environmental stewardship. We honour this commitment by meeting or exceeding local governmental regulations and aligning our policies and practices with international guidelines. See "Description of Our Business – Escobal Mine – Environment" and "– Reclamation," "– La Arena Mine – Environment," "– Shahuindo Mine – Closure," "– Bell Creek Mine – Environment" and "– Timmins West Mine – Environment." We have environmental management processes in place which are designed to prevent or minimize environmental impacts, to implement mitigation measures where appropriate, and to improve performance. Tahoe's Board of Directors oversees the Company's environmental management through the Health, Safety, Environment and Community Committee and reviews site performance on a quarterly basis. Tahoe's Sustainability Steering Committee, chaired by Tahoe's Executive Chair, and comprised of executive management and site leaders, oversees environmental and other social matters related to each operation on a quarterly basis. Tahoe's Health, Safety, Environment and Community Committee receives quarterly reports from the Committee in monitoring the effectiveness of health, safety, environmental, community relations and sustainability policies and programs at Tahoe operations.

In Guatemala, an environmental mitigation study must be filed with MEM before undertaking reconnaissance or exploration activities. In addition, an environmental assessment must be filed with MARN for approval prior to undertaking exploration activities. In order to obtain the exploitation license, MSR prepared an environmental impact study for review and approval by MARN. Upon grant of the license in April 2013, the Company also arranged for the issuance of a bond for environmental protection and obtained an environmental license pursuant to Guatemalan regulations.

MSR conducts continuous environmental monitoring in and around the local communities surrounding Escobal to determine the quality of the air, water and stream sediments and to measure vibrations, sound pressure levels, rock geochemistry and biology. MSR regularly reports these findings to MARN to ensure compliance with applicable environmental laws, regulations and standards. Environmental awareness programs offer instruction to MSR employees and contractors on environmental conservation and mitigation. The Company also works with national and international non-governmental organizations on community needs assessments to guide further programs in the vicinity of the Escobal Mine.

14    Tahoe Resources Inc.

033

In Peru, the General Mining Law sets forth the environmental regulation of exploration and mining activities for the country, which is administered by MEM. Generally, MEM requires exploration and mining companies to prepare an Environmental Impact Assessment (EIA) – Category I, Environmental Impact Study Semi Detailed (EIAsd) – Category II, an Environmental Impact Assessment, a Program for Environmental Management and Adjustment, and a mine closure plan.

Our operations at La Arena and Shahuindo prevent and mitigate environmental impacts to the fullest extent possible. These operations are committed to meeting and/or exceeding high environmental standards, including flora and fauna preservation, progressive rehabilitation and water quality protection. Each operation diligently conducts biological and hydro-biological monitoring and examines surface and ground water, noise, blasting and vibrations, dust and other emissions to air, waste disposal and erosion control and reports those findings to Peru's MEM on a quarterly basis. Moreover, La Arena and Shahuindo collaborate with local villages in their direct areas of influence to sample and monitor water at least biannually. La Arena and Shahuindo ensure that environmental impacts are minimized by adhering to the programs as outlined in the approved EIAs and by providing ongoing training to staff to manage environmental matters. The Company's reclamation projects are financially supported by bonds or letters of credit.

In Canada, exploration activities are regulated through the provincial Mining Act and the MNDM. All exploration proposals are forwarded to the MNDM for approval. In order to ensure the consultation processes have been fulfilled for proposed projects, scopes for potential exploration projects are forwarded to the local First Nation communities for review.

Both the Bell Creek and Timmins West Mines comply with current legislation, regulations and operating licenses on a municipal, provincial and federal level. Monitoring programs include, but are not limited to, monitoring of the following: industrial sewage, water, air, dust, noise, vibration and waste generating materials. Effluent samples are collected at least weekly and monitoring data and site activities are reported annually to appropriate government agencies. In addition to complying with provincial legislation requiring effluent monitoring, the operations also comply with the Metal Mining Effluent Regulation and Environmental Effects Monitoring, which require detailed studies of the receiving waters of the Bell Creek and Timmins West Mines. These studies include aquatic, sediment and benthic analysis, fisheries assessments and flora and fauna evaluations performed on a three year cycle, which are used to measure potential effects to the waters, if any.

Both the Bell Creek and Timmins West Mines have also implemented water management strategies focused on diverting clean water from the site and treating any and all water used at the site prior to discharge into the natural environment. All reclamation work is approved by MNDM and financially supported with bonds or letters of credit.

## *SUSTAINABILITY*

### *Alignment with International Protocols and Best International Practices*

The Company has aligned its policies and practices in Guatemala with the United Nations Guiding Principles on Business and Human Rights ("Guiding Principles"), the Voluntary Principles on Security and Human Rights ("VPSHR") and the Equator Principles and expects to complete alignment with these standards in Peru and Canada by the end of 2017. In Guatemala, the Company completed a Social Impact Assessment and implemented a grievance mechanism in January 2015 to align with the Guiding Principles and the International Finance Corporation ("IFC") Performance Standards. This mechanism utilizes the NAVEX Global's case management software which provides for multiple communication options.

### *Organizational Sustainability Initiatives*

Tahoe Resources Inc. is a member of Business for Social Responsibility ("BSR"), a global organization working to further sustainable business practices, which has assisted the Company in implementing policies and practices aligned with the Guiding Principles, the VPSHR and the Equator Principles and in drafting its sustainability report.

MSR is a member of CentraRSE, a local CSR organization in Guatemala, comprised of more than 100 companies committed to responsible business practices.

Rio Alto participates with other Peruvian mining companies in a CSR Mining Initiative focused on furthering the UN's Sustainable Development Goals. Through this effort, Rio Alto is looking to share best Sustainability practices and seek possible synergies with other mining companies to accomplish Sustainability goals.

Lake Shore is a member of the Ontario Mining Association, a provincial organization whose mission is to support and improve the competitiveness of the mining sector in the province while representing companies engaged in the environmentally responsible exploration, production and processing of minerals in Ontario.

### *2016 Sustainability Projects*

Key MSR social projects in 2016 (some of which are ongoing) include:

#### *Nutrition*

Aprendamos Juntas : MSR is working with the well-respected Guatemalan non-profit organization, Puente, to administer a food security program, Aprendamos Juntas ("We Learn Together"), for women and their families in the vicinity of the Escobal Mine. Throughout the program, women of reproductive age learn habits for better health and build the confidence and skills to run a small business for economic stability. Participants' children are also weighed and measured throughout the two-year program to track their nutritional status. From the first two groups of 800 women, 641 have completed the first phase of the program consisting of hygiene, nutrition and health trainings.

034

*Education*

Vocational Training Center : Since 2013, MSR has provided vocational skills training to local residents at its Vocational Training Center in the San Rafael las Flores municipality. The center offers courses in English, computer basics, silversmithing, apparel construction and professional welding, along with gastronomy, bakery and cosmetology courses that were added in March 2016. The gastronomy course and bakery course were taught by seasoned restaurant management and bakery professionals, and focused on basic cooking methods and preparation. The cosmetology course provided students with hands-on hair and make-up training. Approximately 250 students from surrounding towns near the Escobal Mine are currently enrolled in courses that will result in diplomas or technical degrees upon graduation. In February 2017, Guatemala's INTECAP organization certified the welding shop associated with the Vocational Training Center, which will allow students who receive welding training at the Center to graduate with professional and technical degrees.

School Infrastructure and Scholarships : In 2016, MSR renovated two schools with special attention placed on bathrooms, kitchens, classrooms and playgrounds. MSR has renovated two-thirds of all education infrastructures in San Rafael las Flores since 2010. MSR has also awarded more than 276 scholarships to help pay for tuition, school supplies and uniforms to students in the vicinity of the Escobal Mine, and in 2016, donated 4,703 school backpacks filled with educational supplies to students in San Rafael las Flores.

*Agriculture*

Reforestation Program : Rapid population growth and the high demand for energy have negatively impacted Guatemala's forestry resources. Accordingly, to reduce the increasing deforestation in the region, more than 32,000 trees were planted in 108 hectares in Santa Rosa through MSR's reforestation program. Further, to increase small landowners' incomes in the region, MSR helped formulate forest management plans to obtain government subsidies.

Veterinary Services & Training : In coordination with municipal health centers, MSR provided vaccinations to approximately 650 small and medium-size farmers' livestock and provided additional veterinary services to 200 residents. Livestock and domestic animal training was also provided to approximately 200 community members to teach the importance of proper animal care and strategies for disease prevention.

*Infrastructure*

Road Improvements : MSR contributed in the main road repair from Casillas to San Rafael, along with the secondary roads for Nueva Santa Rosa, San Rafael and Casillas in a tripartite partnership with the municipality and the Army of Engineers.

Police Station : On February 12, 2016 MSR inaugurated the San Rafael Las Flores ("SRLF") police station. The construction of the police station was a long-term project designed to improve safety for MSR employees, contractors and SRLF residents.

Hospital Upgrade : MSR invested approximately $12,000 in pipes and faucets for the oxygen delivery system at the Cuilapa Regional Hospital in the Santa Rose department. Prior to the upgrade, oxygen was supplied to patients by individual oxygen tanks that were often inadequate to meet patient needs, and which had to be delivered by nurses through a time and labor-intensive process. MSR's upgrades ensure that each patient has sufficient, individual oxygen supply, and will help approximately 600 emergency, pediatrics and maternity patients each year.

*Capacity Building*

Most of MSR's 1,000+ employees come from local areas near the Escobal Mine. In 2016, MSR continued to develop its employee engagement and education programs based on a socio-economic baseline study of employees and families.

FUNDES : MSR engaged FUNDES (a non-profit organization) to conduct an economic development program to support the development of local businesses in San Rafael las Flores. FUNDES' mission is to strengthen the business capacity of local commercial enterprises to improve their market reach and to achieve sustainable results. In 2016, FUNDES trained 6 local business associations. FUNDES conducted business assessments of each association and provided training to increase production, generate local employment opportunities and increase revenue.

*Ex-landowners' Association*

MSR participates in a profit-sharing program in the form of an NSR royalty of 0.5% to be shared by a local association of former owners of the Escobal Mine lands ("Association"). The Association receives payments approximately every quarter via a trust instrument administered by an independent party. Of this 0.5%, 10% is allocated to development projects identified by the Association. In 2016, MSR paid approximately $0.5 million to the Association and $0.1 million of that was designated for development. The Association bought a property worth $0.1 million to develop future education or health projects.

16    Tahoe Resources Inc.

035

*Community Engagement*

Grievance Mechanism : MSR strengthened its existing grievance mechanism to further align with the Equator Principles, IFC Performance Standards and Guiding Principles. The comprehensive mechanism utilizes NAVEX Global's case management software which provides for a call center and web-based interface. Stakeholders can communicate their concerns, questions and suggestions through MSR's telephone hotline, grievance website or in person with either their manager or an MSR community liaison at its community office. In 2016, MSR received 127 cases from employees and local community members. MSR resolved 99 of those cases and 63 were closed within 45 days.

Site Visits : In 2016 MSR hosted more than 860 site visits to the Escobal Mine made by COCODES (village leadership councils), school teachers, university students, businesswomen and local farmers, among others.

*Guatemalan Royalty Agreement*

In 2016 the Company's Guatemalan voluntary royalty program offered economic and social development to the communities impacted by the project. Of the total 5% royalty paid by the Company, 1% was mandatory and split equally between the federal government and the SRLF local municipality. The Company paid the remaining 4% voluntarily, of which 1.5% was paid to the federal government, 1.5% paid to SRLF, and the remaining 1% distributed equally among the three regional municipalities surrounding Escobal. Under the voluntary royalty agreements between the Company and municipal and federal governments in Guatemala, finalized concentrate sales below $16/oz silver do not trigger a payment obligation. Some concentrate sales during 2016 were below the $16/oz threshold.

In 2016, the Company paid a total of approximately $3.2 million in statutory royalties and approximately $8.8 million in voluntary royalties. The distribution was as follows:

• $2.4 million statutory royalty to the Guatemalan Federal government;
• $0.9 million statutory royalty to SRLF;
• $3.8 million voluntary royalty to the Guatemalan Federal government;
• $3.8 million voluntary royalty to SRLF; and
• $1.2 million voluntary royalty to the three regional municipalities who signed the agreement.

Key La Arena social projects in 2016 (some of which are ongoing) include:

*Nutrition*

Healthy Homes Program : La Arena has successfully implemented a three-year program in 14 villages intended to teach families how to improve health and nutrition by establishing healthy environments and building healthy eating habits. The program highlights the importance of proper health and sanitation techniques, including garbage disposal, food storage, handwashing, and separation of living spaces such as the kitchen, bedrooms, restrooms, and livestock spaces. The program is sponsored by the Peruvian Ministry of Health.

School Nutrition Program : During 2016, La Arena continued to sponsor a school nutrition program aimed at promoting the consumption of a balanced diet for optimal growth. The program targets students for the purpose of improving both nutrition and educational outcomes. To date, 1,021 students from 7 villages have participated in the program. La Arena has donated kitchen utensils and food to the participating schools for students' lunches. Additionally, La Arena has built school gardens to cultivate fresh vegetables and has conducted training workshops for parents focused on proper management and storage of food as well as the importance of balanced nutrition.

*Education*

Healthy Schools Program : La Arena promoted good health and hygiene practices in the schools of 14 villages near the mine. The program benefited more than 2,000 students.

Teacher Training : La Arena sponsored training workshops to develop and strengthen the skillsets of 126 teachers.

Strengthening Reading Skills - Improving School Libraries : During 2016, La Arena sponsored a reading comprehension contest in which 13 schools participated. Winning students received more than 200 books and educational audiovisual material for their school library. The materials included Peruvian literature of fiction and non-fiction, mathematics, reading, dictionaries and encyclopaedias.

*Agriculture*

Breeding of Guinea Pigs : During 2016, La Arena continued implementation of a four-year program to foster best breeding practices and strengthen business management skills.

Livestock Husbandry : La Arena sponsored and conducted a Campaign of vitamin dosage and application with more than 12,000 doses administered to improve livestock health conditions and prevent disease, including cattle, sheep and goats.

Annual Information Form for the Year Ended December 31, 2016    17

036

Trout Breeding: La Arena conducted 13 workshops on small-scale trout farming. The training campaign also included the improvement of water harvesting processes in order to optimize water recycling in trout breeding ponds.

*Infrastructure*

Community infrastructure *:* La Arena donated 2 community buildings; one for La Arena benefiting 500 families, and one for La Union benefiting 90 families.

Improving School Premises *:* La Arena donated a Science Laboratory and a Sports Platform to the La Arena School.

*Capacity Building*

Local Employment Program *:* During 2016, La Arena continued skillset strengthening among employees. Sixty local employees were trained on masonry, welding and tipper operation. Additionally, 160 local residents were trained on heavy equipment operation.

*Community Engagement*

Grievance Mechanism : To comply with Tahoe's commitment to international Sustainability standards and to strengthen its stakeholder engagement efforts, La Arena is in the process of implementing the NAVEX Global grievance mechanism system and Boréalis stakeholder management software. La Arena will complete implementation of the NAVEX system in 2017.

Community Information : At site, La Arena has implemented an Information Office which, during the course of 2016, has been visited by more than 1,200 people primarily seeking job opportunities. At the Information Office people are able to receive information related to the Company's Sustainability activities, productive and sustainable programs, mining activities, and environmental practices.

Guided Site Visits : Six groups comprising local students, teachers, business associations and government officials visited La Arena operations during 2016.

Key Shahuindo social projects in 2016 (some of which are ongoing) include:

*Nutrition*

Health Campaigns : During 2016, in alliance with the Public Healthcare Authority, 11 healthcare campaigns were conducted, and medical assistance was administered to 4,660 locals.

Improving Healthcare Posts Infrastructure : 2 Healthcare Post premises were improved, benefiting more than 2,400 families.

Improving Healthcare Posts Equipment : 13 Healthcare Posts were equipped with proper medical equipment, benefiting 5,000 families at Cajabamba.

Training and Strengthening Locals' Skills : Health promoters and Community residents were trained in first aid assistance and hygiene, benefiting more than 2,400 families.

*Education*

Higher Education Program : Shahuindo, in combination with the Peruvian education non-profit TECSUP, launched a program in 2016 to promote academic improvement among local high school students to help them qualify for the Peruvian Ministry of Education national scholarship. The scholarship provides financial assistance to students enrolled as undergraduates at a national university or technical college. As part of this initiative, Shahuindo sponsored after school education programs at three schools in local villages, where participants received school supplies, study materials and instruction.

Teacher Salary Stipends : Shahuindo's investment in Sustainability initiatives for 2016 included providing teacher salary stipends.

Educational Material : Shahuindo donated educational materials to 24 schools.

Healthy Schools Program – "Aprendo Saludable" : Shahuindo fostered good health and hygiene practices in 36 schools, benefiting more than 3,800 students.

Improving School Infrastructure : Nine pre-manufactured classrooms were placed within the four villages of Moyan Alto, Chuquibamba, Chingol and San Felipe, benefiting more than 550 students. Three school-lunchrooms were implemented benefiting 135 students.

Improving School Furniture : Shelves, tables and chairs were donated to the Educational Authority of Araqueda, benefiting more than 1,100 students.

18      Tahoe Resources Inc.

Broadening Access to Education : Shahuindo paid the wages of ten teachers in eight villages whose schools lacked the resources to support teacher salaries, thus benefiting 350 students.

Back to School Campaign : More than 3,500 educational materials packages were donated to students at 35 schools.

*Agriculture*

Avocado Husbandry Training : Shahuindo continues to provide agricultural best practices training to local farmers in the vicinity of the Project. Farmers learned how to reduce the use of pesticides and replace them with organic products.

Breeding of Guinea Pigs : During 2016, 45 guinea pig breeding-sheds were implemented in three villages, and locals were trained in best breeding practices and strengthening of business management skills.

Breeding of Hens : In two villages, hen breeding-sheds were implemented benefiting 45 families (La Fila and Maximas Flores).

Productive Projects: Technical assistance in "granadilla" farming was provided in three villages (Siguis, Maximas Flores and Quillispampa).

*Infrastructure*

Infrastructure Projects : Shahuindo's 2016 infrastructure projects included clearing the Chingol Channel, benefiting 800 farming producers from eight villages; improvement of a water system for human consumption, benefiting 250 families; and placement of a pontoon at Liclipampa Village, benefiting 165 families.

*Capacity Building*

Shahuindo shares the positive and substantial impacts of its mine operations with the local communities in which it operates, and maintains a commitment to train and hire local workforce. Shahuindo's workforce is comprised of 60% local staff. The Company supports training programs to enhance skills of the local workforce and employs the local workforce to increase economic and human development. During 2016, 79 local employees and locals were trained on masonry, welding, heavy-duty equipment and tipper operation.

Women Empowerment : 439 women from 14 villages participated in workshops to develop productive capacities in the areas of product marketing, guinea pig breeding, and bakery and pastries businesses, as well as furthering leadership development, employment and home economic skills.

Contracting Local Goods and Services : Of Shahuindo's 164 suppliers, 140 are local providers contracted for the delivery of goods and services to the Project.

*Community Engagement*

Grievance Mechanism : To comply with Tahoe's commitment to international Sustainability standards and to strengthen its stakeholder engagement efforts, Shahuindo adopted the NAVEX Global grievance mechanism system and Boréalis stakeholder management software. Shahuindo will complete implementation of the NAVEX system in Q2 2017.

Community Information and Site Visits : Shahuindo implemented two Information Offices at the site and at Cajabamba where people are able to receive information related to job opportunities, Sustainability activities, productive and sustainable programs, mining activities, and environmental practices. Additionally, people can submit grievances.

Key Lake Shore social projects in 2016 (some of which are ongoing) include:

*Education*

Music Education : In February 2016, Lake Shore partnered with the non-profit music organization, Through Education Music Provides Opportunity (TEMPO), to support music education for high school and vocational students. The 5-month course provides students an opportunity to improve their music skills and explore careers in the music industry. Students are taught by music professionals in areas such as song-writing, music theory, marketing, finance, copyright law and entrepreneurship. Lake Shore will continue to sponsor the program throughout 2017.

*Training Local Workforce*

Lake Shore partnered with Timmins Northern College and the Native Women's Association to sponsor the national Mining Essentials for Women program, a 12-week entry-level mining course for aboriginal women. Aboriginal women from Lake Shore's First Nations communities participated in the program, which taught skills necessary for work in mining processing, underground mining and surface mining. The women also attended communication and computer skills classes, as well as mine tours and safety trainings.

Annual Information Form for the Year Ended December 31, 2016       19

*Community Engagement*

First Nations Impact and Benefits Agreement ("IBA") : Lake Shore signed an IBA on October 27, 2016 with the Wabun Tribal Council First Nations. The IBA establishes a framework for continued consultation on Tahoe's existing and future operations in the Timmins area, and provides the Company's First Nations partners with long-term benefits, new business opportunities, employment, environmental sustainability, training and education.

Exploration Agreement : Lake Shore is currently finalizing an agreement with Wahgoshig First Nation in order to ensure communication/consultation with local communities on the development of its Fenn-Gib properties.

*Agriculture*

Spawn Transfer : Lake Shore provided ongoing financial support to the Spawn Transfer project, which reported in 2016 that it successfully restored the native lake sturgeon population in the region. This project was the first successful attempt to restore a sturgeon population by transplanting adult sturgeon from one area to another and then allowing them to spawn naturally.

Friends of the Porcupine River : Lake Shore, along with other local mining partners, were involved in developing long-term strategies for restoring the Porcupine River Watershed through the creation of multiple spawning beds and cultural trail systems, as well as identifying local historical areas.

## DOING BUSINESS IN GUATEMALA, PERU AND CANADA

### *MINING IN GUATEMALA*

The Escobal Mine is located in Guatemala. The State of Guatemala owns all mineral deposits within Guatemala. MEM may grant reconnaissance, exploration and exploitation licenses to any entity, whether Guatemalan or foreign. Applications for licenses are typically granted on a first-time basis, with holders of reconnaissance licenses given priority for an exploration license (over portions of the area covered by the reconnaissance license) and holders of exploration licenses given priority for an exploitation license (over portions of the area covered by the exploration license), so long as applications are made before the expiration of the existing license. Mineral licenses are "coordinate staked" (filed only referenced to Universal Transverse Mercator coordinates) and no monuments are located on the ground. No physical survey of exploration license boundaries is required.

License holders may use water, so long as such use does not affect the permanent exercise of water rights by others, and subject to the requirement that mining operations must not contaminate the environment. Licensees are also granted rights of way, including the right to build roads, with the proviso that surface owners be compensated.

MEM may suspend mining rights for, among other things, safety and environmental concerns or failure to pay royalties or to submit reports when due; may cancel mining for, among other things, failure to commence field work or operations in the prescribed time; and may extinguish mining rights upon expiration of the license term, depletion of the deposit or express renouncement of the holder. Fees payable by licensees include surface rights fees, a granting fee for a mining right and an area fee for the licenses.

Under the 1997 Guatemalan mining law, a mandatory royalty of 1% is payable at the exploitation stage and shared equally between the State and the municipality where the project is situated. The royalty is determined by an affidavit of the volume of the marketed product from mining operations and is based on the value of sale consigned in the national market or international exchange. On January 26, 2012, the administration and the Mining Industry Association agreed to general terms in a royalty agreement that resulted in the industry voluntarily paying higher royalties to the federal and local governments. On April 16, 2013, the Company executed an initial voluntary royalty agreement and has subsequently entered into amended voluntary royalty agreements ("Escobal Voluntary Royalty Agreements") with six municipalities in the area in which Escobal is located. The most recent Voluntary Royalty Agreements were entered into with three municipalities in January 2017 and, as with past agreements, include provisions requiring the transparency of the payments made pursuant to the agreements.

Together with the 1997 Guatemalan mining law, the Escobal Voluntary Royalty Agreements committed the Company to pay a 5% NSR royalty on the concentrates sold from Escobal Mine production. Under the Escobal Royalty Agreements, 2% benefits SRLF communities, 2% benefits the federal government and an additional voluntary 1% benefits certain outlying municipalities. See "Description of Our Business –- Environmental and Social Activities –- Sustainability –- 2016 Sustainability Projects –- Key MSR Social Projects in 2016 –- *Guatemalan Royalty Agreement"* for a detailed breakdown of the royalty payments.

### *MINING IN PERU*

Peru has rich deposits of copper, gold, silver, lead/zinc and natural gas and petroleum. It is a leader in the mining industry and one of the world's largest producers of base and precious metals. Peru is one of the three largest producers of copper and zinc in the world. It is also a major producer of gold, silver and other minerals. Peru's mining sector is thriving due to an abundance of rich natural resources, a strong mining culture and an attractive legal and tax regime.

In Peru, the General Mining Law allows mining companies to obtain clear and secure title to mining concessions. The surface land property is distinct from the natural resource. The government retains ownership of all subsurface land and mineral resources, but the titleholder of the concessions retains ownership of extracted mineral resources. Peruvian law requires that all operators of mining areas have an agreement with the owners of the land surface above the mining rights or to establish an easement upon such surface for mining purposes. The same mining concession is valid for exploration and for exploitation.

20    Tahoe Resources Inc.

039

Mining rights in Peru can be transferred by their private holders with no restrictions or requirements other than to register the transaction with the Public Mining Register. The sale of mineral products is also unrestricted, so there is no obligation to satisfy the internal market before exporting products.

Recently, Peru has enacted a new regime of environmental laws whereby MEM and the Environmental Ministry have issued regulations mandating environmental standard for the mining industry. Under these standards, new mining development and production requires mining companies to file and obtain approval for an Environmental Impact Study ("EIS"), which incorporates technical, environmental and social matters, before being authorized to commence operations.

The Environmental Evaluation and oversight Agency ("OEFA") monitors environmental compliance. OEFA has the authority to carry out audits and levy fines on companies if they fail to comply with prescribed environmental standards. The following permits are generally needed for a project: Certificate for the Inexistence of Archaeological Remains (CIRA); Environmental Impact Assessment (EIA); Mine Closure Plan; Establishment of a financial guarantee for closure; Beneficiation Concession; Mining Transportation Concession; Permanent Power Concession; Water Usage Permits; Easements and Rights-of-way; District and Provincial Municipality Licenses and Construction and Operation Permits.

### MINING IN CANADA

Mining is one of Canada's primary industries and involves the extraction, refining and processing of important mineral products such as gold, silver, platinum, iron, copper, lead, zinc and nickel. Canada's mining industry represents approximately three percent of the country's gross domestic product. Mining's importance to the overall economy and employment remains significant, particularly in the northern part of provinces such as Ontario, British Columbia, Saskatchewan and Quebec and territories such as the Yukon and Northwest Territories. Canada remains one of the world's leading mining countries and has become the centre of global mining finance and expertise. The TSX and TSX Venture stock exchanges have become world centres for investment in mining and mining exploration companies.

In Canada, environmental laws are divided between federal and provincial governments. The Canadian constitution gives the federal government power to pass law relating to fisheries, shipping, interprovincial trade and commerce and criminal law, as well as law for the "peace, order and good government of Canada." Federal legislation enacted related to the environment includes the *Canadian Environmental Protection Act* , the *Canadian Environmental Assessment Act* and the *Fisheries Act* and the *Arctic Waters Pollution Prevention Act* . The powers of the provincial governments cover all matters of local nature and property and civil rights within the provinces. The provinces also have primary jurisdiction over agriculture, forestry, mining and hydroelectric development.

In Ontario, the MNDM oversees the mineral sector and is responsible for permitting mining operations in that province under the Mining Act. MNDM administers and maintains land tenure, mining claims and geoscience information. There are various forms of mineral tenure in Ontario, consisting principally of unpatented mineral claims, mining leases and freehold lands (including patented mineral claims).

Unpatented mineral claims and mining leases available in respect of public lands held by the Crown that are open for exploration are governed by the *Mining Act* (Ontario) and administered by MNDM. Unpatented mineral claims do not grant the holder any real property interest in the lands comprising such claims. The holder of claims may conduct certain limited exploration work with respect to such claims after staking and registration. Thereafter, if the holder wishes to carry out more extensive exploration work and/or move to production, the holder has the right to obtain a mining lease with respect to such claims. The holder is required to complete and file annual assessment work as prescribed under the *Mining Act* . Failure to complete the requisite assessment work will result in the forfeiture of the unpatented claims back to the Crown (subject to certain relief provisions included in the *Mining Act* ). No minerals may be extracted from lands that are the subject of an unpatented mining claim; the holder must have a mining lease or a freehold interest to mine the land. Subject to due registration and the payment of applicable fees, an unpatented mining claim can be transferred, charged or mortgaged by the holder without obtaining any consents.

A mining lease entered into by a mineral claims holder with the Crown creates a leasehold real property interest in favour of the lessee. Mining leases grant an exclusive right to the lessee to enter upon, search for, and extract minerals from the land, subject to the lessee obtaining other required permits and compliance with applicable regulations, including those prescribed by the Ontario Ministry of Natural Resources ("MNR") and the Ontario Ministry of the Environment. Typically, mining leases are for a term of 21 years, include renewal provisions, are subject to annual lease payments and may cover mining and surface rights or solely mining rights. A mining lease cannot be transferred or mortgaged by the lessee without the prior consent of the MNDM. To obtain consent of the MNDM, the lessee must submit appropriate documentation and pay fees.

The owner of freehold lands holds a fee simple real property interest. Historically, the holder of a mining claim interested in removing minerals from the ground could, instead of obtaining a mining lease, apply to the MNR to acquire the freehold interest in the subject lands by way of the issuance of a mining patent. Mining patents may include surface and mining rights or solely mining rights and vest in the patentee all of the Crown's title to the subject lands and to all mines and minerals relating to such lands, subject to any reservations set out in the patent (as may be varied by the *Public Lands Act* (Ontario)). New issuances of mining patents have been replaced by issuances of mining leases. Freehold lands and patented claims are subject to annual provincial mining taxes and, where surface rights are held, provincial mineral land taxes. As the holder of a mining patent enjoys the freehold interest in the lands, no consent from the MNDM is required for the patentee to transfer or mortgage those lands.

Annual Information Form for the Year Ended December 31, 2016      21

040

*FOREIGN INVESTMENT*

Applicable Guatemalan, Peruvian and Canadian law guarantees equal treatment and enjoyment of constitutional rights to foreign and local investors in certain areas including, but not limited to, private property, expropriation and importing. Foreign investors are permitted to participate in any legal economic activity, including provision of capital to companies incorporated in Guatemala, Peru and Canada and repatriation of capital out of Guatemala, Peru and Canada.

*TAXATION*

Income Tax

Income tax must be paid on income generated in Guatemala and may be paid either under the Regime on Profits or the optional regime. After tax legislation was passed in early 2012, the Regime on Profits was changed from a rate of 31% of net income (total income less exempt income less deductible costs and expenses) paid quarterly and liquidated on an annual basis. The new regime went into effect January 1, 2013. The rate was 28% in 2014 and was 25% in 2015 and thereafter. The optional regime rate was 6% of taxable income (total income less exempt income) paid monthly which increased to 7% in 2014 and thereafter. Corporations must adopt one of the two regimes and commit to a regime each December. After assessing the individual impact of each regime on earnings attributable to common shareholders, we adopted the optional regime for 2014, 2015 and 2016. Failure to make income tax payments results in a penalty of 100% of the unpaid tax, plus interest.

Companies incorporated in Peru are subject to income tax on their worldwide taxable income, while foreign companies that are located in Peru and non-resident entities are taxed on income from Peruvian sources only. The corporate income tax was reduced from 30% in 2014, and to 28% in 2015 and 2016. In general terms, mining companies in Peru are subject to the general corporate income tax regime. If the taxpayer has elected to sign a Stability Agreement, an additional 2% premium is applied on the regular corporate income tax rate. We have not signed a Stability Agreement. Also, 50% of income tax paid by a mine to the Central Government is remitted as "Canon," by the Central Government back to the regional and local authorities of the area where the mine is located. In December 2016, Peru enacted tax reform that is effective January 1, 2017. The tax reform increases the corporate income tax rate from 28% to 29.5% . The new rate will apply to tax year 2017 and thereafter.

Corporations resident in Canada (whether owned by Canadians or non-residents) are taxed on their worldwide income from all sources, including income from business or property and net taxable capital gains. Corporations are taxed by the federal government and by one or more provinces or territories. The basic rate of federal corporate tax for 2016 is 38%, but it is reduced to 15% by an abatement of ten percentage points on a corporation's taxable income earned in a province or territory and a general rate reduction of 13 percentage points on a corporation's full-rate taxable income. Provincial and territorial tax rates are added to the federal tax and generally vary between 10% and 16% of taxable income. A penalty is levied on returns that are filed late, equal to 5% of the unpaid tax at the required filing date, plus an additional 1% per month (not exceeding 12 months) of such unpaid tax for each month that the return remains unfiled. Federal and provincial corporate tax installments must be made monthly during the corporation's tax year. The remaining balance of taxes owed must be paid by the end of the second month following the tax year-end.

Dividends

In Guatemala, starting January 1, 2013, dividend payments have a tax rate of 5%. All dividend payments are subject to tax, notwithstanding the shareholder's nationality. A 3% stamp tax is payable on dividends, civil and mercantile contracts and cash payments unless the Company's operations are subject to the payment of a Value Added Tax of 12% (which is applicable to sales of goods and services, as well as imports and land). If dividends are paid through the delivery of a coupon, the payment may be exempt of stamp tax. The holder of an export license may import, free from tariff and import duties, machinery, equipment, parts, accessories, materials and explosives that will be used in the production of the items to be exported (Decree 2989).

In Peru, the dividend tax rate of 6.8% is imposed on distributions of profits to non-residents and domiciled individuals by resident companies and by branches, permanent establishments and agencies of foreign companies. The expectation is that the rate will increase to 8% in 2017 and reach 9.3% by 2019. The tax reform effective on January 1, 2017 also reduces the dividends withholding tax rate from 6.8% to 5%. The tax reform repealed the progressive increase in the withholding tax rate for 2017, 2018 and 2019.

In general, dividends received by one Canadian corporation from another are fully deductible. A dividend received from a non-resident corporation that is a foreign affiliate of a Canadian taxpayer may be exempt from tax. Typically, taxpayers resident in Canada may deduct from their Canadian tax liability a credit for income or profits tax and for withholding tax paid to another country. The foreign tax credit is calculated separately for foreign business tax and foreign non-business tax on a country-by-country basis. If a Canadian corporation receives dividends from a foreign affiliate, the normal foreign tax credits are replaced by either a complete or partial deduction for such dividends.

Other Taxes

Effective January 1, 2009, corporations and enterprises domiciled in Guatemala must pay on a quarterly basis, the Impuesto de Solidaridad, ("ISO") included in Decree 73-2008. The ISO amount is calculated at the rate of 1% of the greater of (i) the amount resulting after subtracting from total assets, the fiscal credits (resolved through resolution), reserve for doubtful accounts, accumulated depreciation and amortization for the last fiscal year, and (ii) gross income for the last fiscal year. The ISO may be taken as a credit against the income tax to be paid by the corporation. Taxpayers operating under the optional regime are ISO exempt.

22    Tahoe Resources Inc.

The Special Mining Tax ("SMT") in Peru is a tax imposed in parallel with the Modified Mining Royalty described below. The SMT is applied on operating mining income based on a sliding scale, with progressive marginal rates ranging from 2% to 8.4% . The tax liability arises and becomes payable on a quarterly basis. The SMT applies on the operating profit derived from sales of metallic mineral resources, regardless of whether the mineral producer owns or leases the mining concession.

In Canada, Ontario mining tax is imposed on profits from the extraction of mineral substances raised and sold by operators of Ontario mines. The tax rate on taxable profit subject to mining tax for the Company's Canadian mine is 10%. The tax is applied to an operator's annual profit in excess of a $500,000 annual deduction, which needs to be shared by associated corporations.

*Royalties*

Up to December 31, 2014, the Company paid a 5% NSR royalty (1% statutory, 4% voluntary) on the concentrates sold from the Escobal Mine production. The Guatemalan government attempted to increase the royalty to a 10% NSR, effective January 1, 2015. However, on November 5, 2015, the Guatemalan Constitutional Court formally ruled that the 10% royalty was unconstitutional. The Company continued to pay a 5% NSR royalty (1% statutory, 4% voluntary) throughout 2015 and 2016.

In 2004, Peru implemented a mining royalty that required holders of mining concessions to pay between 1% and 3% of the commercial value of sales, based on a three step sliding scale, to the Peruvian government, for the exploitation of metallic and non-metallic mineral resources. This regime was replaced by the Modified Mining Royalty ("MMR"). The MMR applies on all companies' operating income. The MMR is payable on a quarterly basis with marginal rates ranging from 1% to 12%. An "operating income" to "mining operating revenue" measure is calculated each quarter and, depending on operating margin, the royalty rate increases as the operating margin increases. The new system is designed to provide both a minimum royalty and an additional amount based on the profitability of each project. The Company must always pay at least the minimum royalty rate of 1% of sales, regardless of its profitability. This royalty is treated as an income tax under IFRS.

## LA CUCHILLA

On November 22, 2016, the Company announced that a previously reported protest involving approximately 25 people outside the Escobal Mine in Guatemala had reached a voluntary end. The protest related to the Company's La Cuchilla home purchase program (the "Program"), which was introduced as a humanitarian act to support the La Cuchilla community as well as the local government. The end of the protest followed from discussions among community stakeholders, the municipality of SRLF, MSR representatives, and the protesters, with the resulting resolution involving no material changes to the terms of the Program. The Company continues to offer assistance to the La Cuchilla community through the Program.

## POWER GENERATION AT ESCOBAL

The Company installed contractor supplied diesel-fired generator power which is sufficient to operate the project in excess of the 4500 tpd design rate. The Company continues to assess alternative power strategies to reduce power costs.

## RISK FACTORS RELATING TO OUR BUSINESS

Our operations are subject to the normal risks associated with mineral exploration, development and production. The continued commercial success of our operations and the acquisition of additional mineral interests will be subject to numerous factors beyond our control. Certain of these risk factors are discussed below.

*Operations in Guatemala, Peru and Canada*

The Company's operations in each of its jurisdictions are subject to political, economic, social and geographic risks. Mineral exploration and mining activities may be affected in varying degrees by government regulations relating to the mining industry, judicial activity or political change or instability. Operations may also be affected in varying degrees by government regulations and laws with respect to restrictions on production, permitting, real property, price controls, export controls, taxes, royalties, expropriation of property, environmental legislation and mine safety. Additional adverse effects could result from local protests impeding access to the Company's properties through roadblocks or other public protests or attacks against our assets or personnel.

Guatemala suffered an armed conflict for 36 years, which was finally resolved through a peace agreement reached with the country's internal revolutionary movement in 1996. The last political crisis leading to major social upheaval in Guatemala occurred in 1983 and constitutional government was not restored until 1985. In the past two decades, Guatemala has made progress in restructuring its political institutions and establishing democratic processes, however the country still suffers from social problems, including, but not limited to, a high crime rate, political corruption, malnutrition, poverty and uncertain land tenure. These issues could adversely affect the Company's operations at the Escobal Mine. In addition, local opposition to development projects often occurs. Opposition in the form of roadblocks, public protests or other means, by members of local communities, anti-mining NGOs, unemployed people and unions can occur on local, national and provincial routes. Renewed political unrest, changing government attitudes towards mining, or a political crisis could adversely affect the Company's business and results of operations. The status of Guatemala as a developing country may make it more difficult for the Company to retain licenses and obtain required financing for projects.

After a decade of political instability and one of its worst economic crises in history, Peru has experienced relative political stability and economic growth since the mid-1990s as a result of the restructuring of Peruvian institutions to create a free-market economy. Political tension, poverty, unemployment, corruption and social conflict still occur and may result in an adverse effect on the Company's business and operations. In addition, illegal mining is endemic in Peru, including in regions where the Company operates. Historically, unregulated mining operations have adversely impacted the environment, health and safety, human rights, security and the socio-economic fabric of the nearby communities. The Company is working to eliminate illegal mining and legitimize artisanal and informal mining on its concessions by utilizing government-sanctioned mitigation programs. However, illegal mining still occurs and may result in an adverse effect on the Company's business and operations.

*Matters Related to Aboriginal Rights in Canada*

The Company's Canadian mines, mineral properties and related mineral interests are located on and beneath lands that are or may be subject to claims of constitutionally protected aboriginal rights, aboriginal title and treaty rights. Canadian courts have set out certain tests that governments must adhere to in any permitting decisions that may affect asserted or established aboriginal rights and aboriginal title as well as treaty rights. This includes requirements for aboriginal consultation and, if appropriate, accommodation in respect of claimed but unproven aboriginal rights and title. It also includes requirements that must be met in order to justify any infringement of treaty rights, established aboriginal rights or aboriginal title (if proven and aboriginal consent has not been obtained). The Company does not have any mines or mineral properties in Canada in areas where aboriginal title has been proven to date.

The duties of consultation, accommodation and, where applicable, justification for infringement of aboriginal rights, aboriginal title and treaty rights apply to the federal and provincial governments, not to private companies. Canadian courts however, have held that governments can delegate certain procedural aspects of the duty to consult to private parties. Further, these governmental duties could affect the Company's interests in various indirect ways, including potential legal challenges to governmental permits that have been issued, challenges or delays in securing permits and approvals in future, the imposition of terms and conditions to address aboriginal interests and claims to lands or mineral interests. In order to mitigate these risks, and in order to build constructive relations in the communities within which it operates, the Company is committed to working constructively with regulators and aboriginal communities to assist governments in fulfilling their duties to aboriginal peoples in respect of the Company's Canadian mines and mineral properties. The Company is also committed to direct, bilateral engagements with aboriginal groups to explore opportunities for positive relations and mutual benefit. To this end, the Company is party to IBAs with local First Nations in respect of the Timmins operations that provide for education and training of First Nations members, employment opportunities, environmental care, and collaborative business opportunities. The Company has entered into an IBA with five First Nations in respect of the Bell Creek Mine, effective September, 2016, and an IBA with two First Nations in respect of the Timmins West Mine, effective February, 2011.

*Risks Related to the Lake Shore Arrangement*

The anticipated benefits from the Lake Shore Arrangement will depend in part on whether Tahoe and Lake Shore's operations can be integrated in an efficient and effective manner. The integration of the two companies will present challenges to management, including the integration of systems and personnel of the two companies, implementing uniform standards, controls, procedures and policies, as applicable, including the integration of Lake Shore's disclosure controls and procedures and internal control over financial reporting with our existing procedures and controls, and special risks, including possible unanticipated liabilities, unanticipated costs, and the loss of key employees.

*Obtaining and Renewing Licenses and Permits*

In the ordinary course of business, we will be required to obtain and renew governmental licenses or permits for the operation and expansion of our commercial operations or for the development, construction and commencement of other potential projects such as the Sulfide Project, Fenn-Gib and Whitney. Obtaining or renewing the necessary governmental licenses or permits is a complex and time-consuming process involving numerous jurisdictions and often involving public comment periods and costly undertakings. The duration and success of our efforts to obtain and renew licenses or permits are contingent upon many variables not within our control, including local politics, legal challenges and the interpretation of applicable requirements implemented by the licensing authority. Any unexpected refusals of required licenses or permits or delays or costs associated with the licensing or permitting process could prevent or delay the development or impede the operation of a mine, which could adversely impact our operations and profitability.

*Operating Cash Flow*

Failure to achieve anticipated production levels would have a material adverse impact on the Company's cash flow and future profitability. Any failure to achieve profitability and positive operating cash flows could have a material adverse effect on our financial condition and results of operations.

*Metal Price Fluctuations*

The majority of our revenue is derived from the sale of silver and gold, and to a lesser degree, lead and zinc. Therefore, fluctuations in the prices of these commodities represent one of the most significant factors that we expect will affect our future operations and potential profitability. The price of silver, gold and other metals are affected by numerous factors beyond our control, including levels of supply and demand, global or regional consumptive patterns, sales by government holders, metal stock levels maintained by producers and others, increased production due to new mine developments and improved mining and production methods, speculative activities related to the sale of metals, availability and costs of metal substitutes, international economic and political conditions, interest rates, currency values and inflation. Declining market prices for these metals could materially adversely affect our future operations and profitability.

24    Tahoe Resources Inc.

*Indebtedness*

As of March 9, 2017, the Company has not drawn on its US$150 million revolving credit facility which currently has a term of August 2018. The Company has an aggregate consolidated indebtedness of approximately $50 million including a credit facility, capital lease and other obligations. As a result of this indebtedness, the Corporation is required to use a portion of its cash flow to service principal and interest on its debt, which will limit the cash flow available for other business opportunities. The Company's ability to make scheduled principal payments, pay interest on or refinance its indebtedness depends on the Company's future performance, which is subject to economic, financial, competitive and other factors beyond its control. Unexpected delays in production or other operational problems could impact our ability to service the debt and make necessary capital expenditures when the debt becomes due. If the Company is unable to generate such cash flow to timely repay the debt, it may be required to adopt one or more alternatives, such as selling assets, restructuring debt or obtaining additional equity capital on terms that may be onerous or highly dilutive. The Company's ability to refinance its indebtedness will depend on the capital markets and its financial condition at such time. The Company may not be able to engage in any of these activities or engage in these activities on desirable terms, which could result in a default on its debt obligations.

The terms of the Company's credit requires it to satisfy various affirmative and negative covenants and to meet certain financial ratios and tests. These covenants limit, among other things, the Company's ability to incur further indebtedness if doing so would cause it to fail to meet certain financial covenants, create certain liens on assets or engage in certain types of transactions. Although at present these covenants do not restrict the Company's ability to conduct its business as presently conducted, there are no assurances that in future the Company will not be limited in its ability to respond to changes in its business or competitive activities or be restricted in its ability to engage in mergers, acquisitions or dispositions of assets. Furthermore, a failure to comply with these covenants, including a failure to meet the financial tests or ratios, would likely result in an event of default under the credit facility and would allow the lender to accelerate the debt.

*Financing Requirements*

Any changes to our current projections or any new development activity at any of our operations or projects may require substantial additional capital. When such additional capital is required, we will need to pursue various financing transactions or arrangements, including joint venturing of projects, debt financing, equity financing or other means. Additional financing may not be available when needed or, if available, the terms of such financing might not be favourable to us and might involve substantial dilution to existing shareholders. We may not be successful in locating suitable financing transactions in the time period required or at all, may not obtain the capital required by other means. A failure to raise capital when needed would have a material adverse effect on our business, financial condition and results of operations. Any future issuance of Shares to raise required capital will likely be dilutive to shareholders. In addition, debt and other mezzanine financing may involve a pledge of assets and may be senior to interests of equity holders. We may incur substantial costs in pursuing future capital requirements, including investment banking fees, legal fees, accounting fees, securities law compliance fees, printing and distribution expenses and other costs. The ability to obtain needed financing may be impaired by such factors as the capital markets (both generally and in the silver and gold industry in particular), our status as an enterprise with a limited production history at some operations, the location of the Escobal Mine in Guatemala and the La Arena and Shahuindo Mines in Peru, and the price of silver, gold, lead and zinc on the commodities markets (which will impact the amount of asset-based financing available) and/or the loss of key management personnel. Further, if the price of silver, gold and other metals on the commodities markets decreases, then revenues from our operations will likely decrease and such decreased revenues may increase the requirements for capital. Failure to obtain necessary capital on reasonable terms may materially adversely affect our future operations and profitability.

*Licenses and Title to Assets*

The validity of the licenses related to our operations may be contested. There is no assurance that applicable governmental bodies will not revoke or significantly alter the conditions of applicable licenses that are required for the operations. Changes to Guatemalan, Peruvian or Canadian laws, including new mining legislation or adverse court rulings, could materially and adversely impact our rights to exploration and exploitation licenses necessary for our operations. See "Description of Our Business – Doing Business in Guatemala, Peru and Canada– Risk Factors Relating to Our Business – Operations in Guatemala, Peru and Canada."

There is no guarantee that title to the Escobal, La Arena, Shahuindo, Bell Creek or Timmins West Mines or surface rights will not be challenged or impugned. Our properties may be subject to prior unregistered liens, agreements or transfers, indigenous land claims or undetected title defects.

In jurisdictions in which we operate, legal rights applicable to exploration and exploitation licenses are different and separate from legal rights applicable to surface lands. Accordingly, title holders of licenses must reach agreement with surface land owners on adequate remuneration to compensate for mining activities on their land. Not all surface rights are registered interests which may cast doubt on the ownership of surface rights and the validity of agreements related to surface rights.

Annual Information Form for the Year Ended December 31, 2016    25

044

*Governmental Laws and Regulations*

Our operations, exploration and development activities are subject to the laws and regulations of Guatemala, Peru and Canada that govern various matters including environmental protection, management and use of toxic substances and explosives, management of natural resources, exploration, development, production, and post-closure reclamation of mines, imports and exports, price controls, taxation, mining royalties, labour standards and occupational health and safety, including mine safety and historic and cultural preservation.

The costs associated with legal compliance are substantial. In addition, possible future laws and regulations, changes to existing laws and regulations (including the imposition of higher taxes and mining royalties which have been, or may be, implemented or threatened) or more stringent enforcement of current laws and regulations by governmental authorities, could cause additional expense, capital expenditures, restrictions on or suspension of our operations. Moreover, these laws and regulations may allow governmental authorities and private parties to bring lawsuits based upon damages to property and injury to persons resulting from the environmental, health and safety impacts of our operations, or possibly even those actions of parties from whom we acquired our mines or properties. Such legal actions could lead to the imposition of substantial fines, penalties or other civil or criminal sanctions. It is difficult to strictly comply with all regulations that may be imposed on us. We have competent and well-trained individuals and consultants to assist us with compliance with such laws and regulations, however, even with the application of considerable skill we may inadvertently fail to comply with certain laws. Failure to comply with laws and regulations could lead to financial restatements, fines, penalties, loss, reduction or expropriation of entitlements, the imposition of additional local, foreign or governmental parties as joint venture partners with carried or other interests and other material negative impacts on us.

*Illegal Miners*

Illegal mining activities have occurred at many mining sites throughout Peru, including in and around Shahuindo. In August of 2015, the Peruvian government removed illegal miners from La Chilca, an area owned by Shahuindo. The removal occurred without incident and we are conducting baseline studies of the area to assess environmental impacts from the illegal mining activity. Illegal miners are currently active in the Algamarca area near Shahuindo. Such illegal mining activities may have an adverse effect on the Company's operations or exploration activities. See "Description of Our Business – Doing Business in Guatemala, Peru and Canada – Risk Factors Relating to Our Business – Illegal Miners" for a more detailed description of the effects of illegal mining.

*Operating Hazards, Risks and Insurance*

The ownership, operation and development of a mine or mineral property involves many risks which even a combination of experience, knowledge and careful evaluation may not be able to overcome. These risks include environmental hazards, industrial accidents, explosions and third-party accidents, the encountering of unusual or unexpected geological formations, ground falls and cave-ins, mechanical failure, unforeseen metallurgical difficulties, power interruptions, flooding, earthquakes and periodic interruptions due to inclement or hazardous weather conditions. These occurrences could result in environmental damage and liabilities, work stoppages, delayed production and resultant losses, increased production costs, damage to, or destruction of, mineral properties or production facilities and resultant losses, personal injury or death and resultant losses, asset write downs, monetary losses, claims for compensation of loss of life and/or damages by third parties in connection with accidents (for loss of life and/or damages and related pain and suffering) that occur on company property, and punitive awards in connection with those claims and other liabilities.

It is not always possible to fully insure against such risks, and we may decide not to take out insurance against such risks as a result of high premiums or other reasons. Should such liabilities arise they could reduce or eliminate any future profitability and result in an increase in costs and a decline in value of our securities. Liabilities that we incur may exceed the policy limits of insurance coverage or may not be covered by insurance, in which event we could incur significant costs that could adversely impact our business, operations, potential profitability or value. Despite efforts to attract and retain qualified personnel, as well as the retention of qualified consultants, to manage our interests, even when those efforts are successful, people are fallible and human error could result in significant uninsured losses to us. These could include loss or forfeiture of mineral interests or other assets for non-payment of fees or taxes, significant tax liabilities in connection with any tax planning effort we might undertake and legal claims for errors or mistakes by our personnel. The Company uses a wholly owned captive insurance program to insure risks of certain subsidiaries and related companies.

*Mine Concentrate Transportation and Marketing Risk*

Gold doré produced at La Arena, Shahuindo, Bell Creek and Timmins West Mines, and concentrates containing combinations of silver, gold, lead and zinc produced at the Escobal Mine, are loaded onto highway road vehicles for transport to sea ports for export to foreign smelters and/or refiners in markets such as Asia, Europe and North America. This type of process involves a high level of environmental and financial risk. The Company could be subject to potential significant increases in road and maritime transportation charges and treatment and refining charges. Transportation of such concentrate is also subject to numerous risks including, but not limited to, delays in delivery of shipments, road blocks, terrorism, civil unrest, weather conditions and environmental liabilities in the event of an accident or spill. The Company could be subject to limited smelter or refinery availability and capacity and could also face the risk of a potential interruption of business from a third party beyond its control, which in both cases could have a material adverse effect on the Company's operations and revenues. There is no assurance that smelting, refining or transportation contracts for the Mines' products will be entered into and/or renewed on acceptable terms.

*Environmental Hazards*

All phases of our operations are, and will continue to be, subject to environmental regulation in Guatemala, Peru and Canada. Environmental legislation in these jurisdictions involves strict standards and may entail increased scrutiny, fines and penalties for non-compliance, stringent environmental assessments of proposed projects and a high degree of responsibility for companies and their officers, directors and employees. Changes in environmental regulation, if any, may adversely impact our operations and future potential profitability. In addition, environmental hazards which are currently unknown may exist at our operations. We may be liable for losses associated with such hazards, or may be forced to undertake extensive remedial clean-up action or to pay for governmental remedial clean-up actions, even in cases where such hazards have been caused by previous or existing owners or operators of the property, or by the past or present owners of adjacent properties or by natural conditions. The costs of such clean-up actions may have a material adverse impact on our operations and future potential profitability.

26    Tahoe Resources Inc.

*Reclamation Obligations*

Reclamation requirements are designed to minimize long-term effects of mining exploitation and exploration disturbance by requiring the operating company to control possible deleterious effluents and to re-establish to some degree pre-disturbance land forms and vegetation. We are, and will continue to be, subject to such requirements for our activities at our operations. Any significant environmental issues that may arise, however, could lead to increased reclamation expenditures and could have a material adverse impact on our financial resources.

*Mineral Resource and Reserve Calculations are Only Estimates*

Any figures presented by us for Mineral Resources and Mineral Reserves in this AIF are only estimates. There is a degree of uncertainty attributable to the estimation of Mineral Resources and Mineral Reserves. Until Mineral Resources or Mineral Reserves are actually mined and processed, the quantity of metal and grades must be considered estimates only and no assurances can be given that the predicted levels of metals will be produced. The estimating of Mineral Resources and Mineral Reserves includes a subjective process that relies on the judgment of the persons preparing the estimates. The process relies on the quantity and quality of available data and is based on knowledge, mining experience, analysis of drilling results and industry practices. Valid estimates made at a given time may significantly change when new information becomes available. While we believe that the Mineral Resource and Mineral Reserve estimates included in this AIF for the Escobal, La Arena, Shahuindo, Bell Creek and Timmins West Mines are well established and reflect management's best estimates, by their nature, resource and reserve estimates are imprecise and depend, to a certain extent, upon analysis of drilling results and statistical inferences that may ultimately prove to be inaccurate.

Estimated Mineral Resources or Mineral Reserves may have to be recalculated based on changes in metal prices, further exploration or development activity or actual production experience. This could materially and adversely affect estimates of the volume or grade of mineralization, estimated recovery rates or other important factors that influence resource or reserve estimates. The extent to which resources may be reclassified as Proven or Probable Mineral Reserves depends upon the demonstration of their profitable recovery, among other criteria. Proven and Probable Mineral Reserves may not be profitable in the future due to market price fluctuations, increased production costs, reduced recovery rates, or other factors. A reduction in reserves could have an adverse impact on our future cash flows, earnings, results of operations and financial condition.

*Infrastructure*

Mining activities depend, to one degree or another, on adequate infrastructure. Reliable roads, bridges, power sources and water supply are important elements of infrastructure, which affect capital and operating costs. If adequate infrastructure becomes unavailable in the future there can be no assurance that operations will achieve the anticipated production volume; or that the anticipated ongoing operating costs at our operations will not be higher than anticipated. Furthermore, unusual or infrequent weather phenomena, sabotage, government neglect or other interference in the maintenance or provision of necessary infrastructure could adversely affect our operations and profitability.

*Employee Recruitment and Retention*

Recruiting and retaining qualified personnel is critical to our success. We are dependent on the services of key executives and other highly skilled personnel focused on managing our interests. The number of persons skilled in the acquisition, development, and operation of mining properties is limited and competition for such persons is intense. As our business activity grows, we will require additional key financial, administrative, geologic and mining personnel as well as additional operations staff. There is no assurance that we will be successful in attracting, training and retaining qualified personnel as competition for persons with these skill sets increases. If we are not successful in attracting, training and retaining qualified personnel, the efficiency of our operations could be impaired, which could have an adverse impact on our future cash flows, earnings, results of operations and financial condition.

*Adverse General Economic Conditions*

Unprecedented events in global financial markets in the past several years have had a profound impact on the global economy. Many industries, including the silver and gold mining industry, are impacted by these market conditions. Some of the key impacts of the current financial market turmoil include contraction in credit markets resulting in a widening of credit risk, devaluations, high volatility in global equity, commodity, foreign exchange and precious metal markets and a lack of market liquidity. A continued or worsened slowdown in the financial markets or other economic conditions, including but not limited to, consumer spending, employment rates, business conditions, inflation, fuel and energy costs, consumer debt levels, lack of available credit, the state of the financial markets, interest rates and tax rates, may adversely affect our growth and profitability. Specifically, the global credit/liquidity crisis could impact the cost and availability of financing and our overall liquidity, the volatility of silver, gold, lead and zinc prices would impact our revenues, profits, losses and cash flow, continued recessionary pressures could adversely impact demand for our production, volatile energy, commodity and consumables prices and currency exchange rates would impact our production costs and the devaluation and volatility of global stock markets would impact the valuation of our equity and other securities. These factors could have a material adverse effect on our financial condition and results of operations.

046

*Competition for New Properties*

An element of our business strategy is to make selected acquisitions. We expect to continue to evaluate acquisition opportunities on a regular basis and intend to pursue those opportunities that we believe are in our long-term best interests. There is a limited supply of desirable mineral lands available in areas where we would consider conducting exploration or development activities. Because we face strong competition for new properties from other mining companies, some of which have greater financial resources than we do, we may be unable to acquire attractive new mining properties on terms that we consider acceptable. In addition, competition in the mining business for limited sources of capital could adversely impact our ability to acquire and develop suitable mining properties, development projects, producing companies or properties having significant exploration potential. As a result, there is no assurance that we will be able to acquire additional mining properties.

The success of any acquisition that we make will depend upon our ability to effectively manage the operations of entities we acquire and to realize other anticipated benefits. The process of managing acquired businesses may involve unforeseen difficulties and may require a disproportionate amount of management resources. There can be no assurance that we will be able to successfully manage the operations of businesses we acquire or that we achieve the anticipated benefits of our acquisitions.

*Shortages of Critical Parts, Equipment and Skilled Labour*

Our ability to acquire critical resources such as input commodities, drilling equipment, tires and skilled labour due to increased worldwide demand, may cause unanticipated cost increases and delays in delivery times, thereby impacting operating costs, capital expenditures and development schedules.

*Foreign Exchange Rate Fluctuations*

Fluctuations in currency exchange rates, particularly the weakening of the US dollar against the Guatemalan quetzal, the Peruvian sol or Canadian dollar could have a significant effect on our results of operations. We may from time to time engage in foreign currency trading activities in order to minimize these effects on our operating results.

*Developments Regarding Indigenous Peoples*

To the best of our knowledge, although indigenous people may have inhabited the area of our Mines in Guatemala and Peru at one time, there are no indigenous populations currently living in the immediate area of the Escobal, La Arena or Shahuindo Mine sites. In 2016, MSR engaged with indigenous communities in Guatemala that expressed an interest in the Escobal Mine and during the year, more than 130 indigenous community members visited the Escobal Mine. In addition, indigenous peoples have participated in our Guatemalan avocado and coffee rust prevention programs and received donations of agricultural supplies and musical instruments through its social investment program. The Company also attended workshops with the Guatemalan government and other private sector organizations to promote the elimination of all forms of racial discrimination against indigenous groups.

In Canada, we are committed to direct, bilateral engagements with aboriginal groups to explore opportunities for positive relations and mutual benefit. To this end, the Company is party to IBAs with local First Nations in respect of the Timmins operations that provide for education and training of First Nations members, employment opportunities, environmental care, and collaborative business opportunities. The Company entered into an IBA with five First Nations in respect of the Bell Creek Mine, effective September, 2016 and an IBA with two First Nations in respect of the Timmins West Mine, effective February, 2011. The Company will continue to engage and consult with aboriginal groups in accordance with the laws of Canada.

*Community Action*

In recent years, certain communities of both indigenous people and others in Guatemala, Peru and Canada, and certain non-governmental organizations ("NGOs") have been vocal and sometimes negative with respect to mining activities in the jurisdictions in which we operate. These communities and NGOs have taken such actions as road closures, work stoppages and initiating lawsuits for damages. These actions relate not only to current activities but often in respect to decades-old mining activities by prior owners of mining properties. Such actions by communities and NGOs may have a material adverse effect on our operations and on the Company's financial position, cash flow and results of operations.

*Claims and Legal Proceedings*

We may be subject to claims or legal proceedings covering a wide range of matters that arise in the ordinary course of business activities, including claims relating to ex-employees. These matters may give rise to legal uncertainties or have unfavourable results. We will carry liability insurance coverage and mitigate risks that can be reasonably estimated. In addition, we may be involved in disputes with other parties in the future that may result in litigation or unfavourable resolution which could materially adversely impact our financial position, cash flow and results of operations.

*Conflicts of Interest*

Certain of our directors and officers also serve as directors and/or officers of other companies involved in natural resource exploration and development. Consequently, there is a possibility that a conflict could arise for such directors and officers. Any Company-related decision made by any of these directors and officers should be made in accordance with their duties and obligations to deal fairly and in good faith and to act in the best interests of the Company and its shareholders. In addition, each of the directors is required to declare and refrain from voting on any matter in which such director may have a conflict of interest in accordance with the procedures set forth in the Company's Code of Business Conduct, in the BCA and other applicable laws.

28      Tahoe Resources Inc.

## RISK FACTORS RELATING TO OUR SHARES

### Market Price of Shares and Volatility

Securities of mining companies have experienced substantial volatility in the past, often based on factors unrelated to a companies' financial performance or prospects. These factors include macroeconomic developments in North America and globally and market perceptions of the attractiveness of particular industries. The price of our Shares is also likely to be significantly affected by short-term changes in silver, gold or other mineral prices or in our financial condition or results of operations. Other market-related factors unrelated to our performance that may affect the price of the Shares include the following: the extent of analytical coverage available to investors concerning our business may be limited if investment banks with research capabilities do not follow the Company; lessening in trading volume and general market interest in the Shares may affect an investor's ability to trade significant numbers of Shares; the size of our public float may limit the ability of some institutions to invest in Shares; and a substantial decline in the price of the Shares that persists for a significant period of time could cause the Shares, if listed on an exchange, to be delisted from such exchange, further reducing market liquidity. As a result of any of these factors, the market price of the Shares at any given point in time may not accurately reflect our long-term value. Securities class action litigation often has been brought against companies following periods of volatility in the market price of their securities. We may in the future be the target of similar litigation. Securities litigation could result in substantial costs and damages and divert management's attention and resources.

The market price of the Shares is affected by many other variables which are not directly related to our success and are, therefore, not within our control. These include other developments that affect the market for all resource sector securities, the breadth of the public market for our Shares and the attractiveness of alternative investments. The effect of these and other factors on the market price of the Shares is expected to make the Share price volatile in the future, which may result in losses to investors.

### Dilution

Future sales or issuances of equity securities could decrease the value of the Shares, dilute shareholders' voting power and reduce future potential earnings per Share.

We may sell additional equity securities in subsequent offerings (including through the sale of securities convertible into Shares) and may issue additional equity securities to finance our operations, development, exploration, acquisitions or other projects. We cannot predict the size of future sales and issuances of equity securities or the effect, if any, that future sales and issuances of equity securities will have on the market price of the Shares. Sales or issuances of a substantial number of equity securities, or the perception that such sales could occur, may adversely affect prevailing market prices for the Shares. With any additional sale or issuance of equity securities, investors will suffer dilution of their voting power and may experience dilution in our earnings per Share.

### Dividends

The Company's policy and payment of cash dividends and reinvestment of cash into shares will be reviewed periodically by our Board and will depend upon, among other things, conditions then existing including earnings, financial condition and capital requirements, restrictions in financing agreements, business opportunities and conditions and other factors (see "Dividends and Distributions").

## THE ESCOBAL MINE

## RECENT ACTIVITIES AT THE ESCOBAL MINE

The Company achieved commercial production at the Escobal Mine on January 14, 2014 and in 2014 processed a total of 1.25 million tonnes of ore with average feed grades of 585 g/t Ag, 0.42 g/t Au, 0.93% Pb, and 1.43% Zn; recovering 20.3 million ounces ("moz") of silver, 10,893 ounces of gold, 10,359 tonnes of lead, and 13,394 tonnes of zinc in concentrate. Metal recoveries into each of the lead and zinc concentrates met or exceeded expectations. In 2015, the Escobal Mine concluded its second year of commercial operations with record production of 20.4 moz of silver contained in concentrates, within Company guidance of 18 to 21 moz of silver. In 2015, the Escobal Mine processed a total of 1.51 million tonnes of ore with average feed grades of 487 g/t Ag, 0.39 g/t Au, 0.50% Pb, and 0.86% Zn. In addition to recovering 20.4 moz of silver, the Escobal Mine also recovered 11,749 ounces of gold, 10,193 tonnes of lead, and 14,589 tonnes of zinc in concentrate.

In 2016, the Escobal Mine concluded its third year of commercial operations with record production of 21.2 moz of silver contained in concentrates, which surpassed Company guidance of 18 to 21 moz of silver. In 2016, the Escobal Mine processed a total of 1.59 million tonnes of ore with average feed grades of 477 g/t Ag, 0.35 g/t Au, 0.72% Pb, and 1.19% Zn. In addition to recovering 21.3 million ounces of silver, the Escobal Mine also recovered 10,725 ounces of gold, 9,969 tonnes of lead, and 14,975 tonnes of zinc in concentrate. Mill throughput in 2016 averaged 4,356 tonnes per day ("tpd").

At January 1, 2017, Measured and Indicated Mineral Resources for the Escobal deposit include 367.9 million ounces of silver at an average grade of 323 g/t. Proven and Probable Mineral Reserves include 267.5 million ounces of silver at an average grade of 351 g/t. Mineral Resources were updated by subtracting mine depletion volumes from the Mineral Resources and Mineral Reserves reported in the Escobal Feasibility Study. Mineral Reserves were updated by applying a mine plan revised at the end of 2016 to the Mineral Resources.

048

Significant capital projects in 2016 include **:**

•  Completion and commissioning of the new paste backfill plant. The plant is operating at design capacity and continues to perform to management's expectations.

•  Completion and installation of underground pump stations. Infrastructure to support a series of underground dewatering wells on the 1190 level was completed. Well drilling and construction began in Q4 2016 in advance of primary ramp development below the 1190 level, which is currently the deepest production level in them mine.

_On-site analytical laboratory optimization_

Upgrades to the assay laboratory building, sample preparation and analytical equipment, metallurgical laboratory and ventilation circuit were completed in 2016.

## PROJECT SETTING, LOCATION, ACCESS AND INFRASTRUCTURE

The Escobal Mine is located in southeast Guatemala, approximately 40 km east-southeast of Guatemala City and 2 km east of the town of SRLF in the Department of Santa Rosa. SRLF has a population of approximately 3,500 people and is 70 km from Guatemala City by paved road. Access to the area is also possible from the northeast on a paved highway via the town of Mataquescuintla. The majority of the workforce is derived from communities within Santa Rosa department and elsewhere in Guatemala, with a small expatriate contingency.

The local climate consists of two major seasons; a "rainy" season between May and November and a "dry" season between November and May. Annual precipitation averages 1,689 millimetres. Average temperatures vary between 14°C and 33°C. Mining activities are expected to be able to be conducted year-round.

The project area lies within mountainous terrain interspersed with rolling hills and valleys. Elevations range from 1,300 metres in the valley on the west end of the Escobal vein to 1,800 metres in the drilled east extension. The high mountain range of Montana Soledad Grande north and east of the Escobal Mine rises to an elevation of 2,600 metres. Vegetation is characterized by natural mountain forest species that consist of oak, pine and cypress tree varieties and lower strata scrub-brush species.

There is a high voltage electrical line that extends to the town of SRLF, which has potential to be upgraded to handle the anticipated load requirements for the Escobal Mine. The Company's long-term expectation is that electrical power may be provided to the project from Guatemala's existing national grid by means of connecting to the existing SRLF substation at a voltage level of 69 Kvs, and constructing a new 7 km 69kv line to site. The Company continues to evaluate alternative sources of power for the Escobal Mine including recommencement of the power line work.

Communication facilities at the mine site include telephone and internet services. Water wells within the Escobal Mine area provide sufficient water for mining and processing activities without impacting local residents or communities. Potable water is brought to the mine from outside sources as needed. The Company owns sufficient land to accommodate the tailing facility, waste rock storage, process plant facilities, underground access and ancillary surface facilities for the operation.

## HISTORY

The Escobal property dates back to 1996 when Entre Mares, the Guatemalan subsidiary of Goldcorp, prospected in the area and identified high-grade gold values associated with surface quartz veins in the western portion of the Escobal vein. In 2006, Entre Mares initiated regional exploration in the area, partially based on verifying geochemical anomalies in its database. In late 2006, significant silver and gold grades were detected from surface sampling along an extensive alteration zone developed over the Escobal vein. An exploration license was applied for in October 2006 and was granted in March 2007. Entre Mares commenced exploration drilling on the Escobal property in May 2007.

In May 2010, Tahoe executed an agreement to acquire the Escobal Project from Goldcorp's indirectly wholly owned subsidiaries, Goldcorp Holdings Barbados Ltd. And Guatemala Holdings Ltd, which respectively held 9.1% and 91.9% of Entre Mares. On June 8, 2010 upon successful completion of Tahoe's initial public offering, Tahoe acquired 100% of the Escobal Project and associated exploration concessions from Entre Mares.

## 2014 ESCOBAL FEASIBILITY STUDY

The Escobal Feasibility Study was issued on November 5, 2014 and is available for viewing on SEDAR under our profile and on our website at www.tahoeresources.com . The Escobal Feasibility Study contained an updated Mineral Resource estimate, the Company's initial Mineral Reserve statement and an economic analysis demonstrating the viability of the Escobal Mine at the proposed 4500 tpd production rate. The effective date of the Escobal Feasibility Study is November 5, 2014; the effective date of the Mineral Resource estimate is January 23, 2014; and the effective date of the Mineral Reserve estimate is July 1, 2014. Mineral Resources and Mineral Reserves have been updated as of January 1, 2017.

30    Tahoe Resources Inc.

### MINERAL TENURE, SURFACE RIGHTS AND ROYALTIES

*Mineral Tenure*

The Escobal Mine is 100% owned by the Company through its wholly-owned subsidiary MSR, and currently comprises two mineral licenses covering approximately 79.9 km² on the Escobal vein and surrounding area. These include the Escobal Exploitation License covering 20 km² and the Juan Bosco exploration license covering 59.9 km². In addition, there are a number of applications for reconnaissance and exploration licenses contiguous with the Escobal Mine. The granting of these license applications is still pending.

Exploration licenses in Guatemala are granted for an initial period of three years which can be extended for two additional periods for two years each, for a total holding period of seven years. According to Guatemala law, after 2014, no additional extensions will be permitted and an exploitation license application must be made. Prior to the application for an exploitation license, a pre-feasibility study, mine plan and environmental impact assessment must be completed.

The Oasis, Lucero and Andres exploration licences were granted to Entre Mares on March 26, 2007, August 21, 2007 and December 17, 2007, respectively, and were transferred to MSR as part of the Escobal Acquisition in 2010. On July 8, 2011, an application was submitted to MEM for the Escobal exploitation concession, covering 20.0 km$^2$ of area over the Escobal vein designated for mine development in the original Oasis exploration concession. On October 21, 2011, MARN notified the Company that it had approved the Exploitation EIS and on April 3, 2014, MEM approved the Escobal exploitation concession for a period of 25 years. Upon filing of the Escobal exploitation concession application, three new exploration concessions (Oasis I, II, III) were requested to occupy the area liberated through elimination of the original Oasis concession. Similarly, new exploration concessions were requested over areas covered by the Andres (Andres I and II) on May 12, 2014 and Lucero (Lucero I and Lucerito) on August 8, 2014, after completion of the original seven year holding period on these concession areas.

In addition to the granted exploration and exploitation licenses, applications for the Soledad and El Silencio reconnaissance licenses were submitted to MEM in 2006 and 2010, respectively. The granting of these license applications is still pending.

In an attempt to encourage revision of the mining law, Guatemala President Otto Perez Molina asked Congress in July 2013 to approve a temporary moratorium on the granting of new mining and exploration licenses. Congress has taken no action on the proposal. The Company's existing licenses, including the Escobal Exploitation License, have not been affected by the President's request. Exploration since that date has focused only on the 79.9 km2 granted concessions surrounding the Escobal Mine.



Escobal Mine Concession Map

050

The following table shows concession type, size and application/grant/expiry dates for all MSR concessions:

| Concession Name and License No. | Type | Area (km$^2$) | Application Date | Approval Date |
|---|---|---|---|---|
| SOLEDAD SR-03-06 | Recon. | 802.5 | 12/6/2006 | pending |
| EL OLIVO SEXR-029-07 | Exploration | 36.0 | 5/18/2007 | pending |
| JUAN BOSCO SEXR-089-08 | Exploration | 59.9 | 11/12/2008 | 5/9/2012 |
| PUENTE QUEBRADO SEXR-049-09 | Exploration | 3.0 | 10/9/2009 | pending |
| MELISSA SEXR-050-09 | Exploration | 3.0 | 10/9/2009 | pending |
| VALENCIA SEXR-050-10 | Exploration | 7.0 | 8/23/2010 | pending |
| GRANADA SEXR-054-10 | Exploration | 5.0 | 10/6/2010 | pending |
| CRISTINA SEXR-055-10 | Exploration | 52.5 | 10/6/2010 | pending |
| EL SILENCIO SR-06-10 | Recon. | 1,098.1 | 11/4/2010 | pending |
| CIPRESES SEXR-048-09 | Exploration | 3.0 | 10/09/2009 | pending |
| PAJAL SEXR-058-11 | Exploration | 66.0 | 5/4/2011 | pending |
| ESCOBAL LEXT-015-11 | Exploitation | 20.0 | 7/8/2011 | 04/03/2013 |
| EL DURAZNO SEXR-104-11 | Exploration | 48.8 | 7/29/2011 | pending |
| PAJARITA SEXR-104-11 | Exploration | 57.0 | 7/29/2011 | pending |
| TERESA SEXR-109-11 | Exploration | 68.5 | 8/17/2011 | pending |
| OASIS I SEXR-117-11 | Exploration | 12.8 | 8/31/2011 | pending |
| OASIS II SEXR-118-11 | Exploration | 7.0 | 8/31/2011 | pending |
| OASIS III SEXR-119-11 | Exploration | 0.2 | 8/31/2011 | pending |
| LUCERO I SEXR-031-14 | Exploration | 30.88 | 8/8/2014 | pending |
| LUCERITO SEXR-032-14 | Exploration | 15.03 | 8/8/2014 | pending |
| ANDRES I SEXR-050-14 | Exploration | 32.00 | 12/5/2014 | pending |
| ANDRES II SEXR-049-14 | Exploration | 12.00 | 12/5/2014 | pending |

Yearly payments are made to MEM for each concession based on concession size and a graduating "concession age" factor. For exploration concessions the current holding cost amounts to approximately $400 to $1,200 per km$^2$. For exploitation concessions a fixed cost of approximately $1,500 is charged per km$^2$. Required payments are current for all concessions held by the Company.

There are no defined work requirements to keep an exploration concession valid, although exploration activity (sampling, mapping, etc.) must to be conducted and results filed with the MEM on an annual basis. The Company has filed exploration activity reports with MEM for all exploration and exploitation concessions each year as required.

*Surface Rights*

In Guatemala, the surface rights are independent of mining rights and must be negotiated separately. There is no allowance for expropriation in Guatemala. Approximately 281 hectares of surface rights have been acquired or are under contract by the Company. These surface rights are sufficient to provide for our operations at the Escobal Mine, including areas for tailings disposal, waste rock disposal, processing plant, and ancillary surface facilities.

*Royalty*

For a discussion on the recent rulings by the Constitutional Court in Guatemala regarding royalties, see "Description of Our Business – Doing Business in Guatemala, Peru and Canada – Taxation – Royalties".

32      Tahoe Resources Inc.

*PERMITS*

Operations at the Escobal Mine are conducted under permits and licenses issued by MEM and MARN. All required permits for surface and underground activities are in place. The environmental approvals and requirements for the Escobal Mine from MARN are specified in Resolution 3061-2011/DIGARN/ECM/beor, dated October 19, 2011. Exploitation activities are authorized by MEM through exploitation license LEXT 015-11, dated April 3, 2013. The export of concentrates from the Escobal Mine is licensed through MEM, with annual renewal requirements. The Company's export license (EXPORT-TI-10-2016) is current and valid.

*ENVIRONMENT*

We have implemented a comprehensive Environmental Impact Management Program developed specifically for the conditions at Escobal, which addresses operating, reporting, and mitigation procedures for surface and underground operations. Based on our due diligence in respect of the Escobal acquisition, our completed and approved Exploitation EIS and our activities at the Escobal Mine since that time, we have identified and, where applicable, mitigated potential material environmental liabilities through our Environmental Impact Management Program.

Our environmental management mandate is to meet or exceed North American standards, practices and regulations. No impacted materials are directly discharged from the site. Impacted water is treated when necessary to meet or exceed Guatemalan and industry standards prior to being released into the environment. Our Environmental Impact Management Program for the Escobal project commenced in 2011 and includes the following:

- Filtered and dry stacked tailings;
- Lined storm water and waste water facilities;
- A concurrent reclamation program;
- Process water recovery and recycling;
- Process/contact water treatment systems;
- Surface and groundwater monitoring programs; and
- Underground paste backfill.

The Company estimates the present value of asset retirement obligations at $4.0 million to reclaim the Escobal Mine at the end of the mine life. As at December 31, 2016, we had recorded the full amount of this reclamation liability.

*GEOLOGY AND MINERALIZATION*

The geological setting of Guatemala is comprised of two tectonic terrains juxtaposed across a major tectonic plate boundary. The northern half of Guatemala is on the North American plate, and the southern half is on the Caribbean plate with three major east-west trending faults forming the collision boundary. The Escobal Mine is on the Caribbean plate, south of the faults. The area is characterized by a series of volcanic units derived from multiple eruptive events. The Escobal deposit is an intermediate-sulfidation fault-related vein formed within Tertiary sedimentary and volcanic rocks within the Caribbean plate. The Escobal vein system hosts silver, gold, lead and zinc, with an associated epithermal suite of elements, within quartz and quartz-carbonate veins. Quartz veins and stockwork up to 50 metres wide, with up to 10% sulfides, form at the core of the Escobal deposit and grade outward through silicification, quartz-sericite, argillic and propylitic alteration zones.

Drilling to date has identified continuous precious and base metal mineralization over a 2,400 metre lateral distance and 1,200 metre vertical range in three zones which comprise the Escobal vein system; the East, West and Central zones. The vein system is oriented generally east-west, with variable dips. The East zone dips to the south from 60° to 75° and steepens to near-vertical at depth. The majority of the mineralized structure(s) in the West zone dips from 60° to 70° to the north, steepens to near-vertical and then again dips towards the north at depth. The upper eastern portion of the Central zone dips 60° to 70° to the south as in the East Zone, and changes to vertical or north dip at depth.

Drilling at the Escobal property was conducted by Entre Mares (Goldcorp) from 2007 up to the time of our acquisition of the Escobal property and the Company has continued drilling since that time. Drilling has been carried out from the surface and from underground using a combination of contracted and company-owned drills.

Exploration in 2016 at the Escobal project concentrated on testing the deep Gap zone between the East and Central Escobal zones.

All vein intercepts were drilled by diamond drill (core) methods, with the majority of mineralized intercepts drilled with NTW-size drill core.

*SAMPLE PREPARATION, ANALYSIS AND SECURITY*

The drill core from the Escobal Mine is photographed, logged for geologic and geotechnical properties and sampled at the project site. Geologists determine sample intervals based on geologic and/or mineralogic changes. The drill core is generally sampled at 1.0 -meter to 1.5 -metre lengths though sample intervals can be defined from less than one metre in zones of discreet mineralization to over three metres in weakly mineralized or altered areas. Once the sample intervals are determined, the core is marked and tagged in wood core boxes.

Exploration core samples selected for analysis are cut lengthwise using mechanized diamond saws. One-half of the core is placed in a plastic sample bag with a sample tag while the remaining half core is replaced in the core box for future reference. The samples are then taken to SRLF where they are stored in MSR's secured office/warehouse facility until they are picked up by Inspectorate, an independent commercial laboratory. Inspectorate operates a sample preparation facility in Guatemala City and couriers the sample pulps to their facility in Reno, Nevada USA for analysis. Inspectorate holds sample pulps in secured storage in Guatemala City.

Underground definition drill core is normally sampled in its entirety, with the samples placed in plastic bags with sample tags. Samples are stored in a secure location at the Escobal Mine site until they are either picked up by, or delivered to, Inspectorate. Inspectorate holds sample pulps in secured storage in Guatemala City and returns coarse reject to the mine.

Inspectorate has been the primary analytical laboratory for all Escobal Mine drill samples used to estimate Mineral Resources with only minor exceptions. Samples have been prepared and analyzed using industry-standard practices suitable for the mineralization at Escobal. Gold is analyzed by fire assay with atomic absorption ("AA") finish; silver is analyzed by digestion/AA, with higher grade samples repeated using fire assay and gravimetric methods. Lead and zinc are analyzed by induced coupled polarization or by digestion/AA, with high grade samples repeated using titration methods. Both Entre Mares and Tahoe conducted quality assurance and quality control ("QA/QC") programs throughout all of the drill campaigns at Escobal, which include check assaying and duplicate sample assaying at other laboratories, and the use of blind assay standards and assay blanks. In late 2015, the Company began utilizing their on-site laboratory for analysis of a portion of the underground stope definition drill core and intends to increase its use of the laboratory for this purpose over the coming year. Exploration samples will continue to be analyzed by an independent commercial laboratory.

### MINERAL RESOURCES

The Mineral Resource estimate for the Escobal Mine as updated on January 1, 2017 from the Escobal Feasibility Study contains 367.9 moz of silver classified as Measured and Indicated Mineral Resources and 9.5 moz of silver classified as Inferred Mineral Resources, with significant amounts of gold, lead, and zinc reported in both resource categories. The effective date of the updated Escobal Mineral Resource estimate is January 1, 2017 calculated by subtracting mine depletion volumes from the Mineral Resources stated in the Escobal Feasibility Study. A summary of the Measured, Indicated and Inferred Mineral Resources, using a cut-off grade of 130 g/t silver-equivalent, is provided in the following table:

| January 2017: SUMMARY OF MINERAL RESOURCES | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Classification | Tonnes (M) | Silver (g/t) | Gold (g/t) | Lead (%) | Zinc (%) | Silver (moz) | Gold (koz) | Lead (kt) | Zinc (kt) |
| Measured Mineral Resources | 4.5 | 429 | 0.36 | 0.79 | 1.38 | 62.2 | 52.5 | 35.5 | 62.2 |
| Indicated Mineral Resources | 30.9 | 307 | 0.32 | 0.69 | 1.12 | 305.7 | 316.6 | 212.3 | 347.2 |
| **Measured & Indicated Mineral Resources** | **35.4** | **323** | **0.32** | **0.70** | **1.16** | **367.9** | **369.1** | **247.8** | **409.3** |
| Inferred Mineral Resources | 1.4 | 207 | 1.10 | 0.24 | 0.45 | 9.5 | 50.1 | 3.4 | 6.3 |

Figures may not sum due to rounding

Mineral Resources for the Escobal vein were estimated from approximately 58,600 samples obtained from 842 surface and underground diamond drill core holes, totaling 231,326 metres. Data verification for the Mineral Resources as reported in the Escobal Feasibility Study. Data verification included verification of drill locations in the field, review of sample handling and data collection procedures, and independent verification sampling/assaying of drill core. In connection with the Escobal Feasibility Study, a full audit of the Escobal database, analysis of the QA/QC data and a study of core recovery and its relationship to metal grades was completed.

The Escobal Feasibility Study models and estimates the Escobal Mine Mineral Resources by refining the geologic model, evaluating the drill data statistically, interpreting mineral domains on cross sections and level plans, analyzing the modeled mineralization statistically to establish estimation parameters, and estimating silver, lead, gold, and zinc grades into a three-dimensional block model using inverse distance cubed ($ID^3$).

Silver-equivalent value for determining the resource cut-off grade was calculated using metal prices of $22.50/oz Ag, $1,300/oz Au, $0.95/lb Pb, and $0.90/lb Zn, with no metal recovery factors applied.

### MINERAL RESERVES

The Escobal Proven and Probable Mineral Reserves at January 1, 2017 total 23.7 million tonnes at average grades of 351 g/t Ag, 0.35 g/t Au, 0.77% lead and 1.27% zinc containing 267.5 million ounces of silver, 270.3 thousand ounces of gold, 183.2 thousand tonnes of lead and 300.3 thousand tonnes of zinc. The updated Mineral Reserves were calculated by applying an updated mine plan to the Mineral Resource estimate stated in the Escobal Feasibility Study taking into account mining depletion through the end of 2016. A summary of the Escobal Mineral Reserves estimate at January 1, 2017 is provided in the following table:

| January 2017: SUMMARY OF MINERAL RESERVES | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Classification | Tonnes (M) | Silver (g/t) | Gold (g/t) | Lead (%) | Zinc (%) | Silver (Moz) | Gold (koz) | Lead (kt) | Zinc (kt) |
| **Proven & Probable Mineral Reserves** | 23.7 | 351 | 0.35 | 0.77 | 1.27 | 267.5 | 270.3 | 183.2 | 300.3 |

Cut-off grades to define the January 1, 2017 Mineral Reserves were calculated from the NSR value of the resource model blocks minus the production cost to account for variability in mining method and metallurgical response. Metal prices used to determine the NSR value are $20.00 per ounce silver, $1,300 per ounce gold, $1.00 per pound lead and $1.25 per pound zinc. Actual mining, processing and general and administrative (G&A) costs, metallurgical performance and smelter contract rates from the Escobal Mine were used to derive operating costs used in the reserve calculation.

Proven and Probable Mineral Reserves include 34% dilution that takes into account internal and external mining dilution and dilution from paste backfill where applicable. Subeconomic material internal to the stope designs and external mining dilution account for approximately 31% of the dilution total and paste backfill dilution accounts for about 3% of the dilution total. Resources within the mine plan classified as Inferred have been given metal grades of zero for the calculation of Mineral Reserves. Mineral Reserves are inclusive of Mineral Resources.

### MINING

The Escobal Mine is accessed via two primary declines (East Central and West Central ramps) which provide access to the Central and West zones of the deposit. The East Zone is accessed by a third internal primary ramp driven from the East Central ramp. Accesses to the orebody are driven from the main ramp system to establish sublevel footwall laterals drifts driven parallel to the vein on 25m vertical intervals. Primary and secondary development headings are mined 5 m wide by 6 m high with arched backs. The primary ramps are typically driven at a maximum gradient of -15%.

Underground development of the Escobal Mine commenced in May 2011, with construction of the East Central and West Central decline portals; after which ramp development began. Through the end of 2016, approximately 17,100 metres of capital development and 435 metres of vertical development (ventilation raises) have been completed.

Mining is being done by transverse longhole stoping with future mining by a combination of transverse and longitudinal longhole stoping. The stopes are accessed from the footwall laterals. Through the end of 2016, approximately 23,000 metres of stope development has been completed. Ore is hauled to the surface by truck to the ore stockpile, located proximal to the primary crusher. Development waste rock is hauled by truck to the surface and used as construction material for the dry stack tailings buttress.

Filtered tails from the process plant are combined with cement and water to make a structural fill (paste backfill) for filling the underground voids produced from stope mining. The paste backfill plant is centrally located on the surface above the Central zone and produces backfill for delivery via a system of ceramic-lined steel and HDPE pipe into the mine for placement in the mined-out stopes to provide stability to the excavated openings and allow for maximum recovery of the resource. Approximately 486,000 m$^3$ of paste backfill was placed in the mine during 2016.

The Escobal Feasibility Study life of mine plan as of July 1, 2014 forecasts the Escobal Mine to produce a total of 31.4 million tonnes of ore at average grades of 347 g/t silver, 0.33 g/t gold, 0.74% lead and 1.21% zinc. The life of mine production by year as stated in the Escobal Feasibility Study is summarized in the following table.

**Escobal Life of Mine Production**
**(tonnes, ounces and pounds in 000s)**

| Year | Tonnes | Ag g/t | Au g/t | Pb % | Zn % | Ag Ounces | Au Ounces | Pb lbs | Zn lbs |
|---|---|---|---|---|---|---|---|---|---|
| 2014(H2) | 658 | 542 | 0.38 | 0.74 | 1.27 | 11,466 | 8 | 10,744 | 18,442 |
| 2015 | 1,529 | 482 | 0.36 | 0.68 | 1.19 | 23,707 | 18 | 23,033 | 40,153 |
| 2016 | 1,624 | 441 | 0.31 | 0.65 | 1.13 | 23,007 | 16 | 23,377 | 40,622 |
| 2017 | 1,658 | 442 | 0.32 | 0.67 | 1.12 | 23,555 | 17 | 24,668 | 40,803 |
| 2018 | 1,642 | 442 | 0.32 | 0.67 | 1.13 | 23,337 | 17 | 24,399 | 40,780 |
| 2019 | 1,633 | 442 | 0.40 | 0.66 | 1.11 | 23,200 | 21 | 23,816 | 40,107 |
| 2020 | 1,633 | 442 | 0.61 | 0.82 | 1.39 | 23,202 | 32 | 29,553 | 50,063 |
| 2021 | 1,631 | 442 | 0.27 | 0.46 | 0.78 | 23,184 | 14 | 16,436 | 27,991 |
| 2022 | 1,619 | 398 | 0.34 | 0.61 | 1.01 | 20,706 | 18 | 21,894 | 36,181 |
| 2023 | 1,643 | 266 | 0.27 | 0.56 | 1.03 | 14,056 | 15 | 20,431 | 37,138 |
| 2024 | 1,650 | 278 | 0.34 | 0.63 | 1.04 | 14,719 | 18 | 22,995 | 37,728 |
| 2025 | 1,635 | 283 | 0.33 | 0.63 | 1.11 | 14,904 | 17 | 22,588 | 39,922 |
| 2026 | 1,647 | 332 | 0.41 | 0.75 | 1.31 | 17,596 | 22 | 27,259 | 47,583 |
| 2027 | 1,639 | 312 | 0.44 | 0.81 | 1.50 | 16,416 | 23 | 29,372 | 54,239 |
| 2028 | 1,642 | 272 | 0.37 | 0.86 | 1.47 | 14,378 | 20 | 31,056 | 53,368 |
| 2029 | 1,654 | 266 | 0.32 | 0.75 | 1.27 | 14,130 | 17 | 27,429 | 46,209 |
| 2030 | 1,638 | 243 | 0.28 | 0.87 | 1.41 | 12,817 | 15 | 31,291 | 50,823 |
| 2031 | 1,637 | 251 | 0.17 | 0.80 | 1.02 | 13,188 | 9 | 28,850 | 36,675 |
| 2032 | 1,660 | 246 | 0.17 | 1.07 | 1.27 | 13,118 | 9 | 39,233 | 46,472 |
| 2033 | 1,362 | 224 | 0.25 | 1.08 | 1.80 | 9,797 | 11 | 32,453 | 53,956 |
| **Total** | **31,433** | **347** | **0.33** | **0.74** | **1.21** | **350,484** | **336** | **510,876** | **839,255** |

055

*PROCESSING*

Ore from the Escobal Mine is processed by differential flotation producing lead concentrates with high precious metal (silver and gold) grades and zinc concentrates with a lesser precious metal component. The original design basis for the processing facility was 3,500 tonnes of ore per day or 1.28 million tonnes per year; though the installed crushing, grinding, flotation and concentrate processing components were sized for the contemplated increased throughput rate of 4,500 tpd which was achieved in August 2015. Mill commissioning was initiated in the second half of 2013 with the first metal concentrates produced on September 30, 2013. The Company declared commercial production in January 2014 with the completion of mill commissioning and continued to ramp up the mill throughput rate through the first half of 2014. The Escobal ore processing facility is operating at the increased design levels and with metal recoveries generally meeting or exceeding design expectations.

Ore is transported from the underground mine to a stockpile located proximal to the primary crusher, from where it is delivered by front end loader to the crusher. The ore is reduced via a three stage crushing circuit followed by a single ball mill. Metal is recovered from the ball mill discharge by a conventional lead-zinc differential flotation circuit consisting of tank cells with separate circuits for lead and zinc. Lead and zinc concentrates produced at the concentrator facility are filtered, packaged into super sacks which are placed in containers and loaded onto trucks for shipment to port for delivery to commercial concentrate smelters and metal refineries.

Since the declaration of commercial production through the end of 2016, the Escobal plant has processed 4.35 million tonnes of ore at average grades of 512 g/t Ag, 0.38 g/t Au, 0.80% Pb, and 1.29% Zn; producing 61.9 million ounces of silver, 33,360 ounces of gold, 31,352 tonnes of lead, and 50,983 tonnes of zinc contained in concentrate. Metal recovery into concentrates averaged 86.6% for silver, 62.4% for gold, 87.9% for lead, and 77.1% for zinc.

The following table summarizes the life of mine process plant throughput schedule and metal production (metal recovered in concentrate) as of July 1, 2014 as presented in the Escobal Feasibility Study.

**Escobal Life of Mine Process Plant Operations**
**(tonnes, ounces and pounds in 000s)**

| Year | Throughput | | | | | Metal Recovered in Concentrates | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Tonnes | Ag g/t | Au g/t | Pb % | Zn % | Ag Ounces | Au Ounces | Pb lbs | Zn lbs |
| 2014(H2) | 684* | 527 | 0.37 | 0.76 | 1.27 | 10,138 | 5 | 10,243 | 14,514 |
| 2015 | 1489 | 483 | 0.36 | 0.68 | 1.19 | 20,074 | 11 | 19,979 | 29,550 |
| 2016 | 1,643 | 442 | 0.31 | 0.65 | 1.14 | 20,133 | 10 | 20,978 | 30,953 |
| 2017 | 1,643 | 442 | 0.32 | 0.67 | 1.12 | 20,130 | 10 | 21,704 | 30,376 |
| 2018 | 1,643 | 442 | 0.32 | 0.67 | 1.13 | 20,131 | 10 | 21,682 | 30,644 |
| 2019 | 1,643 | 442 | 0.40 | 0.66 | 1.11 | 20,132 | 13 | 21,266 | 30,310 |
| 2020 | 1,643 | 442 | 0.60 | 0.82 | 1.38 | 20,133 | 21 | 26,770 | 38,330 |
| 2021 | 1,643 | 442 | 0.27 | 0.46 | 0.79 | 20,136 | 8 | 14,431 | 20,889 |
| 2022 | 1,643 | 399 | 0.34 | 0.61 | 1.01 | 17,987 | 11 | 19,486 | 27,247 |
| 2023 | 1,643 | 266 | 0.27 | 0.56 | 1.03 | 11,573 | 8 | 17,845 | 27,686 |
| 2024 | 1,643 | 278 | 0.34 | 0.63 | 1.04 | 12,113 | 11 | 20,221 | 28,034 |
| 2025 | 1,643 | 283 | 0.33 | 0.63 | 1.11 | 12,393 | 11 | 20,017 | 30,081 |
| 2026 | 1,643 | 332 | 0.41 | 0.75 | 1.31 | 14,745 | 14 | 24,406 | 36,135 |
| 2027 | 1,643 | 312 | 0.44 | 0.81 | 1.50 | 13,749 | 15 | 26,632 | 41,865 |
| 2028 | 1,643 | 272 | 0.37 | 0.86 | 1.47 | 11,870 | 12 | 28,253 | 41,074 |
| 2029 | 1,643 | 266 | 0.32 | 0.75 | 1.27 | 11,549 | 10 | 24,460 | 38,844 |
| 2030 | 1,643 | 244 | 0.28 | 0.87 | 1.41 | 10,518 | 9 | 28,534 | 39,033 |
| 2031 | 1,643 | 251 | 0.17 | 0.80 | 1.02 | 10,833 | 5 | 26,155 | 27,454 |
| 2032 | 1,643 | 246 | 0.17 | 1.07 | 1.27 | 10,661 | 5 | 35,924 | 34,922 |
| 2033 | 1,381 | 224 | 0.25 | 1.08 | 1.79 | 8,067 | 6 | 30,471 | 42,509 |
| **Total** | **31,476** | **347** | **0.33** | **0.74** | **1.21** | **297,004** | **204** | **459,459** | **636,449** |

*includes stockpiled ore as of July 1, 2014

*TAILINGS AND WASTE ROCK FACILITY*

Tailings produced by the Escobal process facility are filtered to approximately 16% to 18% moisture prior to delivery to the paste backfill plant or surface repository. Rather than using a traditional pond system, tailings produced by the Escobal process facility that are not returned to the underground mine as paste backfill are "dry stacked" on the surface in an engineered facility. Unlike conventional tailings impoundments which are designed to retain water and tailings behind dam embankments and require large surface areas, dry stack facilities require a smaller footprint, have long-term structural integrity, and maximize water conservation.

36      Tahoe Resources Inc.

The Escobal dry stack facility is built using development rock from the mine to construct rock buttresses at the face of the facility on 5-metre high lifts. Filtered tailings are trucked to the facility and placed behind the rock buttresses in 30-centimetre layers and compacted to minimize infiltration from precipitation. This process will be repeated throughout the life of the mine. The facility is underlain by a system of underdrains to collect water that may seep through the tailings and to divert shallow downslope-migrating groundwater. Surface waters are diverted around the facility through a series of water diversion channels constructed along the upslope perimeter of the facility.

The construction method of the Escobal dry stack facility allows for concurrent reclamation as each lift is completed, which will greatly simplify the closure of the facility in an environmentally sound manner at the end of the mine life. As successive lifts of the dewatered tails are placed and compacted behind the perimeter rock buttresses, the lower rock slopes are covered with stockpiled topsoil and re-vegetated. At final closure, the vegetated slope will replicate the natural slopes of the surrounding topography.

*TRANSPORTATION AND LOGISTICS*

Guatemala has ports on both the Pacific and the Caribbean coasts. Access to the mine site from both ports is on paved highway. Filtered concentrate is placed in one or two tonne super-sacks, placed in sea-going containers, and carried on highway tractor trailer units along paved highway to port for shipment to international smelters.

*RECLAMATION*

The entire facility for the Escobal Mine has been designed and constructed with closure in mind, to the greatest extent practicable. The facilities are designed and operated to minimize the footprint and areas of disturbance and to utilize the most advanced planning and reclamation techniques available including dry stack tailings, concurrent reclamation and geomorphic landform grading.

The disturbance footprint of the Escobal Mine site is approximately 100 hectares. Reclamation is conducted concurrent with operations by placing salvaged topsoil on outslopes and encouraging vegetation. Final reclamation of the surface will occur at final closure at the end of mine life. The present value of asset retirement obligations for the Escobal Mine is currently estimated at $4.0 million.

*OPERATING COSTS*

The Escobal Feasibility Study operating costs for the Escobal Mine were calculated for each year of the mine life using the annual production tonnages and the actual mining, milling, and site general and administration (G&A) costs from the mine's initial year of production as the basis. The following table summarizes the Escobal Mine average life of mine operating costs as estimated for the Escobal Feasibility Study.

**Escobal Operating Costs**

| Operating Cost | $/ore tonne |
|---|---|
| Mine | $37.23 |
| Process Plant | $22.83 |
| General Administration | $15.06 |
| **Production Cost** | **$75.13** |
| Smelting/Refining Treatment | $26.64 |
| **Total Operating Cost** | **$101.77** |

Figures may not sum due to rounding

*CAPITAL COSTS*

As of July 1, 2014, the Escobal Feasibility Study estimates life of mine sustaining capital of approximately $301.2 million expended over 19.5 years. About 50% of the sustaining capital is for primary underground development; the remaining 50% is divided between mine infrastructure and utilities, underground mobile equipment purchases and rebuilds, surface equipment, annual ball mill liner replacement, and miscellaneous site G&A. Total life of mine capital, including expansion capital, totals $325.5M.

059

The total capital carried in the Escobal Feasibility Study financial model for the Escobal Mine is shown in the following table.

**Life of Mine Capital Summary**

| Year | Cost Estimate (000s) |
|---|---:|
| 2014 Expansion* | $ 5,549 |
| Sustaining* | $ 14,442 |
| 2015 Expansion | $ 14,220 |
| Sustaining | $ 30,757 |
| 2016 Expansion | $ 4,545 |
| Sustaining | $ 17,831 |
| 2017 Sustaining | $ 19,117 |
| 2018 Sustaining | $ 20,194 |
| 2019 Sustaining | $ 23,258 |
| 2020 Sustaining | $ 12,360 |
| 2021 Sustaining | $ 12,151 |
| 2022 Sustaining | $ 17,054 |
| 2023 Sustaining | $ 18,301 |
| 2024 Sustaining | $ 25,480 |
| 2025 Sustaining | $ 15,476 |
| 2026 Sustaining | $ 15,640 |
| 2027 Sustaining | $ 12,851 |
| 2028 Sustaining | $ 11,334 |
| 2029 Sustaining | $ 13,828 |
| 2030 Sustaining | $ 9,419 |
| 2031 Sustaining | $ 5,205 |
| 2032 Sustaining | $ 3,666 |
| 2033 Sustaining | $ 2,814 |
| **Total** | **$ 325,493** |

*July–December 2014

Expansion and sustaining capital are expected to be financed from cash flow from production at the Escobal Mine.

*FINANCIAL ANALYSIS*

The Escobal Feasibility Study economic analysis indicates the Escobal Mine has an NPV 5% of $1.52 billion using base case metal prices of $18/oz silver, $1,300/oz gold, $0.95/lb lead and $0.90/lb zinc. The financial analysis does not present an internal rate of return (IRR), as it is a less meaningful metric for this study of the Escobal Mine. In this study, all capital costs prior to July 1, 2014, are considered to be sunken; hence the calculated return on investment is magnified by the significant mine cash flows offset by the exclusion of the initial capital investment in the calculation and would exaggerate any IRR calculated. NPV provides a more accurate and meaningful economic assessment of the mine. Sensitivity analyses were done using changes to metal prices, silver prices only (no change to base case gold, lead and zinc prices), operating costs, capital costs and metallurgical recovery; the results of which are summarized in the following table.

38      Tahoe Resources Inc.

060

**Sensitivity Analysis – NPV after Taxes**

|  | NPV @ 0% | NPV @ 5% | NPV @ 10% |
|---|---|---|---|
| **Change in Metal Prices** | | | |
| 20% | $3,100,197 | $2,288,349 | $1,805,971 |
| 10% | $2,556,373 | $1,902,019 | $1,510,006 |
| Base Case 0% | $2,012,550 | $1,515,689 | $1,214,041 |
| -10% | $1,526,811 | $1,160,056 | $935,374 |
| -20% | $1,029,418 | $800,057 | $654,775 |
| **Change in Silver Prices** | | | |
| $25.00 | $3,740,225 | $2,761,565 | $2,179,556 |
| $22.00 | $2,999,793 | $2,227,618 | $1,765,764 |
| Base Case $20.00 | $2,506,171 | $1,871,653 | $1,489,902 |
| $18.00 | $2,012,550 | $1,515,689 | $1,214,041 |
| $15.00 | $1,329,003 | $1,012,566 | $818,096 |
| **Change in Operating Cost** | | | |
| 20% | $1,605,357 | $1,228,547 | $995,688 |
| 10% | $1,776,080 | $1,354,731 | $1,095,059 |
| Base Case 0% | $2,012,550 | $1,515,689 | $1,214,041 |
| -10% | $2,249,020 | $1,676,647 | $1,333,023 |
| -20% | $2,485,489 | $1,837,605 | $1,452,005 |
| **Change in Initial Capital** | | | |
| 20% | $2,007,687 | $1,510,869 | $1,209,261 |
| 10% | $2,010,119 | $1,513,279 | $1,211,651 |
| Base Case 0% | $2,012,550 | $1,515,689 | $1,214,041 |
| -10% | $2,014,981 | $1,518,099 | $1,216,431 |
| -20% | $2,017,413 | $1,520,508 | $1,218,821 |
| **Change in Recovery** | | | |
| 2.0% | $2,106,005 | $1,582,562 | $1,265,556 |
| 1.0% | $2,059,277 | $1,549,125 | $1,239,799 |
| Base Case 0.0% | $2,012,550 | $1,515,689 | $1,214,041 |
| -1.0% | $1,965,823 | $1,482,253 | $1,188,284 |
| -2.0% | $1,919,095 | $1,448,816 | $1,162,526 |

*CONCLUSIONS AND RECOMMENDATIONS*

The Escobal Feasibility Study concluded the results of the Study demonstrated:

- Proven and Probable reserves are supported by the feasibility of the Escobal Mine.
- Operating results to date validate the mining method and process design for the Escobal Mine.
- Mine and mill expansion from the current rate to 4500 tpd is achievable with minimal additional capital expenditure.

The Escobal Feasibility Study further recommended:

- Tahoe continue to aggressively explore for extensions or offsets of the Escobal vein, or to accelerate its district exploration programs, to provide higher mining grades beyond 2022.
- Concurrent with the prior recommendation, initiate studies to investigate increased mining and throughput rates to grow the annual silver production in the second half of the mine life.
- Tahoe continue investigating lower cost alternatives to the current diesel generated power at the mine site. The Escobal Feasibility Study indicates that lower power costs have the opportunity to provide significant operating cost savings in the near term.
- Critical evaluation of operating and capital costs. Now that the Escobal Mine has reached design operational parameters, Tahoe should begin to focus on optimizing mining and processing procedures in an effort to reduce operating costs. Reductions in primary development mining costs and increased equipment utilization would have a direct positive impact on the life of mine sustaining capital requirements.
- Metallurgical studies to determine if silver and gold metallurgical recoveries can be improved as incremental increases in metal recovery, particularly for silver, may have a significant positive impact on the long-term cash flow from the mine.
- Critical evaluation of mining dilution. The Escobal Feasibility Study indicates that there may be opportunities to incrementally increase mining grades without additional costs by reducing the dilution included in the mine plan. In addition, future resource modeling efforts should incorporate methods to better depict grade domain boundaries in the resulting model blocks to allow for a more accurate estimate of mining dilution.
- Tahoe performs annual geotechnical and water management performance reviews of the tailings dry stack to ensure stability and reclamation success.

061

**THE LA ARENA MINE**

---

### *RECENT ACTIVITIES AT THE LA ARENA MINE*

In 2016, the La Arena Mine produced a total of 204.4 thousand ounces of gold in doré, and a total of 15.7 million tonnes of ore and 32.5 million tonnes of waste were mined for a strip ratio of 2.1:1. A total of 15.3 million tonnes of ore at an average grade of 0.49 g/t Au from the open pit and existing stockpiles were placed on the leach pad.

At January 1, 2017 Measured and Indicated Mineral Resources for the La Arena oxide deposit totalled 63.8 million tonnes at an average gold grade of 0.39 g/t, containing 804.6 thousand ounces of gold. Proven and Probable Mineral Reserves for the La Arena oxide mine totalled 54.1 million tonnes at an average grade of 0.41 g/t Au, containing 714.7 thousand ounces of gold. Mineral Resources and Mineral Reserves for the La Arena oxide mine at January 1, 2017 were calculated by applying the mine topographic surface at January 1, 2017 from updated Mineral Resources and Mineral Reserves estimates completed as of July 1, 2016.

Sustaining capital projects in 2016 included planned additions and extensions to the leach pads and waste dumps, planned pit expansion, and the installation of a re-pumping station to provide for irrigation to the life of mine leach pad stacking design.

### *PROPERTY DESCRIPTION*

The La Arena Project is located in northern Peru, 480 km NNW of Lima, Peru, in the Huamachuco District. The project is situated in the eastern slope of the western Cordillera, close to the continental divide at an average altitude of 3,400 metres above sea level. The region displays a particularly rich endowment of metals (Cu-Au-Ag) occurring in porphyry and epithermal settings, including the Lagunas Norte mine at Alto Chicama, the Comarsa mine, La Virgen mine, and the Company's Shahuindo mine.

The project can be accessed via a 165 km national roadway from the coastal city of Trujillo directly east towards Huamachuco, passing through Chiran, Shorey/Quiruvilca and the Lagunas Norte project (Barrick Gold Corporation). The topography in the project area is relatively smooth with undulating hills. Elevations vary between 3,000 and 3,600 meters above sea level. In general, the slopes are stable with grades varying between 16º and 27º, and the land is covered with vegetation typical of the area.

Average annual temperature data recorded from the La Arena meteorological station in 2013 was 10.6ºC. The maximum recorded temperature is 22.6°C and the minimum is 0.4°C. Historically, total average annual rainfall has been estimated at 1124 mm/annum and the average total annual evaporation rate in 733 mm/annum. The average relative humidity varies monthly between 77% and 88%. Maximum precipitation usually occurs during the months of October through to March while the months of June to September are the driest. The maximum daily precipitation recorded to date at the La Arena site was 245.6 mm in February 2012 while the minimum precipitation of 0 mm was recorded in July 1998.

The La Arena Mine site was connected to the Peruvian power supply grid in September 2014.

### *HISTORY*

Gold mineralization at La Arena was first discovered by Cambior Inc. in December 1994. Cambior staked a claim for mining concessions of 1,800 hectares over the current La Arena oxide and sulfide deposits in January 1995. The mining concessions comprising the La Arena Project passed to Iamgold following its acquisition of Cambior in 2006.

Rio Alto entered into an option and earn-in agreement with Iamgold Quebec Management Inc. in June 2009 which provided it with an option to acquire 100% of La Arena S.A., the Peruvian company that owned the La Arena Project, upon payment of $47.6 million cash, subject to certain adjustments and the completion of expenditure commitments. On February 9, 2011, Rio Alto announced that it had exercised its option and acquired 100% of the La Arena Project upon payment of the exercise price of $49.0 million. Tahoe completed its acquisition of Rio Alto in April 2015 and assumed ownership of the La Arena Project. The mine is operated by the Company's wholly owned operating company, La Arena S.A.C.

### *LA ARENA FEASIBILITY STUDIES*

Six NI 43-101 Technical Reports have been completed on the La Arena Project between 2008 and 2015. Two events triggered an updated NI 43-101 report for La Arena in 2015:

1.  An update to the gold oxide resource and reserve estimates for oxide project as additional data from a reverse circulation infill drill program was available. Gold inventory has been updated as a result of the in-fill drilling program completed with updated cost estimates; and

40     Tahoe Resources Inc.

2.      The Pre-Feasibility Study on the sulfide Cu-Au deposit, also known as La Arena Phase II, has been finalized. A Pre-Feasibility Study was completed in January 2015 on the Cu-Au sulfide material located on the east side of the current oxide pit. There have been no changes in the mineral resources on the sulfide deposit.

The report was issued on February 27, 2015 with an effective date of December 31, 2014.

The following descriptions of the La Arena Project are summarized from the NI-43-101 Technical Report entitled "La Arena Project, Peru" prepared on behalf of Rio Alto with an effective date of December 31, 2014 and issued on February 27, 2015 (the "La Arena 2015 Technical Report"). A more complete description of the La Arena Mine may be found within the La Arena 2015 Technical Report, a copy of which is available on the Company's profiles on SEDAR and EDGAR. Unless stated otherwise, information in this section is summarized, complied, extracted or incorporated by reference from the La Arena 2015 Technical Report. Scientific and technical information in this AIF relating to updates to the La Arena Mine disclosure since the date of the La Arena 2015 Technical Report has been verified by Charles Muerhoff, the Company's Vice President Technical Services and Qualified Person as defined by NI 43-101. The La Arena 2015 Technical Report was prepared on behalf of the Company in accordance with NI 43-101 by Qualified Persons. Defined terms used in this summary have the meanings ascribed to such terms in the La Arena 2015 Technical Report. The reference numbers of the tables and figures set out in this section are those attributed by the La Arena 2015 Technical Report. For a complete description of the assumptions, qualifications and procedures associated with the following information, reference should be made to the full text of the La Arena 2015 Technical Report. Readers are encouraged to read the full La Arena 2015 Technical Report.

## MINERAL TENURE, SURFACE RIGHTS, AND ROYALTIES

The mineral concessions pertaining to the La Arena Project total 25 licenses with available area of approximately 31,757 hectares that are fully owned and registered in the name of La Arena S.A.C., a wholly-owned subsidiary of Rio Alto. The mining concessions are in good standing. Based on publicly available information, no litigation or legal issues related to the mining concessions comprising the project are pending.

| N° | Reg. Code | Name | Owner | Area (Ha) |
|---|---|---|---|---|
| 1 | 010000912L | ACUMULACION LA ARENA | LA ARENA | 18,831.14 |
| 2 | 10063994 | FLORIDA I | LA ARENA | 600 |
| 3 | 010063994A | FLORIDA IA | LA ARENA | 400 |
| 4 | 10108794 | FLORIDA III | LA ARENA | 300 |
| 5 | 010108794A | FLORIDA III A | LA ARENA | 700 |
| 6 | 10111497 | MICHE 33 | LA ARENA | 100 |
| 7 | 10131811 | CA-CHACHI 2 | LA ARENA | 1,000.00 |
| 8 | 10131911 | CACHACHI 3 | LA ARENA | 1,000.00 |
| 9 | 10132011 | CACHACHI 4 | LA ARENA | 1,000.00 |
| 10 | 10132111 | CACHACHI 5 | LA ARENA | 400 |
| 11 | 10133111 | CACHACHI 1 | LA ARENA | 700 |
| 12 | 10143010 | SERPAQUINO 5 | LA ARENA | 600 |
| 13 | 10300910 | SERPAQUINO-04 | LA ARENA | 900 |
| 14 | 30003794 | PEÑA COLORADA I | LA ARENA | 1,000.00 |
| 15 | 30003894 | PEÑA COLORADA II | LA ARENA | 800 |
| 16 | 30003994 | PEÑA COLORADA III | LA ARENA | 600 |
| 17 | 30004603 | CARBONERA SANAGORAN TRES | LA ARENA | 100 |
| 18 | 15007637X01 | PEÑA COLORADA | LA ARENA | 480.3 |
| 19 | 15009027X01 | EL FERROL N°5019 | LA ARENA | 60 |
| 20 | 15010088X01 | EL FERROL N°5026 | LA ARENA | 286 |
| 21 | 15010314X01 | EL FERROL N°5027 | LA ARENA | 200 |
| 22 | 10203912 | CHURGO-1 | LA ARENA | 600 |
| 23 | 10099913 | RAMX-7 | LA ARENA | 800 |
| 24 | 10100013 | RAMX-8 | LA ARENA | 200 |
| 25 | 630000611 | CARBON SAN FRANCISCO 2011 III | LA ARENA | 100 |
| 26 | 630000711 | CARBON SAN FRANCISCO 2011 II | RIO ALTO | 200 |

063



La Arena Mine Concession Map

The mineral resources identified so far in the La Arena deposit are completely contained within the mining concession "Maria Angola 18". This mining concession is free of any underlying agreements and/or royalties payable to previous private owners. The Ferrol N°5019, Ferrol N°5026 and Ferrol N°5027 mining concessions, which are partially overlapped by Maria Angola 18, are subject to a 2% NSR royalty, payable to their previous owners. Mining concessions Florida I, Florida IA, Florida II, Florida IIA, Florida III and Florida IIIA are subject to a 1.6% NSR royalty. Mining concessions Peña Colorada, Peña Colorada I, Peña Colorada II and Peña Colorada III are subject to a 1.4% NSR royalty.

## PERMITS

The La Arena Project is subject to various Peruvian mining laws, regulations and procedures. Mining activities in Peru are subject to the provisions of the Uniform Code of the General Mining Law ("General Mining Law"), which was approved by Supreme Decree No. 14-92-EM on June 4, 1992, and its subsequent amendments and regulations, as well as other related laws. Under Peruvian law, the Peruvian State is the owner of all mineral resources in the ground. The rights to explore for and develop these mineral resources are granted by means of the "Concession System".

Mining concessions are considered immovable assets and are therefore subject to being transferred, optioned, leased and/or granted as collateral (mortgaged) and, in general, may be subject to any transaction or contract not specifically forbidden by law. Mining concessions may be privately owned and the participation in the ownership of the Peruvian State is not required. Buildings and other permanent structures used in a mining operation are considered real property accessories to the concession on which they are situated.

The Company has received all permits necessary to operate the La Arena oxide mine.

## ENVIRONMENT

The La Arena oxide mine operates under an existing Environmental Impact Assessment (EIA) which was approved on July 20, 2010. La Arena is actively working to ensure the commitments and recommendations of the EIA are followed, including environmental monitoring and social management plan programs. Currently the La Arena gold oxide dump leach mine is working at full capacity of the production permit of 35,990 tpd.

An environmental assessment report for the Sulfide Project was initiated in the fourth quarter of 2012 and was presented to MEM in June 2013. This study was approved December 27, 2013. The surface footprint of this permit is not outside the footprint of the initial EIA for the oxide mine and according to the current regulations was treated as a modification of the original EIA. New environmental commitments include water quality monitoring stations, air, noise quality and social management programs. All the new commitments result from a compilation and update of all plans and programs currently ongoing at the operation.

42      Tahoe Resources Inc.

## GEOLOGY AND MINERALIZATION

The La Arena (Au, and Cu-Au) Project is located in a prolific metallogenic province that contains many precious and polymetallic mines and projects such as; Lagunas Norte (Au-Ag), Santa Rosa (Au), La Virgen (Au), Quiruvilca (Ag-Base Metals), Tres Cruces (Au), Shahuindo (Au-Ag) and Igor (Au-Cu).

The La Arena oxide gold project consists of mineralization which is predominantly of an epithermal high sulfidation style, hosted in oxidized sandstone-breccia within the Chimu Formation.

The Cu-Au-(Mo) sulfide mineralization is hosted in a multi-stage porphyry intrusion. The La Arena Porphyry outcrops to the east from the Calaorco and Ethel zones of the oxide deposit. The style of mineralization is typically porphyritic with at least four intrusive events identified. The intrusive rocks vary from dacitic to andesitic, differentiated by texture and composition.

## EXPLORATION

Up until the effective date of the La Arena 2015 Technical Report, a total of 284,782 metres had been drilled at La Arena. The drilled metres are evenly split between reverse circulation (RC), at 141,591 metres (49.7% of the total), and core drilling (DC) at 143,191 metres (51.3% of the total).

The oxide deposit had 19,733 metres of core drilling and 114,281 metres of reverse circulation drilling, for a total of 134,014 metres. The sulfide had 121,858 metres of core drilling and 28,910 metres of reverse circulation drilling, for a total of 150,768 metres.

During the 2014 period, 22,087 metres of reverse circulation drilling were completed into the oxide deposit and 4,487 metres were completed into the sulfide deposit as part of the sterilization program near the Sulfide Project.

Exploration during 2015 concentrated on four holes totaling 2,355 metres to test the deep Tilsa structures below the Calaorco pit. Three deep holes totaling 3,954 metres were also completed to test down-dip extensions of the Phase II Cu-Au sulfide mineralized zone.

During 2016 exploration activity included first-pass drilling at the El Alizar target near the La Arena mine with a total of 25 holes for 5,889 metres defining irregular zones of mineralization related to narrow breccia zones.

## SAMPLE PREPARATION, ANALYSIS AND SECURITY

Diamond drill core has been logged in detail for geological, structural and geotechnical information, including RQD and core recovery. Core recovery is generally 90-95%. Whole core is routinely photographed.

Core samples were collected with sample breaks generally corresponding to geologic contacts. Core has not been orientated for structural measurements, except for 18 holes drilled for the Phase II geotechnical program in 2012. Sampling of core from exploration programs prior to 2011 consisted of chiselling the core in half. The standard procedure for core sampling since 2011 cut the core lengthways with a diamond saw, with half-core sent for assay.

Reverse circulation drill cuttings were logged for geological features and collected at 2 meter intervals and quartered in riffle splitters. Sub-samples weighing approximately 6 kg were collected in cloth-lined sample bags.

Reference material is retained and stored on site, including half-core, photographs generated by diamond drilling, duplicate pulps and pulps of all submitted core and reverse circulation samples. All pulps are stored at the La Arena core shed.

The sample preparation methods for the samples submitted prior to 2003 are not documented. Since 2003 the sample preparation method consisted of digitally weighing the samples, drying the samples to a maximum of 120ºC (for wet samples), crushing the samples to 70% passing 2 mm (10 mesh), riffle splitting to 250 g, and pulverizing to 85% passing 75% μm (200 mesh). Subsample size of 50 g pulps are submitted for analysis.

Chemical analysis at the primary laboratory (ALS Chemex since 2005) and the secondary laboratory (CIMM Peru) consisted of fire assay (FA) with atomic absorption spectrometry (AAS) finish, using 50 g sub-samples. Those samples that returned grades $\geq$ 5 g/t Au were analysed using gravimetric methods. For Cu, Ag, Mo, Pb, Zn, As, Sb and Bi multi-acid (four) digestion AAS is used. Mercury was analysed using cold vapour AAS. In 2010, Rio Alto changed to the primary laboratory to CERTIMIN (previously CIMM Peru), with the secondary laboratory being ALS Chemex.

## MINERAL RESOURCE

### Oxide Mineral Resources

The Mineral Resource estimate for the La Arena oxide gold deposit was updated for January 1, 2017 by applying the mine topographic surface at January 1, 2017 to the Mineral Resources Estimate updated at July 1, 2016. As of January 1, 2017, oxide Measured and Indicated Mineral Resources total 63.8 million tonnes at an average gold grade of 0.39 g/t, containing 804.6 thousand ounces of gold.

065

| JANUARY 2017: SUMMARY OF OXIDE MINERAL RESOURCES | | | |
|---|---|---|---|
| **Classification** | **Tonnes (M)** | **Gold (g/t)** | **Gold (koz)** |
| Measured Mineral Resources | 0.3 | 0.37 | 4.2 |
| Indicated Mineral Resources | 63.5 | 0.39 | 800.4 |
| **Measured & Indicated Mineral Resources** | **63.8** | **0.39** | **804.6** |
| Inferred Mineral Resources | 0.4 | 0.30 | 3.5 |

Figures may not sum due to rounding

The oxide resource is reported at a cut -off grade of 0.10 g/t Au within an optimized undiscounted cash flow pit shell using a metal price of $1,400/oz Au and actual costs experienced at the La Arena Mine.

Mineral Resources for the La Arena oxide deposit were estimated using approximately 76,000 drill samples obtained from 1,222 reverse circulation drill holes and 135 diamond drill core holes, totalling approximately 207,000 metres.

Oxide mineralization was modeled into four large low-grade domains, a higher grade series of *Tilsa* (sub-vertical) structures, and a lower-grade domain for the satellite Astrid deposit. The lower-grade domains use a nominal 0.05 g/t cutoff grade as a hard boundary as this appears to be a natural break in the gold population and it is below the current open pit operational cut-off grade of 0.10 g/t. Tilsa-style structures have a core (+/-1m) of very high grade but typically not well defined by drilling due to a combination of thickness and orientation of the structures. Therefore, a nominal cutoff grade of 0.5 g/t was used to 'bulk up' these structures into broader zones. This also facilitated more depth and strike length to the interpretations. Estimation methods used were Localized Uniform Conditioning for the low-grade oxide domains and Ordinary Kriging for the Tilsa structure domains and background material.

*Sulfide Mineral Resources*

Sulfide Mineral Resources remain unchanged from those reported in the La Arena 2015 Technical Report which, in turn, were re-presented from the January 2013 Technical Report. Indicated Mineral Resources for the La Arena sulfide deposit stand at 274 million tonnes with average grades of 0.24 g/t Au and 0.33% Cu, containing 2.1 million ounces of gold and 2.0 billion pounds of copper. There are no Measured Mineral Resources for the sulfide deposit.

| JANUARY 2017: SUMMARY OF SULFIDE MINERAL RESOURCES | | | | | |
|---|---|---|---|---|---|
| **Classification** | **Tonnes (M)** | **Gold (g/t)** | **Copper (%)** | **Gold (koz)** | **Copper (Mlbs)** |
| Measured Mineral Resources | - | - | - | - | - |
| Indicated Mineral Resources | 274.0 | 0.24 | 0.33 | 2,124 | 2,014 |
| **Measured & Indicated Mineral Resources** | **274.0** | **0.24** | **0.33** | **2,124** | **2,014** |
| Inferred Mineral Resources | 5.4 | 0.10 | 0.19 | 18 | 22 |

figures may not sum due to rounding

Sulfide Mineral Resources are reported at a cut-off grade of 0.12% Cu within an optimized undiscounted cash flow pit shell using metal prices of $1,400/oz Au and $3.50/lb Cu and updated operating cost parameters.

Mineral Resources for the Sulfide Project deposit were estimated from samples obtained from 388 core and reverse circulation drill holes totalling 131,951 metres.

Sulfide mineralization was modeled into three domains based on geology - porphyry intrusive, sandstone, and a prominent low-angle thrust which occurs in the upper northern portion of the resource area. There are no internal grade subdomains within the geological domains. Ordinary Kriging was used to estimate the sulfide copper; gold, silver, molybdenum, and arsenic were estimated using inverse distance methods.

Refinement of the geologic model of the La Arena porphyry was completed and incorporated into an updated three dimensional geologic model in 2016. This model will form the basis for a new resource estimate, internal scoping study and Preliminary Economic Assessment in 2017.

***MINERAL RESERVE ESTIMATE***

*Oxide Mineral Reserves*

The La Arena oxide Proven and Probable Mineral Reserves at January 1, 2017 total 54.1 million tonnes at an average gold grade of 0.41 g/t, containing 714.7 thousand ounces of gold. A summary of the La Arena oxide Mineral Reserves at January 1, 2017 is provided in the following table:

44      Tahoe Resources Inc.

| JANUARY 2017: SUMMARY OF OXIDE MINERAL RESERVES | | | | |
|---|---|---|---|---|
| **Classification** | **Ore Type** | **Tonnes (M)** | **Gold (g/t)** | **Gold (koz)** |
| Proven Mineral Reserves | Sediments<br>Intrusive | -<br>0.3 | -<br>0.37 | -<br>4.1 |
| Total Proven Mineral Reserves | | 0.3 | 0.37 | 4.1 |
| Probable Mineral Reserves | Sediments<br>Intrusive | 48.2<br>5.6 | 0.42<br>0.30 | 657.7<br>52.9 |
| Total Probable Mineral Reserves | | 53.8 | 0.41 | 710.6 |
| **Proven & Probable Mineral Reserves** | **All Ore Types** | **54.1** | **0.41** | **714.7** |

Figures may not sum due to rounding

Oxide mineral reserves have been constrained to the final pit design based on an optimized pit shell. The mineral reserve has been estimated with Measured and Indicated oxide Mineral Resources only. The pit optimization input parameters used are listed in the table below.

**Pit Optimization Parameters for Oxide Mineral Reserves**

| Mining Parameters | Units | Value |
|---|---|---|
| Mining Dilution Factor | n/a | incorporated into block model |
| Mining Recovery Factor | n/a | incorporated into block model |
| Mining Cost | $/t mined | 1.90 |
| **Processing Parameters** | **Units** | **Value** |
| Ore processing rate | Mt/y | 16.2 |
| Processing Cost | $/t leached | 1.49 |
| General & Administration Cost | $/t leached | 1.11 |
| Gold leaching recovery - intrusive | % | 83 |
| Gold leaching recovery - sediments | % | 86 |
| **Economics Assumptions** | **Units** | **Value** |
| Gold price | $/oz | 1,200 |
| Payable proportion of gold produced | % | 99.9 |
| Gold Sell Cost | $/oz | 12.37 |
| Royalties | % | 1 |

Intrusive ore hosted within the oxide is separated as a different ore type for processing, as it needs to be blended with sediments in order to be leached effectively. Mineralization within the colluvium was not included in the mineral reserve due to the cost of moving the national highway. However, mineralized colluvium inside the Calaorco Pit was included in the mineral reserves as sediments. The colluvium deposit is a small shallow unconsolidated deposit of approximately 2.0 million tonnes grading 0.34 g/t gold and is located immediately southeast of the main Calaorco Pit.

*Sulfide Mineral Reserve Estimate*

Sulfide Mineral Reserves remain unchanged from those reported in the La Arena 2015 Technical Report which, in turn, were re-presented from the January 2013 Technical Report. Probable sulfide Mineral Reserves using a cut-off grade of 0.18% copper are 63.1 million tonnes with average grades of 0.31 g/t Au and 0.43% Cu, containing 633 thousand ounces of gold and 579 million pounds of copper.

| JANUARY 2017: SUMMARY OF SULFIDE MINERAL RESERVES | | | | | |
|---|---|---|---|---|---|
| **Classification** | **Tonnes (M)** | **Gold (g/t)** | **Copper (%)** | **Gold (koz)** | **Copper (Mlbs)** |
| Proven Mineral Reserves | - | - | - | - | - |
| Probable Mineral Reserves | 63.1 | 0.31 | 0.43 | 633.2 | 579.4 |
| **Proven & Probable Mineral Reserves** | **63.1** | **0.31** | **0.43** | **633.2** | **579.4** |

Figures may not sum due to rounding

When calculating the reserve for the sulfide resource a small capital constrained project was considered with strict financial hurdles. The resulting reserve at this stage is only a small portion of the total resource. The main economic assumptions used in the sulfide pit optimization are presented in the table below.

Annual Information Form for the Year Ended December 31, 2016        45

067

**Pit Optimization Parameters for Sulfide Mineral Reserves**

| Mining Parameters | Units | Value |
|---|---|---|
| Mining Dilution Factor | factor | 1.05 |
| Mining Recovery Factor | factor | 0.98 |
| Mining Cost | $/t mined | 1.92 |
| **Processing Parameters** | **Units** | **Value** |
| Ore processing rate | Mt/y | 6.57 |
| Processing Cost | $/t milled | 4.61 |
| Process Copper Recovery Range | % | 75.9 - 92.0 (Avg 91.1) |
| Process Gold Recovery Formula | % | 29.5 – 45.5 (Avg 38.9) |
| General & Administration Cost | M$/y | 22.6 |
| **Economics Assumptions** | **Units** | **Value** |
| Copper price | $/lb | 3.0 |
| Payable proportion of copper produced | % | 96.5 |
| Copper Sell Cost | $/lb | 0.37 |
| Gold price | $/oz | 1,200 |
| Payable proportion of gold produced | % | 88.6 |
| Gold Sell Cost | $/oz | 8.0 |
| Royalties | % | 1.0 |

The Company is currently in the process of re-evaluating the La Arena Phase II Sulfide Project without regard to the capital and operating constraints that were applied to the 2015 Pre-Feasibility Study.

*MINING*

Operations on site are currently exploiting the near-surface oxide gold reserve. Oxide ore has been mined from Calaorco and Ethel pits, with the Ethel pit now being exhausted. The open pits are mined in 8 metre high benches by conventional drill and blast methods. Loading is with 170 tonne face shovels and a fleet of predominantly 92 tonne trucks. Ore is truck dumped in either 8 metre or 16 metre lifts onto the dump leach pads, with no crushing or agglomeration required prior to irrigation. The table below shows the historical ore and waste production since the operations began in 2011 through the end of 2016.

| Historical Mine Production | | | | | |
|---|---|---|---|---|---|
| | Ore Mined | | | Waste | Total |
| Year | Tonnes (M) | Au (g/t) | Au Oz (k) | Tonnes (M) | Tonnes (M) |
| 2011 | 3.7 | 0.88 | 103.5 | 4.2 | 7.9 |
| 2012 | 8.3 | 0.82 | 217.1 | 13.0 | 21.2 |
| 2013 | 13.8 | 0.60 | 268.2 | 23.0 | 36.8 |
| 2014 | 15.3 | 0.52 | 256.4 | 17.3 | 32.6 |
| 2015 | 12.8 | 0.62 | 253.2 | 21.9 | 34.6 |
| 2016 | 15.7 | 0.49 | 244.4 | 32.5 | 48.1 |
| Total | | | | | |

Figures may not sum due to rounding

*PROCESSING*

After the ore is placed on the leach pad, cyanide leach solution is sprayed onto each leach pad cell for a nominal period of 60 days. The pregnant solution flows onto the geomembrane underlying the pad to a central collection point and into the pregnant solution pond. Pontoon mounted pumps in this pond are used to pump the solution to the adsorption, desorption and refining (ADR) plant located approximately 300 metres north of the leach pad. The plant currently has the capacity to treat solution from 36,000 tpd of ore. The process includes absorption onto carbon pellets and desorption in high caustic/high temperature leach columns. The carbon is sent to regeneration and the enriched solution is sent to electro-winning cells where a cathode is used to produce a fine-grained precipitate. The precipitate is filtered and dried, which also evaporates the mercury which is then captured for later disposal. This dried precipitate is smelted to produce doré bars of approximately 80% Au.

A summary of processing for the project through the end of 2016 is presented in the table below. Ore dumped in the leach pad differs from actual mined ore tonnes due to ore rehandle from the stockpile to the leach pad.

46      Tahoe Resources Inc.

| Historical Process Plant Production | | | | | |
|---|---|---|---|---|---|
| | **Ore Placed on Leach Pads** | | | | |
| **Year** | **Tonnes (M)** | **Au (g/t)** | **Au Oz (k)** | **Au Oz Poured (k)** | **Recovery (%)** |
| 2011 | 2.5 | 1.00 | 80.9 | 51.4 | 77% |
| 2012 | 8.0 | 0.83 | 214.6 | 201.1 | 87% |
| 2013 | 13.1 | 0.62 | 261.2 | 214.5 | 86% |
| 2014 | 16.2 | 0.51 | 263.9 | 222.3 | 86% |
| 2015 | 13.1 | 0.61 | 257.2 | 230.3 | 86% |
| 2016 | 15.3 | 0.49 | 241.0 | 204.1 | 86% |
| Total | 68.4 | 0.60 | 1,318.8 | 1,123.7 | 86% |

figures may not sum due to rounding

## CAPITAL AND OPERATING COSTS

### Oxide Gold Project

Capital costs for the oxide gold project were developed by Rio Alto and forecasted on an annual basis for inclusion in the La Arena 2015 Technical Report. Annual capital cost estimates from the technical report are summarized in the table below.

| Annual Capital Cost for Oxide Gold Project (in '000 US$) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Capex for Oxide Gold Project ('000 US$) | | | | | | | |
| | **2015** | **2016** | **2017** | **2018** | **2019** | **2020** | **Total** |
| Construction | 17,259 | 24,712 | 2,300 | 12,600 | - | - | 56,871 |
| Plant | 2,166 | 8,012 | - | - | - | - | 10,178 |
| Community Relations | 2,560 | | - | - | - | - | 2,560 |
| Permits & Engineering | 1,396 | - | - | - | - | - | 1,396 |
| Other Capex | 2,103 | 2,000 | - | - | - | - | 4,103 |
| Road Diversion | - | - | 7,000 | 8,000 | - | - | 15,000 |
| Land Purchases | 14,548 | - | - | - | = | - | 14,548 |
| **Total Capex** | **40,032** | **34,723** | **9,300** | **20,600** | **-** | **-** | **104,656** |

Annual Operating cost estimates for the oxide gold project as reported in the 2015 NI 43-101 technical report, broken down by major element, are summarized below.

| Annual Operating Cost for Oxide Gold Project (in '000 US$) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total Operating Costs and Operating Profit ('000 US$) | | | | | | | |
| | **2015** | **2016** | **2017** | **2018** | **2019** | **2020** | **Total** |
| Net Revenue | 257,284 | 222,737 | 212,365 | 187,506 | 181,111 | 171,881 | 1,232,884 |
| Total Operating Expenses | 117,967 | 137,879 | 141,303 | 127,538 | 126,869 | 98,758 | 750,314 |
| Closure Expenditures | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 9,000 |
| Operating Profit (EBITDA) | 137,817 | 83,358 | 69,562 | 58,467 | 52,743 | 71,624 | 473,570 |
| Operating Profit Margin | 53.57% | 37.42% | 32.76% | 31.18% | 29.12% | 41.67% | 38.41% |

### Sulfide Project

A summary of operating costs for the Sulfide Project as reported in the La Arena 2015 Technical Report is presented in the table below.

Annual Information Form for the Year Ended December 31, 2016      47

069

| Total Operating Cost Summary for the Sulfide Project | |
|---|---|
| | **Unit Cost** |
| **MINING** | |
| **Mining Direct Cost ($/ t mined)** | 1.32 |
| Mining Maintenance ($/mined) | 0.02 |
| Mining Indirects ($/mined) | 0.60 |
| **PROCESSING** | |
| Power | 1.73 |
| Reagents & Consumables | 1.30 |
| Labour | 0.66 |
| Maintenance & Mobile Equipment | 0.93 |
| **Total Processing Cost ($/ t milled)** | **4.61** |
| **GENERAL AND ADMINISTRATION** | $22.6 M/y |

Initial capital expenditures reported in the La Arena 2015 Technical Report were US$314 million for the processing plant and all associated infrastructure such as camp relocation, power, drainage system, tailings facilities and contingency. An additional US$61.2 million was allocated for sustaining capital during the 10 year mine life, for total estimated capital expenditures of US$415.5 million (including $40 million for mine closure), for the 63Mt project.

The sensitivity analysis on the NPV and IRR for the Sulfide Project as reported in the La Arena 2015 Technical Report is shown in the table below:

| | Sensitivity Analysis for the Sulfide Project | | | | |
|---|---|---|---|---|---|
| | **After Tax NPV** | | | | |
| | **2.50/lb Cu** | **2.75/lb Cu** | **3.00/lb Cu** | **3.50/lb Cu** | **4.00/lb Cu** |
| **0%** | $115,931,418 | $202,256,504 | $285,492,823 | $448,325,631 | $606,298,959 |
| **4%** | $57,148,889 | $124,695,433 | $189,213,692 | $314,925,219 | $436,670,624 |
| **6%** | $34,108,807 | $94,249,838 | $151,479,447 | $262,807,486 | $370,539,024 |
| **8%** | $14,441,544 | $68,205,343 | $119,203,512 | $218,270,395 | $314,068,574 |
| **10%** | $(2,366,623) | $45,879,743 | $91,521,670 | $180,078,151 | $265,657,574 |
| | **After Tax IRR** | | | | |
| | **2.50/lb Cu** | **2.75/lb Cu** | **3.00/lb Cu** | **3.50/lb Cu** | **4.00/lb Cu** |
| **IRR** | 9.70% | 15.41% | 20.15% | 28.22% | 35.16% |

The La Arena 2015 Technical Report also includes the pre-feasibility study on La Arena Phase II (identified in the La Arena 2015 Technical Report and the reproduction of the Executive Summary section of the La Arena 2015 Technical Report above as the "Sulfide Project"). The initial capital for La Arena Phase II was estimated at US$314 million for the processing plant and all associated infrastructure such as camp relocation, power, drainage system, tailings facilities and contingency. An additional US$61.2 million was allocated for sustaining capital during the 10 year mine life, for total estimated capital of US$415.5 million (including $40 million mine closure), for the 63Mt starter project.

The initial capital cost estimate from the La Arena 2015 Technical Report is summarized in the table below, with all costs stated in US dollars with no provision for forward escalation of any costs. The base date of the estimate is the fourth quarter of 2014. A fully detailed estimate, WBS and estimate analyses are included as appendices to the La Arena 2015 Technical Report.

48      Tahoe Resources Inc.

| WBS | Level 1 Description | Total US$M |
|---|---|---|
| | **Initial Capital Estimate Summary** | |
| 2000 | Mining | $0.9 |
| 3000 | Process Plant | $125 |
| 4000 | Site Services and Utilities | $11.3 |
| 5000 | Site Infrastructure | $44.5 |
| 7000 | Project Preliminaries | $32.3 |
| 8000 | Indirect Costs | $54.5 |
| 9000 | Owner's Costs | $17.0 |
| 8800 | Provisions | $28.6 |
| **Total** | | **$314** |

For the economic model, sustaining capital of 2% of the process plant, 1% of the site services and 1% of the internal infrastructure was allocated annually to the project cash flow. Additionally, the following items were included:

- US$27.1 million were split between in years 4 and 6 for waste dump expansion;
- US$4.0 million for liners on Calaorco tailings facilities;
- US$3.1 million for contingency on Sustaining Capital; and
- US$40.0 million for mine closure on year 11.

A total Sustaining Capital of US$61.2 million and Mine Closure of US$40.0 million dollar are included in the financial model.

*ECONOMIC ANALYSIS*

*Oxide Mineral Reserves at La Arena Gold Oxide Mine*

The annual cash flow and net present value (at a 5% discount rate) from the La Arena 2015 Technical Report are presented in the table below. The economic results show a total cash flow of US$218.6 million or a discounted value of US$180.5M. The table below shows annual net cash flow and the corresponding cumulative figures.

**Net Cash Flow**

| | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | Total |
|---|---|---|---|---|---|---|---|
| **Net Cash Flow (After-Tax) ('000 US dollars)** | | | | | | | |
| Pre Tax Cash Flow | 59,296 | 48,635 | 60,262 | 37,867 | 52,743 | 71,624 | 330,426 |
| Taxes | 42,630 | 20,097 | 12,854 | 9,171 | 9,986 | 17,085 | 111,823 |
| **After Tax Cash Flow** | **16,666** | **28,538** | **47,408** | **28,696** | **42,757** | **54,539** | **218,603** |
| Cumulative Cash Flow | 16,666 | 45,203 | 92,611 | 121,307 | 164,064 | 218,603 | |
| **NPV (5%)** | **15,872** | **25,885** | **40,952** | **23,609** | **33,501** | **40,698** | **180,517** |
| Cumulative NPV (5%) | 15,872 | 41,757 | 82,709 | 106,318 | 139,819 | 180,517 | |

The effects of changes in the major project assumptions and estimates used in the La Arena 2015 Technical Report were evaluated using the traditional approach of assessing variations in the metal prices, grades, operating cost, capital expenditures and metallurgical recovery. The analysis was carried out by changing the input parameters (±10%) within the cost model and assessing the NPV (at a 5% discount rate) as shown in the table below.

Annual Information Form for the Year Ended December 31, 2016    49

071

| Sensitivity Analysis on the NPV | | |
|---|---|---|
| Sensitivity Analysis on the 5% NPV ('000 US dollars) | | |
| Low Range (-10%) | Base Case | High Range (10%) |
| Gold Price of US$1,150 | | |
| Inputs Variance (US$) — 1,035 | 1,150 | 1,265 |
| NPV (5%) — 114,317 | 180,517 | 245,781 |
| Grade Avg of 0.39 | | |
| Inputs Variance(g/t Au) — 0.35 | 0.39 | 0.42 |
| NPV (5%) — 114,552 | 180,517 | 245,565 |
| Opex Avg of $3.00 /tonne mined | | |
| Inputs Variance (/tonne mined) — $2.70 | $3.00 | $3.30 |
| NPV (5%) — 244,266 | 180,517 | 116,767 |
| LOM Capex Avg of $107,582M | | |
| Inputs Variance — $96,824 | $107,582 | $118,340 |
| NPV (5%) — 190,256 | 180,517 | 170,778 |
| LOM Recovery Avg of 83.99% | | |
| Inputs Variance — 75.59% | 83.99% | 92.39% |
| NPV (5%) — 114,552 | 180,517 | 245,565 |

*Reserves at La Arena Phase II Sulfide Project*

As previously stated, project capital of US$314 million was estimated in the La Arena 2015 Technical Report for the processing plant and all associated infrastructure for La Arena Phase II. An additional US$61.2 million was allocated for sustaining capital during the 10 year mine life, for total estimated capital expenditures of US$415.5 million (including US$40 million for mine closure).

The sensitivity analysis on the NPV and IRR for La Arena Phase II is shown in the table below:

| Sensitivity Analysis on the NPV and IRR (Sulfide Project) | | | | | |
|---|---|---|---|---|---|
| | After Tax NPV | | | | |
| | 2.50/lb Cu | 2.75/lb Cu | 3.00/lb Cu | 3.50/lb Cu | 4.00/lb Cu |
| 0% | $115,931,418 | $202,256,504 | $285,492,823 | $448,325,631 | $606,298,959 |
| 4% | $57,148,889 | $124,695,433 | $189,213,692 | $314,925,219 | $436,670,624 |
| 6% | $34,108,807 | $94,249,838 | $151,479,447 | $262,807,486 | $370,539,024 |
| 8% | $14,441,544 | $68,205,343 | $119,203,512 | $218,270,395 | $314,068,574 |
| 10% | $(2,366,623) | $45,879,743 | $91,521,670 | $180,078,151 | $265,657,574 |
| | After Tax IRR | | | | |
| | 2.50/lb Cu | 2.75/lb Cu | 3.00/lb Cu | 3.50/lb Cu | 4.00/lb Cu |
| IRR | 9.70% | 15.41% | 20.15% | 28.22% | 35.16% |

## INTERPRETATION AND CONCLUSIONS

The La Arena 2015 Technical Report contained the following interpretation and conclusions:

- The increase in the gold oxide Mineral Resource was primarily due to the definition of extra resource to the west and at depth in Calaorco, as a direct result of the 2014 drilling program.

- Oxide Mineral Reserves have increased due to the physical extension of the mineralization of the oxide deposit reflected in the new Mineral Resource estimates. The gold price of US$1,200 per ounce was not changed from the previous estimates and only costs were updated based on the performance of the year 2014.

- The La Arena oxide mine continues to exceed budget expectations due to positive grade variances between resource models and mining, and the definition of additional resources at the mine.

- The Sulfide Project reserve pit at 63 Mt is the starter pit which provides 10 years of steady mill feed at 18,000 tpd to the processing plant. The trade-off analysis conducted in Section 15 shows that this pit size represents the best discounted value for the project with lowest capital. However, this pit is only a portion of a potentially larger pit from the 274 Mt resource.

50      Tahoe Resources Inc.

Based on the newly-refined geologic model of the La Arena porphyry completed in 2016, the Company is currently in the process of re-evaluating the Sulfide Project, including an updated resource estimate, and anticipates completing an internal scoping study in 2017.

## THE SHAHUINDO MINE

### *RECENT ACTIVITIES AT SHAHUINDO*

Construction of the Shahuindo Mine commenced early in the second quarter of 2015, with commissioning of the mine and processing facilities initiated in the fourth quarter of 2015. The Shahuindo Mine achieved commercial production on May 1, 2016. All pre-operating revenues from production have been credited against construction capital through April 30, 2016.

In 2016, the Shahuindo Mine produced a total of 48,414 ounces of gold in doré. From May 1, 2016 through the end of 2016, a total of 8.45 million tonnes of ore and 6.42 million tonnes of waste were mined for a strip ratio of 0.76. A total of 4.58 million tonnes of ore at an average grade of 0.85 g/t Au from the open pit and existing stockpile were placed on the leach pad.

The mine's Q3 2016 production, unit costs and profitability were affected by severe drought conditions experienced in north-central Peru beginning in the second quarter of 2016. As a result, the irrigation area on the leach pad was temporarily reduced due to a decrease in the availability of process water. Successful efforts to increase the permanent water supply during Q3 and Q4 2016 have allowed the area under irrigation to return to planned levels. Run-of-mine ore continued to be placed on the leach pads at planned rates, which increased gold inventories in the heap to levels higher than anticipated. The Company expects to lower heap inventory and increase gold production over the next several quarters as a result of increased water availability and operating improvements .

At January 1, 2017 Measured and Indicated Mineral Resources for the Shahuindo oxide deposit totalled 138.1 million tonnes at an average grade of 0.50 g/t Au, containing 2.2 million ounces of gold. Proven and Probable Mineral Reserves for the Shahuindo oxide mine totalled 110.3 million tonnes at an average grade of 0.52 g/t Au, containing 1.9 million ounces of gold. Mineral Resources and Mineral Reserves for the Shahuindo oxide mine were calculated by applying the mine topographic surface at January 1, 2017 to an updated Mineral Resource and Mineral Reserve estimates completed as of July 1, 2016.

### *HISTORY*

Legal rights to the mineral leases of Shahuindo were in dispute between 1996 and 2009. A number of Peruvian, Mexican and Canadian companies have been involved in numerous legal processes that were eventually settled in 2009 with 100% ownership being legally registered to Shahuindo SAC (previously Sulliden Shahuindo SAC), a wholly owned subsidiary of the Company.

Sulliden Shahuindo SAC entered into a Transfer of Mineral Rights and Properties Contract, named Contrato de Transferencia de Propiedades Mineras, with Compañia Minera Algamarca SA and Exploraciones Algamarca S.A covering 26 mineral claims and 41 surface rights, which was formalized by public deed dated November 11, 2002.

Subsequently, the vendors (Compañia Minera Algamarca SA and Exploraciones Algamarca SA), controlled by new stockholders and other companies of the same group, challenged the Transfer of Mineral Rights and Properties Contract and launched a number of judicial proceedings against Sulliden Shahuindo SAC. Sulliden Shahuindo SAC also commenced legal proceedings to confirm their rights under this agreement and a number of other judicial proceedings to protect its title to the Shahuindo property. In 2009, Sulliden Shahuindo SAC prevailed and maintained 100% of the mineral claims and surface rights.

In 2012 the NI 43-101 "Technical Report on the Shahuindo Heap Leap Project, Cajabamba, Peru" was prepared on behalf of Sulliden Gold Corporation which reported Mineral Resources and Mineral Reserves for the Shahuindo Project. This report has since been superseded by the Shahuindo Prefeasibility Study discussed herein.

In August 2014, Rio Alto acquired all of the outstanding shares of Sulliden Gold Ltd. and became the owner of Shahuindo Mineral claims and surface rights under their Peruvian subsidiary, Shahuindo SAC.

In April 2015, Tahoe completed an acquisition of Rio Alto, acquiring control of Shahuindo SAC and the Shahuindo Mineral claims and surface rights. Shahuindo SAC remains as Tahoe's wholly owned operating company for the Shahuindo Mine.

### *SHAHUINDO PREFEASIBILITY STUDY*

Tahoe prepared the Shahuindo Prefeasibility Study in respect of the following triggering events for the Shahuindo Mine:

- The Mineral Resources and Mineral Reserves estimates have been updated as the result of data obtained from drilling and additional engineering studies conducted in 2014 and 2015. Mining studies incorporate updated cost estimates and financial analyses;
- Tahoe has revised the mining strategy for the Shahuindo Mine; and
- Tahoe has conducted further metallurgical testing on the ore at Shahuindo and has revised the metallurgical assumptions and flowsheet for the project.

The Shahuindo Prefeasibility Study has been completed having an effective date of January 1, 2016. The effective dates of the Mineral Resources estimate and Mineral Reserves estimate as reported in the Shahuindo Prefeasibility Study are April 15, 2015 and November 1, 2015, respectively. Unless otherwise noted, units are metric. The Shahuindo Prefeasibility Study has been prepared in compliance with the disclosure and reporting requirements set forth in NI 43-101, as well as with the Canadian Institute of Mining, Metallurgy and Petroleum's "CIM Definition Standards - For Mineral Resources and Reserves, Definitions and Guidelines" (CIM Standards) adopted by the CIM Council on December 2000 and modified in 2005 and 2010.

A more complete description of the Shahuindo Mine may be found within the Shahuindo Prefeasibility Study, a copy of which is available on the Company's profiles on SEDAR and EDGAR. Unless stated otherwise, information in this section is summarized, complied, extracted or incorporated by reference from the Shahuindo Prefeasibility Study. The Shahuindo Prefeasibility Study was prepared in accordance with NI 43-101 by Qualified Persons. Defined terms used in this summary shall have the meanings ascribed to such terms in the Shahuindo Prefeasibility Study. The reference numbers of the tables and figures set out in this section are those attributed by the Shahuindo Prefeasibility Study. Technical information in this AIF relating to updates to the Shahuindo Mine disclosure since the date of the Shahuindo Prefeasibility Study has been verified by Charles Muerhoff, the Company's Vice President Technical Services and Qualified Person as defined by NI 43-101. For a complete description of the assumptions, qualifications and procedures associated with the following information, reference should be made to the full text of the Shahuindo Prefeasibility Study. Readers are encouraged to read the full Shahuindo Prefeasibility Study.

*Technical Report Highlights*

Tahoe, through its wholly owned subsidiary, Shahuindo SAC, owns and operates the Shahuindo Mine in Peru. The Shahuindo deposit is an intermediate-sulfidation sediment-hosted epithermal gold-silver deposit which the Company has initiated open pit mining and heap leaching of oxide ore. Metal recovery is by carbon-in-column adsorption-desorption-refining ("ADR") processes which produces a gold-rich doré for sale to international refineries.

Construction of the Shahuindo Mine commenced in mid-2014, with commissioning of the mine and processing facilities in the fourth quarter of 2015. The Company achieved commercial production at Shahuindo on May 1, 2016.

Production at Shahuindo is scheduled in two phases: Phase 1 processes run-of-mine ("ROM," i.e., no crushing required) material at an initial rate of 10,000 tpd in 2016; a second adsorption column circuit will be installed in mid-2016 to increase the plant processing capacity to accommodate increased mining rates. Phase 2 is scheduled to begin in mid- to late-2018 and continue through the end of the current mine life with the plant capacity increased to 36,000 tpd to process mixed coarse- and fine-grain ore that requires crushing and agglomeration prior to leaching. The phased approach enabled gold production as soon as possible with minimal capital expenditure, thus generating cash flow early in the project.

The prefeasibility study supports the declaration of Proven and Probable Mineral Reserves. The study provides economic parameters for the Shahuindo Mine from January 1, 2016 forward.

Highlights of the study include:

- Measured and Indicated Mineral Resources of 143.1 million tonnes and 2.28 million oxide gold ounces at an average gold grade of 0.50 gram per tonne (g/t);
- Proven and Probable Mineral Reserves of 111.9 million tonnes at an average gold grade of 0.53 g/t, containing 1.91 million ounces of gold;
- Average annual gold production (i.e., gold in doré) of 78,000 ounces in the first two years of production (Phase 1) and 169,000 ounces in years three through ten (Phase 2). Total gold produced in doré over the LOM is estimated to be 1.504 million ounces;
- As of January 1, 2016, capital costs are estimated at $179.6 million for project (construction) capital and $140.7 million for sustaining capital over the LOM;
- After tax net present value at a 5% discount rate (NPV5) of $318.9 million and an internal rate of return (IRR) of 40.6% with a payback period of 4.1 years at the base case metal prices; and
- Exploration conducted by previous owners and by Tahoe demonstrates considerable potential to add additional gold ounces to the production profile at Shahuindo and has identified multiple exploration prospects in the district.

Mineral Resources and Mineral Resources reported in the Shahuindo Prefeasibility Study used metal prices of $1,200/oz Au and $15/oz Ag. Mineral Resources were reported within a $1,400/oz Au pit shell at a gold-equivalent (AuEq) cut-off grade of 0.14 g/t. The financial analysis used escalating metal prices over the LOM beginning with $1,100/oz Au in 2016 and increasing in $100/oz increments annually to $1,400/oz Au in 2019 where it remained constant through the end of the mine life. Likewise, silver prices used were $14.75/oz in 2016, $17.25/oz in 2017, $20.00/oz in 2018, and $23.50/oz in 2019 and forward to the end of the mine life. Silver has a negligible contribution to the mine economics.

**MINERAL TENURE**

The Shahuindo Mine comprises one mineral right, Acumulacion Shahuindo, which includes 26 mineral titles 100% controlled by Tahoe's wholly owned subsidiary, Shahuindo SAC, and has an approximate area of 7,338.91 hectares. Shahuindo SAC also controls the neighboring Vikingo and Vinkingo I concession covering 1,858 hectares.

52    Tahoe Resources Inc.

The mining rights and surface rights are registered under the name of Shahuindo SAC in the government title registry office of La Superintendencia Nacional de los Registros Públicos (SUNARP). The mining claims have no expiry date. All concessions are subject to an annual payment of $3 per hectare to the Peruvian government. All claims are in good standing as of the effective date of the Shahuindo Prefeasibility Study.

Shahuindo SAC has acquired 381 surface rights within the Shahuindo Mine area to date, covering a total area of approximately 2,559 hectares. Some of these surface rights were used to relocate local land owners into new areas. Shahuindo SAC also acquired additional surface rights outside the mining concessions for the same process of relocating land owners. The Company controls sufficient surface lands to accommodate the infrastructure necessary to operate the Shahuindo mining project as envisioned in the Shahuindo Prefeasibility Study.

**Mineral Title Summary**

| N° | Reg. Code | Name | Owner | Area (Ha) |
|---|---|---|---|---|
| 27 | 10025901 | VIKINGO I | MINERA SULLIDEN PERU S.A.C. | 1000 |
| 28 | 10026001 | VIKINGO | MINERA SULLIDEN PERU S.A.C. | 900 |
| 29 | 010000411L | ACUMULACION SHAHUINDO | SHAHUINDO SAC | 7338.9 |



Shahuindo Mineral Concessions

*PERMITS*

The Shahuindo Mine operates under an Environmental Impact Statement (EIA, Estudio de Impacto Ambiental) approved in 2013. The EIA was prepared according to MEM requirements and complies with Peruvian regulations.

As of the effective date of the Shahuindo Prefeasibility Study, most required permits have been obtained, with the remaining permits in the final stages of approval. The following list describes the status of the required permits for operations as of January 1, 2016:

- Certificate for the inexistence of Archaeological Remains – Approval granted.
- Environmental Impact Assessment - Approval granted. Expansion EIA in process.
- Mine Closure Plan – Approval granted
- Beneficiation Concession – Approval granted.
- Water usage permit – Approval granted.
- Mining Plan – Final stage of evaluation with MEM.
- Operations Permits – In process; approvals expected in January 2016.

All permits and any new permits will be renewed or obtained as required All remaining permits required for full operations were obtained in early 2016.

## ACCESS, CLIMATE, LOCAL RESOURCES AND PHYSIOGRAPHY

### Access

The Shahuindo Mine is located in northern Peru approximately 970 kilometers by road north-northwest of Lima. The project site can be accessed from Lima by traveling north on Highway 1 (Pan-American Highway) to Ciudad de Dios, then east on Highway 8 to Cajamarca. The site is approximately 130 kilometers from Cajamarca via asphalt-paved highway (100 kilometers on Highway 3N), and gravel and dirt roads.

There are several seaports available to the Company for equipment import – the Port of Callao in Lima, Port of Paita (northern Peru) and Port Salaverry at Trujillo. There are daily flights between Lima and Cajamarca on Peruvian national airlines.

### Climate

Climate in the area is typical of the sierra region. It is cold and dry during the dry season and humid during the rainy season. Rainfall typically occurs between October and April (wet season), with occasional sporadic showers in the other months. The average annual rainfall is about 1000mm with an extreme wet year having a rainfall of 1,550mm and an extreme dry year receiving 449mm. The dry season months are May through September.

The average daily temperature is 15.7ºC, reaching 23.1ºC during the day and decreasing to 7.5ºC in the night. The average minimum temperature is 9.7ºC and the average maximum temperature is 22.3ºC.

### Local Resources

The Shahuindo Mine is located in an economically depressed area where subsistence agriculture is the main activity.

Manning requirements for the project are sourced according to the Company's employment policy, with priority given to the local area, then expanding to the surrounding communities, including Cajabamba, whenever possible. More experienced and technical personnel have been recruited from Cajamarca and from throughout Peru. The project currently employs approximately 1,300 people, with the majority of employees from within Cajamarca province.

Power for the operations will initially be from diesel generators located on site. As the mine ramps up production, the site will be connected to the trans-national 220 kV transmission line which was recently completed and passes within 3 kilometers of the site. It is currently planned to connect to line power in the second half of 2017, via a substation partially built by Sulliden which will require upgrading. From 2018 while processing 36 ktpd, the project will consume up to a maximum of approximately 45 million kWh of power per year. Maximum total demand power for the project is approximately 7.4MW. When the substation is completed, it will have an installed capacity of 40 MW.

The Shahuindo heap leach project will require a water supply for mining; processing, camp and other support facilities. Water demand will be highest during the dry season. During an average dry season, Anddes predicted the maximum water requirement to be up to 12.7 liters per second (L/s) in the dry season for the initial phase of operations (Anddes, 2015j). From January 2018, when the project ramps up to 36 ktpd and the primary leach pad is commissioned (Pad 2B), the operating flow for leaching activities is estimated to be as high as 39.9 L/s (Anddes, 2015c). Most of this water will be recycled through the closed circuit leach pad - pregnant solution pond - adsorption circuit - barren solution pond - leach pad.

### Physiography

The Shahuindo site is located on the west side of the Condebamba River valley. The topography varies from rolling hillsides to steep ravines. Elevation across the project varies from 2,400 metres above sea level to 3,600 metres above sea level. The project area is classified as neo-tropical Peruvian "Yungas" by the World Wildlife Fund.

## GEOLOGIC SETTING AND MINERALIZATION

The Shahuindo deposit is located on the eastern flank of the Andean Western Cordillera in northern Peru, within a regional fold and thrust belt of predominantly sedimentary rocks. The region is particularly well-endowed with mineral occurrences varying from low-to-high sulfidation systems and from porphyry through polymetallic to epithermal deposits.

Mineralization at Shahuindo is best described as an intermediate-sulfidation epithermal system, though high-sulfidation mineralization occurs at depth and in the core of hydrothermal breccias. Oxidation of mineralization extends to a depth of 150 metres below surface. In the weathered oxide facies, gold and silver are associated with the presence of jarosite and hematite. In the underlying fresh sulfide facies, gold is typically extremely fine grained with the related mineral species not yet identified.

The principal zone of mineralization in the Shahuindo district occurs in a belt between two large-amplitude regional-scale folds, the Algamarca anticline and the San Jose Anticline. The Algamarca anticline is upright and symmetrical with amplitude of at least 400m, whereas the San Jose fold is an asymmetric, overturned, northeast-vergent fold with a shallowly dipping axial surface and amplitude of at least 300m. Important structural elements include fold limbs and fold axial surfaces, fold-related fractures, faults and related extension fractures, breccia dikes and irregular bodies, and igneous intrusive contacts.

54      Tahoe Resources Inc.

Both structure and lithology control the location, shape, and orientation of the mineralization. The mineralization is hosted within the siliciclastic sandstone-dominant Farrat Formation and the underlying sedimentary Carhuaz formation. These sedimentary rocks have been intruded by at least three felsic stocks which tend to be located along faults and cores of anticlinal structures. In addition, the metallurgical recovery of gold is affected by lithology with the identification of five primary geometallurgical domains based on the relationship between lithology and grain size and gold recovery. Modelling the distribution and occurrence of lithologic units / geometallurgical domains is critical to mine planning.

### DEPOSIT TYPE

The Shahuindo deposit formed in a predominantly intermediate-sulfidation epithermal system of probable Miocene age. Distinguishing characteristics of an intermediate-sulfidation environment include mineral assemblages indicating a sulfidation state between those of high and low sulfidation types, relatively high total sulfide content of five to ten percent in the sulfide environment, presence of silver sulfosalts, and association with andesitic to dacitic volcanics. Magmatic associated fluids are implied. There is no evidence of adularia at Shahuindo, thus ruling out a low-sulfidation environment. There are some observances of enargite at depth, suggesting a mixed intermediate- to high-sulfidation system.

### EXPLORATION

Prior to 1990, exploration was conducted by Algamarca on the Shahuindo property though no public records are available to provide details of Algamarca's work. From 1990 to 1998, Alta Tecnología e Inversión Minera y Metalúrgica SA (Atimmsa), Asarco LLC (Asarco), and Southern Peru Copper Corp. (Southern Peru) explored the Shahuindo Project area, completing mapping, geochemical sampling, and reverse circulation (RC) and core drilling.

Val Dór Geofisica Peru conducted magnetic and induced polarization geophysical surveys between 2002 and 2012 on behalf of the prior owners of Shahuindo. There have been no additional geophysical surveys completed on the concession since the acquisition of the deposit by Rio Alto in 2014.

Most of the accessible underground adits located on the concession were sampled prior to 2012. Where possible, samples were taken from the adit portal and along the accessible portion of the tunnel. Most samples were vertical and non-continuous. Approximately 140 small adits were sampled.

Detailed soil sampling completed by Sulliden between 2003 and 2012 revealed a series of continuous, parallel gold anomalies in the central and northern areas of the concession. Base metal anomalies were found to the northwest and to the southeast of the concession.

The present exploration strategy at Shahuindo utilizes relatively standard exploration techniques that include detailed surface geologic mapping, surface geochemical sampling, and drill testing. The most effective exploration tool at Shahuindo has been core and RC drilling. Samples have also been collected from underground workings in the northern portion of the project area which has seen exploitation by informal miners.

Several targets proximal to the Shahuindo deposit have been identified in the district from geophysical surveys, prior informal mining operations, surface mapping and geochemical sampling, and drilling.

The focus on the 2014-2015 exploration was to infill drill the existing resource/reserve. Exploration during 2016 focused on step-out drilling to define the margins of the current resource and identify new zones peripheral to the current pit; at the San Lorenzo and Choloque zones north of the Shahuindo starter pit, the El Sauce zone southeast of the pit and the San Jose zone on the extreme northwest margin of the Shahuindo resource.

During 2016 reconnaissance work comprising prospecting, sampling and trenching was carried out in areas north and northwest of Shahuindo to identify additional early-stage district targets.

### DRILLING

A total of 1,039 holes drilled by Atimmsa, Asarco, Southern Peru, Sulliden and Tahoe were used to model and estimate the resource at Shahuindo. Reverse circulation (RC) (604 holes) and diamond drilling (435 holes) have both been carried out on the property. The cut-off date for drill data inclusion in the resource model was April 15, 2015. The table below is a summary of the drilling included in the resource model.

**Shahuindo Drilling Summary**

| Company | Year | Diamond Core | | Reverse Circulation | | Total Drill | Total |
|---|---|---|---|---|---|---|---|
| | | No. | Meters | No. | Meters | Holes | Meters |
| Attimsa | 1992 | - | - | 11 | 744 | 11 | 744 |
| Asarco | 1994-1996 | 55 | 8,105 | 31 | 3,681 | 86 | 11,786 |
| Southern Peru | 1997-1998 | 16 | 1,818 | 80 | 9,755 | 96 | 11,573 |
| Sulliden | 2003-2012 | 352 | 72,913 | 248 | 42,477 | 600 | 115,389 |
| Rio Alto | 2014-2015 | 12 | 1,258 | 234 | 23,264 | 246 | 24,522 |
| **Total** | **1992-2015** | **435** | **84,094** | **604** | **79,921** | **1,039** | **164,015** |

The majority of the RC drilling completed by Rio Alto in 2014 and 2015 was within the current resource. The database also includes twelve diamond core holes that were drilled for geotechnical purposes and subsequently sampled for analyses. The majority of the drilling in the oxide domain within the resource is on a nominal spacing of 25m x 25m due to the extensive RC infill programs conducted in 2014 and 2015.

Upon its acquisition of Rio Alto in April 2015, Tahoe has continued drilling diamond core and RC for infill, step-out, geotechnical, hydrology, and condemnation purposes.

From April 15, 2015 (the cut-off date for inclusion of drill data in the resource estimate) through December 31, 2015, Tahoe continued infill drilling within the current resource and pit shell, step-out drilling to expand the resource, geotechnical, metallurgical and condemnation drilling in support of operations, and exploration drilling at the proximal San Lorenzo, La Chilca, and Choloque targets. Post-resource drilling completed by Tahoe in 2015 includes 180 core and RC holes totaling 32,717 meters.

In 2016 exploration at Shahuindo focused on step-out drilling to define the margins of the current resource and identify new zones peripheral to the current pit. A total of 115 holes for 17,703 metres were drilled in the San Lorenzo, Choloque, El Sauce and San Jose targets.

*SAMPLE PREPARATION, ANALYSIS AND SECURITY*

Tahoe has limited information about sample preparation and analyses for the drill programs prior to the major drill programs by Sulliden beginning in 2003. The drilling prior to Sulliden's work is considered to be a minimal risk to the estimate of Mineral Resources, as this dataset accounts for only 15% of the data used in the estimate and many of the holes drilled prior to Sulliden have been twinned or offset with new drill holes.

From 2003 to 2012, Sulliden's sampling and sample dispatch for the Shahuindo Project were carried out under the supervision of Sulliden staff. Samples were sent to ALS Minerals (ALS, formerly known as ALS Chemex) in Lima for sample preparation and analysis. Samples were prepared and analyzed using industry-standard practices, including the use of quality assurance and quality control (QA/QC) duplicates, blanks, and assay standards. The ALS laboratory in Lima is ISO 9001:2008 and ISO 17025:2005 certified.

Samples from Rio Alto's 2014-2016 drill programs were analyzed by CERTIMIN (Lima). Gold was assayed with a 50-gram fire assay using an atomic adsorption finish. Fire assays were repeated using with a gravimetric finish for samples whose initial fire assay results were greater than 10 g/t Au. Rio Alto employed a QA/QC program of field duplicates, blanks and assay standards. The CERTIMIN laboratory is ISO 9001 certified for geochemical, metallurgical and environmental sample analyses. Tahoe continues to use the CERTIMIN laboratory in Lima as its primary assay lab for its continued drilling at the Shahuindo Mine.

Drill core and RC sampling procedures, sample analyses, QAQC procedures and sample security employed at Shahuindo are of sufficient quality for use in the resource estimate.

*DATA VERIFICATION*

Tahoe conducted an audit of the 2014-2015 Rio Alto assay database (data through April 15, 2015) by comparing the analytical results reported in the hard copy certificates received from the laboratory (CERTIMIN) to the digital database used for the resource estimate. Tahoe compared 100% of the gold and silver assays in the database against the laboratory certificates with no errors detected.

The QA/QC programs conducted on the Shahuindo samples and the multiple database audits are sufficient to ensure that the data used in the resource estimate is valid. While there are some discrepancies regarding the silver standards used by Rio Alto in 2014 and 2015, this is not considered material as silver has a negligible contribution to the economics of the project.

56      Tahoe Resources Inc.

*MINERAL PROCESSING AND METALLURGICAL TESTING*

The mineral processing and metallurgical testing that included cyanidation and flotation testing programs have been conducted on composite samples from the Shahuindo Mine by various companies starting in 1996. These companies include Asarco, Compania Minera Algamarca, Sulliden, Rio Alto and Tahoe, with test work conducted at Dawson Metallurgical Laboratories, Kappes, Cassiday & Associates (KCA), Heap Leach Consultants (HLC), SGS and Tahoe's La Arena laboratory.

Results from the cyanidation tests conducted by KCA from 2009 to 2012 and in 2014, and by Tahoe (Rio Alto) in 2014 and 2015 on core drill hole and surface composites were used in the development of the recovery and leach design parameters for use in the prefeasibility study. The results of the testing program indicate excellent gold recoveries at both run-of-mine (ROM) and coarse crush sizes with low to moderate reagent requirements, implying amenability to heap leaching. Silver recoveries were generally low.

Compacted permeability tests on -25mm crushed samples were conducted, both with and without cement. The results are variable with one-third of the tests conducted in 2015 failing. The results from KCA's compacted permeability tests on -32mm composites conducted in 2012 indicated that mixing of the more weathered samples with competent material would be required to maintain permeability at 6 kg of cement per tonne of ore. Two of the three KCA tests passed the compacted permeability tests at a simulated heap height of approximately 110 meters.

Maintaining heap permeability and minimizing channeling at higher heap heights in the life of mine leach pads will require crushing and agglomeration of the ore. Tahoe will implement crushing and agglomeration in two stages beginning in Q3 2017, with the first stage designed to operate at a nominal 12,000 tpd rate through mid-2018. Expansion of the crushing and agglomeration circuit to 36,000 tpd is expected in mid-2018. The Company is in process of conducting further test work on the agglomeration circuit to augment existing test work to maximize recovery and determine the maximum leach pad height.

*MINERAL RESOURCE ESTIMATE*

The Mineral Resource estimate has been classified as Measured, Indicated and Inferred based on the confidence of the input data, geological interpretation and grade estimation parameters. The Mineral Resource estimate was prepared in accordance with NI 43-101, and classifications adopted by the CIM Council.

The January 1, 2017 estimate of oxide Mineral Resources for the Shahuindo deposit contains Measured and Indicated Mineral Resources of 138.1 million tonnes at average grades of 0.50 g/t Au and 6.8 g/t Ag, containing 2.2 million ounces of gold and 30.3 million ounces of silver. Inferred Mineral Resources for the oxide deposit total 3.5 million tonnes at average grades of 0.46 g/t Au and 8.3 g/t Ag; containing 52.7 thousand ounces of gold and 938.4 thousand ounces of silver. The effective date of the Shahuindo Mineral Resource oxide estimate is January 1, 2017. Sulfide resources, which have not been updated since the January 25, 2016 Shahuindo Prefeasibility Study, total 87.7 million tonnes at average grades of 0.71 g/t Au and 21.1 g/t Ag, containing 2.0 million ounces of gold and 59.4 million ounces of silver. All sulfide resources are classified as Inferred Mineral Resources.

The table below shows a summary of the Shahuindo Mineral Resources at January 1, 2017 using cut-off grades for oxide material of 0.15 g/t Au and sulfide material of 0.50 g/t AuEq.

**Shahuindo Mineral Resources at January 1, 2017**

| Material Type | Resource Classification | Tonnes (M) | Au (g/t) | Ag (g/t) | Au Ounces (koz) | Ag Ounces (koz) |
|---|---|---|---|---|---|---|
| **Oxide** | Measured Mineral Resources | 94.4 | 0.50 | 6.8 | 1,518 | 20,669 |
| | Indicated Mineral Resources | 43.7 | 0.50 | 6.8 | 705.3 | 9,615 |
| | **Measured and Indicated Mineral Resources** | **138.1** | **0.50** | **6.8** | **2,223** | **30,284** |
| | Inferred Mineral Resources | 3.5 | 0.46 | 8.3 | 52.8 | 938 |
| **Sulfide** | Inferred Mineral Resources | 87.7 | 0.71 | 21.1 | 2,002 | 59,441 |

Totals may not sum due to rounding

Oxide resources are reported within a $1,400/oz Au optimized open pit shell.

The sulfide Mineral Resources at Shahuindo are classified entirely as Inferred due to limited metallurgical characterization and wider drill spacing than in the oxide portion of the deposit. There have been no economic or mining studies of the sulfide portion of the Shahuindo deposit completed to date; the Inferred sulfide resource is reported at a 0.5 AuEq g/t cut-off using metal prices of $1,200/oz gold and $14/oz silver.

The drill data used for the estimate of oxide Mineral Resources and sulfide Mineral Resources includes data from all drilling completed through June 2016 and April 2015, respectively. The drill hole information includes collar location, downhole survey, assay, lithology and oxidation data.

Lithological, oxidation and structural models were created to model the distribution of mineralization to the pertinent geologic domains. Gold mineralization domains were created using a 0.1 g/t Au cut-off; these domains were used as hard boundaries to constrain the grade estimate. Silver values have been estimated inside the gold domains. A suite of other elements were also modeled and estimated into the block model, including sulfur, copper, lead, zinc, arsenic, molybdenum, calcium, total iron, sodium and manganese. The economic contribution of these elements is not material to the project.

## *MINERAL RESERVE ESTIMATE*

The Shahuindo Mineral Reserve estimate has been classified as Proven and Probable, applying applicable mining, metallurgical, economic, permitting, and other relevant factors to the Measured and Indicated Mineral Resources. The Mineral Reserve estimate was prepared in accordance with NI 43-101, and classifications adopted by the CIM Council. The Shahuindo Proven and Probable Mineral Reserves total 110.3 million tonnes of oxide material at average grades of 0.52 g/t Au and 6.8 g/t silver; containing 1.9 million ounces of gold and 24.2 million ounces of silver at cut-off grades of 0.25 g/t Au for 2017 and 2018 planned production and 0.18 gpt Au for production forecasted beyond 2018. Mineral Reserves are inclusive of Mineral Resources. There are no sulfide Mineral Reserves reported. The effective date of the Shahuindo Mineral Reserve is January 1, 2017. The Shahuindo Mineral Reserve estimate is summarized in the table below:

**Shahuindo Mineral Reserve at January 1, 2017**

| Reserve Classification | Tonnes (M) | Au Grade (g/t) | Ag Grade (g/t) | Au Ounces (000s) | Ag Ounces (000s) |
|---|---|---|---|---|---|
| Proven Mineral Reserve | 78.8 | 0.52 | 6.8 | 1,290 | 16,760 |
| Probable Mineral Reserve | 33.5 | 0.53 | 7.0 | 569 | 7,477 |
| **Proven & Probable Mineral Reserve** | **110.3** | **0.52** | **6.8** | **1,859** | **24,238** |

Totals may not sum due to rounding

Metal prices used for reporting Mineral Reserves are $1,200 per ounce gold and $18 per ounce silver. The Mineral Reserve estimate does not include process recovery factors or plant losses.

The cut-off grade for the Mineral Reserves was calculated from operating costs experienced at the Shahuindo Mine, the estimated metallurgical performance sourced from test work and engineering first principles. Proven and Probable Mineral Reserves include five percent dilution at zero grade and mining losses of two percent. Resources within the mine plan classified as Inferred were considered to have no economic value and have been classified as waste in the mining schedule.

## *MINING METHODS AND MINE PRODUCTION SCHEDULE*

The Shahuindo Mine is an open pit heap leach operation. The mining method used is a conventional drill/blast, shovel and dump truck operation.

The mining schedule at Shahuindo consists of two phases. The first phase entails mining higher grade starter pits providing ROM material to the phase 1 leach pads in 2016 through mid-2018; the average mining rates in 2016 and 2017 are approximately 15,800 tonnes of ore per day and 15,300 tonnes of ore per day, respectively. The second phase of the operation includes increased plant capacity and an additional leach pad. The mining rate in phase 2 increases production to meet the expanded plant capacity of 36,000 tonnes of ore per day, which will require an upgraded mining fleet.

The LOM production schedule from the Shahuindo Prefeasibility Study forecasts the Shahuindo Mine to produce and deliver to the processing facilities a total of 110.9 million tonnes of ore at an average gold grade of 0.53 g/t, and average silver grade of 6.86 g/t. The LOM plan from the Shahuindo Prefeasibility Study is summarized in the table below.

**Life of Mine Mining Schedule**

| | Unit | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|---|
| Ore Tonnes | k tonnes | 5,756 | 5,602 | 10,289 | 13,412 | 13,039 | 12,352 |
| Au Grade | g/t | 0.68 | 0.54 | 0.64 | 0.48 | 0.48 | 0.51 |
| Ag Grade | g/t | 5.95 | 5.73 | 7.24 | 6.45 | 7.05 | 6.47 |
| Waste Tonnes | k tonnes | 4,954 | 4,113 | 21,835 | 18,895 | 19,246 | 19,893 |
| Strip Ratio | waste:ore | 0.86 | 0.73 | 2.12 | 1.41 | 1.48 | 1.61 |
| **Total Tonnes** | **k tonnes** | **10,710** | **9,715** | **32,124** | **32,306** | **32,285** | **32,245** |
| Au Mined | k oz | 126 | 97 | 212 | 206 | 200 | 201 |
| Ag Mined | k oz | 905 | 1,090 | 2,524 | 2,741 | 2,954 | 2,568 |

| | Unit | 2022 | 2023 | 2024 | 2025 | Total |
|---|---|---|---|---|---|---|
| Ore Tonnes | k tonnes | 16,066 | 14,405 | 12,732 | 7,236 | **110,890** |
| Au Grade | g/t | 0.50 | 0.59 | 0.52 | 0.49 | **0.53** |
| Ag Grade | g/t | 7.79 | 7.16 | 6.36 | 7.30 | **6.86** |
| Waste Tonnes | k tonnes | 16,395 | 15,922 | 17,497 | 11,106 | **149,855** |
| Strip Ratio | waste:ore | 1.02 | 1.11 | 1.37 | 1.53 | **1.35** |
| **Total Tonnes** | **k tonnes** | **32,461** | **30,327** | **30,230** | **18,342** | **260,485** |
| Au Mined | k oz | 258 | 273 | 215 | 113 | **1,900** |
| Ag Mined | k oz | 3,599 | 3,143 | 2,663 | 2,246 | **24,470** |

58      Tahoe Resources Inc.

## PROCESSING

Gold from the Shahuindo Mine is extracted from the ore via heap leach and then processed by carbon-in-column, adsorption-desorption-refining (ADR) operations. The civil and geotechnical design of the leach pads were engineered by Anddes Asociados SAC; the process plant was engineered by Heap Leaching Consulting SAC, both of Lima, Peru.

The start-up production plan for the processing of Shahuindo ore is 10,000 tpd (Phase 1) with processing capacity expanded early in the second half of 2016. Average processing rates in 2016 and 2017 are about 12,200 tonnes of ore per day and 16,500 tonnes of ore per day, respectively. The process plant facilities will be further expanded in Phase 2 to 36,000 tpd. The Phase 2 expansion to be implemented in 2018 will include a crushing and agglomeration circuit that includes a single-stage crusher and screen, cement and lime addition to the fines, agglomeration in belt conveyors and stacking system to place ore onto the leach pad.

The Shahuindo Mine is scheduled to produce a total of 1.5 million ounces of gold and 2.8 million ounces of silver in doré over a ten year period. The table below summarizes the life of mine process plant throughput schedule and ounce production as reported in the Shahuindo Prefeasibility Study.

**Life of Mine Process Plant Throughput**

| | Unit | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|
| Heap Leach Process Tonnes | k tonnes | 6,022 | 11,179 | 13,000 | 13,039 | 12,352 |
| Process Au Head Grade | g/t | 0.52 | 0.60 | 0.48 | 0.48 | 0.51 |
| Process Ag Head Grade | g/t | 5.63 | 6.84 | 6.56 | 7.05 | 6.47 |
| **Au ounces recovered** | **k oz** | **74.1** | **172.9** | **161.8** | **160.0** | **160.8** |
| **Ag ounces recovered** | **k oz** | **76.3** | **294.9** | **328.9** | **354.5** | **308.2** |
| | Unit | 2022 | 2023 | 2024 | 2025 | Total |
| Heap Leach Process Tonnes | k tonnes | 13,140 | 13,140 | 13,140 | 11,431 | 110,890 |
| Process Au Head Grade | g/t | 0.55 | 0.62 | 0.52 | 0.41 | 0.53 |
| Process Ag Head Grade | g/t | 8.52 | 7.44 | 6.30 | 6.28 | 6.86 |
| **Au ounces recovered** | **k oz** | **186.5** | **209.5** | **174.5** | **120.8** | **1,503.7** |
| **Ag ounces recovered** | **k oz** | **431.9** | **377.2** | **319.6** | **276.9** | **2,834.2** |

## INFRASTRUCTURE

The Shahuindo Mine is approximately 25 kilometers by road from the town of Cajabamba and 130 kilometers by road from the town of Cajamarca. Access from Cajamarca is via asphalt-paved highway and gravel and dirt roads.

During Phase 1 operations, power at the site is provided by on-site diesel generation capable of sustaining 1.2 MW of power. In 2018, power will be provided via the National Commercial Grid. The long term power requirement for the Shahuindo Mine is 7.4MW.

All process and domestic water for the operation is currently from an 18,000 cubic meter rainwater run-off collection pond, a series of water wells. Additional process water will be supplied from pit dewatering.

At the effective date of the Shahuindo Prefeasibility Study, buildings required for the initial start-up were in place and tailored for Phase 1 production. Some of the infrastructure from Phase 1 will be upgraded before Phase 2 production commences.

## CLOSURE

The entire facility was designed with closure in mind to the greatest extent practicable. The facilities are designed and operated to minimize the footprints and areas of disturbance and utilize the most advanced planning and reclamation techniques available. The disturbance footprint of Shahuindo Mine site is approximately 1,348 Ha. Reclamation will commence as soon as practical during operations by placing salvaged topsoil on outer slopes and encouraging vegetation.

## CAPITAL AND OPERATING COSTS

The operating costs for the Shahuindo Mine were calculated for each year during the life of mine using the forecasted annual production tonnages. The mining, processing and site general and administration (G&A) costs were derived from first principals, or based on operating costs experienced at Tahoe's La Arena Mine which is comparable to the Shahuindo Mine.

The table below includes the summary of the anticipated life-of-mine costs as presented in the Shahuindo Prefeasibility Study.

081

**Operating Cost Summary**

| Operating Cost | Value |
|---|---|
| Mining Cost ($/tonne mined) | $1.91 |
| Mining Cost ($/ore tonne mined) | $4.50 |
| Process Plant Operating Cost ($/tonne processed) | $2.55 |
| General Administration ($/tonne processed) | $2.23 |

*includes $1.42/tonne ore for crushing and agglomeration beginning in 2018

The capital expenditure requirement for the Shahuindo Mine is $320.3 million beginning on January 1, 2016. This includes construction capital of $179.6 million and $140.7 million in sustaining capital. Capital expenditures incurred prior to January 1, 2016 were considered as 'sunk' costs.

The project capital as presented in the Shahuindo Prefeasibility Study is summarized in the table below. The total project capital carried in the financial model for new construction is expended over a three year period.

**Project Capital**

| Project Capital | $ (millions) |
|---|---|
| Mining | $27.5 |
| Process Plant | $105.6 |
| Other | $46.6 |
| **Total** | **$179.6** |

Construction of the mine camp, offices, commissary and other ancillary facilities are complete and currently in use. Project capital includes construction of the second leach pad (pad 2A), which was completed in Q4 2016. The solution canal connecting pad 2A to the existing pad was completed in Q3 2016. Construction of the life-of-mine waste dump facility platform and foundation is in progress as is preparation for additional haul roads.

Engineering for the 12,000 tpd crushing and agglomeration circuit has been completed; equipment fabrication and procurement is ongoing with initial equipment deliveries to the site beginning in Q4 2016. Site layout definition, earthworks and civil works engineering are complete. The Company completed the permitting process for the 12,000 tpd operation during Q1 2017, with commissioning of the circuit anticipated in Q3 2017.

*ECONOMIC ANALYSIS*

The Shahuindo Mine economic analysis presented in the Shahuindo Prefeasibility Study indicates that the project has an IRR of 40.6% with a payback period of 4.1 years after taxes and an after-tax NPV using a five percent discount rate (NPV5) of $318.9M after taxes.

Sensitivity analyses were conducted using changes in metal prices, operating cost, initial capital, and recovery; the results of which are summarized in the table below. Changes to metal prices have the greatest impact on the NPV and IRR of the project.

**Sensitivity Analysis – NPV and IRR after Taxes (All Values in $000s)**

| Variable | Change | NPV @ 0% | NPV @ 5% | NPV @ 10% | IRR% | Payback |
|---|---|---|---|---|---|---|
| Change in Metal Prices | +20% | $723,045 | $508,619 | $362,690 | 67.7% | 3.3 |
| | +10% | $597,309 | $413,960 | $289,289 | 53.1% | 3.6 |
| | Base Case | $471,200 | $318,863 | $215,413 | 40.6% | 4.1 |
| | -10% | $342,701 | $221,333 | $139,143 | 29.0% | 4.8 |
| | -20% | $202,022 | $113,741 | $54,457 | 17.1% | 6.1 |
| Change in Operating Cost | +20% | $348,725 | $225,158 | $141,508 | 29.0% | 4.9 |
| | +10% | $411,022 | $273,026 | $179,417 | 34.8% | 4.4 |
| | Base Case | $471,200 | $318,863 | $215,413 | 40.6% | 4.1 |
| | -10% | $530,361 | $363,820 | $250,632 | 46.7% | 3.8 |
| | -20% | $588,728 | $407,955 | $285,031 | 53.1% | 3.6 |
| Change in Total Capital | +20% | $409,200 | $263,661 | $165,625 | 29.1% | 4.8 |
| | +10% | $440,142 | $291,213 | $190,477 | 34.2% | 4.5 |
| | Base Case | $471,200 | $318,863 | $215,413 | 40.6% | 4.1 |
| | -10% | $502,354 | $346,596 | $240,419 | 49.0% | 3.7 |
| | -20% | $533,592 | $374,233 | $265,224 | 60.2% | 3.4 |

60      Tahoe Resources Inc.

| Variable | Change | NPV @ 0% | NPV @ 5% | NPV @ 10% | IRR% | Payback |
|---|---|---|---|---|---|---|
| **Change in Metal Recovery** | 2% | $508,599 | $347,156 | $237,466 | 44.2% | 3.9 |
| | 1% | $489,905 | $333,014 | $226,443 | 42.4% | 4.0 |
| | Base Case | $471,200 | $318,863 | $215,413 | 40.6% | 4.1 |
| | -1% | $452,456 | $304,682 | $204,358 | 38.9% | 4.2 |
| | -2% | $433,662 | $290,459 | $193,265 | 37.2% | 4.3 |

*SHAHUINDO FINANCIAL MODEL*

The life of mine base case assumptions for the Shahuindo financial model are summarized in the table below:

**LOM Base Case Summary - Assumptions**

| Production Statistics | Base Case |
|---|---|
| **Mine** | |
| Ore (ktonnes) | 110,890 |
| Gold Grade (g/t) | 0.53 |
| Silver Grade (g/t) | 6.86 |
| Contained Gold (kozs) | 1,900 |
| Contained Silver (kozs) | 24,470 |
| Waste (ktonnes) | 149,855 |
| Total Tonnes Mined (ktonnes) | 260,745 |
| **Processing** | |
| Ore Placed on Pad (ktonnes) | 110,890 |
| Gold Production (kozs recovered) | 1,504 |
| Silver Production (kozs recovered) | 2,834 |
| Gold Recovery | 79% |
| Silver Recovery | 12% |
| **Revenues, Capital Cost & Operating Cost** | |
| Revenues ($000) | $2,110,507 |
| Project Capital ($000) | $179,629 |
| Sustaining Capital ($000) | $140,676 |
| Mining Cost ($/tonne mined) | $1.91 |
| Mining Cost ($/ore tonne mined) | $4.50 |
| Process Plant Operating Cost ($/tonne processed) | $2.55 |
| General Administration ($/tonne processed) | $2.23 |
| Treatment & Transportation Charges ($/tonne processed) | $0.06 |
| Total Operating Cost ($/tonne processed) | $9.28 |
| **Economic Indicators before Taxes** | |
| NPV @ 0% ($000) | $667,385 |
| NPV @ 5% ($000) | $462,203 |
| NPV @ 10% ($000) | $322,836 |
| **Economic Indicators after Taxes** | |
| NPV @ 0% ($000) | $471,200 |
| NPV @ 5% ($000) | $318,863 |
| NPV @ 10% ($000) | $215,413 |
| IRR | 40.6% |
| Payback (yrs) | 4.1 |

*CONCLUSIONS AND RECOMMENDATIONS*

The results of this study demonstrate that:

1.    The Shahuindo Mine is economically viable from January 1, 2016 through to the end of the estimated mine life, supporting the declaration of Proven and Probable Mineral Reserves;

Annual Information Form for the Year Ended December 31, 2016    61

2.     The Shahuindo mining strategy consists of two phases. The first phase will process ROM ore at an initial rate of 10,000 tonnes of ore per day, ramping up to an average of 12,200 tonnes of ore per day in 2016 and 16,500 tonnes of ore per day in 2017; the second phase will include a crushing and agglomeration circuit that will increase production to 36,000 tpd. The phased approach enables gold production as soon as possible with minimal capital expenditure, generating cash flow early in the project;

3.     The results of laboratory testing program indicate excellent gold recoveries at both ROM and moderate crush sizes with low to moderate reagent requirements, implying amenability to heap leaching. Silver recoveries are generally low; and

4.     The Shahuindo district holds excellent opportunities for further discovery and definition of additional oxide and sulfide mineralized bodies that have potential to increase the resource base at Shahuindo.

After reaching commercial production, the Shahuindo Prefeasibility Study recommends the Company systematically evaluate mining, processing and other surface operations to optimize processes and procedures and reduce capital and operating costs. Examples include the following trade-off studies to evaluate:

5.     the potential to reduce or eliminate the requirement for the crushing and or agglomeration circuit, and the impact to metal recoveries;

6.     the economic benefit of implementing a secondary crushing circuit to increase recovery;

7.     the potential to increase the overall slope angle of the pit to increase the NPV of the project through further geotechnical and hydrogeological analyses; and

8.     the potential to reduce operating costs by evaluating the suitability by backfilling mined waste rock into the pit.

## THE BELL CREEK COMPLEX

The Bell Creek Complex, which includes the Bell Creek Mine and the Bell Creek Mill, was acquired by Tahoe on April 1, 2016 as part of Tahoe's acquisition of Lake Shore. Information relating to the Bell Creek Complex, including Mineral Resources and Mineral Reserves as at January 1, 2017, is set out below. The information in this section is supported by a technical report prepared for Lake Shore in compliance with NI 43-101 entitled "NI 43-101 Technical Report, Updated Mineral Reserve Estimate for Bell Creek Mine, Hoyle Township, Timmins, Ontario, Canada" dated March 27, 2015 (the "Bell Creek Technical Report.")

Technical information in this AIF relating to updates to the Bell Creek Complex disclosure since the date of the Bell Creek Technical Report has been verified by Charles Muerhoff, the Company's Vice President Technical Services and Qualified Person as defined by NI 43-101.

### RECENT ACTIVITIES AT THE BELL CREEK MINE

On May 3, 2016, the Board of Directors of Tahoe approved the Bell Creek Shaft Project (the "Shaft Project"). The Shaft Project, which is expected to be completed in mid-2018, will extend the shaft from approximately 300 metres currently to the 1080 metre level elevation, and equip the shaft to hoist ore and waste. The project is being completed to increase production, lower unit costs, extend mine life and allow for accelerated delineation of the deep resources as well as exploration at depth. The Shaft Project is anticipated to cost approximately $80 million.

The Shaft Project achieved significant progress in 2016. Mobile equipment was received and lateral development on the first two of five horizons was completed. Vertical development commenced from the 535 metre level towards the 300 metre level via mechanized raise climbing method. The existing, dormant hoisting plant was audited, yielding only minor deficiencies. Repairs to the plant have been completed and the hoist is ready to support rehabilitation of the existing shaft. Engineering and procurement is progressing on schedule. Site infrastructure work has also commenced in preparation for the civil works around the new hoisting plant and electrical substation footprint.

Construction of the Phase 4 North tailings facility expansion at the Bell Creek Mill was completed at the end of Q3 2016.

In November 2016, Lake Shore signed an IBA relating to the Bell Creek Mine and surrounding properties with the Mattagami, Wahgoshig, Matachewan and Flying Post First Nation communities in the Timmins area of Northern Ontario. The IBA establishes a framework for continued consultation relating to the Company's existing and future operations in and around Timmins, and provides long-term financial benefits to the four First Nations communities as well as opportunities in such areas as new business ventures, employment, training and education.

The 2016 exploration program at the Bell Creek Complex focused on drilling extensions of the NA, NA2 and HW6 veins as well as extending resources to depth at the Schumacher and Vogel properties east of the Bell Creek Mine. Results of the 2016 exploration programs as they relate to Bell Creek are discussed under "Exploration" below.

### PROJECT DESCRIPTION, LOCATION AND ACCESS

The Bell Creek Mine property comprises 12 patent claims and two patents covering a total area of approximately 320 hectares (ha). All claims are either patented or leased mineral claims or patented veteran lots (vet lots) and remain valid in perpetuity as long as the annual taxes remain paid in full. The Schumacher property is a Boer War Vet lot with an area of approximately 64 ha. It is bounded to the west by Bell Creek and to the east by the Vogel property.

62     Tahoe Resources Inc.

To maintain these claims in good standing, yearly lease rents and land tenant taxes are required to be paid for the leased claims, while land taxes and municipal taxes are required for the "vet" lots. Of the 12 leased claims, eight are due for renewal on September 30, 2025 with the remaining four due for renewal on September 30, 2027.

The Bell Creek Mine property is located in Hoyle Township, Porcupine Mining Division, approximately 20 km by road, northeast of Timmins, Ontario. Access to the property is gained via Florence Street, a 6.7 km long all-weather asphalt and gravel road north of Ontario Provincial Highway 101. The project is situated approximately 564 km north-northwest of Toronto, Ontario.

The project comprises Bell Creek Deposit, mine infrastructure including shaft, ramp, Bell Creek Mill, tailing facilities as well as office, warehouse, and dry facilities. All–weather road access and electrical power transmission lines are established and operational to Bell Creek Mine. The Bell Creek Mine area, and the City of Timmins experience a Continental Climate with an average mean temperature range of -16.8°C (January) to +17.5°C (July) and annual precipitation of approximately 834.6mm.

A map showing the location and access to the Bell Creek Mine Property is provided under the heading "Timmins West Mine – Project Description, Location, Access and Infrastructure".

### *HISTORY*

Historical records indicate that gold was discovered in the Timmins area in the early part of the twentieth century. However, it was only with increased access to the region following the development of rail infrastructure in the 1900s that world class deposits were found near the Porcupine and Nighthawk Lakes. The Vipond, Dome, and Hollinger Mines were discovered in 1909.

Gold mineralization was first discovered on the Bell Creek property through a joint venture between Rosario and Dupont between 1980 and 1982. Between 1986 and 1991, Canamax Resources Inc. explored and developed the Bell Creek Mine. Falconbridge operated the mine between 1991 and 1992, followed by Kinross in 1993 and 1994 when mining operations ceased. The mine was kept on care and maintenance until 2001, when a decision was made to allow the underground workings to flood.

In 2002, the Porcupine Joint Venture, a joint venture between Placer Dome Canada Ltd. ("Placer") and Kinross, was formed and in 2005 the property was reactivated. Goldcorp acquired Placer's interest later that year and became the operator of the Porcupine Joint Venture. Acquisition of the property by Lake Shore was finalized on December 18, 2007.

In November 2005, Lake Shore signed a 20-year lease agreement securing a leasehold interest in the surface and mining rights on the Schumacher property. The lease is renewable for an additional 20-year term. Acquisition of the Bell Creek claims by Lake Shore from the previous owner, PJV, was finalized on December 18, 2007. The two "northern claims" were acquired by Lake Shore from the previous owner in December 2009.

On January 1, 2012 Lake Shore announced the Bell Creek Mine to be in commercial production. On April 1, 2016, Tahoe acquired the Bell Creek Mine as a result of its acquisition of Lake Shore.

### *MINERAL TENURE, SURFACE RIGHTS AND ROYALTIES*

In November 2005, Lake Shore signed a 20-year lease agreement giving it a leasehold interest in the surface and mining rights on the Schumacher property. The lease is renewable for another 20-year term. The property is a Boer War Vet Lot and, as such, is a freehold patent with both surface and mining rights (granted by the Crown before May 6, 1913). It is bounded to the west by Bell Creek and the east by the Vogel property. Lake Shore is required to make an annual advanced royalty payment of CAD$25K in years four to six of the lease and CAD$50K thereafter (indexed to inflation) and to pay a 2% NSR once commercial production begins (internal company documents).

On January 31, 2007, Lake Shore entered into an agreement with Goldcorp, manager of the Porcupine Joint Venture, to acquire the Bell Creek Mine. The acquisition was finalized on December 18, 2007. The agreement was subject to a 2% NSR royalty payable to the Porcupine Joint Venture comprised of Goldcorp and Kinross. Kinross subsequently assigned its rights under the agreement to Goldcorp, and in July 2016 Tahoe acquired this 2% NSR royalty from Goldcorp. Underlying royalty agreements affect some of the Bell Creek claims including two agreements with net profit interests that can be purchased outright for relatively small amounts.

The two "northern claims" were acquired from Goldcorp in 2009 as part of the "Bell Creek West" acquisition. These claims are both Boer War Vet lots, located in a surveyed township and as such have fixed boundaries for an area of approximately 64 ha. These claims are subject to various royalties.

### *PERMITS*

The required permits and approvals for operations at the Bell Creek Mine have been acquired. These include the following Provincial Permits and Federal Permits: Ministry of Northern Development and Mines ("MNDM"); Ministry of the Environment ("MOE"); Ministry of Natural Resources (MNR); Ministry of Transportation (MTO); Technical Standards and Safety Authority ("TSSA"); Ministry of Labour ("MOL"); Occupational Health and Safety; Explosives; Notification of Commencement of Construction and Operation; Department of Fisheries and Oceans Canada ("DFO"); Natural Resources Canada ("NR CAN") – Explosives Regulatory Division ("ERD"); and Environment Canada ("EC").

087

*ENVIRONMENT*

Water management and protection of the natural environment surrounding the Bell Creek Complex were recognized from the onset of the project as primary environmental concerns.

All construction and works conducted at Bell Creek passes through extensive screening by both Lake Shore staff and a third party consultant to minimize impact to Bell Creek and best manage water and air releases as per Lake Shore's operating permits. Detailed engineering reports assist staff in managing the above mentioned concerns from the site.

The development of the mine will create a disturbance footprint on the terrestrial environment. Baseline work did not identify the possibility of provincially or federally listed fauna species on the site that will trigger concern. The Closure Plan will reduce this disturbance area at closure and disturbed areas will be rehabilitated with the intent of returning the site to a productive use (i.e. forestry) resulting in limited long-term impact to the area.

Environmental monitoring will be conducted in accordance with regulatory requirements. The monitoring program will be compiled in a database to assure compliance with all regulations.

*GEOLOGICAL SETTING, MINERALIZATION AND DEPOSIT TYPES*

The Bell Creek deposit is located in the western part of the Archean aged Southern Abitibi Greenstone Belt, a supracrustal complex of moderately to highly deformed, usually greenschist facies, volcanic-dominated oceanic assemblages that are approximately 2.7 million years in age. Supracrustal rocks in the Timmins region are assigned as members of seven volcanic and two sedimentary assemblages within the Western Abitibi Subprovince of the Superior Province. Intrusions were emplaced during the Archean and Proterozoic eons.

The Bell Creek property is underlain by carbonate altered, greenschist facies Archean-aged, metavolcanic and clastic metasedimentary rock units belonging to the Tisdale and Porcupine assemblages. The metavolcanic portion of the stratigraphy represents the lower portion of the Tisdale Group, with the ultramafic metavolcanic rocks belonging to the Hershey Lake Formation (Brisbin, 1997) or Pyke's (1982) lowermost unit, Formation IV. The mafic metavolcanic variolitic and iron tholeiitic flow units are interpreted as being characteristic of Pyke's (1982) middle unit, Formation V. The Krist Formation, Pyke's upper unit, is absent from Hoyle Township (Berger, 1998). The lithologies generally strike east-west, to west-northwest, and are steeply dipping.

In the Porcupine Camp, gold-bearing structures most commonly form in relatively competent volcanics intruded by felsic porphyry stocks and dykes prior to the deposition of the Timiskaming assemblages. Porphyries dating from 2691 ± 3 Ma to 2688 ± 2 Ma intruded the already folded and faulted greenstone sequences and initiated the mesothermal systems with the formation of associated albitites. Observations of pyrrhotite and gold-mineralized clasts at both Pamour and Dome mines within Timiskaming conglomerates suggest a prolonged gold deposition event from the creation of the steep south dipping DPFZ up to the latest episode of crustal stabilization.

Fracture intensity and alteration increase toward mineralized zones. Alteration consists of bulk and fracture-controlled sericite, Fe-dolomite to ankerite, quartz, and dark green to black chlorite. Microfractures contain late chlorite and carbonate veinlets. Distal carbonatization, resulting in grey carbonate zones, is quite common.

Gold mineralization in the Bell Creek area has been described as occurring along selvages of quartz veins and wall rocks, in stylolitic fractures in quartz veins, in fine grained pyrite, and in association with amorphous carbon. High grade gold mineralization occurs within quartz veins contained in alteration zones. The alteration zones are characterized by carbonate, graphitic and amorphous carbon, fine grained pyrite, sericite, and/or paragonite and are enriched in Au, As, Bi, and W. This style of alteration is referred to by mine geologists as "grey zones" and is an exploration target in Hoyle Township.

*EXPLORATION*

Diamond drilling in the general vicinity of the Bell Creek deposit was conducted by several entities with the first recorded drill hole assessment work filed in 1940. Documented drill records began with the Rosario Resources Canada Ltd. in 1978. Historic drilling completed prior to the acquisition by Lake Shore is reported to consist of 73,294 metres in 546 holes.

Below is a summary of historic drill programs completed prior to Lake Shore at Bell Creek:

- 1978-1981 (Rosario): North to South oriented drill holes throughout the district. No drill holes collared within 1,000 metres of future mine workings;

- 1982-1990 (Amax and Canamax): surface drilling at 30 metre centres on a north south oriented grid presently referred to as the Bell Creek Mine grid;

- 1988-1991 (Canamax): underground diamond drilling;

- 1991-1994 (Falconbridge): underground drilling;

Since acquiring the property in 2007 Lake Share has conducted the following exploration drilling:

64      Tahoe Resources Inc.

**Bell Creek Surface and Underground Exploration**

| Year | Number of Holes | Metres (m) |
|---|---|---|
| 2008 | 44 | 25,199 |
| 2009 | 112 | 50,703 |
| 2010 | 53 | 27,798 |
| 2011 | 53 | 31,067 |
| 2012 | 11 | 3,318 |
| 2013 | 0 | 0 |
| 2014 | 0 | 0 |
| 2015 | 16 | 10,617 |
| 2016 | 53 | 16,604 |
| **TOTAL** | **342** | **165,305** |

Diamond drilling has identified 16 mineralized zones (14 sub-parallel and two splay zones) that comprise the North A and North B vein systems which extend from surface to a vertical depth of approximately 1,700 metres. Mineralization remains open down plunge and to the east at depth.

Since acquiring the project in 2005 Lake Shore's exploration work has focused on delineating, defining and extending the mineralization contained within the North A and North B zones which were previously identified or mined. Initial exploration activity led to the preparation of NI 43-101-compliant Mineral Resource estimate in 2010.

**2016**

Exploration at the Bell Creek Complex in 2016 focused on the NA/NA2 zones, the two largest resource blocks at the Bell Creek Mine, and the HW6 zone, a new structure discovered in late 2015 near the west limit of the mine. Drilling successfully extended the NA/NA2 Zones a minimum of 30 metres to the east and to depth. Drilling of the HW6 Zone extended mineralization a minimum of 60 metres down dip that remains open to depth.

Surface drilling at the Bell Creek Complex also focused on extending resources to depth at the Schumacher and Vogel properties east of the Bell Creek Mine. The program identified mineralization approximately 250 metres below the current Vogel resource and 1.0 km east of the Bell Creek 760 Level. The deep Vogel extension remains open to the east and to depth and will be the focus of additional drilling in 2017.

Exploration at Bell Creek in 2017 is planned to extend known mineralization and grow the current Inferred and Indicated Mineral Resource base as well as to further define Vogel deep extensions.

*SAMPLING, ANALYSIS AND DATA VERIFICATION*

Sample handling procedures are not available for companies operating at Bell Creek prior to Lake Shore but it is believed to be suitable for use in Mineral Resource estimation. Procedures and practices employed by Lake Shore since acquiring the property conform to or exceed industry standards. Lake Shore's procedures are described below:

For both surface and underground drill samples a secure chain of custody follows diamond drill core from the drill though analysis with the return of sample pulps to a locked on site storage facility. Unannounced visits to the drill sites are made to ensure safety, good working practices, and drill core security.

The diamond drill contractors secure the drill core boxes at the drill site and deliver them to the core logging facilities located at Lake Shore's exploration office in Timmins, Ontario. Lake Shore personnel then check and label boxes and core blocks with hole number, box number, and footage and prepare a summary log.

The core is then logged by a geologist entering data directly into Drill Logger software developed by Geovia GEMS describing geology, structure, alteration, and mineralization. Intervals to be sampled are indicated by the geologist, sample tags are inserted, rock quality designation measurements and photographs are taken, and the log is printed, reviewed, and edited. The core is then given to a trained and supervised technician for sampling. The core is split by trained Lake Shore technicians using a diamond saw. One half of the core is placed in a plastic sample bag and the remaining half is returned to the core box. Lake Shore uses sequentially numbered triplicate sample tags. One portion of the tag goes in the sample bag along with the split half of the sample, one portion of the tag is stapled into the core box at the end of the sample interval, and the third stays in the sample book for archiving. Once the sampling is completed, all drill core is stored in racks or square piled in a secure compound at the core logging facilities or at the Timmins West Mine compound.

The analytical samples are enclosed within sealed shipping bags, are transferred into larger shipping bins, and are directly delivered to the selected analytical labs by Lake Shore employees. The lab employee that receives the sample shipment signs a chain of custody document that is returned to Lake Shore's office for reference and filing. The return assay results are processed by the database manager and are reviewed by Professional Geoscientists. Data is made available for viewing by authorized members of the Lake Shore geological and management staff.

All samples are analyzed for gold at various independent laboratories using fire assay with an atomic absorption finish, except for samples sent to SGS Labs, which provided an ICP finish. For samples that return a value greater than 3.0 g/t Au (changed to greater than 10 g/t Au on March 15th, 2011), another aliquot from the same pulp is taken and Fire Assayed ("FA") with a gravimetric finish. Occasionally for samples which may include visible gold analysis is requested to be completed using a pulp metallic method. In reporting assay results, the protocol utilized by Lake Shore stipulates that Metallic Assay results override FA with a gravimetric finish, which in turn overrides FA with an atomic absorption or ICP finish.

Drill core obtained from underground drill programs is subjected to the core handling and logging procedures as the core from the surface programs with some exceptions. Due to the density of drilling and the large amount of core being generated by the underground programs, most holes are whole core sampled. Select exploration holes are retained for future reference with core being cut and sampled as per the normal Lake Shore process.

Lake Shore's QA/QC program involves inserting one blank, one CRM standard and one pulp duplicate in the sample stream. Prior to June 2012 the QA/QC material was inserted for every 20 to 25 samples submitted for analysis, post June 2012 the process was changed, inserting the QA/QC samples for every 40 core samples. Drill core from a local, barren diabase dyke is used as a blank sample medium. ALS has been instructed to take one reject duplicate after every 25 samples processed.

The QA/QC results are reviewed by one of the QPs on a routine basis.

### MINERAL PROCESSING AND METALLURGICAL TESTING

Prior to 2011, metallurgical testing on Bell Creek mineralization had not been completed by Lake Shore. Reliance had been placed on historical test work conducted prior to the construction of the Bell Creek Mill and on historical milling experience.

Metallurgical testing on Bell Creek mineralization was first completed for Canamax in 1983 by Lakefield Research of Canada Ltd.

Test work was conducted on four samples and included mineral characterization (head assays, emission specifics, specific gravity determination, gold occurrence test), trial grinds, flotation tests, and cyanidation of the ore. A fifth sample was used for settling and filtration tests.

The Bell Creek Mill Phase 1 expansion was completed in October 2010. Phase 2 of the mill expansion was completed during the third quarter of 2013. Prior to launching the Phase 2 expansion project, more comprehensive test work was completed involving seven companies. Overall, the combination of Lake Shore's operating history and the extensive amount of test work conducted provides confidence that the process design and equipment selection will result in achieving the targeted recovery and throughput levels.

### MINERAL RESOURCE AND MINERAL RESERVE ESTIMATES

Lake Shore has prepared an updated Mineral Resource estimate for the Bell Creek deposit with an effective date of January 1, 2017. The estimate is based on both historic diamond drilling and drilling completed by Lake Shore. The Mineral Resource estimate for the Bell Creek Mine occurs within sixteen mineralized domains of which four, the North A, North A2, North B and North B2, account for 91% of the total ounce content. The bulk of this mineralization is centered about section 5950 E between 975 metre elevation and 1375 metre elevation.

The updated Mineral Resource estimate at Bell Creek includes 4.4 million tonnes at an average gold grade of 4.4 gpt for 618.9 thousand ounces of gold in the Measured and Indicated categories and 4.2 million tonnes at an average gold grade of 4.4 gpt for 586.6 thousand ounces of gold in the Inferred category. Mineral Resources are reported using gold cut-off grade of 2.2 g/t.

### MINERAL RESOURCES

Mineral Resources reported for the Bell Creek deposit at January 1, 2017 were estimated by subtracting mining depletion from June through October 2016 and forecasted production from November through December of 2016 from an updated resource model completed at the end of May 2017.

**Bell Creek Mineral Resources at January 1, 2017**

| Classification | Tonnes (M) | Au g/t | Au Ounces (000s) |
|---|---|---|---|
| Measured | 0.3 | 4.18 | 40 |
| Indicated | 4.1 | 4.43 | 579 |
| **Measured & Indicated** | **4.4** | **4.41** | **619** |
| Inferred | 4.2 | 4.38 | 587 |

Totals may not sum due to rounding

66      Tahoe Resources Inc.

## MINERAL RESERVES

Proven and Probable Mineral Reserves at the Bell Creek mine at January 1, 2017 are estimated at 1.8 million tonnes at an average gold grade of 4.4 g/t for 245.1 thousand ounces of gold using a gold cut-off grade of 2.2 g/t.

**Bell Creek Mine Mineral Reserves at January 1, 2017**

| Classification | Tonnes (M) | Au g/t | Au Ounces (000s) |
|---|---|---|---|
| Proven | 0.1 | 4.21 | 16 |
| Probable | 1.6 | 4.36 | 229 |
| **Proven & Probable** | **1.8** | **4.35** | **245** |

Totals may not sum due to rounding

Mineral Reserves were calculated by applying a revised mine plan to the updated Mineral Resource model using a gold price of $1,250/oz. Mineral Reserves are supported by a mine plan that features variable stope thicknesses designed on the Mineral Resource model using operating costs of $81.35 per tonne ore with 95% mining recovery, external dilution of 14% and metallurgical recovery of 94.5% . Mineral Resources are inclusive of Mineral Reserves.

The calculation of Mineral Resources and Mineral Reserves has taken into account environmental, permitting, legal, title, taxation, socio-economic, marketing and political factors and constraints, none of which are considered to have the potential to affect materially the operation of the Bell Creek Mine. The Mineral Resource and Mineral Reserve estimates may be materially impacted by assumptions used for commodity prices, operating and capital costs, rock mechanics (geotechnical) constraints, constant underground access to all working areas, and metal recovery.

## MINING OPERATIONS

The primary access at the Bell Creek Mine is via the existing portal and main ramp from surface. The main ramp is 5 metres wide x 5 metres high and currently extends to the 895L. All active production levels in the mine will be accessed via the ramp (i.e. no captive levels) and personnel, materials, and ore and waste rock will be transferred via the ramp. Secondary access/egress to/from the underground to surface will be via the existing manway in the shaft. Below the existing access to the shaft at the 240L station, the main ramp and internal raises equipped with escapeways will provide two access routes to the 240L.

The Shaft Project is expected to be completed mid-2018, with commissioning of the facility in the second half of 2018, and will extend the shaft from approximately 300 metres depth to the 1080 metre level elevation. The shaft will be equipped to hoist both ore and waste. The project is being completed to increase production, lower unit costs, extend mine life and allow for accelerated delineation of the deep resources as well as exploration at depth.

Narrow vein longitudinal longhole stoping with delayed unconsolidated rock fill has been the primary mining method used to date at the Bell Creek Mine. In current active mining areas, sublevels have been established at 15 to 20 metre vertical intervals (floor to floor) and this sublevel spacing will be maintained for remaining sublevels to the 1165L. On each sublevel, the resource will generally be accessed near the centre (along strike) and stope undercut and overcut sills developed to the east and west extents. Stope lengths will generally be 20 metres along strike; however, stopes abutting waste or low grade material may be marginally longer or shorter to optimize recovery. Longitudinal mining will retreat from the furthest stope from the access, toward the initial access point.

The resource is being mined "top down" in blocks as ramp development advances to depth. To maintain steady production rates, a mining front is generally established at every third sublevel (i.e. 45 to 60 metre high blocks). Where a stope will be mined up to a previously mined stope in the block above, sill pillar recovery will be required. Sill pillar recovery will require working on top of backfill and mining uppers stopes, leaving a permanent sill pillar (1:1.25 pillar width to pillar height ratio) in place below the stope above to contain the unconsolidated rock fill. The uppers stopes will not be backfilled, and 3 metre thick rib pillars will be left to support the hanging wall (and footwall) between stopes.

Two sources of dilution have been considered in establishing the Bell Creek Mine reserves. Planned dilution includes low grade material and/or waste rock that will be mined and will not be segregated from the ore. Sources of planned dilution include:

- Waste rock or low grade material that is drilled and blasted within the drift profile of ore sills and the overall grade of the "muck" justifies delivery to the mill.

- • Waste rock or low grade material within the confines of the stope limits. This includes internal waste pockets and footwall and/or hanging wall rock that has been drilled and blasted to maximize ore recovery and/or maintain favourable wall geometry for stability.

Unplanned dilution includes low grade resource, waste rock, and/or backfill from outside the planned drift profile or stope limits that overbreaks or sloughs and is mucked with the ore and delivered to the mill. Unplanned dilution has been calculated for each stope based on the local stope dimensions and geometry.

Based on the March 27, 2015 technical report for the Bell Creek Mine, production will average 850 tpd in Year 1 and slowly begin to increase to 1,000 tpd by Year 4 while capital and operating development activities continue. New mining blocks developed are expected to contain more tonnes than previously mined blocks, providing an opportunity to bring multiple blocks in production simultaneously. In Year 5 through Year 7, development activities will reduce and development personnel and equipment will transition to support production activities.

091

The existing development, production, and auxiliary underground equipment fleet will continue to be used, with 50 tonne capacity underground haul trucks added to the fleet to support hauling from deeper in the mine.

Ventilation requirements have been estimated based on providing 0.06 cubic metres per second (cms) of fresh air per kilowatt (kW) of mobile equipment diesel power (including factors for availability and utilization), for the equipment anticipated to be operating.

The Bell Creek Mine is well positioned in the established Timmins mining district. Consumable materials and external services required to support the mining operation will continue to be sourced from local businesses or from other nearby mining centres. A number of contracts have been established to support current site activities and these will be amended as required to meet production demands.

The site has existing health and safety programs in place as required by the Ontario Occupational Health and Safety Act and Regulations for Mines and Mining Plants. There is an existing Joint Health and Safety Committee and Mine Rescue Team and training facilities.

*PROCESSING AND RECOVERY OPERATIONS*

Ore from the Bell Creek Mine is milled exclusively at the Bell Creek Mill located approximately 6.7 kms north of Highway 101 in South Porcupine, Ontario. The processing plant consists of a one stage crushing circuit, ore storage dome, one-stage grinding circuit with gravity recovery, followed by pre-oxidation and cyanidation of the slurry with CIL and CIP recovery. Ore from the Timmins West Mine is also trucked to the Bell Creek Milling facility for processing. Throughput at the Bell Creek process plant averaged just above 3,400 tpd in 2016

The Bell Creek Mill was established as a conventional gold processing plant utilizing cyanidation with gravity and CIP recovery. Between 1987 and 1994 the mill processed 576,017 short tonnes of Bell Creek ore grading 0.196 ounce per short tonne Au (112,739 recovered ounces). The historical gold recovery was approximately 93 percent. Additional tonnage from the Marlhill Mine, Owl Creek open pit, and Hoyle Pond Mine was processed prior to the mill being placed on care and maintenance in 2002. During this period several improvements and additions were implemented to increase tonnage throughput from the original 350 tpd to 1,500 tpd. Lake Shore purchased the mill in 2008 and re-commissioned the mill for operation in 2009 at 1,000 tpd. The mill was expanded to 2,000 tpd in the fourth quarter of 2010 and was further expanded to 2,500 tpd in 2011. Phase 2 of the mill expansion (increasing throughput capacity to 3,300 tpd) was completed in the third quarter of 2013.

Ore from the Bell Creek Mine is dumped directly onto a 16" by 16" grizzly at the truck dump and a remote controlled rockbreaker is used to break up the oversized material. The ore is fed with an apron feeder to a series of conveyors reporting to a scalping grizzly feeder in the crushing building. The openings between the fingers on the grizzly feeder are 3.5", with the oversize reporting to a 44" x 34" C110HD Metso jaw crusher. The jaw crusher is set to a closed side setting of 4". The discharge from the crusher is combined with the -3.5" material from the grizzly feeder and conveyed to the ore storage dome. The dome has a 20,000MT storage capacity, 6,000MT of which is live. Three apron feeders pull ore from the dome and convey it to the SAG mill building.

The grinding circuit consists of one 22' diameter by 36.5' length low aspect ratio Metso SAG mill and is powered by twin 6,250 hp (4,600 kW) motors. The SAG mill is a repurposed ball mill converted to a SAG by installing ½" grates and a trommel with ¾" openings. Oversize from the trommel reports to a collection bin which is fed back into the SAG mill feed chute. Undersize from the trommel reports to a pumpbox which feeds a cyclopac equipped with 6 outlets. Four of the outlets are fitted with 20" Krebs gMAX cyclones, and the other two outlets are capped and available for possible future expansion. The SAG cyclone overflow reports to the thickener feed box and the underflow reports back to the SAG mill. A portion of the cyclone underflow is fed to a 30" Knelson. Knelson concentrate is collected in a hopper and is pumped daily to the refinery for further treatment, while the Knelson tails flow by gravity back to the SAG mill. Target grind is 80% passing 200 mesh.

Flocculent is added to the cyclone overflow and is pumped to a 20 meter diameter thickener. The slurry from the cyclones is 25-35% solids by weight with the thickener underflow at 55% solids by weight. The thickener overflow water is pumped to the process water tank and reused in the grinding process. The thickener underflow slurry is pumped to the leach circuit. The leach circuit consists of five agitated tanks in series with a total volume of 1,940 cubic meters. Pure oxygen is sparged into the first three leach tanks to passivate the contained pyrrhotite in the ore, as well as to maintain a target dissolved oxygen level, which is required for efficient gold dissolution in cyanide. Cyanide is then added to leach tank #4, or #5.

There are three carbon-in-leach ("CIL") tanks equipped with Kemix screens having a total volume of 7,500 cubic meters. The first tank (CIL #5) operates without carbon, so it is essentially a leach tank. The second (CIL #2) and third (CIL #1) tanks contain roughly 8 grams of carbon per liter of slurry. The circuit will reach equilibrium for loading of the carbon with the grade of the loaded carbon in the range of 2,500 to 4,500 grams per tonne. Loaded carbon is pumped from CIL #2, screened, washed, and then transferred to the loaded carbon tank. Carbon in the CIP and CIL tanks is advanced counter-current to the flow of slurry in the circuits.

The slurry from CIL #1 tank reports to the carbon-in-pulp ("CIP") circuit, and is split into two trains of three CIP tanks in parallel with approximately 45 grams of carbon per liter of slurry. Recovery of the gold from the carbon is a batch process with carbon being stripped at a rate of 3.5 tonnes per batch. The turnaround time between batches is 24 hours. Carbon can be cleaned with acid, reactivated with the kiln and reused in the circuit.

68      Tahoe Resources Inc.

The loaded solution from the strip circuit is passed through two electro-winning cells in the refinery. The gold collects on the cathodes in a sludge form. The cells are washed weekly and the sludge is collected in filter bags and dried. The dried sludge is then mixed with reagents and melted in the induction furnace. Gold bullion bars are poured when the melt is completed.

The gravity gold material collected from the Knelson concentrator is transferred to the refinery and a gravity table is used to increase the gold content. The concentrate is then dried, reagents are added and the material is melted in the induction furnace. The gravity concentrate and the CIP gold sludge are melted separately due to the differing amounts of reagents used in each, and to more accurately determine recoveries in each circuit.

Processing results of Bell Creek Mine ore at the Bell Creek Mill in 2016 are shown in the table below.

*BELL CREEK MINE MATERIAL PROCESSED IN 2016*

| Tonnes Processed (000s) | Au Grade (gt) | Recovery |
|---|---|---|
| 319.3 | 4.31 | 94.5% |

*TAILINGS FACILITY*

The Bell Creek tailings facility ("BCTF") is part of the Bell Creek Complex and is located west of the Bell Creek Mill. The facility, covers an area of approximately 147 ha, and includes three tailings cells, two clear water ponds, an effluent treatment plant and sludge settling pond, and north and south diversion ditches Tailings are pumped in a conventional slurry stream (40% to 45% solids) from the mill to the tailings facility for deposition.

The Bell Creek Mill is permitted to 5,500 tpd. Construction of the Phase 4 North tailings facility expansion at the Bell Creek Mill was completed at the end of Q3 2016. A depositional plan has been completed to allow for deposition within the existing BCTF footprint for the next 5 years prior to additional expansion .

*INFRASTRUCTURE, PERMITTING AND COMPLIANCE ACTIVITIES*

Provincially, the MNDM is the lead agency for mining projects in Ontario. Mine production triggers requirements under Part VII of the Mining Act. These requirements include notifications, public and First Nations consultation, closure plans and financial assurance. Approval of a closure plan provides rights for the Company to proceed under the Mining Act. Mine production is not allowed on unpatented mining claims and public notice is mandatory for mine production.

The Ministry of the Environment and Climate Change ("MOECC") issues permits to take water (both surface and groundwater), emit noise and dust, and discharge into water, land and the atmosphere. The MOECC will administer the following permits for the Bell Creek Complex:

- Wastewater treatment and effluent discharge from the mine process water, including construct and operate tailings impoundment – Ontario Water Resources Act ("OWRA").
- Water taking permits – OWRA.
- Industrial Sewage Works Permit – OWRA.
- Solid waste management (waste generator registration) – Ontario Environmental Protection Act (EPA).
- Noise/air emissions – EPA.

Currently, the Bell Creek Complex operates under the following permits issued by the MOECC:

- Permit to Take Water No. 6153-84WPMB issued April 28, 2010.
- Amended Environmental Compliance Approval (Industrial Sewage) No. 9641-9SSJTH issued January 2015.
- Amended Environmental Compliance Approval (Air) No. 0303-9G8RUY issued March 21, 2014.
- Waste Generator No. ON7562685.

The Ministry of Natural Resources and Forestry ("MNRF") issues land use permits and work permits under the Public Lands Act and the Lakes and Rivers Improvement Act, respectively. The MNRF will administer the following permits for the Bell Creek Complex:

- Forest Resource Licenses which are issued for the cutting of crown owned timber (Crown Forest Sustainability Act.
- Land use permits for such things as effluent ditches/pipelines, access roads, camps, etc., where the acquisition of crown lands is required – Public Lands Act.
- Work permits for such things as creek crossings or impoundment structures (dams) - Lakes and Rivers Improvement Act.

Water management and protection of the natural environment surrounding the Bell Creek Complex were recognized from the onset of the project as primary environmental concerns.

093

All construction and works conducted at Bell Creek passes through extensive screening by both Lake Shore staff and a third party consultant to minimize impact to Bell Creek and best manage water and air releases as per Lake Shore's operating permits. Detailed engineering reports assist staff in managing the above mentioned concerns from the site.

The development of the mine will create a disturbance footprint on the terrestrial environment. Baseline work did not identify the possibility of provincially or federally listed fauna species on the site that will trigger concern. The Closure Plan will reduce this disturbance area at closure and disturbed areas will be rehabilitated with the intent of returning the site to a productive use (i.e., forestry) resulting in limited long-term impact to the area.

Environmental monitoring will be conducted in accordance with regulatory requirements. The monitoring program will be compiled in a database to assure compliance with all regulations.

Effluent treatment reagents (i.e., lime, flocculent, etc.) will be stored in designated areas. Currently these materials are stored within the ETP and warehouse in accordance with their respective Material Safety Data Sheets.

Bulk containers of petroleum products are stored in designated areas within Maintenance area. Spill trays are utilized for containment.

Fuel will be stored and handled in accordance with the Liquid Fuels Handling Code. Gasoline and diesel fuel will be stored in the tank farm and in portable, double-hulled tanks that are located within containment areas to contain incidental spillage. Propane is stored in above ground tanks.

There are no PCBs at the Bell Creek Complex.

With the exception of silica dust from development rock, there will be no designated substances at the Bell Creek Complex, as defined in the Occupational Health and Safety Act.

Explosives will be brought to the Bell Creek Complex on an as-needed basis. All explosives are stored in powder magazines in the underground workings of the Bell Creek Mine.

As part of the Safety and Environment Program, Lake Shore has prepared a Spill Prevention Contingency and Response Plan for the Bell Creek Complex. This document provides a practical guide for preventing, controlling and responding to spills. It has been prepared using guidelines provided by the Liquid Fuels Handling Code, the Canadian Environmental Protection Act, the Ontario Environmental Protection Act, the North American Emergency Response Guidebook, as well as standardized response procedures from petroleum product suppliers. Copies of this document are available from the Environmental Department.

Mine closure is the orderly, safe and environmental conversion of an operating mine to a "closed-out" state.

The development of a walk-away, no active management scenario is a primary environmental management goal for this project. The long-term environmental management issues associated with the project have been identified in the Mining Act and relate to ore hoisted to surface, waste rock dumps, open holes to surface and overall construction of permanent structures. Other secondary issues, such as returning the site to a productive use (i.e. forestry) will be accommodated within the context of the Closure Plan.

Currently, with the extensive sampling program initiated by the Bell Creek Complex, the analytical data collected does not identify any potential acid rock drainage issues.

At the conclusion of the mine life, the closeout rehabilitation measures summarized below will be implemented.

- Removal of surface buildings and associated infrastructure.
- Removal of holding ponds by converting into naturally draining ponds.
- Sloping and covering any and all waste rock/tailings with native grasses.
- Securing mine opening as per O. Reg. 240/00.
- Ensuring water quality as per monitoring program submitted in Closure Plan.

Consultation has been undertaken with regulatory agencies, the general public, the Métis Nation of Ontario, Wabun Tribal Council and the First Nation communities of Flying Post First Nation, Mattagami First Nation, and Matachewan First Nation, who are represented by Wabun Tribal Council, and also Wahgoshig First Nation. Consultation provides an opportunity to identify and address the impacts of Lake Shore's activities on external stakeholders and to expedite the authorization process.

The consultations were held in order to comply with Lake Shore corporate policy, the provincial requirements of Ontario Regulation 240/00 and the Environmental Bill of Rights.

As a result of the consultations undertaken, in November 2016 Tahoe signed an IBA relating to the Bell Creek Mine and surrounding properties with the Mattagami, Wahgoshig, Matachewan and Flying Post First Nation communities in the Timmins area of Northern Ontario. The IBA establishes a framework for continued consultation relating to the Company's existing and future operations in and around Timmins, and provides long-term financial benefits to the four First Nations communities as well as opportunities in such areas as new business ventures, employment, training and education.

70      Tahoe Resources Inc.

*CAPITAL AND OPERATING COSTS*

The estimated capital and operating costs as reported in the March 27, 2015 technical report for Bell Creek have been based on operating experience at the Bell Creek Mine and the Bell Creek Mill. The estimated LOM capital and operating costs are summarized in the table below:

| Cost Item | Total Costs (millions) | Cost per Tonne |
|---|---|---|
| Capital Cost | $77.8 | $36.6/tonne |
| Operating Cost (not including royalties) | $220.0 | $103.65/tonne |

*EXPLORATION, DEVELOPMENT AND PRODUCTION*

The main objective of the Bell Creek Mine exploration program for 2017 is to extend known mineralization and grow the current resource base. An underground drilling program will test four target areas within and proximal to the mine, while a surface drilling program will test the North Zone stratigraphy west of the diabase dyke and approximately 250 meters west of the mine.

This drilling will test the unexplored down-dip portion of the North Zones along a 550 meter strike length, which starts approximately 250 meters west of the Bell Creek deposit.

**THE TIMMINS WEST MINE**

The Timmins West Mine was acquired by Tahoe on April 1, 2016 as part of Tahoe's acquisition of Lake Shore. Information relating to the Timmins West Mine, including Mineral Resources and Mineral Reserves as at January 1, 2017, is set out below. The information in this section is supported by a technical report prepared for Lake Shore in compliance with NI 43-101 entitled "43-101 Technical Report, Updated Mineral Reserve Estimate for Timmins West Mine and Initial Resource Estimate for the 144 Gap Deposit, Timmins, Ontario, Canada" dated February 29, 2016 (the "Timmins West Technical Report").

Technical information in this AIF relating to updates to the Timmins West Mine disclosure since the date of the Timmins West Technical Report has been verified by Charles Muerhoff, the Company's Vice President Technical Services and Qualified Person as defined by NI 43-101.

*RECENT ACTIVITIES AT THE TIMMINS WEST MINE*

On May 3, 2016, Tahoe's Board of Directors approved additional spending to accelerate exploration and delineation of the 144 Gap zone. Progress was made in 2016 on the resource definition and infrastructure development at the 144 Gap Deposit which included surface and underground drilling, and ramp, raise and lateral development to access the resource.

The 2016 exploration programs at the Timmins West Complex focused on definition of resources at the 144 Gap Deposit and extensional drilling at Timmins Mine Deep, 144 Trend and Gold River Trend. Results of the 2016 exploration programs as they relate to these areas are discussed under "Exploration" below.

*PROJECT DESCRIPTION, LOCATION, ACCESS AND INFRASTRUCTURE*

The Timmins West Mine consists of mineralized zones from the Timmins Deposit, the Thunder Creek Deposit, and the 144 Gap Deposit for a total area of approximately 17.1 square kilometers, or approximately 1,712 hectares. The majority of the property is situated within Bristol Township (1,340 ha), with approximately 336 hectares located in Thorneloe Township and 36 hectares in Carscallen Township.

A map showing the location and access to the Timmins West Mine is provided below:



The Timmins Deposit portion of the Timmins West Mine property consists of a block of 23 contiguous claims (totaling approximately 395 hectares) which include eleven (11) individual patented and surface rights claims, six (6) claims that hold a patent surface rights with leased mining rights, and six (6) claims that hold a 21-year Crown mining and surface rights lease. The Thunder Creek Deposit portion of the property consists of 20 staked mineral claims (35 units totaling approximately 629 hectares) which includes two (2) claims that hold a surface rights patent and three (3) claims which hold a 21-year Crown mining and surface rights lease. The 144 Gap Deposit consists of a contiguous block of 33 mineral claims that hold a 21-year Crown mining and surface rights lease covering approximately 688 hectares. This block represents part of a larger lease block containing 56 claims (1,083.32 hectares) which were brought to lease in June 2016. Surrounding the Timmins West Mine property are an additional 276 staked claims, six (6) leases, and 33 patents also owned by Lake Shore.

Lake Shore owns a 100% interest in most of the property, subject to underlying royalties. The only exception is the Meunier-144 portion of the property where Lake Shore holds a 50% interest in ten patent claims. The claims and leases are all in good standing.

The Timmins West Mine is located 1.1 kms southeast of the junction of provincial Highways 101 and 144. All season road access to the property is provided by provincial Highways 101 and 144, and the site access road. Bush roads, trails suitable for all-terrain vehicles, and foot paths provide access throughout the property and other locations within the claim boundaries. A major power transmission line traverses the northwest portion of the property.

The Timmins West Mine area and the City of Timmins experience a continental climate with an average mean temperature range of -16.8°C (January) to +17.5°C (July) and an annual precipitation of approximately 835 mm. Annually, ice will start to form on lakes in approximately mid-November, and ice breakup will take place in early to mid-May. Work can be carried out on the property twelve months a year.

### *HISTORY*

The discovery of gold in Bristol Township on the McAuley-Brydge property (currently the Timmins West Mine) occurred in 1911. During the period from 1911 to 1914 two shallow shafts were sunk; one on the present main mineralized zone, which is reported to be 12 metres deep, and the second east of Vein 2 and Vein 3 Zones at an unspecified "shallower" depth. Shortly after, fire storms swept large parts of Carscallen, Bristol and Ogden Townships, and the surface plants at various mines were completely destroyed. It was not until the late 1930s that any further significant drilling occurred, first by Orpit Mines Limited, which completed 7,620 metres of diamond drilling between 1938 and 1944, and also by Rusk Porcupine Mines, which excavated several pits and trenches across a 150 metre to 200 metre area of the Thunder Creek portion of the property. Holmer Gold Mines Limited ("Holmer") acquired the first of its interest in what is now the Timmins West Mine property in 1963.

Lake Shore acquired the Timmins West Mine property by fulfilling the earn-in requirements as set out in option agreements entered into in 2003 with Holmer and West Timmins Mining Inc. ("WTM"), formerly Band-Ore Resources Limited ("Band Ore") and Sydney Resources Ltd., respectively, and by completing business combination agreements with those companies. Holmer became a wholly-owned subsidiary of Lake Shore in December 2004, and WTM became a wholly-owned subsidiary of Lake Shore in November 2009.

72    Tahoe Resources Inc.

In January of 2011, commercial production was declared for the Timmins Deposit. In January of 2012, commercial production was declared for the Thunder Creek Deposit. Subsequently, the Timmins and Thunder Creek Deposits were combined into a single operation called the Timmins West Mine. In March of 2012, Lake Shore filed an updated Mineral Resource Estimate for the Timmins Deposit, including a Preliminary Economic Assessment ("PEA") for the Timmins West Mine. In May of 2012, Lake Shore released a Pre-feasibility Study and Mineral Reserves for the Timmins West Mine.

The 144 Gap Deposit was initially discovered in late 2014 as part of a successful surface diamond drilling campaign. In 2015, Lake Shore reported significant expansion of the 144 Gap Deposit through continued surface diamond drilling.

On April 1, 2016, Tahoe acquired the Timmins West Mine as a result of its acquisition of Lake Shore.

### *MINERAL TENURE, SURFACE RIGHTS AND ROYALTIES*

In May 2003, Lake Shore and Holmer entered into an option agreement whereby Lake Shore would earn a 50% interest in the Holmer property (the present day Timmins Deposit property) by March 24, 2006. The area covered by this option agreement consisted of 11 Freehold Patents with surface and mining rights; Lease 106634 (formerly Lease 102611) a group of six Leasehold Patents with surface and mining rights; and Lease 107874 (formerly Lease 104075) a group of six Freehold Patents with mining rights as well as six Leasehold Patents of surface rights for the same area. Lake Shore completed the earn-in requirements in September 2004 and on December 31st, 2004 Holmer became a wholly-owned subsidiary of Lake Shore pursuant to a business combination agreement between Lake Shore, its wholly owned subsidiary Lake Shore Holdings Corp. and Holmer. As part of this arrangement a 1.5% NSR royalty was assigned to claim P-4227 (Mr. Lorne Labrash) that could be purchased for $1 million. Mineralization in the current resource model does not extend to claim P-4227.

Lake Shore optioned a 60% interest in the Thunder Creek property from Band-Ore in November 2003. In September 2006, Band-Ore and Sydney Resources Corporation merged to become WTM, and the terms of the Lake Shore - Band-Ore option agreement succeeded to WTM. In May 2008, Lake Shore informed WTM that the obligations to earn a 60% interest in the Thunder Creek property had been fulfilled. On November 6, 2009, Lake Shore and WTM completed a business combination agreement resulting in WTM becoming a wholly owned subsidiary of Lake Shore. On January 1, 2012, WTM was amalgamated into Lake Shore, which now holds the 100% interest.

All claims and leases are in good standing as of the Effective Date of this AIF.

Royalties

Brief summaries of the royalties are stated below:

- Mineral claims optioned originally from Mr. Jim Croxall were subject to a 2% NSR royalty. These claims were also subject to an advanced annual royalty payment of $5,000 prior to commercial production. Lake Shore purchased 1% of the NSR in November 2010 in exchange for approximately $1,500,000 equivalent in Lake Shore stock. The other 1% NSR was purchased by Premier Royalty in 2012. Sandstorm Gold Ltd. acquired Premier Royalty Corp in October 2013. The surface rights for leased claims P495307, P495308, and P495309 (mineral rights only on lease number 108773) were acquired by Lake Shore (surface lease number 108774), with both leases to remain in good standing until June 30, 2032.

- Claim 1189886 was optioned from Mr. Bruce Durham with an attached 3.0% royalty.

- Eight claims optioned from the late Mr. Matt Kangas and Mr. Jim Croxall (1177807, 1177808, 1177809, 1177811, 1181410, 1181413, 1198803, and 1198804) are subject to a 2% NSR royalty of which 1% may be purchased for $1,000,000. An advanced royalty payment of $5,000 (indexed for inflation) is paid annually to the estate of Mr. Kangas and to Mr. Croxall in equal portions.

- Four claims (1189593, 1181995, 1189580, and 1189592) were purchased by Bruce Durham, Robert Duess, Ken Krug, and Henry Hutteri from Ray Meikle and Steve Anderson and then optioned to Band Ore. A 3% NSR royalty is payable, 1.5% to Durham et al., and 1.5% to Meikle and Anderson. There is not a buy down of this royalty.

- Claims 1189552 and 1189553 were optioned from Mr. Bruce Durham and partners with an attached 3.0% royalty.

- Claims 923646 and 923647 are subject to a 3% NSR, payable to Royal Gold and Torogold.

- On March 1, 2012, Franco–Nevada Corporation ("Franco-Nevada") entered into an agreement with Lake Shore where Franco–Nevada paid Lake Shore US$35 million for a 2.25% NSR royalty on the sale of minerals from the Timmins West Mine.

The surface and mining rights for claims p26392, p26393, p26394, p26395, p26396, p26397, p26398, p26399, p26400, p26403 (known as the Meunier 144 property)are currently held by Lake Shore and Adventure Gold Inc. (each with a 50% interest). There is a 2.5% NSR royalty payable to David Meunier, with an option to buy back 1% of this royalty.

097

*PERMITS*

The required permits and approvals for operations at the Timmins West Mine have been acquired and include the following Provincial Permits: Ministry of Northern Development and Mines ("MNDM"); Ministry of the Environment ("MOE"); Ministry of Natural Resources ("MNR"); Ministry of Transportation ("MTO"); Technical Standards and Safety Authority ("TSSA"); Ministry of Labour ("MOL"); Occupational Health and Safety; Explosives; and Notification of Commencement of Construction and Operation. The required permits and approvals for operations at the Timmins West Mine include the following also include the following Federal Permits: Department of Fisheries and Oceans Canada ("DFO"); Natural Resources Canada ("NR CAN") – Explosives Regulatory Division ("ERD") and Environment Canada ("EC").

*ENVIRONMENT*

Water management and protection of the cold water systems on and adjacent to the Timmins West Mine site were recognized from the onset of the project as primary environmental concerns. Preliminary design for Timmins West Mine includes the concept of managing rock that can be an acid generating risk within a containment facility and treating runoff in accordance with regulatory requirements before release to the environment. Timmins West Mine is regulated under both provincial and federal legislation.

The waste rock containment pad is designed to receive and contain rock from the underground workings that are identified as potentially acid generating. All runoff from the site waste rock piles is contained within the footprint of the operation and treated through the treatment process prior to discharge to the natural environment. Mine water from the underground workings will also be directed to ponds and treated through the effluent treatment plant ("ETP") prior to discharge. The treatment process will ensure that all Environmental Compliance Approval ("ECA") criteria are met prior to discharging into the natural environment.

To protect Thunder Creek, and maintain flows within the system, un-impacted storm water is diverted away from Thunder Creek. Storm water is captured and treated prior to discharge to the natural environment.

The development of the mine will create a disturbance footprint on the terrestrial environment. Baseline work did not identify the possibility of provincially or federally listed fauna species on the site that will trigger concern. The Closure Plan will reduce this disturbance area at closure and disturbed areas will be rehabilitated with the intent of returning the site to a productive use (i.e. forestry) resulting in limited long-term impact to the area.

A closure plan for the bulk sampling was filed with the MNDM in October 2009 and the commercial production closure plan was filed in 2010. In January 2011, Lake Shore announced the Timmins Mine to be in commercial production. The closure plan has been amended as required; most recently, the 3rd mine production closure plan amendment was submitted to ensure site compliance with Ontario Regulation 240/00. At closure, the site will be rehabilitated in accordance with closure plans filed with the MNDM.

Lake Shore and two First Nations, namely Mattagami and Flying Post First Nations, entered into an IBA in February, 2011, which outlines how Lake Shore and the First Nations communities will work together in the following areas: education and training of First Nation community members, employment, business and contracting opportunities, financial considerations and environmental provisions.

Environmental monitoring will be conducted in accordance with regulatory and due diligence requirements. The monitoring program will be compiled in a management system.

*GEOLOGY AND MINERALIZATION*

The Timmins region comprises supracrustal rocks within the Western Abitibi Subprovince, of the Superior Province. Lithologic units in the region consist of seven volcanic and two sedimentary assemblages of Archean age that were subsequently intruded by porphyry rocks during the Archean and Proterozoic times.

The Timmins West Complex is dominated by mafic volcanic and sedimentary rocks of the Tisdale, Deloro and Porcupine Groups that occur within a broad basin which opens to the east. Rocks within the basin generally strike east-west with moderate north dips. These rocks are cut by a series of ultramafic to felsic intrusions. Key structural features of the property include the Destor Porcupine Fault Zone ("DPFZ") which passes through the south portion of the interpreted basin and the 144 and Gold River Trends which occur on the north and south basin limbs. These two trends represent intense zones of alteration and deformation that control all of the main gold occurrences identified on the property.

The Timmins Deposit, Thunder Creek Deposit, and 144 Gap Deposit all occur along the 144 Trend, a broad and extensive structural corridor that extends to the southwest from the Timmins Deposit. This trend generally coincides with the northeast trending contact zone between southeast facing mafic metavolcanic rocks of the Tisdale Assemblage (to the northwest) and dominantly metasedimentary rocks that unconformably overlie Porcupine Assemblage (to the southeast).

Gold mineralization occurs in steep north-northwest plunging mineralized zones which coincide with parallel lineations related to folds and elongate lithologic units. Mineralization occurs within, or along favourable lithostructural settings in proximity (within hundreds of metres) to the 144 Trend and related structures (i.e., Holmer and Rusk Shear Zones). Mineralization comprises multiple generations of quartz-carbonate-tourmaline ± albite veins, associated pyrite alteration envelopes, and disseminated pyrite mineralization. Textural evidence suggests that veining formed progressively through D3 and D4 deformation and is related to Alkalic Intrusive Complex ("AIC") and syenitic to monzonitic intrusions.

74      Tahoe Resources Inc.

**EXPLORATION**

Prior to 2003, all exploration on the Timmins West Mine area was carried-out by previous operators. Since 2003, exploration on the Timmins, Thunder Creek, and 144 Gap deposits by Lake Shore has consisted primarily of diamond drilling. Through the end of 2016, Lake Shore has completed nearly 500,000 meters of drilling in 929 drill holes. Other exploration activities from 2003 to present consisted of basic geological and structural mapping, prospecting, outcrop stripping, litho-geochemical sampling, and MMI soil geochemical surveys.

Geophysical surveys including airborne magnetics as well as surface and downhole IP were also completed as part of various research projects by consultants or through university academic studies. These campaigns have helped form the current level of geological understanding necessary to generate useful drill targets for advanced exploration of the Timmins West Mine area.

*2016 Exploration*

Exploration throughout the Timmins district in 2016 (since the April 1, 2016 merger with Lake Shore) totaled 101,927 metres of resource infill and definition drilling and 66,800 metres of exploration drilling. 2016 exploration programs are summarized below:

*Timmins Deposit*

Exploration of the Timmins Deposit tested the down plunge extension of the Timmins Deposit Fold Nose (TDFN) from underground platforms. Results to date have proven the extension of predominantly ultramafic-style mineralization along the fold nose approximately 150 metres below the current resource limit. A deep drill hole which commenced in September 2016 and completed in February 2017 successfully intersected the TDFN structure approximately 400 metres below the current resource limit.

*144 Trend*

Exploration drilling in the 144 Gap area tested both near-mine expansion targets and potential new discoveries. Specific exploration targets included stratigraphic contacts and structural features between the 144 Gap and Gap SW Zones, and potential new zones at the Thunder Creek Stock target areas.

Underground and surface drilling at the 144 Gap deposit was designed to support updated resource and reserve estimates and detailed mine planning. The most recent drilling defined the resource at 7 to 15 metre drill spacing with results generally in line with the previous resource estimate for the deposit. An initial reserve estimate for the 144 Gap deposit is expected in 2017.

Drilling along the general 144 Trend targeted the 144 South Zone located approximately 1.6 kms southwest of the 144 Gap Deposit. Drilling at 144 South succeeded in extending mineralization along a syenite porphyry approximately 65 metres to the east and to depth, and 50 to 150 metres to the west from where previously recognized. Mineralization is now defined over a 300 metre strike length and 700 metre vertical window along a distinct southwest trending, north-westerly dipping corridor which remains open to depth and at least 1.5 kms along strike to the southwest.

*Gold River Trend*

Surface drilling along the Gold River Trend, located 4 km south of the Timmins West Mine focused on testing depth extensions of the West and East deposits. At Gold River West drilling extended mineralization 250 metres below the current resource and 150 metres west of previously reported intercepts. At Gold River East recent drilling intersected mineralization 300 metres below the current resource limit.

Wide-spaced drilling along the 1.5 km untested corridor west of Gold River West and towards the 144 Trend confirmed alteration and structural continuity but returned low-grade gold values. Drilling at Gold River will continue in 2017 with 6,500 metres of drilling planned.

**SAMPLE PREPARATION, ANALYSIS AND SECURITY**

*Diamond Drill Programs*

For both surface and underground drill samples a secure chain of custody follows diamond drill core and from the drill though analysis with the return of sample pulps to a locked on site storage facility. Unannounced visits to the drill sites are made to ensure safety, good working practices, and drill core security.

The diamond drill contractors secure the drill core boxes at the drill site and deliver them to the core logging facilities located at Lake Shore's exploration office in Timmins, Ontario. Lake Shore personnel then check and label boxes and core blocks with hole number, box number, and footage and prepare a summary log.

The core is then logged by a geologist entering data directly into Drill Logger software developed by Geovia GEMS describing geology, structure, alteration, and mineralization. Intervals to be sampled are indicated by the geologist, sample tags are inserted, rock quality designation measurements and photographs are taken, and the log is printed, reviewed, and edited. The core is then given to a trained and supervised technician for sampling. The core is split by trained Lake Shore technicians using a diamond saw. One half of the core is placed in a plastic sample bag and the remaining half is returned to the core box. Lake Shore uses sequentially numbered triplicate sample tags. One portion of the tag goes in the sample bag along with the split half of the sample, one portion of the tag is stapled into the core box at the end of the sample interval, and the third stays in the sample book for archiving. Once the sampling is completed, all drill core is stored in racks or square piled in a secure compound at the core logging facilities or at the Timmins West Mine compound.

The analytical samples are enclosed within sealed shipping bags, are transferred into larger shipping bins, and are directly delivered to the selected analytical labs by Lake Shore employees. The lab employee that receives the sample shipment signs a chain of custody document that is returned to Lake Shore's office for reference and filing. The return assay results are processed by the database manager and are reviewed by Professional Geoscientists. Data is made available for viewing by authorized members of the Lake Shore geological and management staff.

Since 2007, all samples from surface exploration programs have been delivered by Lake Shore personnel directly to the ALS Chemex Prep Lab in Timmins. The pulps were created in Timmins and then shipped to the ALS Chemex Assay Laboratory in Vancouver, B.C., or Rouyn-Noranda, PQ. As part of ALS' internal QA/QC program, a duplicate reject sample was prepared every 50 samples.

For surface samples the number of internal blanks, standards and duplicate control samples inserted into the sample stream depends upon rack size. Blank samples are inserted at a random frequency of one every 1 to 40 samples and are used to check for possible contamination in the crushing circuit and are not placed after a standard sample. Standard samples are inserted into the sample stream at a frequency of one every 1 to 40 samples and are used to check the precision of the analytical process.

Since May 9, 2013 a special protocol has been followed for underground samples where visible gold "VG" is observed which ensures that proper cleaning of crusher and pulverizers are carried out in the prep lab in order to avoid and/or minimize cross-contamination of subsequent samples.

For underground drill samples collected from 2008 to March 18, 2013, the introduction of blank samples, certified gold standards, and blind coarse duplicates in the sample stream were generally done at a frequency of one per every group of 20 samples. As of March 18, 2013, this protocol was changed to "one blank, one coarse duplicate, and one gold standard for every group of 40 samples".

*MINERAL RESOURCES*

At January 1 2017, the Timmins West Mine Mineral Resource totals 7.9 million tonnes with an average gold grade of 4.02 g/t, containing 1.02 million ounces of gold in the Indicated Mineral Resource category and 1.3 million tonnes with an average gold grade of 4.15 g/t containing 179.1 thousand ounces of gold in the Inferred Mineral Resource category. Subdivision of the Mineral Resource between the Timmins, Thunder Creek, and 144 Gap Deposit is tabulated in Table 1.1 below.

**TABLE 1.1:    TIMMINS WEST MINE MINERAL RESOURCE ESTIMATE JANUARY 1, 2017**

| | Tonnes (M) | Au Grade (g/t) | Au Ounces (000s) |
|---|---|---|---|
| **Timmins Deposit @ 1.5 Au g/t cut-off** | | | |
| Indicated | 1.3 | 4.82 | 200 |
| Inferred | 0.6 | 4.71 | 83 |
| **Thunder Creek @ 1.5 Au g/t cut-off** | | | |
| Indicated | 1.3 | 3.76 | 163 |
| Inferred | 0.1 | 4.03 | 17 |
| **144 Gap Deposit @ 2.6 Au g/t cut-off** | | | |
| Indicated | 5.3 | 3.89 | 661 |
| Inferred | 0.7 | 3.72 | 80 |
| **Total Timmins West Mine** | | | |
| Indicated | 7.9 | 4.02 | 1,023 |
| Inferred | 1.3 | 4.16 | 179 |

The Mineral Resource model for the Timmins West Mine deposits was updated at the end of May 2016. The Mineral Resource estimate effective January 1, 2017 was estimated by subtracting from the updated resource model the actual mine depletion volumes from June through October 2016 and the forecasted production from November through December 2016.

76     Tahoe Resources Inc.

*MINERAL RESERVES*

Probable Mineral Reserves at January 1, 2017 for the Timmins West Mine are summarized in Table 1.2 below.

**TABLE 1.2: TIMMINS WEST MINE ESTIMATED PROBABLE MINERAL RESERVES AT JANUARY 1, 2017**

| Deposit | Tonnes (M) | Au Grade (g/t) | Au Ounces (000s) |
|---|---|---|---|
| Timmins Deposit | 1.2 | 3.89 | 145 |
| Thunder Creek Deposit | 0.8 | 3.42 | 88 |
| Timmins West Mine Total Reserves | 2.0 | 3.69 | 233 |

Mineral Reserves are reported at a gold cut-off grade of 2.0 grams per tonne. The cut-off grade includes estimated mining and site G&A costs of $55.81 per tonne, surface haulage costs of $6.30 per tonne, milling costs of $17.55 per tonne, mining recovery of 95%, external dilution of 16% for the Timmins deposit and 13% for the Thunder Creek deposit, and a metallurgical recovery of 97%. Mineral Resources are inclusive of Mineral Reserves. There are no Mineral Reserves for the 144 Gap deposit, though the Company anticipates releasing the inaugural Mineral Reserve estimate for 144 Gap in Q3 2017.

To calculate the Mineral Reserves from the Mineral Resources, the Indicated Mineral Resources were isolated from Inferred Mineral Resources and assessments were made of the geometry and continuity of each of the mineralized zones. Geomechanical evaluations were taken into account in the assessment and assignment of appropriate mining methods and stope sizes. Individual stope designs (wireframes) were then created in three dimensions. These stope wireframes were queried against the block models to determine the in-situ Mineral Resource. This allowed for fair inclusion of internal dilution from both low grade and barren material. Additional factors were assigned for external dilution (with or without grade) dependent on the specific mining method and geometry of each stoping unit being evaluated. Finally, a recovery factor was assigned to the overall Mineral Reserves to allow for in-stope and mining process losses.

Stope cut-off grades were estimated to determine which stopes to include in the Mineral Reserves. Detailed mine development layouts and construction activities were assigned to provide access to each of the stoping units. A detailed LOM development and production schedule was prepared to estimate the annual tonnes, average grade, and ounces mined to surface. Development, construction, and production costs were estimated to allow an economic assessment to be made comparing the capital and operating expenses required for each area to the expected revenue stream to ensure economic viability.

*MINING OPERATIONS*

The Thunder Creek, Timmins, and 144 Gap deposits at the Timmins West Mine are accessed by a production shaft and portal/ramp from surface. . Production from the Thunder Creek and Timmins deposits comes from a combination of ore development and tranverse and longitudinal longhole stoping at 20 metre vertical intervals.

Mining at the Timmins deposit was initiated in the second half of 2009 via the main ramp from surface that had been developed to a depth of 200 vertical metres while the production shaft was being constructed. The current mine plan forecasts production to average approximately 980 tonnes of ore per day from 2017 through 2019 before ramping down and ending in 2020. From 2009 through 2016, 2.4 million tonnes of ore with an average gold grade of 4.4 g/t and containing 333 thousand ounces of gold have been mined from the Timmins deposit and delivered to the Bell Creek mill.

Access to the Thunder Creek Deposit was gained by developing ramps from the Timmins deposit 200 metre level (accessing Thunder Creek Rusk Zone at the 300 metre level) and 650 metre level (accessing Thunder Creek Porphyry Zone at the 730 metre level). The Rusk horizon was intersected in July of 2010 and the Porphyry Zone in November 2010. Access within the Thunder Creek Deposit was greatly improved with the successful connection of the down-ramp driven from the 300 metre level and the up-ramp driven from the 730 metre level completed in 2015. The current mine plan forecasts production to average approximately 1,400 tonnes of ore per day in 2017 before ramping down and ending in late 2018. From 2010 through 2016, 2.5 million tonnes of ore with an average gold grade of 4.4 g/t and containing **535** thousand ounces of gold have been mined from the Thunder Creek deposit.

The 144 Gap deposit was initially discovered in late 2014 as part of a successful surface diamond drilling campaign. The Gap deposit is accessible via a 1,317 metre ramp and hanging-wall exploration drift (820 metre level) driven to the southwest from the 765 metre level at Thunder Creek. Initial development and trial stoping of the 144 Gap deposit began in Q3 2016.

The mine design used for the updated Mineral Reserve Estimate is based on operating experience gained since commercial production commenced in 2011. The majority of the main mine infrastructure (surface and underground) is in place and the Bell Creek Mill expansion project has been completed to meet current production requirements. The Timmins West Mine successfully uses the longhole mining method which is commonly used worldwide for deposits with similar geometry and conditions. The operation also uses common, proven mining equipment and has experienced management and mine operations personnel. The Timmins area has a significant, well-established mining service/supply industry to support the operation.

The Timmins West Mine has implemented systems and programs (i.e. health and safety, environment, training, maintenance, operating procedures, etc.) necessary to sustain production. This experience has also provided a solid basis for estimating the capital and operating costs used in preparation of the LOM plan.

**Table 1.3 is the life of mine production profile for the Timmins West Mine based on the January 1, 2017 Mineral Reserve estimate. TABLE 1.3: ESTIMATED LIFE OF MINE PRODUCTION PROFILE**

| Item | 2017 | 2018 | 2019 | 2020 | Total |
|------|------|------|------|------|-------|
| Ore Tonnes (M) | 874.9 | 644.7 | 358.1 | 84.0 | 1,961.7 |
| Average Tonnes Per Day | 2,397 | 1,766 | 981 | 976 | - |
| Average Au Grade (g/t) | 3.76 | 3.64 | 3.65 | 3.63 | 3.69 |
| Gold Ounces Mined (000s) | 105.7 | 75.4 | 42.1 | 9.8 | 233.0 |

### CLOSURE AND RECLAMATION

Mine closure is the orderly safe and environmental conversion of an operating mine to a "closed-out" state.

The development of a walk-away, no active management scenario is a primary environmental management goal for this project. The long-term environmental management issues associated with the project have been identified in the Mining Act and relate to ore hoisted to surface, waste rock dumps, open holes to surface and overall construction of permanent structures. Other secondary issues, such as returning the site to a productive use (i.e. forestry) will be accommodated within the context of the Closure Plan.

Should Lake Shore identify and require an area to store rock which poses a metal leaching risk, this will be conducted on the waste-rock containment pad during the life of the mine. Runoff from this low permeability pad will be directed to the containment pond, preventing a release of water with potentially high concentrations of metals. Water from the containment pond will be recycled for use as process water with the excess being treated and released to the environment in accordance with regulatory requirements. However, with the extensive sampling program initiated by the Timmins West Mine facility, the analytical data collected does not identify any potential acid generating or metal leaching issues.

At the conclusion of the mine life, the closeout rehabilitation measures summarized below will be implemented.

- Removal of surface buildings and associated infrastructure.
- Dewatering the ponds by pumping treated effluent through the approved discharge location.
- Breaching of existing ponds to all natural flows and remediated site drainage to their background watersheds.
- Allowing the underground workings to naturally submerge with local groundwater.
- Securing of mine openings in accordance with regulatory requirements.
- Contouring of waste rock.
- Contouring, covering, and re-vegetating disturbed areas using available overburden.

Infrastructure will be removed from the site and any other disturbed areas associated with the project will be re-vegetated, mainly through natural regeneration using seed banks in the overburden stored on site.

### OPERATING COSTS

The estimated capital and operating costs as presented in the Timmins West Technical Report were based on Lake Shore's operating experience at the Timmins West Mine and the Bell Creek Mill.

The estimated LOM capital and operating costs are summarized in Table 1.4.

**TABLE 1.4:    ESTIMATED LOM CAPITAL AND OPERATING COSTS**

| Cost Item | Total Costs |
|-----------|-------------|
| Capital Cost | **$82.6 M** |
| Operating Cost | **$296.0 M**<br>**($102.2 per tonne)** |

The costs and productivities used as the basis for estimating the Mineral Reserves have been based on actual performance metrics of the operation in 2011 through 2016. These factors are considered low risk to the Mineral Reserve Estimate. In addition, social, political, and environmental factors are all considered to be low risk factors for the continued operation of the Timmins West Mine and to the Mineral Res *e* rves Estimate.

78    Tahoe Resources Inc.

**CONCLUSIONS AND RECOMMENDATIONS**

The Timmins West Technical Report made the following recommendations for Mineral Resource estimation and Mineral Resource development:

- Continue to evaluate alternate estimation methods such as ordinary or indicator kriging to assess whether they provide any improvements for grade estimation can on a local scale.
- Evaluate the use of spherical search ellipsoids for certain zones at the 144 Gap Deposit in order to reduce artifacts in grade estimation caused by a drill hole orientations.
- Complete some additional studies to evaluate capping levels for various zones at the 144 project.
- Collect some additional specific gravity data for mineralized zones. Work to date suggests that all three of the deposits at the Timmins West Mine have a variety of rock types and that the SG within the rock types can vary considerably so more data would be beneficial for Mineral Resource Estimates. Implement definition drilling of Indicated Mineral Resources to refine shapes and grade estimates as necessary for detailed mine planning. Review this program on an annual basis.

## MINERAL RESOURCE & MINERAL RESERVE DISCLOSURE

### ESCOBAL

The basis of the Escobal Mineral Resources and Mineral Reserves is from *Escobal Mine Guatemala NI 43-101 Feasibility Study,* dated November 5, 2014. Mineral Resources at January 1, 2017 estimated by subtracting mine depletion volumes through December 31, 2016 from the Mineral Resources stated in the aforementioned technical report. Mineral Resources are reported at a silver-equivalent cut-off grade of 130 g/t using metal prices of $22/oz silver, $1,325/oz gold, $1.00/lb lead and $0.95/lb zinc. Mineral Reserves at January 1, 2017 calculated by applying an optimized mine plan to the updated Mineral Resources. Mineral Reserves are reported using a cut-off calculated from the net smelter return value less production costs using metal prices of $20/oz silver, $1,300/oz gold, $1.00/lb lead and $1.25/lb zinc.

### LA ARENA

The basis of the La Arena Mineral Resources and Mineral Reserves is from *La Arena Project, Peru Technical Report (NI 43-101)* , dated February 27, 2015. Oxide Mineral Resources and Mineral Reserves at January 1, 2017 calculated by subtracting July through December 2016 mine depletion volumes from an updated Mineral Resource estimate effective July 1, 2016. Sulfide Mineral Resources and Mineral Reserves remain unchanged from the aforementioned technical report. Oxide Mineral Resources are reported at a gold cut-off grade of 0.10 g/t within a $1,400/oz gold pit shell. Oxide Mineral Reserves are reported using a gold cut-off grade of 0.15 g/t for planned 2017 production and 0.10 g/t for post-2017 forecasted production within a pit designed from a $1,200/oz gold pit shell. Sulfide Mineral Resources are reported using a copper cut-off grade of 0.12% within a $3.50/lb copper and $1,400/oz gold pit shell. Sulfide Mineral Reserves are reported using a copper cut-off grade of 0.18% within a pit designed from a $3.00/lb copper and $1,200/oz gold pit shell.

### SHAHUINDO

The basis of the Shahuindo Mineral Resources and Mineral Reserves is from *Technical Report on the Shahuindo Mine, Cajabamba, Peru* , dated January 25, 2016. Mineral Resources and Mineral Reserves at January 1, 2017 calculated by subtracting July through December 2016 mine depletion volumes from an updated Mineral Resource estimate effective July 1, 2016. Sulfide Mineral Resources remain unchanged from the aforementioned technical report. Oxide Mineral Resources are reported using a gold cut-off grade of 0.15 g/t within a $1,400/oz gold pit shell. Oxide Mineral Reserves are reported using a gold cut-off grade of 0.25 g/t for planned 2017 and 2018 production and 0.18 g/t for production post-2018 within a pit designed from a $1,200/oz gold pit shell. Sulfide Mineral Resources are reported using a gold cut-off grade of 0.5 g/t. There currently are no sulfide Mineral Reserves at Shahuindo.

### BELL CREEK

The basis of the Bell Creek Mineral Resources and Mineral Reserves is from *NI 43-101 Technical Report, Updated Mineral Reserve Estimate for Bell Creek Mine, Hoyle Township, Ontario, Canada* , dated March 27, 2015. Mineral Resources and Mineral Reserves at January 1, 2017 calculated by subtracting June through October 2016 mine depletion volumes and November through December 2016 forecasted production from an updated Mineral Resource estimate effective June 1, 2016. Mineral Resources are reported using a gold cut-off grade of 2.2 g/t. Mineral Reserves are reported using a gold cut-off grade of 2.2 g/t and a gold price of $1,250/oz.

### TIMMINS WEST

The basis of the Timmins West Mine Mineral Resources and Mineral Reserves is from *43-101 Technical Report, Updated Mineral Reserve Estimate for Timmins West Mine and Initial Resource Estimate for the 144 Gap Deposit, Timmins, Ontario, Canada* , dated February 29, 2016. Mineral Resources and Mineral Reserves at January 1, 2017 calculated by subtracting June through October 2016 mine depletion volumes and November through December 2016 forecasted production from an updated Mineral Resource estimate effective June 1, 2016. Mineral Resources are reported using a gold cut-off grade of 1.5 g/t. Mineral Reserves are reported using a gold cut-off grade of 2.0 g/t and a gold price of $1,250/oz.

### WHITNEY

The basis of the Whitney Mineral Resources are at January 14, 2014 is from *Technical Report and Resource Estimate on the Upper Hallnor, C-Zone, and Broulan Reef Deposits, Whitney Gold Property, Timmins Area, Ontario, Canada* , dated February 26, 2014. Mineral Resources are reported using a gold cut-off grade of 3.0 g/t.

*GOLD RIVER*

The basis of the Gold River Mineral Resources at January 17, 2012 is from *Technical Report on the Update of Mineral Resource Estimate for the Gold River Property, Thorneloe Township, Timmins, Ontario, Canada* , dated April 5, 2012. Mineral Resources are reported using a gold cut-off grade of 2.0 g/t.

*JUBY*

The basis of the Juby Mineral Resources at February 24, 2014 is from *Technical Report on the Updated Mineral Resource Estimate for the Juby Gold Project, Tyrrell Township, Shining Tree Area, Ontario* , dated February 24, 2014. Mineral Resources are reported using a gold cut-off grade of 0.40 g/t,

*FENN-GIB*

The basis of the Fenn-Gib Mineral Resources at November 17, 2011 is from *Fenn-Gib Resource Estimate Technical Report, Timmins Canada* , dated November 17, 2011. Indicated Mineral Resources and approximately 90% of Inferred Mineral Resources within a $1,190/oz gold pit shell reported using a gold cut-off grade of 0.50 g/t. The remaining 10% of Inferred Mineral Resources reported using a gold cut-off grade of 1.5 g/t.

## DIVIDENDS DISTRIBUTIONS AND REINVESTMENT PLAN

In December 2014 the Company paid its inaugural cash dividend of $0.02 per Share per month, and additional $0.02 per Share dividends were paid each month in 2015, 2016 and 2017 to date. Although the Company expects to continue paying monthly dividends, pursuant to the Company's dividend policy, the continuation and amount of the dividend is to be determined by the Board, with regard to the earnings and financial requirements of the Company and other applicable conditions existing at such time. No dividends were declared or paid prior to December 2014.

The Company implemented a Dividend Reinvestment Plan (DRIP) in October 2016, which continues to be open for enrollment to qualified participants. The DRIP allows shareholders to reinvest their cash dividends into additional common shares issued from treasury at a 3% discount to the Average Market Price (as defined in the DRIP). Dividends are paid only when declared by Tahoe's Board of Directors and the Company may, in its discretion, change or eliminate the discount applicable to treasury acquisitions, or direct that common shares be purchased through market acquisitions at the prevailing market price, in which case no discount applies. Tahoe filed a registration statement, including a prospectus, relating to the DRIP with the SEC. A copy of the registration statement (including prospectus) is available electronically from EDGAR ( http://www.sec.gov/edgar ).

Dividends declared and paid during Q4 2016 and 2016 totaled $18.7 million and $69.4 million, respectively (Q4 2015 and 2015: $13.6 million and $49.7 million, respectively). Dividends paid in 2016 consist of cash and non-cash payments in the form of common shares of the Company through the dividend reinvestment plan. For Q4 2016 and 2016, cash payments were $16.3 million and $67.0 million, respectively, and non-cash payments were $2.4 million and $2.4 million, respectively for a total issuance of 256,747 common shares of the Company.

## DESCRIPTION OF CAPITAL STRUCTURE

The Company is authorized to issue an unlimited number of Shares. As at the date of this AIF, 311,736,296 Shares were issued and outstanding as fully paid and non-assessable Shares.

The holders of Shares are entitled to one vote per Share at meetings of the shareholders of the Company. Holders of Shares are entitled to dividends, if, as and when declared by the Board and, upon liquidation, to participate equally in such assets of the Company as are distributed to the holders of Shares.

## MARKET FOR SECURITIES

The Shares are listed on the TSX under the symbol "THO" and on the NYSE under the symbol "TAHO." The following table sets forth information relating to the trading of the Shares on both the TSX and NYSE for the months indicated.

80      Tahoe Resources Inc.

**TRADING HISTORY ON THE TSX**

| TRADING PRICE (CAD$) | | | |
|---|---|---|---|
| **2016** | **High** | **Low** | **Volume** |
| January | 13.26 | 9.45 | 18,257,100 |
| February | 13.42 | 9.92 | 37,051,700 |
| March | 15.07 | 11.77 | 33,534,600 |
| April | 17.72 | 12.71 | 51,264,400 |
| May | 17.88 | 14.76 | 29,176,800 |
| June | 19.48 | 15.30 | 31,373,600 |
| July | 22.05 | 18.75 | 23,681,100 |
| August | 22.13 | 16.98 | 25,497,600 |
| September | 19.28 | 16.71 | 20,806,800 |
| October | 16.91 | 14.43 | 22,957,300 |
| November | 16.91 | 11.95 | 33,403,900 |
| December | 13.93 | 11.13 | 26,772,700 |

| TRADING PRICE (CAD$) | | | |
|---|---|---|---|
| **2017** | **High** | **Low** | **Volume** |
| January | 15.11 | 11.27 | 41,066,700 |
| February | 12.59 | 10.57 | 23,268,000 |

Source: http://finance.yahoo.com/q?s=tho.to

The price of the Shares as reported by the TSX at the close of business on December 30, 2016, the last business day of the year in Canada, was CAD$12.65 per share and on March 8, 2017 was CAD$10.73 per share.

**TRADING HISTORY ON THE NYSE**

| TRADING PRICE (USD) | | | |
|---|---|---|---|
| **2016** | **High** | **Low** | **Volume** |
| January | 9.42 | 6.48 | 24,710,300 |
| February | 9.71 | 7.12 | 34,563,100 |
| March | 11.54 | 8.78 | 45,666,900 |
| April | 14.13 | 9.70 | 53,826,100 |
| May | 14.29 | 11.50 | 44,361,700 |
| June | 15.01 | 11.68 | 50,225,700 |
| July | 16.84 | 14.16 | 37,962,700 |
| August | 17.01 | 12.93 | 46,026,500 |
| September | 14.95 | 12.73 | 43,371,000 |
| October | 12.91 | 10.92 | 40,268,600 |
| November | 12.65 | 8.87 | 58,488,200 |
| December | 10.65 | 8.30 | 47,640,100 |

| TRADING PRICE (USD) | | | |
|---|---|---|---|
| **2017** | **High** | **Low** | **Volume** |
| January | 11.43 | 8.59 | 58,592,600 |
| February | 9.58 | 8.03 | 47,251,200 |

Source: http://finance.yahoo.com/q?s=taho

The price of Shares as reported by the NYSE at the close of business on December 30, 2016, the last business day of the year in the US, was $9.42 and on March 8, 2017 was $7.94 per share.

## PRIOR SALES

In the 12-month period ended December 31, 2016, the Company granted 1,351,000 options and 402,000 share awards (consisting of 342,000 Deferred Share Awards granted on April 1, 2016 (234,000), August 10, 2016 (99,000) and August 15, 2016 (9,000), and 60,000 Restricted Share Awards granted on May 4, 2016) under its Share Option and Incentive Share Plan adopted on April 20, 2010. The details of the options granted by the Company during the year ended December 31, 2016 are as follows:

| Grant Date | Options Granted | CAD$ | Expiry Date |
|---|---|---|---|
| March 9, 2016 | 1,081,000 | $12.38 | March 9, 2021 |
| April 4, 2016 | 186,000 | $13.01 | April 4, 2021 |
| August 15, 2016 | 45,000 | $21.22 | August 15, 2021 |
| November 3, 2016 | 27,000 | $15.79 | November 3, 2021 |
| November 7, 2016 | 12,000 | $15.20 | November 7, 2021 |

## DIRECTORS AND EXECUTIVE OFFICERS

### DIRECTORS AND EXECUTIVE OFFICERS

The following tables set forth information regarding our directors and executive officers. The term of office for the Directors expires as of the Company's Annual General Meeting which will be held on May 3, 2017.

| DIRECTORS | | | |
|---|---|---|---|
| Name and Municipality of Residence | Position(s) with the Company | Date of Appointment | Principal Occupation |
| RONALD W. CLAYTON<br>Reno, Nevada, United States | Director | 9-Aug-16 | President and Chief Executive Officer of the Company |
| TANYA JAKUSCONEK [3] [4]<br>Toronto, Ontario, Canada | Director | 2-May-11 | Senior Gold Research Analyst for Scotia Bank |
| CHUCK JEANNES [2] [3]<br>RENO, NEVADA, UNITED STATES | Director | 1-Jan-17 | Independent director |
| DRAGO G. KISIC [1] [4]<br>Lima, Peru | Director | 1-April-15 | President of Macrocapitales Safi and Bodega San Nicolas |
| C. KEVIN MCARTHUR [5]<br>Reno, Nevada, United States | Executive Chair | 7-Apr-15 | Executive Chair of the Company |
| ALAN MOON [1] [4]<br>CALGARY, ALBERTA, CANADA | Director | 1-Apr-16 | Corporate director |
| A. DAN ROVIG [2]<br>Reno, Nevada, United States | Lead Director | 8-Jun-10 | Independent consultant |
| PAUL B. SWEENEY [1] [3]<br>Vancouver, British Columbia, Canada | Director | 14-Apr-10 | Independent business consultant |
| JAMES S. VOORHEES [2] [4]<br>Santa Barbara, California, United States | Director | 14-Apr-10 | Independent director |
| KENNETH F. WILLIAMSON [1][3]<br>Dwight, Ontario, Canada | Director | 8-Jun-10 | Independent director |
| KLAUS M. ZEITLER [2][3]<br>Vancouver, British Columbia, Canada | Director | 1-April-15 | President, CEO and director of Amerigo Resources Limited |

Member of:
(1)     Audit Committee.
(2)     Corporate Governance and Nominating Committee.
(3)     Compensation Committee.
(4)     Health, Safety, Environment and Community Committee.
Other:
(5)     Mr. McArthur was previously the President and Chief Executive Officer of the Company beginning November 10, 2009.

82     Tahoe Resources Inc.

| EXECUTIVE OFFICERS | | | |
|---|---|---|---|
| **Name and Municipality of Residence** | **Position(s) with the Company** | **Date of Appointment** | **Principal Occupation** |
| C. KEVIN MCARTHUR<br>Reno, Nevada, United States | Executive Chair and Director | 7-April-15 | Executive Chair of the Company |
| RONALD W. CLAYTON<br>Reno, Nevada, United States | President and Chief Executive Officer | 9-Aug-16 | President and Chief Executive Officer of the Company |
| ELIZABETH MCGREGOR<br>Reno, Nevada, United States | Vice President and Chief Financial Officer | 9-Aug-16 | Vice President and Chief Financial Officer of the Company |
| BRIAN BRODSKY<br>Reno, Nevada, United States | Vice President, Exploration | 1-Jun-10 | Vice President, Exploration of the Company |
| EDIE HOFMEISTER<br>Reno, Nevada, United States | Vice President, Corporate Affairs, General Counsel and Corporate Secretary | 1-Feb-10 | Vice President, Corporate Affairs, General Counsel and Corporate Secretary of the Company |

The principal occupation of each of the Company's directors and executive officers within the past five years is disclosed in the brief biographies set forth below.

**Ron Clayton, Director, President and Chief Executive Officer** . Mr. Clayton was appointed President and Chief Executive Officer on August 16, 2016, when he also became a member of the Board of Directors. Mr. Clayton joined the Company on March 30, 2010 as the Company's first Chief Operating Officer and was appointed President on March 12, 2014. Mr. Clayton is a seasoned mining executive with over 35 years of mine operating experience. As a member of Tahoe's founding executive team, Mr. Clayton led the construction of the Escobal Mine. Prior to joining Tahoe, he was Senior Vice President, Operations, and the General Manager of several underground mines for Hecla Mining Company. He also held the position of Vice President, Operations with Stillwater Mining Company and a number of engineering and operations management positions with Climax Molybdenum Company and Homestake Mining Company. Mr. Clayton earned his Bachelor of Science Degree in Mining Engineering from the Colorado School of Mines and is a graduate of the Tuck School of Business Executive Program at Dartmouth College.

**Tanya Jakusconek, Director** . Ms. Jakusconek is a Senior Gold Research Analyst who has covered large and mid-tier North American producers since 1991. She began her investment career at RBC Dominion Securities, and then worked at BBN James Capel and National Bank Financial before moving to Scotiabank in 2011. She earned a B.Sc (Honours) in Geology and an M.Sc Applied (MINEX Program), both from McGill University in Montreal.

**Chuck Jeannes, Director** . Mr. Jeannes was appointed to the Board of Directors effective January 1, 2017. He served as President and Chief Executive Officer of Goldcorp from 2009 until April, 2016, and Executive Vice President, Corporate Development from 2006 until 2008. From 1999 until the acquisition of Glamis Gold Ltd. by Goldcorp, he was Executive Vice President, Administration, General Counsel and Secretary of Glamis. Prior to joining Glamis, Mr. Jeannes worked for Placer Dome Inc. ("Placer Dome"), most recently as Vice President of Placer Dome North America. He holds a Bachelor of Arts degree from the University of Nevada and graduated from the University of Arizona School of Law with honours in 1983. He practiced law from 1983 until 1994 and has broad experience in capital markets, mergers and acquisitions, public and private financing and international operations.

**Drago G. Kisic, Director.** Mr. Kisic holds a B.S. from Pontificia Universidad Católica del Perú and a Master's degree (B-Phil) from Oxford University. As a founding partner and current Director of Macroconsult and Macroinvest, Mr. Kisic advised the Government of Peru during the privatization of Centromin, Minero-Peru, Hierro-Peru and Peru's telephone and telecommunications companies CPT and Entel-Peru. Mr. Kisic is a member of the board of the Obrainsa (a construction company); Mapfre and Mapfre Peru Vida (insurance companies); Haug (a steel contractor); and Corporación Rey (textile related company). Currently, he is President of Macrocapitales Safi and Bodega San Nicolás and is a member and former President of the Peruvian Center for International Studies (CEPEI) and the Peruvian Institute of Business Management (IPAE). Mr. Kisic was advisor to the Executive Director of the World Bank, and was President of CONASEV (the Peruvian securities and companies' regulatory authority) and Vice-president of the Lima Stock Exchange. Mr. Kisic was a member of the board and head of the Economic Office and Manager of the Balance of Payments & External Sector Bureau of Peru's Central Reserve Bank and member of the board of Banco Financiero del Peru. He was also the Head of the Border Integration Team during the peace negotiations between Peru and Ecuador.

**C. Kevin McArthur, Executive Chair of the Board.** Mr. McArthur founded the Company and was appointed President and Chief Executive Officer on November 10, 2009. On April 7, 2015, upon the completion of the acquisition of Rio Alto, he assumed the role of Executive Chair of the Company. From November 15, 2006 until his retirement in December 2008, he was President, Chief Executive Officer and a Director of Goldcorp. He was President and Chief Executive Officer of Glamis Gold Ltd. from January 1998 until it was acquired by Goldcorp in November 2006 and served in a variety of management positions with Glamis beginning in 1988. Prior to working with Glamis, Mr. McArthur held various operating and engineering positions with BP Minerals and Homestake Mining Company. He holds a B.S. degree in Mining Engineering from the University of Nevada. He is currently a Director of Royal Gold, Inc.

**Alan Moon, Director.** Mr. Moon is a former senior executive with significant international and Canadian business experience. For the past 20 years he has served on the Board of Directors, including Board Chair, on companies in a variety of industries that operated both internationally and in Canada, including Oil and Gas Exploration and Production, Electrical Generation and Distribution and Mineral Exploration and Production. Mr. Moon was Chair of Lake Shore from 2005 until it was acquired by Tahoe. Mr. Moon is very active in the charitable sector in Calgary having served on the Board of Directors of a number of organizations. He is currently the Chair of the Kahanoff Centre for Charitable Activities a unique charity that owns and operates a significant office building that exclusively rents space to charitable organizations. Mr. Moon has a B.Sc. Chem. Eng. from the University of Alberta and an MBA from the University of Western Ontario. He earned his ICD.D designation in 2005.

**A. Dan Rovig, Lead Director.** Mr. Rovig was the founding Chair of the Board of the Company and served in that capacity from June 2010 until the completion of the acquisition of Rio Alto on April 1, 2015. Mr. Rovig is currently the Lead Director of the Board of the Company. He was a Director and Chairman of the Board of Glamis Gold Ltd. from November 1998 to November 2006 and a Director of Goldcorp from 2006 to 2014. Prior to November 1998, Mr. Rovig served first as President of Glamis from September 1988 until his appointment as a Director, and the President and Chief Executive Officer of Glamis and its subsidiaries from November 1989 to August 1997 when he retired. Prior to 1988, Mr. Rovig was an executive Officer of British Petroleum Ltd., including its subsidiaries Amselco Minerals Inc. and BP Minerals America for five years. Prior experience included 16 years in the Anaconda Company in a variety of positions from Metallurgist to Senior VP Operations. Mr. Rovig holds a B.S. degree in Mining Engineering, a M.S. degree in Mineral Dressing Engineering from Montana College of Mineral Science and Technology, and a Doctor of Science degree, Honoris Causa, from Montana Tech of the University of Montana. He is also a registered member of the Society for Mining, Metallurgy and Exploration, and the Geological Society of Nevada.

**Paul B. Sweeney, Director.** Mr. Sweeney has been a Director of the Company since April 2010. He is currently also a Director of OceanaGold Corporation. From May 2010 to May 2011, he was a part-time commercial advisor to Plutonic Power Corporation and subsequently Alterra Power Corp. From August 2009 to April 2010, he served as Plutonic Power Corporation's President. He was Executive Vice President, Corporate Development of Plutonic Power Corporation from October 2008 to August 2009 and was Executive Vice President, Business Development of Plutonic Power Corporation from January 2007 to October 2008. He was an independent business and financial consultant from 2005 to 2007 and was Vice President and Chief Financial Officer of Canico Resource Corp. from 2002 to 2005. Mr. Sweeney has over 35 years of experience in financial management of mining and renewable energy companies.

**James S. Voorhees, Director** . Mr. Voorhees has been an independent consultant since 2007. From 2005 to 2006 Mr. Voorhees was Executive Vice President and Chief Operating Officer of Glamis Gold Ltd. and from 1999 to 2005 he was Vice President Operations and Chief Operating Officer of Glamis. Prior to joining Glamis, Mr. Voorhees held various engineering and operating positions with Newmont Mining Corp., Santa Fe Pacific Minerals, Western Mining Corp., and Atlantic Richfield Company. Mr. Voorhees holds a B.S. degree in Mining Engineering from the University of Nevada and is a registered professional engineer.

**Kenneth F. Williamson, Director.** Mr. Williamson has been a Director of the Company since June 2010 and a Director of Goldcorp since November 2006. He was Vice Chairman Investment Banking of Midland Walwyn/Merrill Lynch Canada Inc. from 1993 until his retirement in 1998. He was a Director of Glamis Gold Ltd. from April 1999 to November 2006. He has worked in the securities industry for more than 25 years, concentrating on financial services and the natural resource industries in the United States and Europe. He was Chairman of the Board of BlackRock Ventures until it was acquired by Shell Canada in 2006. As an active board member he has chaired various committees including audit, governance, and compensation. Mr. Williamson is a registered Professional Engineer and holds a Bachelor of Applied Science degree from the University of Toronto and a M.B.A. degree from the University of Western Ontario.

**Klaus M. Zeitler, Director.** Dr. Zeitler received his professional education at Karlsruhe University from 1959 to 1966 and obtained a PHD in economic planning. Dr. Zeitler is a member of the Canadian Institute of Mining and Metallurgy and the Prospectors and Developers Association. Dr. Zeitler financed, built and managed base metal and gold mines throughout the world (Europe, Africa, North America, South America, and Pacific Region) with a total investment value of $4 billion. Dr. Zeitler was a managing Director of Metallgesellschaft AG, a German metals conglomerate, and in 1986 founded and was a Director and CEO of Metall Mining, later Inmet, a TSX listed company with assets of over $5 billion and base metal and gold mines in different parts of the world. After having been a Director of Teck Cominco for many years, Dr. Zeitler joined Teck Cominco in 1997 as Senior Vice President and had responsibilities for the exploration and development of mines in Peru, Mexico and the USA. Since his retirement from Teck Cominco in 2002, and in addition to being Chairman and CEO of Amerigo Resources Limited, Dr. Zeitler has been actively involved as a Director in various junior base and precious metal companies. Dr. Zeitler served as Director of Rio Alto from June 2009 until its acquisition by the Company on April 1, 2015.

**Brian Brodsky, Vice President, Exploration** . Mr. Brodsky was appointed Vice President of Exploration of the Company and began work for the Company on June 1, 2010. Mr. Brodsky is an economic geologist with over 35 years of precious metals exploration experience. He worked for Goldcorp and its predecessor Glamis Gold Ltd. from 2003 to 2010 as Exploration Manager, overseeing regional studies and detailed property assessments throughout Guatemala. His team was instrumental in the exploration and development of the Marlin Mine and Cerro Blanco gold-silver deposit as well as the grass-roots discovery and definition of the Escobal vein. In early 2010 Mr. Brodsky was appointed to the position of Director of Exploration for the US and Latin America for Goldcorp. Prior to joining Glamis/Goldcorp, Mr. Brodsky explored gold-silver, base metals and uranium deposits in various geologic environments throughout the United States, Peru and West Africa for Rio Algom Ltd., Cordex, Cruson & Pansze. He holds a B.S. in Geology from the University of Nevada.

**Edie Hofmeister, Vice President Corporate Affairs, General Counsel and Corporate Secretary** . Ms. Hofmeister was appointed Corporate Secretary of the Company on February 1, 2010, Vice President, General Counsel on March 2, 2011 and Vice President, Corporate Affairs, General Counsel and Corporate Secretary on March 12, 2014. Prior to that, she served as General Counsel to a $2-billion bankruptcy Trust in Reno, Nevada. From 1994 to 2001 she worked as an attorney at Brobeck, Phleger and Harrison LLP where she acted as senior litigation counsel to Exxon/Mobil, Shell and Imperial Oil Canada in complex environmental coverage cases. Since 2007 she has worked with indigenous groups in developing nations to promote reforestation and sustainable community programs. Ms. Hofmeister holds a B.A. from the University of California Los Angeles, an M.A. in International Studies from the University of Notre Dame, and a J.D. from the University of San Francisco School of Law.

84      Tahoe Resources Inc.

**Elizabeth McGregor, Vice President and Chief Financial Officer.** Ms. McGregor was appointed Vice President and Chief Financial Officer of the Company on August 9, 2016. Ms. McGregor is a Canadian Chartered Professional Accountant (CPA, CA) and, prior to her current assignment, served as Tahoe's VP Treasurer. She directs financial planning, corporate liquidity, financial reporting and risk management. Prior to joining Tahoe, she worked at Goldcorp where she held various financial roles including Director of Project Finance and Cost Control; Administration Manager at the Peñasquito mine; and Director of Risk. Ms. McGregor began her career at KPMG as Audit Manager. She holds a B.A. (Hons) from Queen's University at Kingston.

As of March 8, 2017, our directors, executive officers and employees, as a group, beneficially owned, directly or indirectly, or exercised control or direction over vested Shares, representing approximately 1.5% of the issued Shares before giving effect to the exercise of share purchase options and the receipt of Shares issuable pursuant to Deferred or Restricted Share Awards. The directors, executive officers and employees, as a group, held 463,000 Deferred Share Awards and 2,793,898 options as at March 8, 2017.

## CEASE TRADE ORDERS, BANKRUPTCIES, PENALTIES OR SANCTIONS

No director or executive officer of the Company is, or within ten years prior to the date hereof has been, a director, chief executive officer or chief financial officer of any company (including the Company) that, (i) was subject to a cease trade order, an order similar to a cease trade order or an order that denied the relevant company access to any exemption under securities legislation, that was in effect for a period of more than 30 consecutive days, that was issued while the director or executive officer was acting in the capacity as director, chief executive officer or chief financial officer; or (ii) was subject to a cease trade order, an order similar to a cease trade order or an order that denied the relevant company access to any exemption under securities legislation, that was in effect for a period of more than 30 consecutive days, that was issued after the director or executive officer ceased to be a director, chief executive officer or chief financial officer and which resulted from an event that occurred while that person was acting in the capacity as director, chief executive officer or chief financial officer.

No director or executive officer of the Company, or a shareholder holding a sufficient number of securities of the Company that would affect material control of the Company, (i) is, or within ten years prior to the date hereof has been, a director or executive officer of any company (including the Company) that, while that person was acting in that capacity, or within a year of that person ceasing to act in that capacity, became bankrupt, made a proposal under any legislation relating to bankruptcy or insolvency or was subject to or instituted any proceedings, arrangement or compromise with creditors or had a receiver, receiver manager or trustee appointed to hold its assets, or (ii) has, within ten years prior to the date hereof, become bankrupt, made a proposal under any legislation relating to bankruptcy or insolvency, or become subject to or instituted any proceedings, arrangement or compromise with creditors, or had a receiver, receiver manager or trustee appointed to hold the assets of the director, executive officer or shareholder.

No director or executive officer of the Company, or a shareholder holding a sufficient number of securities of the Company to affect materially the control of the Company, has been subject to (i) any penalties or sanctions imposed by a court relating to securities legislation or by a securities regulatory authority or has entered into a settlement agreement with a securities regulatory authority; or (ii) any other penalties or sanctions imposed by a court or regulatory body that would likely be considered important to a reasonable investor in making an investment decision.

## CONFLICTS OF INTEREST

To the best of the Company's knowledge there are no known existing or potential material conflicts of interest among the Company and the Company's directors, officers or other members of management, as a result of their outside business interests except that certain of our directors and officers serve as directors and officers of other companies, and therefore it is possible that a conflict may arise between their duties to us and their duties as a director or officer of such companies. In the event of such a conflict of interest, the Company will follow the requirements and procedures of applicable corporate and securities legislation and applicable exchange policies, including the relevant provisions of the BCA. See "Description of Our Business – Doing Business in Guatemala, Peru and Canada – Risk Factors Relating to Our Business."

## INTEREST OF MANAGEMENT AND OTHERS IN MATERIAL TRANSACTIONS

None of our directors, executive officers or any shareholder who beneficially owns or controls or directs, directly or indirectly, more than 10% of the issued Shares, or any of their respective associates or affiliates, had any material interest, directly or indirectly, in any transaction within the three most recently completed financial years or during the current financial year that has materially affected or is reasonably expected to affect the Company.

## MATERIAL CONTRACTS

Tahoe has not entered into any material contracts, other than material contracts entered into in the ordinary course of business, during the most recently completed financial year that remain in effect.

## TRANSFER AGENTS AND REGISTRAR

The transfer agent and registrar for the Shares is Computershare Investor Services Inc. at its principal offices in Vancouver, British Columbia.

## INTERESTS OF EXPERTS

All scientific and technical information in this AIF relating to the Escobal, La Arena, Shahuindo, Bell Creek and Timmins West Mines has been verified by Charles Muerhoff, the Company's Vice President Technical Services and Qualified Person as defined by NI 43-101. Mr. Muerhoff beneficially owns, directly or indirectly, less than 1% of the outstanding securities of the Company.

The independent registered public accounting firm of the Company is Deloitte LLP. Deloitte LLP is independent with respect to the Company within the meaning of the Rules of Professional Conduct of the Chartered Professional Accountants of British Columbia.

## SELECTED CONSOLIDATED FINANCIAL INFORMATION

Selected audited consolidated financial information is as follows:

| | Years Ended December 31, | | | |
| --- | --- | --- | --- | --- |
| | 2016 | 2015 | 2014 | 2012 |
| Revenues | $ 784,503 | $ 519,721 | $ 350,265 | $ - |
| Earnings (Loss) | $ 117,876 | $ (71,911) | $ 90,790 | $ (65,597) |
| Earnings (Loss) Per Share | | | | |
|    Basic | $ 0.41 | $ (0.35) | $ 0.62 | $ (0.45) |
|    Diluted | $ 0.41 | $ (0.35) | $ 0.61 | $ (0.45) |
| Cash and Cash Equivalents | $ 163,368 | $ 108,667 | $ 80,356 | $ 8.838 |
| Total Assets | $ 3,071,253 | $ 2,002,461 | $ 975,628 | $ 883,333 |
| Total Liabilities | $ 499,099 | $ 338,430 | $ 97,568 | $ 109,179 |
| Total Shareholders' Equity | $ 2,572,154 | $ 1,664,031 | $ 878,060 | $ 774,154 |

(1)      In thousands of US dollars, except per share amounts.

Further discussion of the Company's financial results is contained in the Company's Financial Statements and Management's Discussion and Analysis of Financial Condition and Results of Operations for the year ended December 31, 2016.

## ADDITIONAL CORPORATE AND FINANCIAL INFORMATION

Additional information relating to the Company, including additional financial information contained in the audited annual financial statements and the related Management Discussion and Analysis for the year ended December 31, 2016, and directors' and officers' remuneration and indebtedness, principal holders of the Company's securities and securities authorized for issuance under equity compensation plans contained in the Company's Management Information Circular dated March 9, 2017, can be found on SEDAR at www.sedar.com or on the Company's website at www.tahoeresources.com .

## INFORMATION CONCERNING THE COMPANY'S AUDIT COMMITTEE AND EXTERNAL AUDITOR

### THE AUDIT COMMITTEE'S DUTIES AND CHARTER

The Audit Committee reviews all financial statements of the Company prior to their publication, recommends the appointment of independent auditors, reviews and approves professional services to be rendered by them and reviews fees for audit services. The Audit Committee meets with the Company's auditors without management being present to discuss the various aspects of the Company's financial statements and the independent audit.

On April 20, 2010, the Board adopted a charter for the Audit Committee to follow in carrying out its audit and financial review functions. The charter was amended effective April 13, 2012 in order to reflect certain requirements applicable to audit committees under Rule 10A-3(b) under the Exchange Act, in connection the Company's successful application to list its common shares on the NYSE. The charter was further amended effective March 12, 2014, to include certain provisions clarifying the Audit Committee's responsibilities with respect to the Company's internal audit function, as required by Section 303A.07 of the NYSE Listed Manual. This charter was further amended effective August 2015 to add minor clarifications. This amended charter can be found on our website at www.tahoeresources.com/company-information/corporate-governance/ .

### COMPOSITION OF THE AUDIT COMMITTEE

The Audit Committee is currently composed of three directors: Drago Kisic, Paul Sweeney (Chairman), and Kenneth Williamson. Each of these individuals is independent and financially literate within the meaning of NI 52-110.

86      Tahoe Resources Inc.

**RELEVANT EDUCATION AND EXPERIENCE**

All Audit Committee members have significant management experience in the mining, securities or investment banking industry as well as extensive continuing financial education. Details regarding the education and experience of each member of the Audit Committee that is relevant to the performance of his responsibilities as an Audit Committee member is as follows:

Mr. Kisic holds a B.S. from Pontificia Universidad Católica del Perú and a Master's degree (B-Phil) from Oxford University. As a founding partner and current Director of Macroconsult and Macroinvest, Mr. Kisic advised the Government of Peru during the privatization of Centromin, Minero-Peru, Hierro-Peru and Peru's telephone and telecommunications companies CPT and Entel-Peru. Mr. Kisic is a member of the board of the Obrainsa (a construction company); Mapfre and Mapfre Peru Vida (insurance companies); Haug (a steel contractor); and Corporación Rey (textile related company). Currently, he is President of Macrocapitales Safi and Bodega San Nicolás and is a member and former President of the Peruvian Center for International Studies (CEPEI) and the Peruvian Institute of Business Management (IPAE). Mr. Kisic was advisor to the Executive Director of the World Bank, and was President of CONASEV (the Peruvian securities and companies' regulatory authority) and Vice-president of the Lima Stock Exchange. Mr. Kisic was a member of the board and head of the Economic Office and Manager of the Balance of Payments & External Sector Bureau of Peru's Central Reserve Bank and member of the board of Banco Financiero del Peru. He was also the Head of the Border Integration Team during the peace negotiations between Peru and Ecuador.

Mr. Sweeney has been a Director of the Company since April 2010. He is currently also a Director of OceanaGold Corporation. From May 2010 to May 2011, he was a part-time commercial advisor to Plutonic Power Corporation and subsequently Alterra Power Corp. From August 2009 to April 2010, he served as Plutonic Power Corporation's President. He was Executive Vice President, Corporate Development of Plutonic Power Corporation from October 2008 to August 2009 and was Executive Vice President, Business Development of Plutonic Power Corporation from January 2007 to October 2008. He was an independent business and financial consultant from 2005 to 2007 and was Vice President and Chief Financial Officer of Canico Resource Corp. from 2002 to 2005. Mr. Sweeney has over 35 years of experience in financial management of mining and renewable energy companies.

Mr. Williamson has been a Director of the Company since June 2010 and a Director of Goldcorp since November 2006. He was Vice Chairman Investment Banking of Midland Walwyn/Merrill Lynch Canada Inc. from 1993 until his retirement in 1998. He was a Director of Glamis Gold Ltd. from April 1999 to November 2006. He has worked in the securities industry for more than 25 years, concentrating on financial services and the natural resource industries in the United States and Europe. He was Chairman of the Board of BlackRock Ventures until it was acquired by Shell Canada in 2006. As an active board member he has chaired various committees including audit, governance, and compensation. Mr. Williamson is a registered Professional Engineer and holds a Bachelor of Applied Science degree from the University of Toronto and a M.B.A. degree from the University of Western Ontario.

We have not adopted specific policies and procedures for the engagement of non-audit services; however, the Audit Committee has considered whether the provision of services other than audit services is compatible with maintaining the auditors' independence and has adopted a general policy governing the provision of these services. This policy requires the pre-approval by the Audit Committee of all audit and non-audit services provided by the external auditor, other than any *de minimis* non-audit services allowed by applicable law or regulation.

Pre-approval from the Audit Committee can be sought for planned engagements based on budgeted or committed fees. No further approval is required to pay pre-approved fees. Additional pre-approval is required for any increase in scope or in final fees.

**EXTERNAL AUDITOR AND OTHER PROFESSIONAL SERVICE FEES**

The Audit Committee has reviewed the nature and amount of the audit and non-audit services provided by Deloitte LLP to ensure auditor independence. The following table sets out the aggregate fees billed in CAD$ for services performed during the years ended December 31, 2016 and 2015 for the category of fees described:

| Financial Period | Audit Fees [1] |
|---|---|
| Jan. 1 – Dec. 31, 2016 | $1,322,175 |
| Jan. 1 – Dec. 31, 2015 | $789,390 |

(1)    "Audit Fees" include fees necessary to perform the annual audit and quarterly reviews of the Company's consolidated financial statements. Audit Fees include fees for accounting consultations on matters reflected in the financial statements and other attest services required by legislation or regulation, such as comfort letters, consents, reviews of securities filings and statutory audits. The external auditor provided no other services in 2016 or 2015.

**AUDITOR PARTNER ROTATION**

As a registrant with the SEC, the lead Deloitte audit partner and the concurring Deloitte audit partner cannot serve in those roles on the Tahoe audit team for more than five consecutive years. Deloitte audit partners of Tahoe subsidiaries whose assets or revenues constitute 20% or more of the assets or revenues of Tahoe's respective consolidated assets or revenues cannot serve in this role for more than seven consecutive years.



**CONSOLIDATED FINANCIAL STATEMENTS**

For the years ended December 31, 2016 and 2015

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

To the Board of Directors and Shareholders of Tahoe Resources Inc.

We have audited the accompanying consolidated financial statements of Tahoe Resources Inc. and subsidiaries (the "Company"), which comprise the consolidated statements of financial position as at December 31, 2016 and December 31, 2015, and the consolidated statements of operations and total comprehensive income (loss), consolidated statements of changes in equity, and consolidated statements of cash flows for the years then ended, and a summary of significant accounting policies and other explanatory information.

**Management's Responsibility for the Consolidated Financial Statements**

Management is responsible for the preparation and fair presentation of these consolidated financial statements in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board, and for such internal control as management determines is necessary to enable the preparation of consolidated financial statements that are free from material misstatement, whether due to fraud or error.

**Auditor's Responsibility**

Our responsibility is to express an opinion on these consolidated financial statements based on our audits. We conducted our audits in accordance with Canadian generally accepted auditing standards and the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we comply with ethical requirements and plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the consolidated financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the consolidated financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the consolidated financial statements in order to design audit procedures that are appropriate in the circumstances. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of accounting estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements.

We believe that the audit evidence we have obtained in our audits is sufficient and appropriate to provide a basis for our audit opinion.

**Opinion**

In our opinion, the consolidated financial statements present fairly, in all material respects, the financial position of Tahoe Resources Inc. and subsidiaries as at December 31, 2016 and December 31, 2015, and their financial performance and their cash flows for the years then ended in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board.

**Other Matter**

We have also audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), the Company's internal control over financial reporting as of December 31, 2016, based on the criteria established in Internal Control — Integrated Framework (2013) issued by the Committee of Sponsoring Organizations of the Treadway Commission and our report dated March 9, 2017 expressed an unqualified opinion on the Company's internal control over financial reporting.

*/s/ Deloitte LLP*

Chartered Professional Accountants
March 9, 2017
Vancouver, Canada

114

**MANAGEMENT'S REPORT ON INTERNAL CONTROL OVER FINANCIAL REPORTING**

Management of Tahoe Resources Inc. ("the Company") is responsible for establishing and maintaining adequate internal control over financial reporting. Internal control over financial reporting is a process designed by, or caused to be designed under the supervision of, the President and Chief Executive Officer and the Vice President and Chief Financial Officer and effected by the Board of Directors, management and other personnel to provide reasonable assurance regarding the reliability of financial reporting and the preparation of consolidated financial statements for external purposes in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board. It includes those policies and procedures that:

I.   pertain to the maintenance of records that accurately and fairly reflect, in reasonable detail, the transactions and dispositions of assets of the Company;

II.   provide reasonable assurance that transactions are recorded as necessary to permit preparation of consolidated financial statements in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board, and that the Company's receipts and expenditures are made only in accordance with authorizations of management and the Company's directors; and

III.   provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the Company's assets that could have a material effect on the Company's consolidated financial statements.

Due to its inherent limitations, internal control over financial reporting may not prevent or detect misstatements on a timely basis. Also, projections of any evaluation of the effectiveness of internal control over financial reporting to future periods are subject to the risk that the controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

In accordance with the National Instrument 52-109 and Rule 13a-15, as interpreted by the U.S. Securities and Exchange Commission, the design of internal control over financial reporting excludes the controls, policies and procedures of Lake Shore Gold Corp ("Lake Shore Gold") on the basis that Lake Shore Gold was acquired on April 1, 2016 and therefore not more than 365 days before the end of the relevant year ended December 31, 2016. Lake Shore Gold's financial statements constitute $813.5 million and $948.9 million of net and total assets, respectively, and $137.1 million of revenue and $23.3 million of loss of the consolidated financial statement amounts as of and for the year ended December 31, 2016.

As at December 31, 2016, the Company's design of internal control over financial reporting included the controls, policies and procedures of Rio Alto Mining Ltd. ("Rio Alto"), acquired on April 1, 2015.

Other than the exclusion of Lake Shore Gold described above, management assessed the effectiveness of the Company's internal control over financial reporting as of December 31, 2016, based on the criteria set forth in Internal Control – Integrated Framework (2013) issued by the Committee of Sponsoring Organizations of the Treadway Commission. Based on this assessment, management has concluded that, as of December 31, 2016, the Company's internal control over financial reporting was effective.

The effectiveness of the Company's internal control over financial reporting, as of December 31, 2016, has been audited by Deloitte LLP, Independent Registered Public Accounting Firm, who also audited the Company's consolidated financial statements as of and for the years ended December 31, 2016 and 2015, as stated in their report which appears on the following page.

/s/Ron Clayton                                                    /s/Elizabeth McGregor

Ron Clayton                                                      Elizabeth McGregor

President and Chief Executive Officer                             Vice President and Chief Financial Officer

Reno, Nevada
March 9, 2017

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

To the Board of Directors and Shareholders of Tahoe Resources Inc.

We have audited the internal control over financial reporting of Tahoe Resources Inc. and subsidiaries (the "Company") as of December 31, 2016, based on the criteria established in Internal Control—Integrated Framework (2013) issued by the Committee of Sponsoring Organizations of the Treadway Commission.

As described in the Management's Report on Internal Control Over Financial Reporting, management excluded from its assessment the internal control over financial reporting of Lake Shore Gold Corp. ("Lake Shore Gold"), which was acquired on April 1, 2016, and whose financial statements constitute $813.5 million and $948.9 million of net and total assets, respectively, and $137.1 million of revenue and $23.3 million of loss of the consolidated financial statement amounts as of and for the year ended December 31, 2016. Accordingly, our audit did not include the internal control over financial reporting of Lake Shore Gold.

The Company's management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting, included in the accompanying Management's Report on Internal Control over Financial Reporting. Our responsibility is to express an opinion on the Company's internal control over financial reporting based on our audit.

We conducted our audit in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects. Our audit included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, testing and evaluating the design and operating effectiveness of internal control based on the assessed risk, and performing such other procedures as we considered necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinion.

A company's internal control over financial reporting is a process designed by, or under the supervision of, the company's principal executive and principal financial officers, or persons performing similar functions, and effected by the company's board of directors, management, and other personnel to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of the inherent limitations of internal control over financial reporting, including the possibility of collusion or improper management override of controls, material misstatements due to error or fraud may not be prevented or detected on a timely basis. Also, projections of any evaluation of the effectiveness of the internal control over financial reporting to future periods are subject to the risk that the controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

In our opinion, the Company maintained, in all material respects, effective internal control over financial reporting as of December 31, 2016 based on the criteria established in Internal Control — Integrated Framework (2013) issued by the Committee of Sponsoring Organizations of the Treadway Commission.

We have also audited, in accordance with Canadian generally accepted auditing standards and the standards of the Public Company Accounting Oversight Board (United States), the consolidated financial statements as of and for the year ended December 31, 2016 of the Company and our report dated March 9, 2017 expressed an unmodified/unqualified opinion on those financial statements.

*/s/ Deloitte LLP*

Chartered Professional Accountants
March 9, 2017
Vancouver, Canada

This page intentionally left blank.

This page intentionally left blank.

## CONSOLIDATED STATEMENTS OF FINANCIAL POSITION
(Expressed in thousands of United States dollars)

| | Notes | December 31, 2016 | December 31, 2015 |
|---|---|---|---|
| **ASSETS** | | | |
| Current | | | |
| Cash and cash equivalents | 7 | $ 163,368 | $ 108,667 |
| Trade and other receivables | 8 | 64,646 | 43,234 |
| Inventories | 9 | 126,618 | 70,080 |
| Other | | 4,810 | 6,220 |
| | | 359,442 | 228,201 |
| Non-current | | | |
| Mineral interests, plant and equipment | 10 | 2,556,953 | 1,674,512 |
| Sales tax and other receivables | | 36,107 | 37,404 |
| Restricted cash | | 4,672 | 2,500 |
| Deferred tax asset | 19b | 1,994 | 2,376 |
| Goodwill | 10a | 112,085 | 57,468 |
| | | 2,711,811 | 1,774,260 |
| Total Assets | | $ 3,071,253 | $ 2,002,461 |
| **LIABILITIES** | | | |
| Current | | | |
| Accounts payable and accrued liabilities | 11 | $ 129,170 | $ 99,748 |
| Debt | 12a | - | 35,000 |
| Lease obligations | 13 | 8,696 | 6,151 |
| Income tax payable | | 10,733 | 9,981 |
| Other | | 1,837 | - |
| | | 150,436 | 150,880 |
| Non-current | | | |
| Lease obligations | 13 | 7,250 | 7,711 |
| Debt | 12b | 35,000 | - |
| Reclamation provision | 14 | 64,219 | 39,524 |
| Deferred tax liability | 19b | 236,175 | 134,641 |
| Other | | 6,019 | 5,674 |
| Total Liabilities | | 499,099 | 338,430 |
| **SHAREHOLDERS' EQUITY** | | | |
| Share capital | 18e | 2,775,068 | 1,914,676 |
| Share-based payment reserve | 18 | 18,629 | 19,372 |
| Deficit | | (221,543) | (270,017) |
| Total Shareholders' Equity | | 2,572,154 | 1,664,031 |
| Total Liabilities and Shareholders' Equity | | $ 3,071,253 | $ 2,002,461 |

Commitments and Contingencies (notes 24b and 26)

APPROVED BY THE DIRECTORS

*"Ron Clayton"*                                      *"Dan Rovig"*
Ron Clayton                                          Dan Rovig
PRESIDENT AND CEO                                    INDEPENDENT DIRECTOR

*See accompanying notes to the consolidated financial statements.*

*Consolidated Financial Statements        1*

119

**CONSOLIDATED STATEMENTS**
**OF OPERATIONS AND TOTAL COMPREHENSIVE INCOME (LOSS)**
(Expressed in thousands of United States dollars, except per share and share information)

| | Notes | | 2016 | | 2015 |
|---|---|---|---|---|---|
| | | | **Years Ended December 31,** | | |
| **Revenues** | 15,22 | $ | **784,503** | $ | 519,721 |
| Operating costs | | | | | |
|   Production costs | 16,22 | | **332,721** | | 241,661 |
|   Royalties | 22 | | **22,913** | | 13,240 |
|   Depreciation and depletion | 22 | | **124,744** | | 78,649 |
| Total operating costs | | | **480,378** | | 333,550 |
| **Mine operating earnings** | | | **304,125** | | 186,171 |
| | | | | | |
| Other operating expenses | | | | | |
|   Impairment | 10b | | **-** | | 220,000 |
|   Exploration | | | **14,350** | | 6,472 |
|   General and administrative | 17 | | **47,507** | | 39,251 |
| Total other operating expenses | | | **61,857** | | 265,723 |
| **Earnings (loss) from operations** | | | **242,268** | | (79,552) |
| | | | | | |
| Other (income) expense | | | | | |
|   Interest income | | | **(150)** | | (1,924) |
|   Interest expense | | | **3,644** | | 3,610 |
|   Loss on debenture conversion | 6 | | **32,304** | | - |
|   Foreign exchange loss | | | **435** | | 4,530 |
|   Other (income) expense | | | **(2,697)** | | 2,464 |
| Total other (income) expense | | | **33,536** | | 8,680 |
| | | | | | |
| **Earnings (loss) before income taxes** | | | **208,732** | | (88,232) |
| Current income tax expense | 19 | | **70,654** | | 47,486 |
| Deferred income tax expense (benefit) | 19 | | **20,202** | | (63,807) |
| **Earnings (loss) and total comprehensive income (loss)** | | $ | **117,876** | $ | (71,911) |
| | | | | | |
| **Earnings (loss) per share** | | | | | |
|   Basic | 20 | $ | **0.41** | $ | (0.35) |
|   Diluted | 20 | $ | **0.41** | $ | (0.35) |
| | | | | | |
| **Weighted average shares outstanding** | | | | | |
|   Basic | 20 | | **289,726,501** | | 207,810,941 |
|   Diluted | 20 | | **289,988,046** | | 207,810,941 |

*See accompanying notes to the consolidated financial statements.*

*2      Tahoe Resources Inc.*

**CONSOLIDATED STATEMENTS OF CASH FLOWS**
(Expressed in thousands of United States dollars)

| | Notes | 2016 | 2015 |
|---|---|---|---|
| | | **Years Ended December 31,** | |
| **OPERATING ACTIVITIES** | | | |
| Earnings (loss) for the year | | $ 117,876 | $ (71,911) |
| Adjustments for: | | | |
| Interest expense | | 3,644 | 4,119 |
| Payment on extinguishment of currency swap | | (1,939) | - |
| Income tax expense (recovery) | 19 | 90,856 | (16,321) |
| Items not involving cash: | | | |
| Depreciation and depletion | | 128,072 | 81,908 |
| Loss (gain) on disposition of plant and equipment | | 451 | (1) |
| (Gain) loss on currency swap | | (803) | 1,210 |
| Share-based payments | 18 | 7,224 | 6,017 |
| Shares issued as transaction costs | | 5,332 | - |
| Unrealized foreign exchange loss | | 539 | 308 |
| Impairment | 10b | - | 220,000 |
| Loss on debenture conversion | 6 | 32,304 | - |
| Accretion | 14 | 2,370 | 1,003 |
| Cash provided by operating activities before changes in working capital | | 385,926 | 226,332 |
| Changes in working capital | 21 | (67,556) | (12,301) |
| Cash provided by operating activities | | 318,370 | 214,031 |
| Income taxes paid | | (68,916) | (47,287) |
| Net cash provided by operating activities | | 249,454 | 166,744 |
| | | | |
| **INVESTING ACTIVITIES** | | | |
| Mineral interests additions | | (190,885) | (121,953) |
| Cash acquired through acquisition | 6 | 70,187 | 61,713 |
| Net cash used in investing activities | | (120,698) | (60,240) |
| | | | |
| **FINANCING ACTIVITIES** | | | |
| Proceeds from issuance of common shares on exercise of share options | | 19,790 | 27,662 |
| Repayments of loan facility | 12d | - | (50,000) |
| Dividends paid to shareholders | 20 | (67,044) | (49,717) |
| Loan origination fees and other | | (403) | (756) |
| Interest paid | | (2,989) | (4,197) |
| Payments on finance leases | | (22,266) | (4,823) |
| Net cash used in financing activities | | (72,912) | (81,831) |
| | | | |
| Effect of exchange rates on cash and cash equivalents | | (1,143) | 3,638 |
| **Increase in cash and cash equivalents** | | 54,701 | 28,311 |
| **Cash and cash equivalents, beginning of year** | | 108,667 | 80,356 |
| **Cash and cash equivalents, end of year** | 7 | $ 163,368 | $ 108,667 |

Supplemental cash flow information (note 21)

*See accompanying notes to the consolidated financial statements.*

*Consolidated Financial Statements      3*

**CONSOLIDATED STATEMENTS OF CHANGES IN EQUITY**
(Expressed in thousands of United States dollars, except share information)

| | Notes | Number of Shares | Share Capital | Reserves | Deficit | Total |
|---|---|---|---|---|---|---|
| At January 1, 2016 | | 227,401,681 | $ 1,914,676 | $ 19,372 | $ (270,017) | $ 1,664,031 |
| Earnings and comprehensive income | | - | - | - | 117,876 | 117,876 |
| Shares issued under the Share Plan | 18 | 244,000 | 3,729 | (2,942) | - | 787 |
| Shares issued as transaction costs | 6 | 455,019 | 5,332 | - | - | 5,332 |
| Shares issued on acquisition of Lake Shore Gold | 6 | 69,239,629 | 676,670 | 8,436 | - | 685,106 |
| Shares issued on conversion of Performance Share Units ("PSUs") on acquisition of Lake Shore Gold | 6 | 211,442 | 2,131 | - | - | 2,131 |
| Shares issued on conversion and redemption of convertible debentures | 6 | 10,733,675 | 137,997 | - | - | 137,997 |
| Shares issued on exercise of stock options | 18 | 2,819,838 | 32,175 | (12,385) | - | 19,790 |
| Share-based payments | 18 | - | - | 6,148 | - | 6,148 |
| Dividends paid to shareholders | 20 | 256,747 | 2,358 | - | (69,402) | (67,044) |
| At December 31, 2016 | | 311,362,031 | $ 2,775,068 | $ 18,629 | $ (221,543) | $ 2,572,154 |

| | Notes | Number of Shares | Share Capital | Reserves | Deficit | Total |
|---|---|---|---|---|---|---|
| At January 1, 2015 | | 147,644,671 | $ 1,014,656 | $ 11,793 | $ (148,389) | $ 878,060 |
| Earnings and comprehensive loss | | - | - | - | (71,911) | (71,911) |
| Shares issued under the Share Plan | 18 | 193,167 | 3,666 | (2,938) | - | 728 |
| Shares issued on acquisition of Rio Alto | 6 | 75,991,381 | 856,198 | 11,536 | - | 867,734 |
| Shares issued on exercise of stock options | 18 | 1,561,218 | 17,466 | (6,385) | - | 11,081 |
| Shares issued on exercise of warrants | 6 | 2,011,244 | 22,690 | - | - | 22,690 |
| Share-based payments | 18 | - | - | 5,366 | - | 5,366 |
| Dividends paid to shareholders | 20 | - | - | - | (49,717) | (49,717) |
| At December 31, 2015 | | 227,401,681 | $ 1,914,676 | $ 19,372 | $ (270,017) | $ 1,664,031 |

*See accompanying notes to the consolidated financial statements.*

*4      Tahoe Resources Inc.*

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**
(Expressed in thousands of United States dollars, except as otherwise stated)
Years ended December 31, 2016 and 2015

1. **OPERATIONS**

Tahoe Resources Inc. ("Tahoe") was incorporated under the Business Corporations Act (British Columbia) on November 10, 2009. These audited annual consolidated financial statements ("consolidated financial statements") include the accounts of Tahoe and its subsidiaries (together referred to as the "Company"). The Company's principal business activities are the operation of mineral properties for the mining of precious metals and the exploration, development and acquisition of mineral interests in the Americas.

The Company's registered office is located at 1500 Royal Centre, 1055 West Georgia Street, P.O. Box 11117, Vancouver, BC V6E 4N7, Canada.

The Company's Board of Directors authorized issuance of these consolidated financial statements on March 9, 2017.

2. **BASIS OF PREPARATION**

The consolidated financial statements have been prepared in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board ("IFRS") effective as of December 31, 2016. IFRS includes IFRSs, International Accounting Standards ("IASs"), and interpretations issued by the IFRS Interpretations Committee ("IFRICs") and the former Standing Interpretations Committee ("SICs").

3. **SIGNIFICANT ACCOUNTING POLICIES**

a) **Basis of measurement**

The consolidated financial statements have been prepared on an historical cost basis, except for certain financial instruments, which are measured at fair value through profit or loss ("FVTPL"), as explained in the accounting policies set out below. Additionally, these consolidated financial statements have been prepared using the accrual basis of accounting, except for cash flow information.

b) **Currency of presentation**

The consolidated financial statements are presented in United States dollars ("USD"), which is the functional and presentation currency of the Company and all of its subsidiaries. Certain values are presented in Canadian dollars and described as CAD.

c) **Basis of consolidation**

The accounts of the subsidiaries controlled by the Company are included in the consolidated financial statements from the date that control commenced until the date that control ceases. Control is achieved where the Company has the power to govern the financial and operating policies of an entity so as to obtain benefits from its activities.

An associate is an entity over which the Company has significant influence and that is neither a subsidiary nor an interest in a joint venture. The Company is presumed to have significant influence if it holds, directly or indirectly, 20% or more of the voting power of the investee. If the Company holds less than 20% of the voting power, other relevant factors are examined by the Company to determine whether it has significant influence.

The factors that may enable the exercise of significant influence include but are not limited to: the proportion of seats on the board of directors being assigned to the Company; the nature of the business decisions that require unanimous consent of the directors; the ability to influence the operating, strategic and financing decisions; and the existing ownership composition regarding the Company's ability to exercise significant influence.

*Consolidated Financial Statements*          *5*

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

The principal subsidiaries (operating mine sites and projects) of the Company and their geographic locations at December 31, 2016 are as follows:

| Direct Parent Company | Location | Ownership Percentage | Mining Properties and Development Projects Owned |
|---|---|---|---|
| Minera San Rafael, S.A. | Guatemala | 100% | El Escobal mine |
| La Arena S.A. | Peru | 100% | La Arena mine |
| | | | La Arena Phase II Sulfide Project |
| Shahuindo S.A.C. | Peru | 100% | Shahuindo mine |
| Lake Shore Gold Corp. | Canada | 100% | Bell Creek mine, |
| (acquired April 1, 2016) | | 100% | Timmins West, |
| | | 100% | Thunder Creek, |
| | | 100% | 144 Gap, |
| | | 100% | Fenn-Gib Project |
| Temex Resources Corp. | Canada | 100% | Juby Project |
| (acquired April 1, 2016) | | 79% | Whitney Project |

During the year ended December 31, 2016, the Company divested of its ownership interest in Northern Superior Resources which was acquired on April 1, 2016 as part of the Lake Shore Gold acquisition and previously accounted for using the equity method. A gain of $1,059 was recognized in the consolidated statements of operations and total comprehensive income (loss).

Intercompany assets, liabilities, equity, income, expenses and cash flows arising from intercompany transactions are eliminated in full on consolidation.

d)    **Foreign currency translation**

Transactions in currencies other than the functional currency are recorded at the rates of exchange prevailing on the dates of the transactions. At the end of each reporting period, monetary assets and liabilities that are denominated in foreign currencies are translated at the rates prevailing at that date. Non-monetary items that are measured in terms of historical cost in foreign currencies are not re-translated. Total foreign exchange gains and losses are recognized in earnings. The unrealized portion of foreign exchange gains and losses are disclosed separately in the consolidated statements of cash flows.

e)    **Business Combinations**

A business combination is defined as an acquisition of assets and liabilities that constitute a business. A business is an integrated set of activities and assets that consist of inputs, including non- current assets, and processes, including operational processes that, when applied to those inputs, have the ability to create outputs that provide a return to the Company and its shareholders. A business also includes those assets and liabilities that do not necessarily have all the inputs and processes required to produce outputs, but can be integrated with the inputs and processes of the Company to create outputs. When acquiring a set of activities or assets in the exploration and development stage, which may not have outputs, the Company considers other factors to determine whether the set of activities or assets is a business.

Business combinations are accounted for using the acquisition method whereby identifiable assets acquired and liabilities assumed, including contingent liabilities, are recorded at their fair values at acquisition date. The acquisition date is the date at which the Company obtains control over the acquiree, which is generally the date that consideration is transferred and the Company acquires the assets and assumes the liabilities of the acquiree. The Company considers all relevant facts and circumstances in determining the acquisition date.

The consideration transferred in a business combination is measured at fair value, which is calculated as the sum of the fair values of the assets at the acquisition date transferred by the Company, the liabilities, including contingent consideration, incurred and payable by the Company to former owners of the acquiree and the equity interests issued by the Company. The measurement date for equity interests issued by the Company is the acquisition date. Acquisition-related costs are expensed as incurred.

6    *Tahoe Resources Inc.*

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

If the initial accounting for a business combination is incomplete by the end of the reporting period in which the combination occurs, the Company reports in its consolidated financial statements provisional amounts for the items for which the accounting is incomplete. During the measurement period, the Company will retrospectively adjust the provisional amounts recognized at the acquisition date to reflect new information obtained about facts and circumstances that existed as of the acquisition date and, if known, would have affected the measurement of the amounts recognized as of that date. During the measurement period, the Company will also recognize additional assets or liabilities if new information is obtained about facts and circumstances that existed as of the acquisition date and, if known, would have resulted in the recognition of those assets and liabilities as of that date. The measurement period ends as soon as the Company receives the information it was seeking about facts and circumstances that existed as of the acquisition date or learns that more information is not obtainable and shall not exceed one year from the acquisition date.

Non-controlling interests ("NCI") are the equity in a subsidiary not attributable, directly or indirectly, to a parent. NCI are recorded at their proportionate share of the fair value of identifiable net assets acquired on initial recognition. Goodwill is recognized as the sum of the total consideration (acquisition date fair value) transferred by the Company, including contingent consideration and the NCI in the acquiree, less the fair value of net assets acquired.

Goodwill

Goodwill typically arises on the Company's acquisitions due to: i) the ability of the Company to capture certain synergies through management of the acquired operation within the Company; and ii) the requirement to record a deferred tax liability for the difference between the assigned fair values and the tax bases of assets acquired and liabilities assumed.

Goodwill is not amortized. The Company performs an impairment test for goodwill annually and when events or changes in circumstances indicate that the related carrying amount may not be recoverable. If the carrying amount of a mine site or project, which is the cash-generating unit, to which goodwill has been allocated exceeds the recoverable amount, an impairment loss is recognized for the amount in excess. The impairment loss is allocated first to reduce the carrying amount of goodwill allocated to the mine site to nil and then to the other assets of the mine site based on the relative carrying amounts of those assets. Impairment losses recognized for goodwill are not reversed in subsequent periods.

Upon disposal or abandonment of a mine site or project to which goodwill has been attributed, the carrying amount of goodwill allocated to that mine site is derecognized and included in the calculation of the gain or loss on disposal or abandonment.

f)   **Cash and cash equivalents and restricted cash**

Cash and cash equivalents comprise cash balances and deposits with maturities of 90 days or less. Restricted cash comprises cash balances which are restricted from being immediately exchanged or used to settle a transaction and can be classified as either a current or non-current asset depending on the terms of the restriction(s).

g)   **Inventories**

Finished goods, work-in-process, heap leach ore and stockpiled ore are measured at the lower of average cost or net realizable value. Net realizable value is calculated as the estimated price at the time of sale based on prevailing metal prices less estimated future costs to convert the inventories into saleable form and estimated costs to sell.

Ore extracted from the mine may be stockpiled and subsequently processed into finished goods (gold and by-products in doré or silver and by-products in concentrate form). The costs of finished goods represent the costs of work-in process inventories incurred prior to the sale of doré or concentrate. Costs are included in inventory based on current costs incurred to produce doré and concentrate, including applicable depreciation and depletion of mining interests, and removed at the cost per ounce of doré produced (gold) or cost per tonne of concentrate produced (silver and by-products).

*Consolidated Financial Statements      7*

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

The recovery of gold and by-products from certain oxide ore is achieved through a heap leaching process at the La Arena and Shahuindo mines. Costs are included in heap leach ore inventory based on current mining and leaching costs, including applicable depreciation and depletion of mining interests, and removed from heap leach ore inventory as ounces of gold are recovered at the average cost per recoverable ounce of gold on the leach pads. Estimates of recoverable gold on the leach pads are calculated based on the quantities of ore placed on the leach pads (measured tonnes added to the leach pads), the estimated grade of ore placed on the leach pads, and an estimated recovery percentage.

Supplies are measured at average cost. In the event that the net realizable value of the finished product is lower than the expected cost of the finished product, the supplies used in the finished product are written down to net realizable value. Replacement costs of supplies are generally used as the best estimate of net realizable value.

**h)      Mineral interests, plant and equipment**

Mineral interests, plant and equipment are carried at cost, less accumulated depreciation and accumulated impairment losses.

On initial acquisition, mineral interests, plant and equipment are valued at cost, being the purchase price and the directly attributable costs of acquisition or construction required to bring the asset to the location and condition necessary for the asset to be capable of operating in the manner intended by management. Land is stated at cost less any impairment in value and is not depreciated, and is included in non-depletable mineral interests. When provisions for closure and decommissioning are recognized, the corresponding cost is capitalized as part of the cost of the related assets, representing part of the cost of acquiring the future economic benefits of the operation. The capitalized cost of closure and decommissioning activities is recognized in mineral interests, plant and equipment and depreciated accordingly.

Each asset or component's estimated useful life has due regard to both its own physical life limitations and the present assessment of economic viability of the mineral interests benefitting from its use, and to possible future variations in those assessments. Estimates of remaining useful lives and residual values are reviewed on a periodic basis. Changes in estimates are accounted for prospectively.

Borrowing costs directly relating to the financing of a qualifying project are added to the capitalized cost of those projects until such time as the assets are substantially ready for their intended use or sale which, in the case of mineral interests, is when commercial production is achieved.

Expenditure on major maintenance or repairs includes the cost of the replacement of parts of assets and overhaul costs. Where an asset or part of an asset is replaced and it is probable that future economic benefits associated with the item will be available to the Company, the expenditure is capitalized and the carrying amount of the item replaced derecognized. Similarly, overhaul costs associated with major maintenance are capitalized and depreciated over their useful lives where it is probable that future economic benefits will be available and any remaining carrying amounts of the cost of previous overhauls are derecognized. All other costs are expensed as incurred.

Operational mineral interests and mine development

When it has been determined that a mineral interest can be economically developed, the costs incurred to develop such interest are capitalized.

Major development expenditures on producing mineral interests incurred to increase production or extend the life of the mine are capitalized while ongoing mining expenditures on producing mineral interests are charged against earnings as incurred.

*8      Tahoe Resources Inc.*

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

Costs associated with commissioning activities are capitalized until the date the Company is ready to commence commercial production.

A mine is ready to commence commercial production when it is capable of operating at levels intended by management. The main criteria management uses to assess operating levels are:

- Operational commissioning of major mine and plant components is complete;
- Operating results are being achieved consistently for a period of time;
- Indicators that these operating results will continue; and
- Other factors which can include:

  o Significant milestones for the development of the mineral interests have been achieved;
  o A significant portion of plant/mill/pad capacity has been achieved;
  o A significant portion of available funding is directed towards operating activities rather than capital projects; or
  o A pre-determined, reasonable period of time has passed.

Management may use additional criteria to determine mine-specific operating levels for commercial production.

Any revenues earned during this period are recorded as a reduction in construction capital. These costs are amortized using the units-of-production method ("UOP") over the life of the mine, commencing on the date of commercial production.

Costs related to the acquisition of land and mineral rights are capitalized as incurred.

Assets under construction are capitalized as construction-in-progress. The cost of construction-in-progress comprises its purchase price and any costs directly attributable to bringing it into working condition for its intended use. Construction-in-progress is not depreciated. Once the asset is complete and available for use it is transferred to mineral interests, plant and equipment and depreciation commences.

Deferred Stripping

In open pit mining operations, it is necessary to remove mine waste materials or overburden to gain access to mineral ore deposits. Stripping costs incurred during the development phase of the mine (prior to commercial production) are capitalized and deferred as part of the cost of building, developing and constructing the mine (included in mineral interests) if the costs relate to anticipated future benefits and meet the definition of an asset. Once commercial production begins, the capitalized stripping costs are amortized using the units of production ("UOP") method over the estimated life of the component to which they pertain.

During the production phase, to the extent the benefit from the stripping activity is realized in the form of inventory produced, the stripping costs are considered variable production costs and are included in the costs of the inventory during the period in which they are incurred. If the benefit from the stripping activity during the production phase provides access to deeper levels of material that will be mined in future periods, the stripping costs, including directly attributable overhead costs, are capitalized as part of mineral interests and amortized using the UOP method over the estimated life of the component to which they pertain. Stripping costs during the production phase are recognized as an asset if all the following criteria are met:

- It is possible that the future benefit, i.e. improved access to the ore body, associated with the stripping activity will flow to the entity;
- The Company can identify the component of the ore body for which access has been improved; and
- The stripping activity costs associated with the component can be measured reliably.

Stripping activity occurs on separately identifiable components of the open pit and the amount capitalized is calculated by multiplying the tonnes removed for stripping purposes from each identifiable component during the period by the mining cost per tonne. If the stripping costs cannot be attributed to a separately identifiable component, they are allocated to inventory and mineral interests based on the actual waste-to-ore ratio ("strip ratio") of material extracted compared to the estimated strip ratio.

*Consolidated Financial Statements        9*

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

Depreciation of mineral interests, plant and equipment

The carrying amounts of mineral interests, plant and equipment are depreciated to their estimated residual value over the estimated useful lives of the specific assets concerned, or the estimated life of the associated mine, if shorter. Estimates of residual values and useful lives are reviewed on a periodic basis and any change in estimate is taken into account in the determination of remaining depreciation charges, and adjusted if appropriate, at each reporting period. Changes to the estimated residual values or useful lives are accounted for prospectively. Depreciation commences on the date when the asset is available for use as intended by management.

*Units of production basis ("UOP")*

For mineral interests and certain mining equipment, the economic benefits from the asset are consumed in a pattern which is linked to the production level. Except as noted below, such assets are depreciated on a UOP basis. In applying the UOP method, depreciation is normally calculated using the quantity of material extracted from the mine in the period as a percentage of the total quantity of material to be extracted in current and future periods based on life-of-mine reserves and, if appropriate, a portion of the resources where it is considered highly probable that those mineral resources will be economically extracted.

Upon declaration of commercial production, the carrying amounts of mineral interests are depleted using the UOP over the estimated life of mine based on proven and probable mineral reserves and, if appropriate, the portion of mineral resources where it is considered highly probable that those mineral resources will be economically extracted. Economic extraction is considered highly probable for those mineral resources where sufficient drill data exists, geologic interpretation has been undertaken and management has included the mineral resources in the life of mine plan. The life of mine plan represents management's best estimate of the future economic benefits expected to be obtained from the mineral properties and therefore the production levels contained in these plans may include mineral resources in each of the measured, indicated and/or inferred mineral resources category. The percentage of measured, indicated and/or inferred mineral resources to be included in the estimated recoverable ounces of a mining property and depleted using the unit-of-production method is determined on a site by site basis using the most current life of mine plan for each site and includes considerations of the following factors:

- The Company's history of converting mineral resources to mineral reserves at its operations has ranged from 40% to 80%; the Company recognizes past performance may not be indicative of future mineral resource to mineral reserve conversion rates;
- The type of deposit(s) at each mine site; and
- The geological characteristics of the ore body and its impact to the costs related to the access of the resources.

At sites where there is a lower confidence of mineral resources or where production calculated in the life of mine models does not exceed the mineral reserves, no mineral resources are included in the estimated recoverable ounces for those sites.

If commercial production commences prior to the determination of proven and probable mineral reserves, depletion is calculated based on the mineable portion of the resource as defined in the life of mine plan.

For the year ended December 31, 2016, all of the Company's operating mines were depleted using the UOP method over the estimated life of mine based on proven and probable reserves and the portion of resources expected to be converted to mineral reserves (depletion at Shahuindo began May 1, 2016, the commencement of commercial production) (year ended December 31, 2015: all operating mines which included the Escobal and La Arena mines were depleted using the UOP method over the estimated life of mine based on proven and probable reserves).

10    *Tahoe Resources Inc.*

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

*Straight line basis*

For all other assets depreciation is recognized in earnings or loss on a straight line basis over the estimated useful lives of each part of an item (component), since this most closely reflects the expected pattern of consumption of economic benefits embodied in the asset. The estimated useful lives for assets and components that are depreciated on a straight line basis range from 2 to 20 years.

| Depreciated Items | Useful Life |
|---|---|
| Computer equipment and software | 2 - 5 years |
| Vehicles | 3 - 5 years |
| Mining equipment | 2 - 14 years |
| Ancillary facilities [1] | 20 Years |
| Mineral interests and plant | UOP |

[1]    The lessor of 20 years or life of mine ("LOM").

Impairment and Disposal

At the end of each reporting period the Company reviews whether there is any indication that the assets are impaired. If any such indication exists, the recoverable amount of the asset is estimated in order to determine the extent of the impairment, if any. The recoverable amount is the higher of the asset's fair value less costs to sell and its value in use. Fair value is determined as the amount that would be obtained from the sale of the asset in an arm's length transaction between knowledgeable and willing parties. In assessing value in use, the estimated future cash flows are discounted to their present value using a discount rate that reflects current market assessments of the time value of money and the risks specific to the asset. If the recoverable amount of an asset is estimated to be less than its carrying amount, the carrying amount of the asset is reduced to its recoverable amount and the impairment loss is recognized in the earnings or loss for the period. For an asset that does not generate largely independent cash inflows, the recoverable amount is determined for the cash generating unit ("CGU") to which the asset belongs.

Where an impairment loss subsequently reverses, the carrying amount of the asset (or CGU) is increased to the revised estimate of its recoverable amount, but to an amount that does not exceed the carrying amount that would have been determined had no impairment loss been recognized for the asset (or CGU) in prior years. A reversal of an impairment loss is recognized immediately in earnings or loss.

Where an item of mineral interests, plant and equipment is disposed of, it is derecognized and the difference between its carrying value and net sales proceeds is disclosed as earnings or loss on disposal in the consolidated statements of operations and total comprehensive income (loss). Any items of mineral interests, plant or equipment that cease to have future economic benefits are derecognized with any gain or loss included in the financial year in which the item is derecognized.

**i)    Exploration and evaluation assets**

The cost of exploration and evaluation assets acquired through a business combination or an asset acquisition are capitalized, as are expenditures incurred for the acquisition of land and surface rights. All other exploration and evaluation expenditures are expensed as incurred, including those incurred before the Company has obtained the legal rights to explore an area of interest.

Capitalization of evaluation expenditures commences when the technical feasibility and commercial viability of a project has been reached and hence it is probable that future economic benefits will flow to the Company.

Capitalized exploration and evaluation costs are classified as non-depletable mineral interests within mineral interests, plant and equipment.

Corporate general and administrative costs related to exploration and evaluation assets are expensed as incurred.

*Consolidated Financial Statements        11*

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

**j)**   **Leases**

In addition to contracts which take the legal form of a lease, other significant contracts are assessed to determine whether, in substance, they are or contain a lease, if the contractual arrangement contains the use of a specific asset and the right to use that asset. Where the Company receives substantially all the risks and rewards of ownership of the asset, these assets are capitalized at the lower of the fair value of the lease asset or the estimated present value of the minimum lease payments. The corresponding lease obligation is included within lease obligations and accretion expense is recognized over the term of the lease.

The Company will engage in sale and leaseback transactions as part of its financing strategy if and when it is deemed appropriate. Where a sale and leaseback transaction results in a finance lease, any excess of sales proceeds over the carrying amount is deferred and amortized over the lease term. Where a sale and leaseback transaction results in an operating lease, and it is clear that the transaction is established at fair value, any profit or loss is recognized immediately. If the sales price is below fair value, the shortfall is recognized in income immediately, except that, if the loss is compensated for by future lease payments at below market prices, it is deferred and amortized in proportion to the lease payments over the period for which the asset is expected to be used. If the sale price is above fair value, the excess over fair value is deferred and amortized over the period the asset is expected to be used.

Operating leases are not capitalized and payments are included in the consolidated statements of operations and total comprehensive income (loss) on a straight-line basis over the term of the lease.

**k)**   **Provision for site reclamation and closure costs**

The Company recognizes a liability for site closure and reclamation costs in the period in which it is incurred for disturbance to date, if a reasonable estimate of costs can be made. The Company records the net present value of estimated future cash flows associated with site closure and reclamation as a liability when the liability is incurred and increases the carrying value of the related assets for that amount. Subsequently, these capitalized costs are amortized over the life of the related assets. At the end of each reporting period, the estimated net present value of reclamation and closure cost obligations is assessed to reflect the passage of time (accretion expense) and changes in the estimated future cash flows underlying any initial estimates.

**l)**   **Financial instruments**

Financial assets and liabilities are recognized when the Company or its subsidiaries become party to the contracts that give rise to them and are classified as loans and receivables, financial instruments at FVTPL, held-to-maturity, available for sale financial assets and other liabilities, as appropriate. The Company considers whether a contract contains an embedded derivative when the entity first becomes a party to it. The embedded derivatives are separated from the host contract if the host contract is not measured at FVTPL and when the economic characteristics and risks are not closely related to those of the host contract. Reassessment only occurs if there is a change in the terms of the contract that significantly modifies the cash flows that would otherwise be required.

The Company ceases to recognize financial assets when the contractual rights to the cash flows from the assets expire, or it transfers the rights to receive the contractual cash flows on the financial assets in a transaction in which substantially all the risks and rewards of ownership of the financial assets are transferred. Any interest in transferred financial assets that is created or retained by the Company is recognized as a separate asset.

Financial liabilities are recognized initially at fair value net of any directly attributable transaction costs. Subsequent to initial recognition, current debt is measured at amortized cost using the effective interest method and the currency swap are measured at FVTPL.

<u>Financial assets at fair value through profit or loss</u>

Financial assets at FVTPL include financial assets held for trading and financial assets designated upon initial recognition as at FVTPL. A financial asset is classified in this category principally for the purpose of selling in the short term, or if so designated by management. The Company holds warrants in certain public companies; the warrants are considered derivatives and measured at fair value, with changes in fair value at each period end recorded in earnings. Transaction costs are expensed as incurred.

*12    Tahoe Resources Inc.*

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

Available for sale financial assets

AFS financial assets are those non-derivative financial assets that are designated as such or are not classified as loans and receivables, held-to-maturity investments or financial assets at FVTPL. AFS financial assets are measured at fair value upon initial recognition and at each period end, with unrealized gains or losses being recognized as a separate component of equity in other comprehensive income (loss) until the investment is derecognized or until the investment is determined to be impaired, at which time the cumulative gain or loss previously reported in equity is included in earnings. The Company has classified its investments in certain public companies as AFS.

Loans and receivables

Trade receivables, loans and other receivables that have fixed or determinable payments that are not quoted in an active market are classified as loans and receivables. Loans and receivables are initially recognized at the transaction value and subsequently carried at amortized cost using the effective interest method. Gains and losses are recognized in the statement of comprehensive income (loss) when the loans and receivables are derecognized or impaired, as well as through the amortization process. Interest income is recognized by applying the effective interest rate, except for short-term receivables when the recognition of interest would be immaterial.

Other financial liabilities

Other financial liabilities, including loans and borrowings, are recognized initially at fair value, net of transaction costs. After initial recognition, interest bearing loans and borrowings are subsequently measured at amortized cost using the effective interest method. Gains and losses are recognized in earnings when the liabilities are derecognized as well as through the amortization process. Borrowings are classified as current liabilities unless the Company has an unconditional right to defer settlement of the liability for at least 12 months after the statement of financial position date, and are derecognized when, and only when, the Company's obligations are discharged or they expire.

Derivative instruments

Derivative instruments, including embedded derivatives, are recorded at fair value on initial recognition and at each subsequent reporting period. Any gains or losses arising from changes in fair value on derivatives are recorded in the statement of comprehensive income (loss).

Fair values

The fair value of quoted investments is determined by reference to market prices at the close of business on the statement of financial position date. Where there is no active market, fair value is determined using valuation techniques. These include using recent arm's length market transactions; reference to the current market value of another instrument which is substantially the same; discounted cash flow analysis; and, pricing models.

Impairment of financial assets

Financial assets, other than those recorded at FVTPL, are assessed for indicators of impairment at each period end. A financial asset is considered impaired when there is objective evidence that, as a result of one or more events that occurred after the initial recognition of the financial asset, the estimated future cash flows of the investments have been adversely impacted.

If an available for sale asset is impaired, the change in fair value is transferred to earnings in the period, including cumulative gains or losses previously recognized in other comprehensive income (loss). Reversals of impairment in respect of equity instruments classified as available for sale are not recognized in earnings but included in other comprehensive income (loss).

*Consolidated Financial Statements    13*

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

m)    **Share capital**

Common shares are classified as equity. Incremental costs directly attributable to the issue of common shares are recognized as a deduction from equity, net of any tax effects.

The Company offers a dividend reinvestment plan for its common shareholders. Participation is optional and under the terms of the plan, cash dividends on common shares are used to purchase additional common shares. The common shares are issued from the Company's treasury at a 3% discount to the average market price. The Company maintains the right to reduce or eliminate the discount at any time.

n)    **Revenue recognition**

Revenue is recognized when the significant risks and rewards of ownership have passed to the buyer; it is probable that economic benefits associated with the transaction will flow to the Company; the sale price can be measured reliably; the Company has no significant continuing involvement; and the costs incurred or to be incurred in respect of the transaction can be measured reliably. In circumstances where title is retained to protect the financial security interests of the Company, revenue is recognized when the significant risks and rewards of ownership have passed to the buyer.

Revenues and trade receivables on concentrate sales are subject to adjustment upon final settlement of metal prices, weights, and assays as of a date that is typically a few months after the shipment date. The Company records adjustments to concentrate revenues and trade receivables monthly based on quoted forward prices for the expected settlement period. Adjustments for weights and assays are recorded when results are determinable or on final settlement. A portion of trade receivables are therefore measured at FVTPL and changes in value are recorded in revenues. Treatment and refining charges are netted against revenues from metal concentrate sales.

Revenues and trade receivables on doré sales are recorded at the time the refined metal is transferred to the customer's account.

Until a mine is operating at the level intended by management, revenues will be offset against mineral interests, plant and equipment costs.

o)    **Share-based payments**

Share-based compensation arrangements in which the Company receives goods or services as consideration for its own equity instruments are accounted for as equity-settled share-based payment transactions. If the fair value of the goods or services received cannot be estimated reliably, the share-based payment transaction is measured at the fair value of the equity instruments granted at the date the Company receives the goods or the services.

The fair value of share-based compensation on the grant date to key management personnel and employees is recognized as an expense, with a corresponding increase in equity, over the period that the optionee becomes unconditionally entitled to the options. The amount recognized as an expense is adjusted to reflect the actual number of share options for which the related service and vesting conditions are met.

The amount payable in respect of SARs, which are settled in cash, is recognized as an expense with a corresponding increase in liabilities over the period that the rights are exercisable. The liability is measured at each reporting date using the Black-Scholes option pricing model and is recorded at fair value.

p)    **Income taxes**

Income tax on the earnings or loss for the years presented comprises current and deferred tax. Income tax is recognized in earnings or loss in the statements of operations except to the extent that it relates to items recognized directly in equity, in which case it is recognized in equity.

*14    Tahoe Resources Inc.*

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

Current tax expense is the expected tax payable on the taxable income for the period, using tax rates substantively enacted at period end, adjusted for amendments to tax payable with regards to previous years.

Deferred tax is provided using the balance sheet liability method, providing for temporary differences between the carrying amounts of assets and liabilities for financial reporting purposes and the amounts used for taxation purposes. Deferred tax is not recognized for temporary differences which arise on the initial recognition of assets or liabilities in a transaction that is not a business combination and that affects neither accounting, nor taxable earnings or loss. The amount of deferred tax provided is based on the expected manner of realization or settlement of the carrying amount of assets and liabilities, using tax rates enacted or substantively enacted at the balance sheet reporting date.

A deferred tax asset is recognized only to the extent that it is probable that future taxable earnings will be available against which the asset can be utilized. Deferred tax assets are reviewed at each reporting date and are reduced to the extent it is no longer probable that the related tax benefit will be realized.

**q)      Earnings (loss) per share**

The Company presents basic and diluted earnings (loss) per share ("EPS") data for its common shares. Basic EPS is calculated by dividing earnings (loss) attributable to common shareholders of the Company by the weighted average number of common shares outstanding during the year.

Diluted EPS is determined by adjusting the earnings (loss) attributable to common shareholders and the weighted average number of common shares outstanding for the effects of all dilutive potential common shares.

**r)      Other comprehensive income (loss)**

Other comprehensive income (loss) is the change in the Company's net assets that results from transactions, events and circumstances from sources other than the Company's shareholders and includes items that are not included in net profits such as unrealized gains and losses on financial assets classified as AFS, net of income taxes and gains or losses on certain derivative instruments.

**s)      Employee benefits**

The Company has defined contribution pension plans which cover certain of the Company's employees. Under the provisions of the plans, the Company contributes a fixed percentage of the employees' salaries to the pension plans. The employees are able to direct the contributions into a variety of investment funds offered by the plans. Pension costs associated with the Company's required contributions under the plans are recognized as an expense when the employees have rendered service entitling them to the contribution and are charged to earnings or loss, or capitalized to mining interests for employees directly involved in the specific projects. The Company has no further legal or constructive obligation once the contributions have been paid.

**t)      Investments in associates**

The Company's investments in associates are accounted for using the equity method of accounting. Under the equity method, the Company's investment in an associate is initially recognized at cost and subsequently increased or decreased to recognize the Company's share of earnings and losses of the associate and for impairment losses after the initial recognition date. The Company's share of an associate's losses that are in excess of its investment in the associate are recognized only to the extent that the Company has incurred legal or constructive obligations or made payments on behalf of the associate. The Company's share of earnings and losses of associates are recognized in earnings during the period.

After application of the equity method, the Company determines whether it is necessary to recognize an impairment loss on the Company's investment in an associate. The Company determines at each statement of financial position date whether there is any objective evidence that the investment in the associate is impaired. If this is the case, the Company calculates the amount of impairment as the difference between the recoverable amount of the associate and its carrying value and recognizes the amount in earnings. When a group entity transacts with an associate of the Company, profits and losses are eliminated to the extent of the Company's interest in the relevant associate.

*Consolidated Financial Statements      15*

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (expressed in 000's of USD, except as otherwise stated)

**4.    CHANGES IN ACCOUNTING POLICIES AND STANDARDS**

**a)    Application of new or amended accounting standards effective January 1, 2016**

i.    *New or amended standards adopted in the Company's consolidated financial statements.*

The Company has evaluated the following new or amended IFRS standards and has applied them for periods beginning on or after January 1, 2016. The Company has determined there to be no material impact on the consolidated financial statements upon adoption:

- IFRS 5 – Non-Current Assets Held For Sale and Discontinued Operations;
- IFRS 7 – Financial Instruments: Disclosures;
- IFRS 10 – Consolidated Financial Statements;
- IFRS 11 – Joint Arrangements;
- IFRS 12 – Disclosure of Interest in Other Entities;
- IAS 1 – Presentation of Financial Statements;
- IAS 16 – Property, Plant and Equipment;
- IAS 19 – Employee Benefits;
- IAS 28 – Investments in Associates and Joint Ventures;
- IAS 34 – Interim Financial Reporting; and
- IAS 38 – Intangible Assets.

**b)    Future accounting standards and interpretations**

A number of new IFRS standards, and amendments to standards and interpretations, are not yet effective for the year ended December 31, 2016, and have not been applied in preparing these consolidated financial statements.

The Company is currently evaluating the impact the following standards are expected to have on its consolidated financial statements:

i.    *New or amended standards effective January 1, 2017.*

- IAS 7 – Statement of Cash Flows; and
- IAS 12 – Income Taxes.

ii.    *New or amended standards effective January 1, 2018 and thereafter.*

- IFRS 9 – Financial Instruments;
- IFRS 15 – Revenue from Contracts with Customers; and
- IFRS 16 – Leases.

IFRS 15 - Revenue from Contracts with Customers ("IFRS 15") and IFRS 16 – Leases ("IFRS 16") are expected to have an impact on the Company's consolidated financial statements upon adoption.

IFRS 15 was issued by the IASB on May 28, 2014, and will replace IAS 18, Revenue, IAS 11, Construction Contracts, and related interpretations on revenue. IFRS 15 sets out the requirements for recognizing revenue that apply to all contracts with customers, except for contracts that are within the scope of the Standards on leases, insurance contracts and financial instruments. IFRS 15 uses a control based approach to recognize revenue which is a change from the risk and reward approach under the current standard. Companies can elect to use either a full or modified retrospective approach when adopting this standard. IFRS 15 is effective for annual reporting periods beginning on or after January 1, 2018. The Company is currently evaluating the impact of IFRS 15 on its consolidated financial statements

IFRS 16 was issued by the IASB on January 13, 2016, and will replace IAS 17, Leases. The new Standard will bring most leases on-balance sheet for lessees under a single model, eliminating the distinction between operating and finance leases. Lessor accounting however, remains largely unchanged and the distinction between operating and finance leases is retained. IFRS 16 is effective for annual reporting periods beginning on or after January 1, 2019. Earlier application is permitted if IFRS 15, Revenue from Contracts with Customers, has been applied. The Company is currently evaluating the impact of IFRS 16 on its consolidated financial statements.

*16    Tahoe Resources Inc.*

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (expressed in 000's of USD, except as otherwise stated)

**5.    CRITICAL JUDGMENTS AND ESTIMATES IN APPLYING ACCOUNTING POLICIES**

The preparation of consolidated financial statements in conformity with IFRS requires management to make judgments and estimates that affect the application of accounting policies and the reported amounts of assets, liabilities, contingent liabilities, income and expenses. Actual results could differ from these estimates. Estimates and underlying assumptions are reviewed on an ongoing basis. Revisions to accounting estimates are recognized in the period in which the estimates are revised and applied prospectively.

**a)    Judgments**

    *i.    Commercial Production*

In order to declare commercial production, a mine must be able to operate at levels intended by management. Prior to commercial production costs incurred are capitalized as part of the cost of placing the asset into service and proceeds from the sale of concentrates and doré are offset against the costs capitalized. Subsequent to the declaration of commercial production depletion of the costs incurred begins. Management considers several criteria in determining when a mine is operating at levels intended, and is therefore in commercial production.

    *ii.    Functional Currency*

The functional currency for each of the Company and its subsidiaries is the currency of the primary economic environment in which the entity operates. The Company has determined that for each subsidiary the functional currency is the United States dollar. When determining the functional currency certain judgments may be involved to assess the primary economic environment in which the entity operates. If there is a change in events or conditions which determined the primary economic environment, the Company reevaluates the functional currency for each of the subsidiary impacted.

    *iii.    Economic recoverability and probability of future economic benefits of exploration, evaluation and development costs.*

The Company makes determinations whether development and related costs incurred which have been capitalized are economically recoverable. Management uses several criteria in its assessments of economic recoverability and probability of future economic benefits including geological and metallurgical information, economic assessments and existing permits for the life of mine plan. The estimates contained within these criteria could change over time which could affect the economic recoverability of capitalized costs.

**b)    Estimates**

    i.    *Revenue recognition*

As is customary in the industry, revenue on provisionally priced concentrate sales is recognized based on relevant forward market prices. At each reporting period, provisionally priced concentrate sales are marked to market based on the estimated forward price for the quotational period stipulated in the contract. The adjustment to provisionally priced metal sold is included in concentrate revenue.

    ii.    *Estimated material in the mineral reserves*

The figures for mineral reserves and mineral resources are determined in accordance with National Instrument 43-101 Standards of Disclosure for Mineral Projects ("NI 43-101"), issued by the Canadian Securities Administrators. NI 43-101 articulates the standards of disclosure for mineral projects including rules relating to the determination of mineral reserves and mineral resources. Management assesses the estimated mineral reserves and mineral resources used in the calculation of depletion at least annually, or whenever facts and circumstances warrant that an assessment should be made. Changes to estimates of mineral reserves and mineral resources and depletable costs including changes resulting from revisions to the Company's mine plans and changes in metal price forecasts can result in a change in future depletion rates.

*Consolidated Financial Statements        17*

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

Where commercial production has commenced but proven and probable reserves have yet to be established, the carrying amounts of the Company's depletable mineral interests are depleted based on the mineable portion of measured and indicated resources.

iii.    *Determination of Useful Lives*

Plant and equipment other than mineral interests are depreciated using the straight-line method based on the specific asset's useful life. Should the actual useful life of the plant or equipment vary from the initial estimation, future depreciation charges may change. Should the componentization of these like assets change, depreciation charges may vary materially in the future.

iv.    *Impairment charges*

At the end of each reporting period, the Company assesses whether any indication of impairment exists. Where an indicator of impairment exists, an impairment analysis is performed. The impairment analysis requires the use of estimates and assumptions including amongst others, long-term commodity prices, discount rates, length of mine life, future production levels, future operating costs, future capital expenditures and tax positions taken. The estimates and assumptions are subject to risk and uncertainty; hence, there is the possibility that changes in circumstances will alter these projections, which may impact the recoverable amount of the individual assets or CGUs. In such circumstances, some or all of the carrying value of the assets or CGUs may be further impaired or the impairment charge reduced with the impact recorded in the consolidated statements of operations and comprehensive income (loss).

v.    *Reclamation provision and site closure costs*

The Company's accounting policy for the recognition of accrued site closure costs requires significant estimates and assumptions such as the requirements of the relevant environmental, legal and regulatory framework, the magnitude of possible disturbance and the timing, extent and costs of required closure and rehabilitation activity. Changes to these estimates and assumptions may result in future actual expenditures differing from the amounts currently provided for. The decommissioning liability is periodically reviewed and updated prospectively based on the available facts and circumstances.

vi.    *Income taxes*

The Company is periodically required to estimate the tax basis of assets and liabilities. Where applicable tax laws and regulations are either unclear or subject to varying interpretations, it is possible that changes in these estimates could occur that materially affect the amounts of deferred income tax assets and liabilities recorded in the financial statements. Changes in deferred tax assets and liabilities generally have a direct impact on earnings in the period of changes. Each period, the Company evaluates the likelihood of whether some portion or all of each deferred tax asset will not be realized. This evaluation is based on historic and future expected levels of taxable income, the pattern and timing of reversals of taxable temporary timing differences that give rise to deferred tax liabilities, and tax planning initiatives. Levels of future taxable income are affected by, among other things, the market price for saleable metals, production costs, interest rates and foreign currency exchange rates.

vii.    *Valuation of inventory*

All inventory is valued at the lower of average cost or net realizable value. Management is required to make various estimates and assumptions to determine the value of stockpiled ore, concentrate inventories, ore stacked on leach pads and ore in process. The estimates and assumptions include surveyed quantities of stockpiled ore, in-process volumes, contained metal content, recoverable metal content, costs to recover saleable metals, payable metal values once processed and the corresponding metals prices. Changes in these estimates can result in changes to the carrying amounts of inventories and mine operating costs of future periods.

*18    Tahoe Resources Inc.*

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

*viii.    Deferred stripping costs*

Stripping costs incurred during the production phase of a mineral property that relate to reserves and resources that will be mined in a future period are capitalized. The Company makes estimates of the stripping activity over the life of the component of reserves and resources which will be made accessible. Changes in estimated strip ratios can result in a change to the future capitalization of stripping costs incurred.

*ix.    Share-based compensation*

The Company makes certain estimates and assumptions when calculating the fair values of share-based compensation granted. The significant estimations and assumptions include expected volatility, expected life, expected dividend yield and expected risk-free rate of return. Changes in these assumptions may result in a material change to the expense recorded for the issuance of share-based compensation.

*x.    Business combinations*

The information necessary to measure the fair values as at the acquisition date of assets acquired and liabilities assumed requires management to make certain judgments and estimates about future events, including but not limited to:

- Estimates of mineral reserves, mineral resources and exploration potential acquired;
- Future operating costs and capital expenditures;
- Discount rates to determine fair value of assets acquired; and
- Future metal prices and long-term foreign exchange rates.

Changes to the preliminary measurements of assets and liabilities acquired may be retrospectively adjusted when new information is obtained until the final measurements are determined within one year of the acquisition date.

*xi.    Contingencies*

Due to the size, complexity and nature of the Company's operations, various legal and tax matters arise in the ordinary course of business. The Company accrues for such items when a liability is both probable and the amount can be reasonably estimated.

There are no matters at December 31, 2016 that are expected to have a material effect on the consolidated financial statements of the Company.

## 6.    BUSINESS COMBINATION

**a)    Acquisition of 100% interest in Lake Shore Gold**

*i.    Terms of the business combination*

On April 1, 2016 (the "Acquisition Date"), the Company completed the previously announced acquisition of Lake Shore Gold pursuant to a statutory plan of arrangement (the "Arrangement"). The Arrangement was approved by shareholders of the Company and the shareholders of Lake Shore Gold on March 31, 2016 and received final court approval on April 1, 2016.

The Arrangement was completed pursuant to the terms of a definitive arrangement agreement dated February 8, 2016 between the Company and Lake Shore Gold (the "Arrangement Agreement"). Pursuant to the terms of the Arrangement Agreement, Lake Shore Gold became a wholly-owned subsidiary of the Company on April 1, 2016 and all of the issued and outstanding common shares of Lake Shore Gold (each a "Lake Shore Gold Share") were transferred to the Company in consideration for the issuance by the Company of 0.1467 of a common share for each Lake Shore Gold Share (each whole common share a "Tahoe Share").

*Consolidated Financial Statements      19*

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

In connection with the closing of the Arrangement, the Company issued an aggregate of 69,239,629 Tahoe Shares to the former shareholders of Lake Shore Gold. The Company authorized the issuance of up to an additional 1,621,877 Tahoe Shares issuable upon the exercise of former stock options to acquire Lake Shore Gold Shares.

Total consideration paid was based on the April 1, 2016 opening price of Tahoe Shares on the Toronto Stock Exchange ("TSX") of CAD$12.75 and a CAD to USD foreign exchange rate of 0.7665, and is comprised of the following:

| | Shares Issued/Issuable | | Consideration |
|---|---|---|---|
| Fair value estimate of the Tahoe share consideration | 69,239,629 | $ | 676,670 |
| Fair value estimate of the consideration for options [1] | 1,621,877 | | 8,436 |
| **Total consideration** | **70,861,506** | **$** | **685,106** |

[1]     The fair value of the options was determined using the Black-Scholes option pricing model. Where applicable, the inputs and ranges used in the measurement of the fair value (CAD) of the options were as follows:

| | | |
|---|---|---|
| Share price (CAD) at April 1, 2016 | $ | 12.75 |
| Exercise price (CAD) | $ | 2.79-25.97 |
| Expected volatility | | 48.41%-62.60% |
| Expected life (years) | | 0.04-4.67 |
| Expected dividend yield | | 2.46% |
| Risk-free interest rate | | 0.54%-0.62% |
| Fair value (CAD) | $ | 0.01-9.65 |
| April 1, 2016 CAD to USD exchange rate | $ | 0.77 |
| Fair value (USD) | $ | 0.01-7.40 |

This acquisition has been accounted for as a business combination with Tahoe as the acquirer. The allocation of the purchase price has been finalized. Management determined the fair values of identifiable assets and liabilities, measured the associated deferred income tax assets and liabilities, and determined the value of goodwill.

The final allocation of the purchase price is as follows:

| | | |
|---|---|---|
| Cash and cash equivalents | $ | 70,187 |
| Trade and other receivables | | 4,930 |
| Inventories | | 13,774 |
| Other current and non-current assets | | 3,876 |
| Property, plant and equipment | | 174,747 |
| Mineral interests and exploration potential | | 615,939 |
| Goodwill [1] | | 54,617 |
| | | |
| Accounts payable, accrued liabilities and other [2] | | (45,246) |
| Lease obligation | | (16,589) |
| Reclamation provision | | (3,721) |
| Convertible debentures | | (105,693) |
| Deferred tax liability | | (81,715) |
| **Total net assets acquired** | **$** | **685,106** |

[1]     Goodwill of $54,617 was recognized due to the deferred tax liability generated on the business combination. The total amount of goodwill that is expected to be deductible for tax purposes is $nil.

[2]     Accounts payable, accrued liabilities and other includes a liability of $2,131 relating to PSUs which were outstanding and not converted prior to the acquisition on April 1, 2016. The PSUs were converted into 211,442 commons shares of the Company during the year ended December 31, 2016.

[3]     As a result of the finalization of the purchase price allocation, the fair value attributed to goodwill and the reclamation provision decreased by $75,291 and $1,880, respectively, while mineral interest and exploration potential and the deferred income tax liabilities increased by $102,895 and $29,484, respectively, since June 30, 2016. These adjustments did not have a material impact on the Company's earnings for the year.

Lake Shore Gold's principal mining properties are its 100% owned Bell Creek and Timmins West gold mines (together the "Timmins mines") located in northeastern Ontario, Canada (note 22).

20     *Tahoe Resources Inc.*

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

The revenues and loss of Lake Shore Gold included in these consolidated financial statements are $137,120 and $23,329, respectively for the period since acquisition. The loss includes the impact of the $32,304 non-cash loss recognized on the redemption of the convertible debentures. Total transaction costs incurred relating to the acquisition and included in general and administrative expenses for the year ended December 31, 2016 are $11,134. Included in these transaction costs are 455,019 common shares of the Company issued with a value of $5,332.

Had the acquisition occurred on January 1, 2016, the total pro-forma consolidated revenues and earnings of the Company for the year ended December 31, 2016 would have been $831,909 and $92,346, respectively.

The acquisition supports the Company's growth strategy by adding high-quality assets which will increase the sustainable production level, contribute to cash flow and diversify the Company's operations.

ii.    *Convertible debentures*

Lake Shore Gold had outstanding a class of 6.25% convertible unsecured debentures (the "Debentures"), which were governed by an indenture dated September 7, 2012, as supplemented effective April 1, 2016. On April 1, 2016, as a result of the completion of Tahoe's acquisition of Lake Shore Gold, Lake Shore Gold gave notice of its offer to purchase in exchange for Tahoe Shares, all of its outstanding Debentures at 100% of the principal amount plus accrued and unpaid interest (the "Change of Control Offer").

Concurrently with the Change of Control Offer, Lake Shore Gold gave notice of its election to redeem the Debentures on May 16, 2016 at a price equal to their principal amount plus accrued and unpaid interest. The Company elected to satisfy its obligation to repay the principal amount of the Debentures by issuing Tahoe Shares to the holders of the Debentures. The number of Tahoe Shares to be issued was determined by dividing the aggregate principal amount of the outstanding Debentures redeemed by 95% of the volume weighted average trading price of Tahoe Shares on the TSX for the 20 trading days ended on and including May 9, 2016.

Debentureholders maintained the right to convert the Debentures at any time prior to May 13, 2016 at a conversion price of CAD$9.5433 per Tahoe Share, being a conversion rate of 104.7856 Tahoe Shares per $1,000 principal amount of the Debentures. An aggregate of 10,611,411 Tahoe Shares were issued pursuant to the exercise of conversion rights available to the debentureholders. The Debentures remaining outstanding after voluntary conversions were redeemed by Lake Shore Gold on May 16, 2016 for an aggregate of 122,264 Tahoe Shares, and the Debentures were delisted from trading on the Toronto Stock Exchange at the close of business that day. As a result of the redemption of the remaining debentures during the year ended December 31, 2016, the Company recognized a non-cash loss of $32,304 reflecting the appreciation of Tahoe's share price between the closing price on April 1, 2016 and completion of the redemption on May 16, 2016.

**b)    Acquisition of 100% interest in Rio Alto**

On April 1, 2015, the Company completed the Plan of Arrangement (the "Arrangement") with Rio Alto which was accounted for as a business combination. Pursuant to the Arrangement and effective upon closing, Rio Alto became a wholly-owned subsidiary of Tahoe, and all of the issued and outstanding common shares of Rio Alto (each a "Rio Alto Share") were transferred to Tahoe in consideration for the issuance by Tahoe of 0.227 of a common share of Tahoe (each whole common share a "Tahoe Share") and the payment of CAD$0.001 in cash for each Rio Alto Share.

In connection with the closing of the Arrangement, Tahoe issued an aggregate of 75,991,381 Tahoe Shares to the former shareholders of Rio Alto. On closing of the Arrangement, Tahoe had 223,726,156 common shares issued and outstanding, with former Rio Alto shareholders holding approximately 34% on an undiluted basis. Tahoe had authorized the issuance of up to an additional 3,374,449 Tahoe Shares issuable upon the exercise of the stock options (the "Options") held by the former option holders of Rio Alto and an additional 2,011,244 Tahoe Shares issuable upon the exercise of Rio Alto warrants. Subsequent to the closing of the Arrangement and prior to the expiration date of April 12, 2015, all outstanding warrants were exercised and 2,011,244 Tahoe Shares were issued for total proceeds of CAD$21,210.

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

Total consideration paid was based on the April 1, 2015 price of Tahoe Shares on the TSX of CAD$14.21 and a CAD to USD foreign exchange rate of 0.7929 and was comprised of the following:

| | Number of Shares Issued | Number of Shares Issuable | Fair Value |
|---|---|---|---|
| Tahoe Shares | 75,991,381 | - | $ 856,198 |
| Options [1] | - | 3,374,449 | 11,536 |
| Cash | - | - | 272 |
| **Total consideration** | **75,991,381** | **3,374,449** | **$ 868,006** |

[1]    The fair values of the Options were determined using the Black-Scholes option pricing model. The inputs and input ranges, where applicable, used in the measurement of the fair value (CAD) of the Options were as follows:

| | | |
|---|---|---|
| Share price | $ | 14.21 |
| Exercise price | $ | 6.13 – 23.13 |
| Expected volatility | | 42.36% – 54.99% |
| Expected life (years) | | 0.08 – 4.55 |
| Expected dividend yield | | 1.69% |
| Risk-free interest rate | | 0.49% – 0.57% |
| Fair value (CAD) | $ | 0.49 – 7.98 |

This acquisition was accounted for as a business combination with Tahoe as the acquirer. The allocation of the purchase price was finalized in 2015. Management determined the fair values of identifiable assets and liabilities assumed, measured the associated deferred income tax assets and liabilities, and determined the value of goodwill.

The final allocation of the purchase price was as follows:

| | | |
|---|---|---|
| Cash and cash equivalents | $ | 61,713 |
| Other current and non-current assets | | 75,774 |
| Mineral interests [2] | | 1,011,269 |
| Goodwill [1][2] | | 57,468 |
| | | |
| Current liabilities | | (94,592) |
| Warrant liability [3] | | (5,837) |
| Reclamation and closure cost obligations | | (20,099) |
| Other non-current liabilities and deferred gain on sale leaseback | | (19,573) |
| Deferred income tax liabilities [2] | | (198,117) |
| | $ | 868,006 |

[1]    Goodwill of $57,468 was recognized as a result of the deferred tax liability recognized on the excess of the fair value of the acquired assets over their corresponding tax bases. The total amount of goodwill that is expected to be deductible for tax purposes is $nil.

[2]    As a result of the finalization of the purchase price allocation, the fair value attributed to other current and non-current assets, mineral interests and reclamation and closure cost obligations decreased by $2,680, $8,737 and $1,746, respectively, while goodwill, deferred income tax liabilities and other non-current liabilities and deferred gain on sale leaseback increased by $12,356, $2,392 and $293, respectively, since June 30, 2015. These adjustments did not have a material impact on the Company's net loss for the year.

[3]    The fair value of the warrant liability was determined using the Black-Scholes option pricing model. The inputs and input ranges, where applicable, used in the measurement of the fair value (CAD) of the warrant liability were as follows:

| | | |
|---|---|---|
| Share price | $ | 14.21 |
| Exercise price | $ | 10.55 |
| Expected volatility | | 46.60% |
| Expected life (years) | | 0.03 |
| Expected dividend yield | | 1.69% |
| Risk-free interest rate | | 0.49% |
| Fair value (CAD) | $ | 3.66 |

The principal mining properties acquired were the 100% owned La Arena gold mine and the 100% owned Shahuindo mine (a gold project at the time of acquisition).

22    *Tahoe Resources Inc.*

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

The revenues and net loss of Rio Alto since April 1, 2015, the acquisition date, included in the comparative 2015 consolidated financial statements were $195,805 and ($144,733), respectively. Total transaction costs incurred relating to the acquisition and included in general and administrative expenses for the year ended December 31, 2015 are $7,239.

Had the acquisition occurred on January 1, 2015, the total pro-forma consolidated revenues and net loss of the Company for the year ended December 31, 2015 would have been $263,567 and ($157,544), respectively.

The acquisition supported the Company's growth strategy by adding high-quality assets which have increased the sustainable production level, contributed to cash flow and diversified the Company's operations.

## 7. CASH AND CASH EQUIVALENTS

|  | | December 31, 2016 | | December 31, 2015 |
|---|---|---|---|---|
| Cash | $ | **162,841** | $ | 108,140 |
| Cash equivalents | | **527** | | 527 |
|  | $ | **163,368** | $ | 108,667 |

## 8. TRADE AND OTHER RECEIVABLES

|  | | December 31, 2016 | | December 31, 2015 |
|---|---|---|---|---|
| Trade receivables | $ | **18,997** | $ | 17,239 |
| Sales tax receivable | | **42,844** | | 23,935 |
| Other | | **2,805** | | 2,060 |
|  | $ | **64,646** | $ | 43,234 |

## 9. INVENTORIES

|  | | December 31, 2016 | | December 31, 2015 |
|---|---|---|---|---|
| Supplies | $ | **56,612** | $ | 41,658 |
| Stockpile | | **16,940** | | 2,230 |
| Work in process | | **27,649** | | 17,228 |
| Finished goods | | **25,417** | | 8,964 |
|  | $ | **126,618** | $ | 70,080 |

The cost of inventories recognized as an expense for the year ended December 31, 2016 was $457,465 (year ended December 31, 2015: $320,310) and is included in total operating costs.

*Consolidated Financial Statements    23*

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (expressed in 000's of USD, except as otherwise stated)

**10.    MINERAL INTERESTS**

| | Mineral Interests | | Plant & | |
| | Depletable | Non-Depletable | Equipment | Total |
|---|---|---|---|---|
| **Cost** | | | | |
| **Balance at January 1, 2016** [6] | $ 714,011 | $ 737,108 | $ 595,377 | $ 2,046,496 |
| Acquired mineral interests [1][2] | 278,489 | 337,450 | 174,747 | 790,686 |
| Additions | 69,178 | 7,128 | 134,802 | 211,108 |
| Disposals | - | - | (5,413) | (5,413) |
| Transfers [3] | 444,042 | (444,042) | - | - |
| Change in reclamation provision | 18,603 | - | - | 18,603 |
| **Balance at December 31, 2016** | $ 1,524,323 | $ 637,644 | $ 899,513 | $ 3,061,480 |
| **Accumulated depreciation and depletion** | | | | |
| **Balance at January 1, 2016** [6] | $ (169,160) | $ (121,000) | $ (81,824) | $ (371,984) |
| Additions | (75,088) | - | (61,933) | (137,021) |
| Disposals | - | - | 4,478 | 4,478 |
| Transfers [3] | (121,000) | 121,000 | - | - |
| **Balance at December 31, 2016** | $ (365,248) | $ - | $ (139,279) | $ (504,527) |
| **Carrying amount at December 31, 2016** | $ 1,159,075 | $ 637,644 | $ 760,234 | $ 2,556,953 |

| | Mineral Interests | | Plant & | |
| | Depletable | Non-Depletable | Equipment | Total |
|---|---|---|---|---|
| Cost | | | | |
| Balance at January 1, 2015 | $ 551,787 | $ 27,257 | $ 317,691 | $ 896,735 |
| Acquired mineral interests [4][5] | 136,006 | 669,016 | 206,248 | 1,011,270 |
| Additions | 20,201 | 31,961 | 72,467 | 124,629 |
| Disposals | - | - | (1,029) | (1,029) |
| Change in reclamation provision | 6,017 | 8,874 | - | 14,891 |
| Balance at December 31, 2015 [6] | $ 714,011 | $ 737,108 | $ 595,377 | $ 2,046,496 |
| Accumulated depreciation and depletion | | | | |
| Balance at January 1, 2015 | $ (25,949) | $ - | $ (42,044) | $ (67,993) |
| Additions | (44,211) | - | (40,734) | (84,945) |
| Impairment | (99,000) | (121,000) | - | (220,000) |
| Disposals | - | - | 954 | 954 |
| Balance at December 31, 2015 [6] | $ (169,160) | $ (121,000) | $ (81,824) | $ (371,984) |
| Carrying amount at December 31, 2015 [6] | $ 544,851 | $ 616,108 | $ 513,553 | $ 1,674,512 |

[1]    Acquired mineral interests relate to the acquisition of Lake Shore Gold on April 1, 2016.

[2]    Non-depletable mineral interests acquired as part of the acquisition of Lake Shore Gold on April 1, 2016 include the Whitney, Fenn-Gib and Juby projects, and other exploration potential.

[3]    Upon declaration of commercial production on May 1, 2016, the carrying value of mineral interests and the impairment associated with the Shahuindo mine included in non-depletable mineral interests was transferred to depletable mineral interests. All pre-operating revenues from production at Shahuindo have been credited against construction capital through April 30, 2016.

[4]    Acquired mineral interest relate to the acquisition of Rio Alto on April 1, 2015.

[5]    Non-depletable mineral interests acquired as part of the acquisition of Rio Alto on April 1, 2015 include the La Arena Phase II Sulfide Project (the "La Arena Sulfides"), the Shahuindo project and other exploration potential.

[6]    2015 closing carrying amounts and opening 2016 balances reflect the reclassification of the 2015 impairment from cost to accumulated depreciation.

*24    Tahoe Resources Inc.*

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

A summary by segment of the carrying amount of mineral interests is as follows:

| | Mineral Interests | | | | |
| | Depletable | Non-Depletable (2) | Plant & Equipment | December 31, 2016 | December 31, 2015 |
|---|---|---|---|---|---|
| Escobal | $ 495,833 | $ 27,264 | $ 262,791 | $ 785,888 | $ 813,919 |
| La Arena | 36,246 | 214,234 | 201,071 | 451,551 | 438,833 |
| Shahuindo | 318,964 | 53,000 | 110,721 | 482,685 | 421,760 |
| Timmins mines (1) | 308,032 | 343,146 | 185,651 | 836,829 | - |
| | $ 1,159,075 | $ 637,644 | $ 760,234 | $ 2,556,953 | $ 1,674,512 |

(1)    The Timmins mines were acquired on April 1, 2016 as part of the Lake Shore Gold acquisition and are therefore not included in the carrying amounts at December 31, 2015.

(2)    Non-depletable mineral interests include exploration and evaluation projects.

As at December 31, 2016, the Company has $4,206 (December 31, 2015: $nil) in capitalized stripping costs relating to production phase stripping.

**a)    Goodwill**

Goodwill typically arises on the Company's business combinations due to: i) the ability of the Company to capture certain synergies through management of the acquired operation within the Company; and ii) the requirement to record a deferred tax liability for the difference between the assigned fair values and the tax bases of assets acquired and liabilities assumed.

The carrying amount of goodwill has been allocated to the following cash generating units ("CGUs") and is included in the respective operating segment assets:

| | La Arena Sulfides (1) | Timmins Exploration Potential (2) | Total |
|---|---|---|---|
| January 1, 2015 | $ - | $ - | $ - |
| Additions | 57,468 | - | 57,468 |
| December 31, 2015 | $ 57,468 | $ - | $ 57,468 |
| Additions | - | 54,617 | 54,617 |
| **December 31, 2016** | **$ 57,468** | **$ 54,617** | **$ 112,085** |

(1)    The La Arena Sulfides CGU is included in the La Arena operating segment in non-depletable mineral interests.

(2)    The allocation of goodwill associated with the acquisition of Lake Shore Gold has been finalized and allocated 100% to the Timmins Exploration Potential CGU which is included in the Timmins mines operating segment in non-depletable mineral interests.

**b)    Impairment**

The Company assesses indicators of impairment or reversal of impairment on a quarterly and annual (at October 1) basis for all CGUs and tests those CGUs for which indicators exist. Goodwill is tested at least annually or when there are indicators of impairment. The purpose of the impairment testing is to determine if the recoverable amount (fair value less costs of disposal ("FVLCD")) of a CGU is greater than its carrying value.

The Company identified six CGUs for which indicators of impairment were assessed: Escobal, La Arena oxides, La Arena Sulfides, Shahuindo, Timmins mines and the Timmins Exploration Potential. Discounted cash flow models were prepared, where applicable, using long-term prices for gold of $1,250/oz, silver of $17.50/oz and copper of $3.00/lb (2015: $1,200/oz, silver price - $18.75/oz and copper price $3.00/lb), discount rates between 6.5% and 8.75% (2015: 7.00%) depending on the development stage of the operation or project and currently enacted tax rates. In-situ values were used for the impairment testing of exploration potential. Based on the results, for the year ended December 31, 2016, management concluded that there was no impairment or reversal of prior impairment for any of the CGUs (2015: $99.0 million and $121.0 million pre-tax impairment on La Arena and Shahuindo, respectively).

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

## 11.    ACCOUNTS PAYABLE AND ACCRUED LIABILITIES

|  | December 31, 2016 | December 31, 2015 |
|---|---|---|
| Trade payables | $ 70,315 | $ 45,079 |
| Accrued trade and other payables | 22,976 | 20,047 |
| Royalties | 15,044 | 16,802 |
| Accrued payroll and related benefits | 20,835 | 17,820 |
|  | $ 129,170 | $ 99,748 |

## 12.    DEBT

|  | 2016 | 2015 |
|---|---|---|
| Beginning balance at January 1 | $ 35,000 | $ 49,804 |
| Borrowings/additions (b) | 35,000 | 35,000 |
| Repayments (a)(d) | (35,000) | (50,000) |
| Commitment fees and other | - | 196 |
| Ending balance at December 31 | $ 35,000 | $ 35,000 |

The Company's debt facilities contain covenants that, among other things, restrict the ability of the Company and its subsidiaries to incur additional debt, merge, consolidate, transfer, lease or otherwise dispose of all or substantially all of its assets to any other entity.

**a)    Loan**

As part of the acquisition of Rio Alto on April 1, 2015, the Company acquired debt in the form of a $35 million credit facility agreement (the "Loan"). The funds were used for general working capital purposes. As security for the Loan, the Company granted a charge over the shares of its subsidiary Empresa de Energia Yamobamba S.A.C. and the rights of collection of future cash flows derived from metal sales at the La Arena mine.

The Loan had an original one-year term, maturing June 16, 2015 and bearing interest at 30-day LIBOR plus 2.60%. Upon maturity, the Loan was extended by an additional nine months to March 16, 2016 and was further amended to reflect a maturity date of April 16, 2016. All other terms remained per the original contract.

On April 8, 2016, the Loan was repaid using the proceeds of a new credit facility (note 12b)).

**b)    Credit facility**

On April 8, 2016, the Company signed a credit agreement with an international bank for a credit facility (the "Facility") for an aggregate amount of $35 million. The Facility bears interest at LIBOR plus 2.25% on the portion drawn. The LIBOR rate was reset on January 11, 2017. The Facility has a two-year term, maturing April 9, 2018.

On April 8, 2016, proceeds from the Facility were used to repay the $35 million Loan which was acquired as part of the acquisition of Rio Alto on April 1, 2015. The Company is currently in compliance with all covenants associated with the Facility.

**c)    Revolving credit facility**

On August 10, 2015, the Company signed a credit agreement with a syndicate of international banks for a revolving credit facility (the "Revolving Facility") for an aggregate amount of $150 million. Based on certain financial ratios, the Revolving Facility bears interest on the portion drawn, on a sliding scale of LIBOR plus between 2.25% to 3.25% or a base rate plus 1.25% to 2.25% which is based on the Company's consolidated net leverage ratio.

Standby fees for the undrawn portion of the facility are also on a similar sliding scale basis of between 0.56% and 0.81% and were $886 for the year ended December 31, 2016 (year ended December 31, 2015: $331). The term for the Revolving Facility is three years. Proceeds from the Facility may be used for general corporate purposes.

*26    Tahoe Resources Inc.*

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

As at December 31, 2016, the Company had not drawn on the Revolving Facility. The Company is currently in compliance with all covenants associated with the Revolving Facility.

**d)    Loan facility**

During 2015, the Company had outstanding a loan facility (the "Loan Facility") in the amount of $50 million which had a maturity date of June 3, 2015. Upon maturity on June 3, 2015, the Company repaid the Loan Facility and accrued interest.

**13.    LEASE OBLIGATIONS**

|  | | 2016 | | 2015 |
|---|---|---|---|---|
| Beginning balance at January 1 | $ | 13,862 | $ | - |
| Additions [1] | | 24,531 | | 20,016 |
| Payments [2] | | (22,468) | | (5,729) |
| Accrued interest | | 559 | | 159 |
| Foreign exchange gain | | (538) | | (584) |
| Ending balance at December 31 | $ | 15,946 | $ | 13,862 |

[1]    Current year additions include $16,589 related to finance leases acquired as a result of the Lake Shore Gold business combination on April 1, 2016 and $7,942 in other additions. 2015 additions include $19,340 related to a sale-leaseback transaction (the "La Ramada sale-leaseback") and $676 in other finance leases.

[2]    Payments include $10,420 for the retirement of the La Ramada sale-leaseback.

|  | | December 31, 2016 | | December 31, 2015 |
|---|---|---|---|---|
| Current portion | $ | 8,696 | $ | 6,151 |
| Non-current portion | | 7,250 | | 7,711 |
|  | $ | 15,946 | $ | 13,862 |

As part of the acquisition of Lake Shore Gold on April 1, 2016, the Company acquired finance lease obligations related to equipment and vehicles, expiring between 2016 and 2018 with interest rates between 0.9% and 6.9% . The Company has the option to purchase the equipment and vehicles leased at the end of the terms of the leases for a nominal amount. The Company's obligations under the finance leases are secured by the lessor's title to the leased assets. The fair value of the finance lease liabilities approximates their carrying amount.

In addition to the finance leases acquired as part of the Lake Shore Gold acquisition, the Company also acquired a finance lease obligation in the form of a sale-leaseback transaction whereby the Company sold certain mobile equipment for CAD$7,300 and leased them back for a period of 36 months. The sale-leaseback bore interest at 3.7% and was paid through 12 quarterly instalments of principal and interest with the final payment having been paid on October 1, 2016. Upon final payment, the Company elected the option to purchase all the equipment for CAD$1,314.

**14.    RECLAMATION PROVISION**

|  | | 2016 | | 2015 |
|---|---|---|---|---|
| Beginning balance at January 1 | $ | 39,524 | $ | 3,529 |
| Additions to reclamation provision [1] | | 3,722 | | 28,975 |
| Accretion expense | | 2,370 | | 1,003 |
| Revisions in estimates and obligations | | 18,603 | | 6,017 |
| Ending balance at December 31 | $ | 64,219 | $ | 39,524 |

[1]    Current year additions relate to the Timmins mines acquired as a result of the Lake Shore Gold acquisition on April 1, 2016. Prior year additions relate to the La Arena and Shahuindo mines as a result of the Rio Alto acquisition on April 1, 2015.

*Consolidated Financial Statements    27*

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

The Company's environmental permits require that it reclaim any land it disturbs during mine development, construction and operations. Although the timing and the amount of the actual expenditures are uncertain, the Company has estimated the undiscounted cash flows related to the future reclamation obligations arising from its activities to December 31, 2016 to be $99,273 (December 31, 2015: $69,401).

In determining the discount rate to be used in the calculation of the present value of the future reclamation obligations, the Company combines risk and inflation rates specific to the country in which the reclamation will take place.

The present value of the combined future obligation has increased by $18,603 during the year ended December 31, 2016 (December 31, 2015: $6,017) as a result of the impact of the change in estimates in mine life, estimated reclamation costs, discount and inflation rates.

a)      **Escobal**

The present value of the future reclamation obligation assumes a discount rate of 6.12% (December 31, 2015: 6.60%), an inflation rate of 4.25% (December 31, 2015: 2.39%), an undiscounted amount to settle the obligation of $10,960 (December 31, 2015: $8,269), and the commencement of reclamation activities in approximately 17 years.

b)      **La Arena**

The present value of the future reclamation obligation assumes a discount rate of 4.18% (December 31, 2015: 4.69%), an inflation rate of 3.22% (December 31, 2015: 2.72%), an undiscounted amount to settle the obligation of $45,885 (December 31, 2015: $43,198), and the commencement of post-closure reclamation activities in approximately 5 years.

At December 31, 2016, the Company had a letter of credit ("LOC") outstanding in the amount of $12,336 as partial guarantee of the La Arena closure obligations as required by the Ministry of Energy and Mines ("MEM"). The LOC was valid for one year with a renewal date of January 8, 2017. On January 13, 2017 the Company posted a renewed LOC under the same terms and totaling $12,531.

c)      **Shahuindo**

The present value of the future reclamation obligation assumes a discount rate of 4.51% (December 31, 2015: 5.08%), an inflation rate of 3.22% (December 31, 2015: 2.72%), an undiscounted amount to settle the obligation of $32,124 (December 31, 2015: $17,934), and the commencement of post-closure reclamation activities in approximately 9 years.

At December 31, 2016, the Company had a LOC outstanding in the amount of $2,448 as partial guarantee of the Shahuindo closure obligations as required by MEM. The LOC was valid for one year with a renewal date of January 8, 2017. On January 13, 2017 the Company posted a renewed LOC under the same terms and totaling $4,964.

d)      **Timmins mines**

Fair value measurement of the future reclamation obligation on acquisition assumed a discount rate of 6.00%. The present value of the future reclamation obligation assumes a discount rate of 4.85% (December 31, 2015: nil), an inflation rate of 1.29% (December 31, 2015: nil), an undiscounted amount to settle the obligation of $10,304 (December 31, 2015: $nil), and the commencement of post-closure reclamation activities in approximately 10 years.

At December 31, 2016, the Company had a bond outstanding in the amount of $5,670 as partial guarantee of the Timmins mines closure obligations as required by the Ministry of Northern Development and Mines.

*28      Tahoe Resources Inc.*

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

**15.    REVENUES**

| | | | | Years Ended December 31, | |
| --- | --- | --- | --- | --- | --- |
| | | | 2016 | | 2015 |
| Silver | $ | | 316,793 | $ | 285,971 |
| Gold | | | 437,464 | | 206,576 |
| Lead | | | 9,738 | | 10,407 |
| Zinc | | | 20,508 | | 16,767 |
| | $ | | 784,503 | $ | 519,721 |

**a)    Concentrate revenues**

The Company has contracts with a number of customers for its concentrate sales. For the year ended December 31, 2016, the Company's top four concentrate customers account for 99% concentrate revenues (year ended December 31, 2015: top four customers accounted for 97% of concentrate revenues).

The concentrate revenues by customer for the years ended December 31, 2016 and 2015 are as follows:

| | Years Ended December 31, | |
| --- | --- | --- |
| | 2016 | 2015 |
| Customer 1 | 34% | 40% |
| Customer 2 | 24% | 23% |
| Customer 3 | 23% | 18% |
| Customer 4 | 18% | 16% |
| Other customers | 1% | 3% |
| Total concentrate revenues | 100% | 100% |

**b)    Doré revenues**

The Company has contracts with customers for its doré sales. The Company's top two doré customers account for 92% of doré revenues for the year ended December 31, 2016 (year ended December 31, 2015: one customer accounted for 100% of doré revenues). For the year ended December 31, 2016, doré sales comprised 98% of total gold sales (year ended December 31, 2015: 95%). The doré revenues by customer for the years ended December 31, 2016 and 2015 are as follows:

| | Years Ended December 31, | |
| --- | --- | --- |
| | 2016 | 2015 |
| Customer 1 | 60% | 100% |
| Customer 2 | 32% | - |
| Other customers | 8% | - |
| Total doré revenues | 100% | 100% |

The Company has determined that the loss of any single customer or curtailment of purchases by any one customer would not have a material adverse effect on the Company's results of operations, financial condition and cash flows due to the nature of the refined metals market.

**16.    PRODUCTION COSTS**

| | | | | Years Ended December 31, | |
| --- | --- | --- | --- | --- | --- |
| | | | 2016 | | 2015 |
| Raw materials and consumables | $ | | 163,304 | $ | 110,855 |
| Salaries and benefits | | | 85,349 | | 50,453 |
| Contractors and outside services | | | 100,557 | | 54,314 |
| Other expenses | | | 1,717 | | 11,075 |
| Changes in inventory | | | (18,206) | | 14,964 |
| | $ | | 332,721 | $ | 241,661 |

*Consolidated Financial Statements     29*

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS (expressed in 000's of USD, except as otherwise stated)

## 17.    GENERAL AND ADMINISTRATIVE EXPENSES

| | Notes | 2016 | 2015 |
|---|---|---|---|
| | | **Years Ended December 31,** | |
| Salaries and benefits | | $ 12,934 | $ 14,383 |
| Share-based payments | 18 | 7,224 | 6,017 |
| Consulting and professional fees | | 8,340 | 3,299 |
| Transaction costs | 6 | 11,134 | 7,239 |
| Administrative and other | | 7,875 | 8,313 |
| | | $ 47,507 | $ 39,251 |

## 18.    SHARE-BASED PAYMENTS AND OTHER RELATED INFORMATION

The Company's equity compensation plans are designed to attract and retain individuals and to reward them for current and expected future performance. The Company's share-based compensation arrangements are denominated in CAD and include Tahoe Share Plan Options, the Rio Alto replacement options issued on April 1, 2015 upon completion of the acquisition of Rio Alto and the Lake Shore Gold replacement options issued on April 1, 2016 upon completion of the acquisition of Lake Shore Gold (collectively, the "Share Options"), as well as Deferred Share Awards ("DSAs"), Restricted Share Awards ("RSAs") and Share Appreciation Rights ("SARs") (collectively with the Share Options, referred to as the "Share Plan").

At December 31, 2016, the Company has the following share-based payment arrangements:

**a)    Share Options**

The Share Plan entitles key management personnel, senior employees, and consultants to the option to purchase shares in the Company. Under the terms of this program, Share Options are exercisable at the market close price of the Company's shares on the day prior to the grant date. The Share Options vest based on vesting terms set by the Compensation Committee of the Board of Directors. The Share Options vest in three equal tranches with the first tranche vesting on the first anniversary, the second on the second anniversary, and the third on the third anniversary of the grant date.

The number and weighted average exercise price in CAD of Share Options outstanding at December 31, 2016 and December 31, 2015 are as follows:

| | Weighted average exercise price | Number of Share Options |
|---|---|---|
| Outstanding at January 1, 2015 | $ 14.49 | 1,547,659 |
| Granted [1] | 12.97 | 4,561,579 |
| Exercised | 8.80 | (1,561,218) |
| Forfeited | 16.91 | (264,000) |
| Expired | 12.62 | (215,563) |
| Outstanding at December 31, 2015 | 14.92 | 4,068,457 |
| Granted [2] | 9.29 | 2,972,876 |
| Exercised | 9.13 | (2,819,838) |
| Forfeited | 13.82 | (335,000) |
| Expired | 16.57 | (674,750) |
| **Outstanding at December 31, 2016** | $ 14.55 | 3,211,745 |

[1]    Includes the replacement options granted on April 1, 2015 as a result of the acquisition of Rio Alto.
[2]    Includes the replacement options granted on April 1, 2016 as a result of the acquisition of Lake Shore Gold (note 6).

*30    Tahoe Resources Inc.*

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

The following table summarizes information about Share Options outstanding and exercisable at December 31, 2016 (exercise range and prices in CAD):

| Exercise price range | Outstanding | | Weighted average exercise price | Weighted average remaining life (years) | Exercisable | | Weighted average exercise price | Weighted average remaining life (years) |
|---|---|---|---|---|---|---|---|---|
| $  2.80-12.19 | 249,494 | $ | 7.81 | 1.78 | 249,494 | $ | 7.81 | 1.78 |
| $ 12.20-12.57 | 991,000 | $ | 12.38 | 4.19 | - | $ | - | - |
| $ 12.58-15.44 | 332,423 | $ | 12.92 | 1.80 | 260,423 | $ | 12.79 | 1.10 |
| $ 15.45-16.06 | 808,000 | $ | 15.68 | 3.32 | 237,000 | $ | 15.68 | 3.27 |
| $ 16.07-23.68 | 830,828 | $ | 18.69 | 1.40 | 742,828 | $ | 18.41 | 1.13 |
| | **3,211,745** | **$** | **14.55** | **2.82** | **1,489,745** | **$** | **15.22** | **1.57** |

During the year ended December 31, 2016, 2,819,838 Share Options were exercised and the cash proceeds received were $19,790, (year ended December 31, 2015: 1,561,218 Share Options exercised for cash proceeds of $11,081).

During the year ended December 31, 2016, the Company recorded $3,120 of compensation expense relating to Share Options in general and administrative expenses (year ended December 31, 2015: $2,331).

b)     **DSAs and RSAs**

The Share Plan permits DSAs and RSAs (collectively referred to as "Share Awards") to be issued to key management personnel and senior employees. Upon vesting, shares in the Company are issued at no exercise price. Compensation cost for DSAs and RSAs is measured based on the closing price of the stock one day prior to the grant date.

i.     *DSAs*

The DSAs vest based on service-related vesting terms set by the Compensation Committee of the Board of Directors and can therefore vary grant to grant. In general, however, DSAs vest in three equal tranches with the first tranche vesting on the first anniversary, the second on the second anniversary, and the third on the third anniversary of the grant date (the "general DSA vesting terms").

The number of DSAs outstanding at December 31, 2016 and December 31, 2015 is as follows:

| | |
|---|---|
| Outstanding at January 1, 2015 | 285,667 |
| Granted | 219,000 |
| Shares issued | (140,667) |
| Cancelled/forfeited | (14,000) |
| Outstanding at December 31, 2015 | 350,000 |
| Granted | 342,000 |
| Shares issued | (184,000) |
| Cancelled/forfeited | (45,000) |
| **Outstanding at December 31, 2016** | **463,000** |

There were 342,000 DSAs granted during the year ended December 31, 2016 with a weighted average fair market value of CAD$13.43 (year ended December 31, 2015: 219,000 DSAs granted with a weighted average fair market value of CAD$15.68) .

During the year ended December 31, 2016, 184,000 DSAs vested and common shares of the Company were issued to the recipients under the provisions of the Share Plan. As a result $2,942 was transferred to share capital from share based payments reserve (year ended December 31, 2015: 140,667 DSAs vested and $2,938 was transferred to share capital).

During the year ended December 31, 2016, the Company recorded $2,909 of compensation expense relating to DSAs in general and administrative expenses (year ended December 31, 2015: $3,078).

*Consolidated Financial Statements      31*

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

ii.    *RSAs*

The RSAs vest immediately on the grant date and are issued at that time. Consequently, there are no RSAs outstanding at December 31, 2016 and December 31, 2015.

The Company granted 60,000 RSAs during the year ended December 31, 2016 for total compensation expense of $787 (year ended December 31, 2015: 52,500 RSAs granted for total compensation expense of $728) which was recorded in general and administrative expenses.

c)    **SARs**

The Company grants SARs to employees that entitle the employees to a cash settlement. The amount of the cash settlement is determined based on the difference between the strike price and the closing share price of the Company on the exercise date. The SARs have a term of five years from the award date and vest in five equal tranches with the first tranche vesting immediately, the second on the first anniversary, the third on the second anniversary, the fourth on the third anniversary, and the fifth on the fourth anniversary of the grant date. Prior to the cash settlement, unvested and vested SARs are valued using the Black-Scholes Model.

The number of SARs outstanding and exercisable at December 31, 2016 and December 31, 2015 is as follows:

|  | Number of SARs |
|---|---|
| Outstanding at January 1, 2015 | 73,000 |
| Issued | 30,000 |
| Exercised | (60,000) |
| Outstanding at December 31, 2015 | 43,000 |
| Issued | 135,000 |
| Exercised | (23,000) |
| Expired/forfeited | (1,000) |
| **Outstanding at December 31, 2016** | **154,000** |
|  |  |
| Exercisable at December 31, 2015 | 2,000 |
| **Exercisable at December 31, 2016** | **12,000** |

December 31, 2016, vested SARs had a weighted average intrinsic value of CAD$(4.08) per share (December 31, 2015: CAD$(5.36) per share) and the Company has recognized other current and non-current liabilities for SARs of $165 and $101, respectively (December 31, 2015: $32 and $9, respectively).

During the year ended December 31, 2016, the Company recorded $408 of compensation expense relating to SARs in general and administrative expenses (year ended December 31, 2015: $(120)).

The following table summarizes information about SARs outstanding and exercisable at December 31, 2016 (grant price range in CAD):

| Grant price range | Issued | Exercised/ Cancelled | Outstanding | Exercisable |
|---|---|---|---|---|
| $6.40-12.87 | 407,000 | (281,000) | 126,000 | 12,000 |
| $13.35-16.57 | 60,000 | (60,000) | - | - |
| $18.00-23.31 | 107,500 | (79,500) | 28,000 | - |
|  | **574,500** | **(420,500)** | **154,000** | **12,000** |

d)    **Inputs for measurement of fair values**

The grant date fair values (CAD) of Share Options and SARs and the re-measurement fair value of SARs are measured based on the Black-Scholes Model and are denominated in CAD.

*32    Tahoe Resources Inc.*

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

i.   *Share Options*

There were 2,972,876 Share Options granted during the year ended December 31, 2016 including 1,621,877 replacement options related to the Lake Shore Gold acquisition (year ended December 31, 2015: 4,561,579 including 3,374,449 replacement options related to the Rio Alto acquisition).

The weighted average inputs used and grant date fair values (CAD) of Share Options granted during the years ended December 31, 2016 and 2015 are as follows:

| | | | | Years Ended December 31, |
|---|---|---|---|---|
| | | **2016** | | 2015 |
| Share price | $ | **13.21** | $ | 16.12 |
| Exercise price | $ | **9.51** | $ | 14.33 |
| Expected volatility [1] | | **51%** | | 48% |
| Expected life (years) | | **3.00** | | 2.04 |
| Expected dividend yield | | **2.42%** | | 2.05% |
| Risk-free interest rate | | **0.57%** | | 0.50% |
| Pre-vest forfeiture rate | | **4.12%** | | 1.14% |
| Fair value | $ | **5.76** | $ | 4.84 |

[1]   The expected volatility assumption is based on the historical volatility of the Company's Canadian dollar common shares on the Toronto Stock Exchange.

ii.   *SARs*

There were 135,000 SARs granted during the year ended December 31, 2016 (year ended December 31, 2015: 30,000).

The fair value of SARs (CAD) has been re-measured at December 31, 2016. Expected volatility, interest rate and share price have been updated with changes in the fair value being recognized in earnings or loss during the period.

The weighted average inputs used and grant date fair values (CAD) of SARs granted during the years ended December 31, 2016 and 2015 are as follows:

| | | | | Years Ended December 31, |
|---|---|---|---|---|
| | | **2016** | | 2015 |
| Share price | $ | **12.64** | $ | 9.89 |
| Exercise price | $ | **12.38** | $ | 10.30 |
| Expected volatility | | **52%** | | 52% |
| Expected life (years) | | **5.00** | | 5.00 |
| Risk-free interest rate | | **0.61%** | | 0.68% |
| Fair value | $ | **5.74** | $ | 4.29 |

The weighted average inputs used and re-measurement date fair values (CAD) of SARs as at December 31, 2016 and 2015 are as follows:

| | | December 31, 2016 | | December 31, 2015 |
|---|---|---|---|---|
| Share price | $ | **12.65** | $ | 11.97 |
| Exercise price | $ | **14.05** | $ | 18.34 |
| Expected volatility | | **50%** | | 51% |
| Expected life (years) | | **3.80** | | 3.41 |
| Risk-free interest rate | | **1.02%** | | 0.62% |
| Fair value | $ | **4.60** | $ | 3.09 |

*Consolidated Financial Statements   33*

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

e)      **Authorized share capital**

The Company's authorized share structure is as follows:

- Unlimited number of authorized common shares without par value;
- Common shares are without special rights or restrictions attached;
- Common shares have voting rights; and
- Common shareholders are entitled to receive dividend payments.
- Common shareholders are entitled to elect to reinvest their dividend payments through the Company's dividend reinvestment program.

At December 31, 2016, there were 311,362,031 common shares of the Company issued and outstanding (December 31, 2015: 227,401,681). Refer to note 6 for a description of the increase in common shares outstanding attributable to the acquisition of Lake Shore Gold.

19.    **INCOME TAX EXPENSE**

| | | | | Years Ended December 31, |
|---|---|---|---|---|
| | | 2016 | | 2015 |
| Current income tax expense | | | | |
| Current period | $ | 69,832 | $ | 47,486 |
| Prior period | | 822 | | - |
| | | 70,654 | | 47,486 |
| Deferred tax expense (benefit) | | | | |
| Origination and reversal of temporary differences | | 20,202 | | (63,807) |
| Income tax expense (benefit) | $ | 90,856 | $ | (16,321) |

a)      **Income tax reconciliation**

The reconciliation of income taxes at statutory rates with the reported taxes is as follows:

| | | | | Years Ended December 31, |
|---|---|---|---|---|
| | | 2016 | | 2015 |
| Earnings (loss) before income taxes | $ | 208,732 | $ | (88,232) |
| Statutory tax rate | | 26.00% | | 26.00% |
| Income tax expense (benefit) | | 54,270 | | (22,940) |
| Reconciling items: | | | | |
| Difference between statutory and foreign tax rates | | 9,127 | | (22,428) |
| Non-deductible share-based payments | | 2,741 | | 1,509 |
| Impact of foreign exchange on deferred income tax assets and liabilities | | (3,080) | | 10,699 |
| Non-deductible expenses | | 22,363 | | 2,457 |
| Change in unrecognized deferred tax assets | | (2,758) | | 13,824 |
| Other | | 8,193 | | 558 |
| Income tax expense (benefit) | $ | 90,856 | $ | (16,321) |

*34    Tahoe Resources Inc.*

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

b)   **Deferred tax assets and liabilities**

At December 31, 2016 and 2015, the Company's significant components of deferred income tax assets and deferred tax liabilities were as follows:

| | | December 31, 2016 | | December 31, 2015 |
|---|---|---|---|---|
| Deferred income tax assets | | | | |
| Unused non-capital losses | $ | 39,704 | $ | 17,916 |
| Reclamation and closure cost obligations | | 13,019 | | 5,736 |
| Inventories and receivables | | 476 | | 2,376 |
| | $ | 53,199 | $ | 26,028 |
| Deferred income tax liabilities | | | | |
| Mining interests | | (310,028) | | (157,096) |
| Other | | 22,648 | | (1,197) |
| | | (287,380) | | (158,293) |
| Net deferred income tax liabilities | $ | (234,181) | $ | (132,265) |

The Company believes that it is probable that the results of future operations will generate sufficient revenue to realize the deferred income tax assets.

The Company's deferred tax liability of $236,175 at December 31, 2016 is primarily the result of the acquisition of Lake Shore Gold during 2016 and the acquisition of Rio Alto during 2015 (December 31, 2015: $134,641 is primarily the result of the acquisition of Rio Alto). At December 31, 2016 and 2015, $1,994 and $2,376 of deferred tax assets relating to inventories and receivables are not netted against the deferred tax liability.

| | | December 31, 2016 | | December 31, 2015 |
|---|---|---|---|---|
| Net deferred income tax liabilities | $ | 234,181 | $ | 132,265 |
| Deferred tax assets related to inventories and receivables | | 1,994 | | 2,376 |
| Deferred income tax liabilities | $ | 236,175 | $ | 134,641 |

c)   **Tax losses and tax credits**

As at December 31, 2016, the Company had $270,730 of tax losses (December 31, 2015: $215,598) for which $147,891 (December 31, 2015: $65,149) have been recognized as deferred tax assets. The Company recognizes the benefit of tax losses only to the extent of anticipated future taxable income in relevant jurisdictions. The gross amount of tax losses carried forward will begin to expire in 2017.

Deductible temporary differences for which no deferred tax assets have been recognized at December 31, 2016 and 2015 are as follows:

| | | December 31, 2016 | | December 31, 2015 |
|---|---|---|---|---|
| Tax losses and tax credits | $ | 140,695 | $ | 150,449 |
| Deductible temporary differences | | | | |
| Cumulative eligible capital | | 611 | | 657 |
| Financing costs | | 1,937 | | 3,461 |
| Unrealized capital losses | | 325 | | 4,315 |
| Mining interests | | 64 | | 229 |
| Reclamation and closure cost obligations | | 26,345 | | 17,908 |
| Deductible temporary difference | $ | 169,977 | $ | 177,019 |

*Consolidated Financial Statements    35*

153

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

20.   **EARNINGS (LOSS) PER SHARE**

|  | | Year Ended December 31, 2016 | | | | Year Ended December 31, 2015 | | |
|---|---|---|---|---|---|---|---|---|
|  | Earnings | Weighted average shares outstanding | Earnings per share | | Loss | Weighted average shares outstanding | | Loss per share |
| **Basic EPS** [1] | $  117,876 | 289,726,501 | $  0.41 | $ | (71,911) | 207,810,941 | $ | (0.35) |
| Dilutive securities: | | | | | | | | |
|   Share options | - | 261,545 | - | | - | - | | - |
| **Diluted EPS** | $  117,876 | 289,988,046 | $  0.41 | $ | (71,911) | 207,810,941 | $ | (0.35) |

[1]   The weighted average shares outstanding used in the basic earnings per share calculation includes the dilutive impact of 463,000 DSAs (year ended December 31, 2015: 350,000 DSAs).

At December 31, 2016, 3,211,745 Shares Options and 463,000 DSAs were outstanding of which 1,638,828 and nil, respectively for the year ended December 31, 2016 were anti-dilutive (year ended December 31, 2015: 4,068,457 Share Options and 350,000 DSAs outstanding, of which 4,068,457 and nil, respectively were anti-dilutive) because the underlying exercise prices exceeded the average market price for the year ended December 31, 2016 of CAD$15.46 (year ended December 31, 2015: CAD$14.01) .

During the year ended December 31, 2016, the Company declared and paid to its shareholders dividends of $0.02 per common share per month, for total dividends of $69,402 (year ended December 31, 2015: $49,717), including $2,358 which were paid as share-based dividends.

Subsequent to December 31, 2016, the Company declared and paid dividends of $0.02 per common share for each of the months of January and February 2017 for total dividends paid of $12,435, including $2,538 of share-based dividends. On March 9, 2017, the Company declared and made payable dividends of $0.02 per common share for the month of March 2017.

As a result of shareholder enrolment in the Dividend Reinvestment Plan during the year ended December 31, 2016 (effective October 2016), $2,358 was reinvested for a total issuance of 256,747 common shares of the Company. For the subsequent months of January and February 2017, $2,538 was reinvested for a total issuance of 290,846 common share of the Company.

21.   **SUPPLEMENTAL CASH FLOW INFORMATION**

|  | | Years Ended December 31, | |
|---|---|---|---|
|  | | 2016 | 2015 |
| Trade and other receivables | $ | (16,482)  $ | (17,989) |
| Inventories | | (38,024) | 7,674 |
| Other current assets | | 1,474 | 2,794 |
| Other non-current assets | | 2,619 | (14,548) |
| Accounts payable and accrued liabilities, and other non-current liabilities | | (17,143) | 9,768 |
| **Changes in working capital** | $ | (67,556)  $ | (12,301) |

22.   **SEGMENTED INFORMATION**

All of the Company's operations are within the mining sector. The Company produces silver, gold, lead and zinc from mines located in Guatemala, Peru and Canada. Due to the geographic and political diversity of the countries in which the Company operates, each operating segment is responsible for achieving specified business results within a framework of global corporate policies and standards. Regional management in each country provides support to the operating segments, including but not limited to financial, human resources, and exploration assistance. Each operating segment has a budgeting process which it uses to measure the results of operation and exploration activities.

36    *Tahoe Resources Inc.*

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

The operating, exploration and financial results of individual operating segments are reviewed by the Company's executive management. As a group, the executive management of the Company is considered to be the chief operating decision maker ("CODM") in order to make decisions about the allocation of resources and to assess their performance. The CODM determined that for review, an operating segment must be one whose principal business activities are the operation of mineral properties for the mining of precious metals and the exploration, development and acquisition of mineral interests.

Due to the acquisition of Lake Shore Gold during the year ended December 31, 2016 and the commencement of commercial production at Shahuindo on May 1, 2016, the CODM reassessed the operating segments as reported at December 31, 2015 and determined that the significant additions to operations during the period would be reviewed and evaluated separately and would therefore be reported as individual operating segments. At December 31, 2015, the Company's operating segments included a silver segment (the Escobal mine) and a gold segment (the La Arena mine). Effective April 1, 2016, the reportable operating segments include Escobal, La Arena, Shahuindo and the Timmins mines.

Revenues generated from the sale of silver in concentrate are from the Company's Escobal mine in Guatemala. Revenues generated from the sale of gold in doré are generated at the La Arena and Shahuindo mines in Peru and the Timmins mines in Canada. Mineral interests, plant and equipment are situated in Guatemala, Peru and Canada.

Substantially all of the cash and cash equivalents are denominated in USD and are held in Canada and Peru.

Significant information relating to the Company's operating segments as at and for the year ended December 31, 2016 is summarized as follows:

| | | December 31, 2016 [1][2] | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Escobal | | La Arena | | Shahuindo | | Timmins mines | | Total |
| Mineral interests and plant and equipment | $ | 785,888 | $ | 451,551 | $ | 482,685 | $ | 836,829 | $ | 2,556,953 |
| Goodwill | | - | | 57,468 | | - | | 54,617 | | 112,085 |
| Total assets [4] | | 963,824 | | 611,344 | | 547,153 | | 948,932 | | 3,071,253 |
| Total liabilities [4] | $ | (27,225) | $ | 71,490 | $ | 319,432 | $ | 135,402 | $ | 499,099 |

| | | Year Ended December 31, 2016 [1][2] | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Escobal | | La Arena | | Shahuindo | | Timmins mines | | Total |
| Revenues | $ | 355,812 | $ | 244,397 | $ | 47,174 | $ | 137,120 | $ | 784,503 |
| Production costs | | 128,552 | | 115,229 | | 25,118 | | 63,822 | | 332,721 |
| Royalties | | 18,741 | | - | | - | | 4,172 | | 22,913 |
| Depreciation and depletion | | 53,204 | | 27,779 | | 10,016 | | 33,745 | | 124,744 |
| Mine operating earnings | | 155,315 | | 101,389 | | 12,040 | | 35,381 | | 304,125 |
| Capital expenditures [3] | $ | 30,077 | $ | 35,366 | $ | 63,893 | $ | 81,772 | $ | 211,108 |

[1]    The Timmins mines were acquired on April 1, 2016 as part of the Lake Shore Gold acquisition. Results of operations are not included prior to April 1, 2016.

[2]    Shahuindo declared commercial production effective May 1, 2016. All pre-operating revenues from production at Shahuindo have been credited against construction capital through April 30, 2016.

[3]    Capital expenditures in the Timmins mines segment includes the acquisition of the 2% net smelter return ("NSR") royalty related to production at the Bell Creek mine for $13,676.

[4]    Balances presented are before intercompany transaction eliminations not included in segmented disclosure.

*Consolidated Financial Statements       37*

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

Significant information relating to the Company's reportable operating segments as at and for the year ended December 31, 2015 is summarized as follows:

| | December 31, 2015 [1][2][3] | | | Timmins | |
| | Escobal | La Arena | Shahuindo | mines | Total |
|---|---|---|---|---|---|
| Mineral interests and plant and equipment | $ 813,919 | $ 438,833 | $ 421,760 | $ - | $ 1,674,512 |
| Goodwill | - | 57,468 | - | - | 57,468 |
| Total assets | 970,726 | 562,020 | 469,715 | - | 2,002,461 |
| Total liabilities | $ 35,759 | $ 82,403 | $ 220,268 | $ - | $ 338,430 |

| | Year Ended December 31, 2015 [1][2][3] | | | Timmins | |
| | Escobal | La Arena | Shahuindo | mines | Total |
|---|---|---|---|---|---|
| Revenues | $ 323,916 | $ 195,805 | $ - | $ - | $ 519,721 |
| Production costs | 130,110 | 111,551 | - | - | 241,661 |
| Royalties | 13,240 | - | - | - | 13,240 |
| Depreciation and depletion | 47,594 | 31,055 | - | - | 78,649 |
| Mine operating earnings | 132,972 | 53,199 | - | - | 186,171 |
| Capital expenditures | $ 34,728 | $ 32,997 | $ 72,037 | $ - | $ 139,762 |

[1] The Timmins mines were acquired on April 1, 2016 as part of the Lake Shore Gold acquisition. Results of operations are not included prior to April 1, 2016.

[2] La Arena and Shahuindo were acquired on April 1, 2015 as part of the Rio Alto acquisition. Results of operations of La Arena and Shahuindo are not included prior to April 1, 2015.

[3] Shahuindo declared commercial production effective May 1, 2016. All pre-operating revenues from production at Shahuindo have been credited against construction capital through April 30, 2016.

## 23.    FAIR VALUE OF FINANCIAL INSTRUMENTS

The Company's financial instruments consist of cash and cash equivalents, restricted cash, trade and other receivables, other financial assets, accounts payable and accrued liabilities, debt and lease obligations, and are categorized as follows:

- Cash and cash equivalents, restricted cash, trade and other receivables, and other financial assets are classified as loans and receivables and are measured at amortized cost;
- Trade and other receivables, which are subject to provisional pricing adjustments, investments and currency swaps are measured at FVTPL; and
- Accounts payable and accrued liabilities, debt and lease obligations are classified as other financial liabilities.

Fair value ("FV") estimates are made at a specific point in time, based on relevant market information and information about the financial instrument. These estimates are subjective in nature and involve uncertainties and matters of significant judgment and, therefore, cannot be determined with precision. Changes in assumptions could significantly affect the estimates.

The analysis of financial instruments that are measured subsequent to initial recognition at fair value can be categorized into Levels 1 through 3 based upon the degree to which the inputs used in the fair value measurement are observable.

Level 1 – inputs to the valuation methodology are quoted (adjusted) for identical assets or liabilities in active markets.

Level 2 – inputs to valuation methodology include quoted market prices for similar assets and liabilities in active markets, and inputs that are observable for the asset or liability, either directly or indirectly, for substantially the full term of the financial instrument.

Level 3 – inputs to the valuation methodology are unobservable and significant to the fair value measurement.

*38    Tahoe Resources Inc.*

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

At December 31, 2016 and 2015, the levels in the FV hierarchy into which the Company's financial assets and liabilities are measured and recognized on the statement of financial position at fair value are categorized as follows:

|  | December 31, 2016 | | | December 31, 2015 | | |
|---|---|---|---|---|---|---|
|  | Level 1 | Level 2 | Level 3 | Level 1 | Level 2 | Level 3 |
| Investments [1] | $ 39 | $ - | $ - | $ 544 | $ - | $ - |
| Provisionally priced trade receivables | - | 18,997 | | - | 17,239 | - |
| Currency swap [2] | - | - | - | - | - | 2,742 |
|  | $ 39 | $ 18,997 | $ - | $ 544 | $ 17,239 | $ 2,742 |

[1]    Investments are included in other current assets.
[2]    The currency swap was retired during August 2016 and previously included in other non-current liabilities.

The carrying value of cash and cash equivalents, restricted cash, accounts payable and accrued liabilities, debt and lease obligations approximate their fair value given the short term to maturity.

There were no transfers between Level 1 and Level 2 during the year ended December 31, 2016.

24.    **FINANCIAL RISK MANAGEMENT**

The Company has exposure to certain risks resulting from its use of financial instruments. These risks include credit risk, liquidity risk and market risk.

a)    **Credit Risk**

Credit risk is the risk that the counterparty to a financial instrument will cause a loss for the Company by failing to meet its obligations. Credit risk for the Company is primarily related to trade and other receivables, sales tax receivable and cash and cash equivalents.

The Company manages the credit risk associated with trade and other receivables by selling to organizations with strong credit ratings and/or by requiring substantial provisional pricing at the date of shipping its products. The history of defaults by these organizations to other entities has been negligible and the Company considers its risk in trade receivables to be negligible as well.

Receivables other than trade receivables are primarily sales tax receivables from the governments of Guatemala, Peru and Canada. The Company has a history of consistent collection of the sale tax receivable and therefore considers its risk to be negligible.

The Company manages the credit risk associated with cash and cash equivalents by investing these funds with highly rated financial institutions, and as such, the Company deems the credit risk on cash and cash equivalents to be low.

b)    **Liquidity Risk**

Liquidity risk is the risk that the Company will encounter difficulty in meeting the obligations associated with its financial liabilities that are settled by delivering cash or another financial asset. The Company's approach to managing liquidity is to ensure, to the extent possible, that it will always have sufficient liquidity to meet its liabilities when due, under both normal and stressed conditions, without incurring unacceptable losses or risking damage to the Company's reputation. To further mitigate this risk, the Company has the Revolving Facility in place in the amount of $150 million (note 12c).

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

The Company's significant undiscounted commitments at December 31, 2016 are as follows:

| | 1 year | 2-5 years | 5+ years | December 31, 2016 Total | December 31, 2015 Total |
|---|---|---|---|---|---|
| Accounts payable and accrued liabilities | $ 129,170 | $ - | $ - | $ 129,170 | $ 99,748 |
| Debt | - | 35,000 | - | 35,000 | 35,000 |
| Income tax payable | 10,733 | - | - | 10,733 | 9,981 |
| Lease and contractual agreements | 8,696 | 7,250 | - | 15,946 | 9,477 |
| Commitments [1] | 116,684 | 6,797 | - | 123,481 | 85,230 |
| Other non-current liabilities | - | 24,917 | - | 24,917 | 5,674 |
| Reclamation provision | - | 1,039 | 98,234 | 99,273 | 69,401 |
| | $ 265,283 | $ 75,003 | $ 98,234 | $ 438,520 | $ 314,511 |

[1]    Commitments to purchase equipment, services, materials and supplies.

During the year ended December 31, 2016, the Company generated cash flows from operating activities, one of the Company's main sources of liquidity, of $249,454 (year ended December 31, 2015: $166,744). The Company also realized increased liquidity from the acquisition of Lake Shore Gold which added $70,187 in cash and cash equivalents. At December 31, 2016, the Company's held cash and cash equivalents of $163,368 and had working capital of $209,006 (December 31, 2015: $108,667 and $77,321 in cash and cash equivalents and working capital, respectively). The Company defines working capital as current assets less current liabilities.

The Company determined that the working capital, combined with future cash flows from operations and the available Revolving Facility are sufficient to support the Company's commitments and deems liquidity risk to be minimal.

**c)    Market Risk**

The market risk of the Company is composed of three main risks: foreign exchange risk, interest rate risk, and price risk.

*i.    Foreign Exchange Risk*

The Company is exposed to foreign exchange or currency risk on balances that are denominated in a currency other than the USD. These include cash and cash equivalents, sales tax receivable, accounts payable and accrued liabilities and taxes payable.

To minimize currency risk, substantially all of the Company's cash is denominated in USD and is kept in highly liquid instruments such as commercial paper and time deposits.

Cash and cash equivalents held in foreign currencies, denominated in USD, are as follows:

| | December 31, 2016 | December 31, 2015 |
|---|---|---|
| Guatemalan quetzal | $ 564 | $ 777 |
| Peruvian sol | 3,579 | 2,185 |
| Canadian dollar | 20,386 | 2,650 |
| Other | 82 | 87 |
| | $ 24,611 | $ 5,699 |

Exchange rate fluctuations may also affect the costs that the Company incurs in its operations. While most of the Company's goods and services are contracted in USD, there is a portion contracted in other currencies (CAD, Guatemalan quetzals and Peruvian soles). The appreciation of these currencies against the USD can increase the production costs the Company incurs while the depreciation of these currencies against the USD can decrease the production costs the Company incurs.

40    *Tahoe Resources Inc.*

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

In addition, the Company is exposed to currency risk through non-monetary assets and liabilities of subsidiaries whose taxable profit or tax loss are denominated in foreign currencies. Changes in exchange rates give rise to temporary differences resulting in a deferred tax liability or asset with the resulting deferred tax charged or credited to income tax expense. At December 31, 2016, the Company had $236,175 of deferred income tax liabilities, which arose primarily from the acquisitions of Rio Alto in 2015 and Lake Shore Gold in 2016. Based on the Company's foreign exchange exposure on deferred tax liabilities at December 31, 2016, a 10% appreciation or depreciation in foreign exchange rates against the USD would have resulted in an approximate $17,101 increase or decrease in the Company's earnings.

The Company recognized a foreign exchange loss of $435 year ended December 31, 2016 (year ended December 31, 2015: $4,530). Based on the Company's net exposure at December 31, 2016, a 10% appreciation or depreciation in foreign exchange rates against the USD would have resulted in an approximate $3,781 increase or decrease in the Company's earnings.

At December 31, 2016, the Company has determined the exposure to currency risk to be at an acceptable level.

ii.   *Interest Rate Risk*

Interest rate risk is the risk that the Company's future cash flows and fair values will fluctuate as a result of changes in market interest rates. At December 31, 2016, the Company's interest- bearing financial instruments are related to cash and cash equivalents, the Facility, the Revolving Facility and finance leases. The weighted average interest rate paid by the Company during the year ended December 31, 2016 related to debt facilities was 2.95% (year ended December 31, 2015: 6.29%). No amounts were drawn on the Revolving Facility and therefore only standby fees were applicable for the year ended December 31, 2016 (note 12c).

At December 31, 2016, the Company has determined the interest rate risk to be low and that a 10% increase or decrease in market interest rates would result in a nominal increase or decrease to the Company's earnings.

iii.   *Price Risk*

Price risk is the risk that the fair value of the Company's financial instruments will fluctuate due to changes in market prices.

The Company has determined that price risk due to fluctuations in metals prices is at an acceptable level and has not entered into any hedging contracts.

The costs associated with production, development, construction and exploration activities of the Company are also subject to price risk as it relates to certain consumables including diesel fuel and power. The Company deems its exposure to price risk related to fuel prices to be at an acceptable level has not entered into any hedging contracts.

At December 31, 2016, the Company has determined exposure to price risk to be at an acceptable level.

## 25.   CAPITAL MANAGEMENT

The Company's strategy is to maintain a strong capital base so as to maintain investor, creditor and market confidence and to support future development of the business. The Company seeks to maintain a balance between the higher returns that might be possible with higher levels of borrowing and the advantages and security afforded by a sound capital position.

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS** (expressed in 000's of USD, except as otherwise stated)

The capital structure of the Company consists of common equity, comprising share capital and reserves net of accumulated deficit, and debt, which includes the Facility and finance leases.

| | Notes | December 31, 2016 | December 31, 2015 |
|---|---|---|---|
| Shareholders' equity | | $ 2,572,154 | $ 1,664,031 |
| Debt | 12 | 35,000 | 35,000 |
| Lease obligations | 13 | 15,946 | 13,862 |
| | | 2,623,100 | 1,712,893 |
| Cash and cash equivalents | 7 | (163,368) | (108,667) |
| Restricted cash | | (4,672) | (2,500) |
| | | $ 2,455,060 | $ 1,601,726 |

The Company's overall capital management strategy remains unchanged from the year ended December 31, 2015.

## 26.    CONTINGENCIES

Due to the complexity and nature of the Company's operations, various legal, tax, and regulatory matters are outstanding from time to time. In the event that management's estimate of the future resolution of these matters changes, the Company will recognize the effects of the changes in its consolidated financial statements on the date such changes occur.

## 27.    RELATED PARTIES

**a)    Related party transactions**

During the year ended December 31, 2016, the Company's related parties included its subsidiaries, key management personnel and Directors.

**b)    Key management personnel compensation**

Key management includes those personnel having the authority and responsibility for planning, directing, and controlling the Company. In addition to their salaries, key management personnel, including the Board of Directors, Officers and senior management, receive bonuses and also participate in the Company's Share Plan (note 18).

Key management personnel compensation included in corporate and general administrative expenses is as follows:

| | Years Ended December 31, | |
|---|---|---|
| | 2016 | 2015 |
| Short-term employee benefits [1] | $ 8,870 | $ 10,397 |
| Share-based payments | 5,948 | 5,473 |
| | $ 14,818 | $ 15,870 |

[1]    Short-term employee benefits include salaries, bonuses and other annual employee benefits paid during the year.

*42    Tahoe Resources Inc.*



**MANAGEMENT'S DISCUSSION AND ANALYSIS**

For the years ended December 31, 2016 and 2015

Dated March 9, 2017

This page intentionally left blank.



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

This Management's Discussion & Analysis ("MD&A") of Tahoe Resources Inc. ("Tahoe") and its subsidiaries (together referred to as the "Company") has been prepared to enable a reader to assess material changes in financial condition and results of operations as at and for the years ended December 31, 2016 and 2015. The following discussion of performance, financial condition and future prospects should be read in conjunction with the audited consolidated financial statements for the years ended December 31, 2016 and 2015 ("consolidated financial statements"), prepared in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board ("IFRS"). The information provided herein supplements, but does not form part of, the consolidated financial statements and includes financial and operational information from the Company's wholly owned subsidiaries. This MD&A contains forward looking information that is subject to risk factors set out in the cautionary note herein. This discussion also covers the three months ended December 31, 2016 and 2015 ("Q4 2016" and "Q4 2015", respectively), the twelve months ended December 31, 2016 and 2015 ("2016" and "2015") and the subsequent period up to the date of this MD&A. Dollar amounts are stated in millions of United States dollars ("USD"), the Company's functional currency, except where otherwise noted. Tabular amounts are presented in thousands of USD, except where otherwise noted. Information for this MD&A is prepared as at March 9, 2017.

## BUSINESS OVERVIEW

Tahoe is a Canadian public company involved in mine operations and mineral exploration and development. Tahoe's common shares are listed on the Toronto Stock Exchange ("TSX") under the symbol "THO" and on the New York Stock Exchange ("NYSE") under the symbol "TAHO". Tahoe is a reporting issuer in each of the provinces and territories of Canada. Additional information relating to the Company, including a copy of this MD&A, may be obtained or viewed from the System for Electronic Document Analysis and Retrieval ("SEDAR") at www.sedar.com , on the Electronic Data Gathering, Analysis, and Retrieval system ("EDGAR") at www.sec.gov , and on the Company's website at www.tahoeresources.com .

Tahoe was incorporated under the Business Corporations Act (British Columbia) on November 10, 2009. The Company's principal business activities are the exploration, development, operation and acquisition of mineral properties for the mining of precious metals in the Americas. Currently, the Company's business involves profitably operating the Escobal mine, a silver mining operation located in southeastern Guatemala, the La Arena and Shahuindo mines, gold mining operations located in northwestern Peru, and as a result of the acquisition of Lake Shore Gold Corp. ("Lake Shore Gold") on April 1, 2016, the Bell Creek mine and mill and the Timmins West mine (together, the "Timmins mines"), gold mining operations located in northeastern Ontario, Canada. Additional business objectives include the expansion of gold production at the Shahuindo and Bell Creek mines, the development of the Whitney Project and the ongoing exploration programs in Peru and Canada.

All of the Company's operations are within the mining sector. The Company produces silver, gold, lead and zinc from mines located in Guatemala, Peru and Canada. Due to the geographic and political diversity of the countries in which the Company operates, each operating segment is responsible for achieving specified business results within a framework of corporate policies and international standards. Regional management in each country provides support to the operating segments, including but not limited to financial, human resources, and exploration assistance. Each operating segment has a budgeting process which it uses to measure the results of operation and exploration activities. The Company's executive management reviews these results to make decisions about resources to be allocated to each segment and assess the performance of each. The corporate office in Reno, Nevada provides support to the operations and exploration activities with respect to financial, legal, technical and human resources. Operating the mines profitably will require that the Company consistently meet production targets and effectively manage costs.

Financial and operational information provided in this MD&A excludes the results of the Timmins mines prior to April 1, 2016, the date of acquisition of Lake Shore Gold and the results from the La Arena and Shahuindo mines prior to April 1, 2015, the date of acquisition of Rio Alto Mining Limited ("Rio Alto").

1



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

### 2016 HIGHLIGHTS

## 2016 ANNUAL CONSOLIDATED OPERATIONAL AND FINANCIAL INFORMATION [1]

- Record silver production totaling 21.3 million ounces surpassing 2016 Guidance of 18 to 21 million ounces.
- Record gold production totaling 385.1 thousand ounces [2] in line with 2016 Guidance of 370 to 430 thousand ounces.
- Record net cash flow provided by operating activities of $249.5 million, and a record $0.86 per share.
- Record cash flow provided by operating activities before changes in working capital of $385.9 million, and a record $1.33 per share.
- Record earnings of $117.9 million or $0.41 per share (basic and diluted), negatively impacted by a change in enacted tax rates in Peru (non-recurring non-cash deferred tax expense of $19.3 million), a non-recurring non- cash loss on redemption of convertible debentures of $32.4 million and non-recurring transaction costs incurred as a result of the acquisition of Lake Shore Gold of $11.1 million.
- Adjusted earnings [4] of $180.4 million or $0.62 adjusted earnings per share [4] (basic and diluted).
- Total dividends of $69.4 million paid to shareholders.
- The Company announced positive 2016 drill results which demonstrate the potential to increase resources near all operations in Guatemala, Peru and Canada.

## Q4 2016 CONSOLIDATED OPERATIONAL AND FINANCIAL INFORMATION [1]

- Record gold production of 119.9 thousand ounces. [2] Silver production totaling 4.8 million ounces.
- Record net cash flow provided by operating activities of $107.0 million, and a record $0.34 per share.
- Cash flow provided by operating activities before changes in working capital of $74.7 million or $0.24 per share.
- Earnings of $0.3 million or $0.00 per share (basic and diluted), primarily as a result of the impact of a declining metals price environment on revenue of $45.3 million and a change in enacted tax rates in Peru (non-recurring non-cash deferred tax expense of $19.3 million).
- Adjusted earnings [4] of $18.4 million or $0.06 adjusted earnings per share [4] (basic and diluted).
- Total dividends of $18.7 million paid to shareholders.
- The Company announced the implementation of a dividend reinvestment plan effective October 2016.
- The Company entered into an Impact and Benefits Agreement with five First Nations in respect of the Bell Creek mine, effective Q4 2016.

## ADDITIONAL CONSOLIDATED OPERATIONAL AND FINANCIAL INFORMATION

|  | Q4 2016 | 2016 [1] |
|---|---|---|
| **Revenues** [3] | $ 189,398 | $ 784,503 |
| **Earnings from operations** | $ 31,466 | $ 242,268 |
| **Cash and cash equivalents** | $ 163,368 | $ 163,368 |
| **Cost of sales per silver/gold ounce sold** [3][4] | $ 11.75/900 | $ 10.55/816 |
| **Costs per silver ounce produced** [4][5] | | |
| Total cash costs net of by-product credits | $ 6.48 | $ 5.84 |
| All-in sustaining costs net of by-product credits | $ 9.76 | $ 8.06 |
| **Costs per gold ounce produced** [4][5] | | |
| Total cash costs net of by-product credits | $ 594 | $ 620 |
| All-in sustaining costs net of by-product credits | $ 945 | $ 943 |

[1] Consolidated information includes operational and financial information from the Timmins mines beginning April 1, 2016, the date of acquisition of Lake Shore Gold.

[2] Commercial production at Shahuindo was declared on May 1, 2016. The 385.1 thousand gold ounces produced for 2016 include 48.5 thousand gold ounces produced in doré at Shahuindo. These ounces include pre-commercial production ounces produced (13.4 thousand gold ounces in doré produced in the period of January through April 2016, respectively).

[3] Pre-commercial production revenues at Shahuindo are considered pre-operating revenues and have been credited against construction capital through April 30, 2016. Consolidated revenues include eight months of sales from Shahuindo operations.

[4] Non-GAAP financial measures are described in the "Non-GAAP Financial Measures" section of this MD&A.

[5] The calculation of total cash costs and all-in sustaining costs net of by-product credits per gold ounce produced exclude pre- commercial production costs incurred and ounces produced at the Shahuindo mine.

2



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

**BUSINESS COMBINATION WITH LAKE SHORE GOLD**

**Terms of the business combination**

On April 1, 2016 (the "Acquisition Date"), the Company completed the previously announced acquisition of Lake Shore Gold pursuant to a statutory plan of arrangement (the "Arrangement").

The Arrangement was approved by shareholders of the Company and the shareholders of Lake Shore Gold on March 31, 2016 and received final court approval on April 1, 2016.

The Arrangement was completed pursuant to the terms of a definitive arrangement agreement dated February 8, 2016 between the Company and Lake Shore Gold (the "Arrangement Agreement"). Pursuant to the terms of the Arrangement Agreement, Lake Shore Gold became a wholly-owned subsidiary of the Company on April 1, 2016 and all of the issued and outstanding common shares of Lake Shore Gold (each a "Lake Shore Gold Share") were transferred to the Company in consideration for the issuance by the Company of 0.1467 of a common share for each Lake Shore Gold Share (each whole common share a "Tahoe Share").

In connection with the closing of the Arrangement, the Company issued an aggregate of 69,239,629 Tahoe Shares to the former shareholders of Lake Shore Gold. The Company authorized the issuance of up to an additional 1,621,877 Tahoe Shares issuable upon the exercise of former stock options to acquire Lake Shore Gold Shares. See also " *Convertible debentures* " section below.

Total consideration paid was based on the April 1, 2016 opening price of Tahoe Shares on the TSX of CAD$12.75 and a CAD to USD foreign exchange rate of 0.7665, and is comprised of the following:

| | Shares Issued/Issuable | | Consideration |
|---|---|---|---|
| Fair value estimate of the Tahoe share consideration | 69,239,629 | $ | 676,670 |
| Fair value estimate of the consideration for options [1] | 1,621,877 | | 8,436 |
| **Total consideration** | **70,861,506** | **$** | **685,106** |

[1]    The fair value of the options was determined using the Black-Scholes option pricing model. Where applicable, the inputs and ranges used in the measurement of the fair value (CAD) of the options were as follows:

| | | |
|---|---|---|
| Share price (CAD) at April 1, 2016 | $ | 12.75 |
| Exercise price (CAD) | $ | 2.79-25.97 |
| Expected volatility | | 48.41%-62.60% |
| Expected life (years) | | 0.04-4.67 |
| Expected dividend yield | | 2.46% |
| Risk-free interest rate | | 0.54%-0.62% |
| Fair value (CAD) | $ | 0.01-9.65 |
| April 1, 2016 CAD to USD exchange rate | $ | 0.77 |
| Fair value (USD) | $ | 0.01-7.40 |

This acquisition has been accounted for as a business combination with Tahoe as the acquirer. The allocation of the purchase price has been finalized. Management determined the fair values of identifiable assets and liabilities, measured the associated deferred income tax assets and liabilities, and determined the value of goodwill.

3



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

The final allocation of the purchase price is as follows:

|  | April 1, 2016 |
|---|---|
| Cash and cash equivalents | $ 70,187 |
| Trade and other receivables | 4,930 |
| Inventories | 13,774 |
| Other current and non-current assets | 3,876 |
| Property, plant and equipment | 174,747 |
| Mineral interests and exploration potential | 615,939 |
| Goodwill [1] | 54,617 |
|  |  |
| Accounts payable, accrued liabilities and other [2] | (45,246) |
| Lease obligation | (16,589) |
| Reclamation provision | (3,721) |
| Convertible debentures | (105,693) |
| Deferred tax liability | (81,715) |
| **Total net assets acquired** | **$ 685,106** |

[1] Goodwill of $54.6 million was recognized due to the deferred tax liability generated on the business combination and the consideration. The total amount of goodwill that is expected to be deductible for tax purposes is $nil.

[2] Accounts payable, accrued liabilities and other includes a liability of $2.1 million relating to Performance Share Units ("PSUs") which were outstanding and not converted prior to the acquisition on April 1, 2016. The PSUs were converted into 211,442 commons shares of the Company during 2016.

[3] As a result of the finalization of the purchase price allocation, the fair value attributed to goodwill and the reclamation provision decreased by $75.3 million and $1.9 million respectively, while mineral interest and exploration potential and the deferred income tax liabilities increased by $102.9 million and $29.5 million, respectively, since June 30, 2016. These adjustments did not have a material impact on the Company's earnings for the year.

Lake Shore Gold's principal mining properties are its 100% owned Timmins mines located in northeastern Ontario, Canada.

The revenues and loss of Lake Shore Gold included in the consolidated financial statements are $137.1 million and $23.3 million, respectively for the period since acquisition. The loss includes the impact of the $32.3 million non-cash loss recognized on the redemption of the convertible debentures. Total transaction costs incurred relating to the acquisition and included in general and administrative expenses for 2016 are $11.1 million. Included in these transaction costs are 455,019 common shares of the Company issued with a value of $5.3 million.

Had the acquisition occurred on January 1, 2016, the total pro-forma consolidated revenues and consolidated earnings of the Company for 2016 would have been $831.9 million and $92.3 million, respectively.

The acquisition supports the Company's growth strategy by adding high-quality assets which will increase the sustainable production level, contribute to cash flow and diversify the Company's operations.

**Convertible debentures**

Lake Shore Gold had outstanding a class of 6.25% convertible unsecured debentures (the "Debentures"), which were governed by an indenture dated September 7, 2012, as supplemented effective April 1, 2016. On April 1, 2016, as a result of the completion of Tahoe's acquisition of Lake Shore Gold, Lake Shore Gold gave notice of its offer to purchase for Tahoe Shares all of its outstanding Debentures at 100% of the principal amount plus accrued and unpaid interest (the "Change of Control Offer").

Concurrently with the Change of Control Offer, Lake Shore Gold gave notice of its election to redeem the Debentures on May 16, 2016 at a price equal to their principal amount plus accrued and unpaid interest. The Company elected to satisfy its obligation to repay the principal amount of the Debentures by issuing Tahoe Shares to the holders of the Debentures. The number of Tahoe Shares to be issued was determined by dividing the aggregate principal amount of the outstanding Debentures redeemed by 95% of the volume weighted average trading price of Tahoe Shares on the TSX for the 20 trading days ended on and including May 9, 2016.

4



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

Debentureholders maintained the right to convert the Debentures at any time prior to May 13, 2016 at a conversion price of CAD$9.5433 per Tahoe Share, being a conversion rate of 104.7856 Tahoe Shares per $1,000 principal amount of the Debentures. An aggregate of 10,611,411 Tahoe Shares were issued pursuant to the exercise of conversion rights available to the debentureholders. The Debentures remaining outstanding after the voluntary conversions were redeemed by Lake Shore Gold on May 16, 2016 for an aggregate of 122,264 Tahoe Shares, and the Debentures were delisted from trading on the TSX at the close of business that day. As a result of the redemption of the remaining debentures during 2016, the Company recognized a non-cash loss of $32.3 million reflecting the appreciation of Tahoe's share price between the closing price on April 1, 2016 and completion of the redemption on May 16, 2016. See the " *Selected Consolidated Financial Results – Review of Consolidated Financial Results –2016 vs. 2015 – Other expense – Loss on debenture* " section of this MD&A.

Further information about the Arrangement and Lake Shore Gold can be found in the Management Information Circulars dated March 9, 2016 sent to shareholders of each of the Company and Lake Shore Gold in advance of their shareholder meetings, in the Arrangement Agreement, in the Company's news release dated April 1, 2016, in the Company's business acquisition report dated April 29, 2016, and in the Company's news release dated May 17, 2016, copies of which have been filed under the Company's or Lake Shore Gold's profile on SEDAR at www.sedar.com .

## LA RAMADA SALE LEASEBACK AND CURRENCY SWAP

On August 3, 2016, the Company terminated the currency swap associated with the La Ramada sale-leaseback in Peru for $1.9 million. On August 5, 2016, the Company terminated the lease for $11.0 million, including $0.2 million in termination fees and on the same date, the Company repurchased the La Ramada substation under the terms of the lease agreement. During Q4 2016, the Company recorded an expense of $3.2 million ($0.01 per share) related to the sales tax receivable on this agreement.

## UPDATE ON LEGAL DECISION RELATING TO HEARING OF A 2013 ENVIRONMENTAL OPPOSITION

On November 26, 2015, Guatemala's Constitutional Court (the "Court") upheld a lower court's decision against Guatemala's Ministry of Energy and Mines ("MEM") and instructed MEM to hear an opposition that MEM had considered and rejected (without a hearing) in advance of issuing Escobal's exploitation license in 2013. The validity of the license was not a question before the Court. In March 2016, an individual, represented by a local anti-mining non-government organization requested the Court clarify its ruling and issue an explicit statement invalidating the Escobal license. In May 2016, the Court rejected that request. In September 2016, the Court of Appeal rejected an identical request to suspend the license.

In June 2016, MEM began the process of hearing the opposition pursuant to the Constitutional Court's order. The opposition added dated claims of prospective environmental harm (no such harm has materialized) and inadequate consultation. All involved parties have filed briefs in the matter, the hearing of which has been indefinitely postponed on two occasions. Based on the legal posture of the case, the lack of environmental damage after three years of operations and the extensive consultation process that Minera San Rafael, S.A. ("MSR") followed prior to issuance of the license, the Company expects a favorable ruling.

## CHANGE IN MANAGEMENT

On August 9, 2016, the Company announced the following management changes, effective August 16, 2016:

- Ron Clayton became President and Chief Executive Officer and was appointed to the Company's Board of Directors. Kevin McArthur resumed his duties as Executive Chair and continues as a Director;
- Elizabeth McGregor became Vice President and Chief Financial Officer and Mark Sadler moved to the position of Vice President, Project Development;
- Tom Fudge became Vice President, Operations and David Howe became Vice President Guatemala Operations and Managing Director, MSR;
- Phil Dalke became Vice President, Peru Operations and Managing Director, Rio Alto SAC; and
- Peter van Alphen became Vice President and Managing Director, Timmins Operations.

For additional details, see the Company's press release dated August 9, 2016 which is available on the Company's website and on SEDAR at www.sedar.com .

5



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

**DIVIDEND REINVESTMENT PLAN**

On August 11, 2016, the Company announced the introduction of a dividend reinvestment plan (the "DRIP"). The DRIP provides eligible holders of Tahoe common shares an opportunity to purchase additional common shares of the Company without paying commissions or other service charges by reinvesting their cash dividends. The DRIP allows shareholders to reinvest their cash dividends into additional common shares issued from treasury at a 3% discount to the Average Market Price (as defined in the DRIP). The DRIP is available for enrollment and became effective for the dividend declared in October 2016.

Participation in the DRIP is optional and will not affect shareholders' cash dividends unless they elect to participate in the DRIP. Participation in the DRIP is open to all registered and beneficial shareholders in Canada, the United States and those other jurisdictions where participation in the DRIP is not prohibited or restricted by applicable law. Dividends are paid only when declared by Tahoe's Board of Directors and the Company may, in its discretion, change or eliminate the discount applicable to treasury acquisitions, or direct that common shares be purchased through market acquisitions at the prevailing market price, in which case no discount would apply.

For additional details, see the Company's press release dated August 11, 2016 which is available on the Company's website and on SEDAR at www.sedar.com .

**LA CUCHILLA**

On November 22, 2016, the Company announced that a previously reported protest involving approximately 25 people outside the Escobal mine in Guatemala had reached a voluntary end. The protest related to the Company's La Cuchilla home purchase program (the "Program"), which was introduced as a humanitarian act to support the La Cuchilla community as well as the local government. The end of the protest follows discussions between officials of MSR, the Company's subsidiary in Guatemala, and the protesters, with the resulting resolution involving no material changes to the terms of the Program. The Company continues to offer assistance to the La Cuchilla community through the Program.

For additional details, see the Company's press release dated November 22, 2016 which is available on the Company's website and on SEDAR at www.sedar.com .

**RECENT DEVELOPMENTS**

**APPOINTMENT TO BOARD OF DIRECTORS**

On January 3, 2017, the Company announced the appointment of Chuck Jeannes to the Board of Directors, effective January 1, 2017.

For additional details, refer to the press release dated January 3, 2017 available on SEDAR at www.sedar.com or on the Company's website at www.tahoeresources.com .

**GARCIA ET AL. V. TAHOE**

On June 18, 2014, an action was commenced against the Company in the Supreme Court of British Columbia. The lawsuit was filed by seven Guatemalan plaintiffs who alleged that Tahoe was directly or vicariously liable for battery and/or negligence regarding an incident that occurred at the Escobal Mine on April 27, 2013. The plaintiffs seek compensatory and punitive damages. On November 13, 2015, the Supreme Court of British Columbia issued a ruling declining jurisdiction over the claims brought by the plaintiffs on the grounds that Guatemala was the more appropriate forum to adjudicate plaintiffs' claims. The plaintiffs appealed this ruling to the Court of Appeal of British Columbia, and on January 26, 2017, the Court of Appeal reversed the Supreme Court's decision on the grounds that British Columbia was a more appropriate forum for adjudication. While the ultimate result of this action is not expected to have a material financial impact on the Company, it could have negative industry-wide implications and as such, Tahoe intends to seek leave to appeal this decision to the Supreme Court of Canada.

For additional details, refer to the press release dated January 26, 2017 available on SEDAR at www.sedar.com or on the Company's website at www.tahoeresources.com .



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

## FUTURE DEVELOPMENTS

### TARGETS AND INITIATIVES

A key target for the Company is to grow gold production to over a half million ounces per year in 2019 and to over 550,000 ounces in 2020. This increased production will come primarily from two ongoing projects, the expansion of the Shahuindo mine to a production capacity of 36,000 tonnes per day ("tpd") and the Bell Creek Shaft Project (the "BC Shaft Project") at the Bell Creek mine in Canada. Both projects are on track for completion by mid-2018. The Company is also targeting growth in mineral reserves and/or mineral resources at all of its operations, including growth of two to four million ounces in gold mineral reserves and/or mineral resources in Canada by 2020.

### 2017 OPERATIONS OUTLOOK

The Company provided guidance regarding expected 2017 production and unit costs in the new release dated January 5, 2017 available on SEDAR at www.sedar.com or on the Company's website at www.tahoeresources.com .

### 2017 guidance [1][2][3][4][5]

The Company's 2017 guidance for silver production is 18 to 21 million ounces and the unit costs expected are similar to the initial guidance for 2016 issued at the beginning of last year. The Company improved its unit cost guidance for silver in August 2016 largely as result of silver prices averaging less than $16/oz during the first quarter which triggered the suspension of voluntary royalty obligations on final concentrate settlements made below $16/oz.

The Company's guidance for gold production in 2017 is 375 to 425 thousand ounces as higher anticipated production at the Shahuindo mine and in Canada will offset a reduction in output at La Arena consistent with the feasibility mine plan as La Arena reaches its last four years of planned operation. Total cash costs and all-in sustaining costs per ounce of gold produced in 2017 are estimated to be higher than in 2016. The increase largely reflects a greater proportion of ounces coming from Shahuindo, where the Company continues development and construction of infrastructure in support of achieving production at the 36,000 tpd level by mid-2018.

As outlined below, capital expenditures in 2017 are expected to increase from 2016, mainly reflecting peak investment levels for the expansion of Shahuindo (impacting both sustaining and project capital expenditures) and the Bell Creek Shaft Project (impacting project capital expenditures). Higher unit costs per ounce of gold produced are expected, primarily as a result of the increased proportion of production from Shahuindo, where expansion work will continue throughout 2017, with expenditures related to further development of leach pads, waste dumps and other infrastructure being included in sustaining capital and therefore increasing all-in sustaining costs ("AISC"). Production at Shahuindo in 2017 is expected to be weighted to the second half of the year, with the commissioning of the first crushing and agglomeration circuit expected during the third quarter. Production and unit costs for silver are similar to the guidance initially released for 2016 in January of last year.

Capital requirements to achieve the Company's growth objectives are expected to peak in 2017. Growth capital expenditures for the year are estimated at $150 to $175 million, with Shahuindo accounting for approximately half of the total, Bell Creek mine for approximately a third and the remainder relating to a number of smaller projects in Canada. Most of the growth expenditures at Shahuindo are associated with the construction of the crushing and agglomeration plant and process plant expansion.

Sustaining capital expenditures in 2017 are targeted at $160 to $175 million, higher than the 2016 actual spend of $118.4 million. Shahuindo will account for approximately 30% of total sustaining capital expenditures in 2017 and the majority of the increase from the prior year. A significant proportion of these expenditures relate to the continued construction of leach pads, waste dumps, and other infrastructure in support of achieving the full production rate of 36,000 tpd. Higher sustaining capital in Timmins relates to the inclusion of a full year of results from the Canadian operations, which were acquired on April 1, 2016. Sustaining capital at La Arena will be largely unchanged from 2016, while an increase at Escobal reflects on-going development efforts and equipment rebuilds as the fleet ages.

Exploration expenditures (excluding capitalized drilling) are anticipated to grow from $14 million in 2016 to between $35 and $45 million in 2017, with the Company planning to complete drilling programs to both expand Mineral Resources at existing operations and advance longer-term projects in Canada and Peru.

7



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

2017 consolidated total cash costs and all-in sustaining cost per ounce [1] ranges are outlined in the following table:

| | Silver | | | | Gold | | | |
|---|---|---|---|---|---|---|---|---|
| Total cash costs per ounce net of by-product credits | $ | 7.00 | to | $ | 8.00 | $ | 700 | to | $ | 750 |
| All-in sustaining costs per ounce | $ | 9.50 | to | $ | 10.50 | $ | 1,150 | to | $ | 1,250 |

[1]    See " *Cautionary Statement on Forward-Looking Information* " in this MD&A and " *Non-GAAP Financial Measures* " in the press release dated January 5, 2017 available at www.sedar.com .

The reconciliation which formed the basis for the ranges in the 2017 cash cost guidance is as follows:

| Total cash costs | | Silver | | Gold |
|---|---|---|---|---|
| Production costs | $ | 164,000 | $ | 290,000 |
| Treatment and refining charges | | 28,750 | | - |
| Total cash costs before by-product credits [1] | $ | 192,750 | $ | 290,000 |
| Gold credit | | (12,750) | | - |
| Lead credit | | (13,300) | | - |
| Zinc credit | | (16,750) | | - |
| Total cash costs net of by-product credits | $ | 149,950 | $ | 290,000 |
| | | | | |
| Silver ounces produced in concentrate (000's) | | 20,000 | | - |
| Gold ounces produced in doré (000's) | | - | | 400 |
| **Total cash costs per ounce before by-product credits** | $ | 9.64 | $ | 725 |
| **Total cash costs per ounce net of by-product credits** | $ | 7.50 | $ | 725 |

[1]    Gold, lead and zinc by-product credits are calculated as follows:

| | | Silver | | |
|---|---|---|---|---|
| | | Total Credit | | Credit per ounce |
| **Gold Ounces** | $ | 12,750 | $ | 0.64 |
| **Lead Tonnes** | $ | 13,300 | $ | 0.67 |
| **Zinc Tonnes** | $ | 16,750 | $ | 0.84 |

| All-in sustaining costs | | Silver | | Gold |
|---|---|---|---|---|
| Total cash costs net of by-product credits | $ | 149,950 | $ | 290,000 |
| Sustaining capital | | 32,500 | | 135,000 |
| Exploration | | 1,500 | | 20,000 |
| Reclamation cost accretion | | 200 | | 2,000 |
| General and administrative expenses | | 15,750 | | 33,000 |
| All-in sustaining costs | $ | 199,900 | $ | 480,000 |
| | | | | |
| Silver ounces produced in concentrate (000's) | | 20,000 | | - |
| Gold ounces produced in doré (000's) | | - | | 400 |
| **All-in sustaining costs per ounce produced net of by-product credits** | $ | 10.00 | $ | 1,200 |

**2017 guidance by mine**

| | Production (silver-moz; gold – koz) | | Cash Costs ($/oz) | | All-in Sustaining Costs ($/oz) | | Project Capital ($ millions) | | Sustaining Capital ($ millions) | | Exploration ($ millions) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Low | High | Low | High | Low | High | Low | High | Low | High | Low | High |
| Escobal (silver) | 18 | 21 | 7.00 | 8.00 | 9.50 | 10.50 | - | - | 35 | 38 | - | 2 |
| La Arena (gold) | 145 | 155 | 750 | 800 | 1,000 | 1,100 | - | - | 25 | 27 | 6 | 8 |
| Shahuindo (gold) | 65 | 85 | 750 | 800 | 1,600 | 1,700 | 75 | 90 | 50 | 55 | 12 | 15 |
| Timmins (gold) | 165 | 185 | 650 | 700 | 1,000 | 1,100 | 75 | 85 | 50 | 55 | 17 | 20 |
| | | | | | | | | | | | | |
| **Silver total** [5] | **18** | **21** | **7.00** | **8.00** | **9.50** | **10.50** | **-** | **-** | **35** | **38** | **-** | **2** |
| **Gold total** [2] | **375** | **425** | **700** | **750** | **1,150** | **1,250** | **150** | **175** | **125** | **137** | **35** | **43** |

[1]    See " *Cautionary Statement on Forward-Looking Information* " in this MD&A and " *Non-GAAP Financial Measures* " in the press release dated January 5,

2017 available at www.sedar.com .

(2)     Gold production range of 375 to 425 thousand ounces includes gold ounces produced in concentrate from the Escobal mine.

(3)     Assumes payable by-product metal production: 10,190 ozs gold; 16,332 thousand lbs lead; 23,109 thousand lbs zinc.

(4)     All per ounce costs are based on silver ounces contained in concentrates (silver) and gold ounces in doré (gold).

(5)     Silver cost guidance assumes a 1% statutory royalty and a 4.5% voluntary and private royalty on all silver sales above $16/oz.

(6)     Numbers may not calculate due to rounding.

8



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

2017 cost guidance was calculated based on certain commodity and currency assumptions.

The table below includes a sensitivity of the impact of a change in these assumptions on total cash costs and AISC:

| | 2017 Guidance | Change (+/-) | Impact (+/-) |
|---|---|---|---|
| **Commodity assumptions** | | | |
| Silver ($/oz) | $ 17.50 | $ 1.00/oz | N/A |
| Gold ($/oz) | $ 1,250 | $ 100/oz | $ 0.05/oz silver |
| Lead ($/lb) | $ 0.90 | 10% | $ 0.10/oz silver |
| Zinc ($/lb) | $ 0.90 | 10% | $ 0.10/oz silver |
| Diesel (US$/gal) | $ 2.00 | 10% | $ 0.10/oz silver |
| | | | $ 7/oz gold |
| **Currency assumptions** | | | |
| CAD/USD | $ 1.25 | 1% | $ 3/oz gold |
| Guatemalan quetzal/USD | 7.65 | 1% | $ 0.02/oz silver |
| Peruvian sol/USD | 3.4 | 1% | $ 2/oz gold |

## LONG-TERM OUTLOOK [1][2][3][4][5][6][7][8][9]

A review of the crushing, size distribution, geotechnical and material handling characteristics of ore at Shahuindo is nearing completion and has produced results supporting the achievement of throughput and recovery rates for agglomerated ores contained in the NI 43-101 compliant "Technical Report on the Shahuindo Mine, Cajabamba, Peru" dated January 25, 2016 available on SEDAR at www.sedar.com or on the Company's website at www.tahoeresources.com . The review also identified opportunities to slightly reduce capital expenditures and operating costs at the mine through revisions to the crushing and agglomeration circuit. At the same time, performance of run-of-mine operations has improved over the last several months. Recent work shows the ultimate recovery achieved with crushing and agglomeration could exceed the 80% utilized in the economic model in the technical report and is consistent with at least four different sets of test work performed over several years.

With the Company on track to complete both the expansion of Shahuindo to 36,000 tpd and the BC Shaft Project by mid-2018, annual gold production is expected to increase to over a half million ounces in 2019 including an increase to approximately 80,000 ounces annually at Bell Creek. At that time, total cash costs and all-in sustaining costs per ounce of gold produced are projected to improve, to ranges of $650 to $750 and $900 to $1,000, respectively. The Company is targeting silver production and unit costs to remain largely in line with 2017 levels over the next several years. Gold production is expected to reach over 550,000 ounces in 2020.

Following the completion of the Company's key growth projects, both growth and sustaining capital requirements will be reduced. By 2019, sustaining capital expenditures are targeted at $100 to $125 million. The reduction from sustaining capital expenditure levels outlined in the Company's 2017 guidance will mainly be in Peru, where sustaining capital in 2019 is targeted at $25 to $35 million versus $70 to $80 million in 2017.

Assuming that the Company does not commence the development of any new projects, growth capital expenditures in 2019 are anticipated to decline to around $10 million. Exploration expenditures are likely to remain similar to 2017 guidance levels over the next two years as the Company works to advance its growth projects and exploration targets and to increase gold mineral reserves and/or mineral resources in Canada by two to four million ounces. Given that exploration is largely success driven, future expenditure targets will be developed following completion of 2017 drilling programs.

General and administrative expenses, including share-based payments, are expected to stay relatively flat through 2019.

9

Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

**2018 and 2019 guidance** [1][2][3][4][5][6][7][8][9]

| | | 2018 | | 2019 |
|---|---|---|---|---|
| Silver ounces produced in concentrate (millions) | | 18-21 | | 18-21 |
| Gold ounces produced in doré (000's) | | 425-500 | | 500-550 |
| | | | | |
| Total cash costs per ounce silver produced net of by-product credits | $ | 7.50-8.50 | $ | 7.50-8.50 |
| All-in sustaining costs per ounce silver produced net of by-product credits | $ | 10.00-11.00 | $ | 10.00-11.00 |
| | | | | |
| Total cash costs per ounce gold produced net of by-product credits | $ | 650-750 | $ | 650-750 |
| All-in sustaining costs per ounce gold produced net of by-product credits | $ | 1,050-1,150 | $ | 900-1,000 |
| | | | | |
| General and administrative expenses ($millions) | $ | 45-55 | $ | 45-55 |
| Exploration ($millions) | $ | 30-40 | $ | 30-40 |
| Sustaining capital($millions) | $ | 140-160 | $ | 100-125 |
| Project capital ($millions) | $ | 50-70 | $ | 0-10 |

(1)  See " *Cautionary Statement on Forward-Looking Information* " in this MD&A and " *Non-GAAP Financial Measures* " in the press release dated January 5, 2017 available at www.sedar.com .

(2)  Assumes payable by-product metal production for 2018 of 9,610 ozs gold; 14,011 thousand lbs lead; 19,900 thousand lbs zinc and for 2019 of 11,810 ozs gold; 17,280 thousand lbs lead; 23,900 thousand lbs zinc.

(3)  Commodity and currency price assumptions used in the calculation of 2018 and 2019 guidance are the same as those used in the calculation of 2017 guidance. Refer to the "2017 Guidance by mine" section of this MD&A.

(4)  All per ounce costs are based on silver ounces contained in concentrates (silver) and gold ounces in doré (gold).

(5)  Guidance does not include inflation adjustments.

(6)  Gold production includes gold produced at Escobal.

(7)  Silver cost guidance assumes a 1% statutory royalty and a 4.5% voluntary and private royalty on all silver sales above $16/oz.

The reconciliation which formed the basis for the ranges in the 2018 and 2019 cash cost guidance is as follows:

| | | 2018 | | | | 2019 | | |
|---|---|---|---|---|---|---|---|---|
| **Total cash costs** | | **Silver** | | **Gold** | | **Silver** | | **Gold** |
| Production costs | $ | 165,000 | $ | 325,500 | $ | 170,000 | $ | 367,500 |
| Treatment and refining charges | | 32,600 | | - | | 35,950 | | - |
| Total cash costs before by-product credits [1] | $ | 197,600 | $ | 325,500 | $ | 205,950 | $ | 367,500 |
| Gold credit | | (12,000) | | - | | (14,750) | | - |
| Lead credit | | (11,300) | | - | | (14,000) | | - |
| Zinc credit | | (14,300) | | - | | (17,200) | | - |
| Total cash costs net of by-product credits | $ | 160,000 | $ | 325,500 | $ | 160,000 | $ | 367,500 |
| | | | | | | | | |
| Silver ounces produced in concentrate (000's) | | 20,000 | | - | | 20,000 | | - |
| Gold ounces produced in doré (000's) | | - | | 465 | | - | | 525 |
| **Total cash costs per ounce before by-product credits** | $ | **9.88** | $ | **700** | $ | **10.30** | $ | **700** |
| **Total cash costs per ounce net of by-product credits** | $ | **8.00** | $ | **700** | $ | **8.00** | $ | **700** |

(1)  Gold, lead and zinc by-product credits are calculated as follows:

| | | | | **Silver** | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 2018 | | | | 2019 | |
| | | **Total Credit** | | **Credit per ounce** | | **Total Credit** | | **Credit per ounce** |
| **Gold Ounces** | $ | 12,000 | $ | 0.60 | $ | 14,750 | $ | 0.74 |
| **Lead Tonnes** | $ | 11,300 | $ | 0.57 | $ | 14,000 | $ | 0.70 |
| **Zinc Tonnes** | $ | 14,300 | $ | 0.72 | $ | 17,200 | $ | 0.86 |

| | | 2018 | | | | 2019 | | |
|---|---|---|---|---|---|---|---|---|
| **All-in sustaining costs** | | **Silver** | | **Gold** | | **Silver** | | **Gold** |
| Total cash costs net of by-product credits | $ | 160,000 | $ | 325,500 | $ | 160,000 | $ | 367,500 |
| Sustaining capital | | 32,500 | | 117,500 | | 32,500 | | 70,000 |
| Exploration | | 1,500 | | 33,500 | | 1,500 | | 28,500 |
| Reclamation cost accretion | | 200 | | 2,000 | | 200 | | 2,000 |
| General and administrative expenses | | 15,750 | | 33,000 | | 15,750 | | 30,750 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| All-in sustaining costs | $ | 210,000 | $ | 511,500 | $ | 210,000 | $ | 498,750 |
| | | | | | | | |
| Silver ounces produced in concentrate (000's) | | 20,000 | | - | | 20,000 | | - |
| Gold ounces produced in doré (000's) | | - | | 465 | | - | | 525 |
| **All-in sustaining costs per ounce produced net of by-product credits** | $ | 10.50 | $ | 1,100 | $ | 10.50 | $ | 950 |

10



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

## SELECTED CONSOLIDATED FINANCIAL RESULTS

Selected consolidated financial information from continuing operations for the years ended December 31, 2016 and for the previous two years is as follows:

| | | 2016(1)(2) | | 2015(1) | | 2014(1) |
|---|---|---|---|---|---|---|
| **Metal Sold** | | | | | | |
| Silver (000's ozs) | | **19,065** | | 20,210 | | 18,160 |
| Gold (000's ozs) (8) | | **358.2** | | 183.7 | | 8.4 |
| Lead (000's t) | | **9.0** | | 9.8 | | 9.1 |
| Zinc (000's t) | | **12.3** | | 13.3 | | 10.7 |
| **Realized Price** | | | | | | |
| Silver in concentrate (per oz) | $ | **17.57** | $ | 15.15 | $ | 18.13 |
| Gold in doré (per oz) | $ | **1,245** | $ | 1,126 | $ | - |
| Lead (per t) | $ | **1,886** | $ | 1,854 | $ | 2,053 |
| Zinc (per t) | $ | **2,268** | $ | 1,800 | $ | 2,220 |
| **LBMA/LME Price** (3) | | | | | | |
| Silver (per oz) | $ | **17.14** | $ | 15.68 | $ | 19.08 |
| Gold (per oz) | $ | **1,250** | $ | 1,160 | $ | 1,266 |
| Lead (per t) | $ | **1,872** | $ | 1,784 | $ | 2,096 |
| Zinc (per t) | $ | **2,095** | $ | 1,928 | $ | 2,164 |
| **Revenues** | $ | **784,503** | $ | 519,721 | $ | 350,265 |
| **Earnings (loss) from operations** | $ | **242,268** | $ | (79,552) | $ | 123,272 |
| **Earnings (loss) attributable to common shareholders** (9) | $ | **117,876** | $ | (71,911) | $ | 90,790 |
| **Earnings (loss) per common share** | | | | | | |
| Basic | $ | **0.41** | $ | (0.35) | $ | 0.62 |
| Diluted | $ | **0.41** | $ | (0.35) | $ | 0.61 |
| **Adjusted earnings** (4) | $ | **180,385** | $ | 98,910 | $ | 91,696 |
| **Adjusted earnings per common share** (4) | | | | | | |
| Basic | $ | **0.62** | $ | 0.48 | $ | 0.62 |
| Diluted | $ | **0.62** | $ | 0.48 | $ | 0.62 |
| **Dividends paid** | $ | **69,402** | $ | 49,717 | $ | 2,953 |
| **Cash flow provided by operating activities before changes in working capital** | $ | **385,926** | $ | 226,332 | $ | 173,230 |
| **Cash flow provided by operating activities** | $ | **249,454** | $ | 166,744 | $ | 119,322 |
| **Cash and cash equivalents** | $ | **163,368** | $ | 108,667 | $ | 80,356 |
| **Total assets** | $ | **3,071,253** | $ | 2,002,461 | $ | 975,628 |
| **Total non-current liabilities** | $ | **348,663** | $ | 187,550 | $ | 5,693 |
| **Costs per silver ounce produced** | | | | | | |
| Total cash costs net of by-product credits (4)(5) | $ | **5.84** | $ | 6.16 | $ | 6.37 |
| All-in sustaining costs per silver ounce net of by-product credits (4)(7) | $ | **8.06** | $ | 9.11 | $ | 9.15 |
| **Costs per gold ounce produced** | | | | | | |
| Total cash costs net of by-product credits (4) | $ | **620** | $ | 551 | $ | - |
| All-in sustaining costs per gold ounce net of by-product credits (4)(6) | $ | **943** | $ | 733 | $ | - |

(1)    Comparative 2015 numbers exclude operational and financial information from the Timmins mines. Comparative numbers for 2014 exclude operational and financial information from the Timmins mines, La Arena and Shahuindo.

(2)    2016 numbers include operational and financial information from the Timmins mines beginning April 1, 2016, the date of acquisition of Lake Shore Gold and operational and financial information from Shahuindo beginning May 1, 2016, the commencement of commercial production.

(3)    London Bullion Market Association (LBMA)/London Metal Exchange (LME) average closing prices for each quarter presented.

(4)    Refer to the " *Non-GAAP Financial Measures* " section of this MD&A.

(5)    Total cash costs net of by-product credits per silver ounce produced for 2015 include $7.2 million in royalty expense from 2014 sales that settled in 2015 at the increased royalty rate of 10%. This resulted in a per ounce impact of $0.36 for 2015. This impact was offset during Q4 2015 as a result of a $16.2 million reversal of the increased 10% royalty regime resulting in a positive impact of $0.80 per ounce for 2015.

(6)    All-in sustaining costs net of by-product credits per gold ounce produced for 2016 exclude the impact of $11.1 million in non-recurring transaction costs related to the acquisition of Lake Shore Gold.

11



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

(7)     All-in sustaining costs net of by-product credits per silver ounce produced for 2015 exclude the impact of $7.2 million in non- recurring transaction costs related to the acquisition of Rio Alto.

(8)     Commercial production at Shahuindo was declared on May 1, 2016. Revenues presented are generated from the sale of gold ounces in doré beginning May 1, 2016. Pre-commercial production revenues at Shahuindo are considered pre- operating revenues and are credited against construction capital through April 30, 2016. Included in the 358.2 thousand gold ounces sold for 2016 are 44.3 thousand gold ounces sold at Shahuindo which include four months of pre-commercial production ounces sold (7.6 thousand ounces of gold in doré sold in the period January through April 2016).

(9)     Earnings of $117.9 million for 2016 were impacted by the result of a change in enacted tax rates in Peru for $19.3 million, a non-cash loss on the redemption of the Lake Shore Gold debentures of $32.3 million and non-recurring transaction costs of $11.1 million related to the acquisition of Lake Shore Gold. Refer to the Company's adjusted earnings described and calculated in the "*Non-GAAP Financial Measures*" section of this MD&A.

(10)    Numbers may not calculate due to rounding.

## REVIEW OF ANNUAL CONSOLIDATED FINANCIAL RESULTS

### Basis of presentation

The annual results presented in this section and the quarterly results presented in the subsequent section of this MD&A are prepared in accordance with IFRS. The Company's significant accounting policies are outlined within note 3 of the Company's consolidated financial statements for the years ended December 31, 2016 and 2015.

Comparative 2015 year excludes data from the Timmins mines and includes data from La Arena beginning April 1, 2015, the date of acquisition of Rio Alto.

### 2016 vs. 2015

The Company generated earnings of $117.9 million for 2016 compared to a loss of $71.9 million for 2015. Earnings for 2016 were positively impacted by the inclusion of results from the Timmins mines beginning April 1, 2016, the date of acquisition of Lake Shore Gold in addition to results from Shahuindo beginning May 1, 2016, the date of declaration of commercial production. These were offset by a non-cash $19.3 million deferred tax impact related to a change in enacted tax rates in Peru, a non-cash loss on the redemption of the Lake Shore Gold debentures of $32.3 million and non-recurring transaction costs of $11.1 million related to the acquisition of Lake Shore Gold. The loss in 2015 was due to the $153.4 million non-cash impairment taken on the La Arena and Shahuindo mines partially offset by the inclusion of results from the La Arena mine as a result of the acquisition of Rio Alto on April 1, 2015.

Refer to the Company's adjusted earnings described and calculated in the "*Non-GAAP Financial Measures*" section of this MD&A.

### Revenues

During 2016, the Company sold in concentrate 19.0 million silver ounces at an average realized price of $17.57 compared to 20.2 million silver ounces at an average realized price of $15.15 during 2015. The Company sold in concentrate 7.7 thousand gold ounces during 2016 compared to 9.8 thousand gold ounces during 2015. During 2016, the Company sold in concentrate 9.0 thousand tonnes of lead and 12.3 thousand tonnes of zinc at realized prices of $1,886 and $2,268 per tonne, respectively, compared to 9.8 thousand tonnes of lead and 13.3 thousand tonnes of zinc at realized prices of $1,854 and $1,800 per tonne, respectively, during 2015.

During 2016, the Company sold 350.5 thousand ounces of gold in doré at an average realized price of $1,245 per ounce compared to 173.9 thousand ounces of gold in doré at an average realized price of $1,126 per ounce during 2015.

Silver in concentrate sales decreased by approximately 6% during 2016 compared to 2015. This decrease in quantity sold was offset by an increase in realized silver metal prices of approximately 16%. Gold in doré sales increased by 176.6 thousand ounces or 102% due to the inclusion of ounces in doré sold from the Timmins mines beginning April 1, 2016, the date of acquisition of Lake Shore Gold, in addition to a full year of sales from La Arena and eight months of commercial production sales from Shahuindo during 2016. As a result, the Company generated revenues of $784.5 million, net of treatment and refining charges for 2016, compared to $519.7 million in revenues for 2015, an increase of approximately $264.8 million or 51%.

12



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

The Company's concentrate revenue and trade receivables include provisionally priced metal sales which are marked to market at the end of each reporting period based on the forward price for the quotational period stipulated in the contract (or an approximation thereof). Provisionally priced metal at December 31, 2016 includes 3.3 million silver ounces and 1.8 thousand gold ounces at $15.95 and $1,151 per ounce, respectively, and 2.1 thousand and 2.5 thousand tonnes of lead and zinc at $1,983 and $2,619 per tonne, respectively.

## Operating costs

### *Production costs*

Production costs, which comprise the full cost of operations less royalties and depreciation and depletion, form a component of total operating costs and were $332.7 million for 2016 compared to $241.7 million for 2015. The increase is primarily due to the inclusion of production costs relating to the Timmins mines, acquired in 2016 as well as a full year of production costs from the La Arena mine and eight months of production costs from the Shahuindo mine during 2016.

### *Royalties*

During 2016, royalty expense was $22.9 million, comprised of $18.7 million in Guatemala and $4.2 million in Canada. This compares to a royalty expense of $13.2 million in 2015 all related to royalties in Guatemala. The $9.7 million increase reflects the addition of $4.2 million related to the acquisition of Lake Shore Gold and the timing of final settlements and provisional pricing adjustments in Guatemala.

The royalty in Guatemala is levied on net smelter returns for concentrate sales which include revenues from silver and by-products (gold, lead and zinc). Revenues were $31.9 million higher in the current year as a result of increased silver, gold, lead and zinc metals prices which resulted in an increase to royalty expense over prior year. Under the voluntary royalty agreements between the Company and municipal and federal governments in Guatemala, finalized concentrate sales below $16/oz silver do not trigger a payment obligation. During 2015, the Company realized greater concentrate sales which finalized below $16/oz as compared to 2016.

Royalties paid in Peru are calculated using a form of operating profit and are therefore accounted for as an income tax.

### *Depreciation and depletion*

During 2016, depreciation and depletion was $124.7 million compared to $78.6 million in 2015. This increase is primarily due to the inclusion of depletion and depreciation relating to the Timmins mines, acquired in 2016 as well as a full year of depreciation and depletion from the La Arena mine and eight months of depreciation and depletion from the Shahuindo mine during 2016.

## Other operating expenses

### *Exploration expenses*

Exploration expenses were $14.4 million for 2016 compared to $6.5 million in 2015. This $7.9 million increase is the result of increased exploration expenditures of $6.8 million in Canada related exploration activity since the date of the acquisition of Lake Shore Gold and $2.0 million in Peru offset by a decrease in exploration expenditures of $0.9 million in Guatemala. The overall increase in exploration expense is in line with the Company's focus on growth to expand resources at existing operations and advance longer-term projects in Canada and Peru. Refer to the " *Future Developments – Targets and Initiatives – 2017 Operations Outlook* " and " *– Long-term Outlook* " sections of this MD&A.

### *General and administrative expenses*

General and administrative expenses were $47.5 million for 2016 compared to $39.3 million for 2015. This $8.2 million increase relates primarily to the inclusion of $11.1 million in transaction costs relating to the acquisition of Lake Shore Gold (an increase of $5.2 million when compared to the transaction costs recognized in 2015 related to the acquisition of Rio Alto), an increase in professional and consulting fees of $3.7 million and in share-based compensation of $1.2 million. These increases were offset primarily by decreases in salaries and benefits of $1.5 million and $0.4 million in administrative and other expenses as a result of the Company's comprehensive review of overheads and cost reduction measures announced in 2015. The overall increase relates to the inclusion of general and administrative expenses associated with the acquisition of Lake Shore Gold during 2016.

13



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

*Impairment*

As part of the Company's impairment testing, management assessed all cash generating units ("CGUs") for indicators of impairment (or reversal of impairment previously taken) including the allocated goodwill which is mandatorily tested on an annual basis. Discounted cash flow models were prepared, where applicable, using long-term prices for gold of $1,250/oz, silver of $17.50/oz and copper of $3.00/lb, discount rates between 6.5% and 8.75% depending on the development stage of the operation or project and currently enacted tax rates. In-situ values were used for the impairment testing of exploration potential. Based on the results, for the year ended December 31, 2016, management concluded that there was no impairment or reversal of prior impairment for any of the CGUs.

During 2015, the Company recorded a non-cash after-tax impairment charge of $153.4 million, comprising $69.0 million and $84.4 million for La Arena and Shahuindo, respectively (non-cash pre-tax impairment of $220.0 million, comprising $99.0 million and $121.0 million for La Arena and Shahuindo, respectively). The non-cash impairment was a result of the Company's annual asset impairment testing. Using a long-term gold price of $1,200/oz and a discount rate of 7%, the non-cash impairment charge was primarily driven by a decrease of approximately $100/oz in gold price from the date of acquisition. Refer to the " *Cash Flow, Liquidity, Capital Resources and Other Information - Asset Valuation* " section for additional details.

## Other expense

### *Net foreign exchange loss*

A foreign exchange loss of $0.4 million was recognized during 2016 compared to a loss of $4.5 million during 2015. The $4.1 million decrease in foreign exchange loss is the result of the depreciation of foreign currencies against the USD including a decrease of $3.8 million related to the Peruvian Nuevo Sol and $0.4 million related to the Guatemalan Quetzal offset by an increase of $0.7 million as a result of the appreciation in the Canadian dollar against the USD. The Company remains unhedged with respect to foreign currency. Refer to the " *Cash flow, liquidity, capital resources and other information – Liquidity, capital resources and financial risk management – Financial risk management – Market risk – Foreign exchange risk* " section of this MD&A.

### *Loss on debenture*

As a result of the redemption of the outstanding Lake Shore Gold debentures, the Company recognized a non-cash loss of $32.3 million during 2016. This non-cash loss was attributable to the appreciation of Tahoe's share price between the date of acquisition on April 1, 2016 and the completion of the debenture redemption on May 16, 2016.

## Tax expense

Income tax expense for 2016 was $90.9 million, representing an effective rate of 44%. The effective tax rate in 2016 was impacted by the non-cash loss on debenture conversion and transaction costs related to the acquisition of Lake Shore Gold. In addition, income tax rates in Peru which were previously on a gradual reduction from 28.0% to 26.0% over the course of five years to 2019, were superseded in December 2016 with an increased statutory rate to 29.5% effective January 1, 2017. The change in rates during 2016 resulted in a non-cash deferred tax expense of $19.3 million. Excluding the impact of the change in tax rate in Peru, the effective rate is 34%.

Income tax recovery for 2015 was $16.3 million, representing an effective rate of negative 18%. The effective tax rate in 2015 was impacted primarily by a non-cash impairment charge taken on the Company's La Arena and Shahuindo operating segments and the transaction costs related to the acquisition of Rio Alto.

14



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

## SELECTED QUARTERLY CONSOLIDATED FINANCIAL RESULTS

Selected quarterly consolidated financial information from continuing operations for the most recent eight quarters is as follows:

| | Q4 2016 | Q3 2016 | Q2 2016(8) | Q1 2016(1) | Q4 2015(1) | Q3 2015(1) | Q2 2015(1) | Q1 2015(1)(2) |
|---|---|---|---|---|---|---|---|---|
| **Metal Sold** | | | | | | | | |
| Silver (000's ozs) | **4,496** | 4,800 | 5,212 | 4,563 | 6,244 | 5,492 | 3,840 | 4,640 |
| Gold (000's ozs) | **100.7** | 108.8 | 98.1 | 50.6 | 59.8 | 59.8 | 61.7 | 2.2 |
| Lead (000's t) | **2.3** | 1.9 | 2.4 | 2.4 | 3.4 | 2.6 | 1.6 | 2.2 |
| Zinc (000's t) | **2.8** | 2.7 | 3.5 | 3.3 | 4.5 | 2.8 | 2.5 | 3.5 |
| **Realized Price** | | | | | | | | |
| Silver in concentrate (per oz) | $ **14.45** | $ 20.64 | $ 18.95 | $ 15.92 | $ 14.10 | $ 14.33 | $ 15.29 | $ 17.16 |
| Gold in doré (per oz) | $ **1,197** | $ 1,321 | $ 1,255 | $ 1,166 | $ 1,089 | $ 1,106 | $ 1,182 | $ - |
| Lead (per t) | $ **2,036** | $ 2,204 | $ 1,779 | $ 1,590 | $ 1,804 | $ 1,764 | $ 2,330 | $ 1,763 |
| Zinc (per t) | $ **2,872** | $ 2,513 | $ 2,237 | $ 1,875 | $ 1,549 | $ 1,653 | $ 2,127 | $ 2,023 |
| **LBMA/LME Price** [3] | | | | | | | | |
| Silver (per oz) | $ **17.19** | $ 19.61 | $ 16.78 | $ 14.85 | $ 14.77 | $ 14.91 | $ 16.41 | $ 16.71 |
| Gold (per oz) | $ **1,220** | $ 1,335 | $ 1,259 | $ 1,181 | $ 1,105 | $ 1,124 | $ 1,193 | $ 1,219 |
| Lead (per t) | $ **2,149** | $ 1,873 | $ 1,719 | $ 1,744 | $ 1,681 | $ 1,712 | $ 1,947 | $ 1,807 |
| Zinc (per t) | $ **2,517** | $ 2,255 | $ 1,918 | $ 1,679 | $ 1,612 | $ 1,844 | $ 2,195 | $ 2,023 |
| **Revenues** [8] | $ **189,398** | $ 234,721 | $ 228,251 | $ 132,133 | $ 154,891 | $ 145,736 | $ 133,812 | $ 85,282 |
| **Earnings (loss) from operations** | $ **31,466** | $ 99,425 | $ 65,022 | $ 46,355 | $ (146,973) | $ 26,118 | $ 2,615 | $ 38,688 |
| **Earnings (loss)** [9] | $ **315** | $ 63,011 | $ 16,742 | $ 37,808 | $ (107,717) | $ 13,255 | $ (9,339) | $ 31,890 |
| **Earnings (loss) per common share** | | | | | | | | |
| Basic | $ **0.00** | $ 0.20 | $ 0.05 | $ 0.17 | $ (0.47) | $ 0.06 | $ (0.04) | $ 0.22 |
| Diluted | $ **0.00** | $ 0.20 | $ 0.05 | $ 0.17 | $ (0.47) | $ 0.06 | $ (0.04) | $ 0.22 |
| **Adjusted earnings (loss)** [4] | $ **18,415** | $ 65,657 | $ 57,873 | $ 35,489 | $ 51,005 | $ 18,410 | $ (2,428) | $ 31,722 |
| **Adjusted earnings (loss) per Common Share** [4] | | | | | | | | |
| Basic | $ **0.06** | $ 0.21 | $ 0.19 | $ 0.16 | $ 0.22 | $ 0.08 | $ (0.01) | $ 0.21 |
| Diluted | $ **0.06** | $ 0.21 | $ 0.19 | $ 0.16 | $ 0.22 | $ 0.08 | $ (0.01) | $ 0.21 |
| **Dividends paid** | $ **18,672** | $ 18,654 | $ 18,419 | $ 13,657 | $ 13,640 | $ 13,627 | $ 13,589 | $ 8,862 |
| **Cash flow provided by operating activities before changes in working capital** | $ **74,669** | $ 125,987 | $ 115,951 | $ 69,319 | $ 96,786 | $ 52,962 | $ 28,027 | $ 48,893 |
| **Cash flow provided by operating activities** | $ **107,021** | $ 78,679 | $ 37,678 | $ 25,293 | $ 54,163 | $ 52,690 | $ 34,450 | $ 25,774 |
| **Cash and cash equivalents** | $ **163,368** | $ 142,426 | $ 151,707 | $ 90,790 | $ 108,667 | $ 110,553 | $ 112,222 | $ 85,951 |
| **Total assets** | $ **3,071,253** | $ 3,033,218 | $ 2,981,740 | $ 2,005,860 | $ 2,002,461 | $ 2,205,269 | $ 2,176,837 | $ 997,462 |
| **Total non-current liabilities** | $ **348,663** | $ 276,180 | $ 269,984 | $ 194,679 | $ 187,550 | $ 255,626 | $ 243,402 | $ 5,331 |
| **Costs per silver/gold ounce produced** | | | | | | | | |
| Total cash costs net of by-product credits [4][5] | **6.48/** $ **594** | 6.50/ $ 625 | 6.07/ $ 647 | 4.51/ $ 638 | 2.23/ $ 541 | 6.75/ $ 548 | 9.27/ $ 540 | $ 7.10 |
| All-in sustaining costs per ounce net of by-product credits [4][6][7] | **9.76/** $ **945** | 8.68/ $ 974 | 8.16/ $ 973 | 5.97/ $ 825 | 4.85/ $ 774 | 9.72/ $ 729 | 12.87/ $ 664 | $ 9.78 |

(1)   Comparative Q1 2016 and prior quarter numbers exclude operational and financial information from the Timmins mines.

(2)   Comparative Q1 2015 and prior quarter numbers exclude operational and financial information from the La Arena and Shahuindo mines.

15



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

(3)     London Bullion Market Association (LBMA)/London Metal Exchange (LME) average closing prices for each quarter presented.

(4)     Non-GAAP financial measures are described in the "Non-GAAP Financial Measures" section of this MD&A.

(5)     Total cash costs net of by-product credits per silver ounce produced for Q2 2015 include $7.2 million in royalty expense from 2014 sales that settled in 2015 at the increased royalty rate of 10%. This resulted in a negative per ounce impact of $1.60 per ounce. This impact was offset during Q4 2015 as a result of a $16.2 million reversal of the increased 10% royalty regime resulting in a positive impact of $2.94 per ounce.

(6)     All-in sustaining costs net of by-product credits per gold ounce produced for Q1 2016, Q2 2016 and Q3 2016 exclude the impact of $0.7 million, $10.3 million and $0.1 million, respectively, in transaction costs related to the acquisition of Lake Shore Gold.

(7)     All-in sustaining costs net of by-product credits per gold ounce produced for Q2 2015, Q3 2015 and Q4 2015 exclude the impact of $5.7 million, $0.2 million, and $1.3 million, respectively, in transaction costs related to the acquisition of Rio Alto.

(8)     Commercial production at Shahuindo was declared on May 1, 2016. Revenues presented are generated from the sale of gold ounces in doré beginning May 1, 2016. Pre-commercial production revenues at Shahuindo are considered pre- operating revenues and are credited against construction capital through April 30, 2016. Included in the 98.1 thousand gold ounces sold during Q2 2016, are 22.1 thousand gold ounces at Shahuindo which include one month of pre-commercial production ounces produced and sold (5.3 thousand ounces of gold in doré sold in the month of April 2016).

(9)     Earnings of $0.3 million for Q4 2016 were negatively impacted by the change in enacted tax rates in Peru, resulting in a charge of approximately $19.3 million to deferred income tax expense. Refer to the Company's adjusted earnings described and calculated in the " *Non-GAAP Financial Measures* " section of this MD&A.

(10)    Numbers may not calculate due to rounding.

## REVIEW OF QUARTERLY CONSOLIDATED FINANCIAL RESULTS

Variances in results by quarter reflect overall corporate activity and factors that do not necessarily recur each quarter, including operating results, timing of concentrate and doré sales, fluctuations in the amount of finished goods, construction costs, stock based compensation, royalty payments, interest income on fluctuating cash balances, foreign exchange gains (losses), changes in enacted income tax rates and exploration drill programs.

Comparative Q4 2015 period excludes data from the Timmins mines.

### Q4 2016 vs. Q4 2015

The Company generated earnings of $0.3 million for Q4 2016 compared to a loss of $107.7 million for Q4 2015. The earnings for Q4 2016 were negatively impacted by the $19.3 million non-cash deferred tax charge related to a change in enacted tax rates in Peru offset by the inclusion of results from the Timmins mines and the Shahuindo mine during Q4 2016. The loss for Q4 2015 was the result of the $153.4 million non-cash impairment taken on the La Arena and Shahuindo mines offset by a royalty adjustment of ($16.2) million.

Refer to the Company's adjusted earnings described and calculated in the " *Non-GAAP Financial Measures* " section of this MD&A.

### Revenues

During Q4 2016, the Company sold in concentrate 4.5 million silver ounces at an average realized price of $14.45 compared to 6.2 million silver ounces at an average realized price of $14.10 during Q4 2015. The realized prices during both Q4 2016 and Q4 2015 were impacted by negative pricing adjustments on the provisionally priced silver ounces (2.7 million ounces at September 30, 2016 and 3.7 million ounces at September 30, 2015), declining prices throughout the quarters and final settlements. The Company sold in concentrate 1.8 thousand gold ounces compared to 3.4 thousand gold ounces during Q4 2015. During Q4 2016, the Company sold in concentrate 2.3 thousand tonnes of lead and 2.8 thousand tonnes of zinc at realized prices of $2,036 and $2,872 per tonne, respectively, compared to 3.4 thousand tonnes of lead and 4.5 thousand tonnes of zinc at realized prices of $1,804 and $1,549 per tonne, respectively, during Q4 2015.

During Q4 2016, the Company sold 98.9 thousand ounces of gold in doré, at an average realized price of $1,197 per ounce compared to 56.4 thousand ounces of gold in doré at an average realized price of $1,089 per ounce during Q4 2015. There were no ounces produced from Shahuindo during Q4 2015. The acquisition of Lake Shore Gold occurred in 2016 and therefore there are no production ounces from the Timmins mines in the comparative Q4 2015 period.

16



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

Silver in concentrate sales decreased by 27% during Q4 2016 compared to Q4 2015. This decrease was partially offset by an increase in realized silver metal prices of approximately 2%. The inclusion of doré sales from the Timmins mines as well as commercial production revenues from Shahuindo, resulted in total revenues of $189.4 million, net of treatment and refining charges for Q4 2016, compared to $154.9 million in revenues for Q4 2015. This is an increase in metal revenues of approximately $34.5 million or 22%.

## Operating costs

### *Production costs*

Production costs, which comprise the full cost of operations less royalties, depreciation and depletion, form a component of total operating costs and were $91.2 million for Q4 2016 compared to $66.7 million during Q4 2015. The increase is primarily due to the inclusion of production costs at the Timmins mines acquired in Q2 2016, in addition to production costs at the Shahuindo mine which declared commercial production during Q2 2016.

### *Royalties*

During Q4 2016, royalty expense was $7.8 million, comprised of $5.8 million in Guatemala and $2.0 million in Canada. This compares to $(16.2) million in Q4 2015 which was the result of the reversal of Guatemalan royalties previously accrued at a higher rate prior to the repeal of the increased royalty regime. This increase also reflects the addition of $2.0 million related to the acquisition of Lake Shore Gold and the timing of settlements and provisional pricing adjustments in Guatemala.

The royalty in Guatemala is levied on net smelter returns for our concentrate sales which include revenues from silver and by-products (gold, lead and zinc). Under the voluntary royalty agreements between the Company and municipal and federal governments in Guatemala, finalized concentrate sales below $16/oz silver do not trigger a payment obligation. During Q4 2016 there were no concentrate sales that finalized with a price below the $16/oz silver threshold.

Royalties paid in Peru are calculated using a form of operating profit and are therefore accounted for as an income tax.

### *Depreciation and depletion*

During Q4 2016, depreciation and depletion was $42.5 million compared to $23.1 million in Q4 2015. This increase of $19.4 million is primarily due to the depletion and depreciation relating to the Timmins mines, acquired in Q2 2016 as well as depreciation and depletion from the Shahuindo mine during Q4 2016.

## Other operating expenses

### *Exploration expenses*

Exploration expenses were $6.9 million for Q4 2016 compared to $0.6 million in Q4 2015. This $6.3 million increase is the result of the inclusion of exploration expenditures in Canada of $3.7 million as a result of the acquisition of Lake Shore Gold combined with increased expenses of $2.6 million in Peru. The overall increase in exploration is in line with the Company's focus on growth to expand resources at existing operations and advance longer-term projects in Canada and Peru. Refer to the " *Future Developments – Targets and Initiatives – 2017 Operations Outlook* " and " *– Long-term Outlook* " sections of this MD&A.

### *General and administrative expenses*

General and administrative expenses were $9.5 million for Q4 2016 compared to $7.7 million for Q4 2015. This $1.8 million increase relates primarily to salaries and benefits and share-based compensation of $1.4 million as a result of the inclusion of the Timmins mines and Shahuindo in addition to an increase in professional and consulting fees of $0.8 million. These increases were offset by a decrease in administrative and other expenses of $0.4 million as a result of the Company's comprehensive review of overheads and cost reduction measures announced in 2015.



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

*Impairment*

As part of the Company's impairment testing, management assessed all cash generating units ("CGUs") for indicators of impairment (or reversal of impairment previously taken) including the allocated goodwill which is mandatorily tested on an annual basis. Discounted cash flow models were prepared, where applicable, using long-term prices for gold of $1,250/oz, silver of $17.50/oz and copper of $3.00/lb, discount rates between 6.5% and 8.75% depending on the development stage of the operation or project and currently enacted tax rates. In-situ values were used for the impairment testing of exploration potential. Based on the results, for the year ended December 31, 2016, management concluded that there was no impairment or reversal of prior impairment for any of the CGUs.

During 2015, the Company recorded a non-cash after-tax impairment charge of $153.4 million, comprising $69.0 million and $84.4 million for La Arena and Shahuindo, respectively (non-cash pre-tax impairment of $220.0 million, comprising $99.0 million and $121.0 million for La Arena and Shahuindo, respectively). Using a long-term gold price of $1,200/oz and a discount rate of 7%, the non-cash impairment charge was primarily driven by a decrease of approximately $100/oz in gold price from the date of acquisition. Refer to the " *Cash Flow, Liquidity, Capital Resources and Other Information – Asset Valuation* " section for additional details.

## Other expense

### *Net foreign exchange loss*

A foreign exchange loss of $0.6 million was recognized during Q4 2016 compared to a loss of $4.2 million recognized during Q4 2015. The $3.6 million decrease in foreign exchange loss is the result of the depreciation of foreign currencies against the USD including a decrease of $3.5 million related to the Canadian dollar and $0.4 million related to the Guatemalan Quetzal offset by an increase of $0.3 million as a result of the appreciation in the Peruvian Nuevo Sol against the USD. The Company remains unhedged with respect to foreign currency. Refer to the " *Cash flow, liquidity, capital resources and other information – Liquidity, capital resources and financial risk management – Financial risk management – Market risk – Foreign exchange risk* " section of this MD&A.

## Tax expense

Income tax expense for Q4 2016 was $30.2 million, representing an effective rate of 99%. The effective tax rate in Q4 2016 was impacted by a change in enacted rates in Peru which were previously on a gradual reduction from 28.0% to 26.0% over the course of five years to 2019. This rate reduction was superseded in December 2016 and replaced with an increased statutory rate of 29.5% effective January 1, 2017. The change in rates during Q4 2016 resulted in a non-cash deferred tax expense of $19.3 million. Excluding the impact of the change in tax rate in Peru, the effective rate is 36%.

Income tax recovery for Q4 2015 was $43.4 million, representing an effective rate of negative 29%. The effective tax rate in 2015 was impacted primarily by a non-cash impairment charge taken on the Company's La Arena and Shahuindo operating segments.

18



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

**Q4 2016 vs. Q3 2016**

The Company generated earnings of $0.3 million for Q4 2016 compared to earnings of $63.0 million for Q3 2016. The earnings for Q4 2016 were negatively impacted by a decrease in metal revenues related to a declining metals price environment of $45.3 million, combined with a $19.3 million non-cash deferred tax charge related to a change in enacted tax rates in Peru.

Refer to the Company's adjusted earnings described and calculated in the " *Non-GAAP Financial Measures* " section of this MD&A.

**Revenues**

During Q4 2016, the Company sold in concentrate 4.5 million silver ounces at an average realized price of $14.45 compared to 4.8 million silver ounces at an average realized price of $20.64 during Q3 2016. The realized price during the quarter was impacted by negative pricing adjustments on the 2.7 million provisionally priced silver ounces at September 30, 2016, declining prices throughout the quarter and final settlements. The Company sold in concentrate 1.8 thousand gold ounces compared to 1.8 thousand gold ounces during Q3 2016. During Q4 2016, the Company sold in concentrate 2.3 thousand tonnes of lead and 2.8 thousand tonnes of zinc at realized prices of $2,036 and $2,872 per tonne, respectively, compared to 1.9 thousand tonnes of lead and 2.7 thousand tonnes of zinc at realized prices of $2,204 and $2,513 per tonne, respectively, during Q3 2016.

During Q4 2016, the Company sold 98.9 thousand ounces of gold in doré at an average realized price of $1,197 per ounce compared to 107.0 thousand ounces of gold in doré at an average realized price of $1,321 per ounce during Q3 2016.

Both silver in concentrate and gold in doré sales decreased during Q4 2016 when compared to Q3 2016 in combination with a decrease in realized silver and gold metal prices. As a result, total revenues were $189.4 million, net of treatment and refining charges for Q4 2016, compared to $234.7 million in revenues for Q3 2016, a decrease in metal revenues of approximately $45.3 million or 19%.

**Operating costs**

*Production costs*

Production costs, which comprise the full cost of operations less royalties, depreciation and depletion, form a component of total operating costs and were $91.2 million for Q4 2016 compared to $90.3 million during Q3 2016.

*Royalties*

During Q4 2016, royalty expense was $7.8 million, comprised of $5.8 million in Guatemala and $2.0 million in Canada. This compares to $4.9 million in Q3 2016, comprised of $3.7 million in Guatemala and $1.2 million in Canada. This increase of $2.9 million includes an increase of $2.1 million in Guatemala due to the timing of settlements and provisional pricing adjustments and $0.8 million in Canada.

The royalty in Guatemala is levied on net smelter returns for our concentrate sales which include revenues from silver and by-products (gold, lead and zinc). Under the voluntary royalty agreements between the Company and municipal and federal governments in Guatemala, finalized concentrate sales below $16/oz silver do not trigger a payment obligation. During Q4 2016 there were no concentrate sales finalized below the $16/oz silver threshold while a portion of concentrate sales during Q3 2016 finalized below the $16/oz.

Royalties in Canada are paid on specific mining claims and the cost per ounce will vary based on the location of the mining front.

Royalties paid in Peru are calculated using a form of operating profit and are therefore accounted for as an income tax.

19



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

*Depreciation and depletion*

During Q4 2016, depreciation and depletion was $42.5 million compared to $27.9 million in Q3 2016. This increase of $14.6 million is the result of increased quantities of material extracted from the Peru and Canada operations compared to Q3 2016 in addition to updates to estimated lives and residual values applied prospectively as described in note 3 of the Company's consolidated financial statements.

## Other operating expenses

*Exploration expenses*

Exploration expenses were $6.9 million for Q4 2016 compared to $4.7 million in Q3 2016. This increase of $2.2 million is a result of increases in exploration expenditures of $1.3 million and $1.0 million in Canada and Peru, respectively offset by a decrease in exploration in Guatemala of $0.1 million. The overall increase in exploration is in line with the Company's focus on growth to expand resources at existing operations and advance longer-term projects in Canada and Peru. Refer to the " *Future Developments – Targets and Initiatives – 2017 Operations Outlook* " and " *– Long-term Outlook* " sections of this MD&A.

*General and administrative expenses*

General and administrative expenses were $9.5 million for Q4 2016 compared to $7.5 million for Q3 2016. This $2.0 million increase relates primarily $0.4 million in share-based compensation and $1.9 million in administrative and other expenses. These increases were offset by a decrease of $0.3 million in professional and consulting fees.

## Other expense

*Net foreign exchange loss*

A foreign exchange loss of $0.6 million was recognized during Q4 2016 compared to a loss of $3.3 million recognized during Q3 2016. The variation in foreign exchange compared to the prior period is the result of a strengthening of the Peruvian sol against the US dollar during the quarter offset by a weakening of the Canadian dollar against the US dollar. The Company remains unhedged with respect to foreign currency. Refer to the " *Cash flow, liquidity, capital resources and other information – Liquidity, capital resources and financial risk management – Financial risk management – Market risk – Foreign exchange risk* " section of this MD&A.

## Tax expense

Income tax expense for Q4 2016 was $30.2 million, representing an effective rate of 99%. Income tax expense for Q3 2016 was $31.9 million, representing an effective rate of 34%. The effective tax rate in Q4 2016 was impacted by a change in enacted rates in Peru which were previously on a gradual reduction from 28.0% to 26.0% over the course of five years to 2019. This rate reduction was superseded in December 2016 and replaced with an increased statutory rate of 29.5% effective January 1, 2017. The change in rates during Q4 2016 resulted in a non-cash deferred tax expense of $19.3 million. Excluding the impact of the change in tax rate in Peru, the effective rate is 36%.

20



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

## SELECTED SEGMENTED OPERATIONAL RESULTS

### 2016 AND 2015 [4][6]

Selected quarterly segmented operational information from continuing operations for 2016 and 2015 is as follows:

| | Escobal | La Arena | Shahuindo [5] | Timmins mines | Total |
|---|---|---|---|---|---|
| **2016/ 2015** | | | | | |
| **Revenues** | $ **355,812** | $ **244,397** | $ **47,174** | $ **137,120** | $ **784,503** |
| | $ 323,916 | $ 195,805 | $ - | $ - | $ 519,721 |
| **Silver produced** (000's ozs) | **21,189** | **24** | **54** | **-** | **21,267** |
| | 20,402 | 20 | - | - | 20,422 |
| **Gold produced** (000's ozs) | **10.7** | **204.4** | **48.5** | **121.6** | **385.1** |
| | 11.7 | 174.1 | - | - | 185.8 |
| **Silver sold** (000's ozs) | **18,996** | **22** | **47** | **-** | **19,065** |
| | 20,190 | 20 | - | - | 20,210 |
| **Gold sold** (000's ozs) | **7.7** | **198.6** | **44.3** | **107.6** | **358.2** |
| | 9.8 | 173.9 | - | - | 183.7 |
| **Average realized price** [1] (per oz) | | | | | |
| Silver | $ **17.57** | $ **-** | $ **-** | $ **-** | $ **17.57** |
| | $ 15.15 | $ - | $ - | $ - | $ 15.15 |
| Gold | $ **-** | $ **1,227** | $ **1,258** | $ **1,272** | $ **1,245** |
| | $ - | $ 1,126 | $ - | $ - | $ 1,126 |
| **Costs per ounce produced** [2][3] | | | | | |
| Total cash costs net of | $ **5.84** | $ **596** | $ **775** | $ **615** | $ **5.84/620** |
| by-product credits | $ 6.16 | $ 551 | $ - | $ - | $ 6.16/551 |
| All-in sustaining costs net | $ **8.06** | $ **837** | $ **1,162** | $ **1,057** | $ **8.06/943** |
| of by-product credits | $ 9.11 | $ 733 | $ - | $ - | $ 9.11/733 |

[1] Comparative London Bullion Market Association (LBMA)/London Metal Exchange (LME) average closing prices per ounce of silver and gold were $17.14 and $1,250 for 2016 and $15.68 and $1,160 for 2015, respectively. The realized price is for silver sold in concentrate and the realized price is for gold sold in doré.

[2] Non-GAAP financial measures are described in the "Non-GAAP Financial Measures" section of this MD&A.

[3] Total cash cost per silver ounce produced at the Escobal mine and total cash cost per gold ounce produced at the La Arena, Shahuindo and Timmins mines, are net of by-product credits. For a reconciliation to cash costs before by-product credits, refer to the "*Non-GAAP Financial Measures*" section of this MD&A.

[4] Comparative 2015 numbers exclude operational and financial information from the Timmins mines and Shahuindo and include operational and financial information from La Arena beginning April 1, 2015, the date of acquisition of Rio Alto.

[5] Commercial production at Shahuindo was declared on May 1, 2016. Revenues presented are generated from the sale of gold ounces in doré beginning May 1, 2016. Pre-commercial production revenues at Shahuindo were considered pre- operating revenues and 44.3 thousand gold ounces sold at Shahuindo for 2016 as presented include four months of pre- commercial production ounces produced and sold (13.4 thousand gold ounces in doré produced and 7.6 thousand ounces of gold in doré sold for the period of January through April 2016).

[6] Numbers may not calculate due to rounding.

21



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

## Q4 2016 AND Q4 2015 [4][5][7]

Selected quarterly segmented operational information from continuing operations for Q4 2016 and Q4 2015 is as follows:

| | | Q4 2016/ Q4 2015 | | | |
| --- | --- | --- | --- | --- | --- |
| | Escobal | La Arena | Shahuindo [5] | Timmins mines [4] | Total |
| **Revenues** | $ **70,527** | $ **62,555** | $ **16,084** | $ **40,232** | $ **189,398** |
| | $ 93,450 | $ 61,441 | $ - | $ - | $ 154,891 |
| **Silver produced** (000's ozs) | **4,802** | **5** | **20** | **-** | **4,827** |
| | 5,515 | 7 | - | - | 5,522 |
| **Gold produced** (000's ozs) | **2.4** | **58.4** | **13.8** | **45.3** | **119.9** |
| | 3.4 | 56.4 | - | - | 59.8 |
| **Silver sold** (000's ozs) | **4,468** | **7** | **21** | **-** | **4,496** |
| | 6,236 | 8 | - | - | 6,244 |
| **Gold sold** (ozs) | **1.8** | **53.0** | **12.9** | **33.0** | **100.7** |
| | 3.4 | 56.4 | - | - | 59.8 |
| **Average realized price** [1] (per oz) | | | | | |
| Silver | $ **14.45** | $ **-** | $ **-** | $ **-** | $ **14.45** |
| | $ 14.10 | $ - | $ - | $ - | $ 14.10 |
| Gold | $ **-** | $ **1,180** | $ **1,224** | $ **1,216** | $ **1,197** |
| | $ - | $ 1,089 | $ - | $ - | $ 1,089 |
| **Costs per ounce produced** [2][3][6] | | | | | |
| Total cash costs net of | $ **6.48** | $ **516** | $ **989** | $ **575** | $ **6.48/594** |
| by-product credits | $ 2.23 | $ 541 | $ - | $ - | $ 2.23/541 |
| All-in sustaining costs net | $ **9.76** | $ **786** | $ **1,513** | $ **976** | $ **9.76/945** |
| of by-product credits | $ 4.85 | $ 774 | $ - | $ - | $ 4.85/774 |

[1]   Comparative London Bullion Market Association (LBMA)/London Metal Exchange (LME) average closing prices per ounce of silver and gold were $17.19 and $1,220, respectively for Q4 2016 and $14.77 and $1,105, respectively for Q4 2015. The realized price is for silver sold in concentrate and the realized price is for gold sold in doré.

[2]   Non-GAAP financial measures are described in the "Non-GAAP Financial Measures" section of this MD&A.

[3]   Total cash cost per silver ounce produced at the Escobal mine and total cash cost per gold ounce produced at the La Arena, Shahuindo and Timmins mines, are net of by-product credits. For a reconciliation to cash costs before by-product credits, refer to the " *Non-GAAP Financial Measures* " section of this MD&A.

[4]   Comparative Q4 2015 numbers exclude operational and financial information from the Timmins mines.

[5]   Comparative Q4 2015 numbers exclude operational and financial information from Shahuindo as commercial production was declared on May 1, 2016. Pre-commercial production revenues at Shahuindo were considered pre-operating revenues and were credited against construction capital through April 30, 2016.

[6]   All-in sustaining costs per ounce of silver net of by-product credits for Q4 2015 (Escobal) exclude the impact of $1.3 million in transaction costs related to the acquisition of Rio Alto.

[7]   Numbers may not calculate due to rounding.

Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

## MINE OPERATIONS

### Escobal mine

| | Q4 2016[5] | Q4 2015[5] | 2016[5] | 2015[5] |
|---|---|---|---|---|
| **Tonnes Milled** (000's) | **396** | 374 | **1,594** | 1,508 |
| **Average Tonnes Milled** (tpd) | **4,299** | 4,065 | **4,356** | 4,133 |
| **Average Metal Grades** | | | | |
| Silver (g/t) | **434** | 522 | **477** | 487 |
| Gold (g/t) | **0.32** | 0.44 | **0.35** | 0.39 |
| Lead | **0.73%** | 0.94% | **0.72%** | 0.77% |
| Zinc | **1.18%** | 1.54% | **1.19%** | 1.27% |
| **Average Metal Recovery** [1] | | | | |
| Silver | **87%** | 88% | **87%** | 86% |
| Gold | **59%** | 64% | **60%** | 63% |
| Lead | **87%** | 88% | **87%** | 88% |
| Zinc | **80%** | 77% | **79%** | 77% |
| **Recovered Metal** [2] | | | | |
| Silver Ounces (000's) | **4,802** | 5,515 | **21,189** | 20,402 |
| Gold Ounces(000's) | **2.4** | 3.4 | **10.7** | 11.7 |
| Lead Tonnes (000's) | **2.5** | 3.1 | **10.0** | 10.2 |
| Zinc Tonnes (000's) | **3.7** | 4.4 | **15.0** | 14.8 |
| **Costs Per Ounce Silver Produced** [3][4] | | | | |
| Total cash costs per ounce before by-product credits | $ **9.42** | $ 5.26 | $ **8.44** | $ 8.75 |
| Total cash costs per ounce net of by-product credits | $ **6.48** | $ 2.23 | $ **5.84** | $ 6.16 |
| Total production costs per ounce net of by-product credits | $ **9.17** | $ 4.38 | $ **8.35** | $ 8.49 |
| All-in sustaining costs per ounce net of by-product credits | $ **9.76** | $ 4.85 | $ **8.06** | $ 9.11 |
| **Capital Expenditures** | $ **10,888** | $ 8,820 | $ **30,077** | 34,728 |
| Sustaining Capital | $ **10,295** | $ 8,853 | $ **27,030** | $ 29,685 |
| Non-Sustaining Capital | $ **593** | $ (33) | $ **3,047** | $ 5,043 |

[1]    Percent silver and gold recovered into lead and zinc concentrates; percent lead recovered into lead concentrate; percent zinc recovered into zinc concentrate.

[2]    Silver and gold contained in lead and zinc concentrates; lead contained in lead concentrate; zinc contained in zinc concentrate.

[3]    Non-GAAP financial measures are described in the "Non-GAAP Financial Measures" section of this MD&A in addition to a reconciliation to cash costs before by-product credits.

[4]    All-in sustaining costs per ounce net of by-product credits exclude the impact of $1.3 million and $7.2 million for Q4 2015 and 2015, respectively, in transaction costs related to the acquisition of Rio Alto.

[5]    Numbers may not calculate due to rounding.

The Escobal mine is located in the Department of Santa Rosa of southeast Guatemala, about 40kms east-southeast of Guatemala City. Operations are exploiting the intermediate sulfidation silver-gold-lead-zinc mineralization by underground longhole stoping methods at a rate of approximately 4500 tpd. Processing by differential flotation produces precious metal rich lead concentrates and zinc concentrates for sale to international smelters. Proven and Probable Mineral Reserves at the Escobal mine as of January 1, 2017 totaled 23.7 million tonnes at an average silver grade of 351 g/t containing 267.5 million ounces of silver, with significant quantities of gold and base metals.

During Q4 2016, 5.6 thousand dry metric tonnes ("dmt") of lead concentrate and 6.4 thousand dmt of zinc concentrate containing approximately 4.5 million payable ounces of silver were shipped to third party smelters compared to 8.4 thousand dmt of lead concentrate and 9.9 thousand dmt of zinc concentrate containing approximately 6.4 million payable ounces of silver shipped during Q4 2015. During 2016, 22.1 thousand dmt of lead concentrate and 26.8 thousand dmt of zinc concentrate containing approximately 19.2 million payable ounces of silver were shipped to third party smelters compared to 25.1 thousand dmt of lead concentrate and 29.7 thousand dmt of zinc concentrate containing approximately 20.4 million payable ounces of silver shipped during 2015.

23



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

Q4 2016 concentrate sales generated $70.5 million in revenues at mine operating costs of $52.5 million resulting in mine operating earnings of $18.0 million. Concentrate sales for Q4 2015 generated $93.4 million in revenues at operating costs of $29.5 million resulting in mine operating earnings of $63.9 million. 2016 concentrate sales generated $355.8 million in revenues at mine operating costs of $200.5 million resulting in mine operating earnings of $155.3 million. Concentrate sales for 2015 generated $323.9 million in revenues at operating costs of $190.9 million resulting in mine operating earnings of $133.0 million.

Total cash costs net of by-product credits for Q4 2016 were $6.48 per ounce compared to $2.23 per ounce for Q4 2015, an increase of $4.25 per ounce or 191%. The increase is primarily the result of the impact of the royalty reduction in Q4 2015. All-in sustaining costs for Q4 2016 were $9.76 per ounce, an increase of $4.91 per ounce, or 101%, compared with $4.85 per ounce in Q4 2015 primarily driven by the impact of the royalty reduction in Q4 2015. Total cash costs net of by-product credits for 2016 were $5.84 per ounce compared to $6.16 per ounce for 2015, a decrease of $0.32 per ounce or 5%. The decrease is primarily the due a decrease in treatment and refining charges of approximately $2.4 million and a higher lead by-product credit of approximately $3.9 million. All-in sustaining costs for 2016 were $8.06 per ounce, a decrease of $1.05 per ounce, or 12%, compared with $9.11 per ounce in 2015 primarily driven by decreases in general and administrative expenses of $10.3 million and sustaining capital of approximately $3.4 million and an increase in silver ounces produced in concentrate.

Total cash costs net of by-product credits and all-in sustaining costs per ounce calculations are described in the "Non-GAAP Financial Measures" section of this MD&A.

### *Underground development and production*

During Q4 2016 and 2016, the Escobal mine delivered approximately 0.4 million and 1.6 million tonnes of ore to the surface, the majority of which was mined from primary and secondary transverse longhole stopes on multiple production sublevels in the Escobal Central Zone. Production continued in the East Zone with approximately 27.2 thousand tonnes of ore delivered to the surface during Q4 2016.

Underground ramp, sublevel and stope development continued to advance in support of the life-of-mine production schedule, with 1,770 and 8,135 metres of development completed in Q4 2016 and 2016, respectively. There were 25,844 metres of longhole production drilling in Q4 2016 and 115,093 metres during 2016.

### *Mill performance*

Mill throughput averaged 4,299 and 4,356 tpd during Q4 2016 and 2016, respectively. The mill processed a total of 0.4 million and 1.6 million tonnes with an average silver recovery of 87% and 87% during Q4 2016 and 2016, respectively. Concentrate production totaled 2,516 and 9,969 tonnes of lead concentrate and 3,740 and 14,975 tonnes of zinc concentrate containing 4.8 million and 21.2 million ounces of silver during Q4 2016 and 2016, respectively.

### *Capital projects*

The emergency escape raise from the 1480 level to the 1455 level was completed in Q4 2016. Preparations began for the installation of the next escape raise from the 1390 level to the 1365 level, expected to be completed in Q1 2017.

Drilling commenced in Q4 2016 on the first of a series of underground dewatering wells collared from the 1190 sublevel. These wells are designed to dewater the Central Zone between the 1190 and 1090 levels in advance of primary ramp development.

In preparation for handling water produced from the underground dewatering well field, the new principal clean water pump station was tested during December 2016 in preparation for final commissioning. The principal dirty water pump station, constructed to handle the increased water flows expected to be encountered as development below the 1190 level begins in 2017, is awaiting the arrival of the pumps and is expected to be commissioned in Q2 2017.



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

**La Arena mine**

| | | Q4 2016(5) | | Q4 2015(5) | | 2016(5) | | 2015(3)(5) |
|---|---|---|---|---|---|---|---|---|
| **Tonnes Ore Mined** (000's) | | **4,264** | | 2,965 | | **15,669** | | 9,345 |
| **Strip Ratio** | | **1.73** | | 2.00 | | **2.07** | | 1.85 |
| **Tonnes Placed on Pads** [1] (000's) | | **4,479** | | 2,970 | | **15,331** | | 9,679 |
| **Average Gold Grade** (g/t) | | **0.47** | | 0.58 | | **0.49** | | 0.61 |
| **Gold Ounces Placed on Pads** (000's) | | **68.2** | | 47.8 | | **241.0** | | 162.1 |
| **Gold Ounces Produced in Doré** (000's) | | **58.4** | | 56.4 | | **204.4** | | 174.1 |
| **Costs Per Ounce Gold Produced** [2] | | | | | | | | |
| Total cash costs per ounce before by-product credits | $ | **518** | $ | 543 | $ | **598** | $ | 553 |
| Total cash costs per ounce net of by-product credits | $ | **516** | $ | 541 | $ | **596** | $ | 551 |
| Total production costs per ounce net of by-product credits | $ | **684** | $ | 743 | $ | **732** | $ | 731 |
| All-in sustaining costs per ounce net of by-product credits | $ | **786** | $ | 774 | $ | **837** | $ | 733 |
| **Capital Expenditures** | $ | **13,685** | $ | 11,613 | $ | **35,633** | $ | 27,656 |
| Sustaining Capital | $ | **13,560** | $ | 11,859 | $ | **35,272** | $ | 25,892 |
| Non-Sustaining Capital [4] | $ | **125** | $ | (246) | $ | **361** | $ | 1,764 |

[1]    Tonnes placed on pads include tonnes of ore mined and tonnes from stockpile.

[2]    Non-GAAP financial measures are described in the "Non-GAAP Financial Measures" section of this MD&A. For a reconciliation to cash costs before by-product credits, refer to the " *Non-GAAP Financial Measures* " section of this MD&A.

[3]    2015 includes results from La Arena beginning April 1, 2015, the date of acquisition of Rio Alto.

[4]    Non-sustaining capital excludes non-sustaining capital related to the La Arena Phase II Sulfide Project.

[5]    Numbers may not calculate due to rounding.

The La Arena gold mine is located in the Huamachuco District of northern Peru, 480kms north-northwest of Lima. Operations are currently exploiting high sulfidation epithermal oxide gold mineralization hosted in brecciated sandstone within the Chimu Formation by open pit methods using conventional drill/blast, load and haul methods. Ore is truck-dumped onto leach pads with no crushing or agglomeration required prior to leaching. Metal recovery is by carbon-in-column absorption-desorption-refining processes which produce a gold-rich doré for sale to international refineries. Proven and Probable oxide Mineral Reserves at the La Arena mine as of January 1, 2017 totaled 54.1 million tonnes at an average gold grade of 0.41 g/t containing 715 thousand ounces of gold.

Q4 2016 gold sales generated $62.6 million in revenues at mine operating costs of $36.1 million resulting in mine operating earnings of $26.5 million. Q4 2015 gold sales generated $61.4 million in revenues at mine operating costs of $44.0 million resulting in mine operating earnings of $17.4 million.

2016 gold sales generated $244.4 million in revenues at mine operating costs of $143.0 million resulting in mine operating earnings of $101.4 million. 2015 gold sales generated $195.8 million in revenues at mine operating costs of $142.6 million resulting in mine operating earnings of $53.2 million.

Total cash costs net of by-product credits for Q4 2016 were $516 per ounce, a decrease of $25 per ounce, or 5%, compared with $541 per ounce for Q4 2015. All-in sustaining costs for Q4 2016 were $786 per ounce, an increase of $12 per ounce, or 2%, compared with $774 per ounce for Q4 2015. The decrease in total cash costs net of byproduct credits is the result of increased tonnes mined and placed on pads resulting in higher production and lower overall costs per ounce. The increase in all-in sustaining costs per ounce is primarily the result of an increase in sustaining capital during Q4 2016 when compared to Q4 2015. Non-GAAP costs per ounce calculations are described in the "Non-GAAP Financial Measures" section of this MD&A.

Total cash costs net of by-product credits for 2016 were $596 per ounce, an increase of $45 per ounce, or 8%, compared with $551 per ounce for 2015. All-in sustaining costs for 2016 were $837 per ounce, an increase of $104 per ounce, or 14%, compared with $733 per ounce for 2015. The increase in total cash costs net of by-product credits is the result of increased tonnes mined and placed on pads at lower average gold grades in line with the mine plan. The increase in all-in sustaining costs is primarily the result of an increase in sustaining capital and general and administrative expenses during 2016 when compared to 2015. Non-GAAP costs per ounce calculations are described in the "Non-GAAP Financial Measures" section of this MD&A.



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

### *Pit development and production*

Production from the Calaorco pit in Q4 2016 totaled 4.3 million tonnes of ore at an average strip ratio of 1.73. A total of 4.5 million tonnes at an average gold grade of 0.47 g/t containing 68.2 thousand gold ounces were placed on the leach pads, including 0.2 million tonnes of crushed ore (over liner) from the stockpile. During 2016, production from the Calaorco pit totaled 15.7 million tonnes of ore at an average strip ratio of 2.07. A total of 15.3 million tonnes at an average gold grade of 0.49 g/t containing 241.0 gold ounces were placed on the leach pads, with the remainder on the ore stockpile.

Ore and waste continue to be mined from the third and fourth phases of the Calaorco pit, with pit phase 3 nearing completion.

### *Absorption, desorption and refining process plant*

The absorption, desorption and refining process plant performed well over the period with an average of 11.7 hectares under irrigation throughout Q4 2016. Pregnant solution collected in the pregnant leach solution pond was pumped to the absorption circuit at an average rate of 1,194 cubic metres per hour. Drought conditions experienced in areas of north-central Peru have not impacted operations at La Arena.

The La Arena plant produced 58.4 thousand and 204.4 thousand ounces of gold in doré during Q4 2016 and 2016, respectively. Gold recovery continues to be approximately 86%.

### *Capital projects*

Capital projects during Q4 2016 included planned extensions to leach pad phase 4A3 and waste dump phases 3B and 4B. Land purchasing program continues with focus on the remaining properties within the project boundaries. Initial earthwork began in the new leach pad expansion 4B.

26



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

**Shahuindo mine**

| | Q4 2016(5) | | Q4 2015(4)(5) | | 2016(4)(5) | | 2015(4)(5) |
|---|---|---|---|---|---|---|---|
| **Tonnes Ore Mined** (000's) | **1,522** | | - | | **5,531** | | - |
| **Strip Ratio** | **0.79** | | - | | **0.66** | | - |
| **Tonnes Placed on Pads** [1] (000's) | **722** | | - | | **3,153** | | - |
| **Average Gold Grade** (g/t) | **0.89** | | - | | **0.87** | | - |
| **Gold Ounces Placed on Pads** [3][4] (000's) | **20.6** | | - | | **88.2** | | - |
| **Gold Ounces Produced in Doré** [3][4] (000's) | **13.8** | | - | | **48.5** | | - |
| **Costs Per Ounce Gold Produced** [2][4] | | | | | | | |
| Total cash costs per ounce before by-product credits | $ | **1,014** | $ | - | $ | **796** | $ | - |
| Total cash costs per ounce net of by- product credits | $ | **989** | $ | - | $ | **775** | $ | - |
| Total production costs per ounce net of by-product credits | $ | **1,392** | $ | - | $ | **1,061** | $ | - |
| All-in sustaining costs per ounce net of by-product credits | $ | **1,513** | $ | - | $ | **1,162** | $ | - |
| **Capital Expenditures** | $ | **11,467** | $ | - | $ | **63,893** | $ | - |
| Sustaining Capital | $ | **2,307** | $ | - | $ | **10,956** | $ | - |
| Non-Sustaining Capital | $ | **9,160** | $ | - | $ | **52,937** | $ | - |

(1)     Tonnes placed on pads include tonnes of ore mined and tonnes from stockpile.

(2)     Non-GAAP financial measures are described in the "Non-GAAP Financial Measures" section of this MD&A. For a reconciliation to cash costs before by-product credits, refer to the " *Non-GAAP Financial Measures* " section of this MD&A.

(3)     Commercial production at Shahuindo was declared on May 1, 2016. The 88.2 thousand gold ounces placed on pads and the 48.5 thousand gold ounces produced in doré at Shahuindo for 2016 include pre-commercial production ounces placed on pads and produced in doré (34.1 thousand gold ounces placed on pads and 13.4 thousand gold ounces in doré produced in the period of January through April 2016, respectively).

(4)     2016 costs per ounce gold produced are calculated based on the eight months of operational results after the declaration of commercial production on May 1, 2016.

(5)     Numbers may not calculate due to rounding.

The Shahuindo mine is located in the province of Cajabamba of northern Peru, approximately 510kms north-northwest of Lima and 30kms north of the Company's La Arena mine. Operations are exploiting an intermediate-sulfidation sediment-hosted epithermal gold deposit by open pit methods using conventional drill/blast, load and haul methods. Ore is currently truck-dumped onto leach pads with plans to implement crushing and agglomeration of the ore prior to leaching in Q4 2017. The mine is currently operating at a rate of 10,000 tonnes of ore per day and scheduled to increase to 36,000 tonnes of ore per day in 2019 (see also " *Future Developments – 2017 guidance* " section in this MD&A and " *Capital Projects* " below). The Company declared commercial production at Shahuindo in May 2016. Proven and Probable oxide Mineral Reserves at the Shahuindo mine as of January 1, 2017 totaled 110.3 million tonnes at an average gold grade of 0.52 g/t containing 1.9 million ounces of gold.

Q4 2016 gold sales generated $16.1 million in revenues at mine operating costs of $18.9 million resulting in a mine operating loss of $2.8 million. Reflected in the quarterly loss is a non-recurring adjustment of $3.5 million related to the refinement of the financial inventory model.

2016 gold sales generated $47.2 million in revenues at mine operating costs of $35.1 million resulting in a mine operating earnings of $12.0 million. Reflected in the 2016 earnings is a non-recurring adjustment of $3.5 million related to the refinement of the financial inventory model.

Total cash costs net of by-product credits for Q4 2016 were $989 per ounce and all-in sustaining costs were $1,513 for the same period. Costs were impacted as a result of the continued ramp-up period, the aforementioned adjustment as well as ongoing sustaining capital projects in the quarter. These costs are expected to decrease upon commissioning of Phase 1 of the crushing and agglomeration circuit. Non-GAAP costs per ounce calculations are described in the "Non-GAAP Financial Measures" section of this MD&A.

Total cash costs net of by-product credits for 2016 were $775 per ounce and all-in sustaining costs were $1,162 for the same period. Costs were impacted as a result of the continued ramp-up period, the aforementioned adjustment as well as ongoing sustaining capital projects during the year. These costs are expected to decrease upon commissioning of Phase 1 of the crushing and agglomeration circuit. Non-GAAP costs per ounce calculations are described in the "Non-GAAP Financial Measures" section of this MD&A.

27



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

*Pit development and production*

Production from the Shahuindo pit in Q4 2016 totaled 1.5 million tonnes of ore at an average strip ratio of 0.79. A total of 0.7 million tonnes at an average gold grade of 0.89 g/t containing 20.6 thousand gold ounces were placed on the leach pads during Q4 2016. During 2016, production from the Shahuindo pit totaled 5.5 million tonnes of ore at an average strip ratio of 0.66. A total of 3.2 million tonnes at an average gold grade of 0.87 g/t containing 88.2 thousand gold ounces were placed on the leach pads during 2016.

Mining has been developed in phase 1 of the initial pit with two excavators and fifteen 30-tonne dump trucks and reached an average mining rate of 30,000 tpd in Q4 2016. The fine-grained siltstone is being blended with coarser-grained sandstone as it is placed on the leach pads to improve leaching permeability until the initial crushing and agglomeration circuit is operational in Q4 2017.

*Absorption, desorption and refining process plant*

The Shahuindo plant produced 13.8 thousand and 48.5 thousand ounces of gold in doré during Q4 2016 and 2016, respectively.

The availability of processing water remains at the top of the operation's priorities. During December 2016, the leaching area returned to planned levels as the rainy season began. A more aggressive leaching campaign is being conducted with the expectation of reducing the inventory generated during the dry season. Construction of the second leach pad, Pad 2A, has been completed and will significantly increase the ore leaching capacity of the operation. Initial loading of Pad 2A is anticipated in March 2017.

*Capital projects*

The construction of the major storm events pond (the "MSE pond") was advanced to 85% by the end of Q4 2016. The pond is planned for completion in early 2017 and the application for operational permits started. The MSE pond will also increase water storage capacity and will collect rainwater to be used during the dry season. The solution canal connecting the current PLS and the MSE pond has progressed together with the construction of the pond.

The construction of the base platform and preparation of the foundation for the South dump has advanced on schedule. The South dump will be ready for use by the first quarter of 2017 and it has sufficient capacity to accommodate the waste rock during the following 18 months of operations.

Engineering for the initial crushing and agglomeration circuit is complete; equipment fabrication and procurement is nearing completion. The mine began receiving initial equipment deliveries in Q4 2016. Commissioning of the circuit is expected to commence in Q3 2017. The Company expects to complete the permitting process and begin construction of the initial crushing and agglomeration plant in Q1 2017. Of the $80 million total project budget for the crushing and agglomeration circuit, approximately $14.5 million has been spent to December 31, 2016. Of the remaining amount, the Company has $30.9 million in commitments with the balance expected to be spent in 2017 and 2018.



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

*Additional discussion*

In mid-2016, the Company announced a management change in Peru that focused on adding more leadership and expertise in processing heap leach ores that require crushing and agglomeration. Operational changes in stacking, irrigation and solution flow rates for current run-of-mine leaching operations implemented by the new team have been highly successful in improving the solution-to-ore ratio and recovery rates and at the same time have confirmed that crushing and agglomerating the ore will achieve a higher NPV and return on investment than run-of-mine processing. Internal and external testing consistently indicates that a minimum of 80% recovery is achievable for agglomerated ore. The Company's new project director in Peru who has significant experience in agglomeration and conveyor systems working alongside highly regarded consultants have been reviewing and optimizing crushing, size distribution, geotechnical and materials handling characteristics of the Shahuindo ores. The results from this work strongly support the findings for throughput and recovery contained in the pre-feasibility study published in January 2016. In addition, the Company is now confident that the expected changes to the crushing and agglomeration circuit are likely to result in slightly lower capital and operating costs compared to the pre-feasibility estimate. Commissioning and operation of the Phase I crushing and agglomeration circuit in the second half of 2017 is expected to provide the basis for estimating and confirmation of the cost savings anticipated as a result of this optimization program. The Company anticipates finalizing the purchase order for Phase II crushing and agglomeration equipment by mid-year 2017 with installation complete and commissioning underway by mid-year 2018. The project is expected to reach the full 36,000 tpd production rate and estimated 80% recovery in the second half of 2018, in line with the pre-feasibility study.

29



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

**Timmins mines**

| | Q4 2016(4) | | Q4 2015(3)(4) | | 2016(3)(4) | | 2015(3)(4) |
|---|---|---|---|---|---|---|---|
| **Tonnes Ore Mined** (000's) | 334 | | - | | 941 | | - |
| **Tonnes Ore Milled** (000's) | 335 | | - | | 938 | | - |
| **Average Tonnes Milled** (tpd) | 3,643 | | - | | 3,410 | | - |
| **Average Gold Grade** (g/t) | 4.38 | | - | | 4.19 | | - |
| **Average Gold Recovery** | 96% | | - | | 96% | | - |
| **Gold Ounces Recovered** (000's) | 45.3 | | - | | 121.6 | | - |
| **Costs Per Ounce Gold Produced** [1] | | | | | | | |
| Total cash costs per ounce before by-product credits | $ 576 | $ | - | $ | 617 | $ | - |
| Total cash costs per ounce net of by-product credits | $ 575 | $ | - | $ | 615 | $ | - |
| Total production costs per ounce net of by-product credits | $ 890 | $ | - | $ | 892 | $ | - |
| All-in sustaining costs per ounce net of by-product credits | $ 976 | $ | - | $ | 1,057 | $ | - |
| **Capital Expenditures** [2] | $ 25,005 | $ | - | $ | 81,772 | $ | - |
| Sustaining Capital | $ 15,714 | $ | - | $ | 45,123 | $ | - |
| Non-Sustaining Capital | $ 9,291 | $ | - | $ | 36,649 | $ | - |

[1]     Non-GAAP financial measures are described in the "Non-GAAP Financial Measures" section of this MD&A which also includes reconciliation to cash costs before by-product credits.

[2]     Capital expenditures for 2016 in the Timmins mines segment includes the acquired 2% net smelter return ("NSR") royalty related to production at the Bell Creek mine of $13.7 million.

[3]     2016 includes results from the Timmins mines beginning April 1, 2016, the date of acquisition of Lake Shore Gold. Results prior to the acquisition date of April 1, 2016 are excluded.

[4]     Numbers may not calculate due to rounding.

Timmins mines consist of two mining operations: Bell Creek and Timmins West, both of which feed the Bell Creek Mill.

Q4 2016 gold sales generated $40.2 million in revenues at mine operating costs of $34.0 million resulting in mine operating earnings of $6.2 million.

2016 gold sales generated $137.1 million in revenues at mine operating costs of $101.7 million resulting in mine operating earnings of $35.4 million.

Total cash costs net of by-product credits for Q4 2016 were $575 per ounce. All-in sustaining costs for the Q4 2016 were $976 per ounce which were impacted by on-going capitalized ramp and sub-level development advancements. Non-GAAP costs per ounce calculations are described in the "Non-GAAP Financial Measures" section of this MD&A.

Total cash costs net of by-product credits for 2016 were $615 per ounce. All-in sustaining costs for the 2016 were $1,057 per ounce which were impacted by on-going capitalized ramp and sub-level development advancements. Non-GAAP costs per ounce calculations are described in the "Non-GAAP Financial Measures" section of this MD&A.

*Bell Creek*

The Bell Creek mine is located in Hoyle Township, Ontario, Canada, approximately 20kms northeast of the town of Timmins. Operations are exploiting steeply-dipping shear-hosted sulfide gold mineralization by underground longhole mining methods at a rate of approximately 900 tonnes of ore per day. Ore is processed at the Bell Creek mill. Proven and Probable Mineral Reserves at the Bell Creek mine as of January 1, 2017 totaled 1.8 million tonnes at an average gold grade of 4.4 g/t containing 245 thousand ounces of gold.



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

### Underground development and production

Underground ramp and sublevel development continues to advance in support of the life-of-mine production schedule, with 2,984 and 7,424 metres of development completed in Q4 2016 and 2016, respectively. Infill and definition drilling at the Bell Creek mine totaled 5,931 metres in Q4 2016. A total of 33,936 metres of infill and definition drilling to better define Mineral Resources at Bell Creek have been completed during 2016.

During Q4 2016, the Bell Creek mine delivered 0.1 million tonnes of ore to surface, mined from longitudinal longhole stopes on multiple production sublevels. During 2016, the Bell Creek mine delivered 0.2 million tonnes of ore to surface.

### Capital projects

Lateral development for the BC Shaft Project on the first two of five horizons was completed during Q4 2016. Vertical development for the pilot hole from 535m level up towards the 300m level via mechanized raise climbing method was completed in the quarter. Engineering and procurement is progressing well with all permanent material available on schedule. Site infrastructure work has also begun to prepare for the civil works around the new hoisting plant and electrical substation footprint. Of the $80 million total budget for the BC Shaft Project, approximately $10.1 million has been spent to December 31, 2016. Of the remaining amount, the Company has $9.3 million in commitments with the balance expected to be spent in 2017 and 2018.

### Impact Benefits Agreement

During Q4 2016, the Company entered into an Impact Benefits Agreement ("IBA") relating to the Company's Bell Creek mine and surrounding properties with the Mattagami, Wahgoshig, Matachewan and Flying Post First Nation communities in the Timmins area of Northern Ontario. The IBA establishes a framework for continued consultation relating to the Company's existing and future operations in and around Timmins, and provides long-term financial benefits to the four First Nation communities as well as opportunities in such areas as new business ventures, employment, environmental sustainability training and education.

## Timmins West

The Timmins West mine property is located in Bristol, Thorneloe and Carscallen Townships, Ontario, Canada, approximately 19kms west of the town of Timmins. The Timmins West mine is comprised of the Timmins deposit, Thunder Creek deposit, and the 144 Gap deposit. Operations are exploiting zones of steeply-dipping sulfide gold mineralization occurring within or along favorable lithostructural occurrences associated with regional shear zones at a rate of approximately 2600 tpd by longhole stoping methods. Ore is trucked to the Bell Creek mill for processing. Proven and Probable Mineral Reserves at the Timmins West mine as of January 1, 2017 totaled 2.0 million tonnes at an average gold grade of 3.69 g/t containing 233 thousand ounces of gold.

### Underground development and production

Underground ramp and sublevel development continues to advance in support of the life-of-mine production schedule, with 2,912 and 8,449 metres of development completed in Q4 2016 and 2016, respectively. Progress was made on the infrastructure development at 144 Gap and included ramp, raise and lateral development to access the resource. Underground infill and definition drilling completed at the Timmins West mine in Q4 2016 to improve resource/reserve definition totaled 17,089 metres. A total of 68,573 metres of infill and definition drilling at the Timmins West mine have been completed during 2016.

During Q4 2016, the Timmins West mine delivered approximately 0.2 million tonnes of ore to surface, mined primarily from longitudinal and transverse longhole stopes on multiple production sublevels from the Timmins West, Thunder Creek and 144 Gap deposits. During 2016, the Timmins West mine delivered 0.7 million tonnes of ore to surface.

31



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

*Bell Creek Mill*

The Bell Creek mill processes ore from both the Timmins West mine and the Bell Creek mine. Ore is processed by single-stage crushing and single stage grinding, with a portion of the gold recovered by gravity methods, followed by pre-oxidation and cyanidation with carbon-in-leach and carbon-in-pulp recovery.

Mill operations averaged 3,643 tpd in Q4 2016. The mill processed a total of 0.3 million tonnes with an average gold recovery of 96%. Production in Q4 2016 totaled 45.3 thousand recovered gold ounces at an average head grade of 4.38 grams per tonne.

During 2016, the mill averaged 3,410 tpd and processed 0.9 million tonnes of ore at an average grade of 4.19 grams per tonne and an average recovery of 96%, for a total of 121.6 thousand recovered gold ounces.

Construction of the Phase 4 North tailings facility expansion at the Bell Creek Mill was completed and placed into operation in Q4 2016.

## PROJECTS

The Company has assembled a projects team and has begun the initial evaluation of high-priority exploration/development projects with the main projects being the La Arena copper-gold sulfide project in Peru and the Fenn-Gib gold project in Canada.

### La Arena Phase II Sulfide Project

The La Arena Phase II Sulfide Project (the "La Arena Sulfides") is a large-tonnage copper-gold porphyry deposit located in close proximity to the currently producing oxide gold deposit at the La Arena mine in Peru. Modeling of the La Arena porphyry was completed and incorporated into a three dimensional geologic model in 2016 which formed the basis for a new Mineral Resource estimate and internal project scoping study. In addition, the Company plans to complete a new drill program in 2017, to add further definition to the deposit and to obtain samples for metallurgical test work aimed at improving projected gold recoveries. Further studies may follow as the Company continues to evaluate the project. The results of the internal scoping study are positive and the Company has commissioned a NI 43-101 Preliminary Economic Assessment ("PEA") to be completed by M3 Engineering and Technology of Tucson Arizona. The study is expected to be completed in Q3 2017 and could form the basis for further advancement and studies of the project.

### Fenn-Gib

Fenn-Gib is an open-pit project located approximately 70kms east of the Company's Bell Creek mine in Northern Ontario. Current resources at Fenn-Gib include 40.8 million tonnes at an average grade of 0.99 grams per tonne gold for 1.3 million ounces in the Indicated category and 24.5 million tonnes at an average grade of 0.95 grams per tonne for 0.8 million ounces in the Inferred category.

Work recently began to design exploration and scoping studies to be carried out to complete a Preliminary Economic Assessment ("PEA") in 2017. This is expected to include 31,500 metres of definition drilling and 25,000 metres of district exploration drilling as well as engineering, metallurgical and environmental studies, consultation with First Nations and mine planning.

## EXPLORATION

The Company reported 2016 exploration drill program results in its press release dated January 9, 2017 available at www.sedar.com or on the Company's website at www.tahoeresources.com . Highlights of the 2016 exploration drill program include:

- Extensions laterally and vertically from the Central and East Zones into the previously-undrilled Gap Zone target at Escobal in Guatemala.
- Identification of new zones of near-pit, sandstone-hosted oxide mineralization at Shahuindo in Peru, which is expected to support future pit expansions; and

32



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

- Significant extensions of mineralization in the 144 Trend, deep Timmins West, Bell Creek, Vogel, Whitney and Gold River zones in the Timmins district in Canada.

Additional exploration details by country are as follows:

**Guatemala**

All identified Mineral Resources for the Escobal project are located on the Escobal exploitation concession. Combined with the Juan Bosco exploration concession, these two concessions comprise the Escobal project area.

Exploration continued in Guatemala with four underground drill holes for 2,282 metres completed in Q4 2016. Exploration drilling totaled 11 holes for 9,920 metres during 2016. Throughout 2016 exploration drilling concentrated on testing the deep Gap zone between the East and Central Escobal zones. Mineralization in the project area is defined over a 3,000 metre strike length and 2,000 metre vertical range.

Guatemala exploration expenditures totaled $0.3 million and $1.0 million during Q4 2016 and 2016, respectively.

**Peru**

During 2016 exploration activity in Peru included first-pass drilling at the El Alizar target near the La Arena mine and extensional drilling on a number of satellite targets at the Shahuindo project. In addition, early-staged exploration was carried out on high priority regional targets surrounding the La Arena and Shahuindo resource areas.

Following receipt of permits at El Alizar, drilling from April to June concentrated on the northwest portion of the project area. Additional permits were received and drilling shifted in early Q3 2016 to the southeast portion of the project area until program completion in mid-November. A total of seven holes for 1,635 metres were completed during Q4 2016. El Alizar drilling during 2016 totaled 25 holes for 5,889 metres. Drilling confirmed narrow, restricted zones of mineralization that were not found to be economic.

Exploration at Shahuindo focused on step-out drilling to define the margins of the current resource and identify new zones peripheral to the current pit. A total of 40 holes for 6,664 metres were completed during Q4 2016 (115 holes for 17,703 metres during 2016) on peripheral targets that include the San Lorenzo and Choloque zones north of the Shahuindo starter pit, the El Sauce zone southeast of the pit and the San Jose zone on the extreme northwest margin of the Shahuindo resource.

The San Lorenzo zone is now defined by 62 drill holes along a northeast trending structural trend that extends 350 metres north of the current Shahuindo pit. A similar north-trending zone of mineralization occurs 400 metres east of San Lorenzo along the Choloque fault which is currently defined by five drill holes over a 250 metre strike length. Mineralization in the El Sauce zone southeast of the current Shahuindo pit is now defined by 22 drill holes over a 275 metre northwest-southeast strike length, 80 metre width and 50 metre depth of oxidation. Drilling in the San Jose zone in the extreme northwest margin of the Shahuindo resource has identified a series of mineralized lenses parallel and within 100 to 200 metres north and south of the main northwest trending Shahuindo anticlinal trend. Mineralization in all of the target areas is predominately sandstone host rocks of the Farratt formation on the limbs of the San Jose anticline that may influence a push back of the current Shahuindo pit.

Reconnaissance work has been carried out in areas north and northwest of Shahuindo to identify additional early-stage district targets. Trenching in the Tabacos, Alisos and Azules zones 1.2 to 1.5kms north of Shahuindo exposed wide zones of mineralization within oxidized sandstone host rocks. Drilling at these early-stage exploration targets, as well as at the La Chilca area northwest of Shahuindo, is planned in 2017 as permits are received.

Peru exploration expenditures totaled $2.9 million and $6.6 million for Q4 2016 and 2016, respectively.

**Canada**

In Canada a total of 28,774 metres of exploration drilling were completed throughout the Timmins district during Q4 2016. Exploration since the April 1, 2016 acquisition of Lake Shore Gold through the end of Q4 2016 totaled 66,800 metres of drilling. The exploration drilling totals are in addition to the 19,902 metres and 101,927 metres of deposit infill and definition drilling complete in Q4 2016 and 2016, respectively. This exploration is part of the Company's long-term strategy to grow gold mineral reserves and/or mineral resources by two to four million ounces in Canada. Refer to the " *Future Developments - Targets and Initiatives* " section in this MD&A.

33

197



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

*Timmins West Complex*

Drilling at the Timmins West Complex focused on definition of resources at the 144 Gap Deposit and extensional drilling at Timmins Mine Deep, 144 Trend and Gold River Trend.

Exploration of the Timmins Deposit during Q4 2016 consisted of three underground drill holes (562 metres) and one surface hole (1,869 metres) to test the down plunge extension of the Timmins Deposit Fold Nose ("TDFN"). For 2016, exploration of the Timmins Deposit consisted of four underground drill holes (1,358 metres) and one surface hole (2,249 metres). Results to date from the underground drilling have proven the extension of mineralization along the fold nose approximately 150 metres below the current resource limit.

A deep master drill hole commenced from surface in September 2016 with the objective of intersecting the TDFN structure approximately 400 metres below the current resource limit and was completed in early February 2017. Results to date from this drilling have extended the fold nose structure to at least the 1,800 metre level (350 metres below current resource). Observations from the drill core indicate rock types, alteration and structure similar to higher levels of the mine with local gold mineralization. Sampling and assaying of the hole are still in progress. Planning is underway to complete up to three or four daughter (wedge) holes to test up and down dip along the target structure, with the first hole now in progress.

*144 Trend*

Exploration drilling in the 144 Gap area tested both near-mine expansion targets and potential new discoveries. A total of 11,043 metres of capital infill drilling and 657 metres of extensional drilling were completed from the 144 underground drill platform during Q4 2016 (53,089 and 4,269 metres of infill and extensional drilling, respectively during 2016). Specific exploration targets included stratigraphic contacts and structural features between the 144 Gap and Gap SW Zones, and potential new zones at the Thunder Creek Stock target areas.

Capitalized underground and surface drilling at the 144 Gap deposit was designed to support detailed mine planning. The most recent drilling defined the resource at seven to 15 metre drill spacing with results generally in line with the previous resource estimate for the deposit. Refinement of the resource model is now in progress with an initial reserve estimate expected during the first half of 2017.

Drilling along the general 144 Trend targeted the 144 South Zone located approximately 1.6kms southwest of the 144 Gap Deposit. Drilling at 144 South included 6 surface exploration holes and 2 wedge cuts for 6,312 metres for Q4 2016 (14,067 metres during 2016) succeeded in extending mineralization along a syenite porphyry approximately 65 metres to the east and to depth, and 50 to 150 metres to the west from where previously recognized. Mineralization is now defined over a 300 metre strike length and 700 metre vertical window along a distinct southwest trending, north-westerly dipping corridor which remains open to depth and at least 1.5kms along strike to the southwest.

*Bell Creek Complex*

Exploration in Q4 2016 at the Bell Creek Complex included 26 underground holes for 8,375 metres (25,800 metres during 2016) and two surface holes with three 3 wedge cuts for 3,520 metres (4,430 metres during 2016). Underground drilling focused on two main areas including the NA/NA2 Zones, the two largest resource blocks at the Bell Creek mine, and the HW6 Zone, a new structure discovered in late 2015 near the west limit of the mine. Drilling successfully extended the NA/NA2 Zones a minimum of 30 metres to the east and to depth. Drilling of the HW6 Zone extended mineralization a minimum of 60 metres down dip that remains open to depth.

Surface drilling during Q4 2016 at the Bell Creek Complex focused on extending resources to depth at the Schumacher and Vogel properties east of the Bell Creek mine. The program identified mineralization approximately 250 metres below the current Vogel resource and 1.0 kilometre east of the Bell Creek 760 Level. The deep Vogel extension remains open to the east and to depth and will be the focus of additional drilling in 2017.

34



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

### Whitney project

The Whitney project is currently a joint venture for which the Company is the operator. Located adjacent to the Bell Creek Complex, the Whitney project covers approximately 8.9km $^2$ of highly prospective exploration property and has the potential to add significant new resources to the Company's portfolio. Recent work by the Company includes drilling and environmental studies which could be used to support future resource updates.

Exploration at Whitney evaluated both shallow open-pit and deeper underground targets during 2016. Near-surface drilling earlier in the year focused on areas surrounding the upper Hallnor mine and C zones in the east portion of the property to confirm and delineate previously recognized mineralization amenable to open-pit extraction. Near surface mineralization is now defined over a 1,250 metre strike length with an updated resource estimate and open pit optimization study currently underway.

Drilling during Q4 2016 focused on testing deep targets below the 1,000 metre level west of the historic Hallnor Mine workings with 20 holes and five wedge cuts for 7,581 metres completed during the Q4 2016 (36,827m during 2016). Deep drilling succeeded in extending mineralization 140 metres west and 200 metres down dip from the previous limits of the #19 and #20 veins, which were partially mined between the 1,200 and 1,500 metre levels of the Hallnor mine.

Drilling of the C zone focused on potential open-pit or shallow underground targets along a 200 metre zone immediately west of the Hallnor open pit. A number of intercepts within 150 metres from surface show mineralization related to a shallow northward dipping structure that remains open at depth.

Further to the Company's July 5, 2016 announcement regarding a proposed transaction to increase its ownership in the Whitney project to 100%, negotiations for a definitive agreement remain ongoing although the original Letter of Intent expired on December 31, 2016. Any transaction will be subject to the execution of a definitive agreement and to the approval by the Company's Board of Directors.

### Juby

Juby is a large near-surface deposit located in the Shining Tree Area of Northern Ontario, near the town of Gowganda, 100kms south of Timmins. Current Mineral Resources include 26.6 million tonnes at an average grade of 1.28 grams per tonne for 1.1 million ounces in the Indicated Mineral Resource category and 96.2 million tonnes at an average grade of 0.94 grams per tonne for 2.9 million ounces in the Inferred Mineral Resource category.

Preparations are underway for an exploration program designed to validate and expand the current resources in 2017. Initial data compilation, exploration planning and refinement of the current resource model will be carried out throughout the winter with field mapping and sampling and 10,000 metres of diamond drilling planned later in 2017.

### Gold River

The Gold River Trend East and West deposits are located approximately four kilometres south of the Timmins West mine and contain an Indicated Mineral Resource of 117.4 thousand ounces of gold (0.7 million tonnes at an average gold grade of 5.29 g/t) and an Inferred Mineral Resource of 1,027.8 thousand ounces of gold (5.3 million tonnes at an average gold grade of 6.06 g/t). Recent drilling (12 holes for 10,864 metres) has identified extensions of mineralization along strike and down dip of the east-west trending East and West deposits.

Surface drilling along the Gold River Trend, located four kilometres south of the Timmins West Mine included four holes and three wedge cuts (5,757 metres for Q4 2016 and 13,085 metres during 2016) focused on testing depth extensions of the West and East deposits. At Gold River West drilling extended mineralization 250 metres below the current resource and 150 metres west of previously reported intercepts. At Gold River East recent drilling intersected mineralization 300 metres below the current resource limit.

Expensed exploration expenditures in Canada amounted to $3.7 million and $6.8 million for Q4 2016 and 2016, respectively.



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

## RISK FACTORS

Tahoe's ability to generate revenues and achieve a return on shareholders' investment must be considered in light of, among other things, the risks of doing business in foreign countries, the sustainability of operations and the dependence on operating mines and the risks associated with the various development projects. This document should be read in conjunction with Tahoe's 2016 Annual Information Form ("AIF") which includes a risk factor discussion under the heading "Description of Our Business – Risk Factors Relating to Our Business" and " – Risk Factors Relating to Our Shares". Tahoe's AIF is available at www.sedar.com .

### COUNTRY RISKS RELATED TO OPERATIONS

The Company's operations are subject to political, economic, social and geographic risks. Mineral exploration and mining activities may be affected in varying degrees by government regulations relating to the mining industry, judicial activity or political change or instability. Operations may also be affected in varying degrees by government regulations and laws with respect to restrictions on production, permitting, real property, price controls, export controls, taxes, royalties, expropriation of property, environmental legislation and mine safety. Additional adverse effects could result from local protests impeding access to the Company's properties through roadblocks or other public protests or attacks against the Company's assets or personnel.

Guatemala suffered an armed conflict for 36 years, which was finally resolved through a peace agreement reached with the country's internal revolutionary movement in 1996. The last political crisis in Guatemala occurred in 1983 and constitutional government was not restored until 1985. In the past two decades, Guatemala has made progress in restructuring its political institutions and establishing democratic processes, however the country still suffers from social problems, including, but not limited to, a high crime rate, political corruption, malnutrition, poverty and uncertain land tenure. These issues could adversely affect the Company's operations at the Escobal mine. In addition, local opposition to development projects often occurs. Opposition in the form of roadblocks, public protests or other means, by members of local communities, anti-mining NGOs, unemployed people and unions can occur on local, national and provincial routes. Renewed political unrest, changing government attitudes towards mining, or a political crisis could adversely affect the Company's business and results of operations. The status of Guatemala as a developing country may make it more difficult for the Company to retain licenses and obtain required financing for projects.

After a decade of political instability and one of its worst economic crisis in history, Peru has experienced relative political stability and economic growth since the mid-1990s as a result of the restructuring of Peruvian institutions to create a free-market economy. Political tension, poverty, unemployment and social conflict still occur and may result in an adverse effect on the Company's business and operations. In addition, illegal mining occurs in some regions of Peru, including in regions where the Company operates. Historically, unregulated mining operations have adversely impacted the environment, health and safety, human rights, security and the socio-economic fabric of the nearby communities. The Company is working to eliminate illegal mining and legitimize artisanal and informal mining on its concessions by utilizing government-sanctioned mitigation programs. However, illegal mining may still occur resulting in an adverse effect on the Company's business and operations.

### MATTERS RELATED TO ABORIGINAL RIGHTS IN CANADA

The Company's Canadian mines, mineral properties and related mineral interests are located on and beneath lands that are or may be subject to claims of constitutionally protected aboriginal rights, aboriginal title and treaty rights. Canadian courts have set out certain tests that governments must adhere to in any permitting decisions that may affect asserted or established aboriginal rights and aboriginal title as well as treaty rights. This includes requirements for aboriginal consultation and, if appropriate, accommodation in respect of claimed but unproven aboriginal rights and title. It also includes requirements that must be met in order to justify any infringement of treaty rights, established aboriginal rights or aboriginal title (if proven and aboriginal consent has not been obtained). The Company does not have any mines or mineral properties in Canada in areas where aboriginal title has been proven to date.

The duties of consultation, accommodation and, where applicable, justification for infringement of aboriginal rights, aboriginal title and treaty rights apply to the federal and provincial governments, not to private companies. Canadian courts however, have held that governments can delegate certain procedural aspects of the duty to consult to private parties. Further, these governmental duties could affect the Company's interests in various indirect ways, including potential legal challenges to governmental permits that have been issued, challenges or delays in securing permits and approvals in future, the imposition of terms and conditions to address aboriginal interests and claims to lands or mineral interests.

36



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

In order to mitigate these risks, and in order to build constructive relations in the communities within which it operates, the Company is committed to working constructively with regulators and aboriginal communities to assist governments in fulfilling their duties to aboriginal peoples in respect of the Company's Canadian mines and mineral properties. The Company is also committed to direct, bilateral engagements with aboriginal groups to explore opportunities for positive relations and mutual benefit. To this end, the Company is party to exploration and Impact and Benefits Agreements with local First Nations in respect of the Timmins mines that provide for education and training of First Nations members, employment opportunities, environmental care, and collaborative business opportunities. The Company has entered into an Impact and Benefits Agreement with five First Nations in respect of the Bell Creek mine, effective September 30, 2016.

## RISKS RELATED TO THE LAKE SHORE GOLD ACQUISITION

The anticipated benefits from the Lake Shore Gold acquisition will depend in part on whether Tahoe and Lake Shore Gold's operations can be integrated in an efficient and effective manner. The integration of the two companies will present challenges to management, including the integration of systems and personnel of the two companies, implementing uniform standards, controls, procedures and policies, as applicable, including the integration of Lake Shore Gold's disclosure controls and procedures and internal control over financial reporting with the Company's existing procedures and controls, and special risks, including possible unanticipated liabilities, unanticipated costs, and the loss of key employees.

## RISKS RELATED TO INFORMATION SYSTEMS SECURITY

Attacks on the Company's information technology ("IT") systems (or on systems of key third parties on which the Company relies), failure or non-availability of a key IT system or Industrial control system ("ICS") whether intentional or not, could result in disruptions to the Company's operations, personal injury, property damage or financial or reputational risks. As the cyber threat landscape is ever changing, the Company's primary focus includes: evaluating risk-prioritized controls, policies and procedures to protect against known and emerging threats; tools to provide automated monitoring and alerting; and disaster and backup recovery systems to restore systems and return to normal operations. The Company has implemented and tested system controls and infrastructure for disaster recovery for primary IT systems.

The Company's risk and exposure under these circumstances cannot be fully mitigated in consideration of, among other things, the evolving nature of these threats. As a result, cyber security and the continued development and enhancement of controls, processes and practices designed to protect systems, computers, software, networks, and data from attack or disclosure, damage or unauthorized access remain a priority. As cyber threats continue to emerge, the Company may be required to expend additional resources to continue to modify, enhance or refine protective measures and/or investigate and remediate any security vulnerabilities and processes.

## NON-GAAP FINANCIAL MEASURES

## NON-GAAP FINANCIAL MEASURES

The Company has included certain non-GAAP financial measures throughout this document which include total cash costs, total production costs, all-in sustaining costs per silver and per gold ounce ("all-in sustaining costs"), adjusted earnings and adjusted earnings per share. These measures are not defined under IFRS and should not be considered in isolation. The Company's Escobal mine produces primarily silver in concentrates with other metals (gold, lead and zinc), produced simultaneously in the mining process, the value of which represents a small percentage of the Company's revenue and is therefore considered "by-product". The Company's La Arena, Shahuindo and Timmins mines produce primarily gold with other metals (primarily silver), produced simultaneously in the mining process, the value of which represents a small percentage of the Company's revenue and is therefore considered "by-product". The Company believes these measures will provide investors and analysts with useful information about the Company's underlying earnings, cash costs of operations, the impact of by-product credits on the Company's cost structure and its ability to generate cash flow, as well as providing a meaningful comparison to other mining companies. Accordingly, these measures are intended to provide additional information and should not be substituted for GAAP measures.

37



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

These non-GAAP financial measures may be calculated differently by other companies depending on the underlying accounting principles and policies applied.

During Q4 2016, the Company began reporting total operating costs (cost of sales) per ounce. The Company believes that this metric is important in assessing the performance of each of the Company's sold metals and as a meaningful GAAP-based comparison to other mining companies. Total operating costs (cost of sales) per ounce sold is calculated by dividing total the operating costs by gold ounces sold. Total operating costs (cost of sales) includes production costs, depreciation and depletion and royalties. The reconciliation of total operating costs (cost of sales) to total cash costs is included in the total cash cost and total production cost tables below. Comparative periods have been updated to reflect current period presentation. There is no impact to current or prior period disclosed numbers due to the inclusion of this new metric.

For each operating segment of the Company, the following tables provide reconciliations of: 1) consolidated earnings to consolidated adjusted earnings; 2) total operating costs (cost of sales) to total cash costs; and 3) total production costs, total cash costs and all-in sustaining costs to the consolidated financial statements for the years ended December 31, 2016 and 2015.

**Consolidated adjusted earnings (loss) and consolidated adjusted earnings (loss) per share** [1][2]

The Company has adopted the reporting of consolidated adjusted earnings (loss) ("adjusted earnings (loss)") and consolidated adjusted earnings (loss) per share ("adjusted earnings (loss) per share") as a non-GAAP measure of a precious metals mining company's operating performance. This measure has no standardized meaning and the Company's presentation of adjusted measures are not meant to be substituted for GAAP measures of consolidated earnings (loss) or consolidated earnings (loss) per share and should be read in conjunction with such GAAP measures. Adjusted earnings (loss) and adjusted earnings (loss) per share are calculated as earnings (loss) excluding i) non-cash impairment losses and reversals on mineral interests and other assets, ii) unrealized foreign exchange gains or losses related to the revaluation of deferred income tax assets and liabilities on non-monetary items, iii) unrealized foreign exchange gains or losses related to other items, iv) unrealized gains or losses on derivatives, v) non-recurring provisions, vi) gains or losses on sale of assets and vii) any other non-recurring adjustments and the related tax impact of these adjustments calculated at the statutory effective rate for the same jurisdiction as the adjustment. Non-recurring adjustments from unusual events or circumstances are reviewed periodically based on materiality and the nature of the event or circumstance.

The Company calculates adjusted earnings (loss) and adjusted earnings (loss) per share on a consolidated basis.

| | | Q4 2016 | | Q4 2015 | | 2016 | | 2015 |
|---|---|---|---|---|---|---|---|---|
| **Earnings (loss)** [1][2] | $ | **315** | $ | (107,717) | $ | **117,876** | $ | (71,911) |
| Impairment, net of tax | | **-** | | 153,362 | | **-** | | 153,362 |
| Unrealized foreign exchange loss | | **(1,284)** | | 4,150 | | **539** | | 4,530 |
| Acquisition costs | | **49** | | 871 | | **11,134** | | 11,719 |
| Deferred tax [3] | | **19,335** | | - | | **19,335** | | - |
| Loss on conversion of debentures | | **-** | | - | | **32,304** | | - |
| Loss (gain) on derivative instruments (currency swap) | | **-** | | 339 | | **(803)** | | 1,210 |
| **Adjusted earnings** | $ | **18,415** | $ | 51,005 | $ | **180,385** | $ | 98,910 |
| | | | | | | | | |
| **Weighted average common shares outstanding** | | | | | | | | |
| Basic (000's) | | **311,653** | | 227,620 | | **289,727** | | 207,811 |
| Diluted (000's) | | **311,786** | | 227,764 | | **289,988** | | 207,811 |
| **Adjusted earnings per share** | | | | | | | | |
| Basic | $ | **0.06** | $ | 0.22 | $ | **0.62** | $ | 0.48 |
| Diluted | $ | **0.06** | $ | 0.22 | $ | **0.62** | $ | 0.48 |

[1]    Results of the Timmins mines prior to the date of acquisition of Lake Shore Gold on April 1, 2016 are excluded.
[2]    Results of La Arena and Shahuindo prior to the date of acquisition of Rio Alto on April 1, 2015 are excluded.
[3]    Adjustment to reflect the impact of a non-cash deferred tax charge resulting from a change in enacted rates Peru.

38



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

**Total cash costs and total production costs**

The Company reports total cash costs and total production costs on a silver ounce and a gold ounce produced basis for the Escobal mine and the La Arena, Shahuindo and Timmins mines, respectively. The Company follows the recommendation of the cost standard as endorsed by the Silver Institute ("the Institute") for the reporting of cash costs (silver) and the generally accepted standard of reporting cash costs (gold) by precious metal mining companies. The Institute is a nonprofit international association with membership from across the silver industry. The Institute serves as the industry's voice in increasing public understanding of the many uses and values of silver. This remains the generally accepted standard for reporting cash costs of production by precious metal mining companies. Total cash costs and total production costs are divided by the number of silver ounces contained in concentrate or gold ounces recovered from the leach pads to calculate per ounce figures. When deriving the production costs associated with an ounce of silver or gold, the Company deducts by-product credits from sales which are incidental to producing silver and gold.

**Total cash costs (silver)**

*Total cash costs and total production costs per ounce of produced silver, net of by-product credits*

| Total cash costs and total production costs | | Q4 2016 | | Q4 2015(1) | | 2016 | | 2015 |
|---|---|---|---|---|---|---|---|---|
| Total operating costs (cost of sales) [2] | $ | 52,524 | $ | 29,531 | $ | 200,497 | $ | 190,944 |
| Depreciation and depletion | | (12,903) | | (11,876) | | (53,204) | | (47,594) |
| Change in product inventory | | (2,558) | | (63) | | (1,139) | | 243 |
| Treatment and refining charges | | 8,173 | | 11,438 | | 32,600 | | 34,968 |
| Total cash costs before by-product credits [3] | $ | 45,236 | $ | 29,030 | $ | 178,754 | $ | 178,561 |
| Gold credit | | (1,910) | | (3,508) | | (10,213) | | (10,873) |
| Lead credit | | (7,554) | | (6,209) | | (22,019) | | (18,115) |
| Zinc credit | | (4,657) | | (7,035) | | (22,693) | | (23,938) |
| Total cash costs net of by-product credits | $ | 31,115 | $ | 12,278 | $ | 123,829 | $ | 125,635 |
| Depreciation and depletion | | 12,903 | | 11,876 | | 53,204 | | 47,594 |
| Total production costs net of by-product credits | $ | 44,018 | $ | 24,154 | $ | 177,033 | $ | 173,229 |
| | | | | | | | | |
| Silver ounces sold in concentrate (000's) | | 4,470 | | 6,236 | | 18,996 | | 20,190 |
| Silver ounces produced in concentrate (000's) | | 4,801 | | 5,515 | | 21,189 | | 20,402 |
| | | | | | | | | |
| Total operating costs (cost of sales) per ounce sold | $ | 11.75 | $ | 4.74 | $ | 10.55 | $ | 9.46 |
| Total cash costs per ounce produced before by-product credits | $ | 9.42 | $ | 5.26 | $ | 8.44 | $ | 8.75 |
| Total cash costs per ounce produced net of by-product credits | $ | 6.48 | $ | 2.23 | $ | 5.84 | $ | 6.16 |
| Total production costs per ounce produced net of by-product credits | $ | 9.17 | $ | 4.38 | $ | 8.35 | $ | 8.49 |

(1)    Due to the judicial invalidation of the 10% royalty regime, a reversal of royalties previously accrued was recognized during Q4 2015.
(2)    Total operating costs (cost of sales) includes production costs, depreciation and depletion and royalties.
(3)    Gold, lead and zinc by-product credits are calculated as follows:

| | Q4 2016 | | | | Q4 2015 | | | |
|---|---|---|---|---|---|---|---|---|
| | Quantity | Unit Price | Total Credit | Credit per ounce | Quantity | Unit Price | Total Credit | Credit per ounce |
| Gold Ounces | 1,820 | $1,050 | $1,910 | $0.40 | 3,347 | $1,048 | $3,508 | $0.64 |
| Lead Tonnes | 2,288 | $3,303 | $7,554 | $1.57 | 3,396 | $1,828 | $6,209 | $1.13 |
| Zinc Tonnes | 2,840 | $1,640 | $4,657 | $0.97 | 4,542 | $1,549 | $7,035 | $1.28 |

| | 2016 | | | | 2015 | | | |
|---|---|---|---|---|---|---|---|---|
| | Quantity | Unit Price | Total Credit | Credit per ounce | Quantity | Unit Price | Total Credit | Credit per ounce |
| Gold Ounces | 7,676 | $1,330 | $10,213 | $0.48 | 9,793 | $1,110 | $10,873 | $0.53 |
| Lead Tonnes | 8,993 | $2,448 | $22,019 | $1.04 | 9,768 | $1,855 | $18,115 | $0.89 |
| Zinc Tonnes | 12,345 | $1,838 | $22,693 | $1.07 | 13,297 | $1,800 | $23,938 | $1.17 |



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

**Total cash costs (gold)**

*Total cash costs and total production costs per ounce of produced gold, net of by-product credits*

| | | Q4 2016 [7] | | | |
| --- | --- | --- | --- | --- | --- |
| | | La Arena | Shahuindo | Timmins mines | Total |
| Total operating costs (cost of sales) [5] | $ | 36,083 | $ 18,929 | $ 34,016 | $ 89,028 |
| Depreciation and depletion | | (9,732) | (5,548) | (14,320) | (29,600) |
| Change in product inventory [3] | | 2,951 | 469 | 6,389 | 9,809 |
| Smelting and refining charges | | 810 | 92 | 49 | 951 |
| Total cash costs before by-product credits | $ | 30,112 | $ 13,942 | $ 26,134 | $ 70,188 |
| Silver credit [6] | | (100) | (348) | (83) | (531) |
| Total cash costs net of by-product credits | $ | 30,012 | $ 13,594 | $ 26,051 | $ 69,657 |
| Depreciation and depletion | | 9,732 | 5,548 | 14,320 | 29,600 |
| Total production cost net of by-product credits | $ | 39,744 | $ 19,142 | $ 40,371 | $ 99,257 |
| | | | | | |
| Gold ounces sold (000's) | | 53.0 | 12.9 | 33.0 | 98.9 |
| Gold ounces produced [4] (000's) | | 58.1 | 13.8 | 45.3 | 117.2 |
| | | | | | |
| Total operating costs (cost of sales) per ounce sold | $ | 680 | $ 1,473 | $ 1,030 | $ 900 |
| Total cash costs per ounce produced before by-product credits | $ | 518 | $ 1,014 | $ 576 | $ 599 |
| Total cash costs per ounce produced net of by-product credits | $ | 516 | $ 989 | $ 575 | $ 594 |
| Total production costs per ounce produced net of by-product credits | $ | 684 | $ 1,392 | $ 890 | $ 847 |

| | | 2016 [1][7] | | | |
| --- | --- | --- | --- | --- | --- |
| | | La Arena | Shahuindo [2] | Timmins mines | Total |
| Total operating costs (cost of sales) [5] | $ | 143,008 | $ 35,134 | $ 101,739 | $ 279,881 |
| Depreciation and depletion | | (27,779) | (10,016) | (33,745) | (71,540) |
| Change in product inventory [3] | | 4,994 | 2,471 | 6,843 | 14,308 |
| Smelting and refining charges | | 1,814 | 262 | 133 | 2,209 |
| Total cash costs before by-product credits | $ | 122,037 | $ 27,851 | $ 74,970 | $ 224,858 |
| Silver credit [6] | | (385) | (721) | (261) | (1,367) |
| Total cash costs net of by-product credits | $ | 121,652 | $ 27,130 | $ 74,709 | $ 223,491 |
| Depreciation and depletion | | 27,779 | 10,016 | 33,745 | 71,540 |
| Total production cost net of by-product credits | $ | 149,431 | $ 37,146 | $ 108,454 | $ 295,031 |
| | | | | | |
| Gold ounces sold (000's) | | 198.6 | 36.7 | 107.6 | 343.0 |
| Gold ounces produced [4] (000's) | | 204.1 | 35.0 | 121.6 | 360.7 |
| | | | | | |
| Total operating costs (cost of sales) per ounce sold | $ | 720 | $ 956 | $ 946 | $ 816 |
| Total cash costs per ounce produced before by-product credits | $ | 598 | $ 796 | $ 617 | $ 623 |
| Total cash costs per ounce produced net of by-product credits | $ | 596 | $ 775 | $ 615 | $ 620 |
| Total production costs per ounce produced net of by-product credits | $ | 732 | $ 1,061 | $ 892 | $ 818 |

[1]    2016 figures include data from the Timmins mines beginning April 1, 2016, the date of acquisition of Lake Shore Gold.

[2]    2016 figures include data from Shahuindo beginning May 1, 2016, the commencement date of commercial production.

[3]    Change in product inventory at Shahuindo for Q4 2016 and 2016 includes costs related to gold produced in doré, but not sold as at December 31, 2016. Costs associated with the build-up of stockpile during the commissioning phase which remain work in process inventory at December 31, 2016 have been excluded from the inventory movements in the period.

[4]    Gold ounces produced at La Arena and Shahuindo are gold ounces produced in doré.

[5]    Total operating costs (cost of sales) includes production costs, depreciation and depletion and royalties.

[6]    Consolidated silver by-product credits are calculated as follows:

40

Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

| | Q4 2016 | | | | 2016 | | | |
| | Quantity | Unit Price | Total Credit | Credit per ounce | Quantity | Unit Price | Total Credit | Credit per ounce |
|---|---|---|---|---|---|---|---|---|
| **Silver Ounces** | **26,310** | **$ 20.18** | **$ 531** | **$ 4.53** | **68,830** | **$ 19.86** | **$ 1,367** | **$ 3.79** |

(7)    Numbers in table may not calculate due to rounding.

| | Q4 2015 [1][2][3][8][9] | | | |
| | La Arena | Shahuindo | Timmins mines | Total |
|---|---|---|---|---|
| Total operating costs (cost of sales) [4] | $ 43,956 | $ - | $ - | $ 43,956 |
| Depreciation and depletion | (11,419) | - | - | (11,419) |
| Change in product inventory | (2,002) | - | - | (2,002) |
| Smelting and refining charges | 68 | - | - | 68 |
| **Total cash costs before by-product credits** | $ 30,603 | $ - | $ - | $ 30,603 |
| Silver credit [7] | (117) | - | - | (117) |
| **Total cash costs net of by-product credits** | $ 30,486 | $ - | $ - | $ 30,486 |
| Depreciation and depletion | 11,419 | - | - | 11,419 |
| **Total production cost net of by-product credits** | $ 41,905 | $ - | $ - | $ 41,905 |
| | | | | |
| Gold ounces sold (000's) | 56.4 | - | - | 56.4 |
| Gold ounces produced [6] (000's) | 56.4 | - | - | 56.4 |
| | | | | |
| **Total operating costs (cost of sales) per ounce sold** | $ 780 | $ - | $ - | $ 780 |
| **Total cash costs per ounce produced before by-product credits** | $ 543 | $ - | $ - | $ 543 |
| **Total cash costs per ounce produced net of by-product credits** | $ 541 | $ - | $ - | $ 541 |
| **Total production costs per ounce produced net of by-product credits** | $ 743 | $ - | $ - | $ 743 |

| | 2015 [1][2][3][8][9] | | | |
| | La Arena | Shahuindo | Timmins mines | Total |
|---|---|---|---|---|
| Total operating costs (cost of sales) [4][5] | $ 130,531 | $ - | $ - | $ 130,531 |
| Depreciation and depletion | (31,277) | - | - | (31,277) |
| Change in product inventory | (3,425) | - | - | (3,425) |
| Smelting and refining charges | 408 | - | - | 408 |
| **Total cash costs before by-product credits** | $ 96,237 | $ - | $ - | $ 96,237 |
| Silver credit [7] | (298) | - | - | (298) |
| **Total cash costs net of by-product credits** | $ 95,939 | $ - | $ - | $ 95,939 |
| Depreciation and depletion | 31,277 | - | - | 31,277 |
| **Total production cost net of by-product credits** | $ 127,216 | $ - | $ - | $ 127,216 |
| | | | | |
| Gold ounces sold (000's) | 173.9 | - | - | 173.9 |
| Gold ounces produced [6] (000's) | 174.1 | - | - | 174.1 |
| | | | | |
| **Total operating costs (cost of sales) per ounce sold** | $ 753 | $ - | $ - | $ 753 |
| **Total cash costs per ounce produced before by-product credits** | $ 553 | $ - | $ - | $ 553 |
| **Total cash costs per ounce produced net of by-product credits** | $ 551 | $ - | $ - | $ 551 |
| **Total production costs per ounce produced net of by-product credits** | $ 731 | $ - | $ - | $ 731 |

(1)    Q4 2015 and 2015 comparative figures exclude data from the Timmins mines.
(2)    2015 figures include data from the La Arena mine beginning April 1, 2015, the date of acquisition of Rio Alto.
(3)    Q4 2015 and 2015 comparative figures exclude data from the Shahuindo mine as commercial production was declared May 1, 2016.
(4)    Total operating costs (cost of sales) includes production costs, depreciation and depletion, royalties and smelting and refining charges.
(5)    Production costs included in total operating costs exclude the non-cash fair value adjustment related to the acquisition of Rio Alto of $11.7 million.

41



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

(6)    Gold ounces produced at La Arena are gold ounces produced in doré.

(7)    Silver by-product credits are calculated as follows:

| | | Q4 2015 | | | | | 2015 | | |
| | Quantity | Unit Price | Total Credit | Credit per ounce | Quantity | Unit Price | | Total Credit | Credit per ounce |
|---|---|---|---|---|---|---|---|---|---|
| Silver Ounces | 7,016 | $ 16.68 | $ 117 | $ 2.07 | 19,666 | $ 15.15 | $ | 298 | $ 1.70 |

(8)    Table has been updated to reflect current period presentation with no impact to the cash costs previously presented.

(9)    Numbers in table may not calculate due to rounding.

## All-in sustaining costs

The Company has also adopted the reporting of all-in sustaining costs as a non-GAAP measure of a precious metals mining company's ability to generate cash flow from operations. This measure has no standardized meaning and the Company has utilized an adapted version of the guidance released by the World Gold Council ("WGC"), the market development organization for the gold industry. The WGC is not a regulatory industry organization and does not have the authority to develop accounting standards or disclosure requirements.

All-in sustaining costs include total cash costs incurred at the Company's mining operations, sustaining capital expenditures, corporate administrative expense, exploration and evaluations costs, and reclamation and closure accretion. The Company believes that this non-GAAP measure represents the total costs of producing silver and gold from its operations, and provides additional information of the Company's operational performance and ability to generate cash flows to support future capital investments and to sustain future production.

### All-in sustaining costs (silver)

*Total all-in sustaining costs per ounce of produced silver, net of by-product credits* [2]

| | Q4 2016 | Q4 2015 | 2016 | 2015 |
|---|---|---|---|---|
| Total cash costs net of by-product credits | $    31,115 | $    12,278 | $    123,829 | $    125,635 |
| Sustaining capital [1] | 10,295 | 8,853 | 27,030 | 29,685 |
| Exploration | 281 | 415 | 1,002 | 1,864 |
| Reclamation cost accretion | 57 | 48 | 198 | 195 |
| General and administrative expenses | 5,129 | 5,136 | 18,655 | 28,531 |
| All-in sustaining costs | $    46,877 | $    26,730 | $    170,714 | $    185,910 |
| | | | | |
| Silver ounces produced in concentrate (000's) | 4,801 | 5,515 | 21,189 | 20,402 |
| | | | | |
| All-in sustaining costs per ounce produced net of by-product credits | $    9.76 | $    4.85 | $    8.06 | $    9.11 |

(1)    Sustaining capital includes underground development and surface sustaining capital expenditures.

(2)    Numbers in table may not calculate due to rounding.

### All-in sustaining costs (gold)

*Total all-in sustaining costs per ounce of produced gold, net of by-product credits*

| | Q4 2016 [4] | | | |
| | La Arena | Shahuindo | Timmins mines | Total |
|---|---|---|---|---|
| **Total cash costs net of by-product credits** | $    30,012 | $    13,594 | $    26,051 | $    69,657 |
| Sustaining capital | 13,560 | 2,307 | 14,686 | 30,553 |
| Exploration | 568 | 1,594 | 2,518 | 4,680 |
| Reclamation cost accretion | 308 | 177 | 41 | 526 |
| General and administrative expenses [3] | 1,268 | 3,132 | 938 | 5,338 |
| **All-in sustaining costs** | $    45,716 | $    20,804 | $    44,234 | $    110,754 |
| | | | | |
| Gold ounces produced (000's) | 58.1 | 13.8 | 45.3 | 117.2 |
| | | | | |
| **All-in sustaining costs per ounce produced net of by-product credits** | $    786 | $    1,513 | $    976 | $    945 |

42



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

| | 2016 [1][2][4] | | | |
| --- | --- | --- | --- | --- |
| | **La Arena** | **Shahuindo** | **Timmins mines** | **Total** |
| **Total cash costs net of by-product credits** | $ **121,652** | $ **27,130** | $ **74,709** | $ **223,491** |
| Sustaining capital | **35,272** | **5,833** | **45,123** | **86,228** |
| Exploration | **1,664** | **3,751** | **5,062** | **10,477** |
| Reclamation cost accretion | **1,266** | **816** | **90** | **2,172** |
| General and administrative expenses [3] | **11,024** | **3,135** | **3,559** | **17,718** |
| **All-in sustaining costs** | $ **170,878** | $ **40,665** | $ **128,543** | $ **340,086** |
| | | | | |
| Gold ounces produced (000's) | **204.1** | **35.0** | **121.6** | **360.7** |
| | | | | |
| All-in sustaining costs per ounce produced net of by-product credits | $ **837** | $ **1,162** | $ **1,057** | $ **943** |

[1]   2016 figures include data from the Timmins mines beginning April 1, 2016, the date of acquisition of Lake Shore Gold.
[2]   2016 figures include data from Shahuindo beginning May 1, 2016, the commencement date of commercial production.
[3]   General and administrative expenses at Shahuindo include a year-to-date adjustment to assign certain costs to production and other expense.
[4]   Numbers in table may not calculate due to rounding.

| | Q4 2015 [1][2][3][4] | | | |
| --- | --- | --- | --- | --- |
| | La Arena | Shahuindo | Timmins mines | Total |
| Total cash costs net of by-product credits | $ 30,486 | $ - | $ - | $ 30,486 |
| Sustaining capital | 11,859 | - | - | 11,859 |
| Exploration | (106) | - | - | (106) |
| Reclamation cost accretion | 243 | - | - | 243 |
| General and administrative expenses | 1,154 | - | - | 1,154 |
| All-in sustaining costs | 43,636 | - | - | 43,636 |
| | | | | |
| Gold ounces produced in doré (000's) | 56.4 | - | - | 56.4 |
| | | | | |
| All-in sustaining costs per ounce produced net of by-product credits | $ 774 | $ - | $ - | $ 774 |

| | 2015 [1][2][3][4] | | | |
| --- | --- | --- | --- | --- |
| | La Arena | Shahuindo | Timmins mines | Total |
| Total cash costs net of by-product credits | $ 95,939 | $ - | $ - | $ 95,939 |
| Sustaining capital | 25,892 | - | - | 25,892 |
| Exploration | 1,403 | - | - | 1,403 |
| Reclamation cost accretion | 811 | - | - | 811 |
| General and administrative expenses | 3,481 | - | - | 3,481 |
| All-in sustaining costs | 127,526 | - | - | 127,526 |
| | | | | |
| Gold ounces produced in doré (000's) | 174.1 | - | - | 174.1 |
| | | | | |
| All-in sustaining costs per ounce produced net of by-product credits | $ 733 | $ - | $ - | $ 733 |

[1]   Q4 2015 and 2015 comparative figures exclude data from the Timmins mines.
[2]   2015 figures include data from the La Arena mine beginning April 1, 2015, the date of acquisition of Rio Alto.
[3]   Q4 2015 and 2015 comparative figures exclude data from the Shahuindo mine as commercial production was declared May 1, 2016.
[4]   Numbers in table may not calculate due to rounding.

43



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

**CASH FLOW, LIQUIDITY, CAPITAL RESOURCES AND OTHER INFORMATION**

**CASH FLOW**

**Q4 2016 vs. Q4 2015**

Cash provided by operating activities before changes in working capital was $74.7 million for Q4 2016, compared to $96.8 million for Q4 2015. This $22.1 million decrease is primarily due to a decrease in sales of approximately 1.8 million ounces of silver in concentrate. Net cash provided by operating activities totaled $107.0 million for Q4 2016, compared to $54.2 million for Q4 2015. This increase is primarily due to the addition of production from the Timmins mines acquired on April 1, 2016, in addition to production from Shahuindo which reached commercial production during Q2 2016.

Investing activities consisted of additions to property, plant, and equipment of $64.4 million during Q4 2016, compared to $44.5 million during Q4 2015. Investment activities included on-going leach pad and waste dump construction at La Arena and Shahuindo, equipment procurement and personnel engagement for the initiation of the BC Shaft Project, tailings impoundment expansion at Bell Creek, resource infill and stope definition drilling at the Timmins mines, ongoing development at Escobal, and various infrastructure construction including the crushing and agglomeration circuit at Shahuindo and general improvements at all of the Company's operations.

Financing activities resulted in a cash outflow of $20.2 million during Q4 2016 compared to a cash outflow of $16.0 million during Q4 2015. The Q4 2016 outflow was primarily due to the $16.3 million cash payment of dividends, a $0.1 million payment of financing fees, $3.1 million in payments on the finance leases and $0.8 million in other financing activities. These outflows were partially offset by $0.2 million in proceeds from the issuance of common shares on exercise of share options. The Q4 2015 cash outflow was primarily due to the $13.6 million cash payment of dividends, $1.5 million in payments on the finance leases and $2.0 million in interest and financing fees paid which were offset by $1.1 million in proceeds from the issuance of common shares on exercise of share options.

**2016 vs. 2015**

Cash provided by operating activities before changes in working capital was $385.9 million for 2016, compared to $226.3 million for 2015. Net cash provided by operating activities totaled $249.5 million for 2016, compared to $166.7 million for 2015. These increases are primarily due to a full year of production from La Arena, eight months of production at Shahuindo which reached commercial production in Q2 2016 and nine months of production from the Timmins mines acquired on April 1, 2016.

Investing activities consisted of additions to property, plant, and equipment of $190.9 million during 2016, compared to $122.0 million during 2015. Investment activities included on-going leach pad and waste dump construction at La Arena and Shahuindo, mine construction, including plant, pit, pad and other various construction activities at Shahuindo prior to declaration of commercial production on May 1, 2016, development and construction of the BC Shaft Project, tailings impoundment expansion at Bell Creek, resource infill and stope definition drilling at the Timmins mines, ongoing development at Escobal, and various infrastructure construction including the crushing and agglomeration circuit at Shahuindo and improvements at all of the Company's operations. These 2016 additions were offset by $70.2 million in cash acquired through the Lake Shore Gold acquisition.

Financing activities resulted in a cash outflow of $72.9 million during 2016 compared to an outflow of $81.8 million during 2015. The 2016 outflow was primarily due to the $67.0 million cash payment of dividends, a $3.4 million payment of interest and financing fees and $22.3 million in payments on the finance leases (including $10.8 million related to the retirement of the sale-leaseback lease obligation). These outflows were partially offset by $19.8 million in proceeds from the issuance of common shares on exercise of share options. The 2015 outflow was primarily due to the repayment of the loan facility of $50.0 million in addition to $49.7 million relating to the cash payment of dividends, $4.8 million in payments on the finance leases and $5.0 million in interest and financing fees paid which were offset by $27.7 million in proceeds from the issuance of common shares on the exercise of stock options.

44



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

## LIQUIDITY, CAPITAL RESOURCES AND FINANCIAL RISK MANAGEMENT

The Company's cash and cash equivalents balance at December 31, 2016 was $163.4 million compared to $108.7 million at December 31, 2015.

The Company had working capital of $209.0 million and non-current liabilities of $348.7 million at December 31, 2016 of which $236.2 million relates to non-cash deferred tax liabilities. This compares to working capital of $77.3 million at December 31, 2015 and non-current liabilities of $187.6 million of which $134.6 million relates to non-cash deferred tax liabilities. The $131.7 million change in working capital position was primarily due to the refinancing of the $35 million debt, a $54.7 million increase in cash and cash equivalents combined with a $21.4 million increase in the concentrate sales accounts receivable and an increase in inventories of $56.5 million primarily as a result of the buildup of product inventories. These were partially offset by increases in accounts payable and accrued liabilities and the current portion of lease obligation of $29.4 million and $2.5 million, respectively. The changes in working capital noted above reflect the impact of the inclusion of Lake Shore Gold during 2016.

It is the opinion of management, based on the Company's current liquidity position, continued steady state operations and sale of concentrate and doré production, that the Company's liquid assets will be sufficient to discharge liabilities, and to continue funding operations. The Company may consider alternative financing arrangements to meet its strategic needs and currently has a $150 million undrawn revolving credit facility in place to further mitigate liquidity risk. Refer to the " *Debt Facilities* " section of this MD&A for further information.

The Company's capital consists of the following:

|  | December 31, 2016 | | December 31, 2015 |
|---|---|---|---|
| **Equity** | $ **2,572,154** | $ | 1,664,031 |
| **Debt** | **35,000** | | 35,000 |
| **Lease obligations** | **15,946** | | 13,862 |
|  | **2,623,100** | | 1,712,893 |
| **Cash and cash equivalents** | **(163,368)** | | (108,667) |
| **Restricted cash** | **(4,672)** | | (2,500) |
|  | $ **2,455,060** | $ | 1,601,726 |

The Company's strategy is to maintain a strong capital base so as to maintain investor, creditor and market confidence and to support future development of the business. The Company seeks to maintain a balance between the higher returns that might be possible with higher levels of borrowing and the advantages and security afforded by a sound capital position. The capital structure of the Company consists of common equity, comprising share capital and reserves net of accumulated deficit, and debt, which includes the credit facility and finance leases.

The Company's overall capital management strategy remains unchanged from the year ended December 31, 2015.

Dividends declared and paid during Q4 2016 and 2016 totaled $18.7 million and $69.4 million, respectively (Q4 2015 and 2015: $13.6 million and $49.7 million, respectively). Dividends paid in 2016 consist of cash and non-cash payments in the form of common shares of the Company through the dividend reinvestment plan. For Q4 2016 and 2016, cash payments were $16.3 million and $67.0 million, respectively, and non-cash payments were $2.4 million and $2.4 million, respectively for a total issuance of 256,747 common shares of the Company.

### Financial risk management

The Company has exposure to certain risks resulting from its use of financial instruments. These risks include credit risk, liquidity risk and market risk.

45



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

**Credit Risk**

Credit risk is the risk that the counterparty to a financial instrument will cause a loss for the Company by failing to meet its obligations. Credit risk for the Company is primarily related to trade and other receivables, sales tax receivable and cash and cash equivalents.

The Company manages the credit risk associated with trade and other receivables by selling to organizations with strong credit ratings and/or by requiring substantial provisional pricing at the date of shipping its products. The history of defaults by these organizations to other entities has been negligible and the Company considers its risk in trade receivables to be negligible as well.

Receivables other than trade receivables are primarily sales tax receivables from the governments of Guatemala, Peru and Canada. The Company has a history of consistent collection of the sales tax receivables and therefore considers its risk to be negligible.

The Company manages the credit risk associated with cash and cash equivalents by investing these funds with highly rated financial institutions and as such, the Company deems the credit risk on cash and cash equivalents to be low.

**Liquidity Risk**

Liquidity risk is the risk that the Company will encounter difficulty in meeting the obligations associated with its financial liabilities that are settled by delivering cash or another financial asset. The Company's approach to managing liquidity is to ensure, to the extent possible, that it will always have sufficient liquidity to meet its liabilities when due, under both normal and stressed conditions, without incurring unacceptable losses or risking damage to the Company's reputation. To further mitigate this risk, the Company has the Revolving Facility in place in the amount of $150 million.

Refer to the " *Commitments and Contingencies* " section of this MD&A for details on the Company's significant undiscounted commitments at December 31, 2016.

**Market Risk**

The market risk of the Company is composed of three main risks: foreign exchange risk, interest rate risk, and price risk.

*Foreign Exchange Risk*

The Company is exposed to foreign exchange or currency risk on balances that are denominated in a currency other than the USD. These include cash and cash equivalents, sales tax receivables, accounts payable and accrued liabilities, finance leases and taxes payable.

To minimize currency risk, substantially all of the Company's cash is denominated in USD and is kept in highly liquid instruments such as commercial paper and time deposits.

Cash and cash equivalents held in foreign currencies, denominated in USD, are as follows:

|  | December 31, 2016 | | December 31, 2015 | |
| --- | ---: | --- | ---: | --- |
| Guatemalan quetzal | $ | 564 | $ | 777 |
| Peruvian sol | | 3,579 | | 2,185 |
| Canadian dollar | | 20,386 | | 2,650 |
| Other | | 82 | | 87 |
| | $ | 24,611 | $ | 5,699 |

Exchange rate fluctuations may also affect the costs that the Company incurs in its operations. While most of the Company's goods and services are contracted in USD, there is a portion contracted in other currencies (CAD, Guatemalan quetzals and Peruvian soles). The appreciation of these currencies against the USD can increase the production costs the Company incurs while the depreciation of these currencies against the USD can decrease the production costs the Company incurs.

46



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

In addition, the Company is exposed to currency risk through non-monetary assets and liabilities of subsidiaries whose taxable profit or tax loss are denominated in foreign currencies. Changes in exchange rates give rise to temporary differences resulting in a deferred tax liability or asset with the resulting deferred tax charged or credited to income tax expense. At December 31, 2016, the Company had $236.2 million of deferred income tax liabilities, which arose primarily from the acquisitions of Rio Alto in 2015 and Lake Shore Gold in 2016. Based on the Company's foreign exchange exposure on deferred tax liabilities at December 31, 2016, a 10% appreciation or depreciation in foreign exchange rates against the USD would have resulted in an approximate $17.1 million increase or decrease in the Company's earnings.

The Company recognized a foreign exchange loss of $435 at December 31, 2016 (December 31, 2015: $4.5 million). Based on the Company's net exposure on monetary assets at December 31, 2016, a 10% appreciation or depreciation in foreign exchange rates against the USD would have resulted in an approximate $3.8 million increase or decrease in the Company's earnings.

At December 31, 2016, the Company has determined the exposure to currency risk to be at an acceptable level.

*Interest Rate Risk*

Interest rate risk is the risk that the Company's future cash flows and fair values will fluctuate as a result of changes in market interest rates. At December 31, 2016, the Company's interest-bearing financial instruments are related to cash and cash equivalents, the Facility, the Revolving Facility and finance leases. The weighted average interest rate paid by the Company during the year ended December 31, 2016 related to debt facilities was 2.95% (year ended December 31, 2015: 6.29%) . No amounts were drawn on the Revolving Facility and therefore only standby fees were applicable for the year ended December 31, 2016.

At December 31, 2016, the Company has determined the interest rate risk to be low and that a 10% increase or decrease in market interest rates would result in a nominal increase or decrease to the Company's earnings.

*Price Risk*

Price risk is the risk that the fair value of the Company's financial instruments will fluctuate due to changes in market prices.

The Company has determined that price risk due to fluctuations in metals prices is at an acceptable level and has not entered into any hedging contracts.

The costs associated with production, development, construction and exploration activities of the Company are also subject to price risk as it relates to certain consumables including diesel fuel and power. The Company deems its exposure to price risk related to fuel prices to be at an acceptable level and has not entered into any hedging contracts.

At December 31, 2016, the Company has determined overall exposure to price risk to be at an acceptable level.

## DEBT FACILITIES

### Loan

As part of the acquisition of Rio Alto on April 1, 2015, the Company acquired a $35 million loan (the "Loan"). The funds were used by Rio Alto for general working capital purposes. As security for the Loan, Rio Alto granted a charge over the shares of its subsidiary Empresa de Energia Yamobamba S.A.C. and the rights of collection of future cash flows derived from metal sales at the La Arena mine.

47



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

The Loan had an original one-year term, maturing June 16, 2015 bearing interest at 30-day LIBOR plus 2.60% . Upon maturity, the Loan was extended an additional nine months to March 16, 2016 and was further amended to reflect a maturity date of April 16, 2016. All other terms remained per the original contract.

On April 8, 2016, the Loan was repaid in full using the proceeds of the Facility.

**Credit facility**

On April 8, 2016, the Company signed a credit agreement with an international bank for a credit facility (the "Facility") for an aggregate amount of $35 million. The Facility bears interest at LIBOR plus 2.25% on the portion drawn. The LIBOR rate was reset on January 11, 2017. The Facility has a two-year term, maturing April 9, 2018.

On April 8, 2016, proceeds from the Facility were used to repay the Loan which was acquired as part of the acquisition of Rio Alto on April 1, 2015.

**Revolving credit facility**

On August 10, 2015, the Company signed a credit agreement with a syndicate of international banks for a revolving credit facility (the "Revolving Facility") for an aggregate amount of $150 million. Based on certain financial ratios, the Revolving Facility bears interest on the portion drawn, on a sliding scale of LIBOR plus between 2.25% to 3.25% or a base rate plus 1.25% to 2.25% which is based on the Company's consolidated net leverage ratio.

Standby fees for the undrawn portion of the Revolving Facility are also on a similar sliding scale basis of between 0.56% and 0.81% and were $0.2 million and $0.8 million for Q4 2016 and 2016, respectively (Q4 2015 and 2015: $0.2 million and $0.3 million, respectively). The term for the Revolving Facility is three years and proceeds may be used for general corporate purposes. As at the date of this MD&A, the Company had not drawn on the Revolving Facility.

The Company is currently in compliance with all covenants associated with the Revolving Facility and the Facility.

## LEASE OBLIGATIONS

As part of the acquisition of Rio Alto on April 1, 2015, the Company acquired a lease obligation in the form of a sale-leaseback agreement entered into on January 29, 2015 for the La Ramada substation ("La Ramada") in Peru. La Ramada was sold for $20.7 million in exchange for cash and a deferred gain on sale of $0.6 million was recognized and is being amortized over the term of the sale-leaseback. Subsequent to the sale of La Ramada but on the same date, a leaseback transaction was entered into in the amount of $20.7 million for a term of three years with quarterly instalments of interest and principal at an effective interest rate of 6.95% and $1.2 million in principal on the lease was immediately repaid. On April 1, 2015, the lease obligation had a fair value of $19.3 million. The agreement is a finance lease and a corresponding asset has been recognized within mineral interests.

On August 5, 2016, the lease obligation was retired for a total of $11.0 million. Refer to the " *Highlights – La Ramada Sale-Leaseback* " section of this MD&A.

As part of the acquisition of Lake Shore Gold on April 1, 2016, the Company acquired finance lease obligations related to equipment and vehicles, expiring between 2016 and 2018 with interest rates between 0.9% and 6.85% . The Company has the option to purchase the equipment and vehicles leased at the end of the terms of the leases, for a nominal amount. The Company's obligations under the finance leases are secured by the lessor's title to the leased assets. The fair values of the finance lease liabilities approximate their carrying amount.

In addition to the finance leases acquired as part of the acquisition of Lake Shore Gold, the Company also acquired a finance lease obligation in the form of a sale-leaseback transaction whereby the Company sold certain mobile equipment for CAD$7.3 million and leased them back for a period of 36 months. The sale-leaseback bore interest at 3.7% and was paid through 12 quarterly instalments of principal and interest with the final payment having been paid on October 1, 2016. Upon final payment, the Company elected the option to purchase all the equipment for CAD$1.3 million.

48



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

At December 31, 2016, the Company had total lease obligations of $15.9 million (December 31, 2015: $13.9 million).

## COMMITMENTS AND CONTINGENCIES

The Company's significant undiscounted commitments at December 31, 2016 are as follows:

| | 1 year | | 2-5 years | | 5+ years | | December 31, 2016 Total | | December 31, 2015 Total |
|---|---|---|---|---|---|---|---|---|---|
| Accounts payable and accrued liabilities | $ 129,170 | $ | - | $ | - | $ | **129,170** | $ | 99,748 |
| Debt | - | | 35,000 | | - | | **35,000** | | 35,000 |
| Income tax payable | 10,733 | | - | | - | | **10,733** | | 9,981 |
| Lease and contractual agreements | 8,696 | | 7,250 | | - | | **15,946** | | 9,477 |
| Commitments [1] | 116,684 | | 6,797 | | - | | **123,481** | | 85,230 |
| Other non-current liabilities | - | | 24,917 | | - | | **24,917** | | 5,674 |
| Reclamation provision | - | | 1,039 | | 98,234 | | **99,273** | | 69,401 |
| | $ **265,283** | $ | **75,003** | $ | **98,234** | $ | **438,520** | $ | 314,511 |

[1]    Commitments to purchase equipment, services, materials and supplies.

## OFF-BALANCE SHEET ARRANGEMENTS

The Company currently has no off-balance sheet arrangements.

## USE OF FINANCIAL INSTRUMENTS AND FINANCIAL RISK MANAGEMENT

The principal financial instruments currently affecting the Company's financial condition are cash and cash equivalents, restricted cash, trade and other receivables (including provisionally priced accounts receivable), other financial assets, accounts payable and accrued liabilities, debt and finance leases. The Company's exposure to credit risk on its foreign currency and United States currency deposits is limited by maintaining such cash and term deposits with major Canadian banks and banks in the United States that have strong credit ratings. A minimal amount of cash is held by banks in Switzerland, Barbados, Guatemala and Peru to fund the immediate needs of subsidiaries in those locations. To minimize risk, the Company's funds are kept in highly liquid instruments and on deposit with stable institutions and are redeemable on demand.

### Currency Swap

Concurrent with the sale-leaseback agreement discussed in the " *Cash Flow, Liquidity, Capital Resources and Other Information - Lease Obligation* " section of this MD&A, a cross-currency swap (the "Currency Swap") was entered into in the amount of $23.6 million at a fixed exchange rate of 2.96 Peruvian soles to one USD with quarterly instalments of principal and interest over a 3-year term. The changes in the fair value of the Currency Swap are recognized in the statement of operations as an unrealized gain or loss. On August 3, 2016, concurrent with the retirement of the La Ramada lease obligation, the currency swap was discharged for a total cost of $1.9 million. Refer to the " *Highlights – La Ramada Sale-Leaseback* " section of this MD&A.

## RELATED PARTIES

### Related party transactions

During the year ended December 31, 2016, the Company's related parties included its subsidiaries, key management personnel, and Directors.

49



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

**Key management personnel compensation**

Key management are those personnel having the authority and responsibility for planning, directing, and controlling the Company. In addition to their salaries, key management personnel, including the Board of Directors, Officers and senior management, receive bonuses and also participate in the Company's Share Plan.

Key management personnel compensation included in general administrative expenses is as follows:

|  | | **2016** | | 2015 |
|---|---|---|---|---|
| Short-term employee benefits [1] | $ | **8,870** | $ | 10,397 |
| Share-based payments | | **5,948** | | 5,473 |
|  | $ | **14,818** | $ | 15,870 |

[1]      Short-term employee benefits include salaries, bonuses and other annual employee benefits paid during the year.

**RECLAMATION AND CLOSURE**

The Company has an obligation to reclaim its properties. The Company recognizes the present value of liabilities for reclamation and closure costs in the period in which they are incurred. A corresponding increase in the carrying amount of the related assets is recorded and amortized over the life of the asset.

In determining the discount rate to be used in the calculation of the present value of the future reclamation obligations, the Company combines risk and inflation rates specific to the country in which the reclamation will take place.

At December 31, 2016, the Company has estimated the present value of the future reclamation obligation arising from its activities to be $64.2 million (December 31, 2015: $39.5 million).

At December 31, 2016, the Company had letters of credit ("LOCs") outstanding in the amount of $12.3 million and $2.4 million as partial guarantees of the La Arena and Shahuindo closure obligations as required by MEM. The LOCs were valid for one year with a renewal date of January 8, 2017. On January 13, 2017 the Company posted renewed LOCs under the same terms and totaling $12.5 million and $5.0 million for La Arena and Shahuindo, respectively.

At December 31, 2016, the Company had a bond outstanding in the amount of $5.7 million as partial guarantee of the Timmins mines closure obligations as required by the Ministry of Northern Development and Mines.

**ASSET VALUATION**

The Company assesses indicators of impairment on a quarterly basis for all CGUs and tests those CGUs for which indicators exist. Goodwill is tested at least annually or when there are indicators of impairment. The purpose of the impairment testing is to determine if the recoverable amount (fair value less costs of disposal ("FVLCD")) of a CGU is greater than its carrying value.

The Company identified six CGUs which were assessed for indicators of impairment: Escobal, La Arena oxides, La Arena Sulfides, Shahuindo, Timmins Mines and the Timmins Exploration Potential. Discounted cash flow models were prepared, where applicable, using long-term prices for gold of $1,250/oz, silver of $17.50/oz and copper of $3.00/lb (2015: $1,200/oz, silver price - $18.75/oz and copper price $3.00/lb), discount rates between 6.5% and 8.75% (2015: 7.00%) depending on the development stage of the operation or project and currently enacted tax rates. In-situ values were used for the impairment testing of exploration potential. Based on the results, for the year ended December 31, 2016, management concluded that there was no impairment or reversal of prior impairment for any of the CGUs (2015: $99.0 million and $121.0 million non-cash pre-tax impairment on La Arena and Shahuindo, respectively).

There have been no events or changes in circumstances that would indicate either an impairment or the reversal of impairments previously taken of the Company's assets during the period subsequent to December 31, 2016.

50



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

## OUTSTANDING SHARE DATA

As at March 8, 2017, the Company had 311,736,296 issued and outstanding common shares, 3,002,643 issued and outstanding options and 463,000 issued and outstanding deferred share awards.

## DIVIDENDS

The Company declared and paid dividends of $18.7 million and $69.4 during Q4 2016 and 2016, respectively (Q4 2015 and 2015: $13.6 million and $49.7 million, respectively), including $2.4 million and $2.4 million in share-based dividends, respectively. This increase in dividend payments over Q4 2015 and 2015 primarily relates to the additional shares outstanding as a result of the acquisition of Lake Shore Gold on April 1, 2016. The Company declared and paid dividends totaling $12.4 million during January and February 2017 (January and February 2016: $9.1 million) and declared and made payable dividends of $0.02 per share for the month of March 2017.

As a result of shareholder enrolment in the Dividend Reinvestment Plan effective October 2016, $2.4 million was reinvested for a total issuance of 256,747 common shares of the Company during Q4 2016. For the months of January and February 2017, $2.5 million was reinvested for a total issuance of 290,846 common shares of the Company.

## CHANGES IN ACCOUNTING POLICIES AND STANDARDS

### Application of new and revised accounting standards effective January 1, 2016

The Company has evaluated the new and revised IFRS standards and has also expanded accounting policies as a result of the acquisition of Lake Shore Gold and has determined that there is no material impact on the consolidated financial statements upon adoption. These accounting standards are disclosed in note 4a) of the consolidated financial statements.

### Future accounting standards and interpretations

A number of new IFRS standards, and amendments to standards and interpretations, are not yet effective for 2016, and have not been applied in preparing the consolidated financial statements. The Company is currently evaluating the impact that future accounting standards and interpretations may have on its consolidated financial statements. Details of these standards and interpretations are disclosed in note 4b) of the consolidated financial statements.

## CRITICAL ACCOUNTING ESTIMATES

Critical accounting estimates used in the preparation of the consolidated financial statements include the Company's determination of: functional currency; forward market prices for quotational periods used in revenue recognition of provisional priced concentrate sales; asset carrying values, impairment charges of long-lived assets; Mineral Resources; the valuation of share-based payments; and amounts accrued for reclamation obligations. The estimates of non-cash compensation expenses involve considerable judgment and are, or could be, affected by significant factors that are out of the Company's control. Actual results could differ from those estimates.

Estimates and underlying assumptions are reviewed on an ongoing basis. Revisions to accounting estimates are recognized in the period in which the estimates are revised and in future periods affected.

### Judgments

### Commercial Production

In order to declare commercial production, a mine must be able to operate at levels intended by management. Prior to commercial production costs incurred are capitalized as part of the cost of placing the asset into service and proceeds from the sale of concentrates and doré are offset against the costs capitalized. Subsequent to the declaration of commercial production depletion of the costs incurred begins. Management considers several criteria in determining when a mine is operating at levels intended, and is therefore in commercial production.

51



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

**Functional Currency**

The functional currency for each of the Company and its subsidiaries is the currency of the primary economic environment in which the entity operates. The Company has determined that for each subsidiary the functional currency is the United States dollar. When determining the functional currency certain judgments may be involved to assess the primary economic environment in which the entity operates. If there is a change in events or conditions which determined the primary economic environment, the Company re-evaluates the functional currency for each of the subsidiary impacted.

**Economic recoverability and probability of future economic benefits of exploration, evaluation and development costs.**

The Company makes determinations whether development and related costs incurred which have been capitalized are economically recoverable. Management uses several criteria in its assessments of economic recoverability and probability of future economic benefits including geological and metallurgical information, economic assessments and existing permits for the life of mine plan. The estimates contained within these criteria could change over time which could affect the economic recoverability of capitalized costs.

<u>**Estimates**</u>

**Revenue recognition**

As is customary in the industry, revenue on provisionally priced concentrate sales is recognized based on relevant forward market prices. At each reporting period, provisionally priced concentrate sales are marked to market based on the estimated forward price for the quotational period stipulated in the contract. The adjustment to provisionally priced metal sold is included in concentrate revenue.

**Estimated material in the mineral reserves**

The figures for mineral reserves and mineral resources are determined in accordance with National Instrument 43-101 Standards of Disclosure for Mineral Projects ("NI 43-101"), issued by the Canadian Securities Administrators. NI 43-101 articulates the standards of disclosure for mineral projects including rules relating to the determination of mineral reserves and mineral resources. Management assesses the estimated mineral reserves and mineral resources used in the calculation of depletion at least annually, or whenever facts and circumstances warrant that an assessment should be made. Changes to estimates of mineral reserves and mineral resources and depletable costs including changes resulting from revisions to the Company's mine plans and changes in metal price forecasts can result in a change in future depletion rates.

Where commercial production has commenced but proven and probable reserves have yet to be established, the carrying amounts of the Company's depletable mineral interests are depleted based on the mineable portion of measured and indicated resources.

**Determination of Useful Lives**

Plant and equipment other than mineral interests are depreciated using the straight-line method based on the specific asset's useful life. Should the actual useful life of the plant or equipment vary from the initial estimation, future depreciation charges may change. Should the componentization of these like assets change, depreciation charges may vary materially in the future.

**Impairment charges**

At the end of each reporting period, the Company assesses whether any indication of impairment exists. Where an indicator of impairment exists, an impairment analysis is performed. The impairment analysis requires the use of estimates and assumptions including amongst others, long-term commodity prices, discount rates, length of mine life, future production levels, future operating costs, future capital expenditures and tax positions taken. The estimates and assumptions are subject to risk and uncertainty; hence, there is the possibility that changes in circumstances will alter these projections, which may impact the recoverable amount of the individual assets or CGUs. In such circumstances, some or all of the carrying value of the assets or CGUs may be further impaired or the impairment charge reduced with the impact recorded in the consolidated statements of operations and comprehensive income (loss).



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

**Reclamation provision and site closure costs**

The Company's accounting policy for the recognition of accrued site closure costs requires significant estimates and assumptions such as the requirements of the relevant environmental, legal and regulatory framework, the magnitude of possible disturbance and the timing, extent and costs of required closure and rehabilitation activity. Changes to these estimates and assumptions may result in future actual expenditures differing from the amounts currently provided for. The decommissioning liability is periodically reviewed and updated prospectively based on the available facts and circumstances.

**Income taxes**

The Company is periodically required to estimate the tax basis of assets and liabilities. Where applicable tax laws and regulations are either unclear or subject to varying interpretations, it is possible that changes in these estimates could occur that materially affect the amounts of deferred income tax assets and liabilities recorded in the financial statements. Changes in deferred tax assets and liabilities generally have a direct impact on earnings in the period of changes. Each period, the Company evaluates the likelihood of whether some portion or all of each deferred tax asset will not be realized. This evaluation is based on historic and future expected levels of taxable income, the pattern and timing of reversals of taxable temporary timing differences that give rise to deferred tax liabilities, and tax planning initiatives. Levels of future taxable income are affected by, among other things, the market price for saleable metals, production costs, interest rates and foreign currency exchange rates.

**Valuation of inventory**

All inventory is valued at the lower of average cost or net realizable value. Management is required to make various estimates and assumptions to determine the value of stockpiled ore, concentrate inventories, ore stacked on leach pads and ore in process. The estimates and assumptions include surveyed quantities of stockpiled ore, in-process volumes, contained metal content, recoverable metal content, costs to recover saleable metals, payable metal values once processed and the corresponding metals prices. Changes in these estimates can result in changes to the carrying amounts of inventories and mine operating costs of future periods.

**Deferred stripping costs**

Stripping costs incurred during the production phase of a mineral property that relate to reserves and resources that will be mined in a future period are capitalized. The Company makes estimates of the stripping activity over the life of the component of reserves and resources which will be made accessible. Changes in estimated strip ratios can result in a change to the future capitalization of stripping costs incurred.

**Share-based compensation**

The Company makes certain estimates and assumptions when calculating the fair values of share-based compensation granted. The significant estimations and assumptions include expected volatility, expected life, expected dividend yield and expected risk-free rate of return. Changes in these assumptions may result in a material change to the expense recorded for the issuance of share-based compensation.

**Business combinations**

The information necessary to measure the fair values as at the acquisition date of assets acquired and liabilities assumed requires management to make certain judgments and estimates about future events, including but not limited to:

- Estimates of mineral reserves, mineral resources and exploration potential acquired;
- Future operating costs and capital expenditures;
- Discount rates to determine fair value of assets acquired; and
- Future metal prices and long-term foreign exchange rates.

53



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

Changes to the preliminary measurements of assets and liabilities acquired may be retrospectively adjusted when new information is obtained until the final measurements are determined within one year of the acquisition date.

**Contingencies**

Due to the size, complexity and nature of the Company's operations, various legal and tax matters arise in the ordinary course of business. The Company accrues for such items when a liability is both probable and the amount can be reasonably estimated.

There are no matters at December 31, 2016 that are expected to have a material effect on the consolidated financial statements of the Company.

**DISCLOSURE CONTROLS AND PROCEDURES AND
INTERNAL CONTROLS OVER FINANCIAL REPORTING**

**DISCLOSURE CONTROLS AND PROCEDURES**

The Company's management, including the President and Chief Executive Officer ("CEO") and the Vice-President and Chief Financial Officer ("CFO"), is responsible for the design of disclosure controls and procedures and internal controls over financial reporting ("ICFR"). Having assessed the effectiveness of the Company's disclosure controls and procedures, the CEO and CFO believe that the disclosure controls and procedures are effective at a reasonable assurance level as at March 9, 2017.

**INTERNAL CONTROLS OVER FINANCIAL REPORTING**

The Company's management is responsible for establishing and maintaining an adequate system of internal controls, including ICFR. To design and evaluate its ICFR, the Company used the Internal Control – Integrated Framework (2013) published by the Committee of Sponsoring Organizations of the Treadway Commission (the "2013 COSO Framework").

The Company's ICFR include policies and procedures that: (1) pertain to the maintenance of records and accurately and fairly reflect, in reasonable detail, the transactions related to acquisition, maintenance and disposition of its assets; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with IFRS, and receipts are recorded and expenditures are incurred only in accordance with authorization of its management and directors; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of assets that could have a material effect on its financial statements.

The Company has designed its internal risk management and control systems to provide reasonable (but not absolute) assurance to ensure compliance with regulatory matters and to safeguard reliability of the financial reporting and its disclosures.

As at December 31, 2016, the Company's design of ICFR included the controls, policies and procedures of Rio Alto, acquired on April 1, 2015.

In accordance with National Instrument 52-109 and Rule 13a-15as interpreted by the U.S. Securities and Exchange Commission, the design of ICFR excludes the controls, policies and procedures of Lake Shore Gold on the basis that not more than 365 days has passed since the acquisition date of April 1, 2016 (comparative period ending December 31, 2015 excluded the controls, policies and procedures of Rio Alto on the basis that not more than 365 days had passed since the acquisition date of April 1, 2015).

Management assessed the effectiveness of the Company's ICFR as at December 31, 2016, based on the criteria set forth in the 2013 COSO Framework and concluded that, other than the limitation described above, the Company's ICFR was effective and provided reasonable assurance that financial information was recorded, processed, summarized and reported in a timely manner as at December 31, 2016.



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

**CAUTIONARY NOTE REGARDING INTERNAL CONTROLS**

The Company's management, including the CEO and the CFO, believe that any disclosure controls and procedures or internal controls and procedures, no matter how well conceived and operated, can provide only reasonable, not absolute, assurance that the objectives of the control system are met. Further, the design of a control system must reflect the fact that there are resource constraints, and the benefits of controls must be considered relative to their costs. Because of the inherent limitations in all control systems, they cannot provide absolute assurance that all control issues and instances of fraud, if any, within the Company have been prevented or detected. These inherent limitations include the realities that judgments in decision-making can be faulty, and that breakdowns can occur because of simple error or mistake. Additionally, controls can be circumvented by the individual acts of some persons, by collusion of two or more people, or by unauthorized override of the control. The design of any system of control is based in part upon certain assumptions about the likelihood of future events, and there can be no assurance that any design will succeed in achieving its stated goals under all potential future conditions. Accordingly, because of the inherent limitations in a cost effective control system, misstatements due to error or fraud may occur and may not be detected.

### TECHNICAL INFORMATION

Charles Muerhoff, Vice President Technical Services and Qualified Person as defined in National Instrument 43-101 has reviewed and approved the scientific and technical information contained in this MD&A.

The basis of the Mineral Resource and Mineral Reserve estimates for the Escobal mine is from *Escobal Mine Guatemala NI 43-101 Feasibility Study* dated November 5, 2014. Mineral Resources at January 1, 2017 are reported using a silver-equivalent cut-off grade of 130 g/t using metal prices of $22/oz silver, $1,325/oz gold, $1.00/lb lead and $0.95/lb zinc. Mineral Reserves at January 1, 2017 are reported using a cut-off grade calculated from the net smelter return value minus production costs using metal prices of $20/oz silver, $1,300/oz gold, $1.00/lb lead and $1.25/lb zinc. Mineral Resources and Mineral Reserves reported at January 1, 2017 were calculated by subtracting mine depletion volumes from the Mineral Resource and Mineral Reserve estimates stated in the aforementioned technical report.

The basis of the Mineral Resource and Mineral Reserve estimates for the La Arena mine is from *La Arena Project, Peru Technical Report (NI 43-101)* dated February 27, 2015. Oxide Mineral Resources at January 1, 2017 are reported at a gold cut-off grade of 0.10 g/t within a $1,400/oz gold pit shell. Sulfide Mineral Resources are reported at a copper cut-off grade of 0.12% within a $3.50/lb copper and $1,400/oz gold pit shell. Oxide Mineral Reserves are reported using gold cut-off grades of 0.15 g/t for planned 2017 production and 0.10 g/t for planned post-2017 production within a pit designed from a $1,200/oz gold pit shell. Sulfide Mineral Reserves are reported at a copper cut-off grade of 0.12% within a pit designed from a $3.00/lb copper and $1,200/oz gold pit shell. Oxide Mineral Resources and Mineral Reserves reported at January 1, 2017 were calculated by applying the mine topographic surface at January 1, 2017 to an updated Mineral Resource estimate effective July 1, 2016. Sulfide Mineral Resources and Mineral Reserves remain unchanged as reported in the aforementioned technical report.

The basis of the Mineral Resource and Mineral Reserve estimates for the Shahuindo mine is from *Technical Report on the Shahuindo Mine, Cajabamba, Peru* dated January 25, 2016. Oxide Mineral Resources at January 1, 2017 are reported at a gold cut-off grade of 0.15 g/t within a $1,400/oz gold pit shell. Sulfide Mineral Resources are reported at a gold cut-off grade of 0.5 g/t. Oxide Mineral Reserves at January 1, 2017 are reported at gold cut-off grades of 0.25 g/t for planned 2017 and 2018 production and 0.18 g/t for planned post-2018 production within a pit designed from a $1,200/oz gold pit shell. Oxide Mineral Resources and Mineral Reserves at January 1, 2017 were calculated by applying the mine topographic surface at January 1, 2017 to an updated Mineral Resource estimate effective July 1, 2016. Sulfide Mineral Resources remain unchanged as reported in the aforementioned technical report.

The basis of the Mineral Resource and Mineral Reserve estimates for the Timmins West mine is from *43-101 Technical Report, Updated Mineral Reserve Estimate for Timmins West Mine and Initial Resource Estimate for the 144 Gap Deposit, Timmins, Ontario, Canada* dated February 29, 2016. Mineral Resources at January 1, 2017 are reported at a gold cut-off grade of 1.5 g/t. Mineral Reserves at January 1, 2017 are reported using a gold cut-off grade of 2.0 g/t and a gold price of $1,250/oz. Mineral Resources and Mineral Reserves at January 1, 2017 calculated by subtracting June through October 2016 mine depletion volumes and November through December 2016 forecasted production from an updated Mineral Resource estimate effective June 1, 2016.



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

The basis of the Mineral Resource and Mineral Reserve estimates for the Bell Creek mine is from *NI 43-101 Technical Report, Updated Mineral Reserve Estimate for Bell Creek Mine, Hoyle Township, Timmins, Ontario, Canada* dated March 27, 2015. Mineral Resources at January 1, 2017 are reported at a gold cut-off grade of 2.2 g/t. Mineral Reserves at January 1, 2017 are reported using a gold cut-off grade of 2.2 g/t and a gold price of $1,250/oz. Mineral Resources and Mineral Reserves at January 1, 2017 calculated by subtracting June through October 2016 mine depletion volumes and November through December 2016 forecasted production from an updated Mineral Resource estimate effective June 1, 2016.

The Mineral Resource estimate for the Fenn-Gib project is from Fenn-Gib Resource Estimate Technical Report, Timmins Canada dated November 17, 2011 for Lake Shore Gold Corp. The effective date of the Mineral Resource estimate is November 17, 2011. Indicated Mineral Resources reported used a gold cut-off grade of 0.5 g/t within an optimized $1,190/oz gold pit shell. Inferred Mineral Resources within an optimized $1,190/oz gold pit shell reported used a gold cut-off grade of 0.5 g/t; Inferred Mineral Resources outside of the optimized pit shell reported used a gold cut-off grade of 1.5 g/t.

The Mineral Resource estimate for the Juby project is from Technical Report on the Updated Mineral Resource Estimate for the Juby Gold Project, Tyrrell Township, Shining Tree Area, Ontario dated February 24, 2014. The effective date of the Mineral Resource estimate is February 24, 2014. Mineral Resources reported used a gold cutoff grade of 0.4 g/t.

The Mineral Resource estimate for the Gold River project is from Technical Report on the Update of Mineral Resource Estimate for the Gold River Property, Thorneloe Township, Timmins, Ontario, Canada dated April 5, 2012 with an effective date of January 17, 2012. Resources reported used a gold cut-off grade of 2.0g/t and gold price of $1,200/oz.

Technical terms used in this MD&A but not otherwise defined herein are as described in the Company's AIF.

## CAUTIONARY STATEMENT ON FORWARD-LOOKING INFORMATION

This MD&A contains "forward-looking information" within the meaning of applicable Canadian securities legislation, and "forward-looking statements" within the meaning of the United States Private Securities Litigation Reform Act of 1995 (collectively referred to as "forward-looking statements"). All statements, other than statements of historical fact, are forward-looking statements. The words "believe", "expect", "anticipate", "contemplate", "target", "plan", "intend", "continue", "budget", "estimate", "may", "will", "schedule" and similar expressions or statements identify forward-looking statements. Forward-looking statements include, but are not limited to, statements related to the following: the 2017, 2018 and 2019 operations outlook and production guidance, including estimates related to gold and silver Mineral Reserves and Mineral Resources (including growing Mineral Reserves and/or Mineral Resources in Canada by two to four million ounces by 2020), production (including growing gold production to over half a million ounces in 2019 and to over 550,000 in 2020 through expansion of the Shahuindo mine to a capacity of 36,000 tpd by mid-2018 and through completion of the BC Shaft Project by mid-2018), total cash cost per ounce, all-in sustaining cost per ounce, capital expenditures, corporate general and administration expenses and exploration expenses; the expected working capital requirements, the sufficiency of capital resources and the possibility of considering alternative financing arrangements to meet strategic needs; the expected depreciation and depletion rates; exploration and review of prospective mineral acquisitions; changes in Guatemalan, Peruvian and Canadian mining laws and regulations; changes to the tax dividend rates in Guatemala, Peru and Canada; the timing and results of court proceedings; the anticipated timing of updated Mineral Resource and Mineral Reserve estimates; the anticipated timing of completion of the PEA for the La Arena Sulfides and Fenn-Gib projects; the timing of completion of the BC Shaft Project; the cost and timing of sustaining capital projects; the expectation of meeting production targets; the timing of the receipt of permits at Shahuindo; the availability and sufficiency of power and water for operations; the timing and cost of the design, procurement, and construction of the crushing and agglomeration circuit at Shahuindo, including the expected timeline for achieving 80% recovery for agglomerated ore; the timing for completion of the MSE pond and South dump at Shahuindo; the expectation that changes to the crushing and agglomeration circuit will result in slightly lower capital and operating costs at Shahuindo; and the expected commissioning of the dirty water pump station at Escobal in Q2 2017.

Forward-looking statements are based on the reasonable assumptions, estimates, analyses and opinions of management made in light of its experience and its perception of trends, current conditions and expected developments, as well as other factors that management believes to be relevant and reasonable in the circumstances at the date that such statements are made, but which may prove to be incorrect. Management believes that the assumptions and expectations reflected in such forward-looking statements are reasonable. Assumptions have been made regarding, among other things: the Company's performance and ability to implement operational improvements at the Escobal, La Arena, Shahuindo and Timmins mines; the Company's ability to carry on exploration and development activities, including land acquisition and construction; the timely receipt of permits and other approvals; the successful outcomes of consultations with First Nations; the price of silver, gold and other metals; prices for key mining supplies, including labor costs and consumables, remaining consistent with the Company's current expectations; production meeting expectations and being consistent with estimates; plant, equipment and processes operating as anticipated; there being no material variations in the current tax and regulatory environment; the Company's ability to operate in a safe, efficient and effective manner; the exchange rates among the Canadian dollar, Guatemalan quetzal, Peruvian sol and the USD remaining consistent with current levels; and the Company's ability to obtain financing as and when required and on reasonable terms. Readers are cautioned that the foregoing list is not exhaustive of all factors and assumptions which may have been used.

56



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

Forward-looking statements are subject to known and unknown risks, uncertainties and other factors that may cause actual results to be materially different from those expressed or implied by such forward-looking statements. Such risks, uncertainties and other factors include but are not limited to: the fluctuation of the price of silver, gold and other metals; changes in national and local government legislation, taxation and controls or regulations; social unrest, and political or economic instability in the jurisdictions in which the Company operates; the availability of additional funding as and when required; the speculative nature of mineral exploration and development; the timing and ability to maintain and, where necessary, obtain necessary permits and licenses; the uncertainty in the estimation of Mineral Resources and Mineral Reserves; the uncertainty in geologic, hydrological, metallurgical and geotechnical studies and opinions; infrastructure risks, including access to water and power; drought and other environmental conditions outside the Company's control; the impact of inflation; changes in the administration of governmental regulation, policies and practices; environmental risks and hazards; insurance and uninsured risks; land title risks; risks associated with illegal mining activities by unauthorized individuals on the Company's mining or exploration properties; risks associated with competition; risks associated with currency fluctuations; contractor, labor and employment risks; dependence on key management personnel and executives; the timing and possible outcome of pending or threatened litigation; the risk of unanticipated litigation; risks associated with cyber security; risks associated with the repatriation of earnings; risks associated with negative operating cash flow; risks associated with the Company's hedging policies; risks associated with dilution; and risks associated with effecting service of process and enforcing judgments. For a further discussion of risks relevant to the Company, see the Company's AIF under the heading " *Description of Our Business – Risk Factors* ", available on SEDAR at www.sedar.com .

Although management has attempted to identify important factors that could cause actual results to differ materially from those contained in forward-looking statements, there may be other factors that cause results not to be as anticipated, estimated or intended. There is no assurance that forward-looking statements will prove to be accurate, as actual results and future events could differ materially from those anticipated in such forward-looking statements. Accordingly, readers should not place undue reliance on forward-looking statements. The Company does not undertake to update any forward-looking statements, except as, and to the extent required by, applicable securities laws. For a more detailed discussion of risks and uncertainties affecting the Company, see the most recent AIF and other regulatory filings with the Canadian Securities Administrators, which are available on SEDAR under the Company's issuer profile at www.sedar.com .

57



Management's Discussion and Analysis
For the Years Ended December 31, 2016 and 2015
(tabular amounts expressed in thousands of United States dollars, except where otherwise noted)

**NOTICE TO READERS IN THE UNITED STATES**

Canadian standards, including those under National Instrument 43-101 Standards of Disclosure for Mineral Projects, differ significantly from the requirements of the Securities and Exchange Commission of the United States ("SEC"), and Mineral Resource and Mineral Reserve information contained or incorporated by reference in the MD&A may not be comparable to similar information disclosed by U.S. companies. Under U.S. standards, mineralization may not be classified as a "reserve" unless the determination has been made that the mineralization could be economically and legally produced or extracted at the time the reserve determination is made. The SEC's disclosure standards normally do not permit the inclusion in documents filed with the SEC of information concerning "measured mineral resources", "indicated mineral resources" or "inferred mineral resources" or other descriptions of the amount of mineralization in mineral deposits that do not constitute "reserves" by U.S. standards. U.S. investors should also understand that "inferred mineral resources" have a great amount of uncertainty as to their existence and as to their economic and legal feasibility. It cannot be assumed that all or any part of an "inferred mineral resource" will ever be upgraded to a higher category. Under Canadian rules, estimated "inferred mineral resources" may not form the basis of feasibility or pre-feasibility studies except in rare cases. Investors are cautioned not to assume that all or any part of an "inferred mineral resource" exists or is economically or legally mineable. Disclosure of "contained ounces" in a mineral resource estimate is permitted disclosure under Canadian regulations; however, the SEC normally only permits issuers to report mineralization that does not constitute "reserves" by SEC standards as in place tonnage and grade without reference to unit measures. The requirements for identification of "reserves" are also not the same as those of the SEC, and reserves reported by the Company may not qualify as "reserves" under SEC standards. Accordingly, information concerning mineral deposits set forth herein may not be comparable with information made public by companies that report in accordance with U.S. standards.

58

**EXHIBIT 99.4**

**CERTIFICATION**

I, Ron Clayton, certify that:

(1)     I have reviewed this Annual Report on Form 40-F of Tahoe Resources Inc. for the year ended December 31, 2016.

(2)     Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report.

(3)     Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the issuer as of, and for, the periods presented in this report.

(4)     The issuer's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the issuer and have:

(a)     designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the issuer, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b)     designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c)     evaluated the effectiveness of the issuer's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d)     disclosed in this report any change in the issuer's internal control over financial reporting that occurred during the period covered by the annual report that has materially affected, or is reasonably likely to materially affect, the issuer's internal control over financial reporting.

(5)     The issuer's other certifying officer(s) and I have disclosed, based on our most recent evaluation of the internal control over financial reporting, to the issuer's auditors and the audit committee of the issuer's board of directors (or persons performing the equivalent functions):

(a)     all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the issuer's ability to record, process, summarize and report financial information; and

(b)     any fraud, whether or not material, that involves management or other employees who have a significant role in the issuer's internal control over financial reporting.

Date: March 9, 2017

By: /s/ Ronald W. Clayton
Name: Ron Clayton
Title: Chief Executive Officer

**EXHIBIT 99.5**

**CERTIFICATION**

I, Elizabeth McGregor, certify that:

(1)     I have reviewed this Annual Report on Form 40-F of Tahoe Resources Inc. for the year ended December 31, 2016.

(2)     Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report.

(3)     Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the issuer as of, and for, the periods presented in this report.

(4)     The issuer's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the issuer and have:

(a)     designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the issuer, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b)     designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c)     evaluated the effectiveness of the issuer's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d)     disclosed in this report any change in the issuer's internal control over financial reporting that occurred during the period covered by the annual report that has materially affected, or is reasonably likely to materially affect, the issuer's internal control over financial reporting.

(5)     The issuer's other certifying officer(s) and I have disclosed, based on our most recent evaluation of the internal control over financial reporting, to the issuer's auditors and the audit committee of the issuer's board of directors (or persons performing the equivalent functions):

(a)     all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the issuer's ability to record, process, summarize and report financial information; and

(b)     any fraud, whether or not material, that involves management or other employees who have a significant role in the issuer's internal control over financial reporting.

Date: March 9, 2017

By: /s/ Elizabeth McGregor
Name: Elizabeth McGregor
Title: Chief Financial Officer

**EXHIBIT 99.6**

**CERTIFICATION**
**PURSUANT TO**
**18 U.S.C. SECTION 1350,**
**AS ADOPTED PURSUANT TO**
**SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

I, Ron Clayton, Chief Executive Officer of Tahoe Resources Inc. (the "Company"), hereby certify pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that, to the best of my knowledge:

(i)     the Annual Report on Form 40-F of the Company for the fiscal year ended December 31, 2016 (the "Annual Report") fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended; and

(ii)    the information contained in the Annual Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

By:
        /s/ Ronald W. Clayton
Name:   Ron Clayton
Title:  Chief Executive Officer


Date:   March 9, 2017

225

**EXHIBIT 99.7**

**CERTIFICATION**
**PURSUANT TO**
**18 U.S.C. SECTION 1350,**
**AS ADOPTED PURSUANT TO**
**SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

I, Elizabeth McGregor, Chief Financial Officer of Tahoe Resources Inc. (the "Company"), hereby certify pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that, to the best of my knowledge:

(i)     the Annual Report on Form 40-F of the Company for the fiscal year ended December 31, 2016 (the "Annual Report") fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended; and

(ii)    the information contained in the Annual Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

By:
        /s/ Elizabeth McGregor
Name:   Elizabeth McGregor
Title:  Chief Financial Officer


Date:   March 9, 2017

226

**Deloitte.**

Deloitte LLP
2800 - 1055 Dunsmuir Street
4 Bentall Centre
P.O. Box 49279
Vancouver BC V7X 1P4
Canada

Tel: 604-669-4466
Fax: 778-374-0496
www.deloitte.ca

**Consent of Independent Registered Public Accounting Firm**

We consent to the incorporation by reference in Registration Statement No. 333-181981 on Form S-8 and Registration Statement No. 333-213086 on Form F-3 and to the use of our reports dated March 9, 2017, relating to the consolidated financial statements of Tahoe Resources Inc. and subsidiaries (the "Company") and the effectiveness of the Company's internal control over financial reporting appearing in this Annual Report on Form 40-F of the Company for the year ended December 31, 2016.


*/s/ Deloitte LLP*

Chartered Professional Accountants
March 9, 2017
Vancouver, Canada

Member of Deloitte Touche Tohmatsu Limited

VIA EDGAR

To:     **United States Securities and Exchange Commission**
Re:     **Tahoe Resources Inc. (the "Company")**
        **Annual Report on Form 40-F**
        **Consent of Expert**

This consent is provided in connection with the Company's annual report on Form 40-F to be filed by the Company with the United States Securities and Exchange Commission and any amendments thereto (the " **Annual Report** "). The Annual Report incorporates by reference, among other things, the Company's Annual Information Form for the year ended December 31, 2016 (the " **Annual Information Form** "), and the Management's Discussion and Analysis for the years ended December 31, 2016 and 2015 (the " **MD&A** ") .

I, Charles Muerhoff, SME RM, Vice President, Technical Services, of the Company, Reno, Nevada, hereby consent to:

- the disclosure of me by name as the person responsible for verifying of certain scientific and technical information included in the Annual Information Form in respect of the Escobal, La Arena, Shahuindo, Bell Creek and Timmins West Mines;

- the disclosure of me by name as the person responsible for reviewing and approving the scientific and technical information contained in the MD&A;

- the disclosure of such scientific and technical information in respect of the Escobal, La Arena, Shahuindo, Bell Creek and Timmins West Mines in the Annual Information Form and MD&A; and

- the inclusion and incorporation by reference of the Annual Report, and therefore of the Annual Information Form and MD&A, in each of:

  o     the Company's Registration Statement on Form S-8 (SEC File No. 333-181981), and

  o     the Company's Registration Statement on Form F-3D (SEC File No. 333-213086).

Dated the 9th day of March, 2017

/s/ Charles Muerhoff
**Charles Muerhoff, SME RM No. 4182272**