Leslie Bryan Hart, Esq. (SBN 4932)
FENNEMORE CRAIG, P.C.
7800 Rancharrah Pkwy
Reno, Nevada 89511
Tel: 775-788-2228   Fax: 775-788-2229
lhart@fclaw.com

(Admitted *Pro Hac Vice*)
Scott J. Fisher, Esq.
Karl R. Barnickol, Esq.
NEAL, GERBER & EISENBERG LLP
Two North La Salle St., Suite 1700
Chicago, IL  60602
Tel: 312-269-8047   Fax:  312-980-0878

*Attorneys for Defendants Tahoe Resources, Inc., Mark Sadler,
Ronald W. Clayton, Edie Hofmeister and C. Kevin McArthur*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:  TAHOE RESOURCES, INC. SECURITIES LITIGATION | CASE NO.  2:17-cv-01868-RFB-NJK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY CLASS CERTIFICATION BRIEFING SCHEDULE**<br>    **(Second Request)** |

Plaintiff Kevin Nguyen ("Plaintiff") and Defendants Tahoe Resources, Inc., C. Kevin McArthur, Ronald W. Clayton, Mark T. Sadler, and Edie Hofmeister ("Defendants" and, together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate to modify the briefing schedule for Plaintiff's Motion for Class Certification as follows:

WHEREAS, on June 6, 2021, the Court granted the Parties' Joint Stipulation to Set Class Certification Briefing Schedule (ECF No. 141) that provided that Plaintiff would file his motion for class certification on July 1, 2021, Defendants would file their response to the motion for class certification on September 1, 2021, and Plaintiff would file his reply on October 29, 2021;

WHEREAS, Plaintiff filed his Motion for Class Certification on July 1, 2021;

WHEREAS, Plaintiff produced documents relevant the report of his expert, Dr. Zachary

Nye Ph.D. on July 19, 2021, and Defendants took the deposition of the Plaintiff and Dr. Nye on August 3rd and 4th;

WHEREAS, the Parties have also been working cooperatively to complete the first phase of fact discovery, which focuses on the depositions of witnesses residing in the United States and is currently scheduled to end on September 1, 2021;

WHEREAS, scheduling the depositions of United States witnesses has been complicated because a majority of those witnesses are third-parties or former employees of Tahoe Resources who have to be subpoenaed individually, who reside outside of Nevada and whose availability for deposition continues to be adversely impacted by the COVID 19 pandemic;

WHEREAS, contemporaneously herewith, the Parties have filed a joint stipulation requesting that the Court adjust the date for completion of the first phase of fact discovery from September 1st to November 1st to facilitate the orderly completion of depositions of United States witnesses;

WHEREAS, it is contemplated that if extended, completion of the first phase of discovery would proceed contemporaneously with the commencement of the second phase of discovery, which includes foreign discovery;

WHEREAS, the Defendants seek additional time to prepare their response to the Motion for Class Certification and their expert's rebuttal to Dr. Nye's report;

WHEREAS, the Parties in good faith view a twenty-eight (28) day extension of time for Defendants to file their response to the Motion for Class Certification and Plaintiff to conduct discovery of Defendants' expert and file their reply in support of the Motion as reasonable and necessary to the efficient administration of the case, and is not anticipated to delay the ultimate disposition of the case, including the close of discovery and deadline to file dispositive motions that are presently set for late 2022;

NOW, THEREFORE, the Parties request that this Court modify the briefing schedule for Defendants' response to Plaintiff's Motion for Class Certification as follows:

1. Defendants shall file their response to the Motion for Class Certification by September 29, 2021; and

2. Plaintiff shall file his reply in support of his Motion for Class Certification by November 30, 2021.

IT IS SO STIPULATED.

Dated: August 27, 2021

| | |
|---|---|
| LEAD PLAINTIFF<br>KEVIN NGUYEN | TAHOE RESOURCES, INC. |
| By: /s/ James M. Wilson, Jr. | By: /s/ Karl R. Barnickol |
| James M. Wilson, Jr. (*Pro Hac Vice*)<br>Robert W. Killorin(*Pro Hac Vice*)<br>Katherine Lenahan(*Pro Hac Vice*)<br>Daniel Brian Weiss(*Pro Hac Vice*) | Scott J. Fisher (*Pro Hac Vice*)<br>Karl R. Barnickol (*Pro Hac Vice*)<br>Andrew May (*Pro Hac Vice*) |
| FARUQI & FARUQI, LLP<br>685 Third Avenue, 26th Floor<br>New York, NY 10017<br>Telephone: 212-983-9330<br>Facsimile: 212-983-9331 | NEAL, GERBER & EISENBERG LLP<br>2 North LaSalle Street, Suite 1700<br>Chicago, IL 60602<br>Telephone: 312-269-8000<br>Facsimile: 312-269-1747 |
| and | and |
| Martin A. Muckleroy (State Bar #9634)<br>MUCKLEROY LUNT, LLC<br>6077 S. Fort Apache Rd., Ste 140<br>Las Vegas, NV 89148<br>Telephone: 702-907-0097<br>Facsimile: 702-938-4065 | Leslie Bryan Hart (State Bar #4932)<br>FENNEMORE CRAIG, P.C.<br>7800 Rancharrah Parkway<br>Reno, Nevada 89511<br>Tel: 775-788-2200<br>Fax: 775-786-1177 |

## **ORDER**

IT IS SO ORDERED that Defendants' response to Plaintiff's Motion for Class Certification shall be due by September 29, 2021, and Plaintiff's reply in further support of his class certification motion shall be due by November 30, 2021.

DATED: August 31, 2021.

_____
THE HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

18762226.2/038461.0002

## CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b), I certify that on August 30, 2021, a true and correct copy of the **JOINT STIPULATION AND [PROPOSED] ORDER TO SET CLASS CERTIFICATION BRIEFING SCHEDULE (Second Request)** was transmitted electronically through the Court's e-filing electronic notice system to the attorney(s) associated with this case. If electronic notice is not indicated through the court's e-filing system, then a true and correct paper copy of the foregoing document was delivered via U.S. Mail.

Andrew R. Muehlbauer    andrew@mlolegal.com
Jeremy Alan Lieberman    jalieberman@pomlaw.com
John P. Aldrich    jaldrich@johnaldrichlawfirm.com
Joseph Alexander Hood, II    ahood@pomlaw.com
Martin Muckleroy    martin@muckleroylunt.com
Megan Remmel    mremmel@faruqilaw.com
Nicholas I. Porritt    nporritt@zlk.com
Sean P Connell    sean@mlolegal.com
Scott Jared Fisher    sfisher@nge.com
Robert W. Killorin    rkillorin@faruqilaw.com
James M. Wilson, Jr.    jwilson@faruqilaw.com
Phillip Kim    pkim@rosenlegal.com
Karl Barnickol    kbarnickol@nge.com

/s/ Claudio Lerma
An Employee of Fennemore Craig, P.C.

18762226.2/038461.0002