# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re TAHOE RESOURCES, INC. SECURITIES LITIGATION | Case No. 2:17-cv-01868-RFB-NJK **Order** [Docket Nos. 175, 176] |

Pending before the Court is Plaintiff's motion to substitute, as well as a related motion to seal. Docket Nos. 175, 176. On April 22, 2022, the case was stayed pending mediation. Docket No. 184. Accordingly, the motion to substitute is DENIED without prejudice. In the event mediation is not successful, a renewed motion to substitute must be filed within 14 days of the lifting of the stay.

Moreover, the motion to seal is hereby DENIED as moot. Because the Court has no need at present to rely on the documents filed under seal, the Clerk's Office is INSTRUCTED to STRIKE the sealed filings at Docket Nos. 177 and 178.

IT IS SO ORDERED.

Dated: April 28, 2022

_____
Nancy J. Koppe
United States Magistrate Judge