Martin A. Muckleroy
State Bar #9634
**MUCKLEROY LUNT, LLC**
6077 S. Fort Apache Rd., Ste 140
Las Vegas, NV 89148
Telephone: 702-907-0097
Facsimile: 702-938-4065
Email: martin@muckleroylunt.com

James M. Wilson, Jr. (*pro hac vice*)
Email: jwilson@faruqilaw.com
Robert W. Killorin (*pro hac vice*)
Email: rkillorin@faruqilaw.com
Katherine M. Lenahan (*pro hac vice*)
Email: klenahan@faruqilaw.com
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331

*Counsel for the proposed Class*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re TAHOE RESOURCES, INC. SECURITIES LITIGATION<br><br>This Document Relates to:    All Actions | Case No. 2:17-cv-01868-RFB-NJK<br><br>*AMENDED* [PROPOSED] **ORDER TEMPORARILY LIFTING THE STAY FOR THE SOLE PURPOSE OF GRANTING THE MOTION OF TIFFANY HUYNH FOR SUBSTITUTION AS LEAD PLAINTIFF** |

1   **IT IS HEREBY ORDERED** that the temporary stay of this action (ECF No. 18**7**) is temporarily lifted for the sole purpose of deciding the Motion of Tiffany Huynh for Substitution as Lead Plaintiff (ECF No. 175).  Tiffany Huynh is substituted for Kevin Nguyen as Lead Plaintiff in the above-captioned putative securities class action.

**IT IS SO ORDERED.**

_____
THE HONORABLE RICHARD F. BOULWARE II
UNITED STATES DISTRICT JUDGE

DATED: September 14, 2022.
*Nunc pro tunc*, dated July 25, 2022.

1