# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: TAHOE RESOURCES, INC. SECURITIES LITIGATION | Case No. 2:17-cv-01868-RFB-NJK<br>**Order**<br>[Docket Nos. 197, 199, 202, 205, 208, 211, and 214] |

On October 5, 2022, Plaintiff filed seven motions to seal related to requests for issuance of letters rogatory. Docket Nos. 197, 199, 202, 205, 208, 211, 214.[1] All of these motions were filed on the basis that Defendants or non-party Business for Social Responsibility designated certain materials as confidential. *See* Docket No. 197 at 2-3; Docket No. 199 at 2-3; Docket No. 202 at 2-3; Docket No. 205 at 2-3; Docket No. 208 at 2-3; Docket No. 211 at 2-3; Docket No. 214 at 2-3. Such designations have now been withdrawn. *See* Docket No. 220 at 2-3. Accordingly, the motions to seal are **DENIED**.

IT IS SO ORDERED.

Dated: October 31, 2022

Nancy J. Koppe
United States Magistrate Judge

---

[1] The fact that a sealing request may be unopposed does not automatically result in it being granted because the Court is tasked with protecting the public's interest in transparency. *Allegiant Travel Co. v. Kinzer*, 2022 WL 2819734, at *1 n.1 (D. Nev. July 19, 2022).

1