# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| IN RE: TAHOE RESOURCES, INC. SECURITIES LITIGATION | Case No. 2:17-cv-01868-RFB-NJK<br>**Order**<br>[Docket Nos. 195, 196] |

Pending before the Court is Lead Plaintiff's motion for issuance of letter rogatory to take the deposition of and compel documents from Alex Black. Docket No. 195; *see also* Docket No. 196 (previously sealed version). The motion is unopposed. *See* Docket No. 219. The motion is properly resolved without a hearing. *See* Local Rule 78-1. For the reasons discussed below, the motion is **GRANTED**.

## I.    BACKGROUND

This is a securities class action in which Lead Plaintiff alleges false or misleading statements regarding Defendants' mining operations in Central and South America. *See* Docket No. 59 (consolidated amended complaint). Lead Plaintiff filed several motions seeking issuance of letters rogatory. In the instant motion, Lead Plaintiff seeks a letter rogatory regarding the deposition and documents of Alex Black, who was Tahoe Resources' chief executive officer from April 2015 to August 2015. *See id.* at ¶¶ 222, 224.

## II.    STANDARDS

"[A] letter rogatory is the request by a domestic court to a foreign court to take evidence from a certain witness." *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 247 n.1 (2004). Private parties in U.S. litigation may seek the issuance of letters rogatory in civil lawsuits. *See in re Premises Located at 840 140th Ave. NE, Bellevue, Wash.*, 634 F.3d 557, 562 (9th Cir.

2011).  A deposition may be taken in a foreign country "under a letter of request, whether or not captioned a 'letter rogatory.'"  Fed. R. Civ. P. 28(b)(1)(B).  A letter rogatory may also include a request for the production of documents.  *Viasat, Inc. v. Space Systems/Loral, Inc.*, 2013 WL 12061801, at *2 (S.D. Cal. Jan. 14, 2013).

The standards governing such requests have been succinctly stated as follows:

> A court has inherent authority to issue letters rogatory.  28 U.S.C. § 1781 also implicitly provides federal courts with authority to issue letters rogatory.  Whether to issue such a letter is a matter of discretion for the court.  When determining whether to exercise its discretion, a court will generally not weigh the evidence sought from the discovery request nor will it attempt to predict whether that evidence will actually be obtained.  A court's decision whether to issue a letter rogatory, though, does require an application of Rule 26(b) in light of the scope of discovery provided for by the Federal Rules of Civil Procedure.  "Under Rule 26(b), parties may obtain discovery regarding nonprivileged matter that is relevant to any party's claim or defense."

*Dish Network LLC v. Jadoo TV, Inc.*, 2020 WL 6528425, at *2 (N.D. Cal. June 29, 2020) (internal citations omitted).

## III.    ANALYSIS

The Court finds that issuance of a letter rogatory is appropriate in this case.  Lead Plaintiff has made a showing that Black has relevant information in this case.  Moreover, Defendants do not oppose the request.  Given that Black is a non-party located in Peru, the letter rogatory is a necessary and appropriate mechanism to request the desired discovery.

## IV.    CONCLUSION

Accordingly, the Court **GRANTS** Lead Plaintiff's motion for issuance of letter rogatory to take the deposition of and compel documents from Alex Black.

IT IS SO ORDERED.

Dated: October 31, 2022

Nancy J. Koppe
United States Magistrate Judge

**REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS PURSUANT TO THE ADDITIONAL PROTOCOL TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY**

FORM A

LETTER ROGATORY [1]

