# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Case No. 2:17-cv-01868-RFB-NJK

IN RE: TAHOE RESOURCES, INC.
SECURITIES LITIGATION

**Order**

[Docket Nos. 201, 203]

Pending before the Court is Lead Plaintiff's motion for issuance of letter rogatory to take the deposition of and compel documents from Javier Fortin.  Docket No. 201; *see also* Docket No. 203 (previously sealed version).  The motion is unopposed.  *See* Docket No. 219.  The motion is properly resolved without a hearing.  *See* Local Rule 78-1.  For the reasons discussed below, the motion is **GRANTED**.

## I.      BACKGROUND

This is a securities class action in which Lead Plaintiff alleges false or misleading statements regarding Defendants' mining operations in Central and South America.  *See* Docket No. 59 (consolidated amended complaint).  Lead Plaintiff filed several motions seeking issuance of letters rogatory.  In the instant motion, Lead Plaintiff seeks a letter rogatory regarding the deposition and documents of Javier Fortin, who was the Community Relations Manager and Social Development Manager of Defendant Tahoe's Guatemalan subsidiary (Minera San Rafael).  *See* Docket No. 201-17.

## II.     STANDARDS

"[A] letter rogatory is the request by a domestic court to a foreign court to take evidence from a certain witness."  *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 247 n.1 (2004).  Private parties in U.S. litigation may seek the issuance of letters rogatory in civil lawsuits.

1  *See in re Premises Located at 840 140th Ave. NE, Bellevue, Wash.*, 634 F.3d 557, 562 (9th Cir.

2  2011).  A deposition may be taken in a foreign country "under a letter of request, whether or not

3  captioned a 'letter rogatory.'" Fed. R. Civ. P. 28(b)(1)(B).  A letter rogatory may also include a

4  request for the production of documents.  *Viasat, Inc. v. Space Systems/Loral, Inc.*, 2013 WL

5  12061801, at *2 (S.D. Cal. Jan. 14, 2013).

6        The standards governing such requests have been succinctly stated as follows:

7          A court has inherent authority to issue letters rogatory.  28 U.S.C. §
           1781 also implicitly provides federal courts with authority to issue
8          letters rogatory.  Whether to issue such a letter is a matter of
           discretion for the court.  When determining whether to exercise its
9          discretion, a court will generally not weigh the evidence sought from
           the discovery request nor will it attempt to predict whether that
10         evidence will actually be obtained.  A court's decision whether to
           issue a letter rogatory, though, does require an application of Rule
11         26(b) in light of the scope of discovery provided for by the Federal
           Rules of Civil Procedure.  "Under Rule 26(b), parties may obtain
12         discovery regarding nonprivileged matter that is relevant to any
           party's claim or defense."
13

14 *Dish Network LLC v. Jadoo TV, Inc.*, 2020 WL 6528425, at *2 (N.D. Cal. June 29, 2020) (internal

15 citations omitted).

16 **III.   ANALYSIS**

17       The Court finds that issuance of a letter rogatory is appropriate in this case.  Lead Plaintiff

18 has made a showing that Fortin has relevant information in this case.  Moreover, Defendants do

19 not oppose the request.  Given that Fortin is a non-party located in Guatemala, the letter rogatory

20 is a necessary and appropriate mechanism to request the desired discovery.

21 **IV.   CONCLUSION**

22       Accordingly, the Court **GRANTS** Lead Plaintiff's motion for issuance of letter rogatory to

23 take the deposition of and compel documents from Javier Fortin.

24       IT IS SO ORDERED.

25       Dated: October 31, 2022

26

27                                   Nancy J. Koppe
                                     United States Magistrate Judge

28

# REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS PURSUANT TO THE ADDITIONAL PROTOCOL TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY

