# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IN RE: TAHOE RESOURCES, INC. SECURITIES LITIGATION

Case No. 2:17-cv-01868-RFB-NJK

**Order**

[Docket Nos. 204, 206]

Pending before the Court is Lead Plaintiff's motion for issuance of letter rogatory to take the deposition of and compel documents from Néstor Melgar. Docket No. 204; *see also* Docket No. 206 (previously sealed version). The motion is unopposed. *See* Docket No. 219. The motion is properly resolved without a hearing. *See* Local Rule 78-1. For the reasons discussed below, the motion is **GRANTED**.

## I. BACKGROUND

This is a securities class action in which Lead Plaintiff alleges false or misleading statements regarding Defendants' mining operations in Central and South America. *See* Docket No. 59 (consolidated amended complaint). Lead Plaintiff filed several motions seeking issuance of letters rogatory. In the instant motion, Lead Plaintiff seeks a letter rogatory regarding the deposition and documents of Néstor Melgar, who was a parish priest involved in the opposition to the Escobal mine. *See* Docket No. 206-2 at 6.

## II. STANDARDS

"[A] letter rogatory is the request by a domestic court to a foreign court to take evidence from a certain witness." *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 247 n.1 (2004). Private parties in U.S. litigation may seek the issuance of letters rogatory in civil lawsuits. *See in re Premises Located at 840 140th Ave. NE, Bellevue, Wash.*, 634 F.3d 557, 562 (9th Cir.

2011). A deposition may be taken in a foreign country "under a letter of request, whether or not captioned a 'letter rogatory.'" Fed. R. Civ. P. 28(b)(1)(B). A letter rogatory may also include a request for the production of documents. *Viasat, Inc. v. Space Systems/Loral, Inc.*, 2013 WL 12061801, at *2 (S.D. Cal. Jan. 14, 2013).

The standards governing such requests have been succinctly stated as follows:

> A court has inherent authority to issue letters rogatory. 28 U.S.C. § 1781 also implicitly provides federal courts with authority to issue letters rogatory. Whether to issue such a letter is a matter of discretion for the court. When determining whether to exercise its discretion, a court will generally not weigh the evidence sought from the discovery request nor will it attempt to predict whether that evidence will actually be obtained. A court's decision whether to issue a letter rogatory, though, does require an application of Rule 26(b) in light of the scope of discovery provided for by the Federal Rules of Civil Procedure. "Under Rule 26(b), parties may obtain discovery regarding nonprivileged matter that is relevant to any party's claim or defense."

*Dish Network LLC v. Jadoo TV, Inc.*, 2020 WL 6528425, at *2 (N.D. Cal. June 29, 2020) (internal citations omitted).

## III.  ANALYSIS

The Court finds that issuance of a letter rogatory is appropriate in this case. Lead Plaintiff has made a showing that Melgar has relevant information in this case. Moreover, Defendants do not oppose the request. Given that Melgar is a non-party located in Guatemala, the letter rogatory is a necessary and appropriate mechanism to request the desired discovery.

## IV.  CONCLUSION

Accordingly, the Court **GRANTS** Lead Plaintiff's motion for issuance of letter rogatory to take the deposition of and compel documents from Néstor Melgar.

IT IS SO ORDERED.

Dated: October 31, 2022

Nancy J. Koppe
United States Magistrate Judge

2

# REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS PURSUANT TO THE ADDITIONAL PROTOCOL TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY

FORM A

## LETTER ROGATORY [1]

**1 REQUESTING JUDICIAL OR OTHER ADJUDICATORY AUTHORITY**

Name: United States District Court for the District of Nevada
Address Line 1: 333 Las Vegas Blvd. South
Address Line 2: Room 3005
Address Line 3: Las Vegas, Nevada 89101
Address Line 4: USA

**2**

PLAINTIFF: In re Tahoe Resources, Inc. Sec. Litig.
v.
DEFENDANT:

DOCKET No:
2:17-cv-01868

**3 CENTRAL AUTHORITY OF THE STATE OF ORIGIN**

Name: United States Department of Justice's Office of International Judicial Assistance
Address Line 1: ABC Legal Services
Address Line 2: 633 Yesler Way
Address Line 3: Seattle, WA 98104
Address Line 4: USA