| | |
|---|---|
| **1** REQUESTING JUDICIAL OR OTHER ADJUDICATORY AUTHORITY<br><br>Name United States District Court for the District of Nevada<br><br>Address Line 1: 333 Las Vegas Blvd, South, Room 3005<br>Address Line 2: Las Vegas, Nevada 98101<br>Address Line 3: USA<br>Address Line 4: | **2** PLAINTIFF: In re Tahoe Resources, Inc. Securities Litigation<br>v.<br>DEFENDANT:<br><br>DOCKET No:<br>2:17-cv-01868-RFB-NJK |
| **3** CENTRAL AUTHORITY OF THE STATE OF ORIGIN<br><br>Name: The United States Department of Justice's Office of International Judicial Assistance<br><br>Address Line 1: ABC Legal Services<br>Address Line 2: 633 Yesler Way<br>Address Line 3: Seattle, WA 98104<br>Address Line 4: USA | **4** CENTRAL AUTHORITY OF THE STATE OF DESTINATION<br><br>Name: Ministerio de Relaciones Exteriores de la República del Perú<br><br>Address Line 1: Oficina de Cooperación Judicial<br>Address Line 2: Jr. Lampa 545<br>Address Line 3: Cercado de Lima,<br>Address Line 4: Perú |
| **5** REQUESTING PARTY<br>Name: Tiffany Huyhn, as executor for the estate of Kevin Nguyen<br><br>Address Line 1: c/o James M. Wilson, Jr., Esq.<br>Address Line 2: Faruqi & Faruqi, LLP<br>Address Line 3: 685 Third Avenue, 26th Floor<br>Address Line 4: New York, NY 10017 USA | **6** COUNSEL TO THE REQUESTING PARTY<br><br>Name: James M. Wilson, Jr., Esq.<br><br>Address Line 1: Faruqi & Faruqi, LLP<br>Address Line 2: 685 Third Avenue, 26th Floor<br>Address Line 3: New York, NY 10017<br>Address Line 4: USA |

---

PERSON DESIGNATED TO ACT IN CONNECTION WITH THE LETTER ROGATORY

Name:
James M. Wilson, Jr., Esq.

Is this person responsible for costs and expenses?
Yes ☑          No ☐
If not, check in the amount of $ _____
is attached.
(Or proof of payment is attached.)

Address Line 1: Faruqi & Faruqi, LLP
Address Line 2: 685 Third Avenue, 26th Floor
Address Line 3: New York, NY 10017
Address Line 4: USA

---

[1] Complete the original and two copies of this form; if A (1) is applicable, attach the original and two copies of the translation of this item in the language of the State of destination.

The Central Authority signing the letter rogatory has the honor to transmit to you in triplicate the documents listed below and, in conformity with the protocol to the Inter-American Convention on Letters Rogatory:

\*   A.   Requests their prompt service on:

Alex Black

Calle Miguel Dasso 104-Of. 301A, San Isidro, Lima 27 Perú

The undersigned authority requests the service be carried out in the following manner:

\*   (1) In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above mentioned Convention; or

\*   (2) By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent; or

\*   (3) If the person or the authorized agent of the entity to be served is not found, service shall be made in accordance with the law of the State of destination.

~~\* B.   Requests the delivery of the documents listed below to the following judicial or administrative authority:~~

~~Authority:~~

\*   C.   Requests the Central Authority of the State of destination to return to the Central Authority of the State of origin one copy of the documents listed below and attached to this letter rogatory, and an executed Certificate of the attached Form C.

Done at Las Vegas, Nevada   this   31st   date of   October  , 20 22

| | |
|---|---|
| Signature and stamp of the judicial or other adjudicatory authority of the State of origin | Signature and stamp of the Central Authority of the State of origin |

Title or other identification of each document to be delivered:
Form A in English and translated into Spanish; Form B in English and translated into Spanish; Form C in English and translated into Spanish; Schedule A in English and translated into Spanish; Subpoena to Testify at a Deposition in English and translated into Spanish; and Consolidated Amended Class Action Complaint in English and translated into Spanish.

(Attach additional pages, if necessary)
\*Delete if inapplicable

2

**ANNEX TO THE ADITIONAL PROTOCOL
TO THE INTER-AMERICAN CONVENTION OF LETTERS RAGOTORY**

FORM B

ESSENTIAL INFORMATION FOR THE ADDRESSEE [1]

To (Name and address of the person being served) <u>Alex Black, Calle Miguel Dasso, 104-Of. 301A, San Isidro, Lima 27, Perú</u>

You are hereby informed that (Brief statement of nature of service) <u>You are being compelled to appear for a non-party deposition and to produce ~~documents in~~</u>

<u>connection with In re Tahoe Resources Litigation, case no. 2:17-cv-01868-RFB-NJK</u>

A copy of the letter rogatory that gives rise to the service or delivery of these documents is attached to this document. This copy also contains essential information for you. Also attached are copies of the complaint or pleading initiating the action in which the letter rogatory was issued, of the documents attached to the complaint or pleading, and of any rulings that ordered the issuance of the letter rogatory.