FORM A

## LETTER ROGATORY [1]

| 1 | 2 |
|---|---|
| **REQUESTING JUDICIAL OR OTHER ADJUDICATORY AUTHORITY**<br><br>Name: United States District Court for the District of Nevada<br><br>Address Line 1: 333 Las Vegas Blvd., South<br>Address Line 2: Room 3005<br>Address Line 3: Las Vegas, Nevada 89101<br>Address Line 4: USA | PLAINTIFF: In re Tahoe Resources, Inc. Securities Litigation<br>v.<br>DEFENDANT:<br><br>DOCKET No:<br>2:17-cv-01868-RFB-NJK |
| 3 | 4 |
| **CENTRAL AUTHORITY OF THE STATE OF ORIGIN**<br><br>Name: The United States Department of Justice's Office of International Judicial Assistance<br><br>Address Line 1: ABC Legal Services<br>Address Line 2: 633 Yesler Way<br>Address Line 3: Seattle, WA 98104<br>Address Line 4: USA | **CENTRAL AUTHORITY OF THE STATE OF DESTINATION**<br><br>Name: Corte Suprema de Justicia<br><br>Address Line 1: 21 calle 7-70 zona 1<br>Address Line 2: Centro Civico<br>Address Line 3: Edificio Palacio de Justicia<br>Address Line 4: Guatemala City, Guatemala |
| 5 | 6 |
| **REQUESTING PARTY**<br><br>Name: Lead Plaintiff Tiffany Huynh, as executor of the estate of Kevin Nguyen<br><br>Address Line 1: c/o James M. Wilson, Jr., Esq.<br>Address Line 2: Faruqi & Faruqi, LLP<br>Address Line 3: 685 Third Avenue, 26th Floor<br>Address Line 4: New York, NY 10017 USA | **COUNSEL TO THE REQUESTING PARTY**<br><br>Name: James M. Wilson, Jr., Esq.<br><br>Address Line 1: Faruqi & Faruqi, LLP<br>Address Line 2: 685 Third Avenue, 26th Floor<br>Address Line 3: New York, NY 10017<br>Address Line 4: USA |

---

**PERSON DESIGNATED TO ACT IN CONNECTION WITH THE LETTER ROGATORY**

Name:
James M. Wilson, Jr., Esq.

Is this person responsible for costs and expenses?
Yes ☑          No ☐
If not, check in the amount of $_____
is attached.
(Or proof of payment is attached.)

Address Line 1: Faruqi & Faruqi, LLP
Address Line 2: 685 Third Avenue, 26th Floor
Address Line 3: New York, NY 10017
Address Line 4: USA

---

[1] Complete the original and two copies of this form; if A (1) is applicable, attach the original and two copies of the translation of this item in the language of the State of destination.

The Central Authority signing the letter rogatory has the honor to transmit to you in triplicate the documents listed below and, in conformity with the protocol to the Inter-American Convention on Letters Rogatory:

\* A.    Requests their prompt service on:

Javier Fortin

7 Ave. A 7-19 z.2, Guatemala City, Guatemala

The undersigned authority requests the service be carried out in the following manner:

\* (1) In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above mentioned Convention; or

\* (2) By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent; or

\* (3) If the person or the authorized agent of the entity to be served is not found, service shall be made in accordance with the law of the State of destination.

~~\* B.   Requests the delivery of the documents listed below to the following judicial or administrative authority:~~

~~Authority:~~

\* C.    Requests the Central Authority of the State of destination to return to the Central Authority of the State of origin one copy of the documents listed below and attached to this letter rogatory, and an executed Certificate of the attached Form C.

Done at Las Vegas, Nevada   this _3/st_ date of _October_ , 20 22

| Signature and stamp of the judicial or other adjudicatory authority of the State of origin | Signature and stamp of the Central Authority of the State of origin |

Title or other identification of each document to be delivered:

Form A in English and translated into Spanish; Form B in English and translated into Spanish; Form C in English and translated into Spanish; Subpoena to Testify at a Deposition in English and translated into Spanish; Schedule A in English and translated into Spanish; and Consolidated Amended Class Action Complaint in English and translated into Spanish.

(Attach additional pages, if necessary)
\*Delete if inapplicable

2

## ANNEX TO THE ADITIONAL PROTOCOL
## TO THE INTER-AMERICAN CONVENTION OF LETTERS RAGOTORY

FORM B

ESSENTIAL INFORMATION FOR THE ADDRESSEE [1]

To (Name and address of the person being served) Javier Fortin

7 Ave. A 7-19 z.2, Guatemala City, Guatemala

You are hereby informed that (Brief statement of nature of service)

You are being compelled to appear for a non-party deposition and to produce documents in connection with

In re Tahoe Resources, Inc. Securities Litigation, case no. 2:17-cv-01868-RFB-NJK

A copy of the letter rogatory that gives rise to the service or delivery of these documents is attached to this document. This copy also contains essential information for you.  Also attached are copies of the complaint or pleading initiating the action in which the letter rogatory was issued, of the documents attached to the complaint or pleading, and of any rulings that ordered the issuance of the letter rogatory.