**4 CENTRAL AUTHORITY OF THE STATE OF DESTINATION**

Name: Corte Suprema de Justicia
Address Line 1: 21 calle 7-70 zona 1, Centro Civico
Address Line 2: Edificio Palacio de Justicia
Address Line 3: Guatemala City
Address Line 4: Guatemala

**5 REQUESTING PARTY**

Name: Tiffany Huynh, as executor for the estate of Kevin Nguyen
Address Line 1: c/o James M. Wilson, Jr., Esq.
Address Line 2: Faruqi & Faruqi, LLP
Address Line 3: 685 Third Avenue, 26th Floor
Address Line 4: New York, NY 10017 USA

**6 COUNSEL TO THE REQUESTING PARTY**

Name: James M. Wilson, Jr., Esq.
Address Line 1: Faruqi & Faruqi, LLP
Address Line 2: 685 Third Avenue, 26th Floor
Address Line 3: New York, NY 10017
Address Line 4: USA

---

**PERSON DESIGNATED TO ACT IN CONNECTION WITH THE LETTER ROGATORY**

Name:
James M. Wilson, Jr., Esq.

Address Line 1: Faruqi & Faruqi, LLP
Address Line 2: 685 Third Avenue, 26th Floor
Address Line 3: New York, NY 10017
Address Line 4: USA

Is this person responsible for costs and expenses?
Yes ☑    No ☐
If not, check in the amount of $_____
is attached.
(Or proof of payment is attached.)

---

[1] Complete the original and two copies of this form; if A (1) is applicable, attach the original and two copies of the translation of this item in the language of the State of destination.

The Central Authority signing the letter rogatory has the honor to transmit to you in triplicate the documents listed below and, in conformity with the protocol to the Inter-American Convention on Letters Rogatory:

* A. Requests their prompt service on:
  Father Nestor Adolfo Melgar Monterroso
  San Jose Pinula, Guatemala

The undersigned authority requests the service be carried out in the following manner:

* (1) In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above mentioned Convention; or

* (2) By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent; or

* (3) If the person or the authorized agent of the entity to be served is not found, service shall be made in accordance with the law of the State of destination.

* ~~B. Requests the delivery of the documents listed below to the following judicial or administrative authority:~~

  ~~Authority:~~ _____

* C. Requests the Central Authority of the State of destination to return to the Central Authority of the State of origin one copy of the documents listed below and attached to this letter rogatory, and an executed Certificate of the attached Form C.

Done at Las Vegas, Nevada this  31  date of  October , 20 22

Signature and stamp of the
judicial or other adjudicatory
authority of the State of origin

Signature and stamp of the
Central Authority of the
State of origin

Title or other identification of each document to be delivered:
Form A in English and translated into Spanish; Form B in English and translated into Spanish; Form C in English and translated into Spanish; Schedule A in English and translated into Spanish; Subpoena to Testify at a Deposition in English and translated into Spanish; and Consolidated Amended Class Action Complaint in English and translated into Spanish.

(Attach additional pages, if necessary)  2
*Delete if inapplicable

## ANNEX TO THE ADITIONAL PROTOCOL
## TO THE INTER-AMERICAN CONVENTION OF LETTERS RAGOTORY

FORM B
ESSENTIAL INFORMATION FOR THE ADDRESSEE [1]

To (Name and address of the person being served) <u>Father Nestor Adolfo Melgar Monterroso San Jose Pinula, Guatemala</u>

You are hereby informed that (Brief statement of nature of service) <u>You are being compelled to appear for a non-party deposition and to produce documents in connection with In re Tahoe Resources, Inc. Sec. Litig., case no. 2:17-cv-01868-RFB- NJK</u>

A copy of the letter rogatory that gives rise to the service or delivery of these documents is attached to this document. This copy also contains essential information for you. Also attached are copies of the complaint or pleading initiating the action in which the letter rogatory was issued, of the documents attached to the complaint or pleading, and of any rulings that ordered the issuance of the letter rogatory.