ADDITIONAL INFORMATION

I*

FOR SERVICE

A.  The document being served on you (original or copy) concerns the following: <u>Lead Plaintiff is compelling you to appear for a non-party deposition and to produce documents in connection with this case.</u>

B.  The remedies sought or the amount in dispute is as follows: <u>Lead Plaintiff is seeking, against named-Defendants only, civil damages and other relief, amount to be determined in Court, in connection with Defendants' alleged securities law violations.</u>

C.  By this service, you are requested: <u>To appear, either in-person or virtually, for a non-party deposition and to produce documents in connection with this case.</u>

D.  * ~~In case of service on you as a defendant you an answer the complaint before the judicial or other adjudicatory authority specified in Form A, Box 1 (State place, date and hour):~~ <u>Not applicable.</u>

   * ~~You are being summoned to appear as:~~ <u>Not applicable.</u>

---

[1] Complete the original and two copies of this form in the language of the State of origin and two copies in the language of the State of destination.
   * Delete if applicable.

3

\*   ~~If some other action is being requested of the person served, please describe:~~ Not applicable.

E.   If you fail to comply, the consequences might be: <u>You may be held in contempt of court.</u>

F.   You are hereby informed that a defense counsel appointed by the Court or the Following legal aid societies are available to you at the place where the proceeding is pending.

Name:  <u>Nevada Legal Services</u>

Address: <u>530 6th St., Las Vegas, Nevada 89101 USA</u>

The documents listed in Part III are being furnished to you so that you may better understand and defend your interests.

II \*

~~FOR INFORMATION FROM JUDICIAL OR ADMINISTRATIVE AUTHORITY~~

~~To:~~   _____

_____

_____

~~(Name and address of the judicial or administrative authority)~~

~~You are respectfully requested to furnish the undersigned authority with the following information.~~

_____

_____

_____

The documents listed in Part III are being furnished to you to facilitate your reply.

\*Delete if inapplicable.

4

### III
### LIST OF ATTACHED DOCUMENTS

Schedule A in English and translated into Spanish; Subpoena to Testify at a Deposition in English and translated into Spanish; and Consolidated Amended Class Action Complaint in English and translated into Spanish.

(Attach additional pages if necessary)

Done at ___Las Vegas, Nevada___ this __3/st__ day of

__October__ , 20 __22__

Signature and stamp of the
judicial or other adjudicatory
authority of the State of origin

Signature and stamp of
the Central Authority
of the State of Origin

**ANNEX TO THE ADDITIONAL PROTOCOL**
**TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY**

FORM C

CERTIFICATE OF EXECUTION [1]

To:  Honorable ~~Richard F. Boulware, II,~~ Nancy J. Koppe United States District Court for the District of Nevada
     333 Las Vegas Blvd., South, ~~Room 3005~~
     Las Vegas, Nevada 98101, USA
     (Name and address of judicial or other adjudicatory authority that issued the letter rogatory)

In conformity with the Additional Protocol to the Inter-American Convention on Letters Rogatory, signed at Montevideo on May 8, 1979, and in accordance with the attached original letter rogatory, the undersigned Central Authority has the honor to certify the following:

\*     A.   That one copy of the documents attached to this Certificate has been served or delivered as follows:

Date: _____

At (Address) _____

By one of the following methods authorized by the Convention.

\*  (1)   In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above mentioned Convention, or

_____
_____
_____

\*  (2)   By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent, or

\*  (3)   If the person or the authorized agent of the entity to be served was not found, in accordance with the law of the State of destination; (Specify method used)

_____
_____
_____
_____

[1] Complete the original and one copy in the language of the State of destination.
\*Delete if inapplicable

\*   B.   That the documents referred to in the letter rogatory have been delivered to:

Identity of person  _____

_____

_____

Relationship to the addressee  _____

(Family, business or other)

_____

_____

\*   C.   That the documents attached to the Certificate have not been served or
delivered for the following reason(s):

_____

_____

_____

\*   D   In conformity with the Protocol, the party requesting execution of the letter
rogatory is requested to pay the outstanding balance of costs in the amount
indicated in the attached statement.