### ADDITIONAL INFORMATION
### I*
### FOR SERVICE

A.  The document being served on you (original or copy) concerns the following:

Lead Plaintiff is compelling you to appear for a non-party deposition and to produce documents in connection

with this case.

B.  The remedies sought or the amount in dispute is as follows:

Lead Plaintiff is seeking, against named-Defendants only, civil damages and other relief, amount to be determined in Court, in connection with

Defendants' alleged securities law violations.

C.  By this service, you are requested:

To appear, either in-person or virtually, for a non-party deposition and to produce documents in connection

with this case.

D.  ~~*  In case of service on you as a defendant you an answer the complaint before the judicial or other adjudicatory authority specified in Form A, Box 1 (State place, date and hour):~~  Not applicable.


~~*  You are being summoned to appear as:~~    Not applicable.


[1] Complete the original and two copies of this form in the language of the State of origin and two copies in the language of the State of destination.

 * Delete if applicable.

3

\*   ~~If some other action is being requested of the person served, please describe:~~
     Not applicable.
     _____
     _____

E.   If you fail to comply, the consequences might be:  You may be held in
     contempt of court.
     _____
     _____

F.   You are hereby informed that a defense counsel appointed by the Court or the
     Following legal aid societies are available to you at the place where the
     proceeding is pending.

     Name:  Nevada Legal Services
     _____

     Address:  530 6th St., Las Vegas, Nevada 89101 USA
     _____

     The documents listed in Part III are being furnished to you so that you may better
     understand and defend your interests.

II \*

~~FOR INFORMATION FROM JUDICIAL OR ADMINISTRATIVE~~
~~AUTHORITY~~

~~To:~~   _____
         _____
         _____

~~(Name and address of the judicial or administrative authority)~~

~~You are respectfully requested to furnish the undersigned authority with the~~
~~following information.~~

_____
_____
_____

The documents listed in Part III are being furnished to you to facilitate your reply.

   \*Delete if inapplicable.

4

**III**
**LIST OF ATTACHED DOCUMENTS**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(Attach additional pages if necessary)

Done at _Las Vegas, NV_____ this _____31_____ day of

_October_____, 20 _22_____

_____        _____
Signature and stamp of the              Signature and stamp of
judicial or other adjudicatory          the Central Authority
authority of the State of origin        of the State of Origin

5

**ANNEX TO THE ADDITIONAL PROTOCOL
TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY**

FORM C

CERTIFICATE OF EXECUTION [1]

To:   *Nancy J. Koppe*
      Honorable ~~Richard F. Boulware, II,~~ United States District Court for the District of Nevada

      333 Las Vegas Blvd. South, Room 3005
      Las Vegas, Nevada 98101, USA
      (Name and address of judicial or other adjudicatory authority that issued the letter rogatory)

   In conformity with the Additional Protocol to the Inter-American Convention on Letters Rogatory, signed at Montevideo on May 8, 1979, and in accordance with the attached original letter rogatory, the undersigned Central Authority has the honor to certify the following:

\*    A.   That one copy of the documents attached to this Certificate has been served or delivered as follows:

   Date: _____

   At (Address) _____

By one of the following methods authorized by the Convention.

\*  (1)  In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above mentioned Convention, or

          _____
          _____
          _____

\*  (2)  By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent, or

\*  (3)  If the person or the authorized agent of the entity to be served was not found, in accordance with the law of the State of destination; (Specify method used)

          _____
          _____
          _____
          _____

[1] Complete the original and one copy in the language of the State of destination.
\*Delete if inapplicable

6

\*   B.   That the documents referred to in the letter rogatory have been delivered to:

Identity of person _____

_____

_____

Relationship to the addressee _____

(Family, business or other)

_____

_____

\*   C.   That the documents attached to the Certificate have not been served or
delivered for the following reason(s):

_____

_____

_____

\*   D   In conformity with the Protocol, the party requesting execution of the letter
rogatory is requested to pay the outstanding balance of costs in the amount
indicated in the attached statement.