### ADDITIONAL INFORMATION
### I*
### FOR SERVICE

A. The document being served on you (original or copy) concerns the following:
<u>Lead Plaintiff is compelling you to appear for a non-party deposition and to produce documents in connection with this case.</u>

B. The remedies sought or the amount in dispute is as follows:
<u>Lead Plaintiff is seeking, against named Defendants only, civil damages and other relief, in an amount to be determined, in connection with Defendants' alleged securities law violations.</u>

C. By this service, you are requested:
<u>To appear, either in-person or virtually, for a non-party deposition and to produce documents in connection with this case.</u>

D. ~~* In case of service on you as a defendant you an answer the complaint before the judicial or other adjudicatory authority specified in Form A, Box 1 (State place, date and hour):~~ _____

~~* You are being summoned to appear as~~: <u>Not applicable.</u>

---

[1] Complete the original and two copies of this form in the language of the State of origin and two copies in the language of the State of destination.
   * Delete if applicable.

3

\* ~~If some other action is being requested of the person served, please describe:~~ _____

_____

_____

_____

E. If you fail to comply, the consequences might be: <u>You may be held in contempt of court.</u>

_____

_____

F. You are hereby informed that a defense counsel appointed by the Court or the Following legal aid societies are available to you at the place where the proceeding is pending.

Name: <u>Nevada Legal Services</u>

Address: <u>530 6th St., Las Vegas, Nevada 89101 USA</u>

_____

The documents listed in Part III are being furnished to you so that you may better understand and defend your interests.

II \*
~~FOR INFORMATION FROM JUDICIAL OR ADMINISTRATIVE AUTHORITY~~

To: _____

_____

~~(Name and address of the judicial or administrative authority)~~

~~You are respectfully requested to furnish the undersigned authority with the following information.~~

_____

_____

_____

The documents listed in Part III are being furnished to you to facilitate your reply.

\*Delete if inapplicable.

4

**III**
**LIST OF ATTACHED DOCUMENTS**

Subpoena to Testify at a Deposition and Produce Documents, in English and translated into Spanish; Schedule A to the subpoena, in English and translated into Spanish; and the Consolidated Amended Class Action Complaint, in English and translated into Spanish.

(Attach additional pages if necessary)

Done at   Las Vegas, Nevada   this   3 1   day of

October   , 20 22

Signature and stamp of the
judicial or other adjudicatory
authority of the State of origin

Signature and stamp of
the Central Authority
of the State of Origin

5

**ANNEX TO THE ADDITIONAL PROTOCOL
TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY**

FORM C

CERTIFICATE OF EXECUTION [1]

To: Honorable ~~Richard F. Boulware, II,~~ Nancy S. Koppe United States District Court for the District of Nevada
333 Las Vegas Blvd. South, Room 3005
Las Vegas, Nevada 98101, USA
(Name and address of judicial or other adjudicatory authority that issued the letter rogatory)

In conformity with the Additional Protocol to the Inter-American Convention on Letters Rogatory, signed at Montevideo on May 8, 1979, and in accordance with the attached original letter rogatory, the undersigned Central Authority has the honor to certify the following:

\*    A.   That one copy of the documents attached to this Certificate has been served or delivered as follows:

     Date: _____

     At (Address) _____

By one of the following methods authorized by the Convention.

\* (1)   In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above mentioned Convention, or

_____
_____

\* (2)   By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent, or

\* (3)   If the person or the authorized agent of the entity to be served was not found, in accordance with the law of the State of destination; (Specify method used)

_____
_____
_____
_____

---

[1] Complete the original and one copy in the language of the State of destination.
\*Delete if inapplicable

6

\* B. That the documents referred to in the letter rogatory have been delivered to:

Identity of person _____

_____

_____

Relationship to the addressee _____
(Family, business or other)

_____

_____

\* C. That the documents attached to the Certificate have not been served or delivered for the following reason(s):

_____

_____

_____

\* D In conformity with the Protocol, the party requesting execution of the letter rogatory is requested to pay the outstanding balance of costs in the amount indicated in the attached statement.