Done at _____ the _____ day of _____ 20____

_____

(Signature and stamp of Central Authority of the State of destination)

Where appropriate, attach originals or copies
of any additional documents proving service
or delivery, and identify them

\*Delete if inapplicable

 

## *Certification of Translation Competency & Accuracy*

*Legal Document Titled*
*"USM-272-frm Alex Black (Sept. 9, 2022)"*

Source Language: **English**                    Target Language: **Spanish**

*As an authorized representative of Orbit Translation, a professional translation services agency, I hereby certify that the above-mentioned document has been translated by an experienced, qualified and competent professional translator, fluent in the above mentioned language pair and that, in our best judgment, the translated text truly reflects the content, meaning, and style of the original text and constitutes in every respect a complete and accurate translation of the original document. This document has not been translated for a family member, friend, or business associate.*

*This is to certify the correctness of the translation only. We do not make any claims or guarantees about the authenticity or content of the original document. Further, Orbit Translation assumes no liability for the way in which the translation is used by the customer or any third party, including end-users of the translation.*

*A copy of the translation is attached to this certification.*



*Tim Campbell*

*Authorized Signatory*

*Order Date: September 09, 2022*

*Sincerely,*

*Orbit Translation*
*11807 Westheimer Rd,*
*Suite 550 Houston, TX 77077*
*United States*

*Contact Info:*
*Visit us @ www.orbittranslation.com*
*Call us @ 1-800-687-4393*

Order # 19607

**SOLICITUD DE NOTIFICACIÓN O TRASLADO EN EL EXTRANJERO DE DOCUMENTOS JUDICIALES O EXTRAJUDICIALES EN VIRTUD DEL PROTOCOLO ADICIONAL A LA CONVENCIÓN INTERAMERICANA SOBRE COMISIONES ROGATORIAS**

FORMULARIO A

COMISIÓN ROGATORIA[1]

| 1 | 2 |
|---|---|
| SOLICITAR A LA AUTORIDAD JUDICIAL O A OTRA AUTORIDAD ADJUDICADORA<br>Nombre Tribunal de Distrito de los Estados Unidos para el Distrito de Nevada<br>Línea de dirección 1: 333 Las Vegas Blvd, South, Room 3005<br>Línea de dirección 2: Las Vegas, Nevada 98101<br>Línea de dirección 3: USA<br>Dirección de la línea 4: | DEMANDANTE:<br>\v. En re Tahoe Resources, Inc. Litigio de Valores<br>ACUSADO:<br><br>DOCKET No:<br>2:17-cv-01868-RFB-NJK |
| **3** | **4** |
| AUTORIDAD CENTRAL DEL ESTADO DE ORIGEN<br><br>Nombre : Oficina de Asistencia Judicial Internacional del Departamento de Justicia de los Estados Unidos<br><br>Dirección Línea 1: Servicios Jurídicos ABC<br>Dirección Línea 2: 633 Yesler Way<br>Dirección de la línea 3: Seattle, WA 98104<br>Dirección de la línea 4: USA | AUTORIDAD CENTRAL DEL ESTADO DE DESTINO<br><br>Nombre : Ministerio de Relaciones Exteriores de la República del Perú<br><br>Línea de dirección 1: Oficina de Cooperación Judicial<br>Línea de dirección 2: Jr. Lampa 545<br>Línea de dirección 3: Cercado de Lima, Línea de dirección 4: Perú |
| **5** | **6** |
| PARTE SOLICITANTE<br>Tiffany Huyhn, como albacea del<br>Nombre : patrimonio de Kevin Nguyen<br>Línea de dirección 1: James M. Wilson, Jr., Esq.<br>Línea de dirección 2: Faruqi & Faruqi, LLP<br>Línea de dirección 3: 685 Third Avenue, 26th Floor<br>Línea de dirección 4: Nueva York, NY 10017 USA | EL ABOGADO DE LA PARTE SOLICITANTE<br><br>Nombre : James M. Wilson, Jr., Esq.<br>Línea de dirección 1: Faruqi & Faruqi, LLP Línea de dirección 2: 685 Third Avenue, 26th Floor<br>Línea de dirección 3: Nueva York, NY 10017<br>Línea de dirección 4: USA |

---

PERSONA DESIGNADA PARA ACTUAR EN RELACIÓN CON LA COMISIÓN ROGATORIA

Nombre:
James M. Wilson, Jr.

Dirección Línea 1: Faruqi & Faruqi, LLP
Dirección Línea 2: 685 Third Avenue, 26th Floor
Dirección Línea 3: Nueva York, NY 10017
Dirección Línea 4: USA

¿Es esta persona responsable de loscostes y gastos?

☑ Sí   ☐ No
En caso contrario, chequepor
valor de $_____

(O se adjunta el comprobante depago)

---

[1]    Rellene el original y dos copias de este formulario; si A (1) es aplicable, adjunte el original y dos copias de la traduccciónde este punto en la lengua del Estado de destino.