Done at _____the _____day of _____20\_\_\_

_____

(Signature and stamp of Central Authority of the State of destination)

Where appropriate, attach originals or copies
of any additional documents proving service
or delivery, and identify them

\*Delete if inapplicable

**SOLICITUD DE NOTIFICACIÓN O TRASLADO EN EL EXTRANJERO DE DOCUMENTOS JUDICIALES O EXTRAJUDICIALES EN VIRTUD DEL PROTOCOLO ADICIONAL A LA CONVENCIÓN INTERAMERICANA SOBRE COMISIONES ROGATORIAS**

FORMULARIO A

COMISIÓN ROGATORIA [1]

1

SOLICITAR A LA AUTORIDAD JUDICIAL O
A OTRA AUTORIDAD ADJUDICADORA

Nombre Tribunal de Distrito de los Estados Unidos para el Distrito de Nevada

Dirección Línea 1: 333 Las Vegas Blvd., South
Dirección Línea 2: Room 3005
Dirección Línea 3: Las Vegas, Nevada 89101
Dirección Línea 4: EUA

2

DEMANDANTE:      En re Tahoe Resources, Inc. Securities Litigation
W.
DEMANDADO:

Núm. de EXPEDIENTE:
2:17-cv-01868-RFB-NJK

3

AUTORIDAD CENTRAL DEL
ESTADO DE ORIGEN

Nombre: Oficina de Asistencia Judicial
:partamento de Justicia de los Estados Unidos

Dirección Línea 1: ABC Legal Services
Dirección Línea 2: 633 Yester Way
Dirección Línea 3: Seattle, WA 98104
Dirección Línea 4: EUA

4

AUTORIDAD CENTRAL DEL ESTADO
DE DESTINO

Nombre: Corte Suprema de Justicia

Dirección Línea 1: 21 calle 7-70 zona 1
Dirección Línea 2: Centro Cívico
Dirección Línea 3: Edificio Palacio de Justicia
Dirección Línea 4: Ciudad de Guatemala, Guatemala

5

PARTE SOLICITANTE

Nombre: Demandante Principal Tiffany Huynh, como
albacea del patrimonio de Kevin Nguyen

Dirección Línea 1: c/o James M. Wilson, Jr., Esq.
Dirección Línea 2: Faruqi & Faruqi, LLP
Dirección Línea 3: 685 Third Avenue, 26th Floor
Dirección Línea 4: Nueva York, NY 10017 EUA

6

ABOGADO DE LA PARTE
SOLICITANTE

Nombre: James M. Wilson, Jr., Esq.

Dirección Línea 1: Faruqi & Faruqi, LLP
Dirección Línea 2: 685 Third Avenue, 26th Floor
Dirección Línea 3: Nueva York, NY 10017
Dirección Línea 4: EUA

---

PERSONA DESIGNADA PARA ACTUAR EN RELACIÓN CON LA COMISIÓN

Nombre:
James M. Wilson, Jr., Esq.

Dirección Línea 1: Faruqi & Faruqi, LLP
Dirección Línea 2: 685 Third Avenue, 26th Floor
Dirección Línea 3: Nueva York, NY 10017
Dirección Línea 4: EUA

¿Esta persona es responsable de los
costos y gastos?
Sí  ☑           No ☐
En caso negativo, verifique el monto en $
se adjunta.
(O se adjunta el comprobante de pago).

---

[1] Llene el original y dos copias de este formulario; si A (1) es aplicable, adjunte el original y dos copias de la traducción de este punto en la lengua del Estado de destino.

1

La Autoridad Central que firma la comisión rogatoria tiene el honor de remitirle por triplicado los documentos que se indican a continuación y, de conformidad con el protocolo de la Convención Interamericana sobre Exhortos o Comisiones Rogatorias:

\* A.  Solicita su rápido servicio en:

Javier Fortín

7 Ave. A 7-19 z.2, Ciudad de Guatemala, Guatemala

La autoridad que suscribe solicita que el servicio se lleve a cabo de la siguiente manera:

\* (1) De acuerdo con el procedimiento especial o las formalidades adicionales que se describen a continuación, según lo previsto en el segundo párrafo del artículo 10 del citado Convenio; o

_____
_____
_____
_____

\* (2) Mediante notificación personal al destinatario identificado o, en el caso de una persona jurídica, a su agente autorizado; o

\* (3) Si no se encuentra la persona o el agente autorizado de la entidad a notificar, la notificación se realizará de acuerdo con la ley del Estado de destino.