Done at _____ the _____ day of _____ 20___

_____
(Signature and stamp of Central Authority of the State of destination)

Where appropriate, attach originals or copies
of any additional documents proving service
or delivery, and identify them

\*Delete if inapplicable

7

# SOLICITUD DE NOTIFICACIÓN O TRASLADO EN EL EXTRANJERO DE DOCUMENTOS JUDICIALES O EXTRAJUDICIALES EN VIRTUD DEL PROTOCOLO ADICIONAL A LA CONVENCIÓN INTERAMERICANA SOBRE COMISIONES ROGATORIAS

FORMULARIO A

## COMISIÓN ROGATORIA [1]

**1**

SOLICITAR A LA AUTORIDAD JUDICIAL O A OTRA AUTORIDAD ADJUDICADORA

Nombre: Corte de Distrito de los Estados Unidos para el Distrito de Nevada

Dirección Línea 1: 333 Las Vegas Blvd. South
Dirección Línea 2: Room 3005
Dirección Línea 3: Las Vegas, Nevada 89101
Dirección Línea 4: EUA

**2**

DEMANDANTE:    In re Tahoe Resources Inc. Sec. Litig.
W.
DEMANDADO:

EXPEDIENTE Nr.:
2:17-cv-01868

**3**

AUTORIDAD CENTRAL DEL ESTADO DE ORIGEN

Nombre: Oficina de Asistencia Judicial Internacional del Departamento de Justicia de los Estados Unidos

Dirección Línea 1: ABC Legal Services
Dirección Línea 2: 633 Yesler Way
Dirección Línea 3: Seattle, WA 98104
Dirección Línea 4: EUA

**4**

AUTORIDAD CENTRAL DEL ESTADO DE DESTINO

Nombre: Corte Suprema de Justicia

Dirección Línea 1: 21 Calle 7-70 zona 1, Centro Cívico
Dirección Línea 2: Edificio Palacio de Justicia
Dirección Línea 3: Ciudad de Guatemala
Dirección Línea 4: Guatemala

**5**

PARTE SOLICITANTE

Nombre: Tiffany Huynh, como albacea del patrimonio de Kevin Nguyen

Dirección Línea 1: c/o James M. Wilson, Jr., Esq.
Dirección Línea 2: Faruqi & Faruqi, LLP
Dirección Línea 3: 685 Third Avenue, 26th Floor
Dirección Línea 4: Nueva York, NY 10017 EUA

**6**

ABOGADO DE LA PARTE SOLICITANTE

Nombre: James M. Wilson, Jr., Esq.

Dirección Línea 1: Faruqi & Faruqi, LLP
Dirección Línea 2: 685 Third Avenue, 26th Floor
Dirección Línea 3: Nueva York, NY 10017
Dirección Línea 4: EUA

---

PERSONA DESIGNADA PARA ACTUAR EN RELACIÓN CON LA COMISIÓN ROGATORIA

Nombre:
James M. Wilson, Jr., Esq.

Dirección Línea 1: Faruqi & Faruqi, LLP
Dirección Línea 2: 685 Third Avenue, 26th Floor
Dirección Línea 3: Nueva York, NY 10017
Dirección Línea 4: EUA

¿Esta persona es responsable de los costos y gastos?
Sí ☑           No ☐
En caso negativo, verifique el monto en $ se adjunta.
(O se adjunta el comprobante de pago).

---

[1] Llene el original y dos copias de este formulario; si A (1) es aplicable, adjunte el original y dos copias de la traducción de este punto en la lengua del Estado de destino.

1

La Autoridad Central que firma la comisión rogatoria tiene el honor de remitirle por triplicado los documentos que se indican a continuación y, de conformidad con el protocolo de la Convención Interamericana sobre Exhortos o Comisiones Rogatorias:

* A.   Solicita su rápido servicio en:
       Padre Néstor Adolfo Melgar Monterroso
       San José Pinula, Guatemala

La autoridad que suscribe solicita que el servicio se lleve a cabo de la siguiente manera:

* (1) De acuerdo con el procedimiento especial o las formalidades adicionales que se describen a continuación, según lo previsto en el segundo párrafo del artículo 10 del citado Convenio; o

* (2) Mediante notificación personal al destinatario identificado o, en el caso de una persona jurídica, a su agente autorizado; o

* (3) Si no se encuentra la persona o el agente autorizado de la entidad a notificar, la notificación se realizará de acuerdo con la ley del Estado de destino.

* B.   ~~Solicita la entrega de los documentos que se enumeran a continuación a los siguientes órganos judiciales o autoridad administrativa:~~

       ~~Autoridad:~~

* C.   Solicita a la Autoridad Central del Estado de destino que devuelva a la Autoridad Central del Estado de origen una copia de los documentos que se enumeran a continuación y que se adjuntan a la presente comisión rogatoria, así como un certificado ejecutado del formulario C adjunto.