1



La Autoridad Central que firma la comisión rogatoria tiene el honor de transmitirle por triplicado los documentos que se indican a continuación y, de conformidad con el protocolo de la Convención Interamericana sobre Exhortos o Cartas Rogatorias:

* A.    Solicita su servicio oportuno en:
Alex Black
Calle Miguel Dasso 104-Of. 301A, San Isidro, Lima 27 Perú
_____

La autoridad que suscribe solicita que el servicio se lleve a cabo de la siguiente manera:

*       (1) De acuerdo con el procedimiento especial o las formalidades adicionales que se describen a continuación, según lo previsto en el segundo párrafo del artículo 10 del citado Convenio; o

_____
_____
_____

*       (2) Mediante notificación personal al destinatario identificado o, en el caso de una persona jurídica, a su agente autorizado; o

*       (3) Si no se encuentra a la persona o al agente autorizado de la entidad a notificar, la notificación se realizará de acuerdo con la ley del Estado de destino.

~~* B. Solicita la entrega de los documentos enumerados a continuación a la siguiente autoridad judicial o administrativa:~~
~~Autoridad:~~
\* C. Solicita a la Autoridad Central del Estado de destino que devuelva a la Autoridad Central del Estado de origen una copia de los documentos que se enumeran a continuación y que se adjuntan a la presente comisión rogatoria, así como un certificado ejecutado del formulario C adjunto.

Hecho en Las Vegas, Nevada esta   31   fecha de   October   , 20 22

Firma y sello del judicial o de otro
tipo de adjudicación autoridad del
Estado de origen

Firma y sello del
Autoridad central de la
Estado de origen

Título u otra identificación de cada documento a entregar:
Formulario A en inglés y traducido al español; Formulario B en inglés y traducido al español; Formulario C en inglés y traducido al español; Anexo A en inglés y traducido al español; Citación para testificar en una declaración en inglés y traducido al español; y Demanda colectiva modificada consolidada en inglés y traducida.
al español.
_____
(Adjunte páginas adicionales, si es necesario)
*Borrar si no se puede aplicar

2



**ANEXO AL PROTOCOLO ADICIONAL
A LA CONVENCIÓN INTERAMERICANA DE LAS LETRAS RAGOTORY**

FORMULARIO B
INFORMACIÓN ESENCIAL PARA EL DESTINATARIO [1]

A (Nombre y dirección de la persona a la que se notifica) Alex Black, Calle Miguel Dasso, 104-Of.
301A, San Isidro, Lima 27, Perú

Por la presente se le informa de que (Breve declaración de la naturaleza de la notificación) se le está
obligando a comparecer para una declaración sin partes y a presentar documentos en
en relación con el litigio Tahoe Resources, caso nº 2:17-cv-01868-RFB-NJK

Se adjunta a este documento una copia de la comisión rogatoria que da lugar a la notificación o entrega
de estos documentos. Esta copia también contiene información esencial para usted. También se
adjuntan copias de la demanda o del escrito de inicio de la acción en la que se cursó la comisión
rogatoria, de los documentos adjuntos a la demanda o al escrito y de las resoluciones que ordenaron la
expedición de la comisión rogatoria.

INFORMACIÓN ADICIONAL
I*
PARA EL SERVICIO

A      El documento que se le notifica (original o copia) se refiere a lo siguiente
      El demandante principal le obliga a comparecer para una deposición no partidista y a presentar
      documentos en relación con este caso.

B      Los recursos solicitados o la cantidad en disputa son los siguientes: El Demandante Principal
      solicita, únicamente contra los Demandados nombrados, una indemnización por daños y
      perjuicios y otras compensaciones, cuya cuantía se determinará en el Tribunal, en relación con
      la supuesta aplicación de la ley de valores por parte de los Demandados.

C      Mediante esta notificación, se le solicita: Que comparezca, ya sea en persona o virtualmente,
      para una declaración sin ser parte y que presente documentos en relación con este caso.

D      * ~~En caso de que se le notifique como demandado, deberá responder a la demanda ante la~~
      ~~autoridad judicial u otra autoridad judicial especificada en el formulario A, casilla 1 (indique el~~
      ~~lugar, la fecha y la hora):~~ No procede.

      * ~~Se le cita para que comparezca como:~~ No aplica.