~~\* B.  Solicita la entrega de los documentos que se enumeran a continuación a los siguientes órganos judiciales o autoridad administrativa:~~

~~Autoridad:~~

_____
_____

\* C.  Solicita a la Autoridad Central del Estado de destino que devuelva a la Autoridad Central del Estado de origen una copia de los documentos que se enumeran a continuación y que se adjuntan a la presente comisión rogatoria, así como un certificado ejecutado del formulario C adjunto.

Hecho en Las Vegas, Nevada el día 31 de October de 2022

_____              _____
Firma y sello de                          Firma y sello de
la parte judicial u otra adjudicataria    Autoridad Central de
autoridad del Estado de origen            Estado de origen

Título u otra identificación de cada documento a entregar:

Formulario A en inglés y traducido al español; Formulario B en inglés y traducido al español; Formulario C en inglés y traducido al español; Citación para testificar en una declaración en inglés y traducido al español; Programa A en inglés y traducido al español; y Consolidated Amended Class Action Complaint en inglés y traducido al español.

(Adjunte páginas adicionales si es necesario)

\*Borrar si no se puede aplicar

2

**ANEXO AL PROTOCOLO ADICIONAL
A LA CONVENCIÓN INTERAMERICANA DE LAS COMISIONES
RAGOTORY**

FORMULARIO B
INFORMACIÓN ESENCIAL PARA EL DESTINATARIO [1]

Para (Nombre y dirección de la persona notificada) Javier Fortín
_____
7 Ave. A 7-19 z.2, Ciudad de Guatemala, Guatemala
_____

Por la presente se le informa de que (Breve declaración de la naturaleza del servicio)
Se le está informando sobre su obligación de comparecer para una deposición y a presentar documentos en relación con
_____
In re Tahoe Resources, Inc. Securities Litigation, caso no. 2:17-cv-01868-RFB-NJK
_____

Se adjunta a este documento una copia de la comisión rogatoria que da lugar a la notificación o entrega de estos documentos. Este ejemplar también contiene información esencial para usted. También se adjuntan copias de la demanda o del escrito en el que se inició la comisión rogatoria, de los documentos adjuntos a la demanda o al escrito y de las resoluciones que ordenaron la expedición de la comisión rogatoria.

INFORMACIÓN ADICIONAL
I*
PARA NOTIFICACIÓN

A.   El documento que se le notifica (original o copia) se refiere a lo siguiente:
El Demandante Principal le obliga a comparecer para una deposición de no parte y a presentar documentos en
_____
relación con este caso.
_____

B.   Los recursos solicitados o el importe en litigio son los siguientes:
El Demandante Principal solicita, únicamente contra los demandados nombrados, una indemnización por daños y perjuicios y otras compensaciones, cuyo
_____
importe se determinará en el Tribunal, en relación con las presuntas violaciones de la ley de valores por parte de los demandados.
_____

C.   Mediante este servicio, se le solicita:
Comparecer, ya sea en persona o virtualmente, para una declaración de no parte y presentar documentos
_____
en relación con este caso.
_____

D.   ~~* En caso de que se le notifique como demandado, deberá responder a la demanda ante la autoridad judicial u otra autoridad adjudicadora especificada en el formulario A, casilla 1 (Estado, lugar, fecha y hora):~~ No aplicable.
_____

_____

~~* Se le convoca para que comparezca como:~~   No aplicable.
_____

[1] Llene el original y dos copias de este formulario en la lengua del Estado de origen y dos copias en la lengua del Estado de destino.
  * Borre si procede.

3

\* ~~Si se solicita alguna otra acción a la persona notificada, descríbala:~~
No aplicable.

E. Si no cumple, las consecuencias pueden ser: Puede ser declarado en desacato al tribunal.

F. Se le informa de que en el lugar donde se tramita el procedimiento se encuentra a su disposición un abogado defensor designado por el Tribunal o las siguientes sociedades de asistencia jurídica.

Nombre: Nevada Legal Services

Dirección: 530 6th St., Las Vegas, Nevada 89101 EUA

Los documentos enumerados en la Parte III se le facilitan para que pueda comprender y defender mejor sus intereses.

II \*
~~PARA INFORMACIÓN DE LA AUTORIDAD JUDICIAL O ADMINISTRATIVA~~

~~Para:~~

~~(Nombre y dirección de la autoridad judicial o administrativa)~~

~~Se ruega que facilite a la autoridad que suscribe la siguiente información.~~

Los documentos enumerados en la Parte III se le entregan para facilitar su respuesta.