Realizado en Las Vegas, Nevada el día 31 de  October  de 20 22

Firma y sello de                              Firma y sello de
la parte judicial u otra adjudicataria        Autoridad Central de
autoridad del Estado de origen                Estado de origen

Título u otra identificación de cada documento a entregar:
Formulario A en inglés y traducido al español; Formulario B en inglés y traducido al español; el formulario C en inglés y traducido al español; el programa A en inglés y traducido al español; la citación para testificar en una declaración en inglés y traducida al español; y la demanda colectiva modificada consolidada en inglés y traducida al español.

(Añadir páginas adicionales en caso de ser necesario)   2
*Borrar si no se puede aplicar

**ANEXO AL PROTOCOLO ADICIONAL
A LA CONVENCIÓN INTERAMERICANA DE LAS COMISIONES
RAGOTORY**

FORMULARIO B
INFORMACIÓN ESENCIAL PARA EL DESTINATARIO [1]

Para (Nombre y dirección de la persona notificada) <u>Padre Néstor Adolfo Melgar Monterroso
San José Pinula, Guatemala</u>

Por la presente se le informa de que (Breve declaración de la naturaleza del servicio) <u>Se le
informa sobre su obligación de comparecer a una declaración sin ser parte y a presentar documentos
en conexión con In re Tahoe Resources, Inc. Sec. Litig., caso no. 2:17-cv-01868-RFB- NJK</u>

Se adjunta a este documento una copia de la comisión rogatoria que da lugar a la notificación o entrega de estos documentos. Este ejemplar también contiene información esencial para usted. También se adjuntan copias de la demanda o del escrito en el que se inició la comisión rogatoria, de los documentos adjuntos a la demanda o al escrito y de las resoluciones que ordenaron la expedición de la comisión rogatoria.

INFORMACIÓN ADICIONAL
I*
PARA NOTIFICACIÓN

A. El documento que se le notifica (original o copia) se refiere a lo siguiente: El <u>Demandante Principal le obliga a comparecer para una deposición de no parte y a presentar documentos en relación con este caso.</u>

B. Los recursos solicitados o el importe en litigio son los siguientes:
<u>El Demandante Principal solicita, únicamente contra los demandados nombrados, una indemnización por daños y perjuicios y otras compensaciones, en una cantidad a determinar, en relación con las supuestas violaciones de la ley de valores por parte de los Demandados.</u>

C. Mediante este servicio, se le solicita:
<u>Comparecer, ya sea en persona o virtualmente, para una declaración de no parte y presentar documentos en relación con este caso.</u>

D. ~~* En caso de que se le notifique como demandado, deberá responder a la demanda ante la autoridad judicial u otra autoridad adjudicadora especificada en el formulario A, casilla 1 (Estado, lugar, fecha y hora):~~

~~* Se le convoca para que comparezca como~~: No aplicable.

---

[1] Llene el original y dos copias de este formulario en la lengua del Estado de origen y dos copias en la lengua del Estado de destino.
* Borre si procede.

3

* ~~Si se solicita alguna otra acción a la persona notificada, descríbala:~~

   _____
   _____
   _____

E. Si no cumple, las consecuencias pueden ser: <u>Puede ser declarado en desacato al tribunal.</u>

   _____
   _____

F. Se le informa de que en el lugar donde se tramita el procedimiento se encuentra a su disposición un abogado defensor designado por el Tribunal o las siguientes sociedades de asistencia jurídica.

   Nombre: <u>Nevada Legal Services</u>

   Dirección: <u>530 6th St., Las Vegas, Nevada 89101 EUA</u>

Los documentos enumerados en la Parte III se le facilitan para que pueda comprender y defender mejor sus intereses.

II *
~~PARA INFORMACIÓN DE LA AUTORIDAD JUDICIAL O ADMINISTRATIVA~~

Para: _____
   _____

~~(Nombre y dirección de la autoridad judicial o administrativa)~~

~~Se ruega que facilite a la autoridad que suscribe la siguiente información.~~

   _____
   _____

Los documentos enumerados en la Parte III se le entregan para facilitar su respuesta.

*Borre si es inaplicable.

4

### III
### RELACIÓN DE DOCUMENTOS ADJUNTOS

Citación para testificar en una declaración y presentar documentos, en inglés y traducida al español; el Programa A de la citación, en inglés y traducido al español; y la Demanda colectiva modificada consolidada, en inglés y traducida al español.