---

[1] Rellene el original y dos copias de este formulario en la lengua del Estado de origen y dos copias en
la lengua del Estado de destino.
* Suprimir si procede.



\*   ~~Si se solicita alguna otra acción a la persona notificada, descríbala:~~  No procede.

E   Si no cumple, las consecuencias pueden ser: Puede ser declarado en desacato al tribunal.

F   Se le informa de que en el lugar donde está pendiente el procedimiento hay un abogado defensor designado por el Tribunal o por las siguientes sociedades de asistencia jurídica.
Nombre: Nevada Legal Services
Dirección: 530 6th St., Las Vegas, Nevada 89101 USA
Los documentos enumerados en la Parte III se le facilitan para que pueda comprender y defender mejor sus intereses.

II \*
~~PARA INFORMACIÓN DE LA AUTORIDAD JUDICIAL O ADMINISTRATIVA~~

~~Para:~~   _____
         _____
         _____
~~(Nombre y dirección de la autoridad judicial o administrativa)~~

~~Le rogamos que proporcione a la autoridad que suscribe la siguiente información.~~

         _____
         _____
         _____

Los documentos enumerados en la Parte III se le entregan para facilitar su respuesta.
\*Borrar si no se puede aplicar.



**III**
**LISTA DE DOCUMENTOS ADJUNTOS**

Anexo A en inglés y traducido al español; Citación para testificar en una declaración en inglés y traducido al español; y Demanda colectiva modificada consolidada en inglés y traducida al español.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(Adjunte páginas adicionales si es necesario)

Hecho en ___Las Vegas, Nevada_____ este ____31st_____ día de
_____ October , 20 22

Firma y sello del judicial o de otro          Firma y sello del
tipo de adjudicación autoridad del            Autoridad central de la
Estado de origen                              Estado de origen

5



**ANEXO AL PROTOCOLO ADICIONAL**
**A LA CONVENCIÓN INTERAMERICANA SOBRE COMISIONES ROGATORIAS**

FORMULARIO C

CERTIFICADO DE EJECUCIÓN [1]

Para:   Honorable ~~Richard F. Boulware, II,~~ *Nancy J. Kopp* United States District Court for the District of Nevada
333 Las Vegas Blvd., South, ~~Room 3005~~ Las Vegas, Nevada 98101, USA
(Nombre y dirección de la autoridad judicial o de otra autoridad adjudicadora que emitió la comisión rogatoria)

De conformidad con el Protocolo Adicional a la Convención Interamericana sobre Exhortos o Cartas Rogatorias, firmado en Montevideo el 8 de mayo de 1979, y de acuerdo con el exhorto o carta rogatoria original adjunta, la Autoridad Central que suscribe tiene el honor de certificar lo siguiente:

*   A. Que una copia de los documentos adjuntos a este certificado ha sido notificada o entregada como sigue:

Fecha:_____

En (Dirección)_____

Mediante uno de los siguientes métodos autorizados por el Convenio.

*   (1) De acuerdo con el procedimiento especial o las formalidades adicionales que se describen a continuación, según lo previsto en el segundo párrafo del artículo 10 del mencionado Convenio, o

*   (2) Mediante notificación personal al destinatario identificado o, en el caso de un entidad, en su agente autorizado, o

*   (3) Si no se ha encontrado a la persona o al agente autorizado de la entidad a notificar, de acuerdo con la ley del Estado de destino; (Especifique el método utilizado)

[1] Cumplimentar el original y una copia en la lengua del Estado de destino.
*Borrar si no se puede aplicar



\*      B. Que los documentos mencionados en la comisión rogatoria han sido entregados a:

Identidad de la persona  _____

_____

_____

Relación con el destinatario  _____

(Familia, empresa u otros)

_____

_____

\*      C. Que los documentos adjuntos al certificado no han sido notificados o entregados por la(s) siguiente(s) razón(es):

_____

_____

_____

\*      D. De conformidad con el Protocolo, se pide a la parte que solicita la ejecución de la comisión rogatoria que pague el saldo pendiente de los gastos en la cantidad indicada en la declaración adjunta.

Hecho en_____el_____día de_____20 ____

_____

(Firma y sello de la Autoridad Central del Estado de destino)

En su caso, adjunte los originales o copias de los documentos adicionales que acrediten la notificación o entrega, e identifíquelos

\*Borrar si no se puede aplicar