\*Borre si es inaplicable.

4

## III
## RELACIÓN DE DOCUMENTOS ADJUNTOS

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(Adjunte páginas adicionales si es necesario)

Hecho en _Las Vegas, NV_ el día _31_ de _October_ 20_22_

_____        _____
Firma y sello de                        Firma y sello de
la parte judicial u otra adjudicataria  la Autoridad Central
autoridad del Estado de origen          del Estado de origen

5

**ANEXO AL PROTOCOLO ADICIONAL
A LA CONVENCIÓN INTERAMERICANA SOBRE COMISIONES
ROGATORIAS**

FORMULARIO C

CERTIFICADO DE EJECUCIÓN [1]

Para:    *Nancy J. Koppe*
~~Honorable Richard F. Boulware, II,~~ Tribunal de Distrito de los Estados Unidos para el Distrito de Nevada
333 Las Vegas Blvd. South, Room 3005
Las Vegas, Nevada 98101, EUA

(Nombre y dirección de la autoridad judicial u otra autoridad adjudicadora que emitió la
comisión rogatoria)

De conformidad con el Protocolo Adicional a la Convención Interamericana sobre
Exhortos o Comisiones Rogatorias, firmado en Montevideo el 8 de mayo de 1979, y de
acuerdo con el exhorto o comisión rogatoria original adjunta, la Autoridad Central que
suscribe tiene el honor de certificar lo siguiente:

\*      A. Que una copia de los documentos adjuntos a este certificado ha sido notificada
o entregada como sigue:

Fecha: _____

En (dirección) _____

Por uno de los siguientes métodos autorizados por el Convenio.

\*   (1)  De acuerdo con el procedimiento especial o las formalidades adicionales
que se describen a continuación, según lo previsto en el segundo párrafo
del artículo 10 de dicho Convenio, o

_____
_____
_____

\*   (2)  Mediante notificación personal al destinatario identificado o, en el caso
de una persona jurídica, a su agente autorizado, o

\*   (3)  Si no se encontró a la persona o al agente autorizado de la entidad a
notificar, de acuerdo con la ley del Estado de destino; (especifique el método
utilizado)

_____
_____
_____
_____

---

[1] Llene el original y una copia en la lengua del Estado de destino.
\*Borrar si no se puede aplicar

6

\*   B.  Que los documentos mencionados en la comisión rogatoria han sido entregados a:

Identidad de la persona _____

_____

_____

Relación con el destinatario_____

(Familia, negocios, u otro)

_____

_____

\*   C. Que los documentos adjuntos al certificado no han sido notificados o
       entregados por el siguiente motivo(s):

_____

_____

_____

\*   D. De conformidad con el Protocolo, se pide a la parte que solicita la
       ejecución de la comisión rogatoria que pague el saldo pendiente de los
       gastos en la cantidad indicada en la declaración adjunta.

Hecho en _____ el día_____ de_____ de 20____

_____
(Firma y sello de la Autoridad Central del Estado de destino)

En su caso, adjunte los originales o copias
de los documentos adicionales que acrediten
la notificación o entrega, e identifíquelos

\*Borrar si no se puede aplicar



**GTS Translation**
4747 Collins Ave.
Miami Beach FL 33140 USA

(866) 280-9038    sales@gts-translation.com

## CERTIFICATION OF TRANSLATION ACCURACY

### Date: 2022-09-16

Document Names:
USM-272-frm (abclegal) (Forms A-C), Guillermo Monroy) (9.14.22),
USM-272-frm (abclegal) (Forms A-C) (Gustavo Herrarte) (9.14.22),
USM-272-frm (abclegal) (Forms A-C) (Juan Jose Cabrera) (9.14.22),
USM-272-frm (abclegal) (Forms A-C) (Kelvin Villalta) (9.14.22),
USM-272-frm (abclegal) (Forms A-C) (Nestor Melgar) (9.14.22),
USM-272-frm (abclegal) Forms A-C (Javier Fortin) (9.14.22)

Source Language: English
Target Languages: Spanish

GTS Translation, a professional translation company, hereby declares
that the above-mentioned documents have been translated and
reviewed and are true translations of the original documents to the
best of our knowledge.

All translation and review work has been done by professional
translators who are native in the target language, and that have the
necessary subject matter expertise in the relevant field as applicable.

A copy of the translations must be attached to this certificate.

David J. Grunwald
Account Manager
GTS Translation