(Adjunte páginas adicionales si es necesario)

Hecho en Las Vegas, Nevada el día 31 de October de 20 22

Firma y sello de
la parte judicial u otra adjudicataria
autoridad del Estado de origen

Firma y sello de
la Autoridad Central
del Estado de origen

5

**ANEXO AL PROTOCOLO ADICIONAL
A LA CONVENCIÓN INTERAMERICANA SOBRE COMISIONES
ROGATORIAS**

FORMULARIO C

CERTIFICADO DE EJECUCIÓN [1]

Para: Honorable ~~Richard F. Boulware, II~~ Nancy J. Koppe, Tribunal de Distrito de los Estados Unidos para el Distrito de Nevada
333 Las Vegas Blvd. South, Room 3005
Las Vegas, Nevada 98101, EUA
(Nombre y dirección de la autoridad judicial u otra autoridad adjudicadora que emitió la comisión rogatoria)

De conformidad con el Protocolo Adicional a la Convención Interamericana sobre Exhortos o Comisiones Rogatorias, firmado en Montevideo el 8 de mayo de 1979, y de acuerdo con el exhorto o comisión rogatoria original adjunta, la Autoridad Central que suscribe tiene el honor de certificar lo siguiente:

\*      A. Que una copia de los documentos adjuntos a este certificado ha sido notificada o entregada como sigue:

        Fecha: _____

        En (dirección) _____

Por uno de los siguientes métodos autorizados por el Convenio.

\* (1) De acuerdo con el procedimiento especial o las formalidades adicionales que se describen a continuación, según lo previsto en el segundo párrafo del artículo 10 de dicho Convenio, o

_____
_____

\* (2) Mediante notificación personal al destinatario identificado o, en el caso de una persona jurídica, a su agente autorizado, o

\* (3) Si no se encontró a la persona o al agente autorizado de la entidad a notificar, de acuerdo con la ley del Estado de destino; (especifique el método utilizado)

_____
_____
_____

---

[1] Llene el original y una copia en la lengua del Estado de destino.
\*Borrar si no se puede aplicar

6

\*   B. Que los documentos mencionados en la comisión rogatoria han sido entregados a:

   Identidad de la persona _____

   _____

   Relación con el destinatario _____
                                                                    (Familia, negocios, u otro)

   _____

\*   C. Que los documentos adjuntos al certificado no han sido notificados o
     entregados por el siguiente motivo(s):

   _____
   _____

\*   D De conformidad con el Protocolo, se pide a la parte que solicita la ejecución
     de la comisión rogatoria que pague el saldo pendiente de los gastos en la
     cantidad indicada en la declaración adjunta.

   Hecho en _____ el día _____ de _____ de 20\_\_\_\_

   _____
                 (Firma y sello de la Autoridad Central del Estado de destino)

En su caso, adjunte los originales o copias
de los documentos adicionales que acrediten
la notificación o entrega, e identifíquelos

\*Borrar si no se puede aplicar

7



**GTS Translation**
4747 Collins Ave.
Miami Beach FL 33140 USA

(866) 280-9038    sales@gts-translation.com

# CERTIFICATION OF TRANSLATION ACCURACY

Date: 2022-09-16

Document Names:
USM-272-frm (abclegal) (Forms A-C), Guillermo Monroy) (9.14.22),
USM-272-frm (abclegal) (Forms A-C) (Gustavo Herrarte) (9.14.22),
USM-272-frm (abclegal) (Forms A-C) (Juan Jose Cabrera) (9.14.22),
USM-272-frm (abclegal) (Forms A-C) (Kelvin Villalta) (9.14.22),
USM-272-frm (abclegal) (Forms A-C) (Nestor Melgar) (9.14.22),
USM-272-frm (abclegal) Forms A-C (Javier Fortin) (9.14.22)

Source Language: English
Target Languages: Spanish

GTS Translation, a professional translation company, hereby declares that the above-mentioned documents have been translated and reviewed and are true translations of the original documents to the best of our knowledge.

All translation and review work has been done by professional translators who are native in the target language, and that have the necessary subject matter expertise in the relevant field as applicable.

A copy of the translations must be attached to this certificate.

*[signature: M Grunwald]*

David J. Grunwald
Account Manager
GTS Translation