# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| IN RE: TAHOE RESOURCES, INC. SECURITIES LITIGATION | Case No. 2:17-cv-01868-RFB-NJK<br>**Order**<br>[Docket Nos. 213, 215] |

Pending before the Court is Lead Plaintiff's motion for issuance of letter rogatory to take the deposition of and compel documents from Gustavo Herrarte.  Docket No. 213; *see also* Docket No. 215 (previously sealed version).  The motion is unopposed.  *See* Docket No. 219.  The motion is properly resolved without a hearing.  *See* Local Rule 78-1.  For the reasons discussed below, the motion is **GRANTED**.

## I.    BACKGROUND

This is a securities class action in which Lead Plaintiff alleges false or misleading statements regarding Defendants' mining operations in Central and South America.  *See* Docket No. 59 (consolidated amended complaint).  Lead Plaintiff filed several motions seeking issuance of letters rogatory.  In the instant motion, Lead Plaintiff seeks a letter rogatory regarding the deposition and documents of Gustavo Herrarte, who was an expert hired by Defendant Tahoe regarding indigenous peoples in Guatemala.  *See* Docket No. 215-4.

## II.    STANDARDS

"[A] letter rogatory is the request by a domestic court to a foreign court to take evidence from a certain witness."  *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 247 n.1 (2004).  Private parties in U.S. litigation may seek the issuance of letters rogatory in civil lawsuits.  *See in re Premises Located at 840 140th Ave. NE, Bellevue, Wash.*, 634 F.3d 557, 562 (9th Cir.

2011). A deposition may be taken in a foreign country "under a letter of request, whether or not captioned a 'letter rogatory.'" Fed. R. Civ. P. 28(b)(1)(B). A letter rogatory may also include a request for the production of documents. *Viasat, Inc. v. Space Systems/Loral, Inc.*, 2013 WL 12061801, at *2 (S.D. Cal. Jan. 14, 2013).

> The standards governing such requests have been succinctly stated as follows:

> A court has inherent authority to issue letters rogatory. 28 U.S.C. § 1781 also implicitly provides federal courts with authority to issue letters rogatory. Whether to issue such a letter is a matter of discretion for the court. When determining whether to exercise its discretion, a court will generally not weigh the evidence sought from the discovery request nor will it attempt to predict whether that evidence will actually be obtained. A court's decision whether to issue a letter rogatory, though, does require an application of Rule 26(b) in light of the scope of discovery provided for by the Federal Rules of Civil Procedure. "Under Rule 26(b), parties may obtain discovery regarding nonprivileged matter that is relevant to any party's claim or defense."

*Dish Network LLC v. Jadoo TV, Inc.*, 2020 WL 6528425, at *2 (N.D. Cal. June 29, 2020) (internal citations omitted).

## III.   ANALYSIS

The Court finds that issuance of a letter rogatory is appropriate in this case. Lead Plaintiff has made a showing that Herrarte has relevant information in this case. Moreover, Defendants do not oppose the request. Given that Herrarte is a non-party located in Guatemala, the letter rogatory is a necessary and appropriate mechanism to request the desired discovery.

## IV.   CONCLUSION

Accordingly, the Court **GRANTS** Lead Plaintiff's motion for issuance of letter rogatory to take the deposition of and compel documents from Gustavo Herrarte.

IT IS SO ORDERED.

Dated: October 31, 2022

Nancy J. Koppe
United States Magistrate Judge

**REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS PURSUANT TO THE ADDITIONAL PROTOCOL TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY**

FORM A

LETTER ROGATORY [1]

| 1 | 2 |
|---|---|
| **REQUESTING JUDICIAL OR OTHER ADJUDICATORY AUTHORITY**<br><br>Name: United States District Court for the District of Nevada<br><br>Address Line 1: 333 Las Vegas Blvd. South<br>Address Line 2: Room 3005<br>Address Line 3: Las Vegas, Nevada 89101<br>Address Line 4: USA | PLAINTIFF: In re Tahoe Resources, Inc. Securities Litigation<br>\v.<br>DEFENDANT:<br><br>DOCKET No:<br>2:17-cv-01868-RFB-NJK |

| 3 | 4 |
|---|---|
| **CENTRAL AUTHORITY OF THE STATE OF ORIGIN**<br><br>Name: The United States Department of Justice's Office of International Judicial Assistance<br><br>Address Line 1: ABC Legal Services<br>Address Line 2: 633 Yesler Way<br>Address Line 3: Seattle, WA 98104<br>Address Line 4: USA | **CENTRAL AUTHORITY OF THE STATE OF DESTINATION**<br><br>Name: Corte Suprema de Justicia<br><br>Address Line 1: 21 calle 7-70 zona 1<br>Address Line 2: Centro Civico<br>Address Line 3: Edificio Palacio de Justicia<br>Address Line 4: Guatemala City, Guatemala |

| 5 | 6 |
|---|---|
| **REQUESTING PARTY**<br><br>Name: Tiffany Huyhn, as executor for the estate of Kevin Nguyen<br><br>Address Line 1: c/o James M. Wilson, Jr., Esq.<br>Address Line 2: Faruqi & Faruqi, LLP<br>Address Line 3: 685 Third Avenue, 26th Floor<br>Address Line 4: New York, NY 10017 USA | **COUNSEL TO THE REQUESTING PARTY**<br><br>Name: James M. Wilson, Jr., Esq.<br><br>Address Line 1: Faruqi & Faruqi, LLP<br>Address Line 2: 685 Third Avenue, 26th Floor<br>Address Line 3: New York, NY 10017<br>Address Line 4: USA |

**PERSON DESIGNATED TO ACT IN CONNECTION WITH THE LETTER ROGATORY**

Name:
James M. Wilson, Jr., Esq.

Is this person responsible for costs and expenses?
Yes ☑        No ☐
If not, check in the amount of $_____
is attached.
(Or proof of payment is attached.)

Address Line 1: Faruqi & Faruqi, LLP
Address Line 2: 685 Third Avenue, 26th Floor
Address Line 3: New York, NY 10017
Address Line 4: USA

[1] Complete the original and two copies of this form; if A (1) is applicable, attach the original and two copies of the translation of this item in the language of the State of destination.

1

The Central Authority signing the letter rogatory has the honor to transmit to you in triplicate the documents listed below and, in conformity with the protocol to the Inter-American Convention on Letters Rogatory:

\*   A.   Requests their prompt service on:

Gustavo Herrarte
_____

4 Calle 8-56 Molino de las Flores 2, z.11, Guatemala City, Guatemala
_____

_____

The undersigned authority requests the service be carried out in the following manner:

\*   (1) In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above mentioned Convention; or

_____
_____
_____
_____

\*   (2) By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent; or

\*   (3) If the person or the authorized agent of the entity to be served is not found, service shall be made in accordance with the law of the State of destination.

~~\*   B.   Requests the delivery of the documents listed below to the following judicial or administrative authority:~~

~~Authority:~~ _____

_____

_____

\*   C.   Requests the Central Authority of the State of destination to return to the Central Authority of the State of origin one copy of the documents listed below and attached to this letter rogatory, and an executed Certificate of the attached Form C.

Done at   Las Vegas, Nevada   this   31   date of   October   , 20 22

_____   _____
Signature and stamp of the            Signature and stamp of the
judicial or other adjudicatory         Central Authority of the
authority of the State of origin       State of origin

Title or other identification of each document to be delivered:

Form A in English and translated into Spanish; Form B in English and translated into Spanish; Form C in English and translated into Spanish; Subpoena to Testify at a Deposition in English and translated into Spanish; Schedule A in English and translated into Spanish; and Consolidated Amended Class Action Complaint in English and translated into Spanish.

(Attach additional pages, if necessary)
\*Delete if inapplicable

2

**ANNEX TO THE ADITIONAL PROTOCOL**
**TO THE INTER-AMERICAN CONVENTION OF LETTERS RAGOTORY**

FORM B

ESSENTIAL INFORMATION FOR THE ADDRESSEE [1]

To (Name and address of the person being served) Gustavo Herrarte, 4 Calle 8-56 Molino de las Flores 2, z. 11, Guatemala City, Guatemala

You are hereby informed that (Brief statement of nature of service)  You are being compelled to appear for a non-party deposition and to produce documents in connection with In re Tahoe Resources Litigation, case no. 2:17-cv-01868-RFB-NJK.

A copy of the letter rogatory that gives rise to the service or delivery of these documents is attached to this document. This copy also contains essential information for you. Also attached are copies of the complaint or pleading initiating the action in which the letter rogatory was issued, of the documents attached to the complaint or pleading, and of any rulings that ordered the issuance of the letter rogatory.

**ADDITIONAL INFORMATION**
**I***
**FOR SERVICE**

A.  The document being served on you (original or copy) concerns the following: Lead Plaintiff is compelling you to appear for a non-party deposition and to produce documents in connection with this case.

B.  The remedies sought or the amount in dispute is as follows:  Lead Plaintiff is seeking, against named-Defendants only, civil damages and other relief, amount to be determined in Court, in connection with Defendants' alleged securities law violations.

C.  By this service, you are requested: To appear, either in-person or virtually, for a non-party deposition and to produce documents in connection with this case.

D.  * ~~In case of service on you as a defendant you an answer the complaint before the judicial or other adjudicatory authority specified in Form A, Box 1 (State place, date and hour):~~  Not applicable.

* ~~You are being summoned to appear as:~~ Not applicable.

[1] Complete the original and two copies of this form in the language of the State of origin and two copies in the language of the State of destination.
    * Delete if applicable.

\*   ~~If some other action is being requested of the person served, please describe:~~
Not applicable.

E.   If you fail to comply, the consequences might be:  You may be held in contempt
 of court.

F.   You are hereby informed that a defense counsel appointed by the Court or the
Following legal aid societies are available to you at the place where the
proceeding is pending.

Name:  Nevada Legal Services

Address:  530 6th St., Las Vegas, Nevada 89101 USA

The documents listed in Part III are being furnished to you so that you may better
understand and defend your interests.

II \*
FOR INFORMATION FROM JUDICIAL OR ADMINISTRATIVE
AUTHORITY

To: _____

_____

(Name and address of the judicial or administrative authority)

~~You are respectfully requested to furnish the undersigned authority with the
following information.~~

_____

_____

The documents listed in Part III are being furnished to you to facilitate your reply.

   \*Delete if inapplicable.

**III**
**LIST OF ATTACHED DOCUMENTS**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(Attach additional pages if necessary)

Done at _Las Vegas, Nevada_____ this _____3 1_____ day of

_October_____, 20 22_____

_____              _____
Signature and stamp of the             Signature and stamp of
judicial or other adjudicatory          the Central Authority
authority of the State of origin        of the State of Origin

5

**ANNEX TO THE ADDITIONAL PROTOCOL
TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY**

FORM C

CERTIFICATE OF EXECUTION [1]

To:  Honorable ~~Richard F. Boulware, II,~~ *Nancy J. Koppe* United States District Court for the District of Nevada

333 Las Vegas Blvd. South, Room 3005, Las Vegas, Nevada 98101, USA

(Name and address of judicial or other adjudicatory authority that issued the letter rogatory)

In conformity with the Additional Protocol to the Inter-American Convention on Letters Rogatory, signed at Montevideo on May 8, 1979, and in accordance with the attached original letter rogatory, the undersigned Central Authority has the honor to certify the following:

\*   A.  That one copy of the documents attached to this Certificate has been served or delivered as follows:

Date: _____

At (Address) _____

By one of the following methods authorized by the Convention.

\*  (1)  In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above mentioned Convention, or

_____
_____

\*  (2)  By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent, or

\*  (3)  If the person or the authorized agent of the entity to be served was not found, in accordance with the law of the State of destination; (Specify method used)

_____
_____
_____
_____

[1] Complete the original and one copy in the language of the State of destination.
\*Delete if inapplicable

6

\*    B.   That the documents referred to in the letter rogatory have been delivered to:

Identity of person _____

_____

_____

Relationship to the addressee _____

(Family, business or other)

_____

_____

\*    C.   That the documents attached to the Certificate have not been served or delivered for the following reason(s):

_____

_____

_____

\*    D   In conformity with the Protocol, the party requesting execution of the letter rogatory is requested to pay the outstanding balance of costs in the amount indicated in the attached statement.

Done at _____the _____day of _____20\_\_\_

_____

(Signature and stamp of Central Authority of the State of destination)

Where appropriate, attach originals or copies
of any additional documents proving service
or delivery, and identify them

\*Delete if inapplicable

**SOLICITUD DE NOTIFICACIÓN O TRASLADO EN EL EXTRANJERO DE DOCUMENTOS JUDICIALES O EXTRAJUDICIALES EN VIRTUD DEL PROTOCOLO ADICIONAL A LA CONVENCIÓN INTERAMERICANA SOBRE COMISIONES ROGATORIAS**

FORMULARIO A

COMISIÓN ROGATORIA [1]

| 1 | 2 |
|---|---|
| **SOLICITAR A LA AUTORIDAD JUDICIAL O A OTRA AUTORIDAD ADJUDICADORA**<br><br>Nombre: Corte de Distrito de los Estados Unidos para el Distrito de Nevada<br><br>Dirección Línea 1: 333 Las Vegas Blvd. South<br>Dirección Línea 2: Room 3005<br>Dirección Línea 3: Las Vegas, Nevada 89101<br>Dirección Línea 4: EUA | DEMANDANTE:   In re Tahoe Resources Inc. Securities Litigation<br>\v.<br>DEMANDADO:<br><br>EXPEDIENTE Nr.:<br>**2:17-cv-01868-RFB-NJK** |

| 3 | 4 |
|---|---|
| **AUTORIDAD CENTRAL DEL ESTADO DE ORIGEN**<br><br>Nombre: Oficina de Asistencia Judicial Internacional del Departamento de Justicia de los Estados Unidos<br><br>Dirección Línea 1: ABC Legal Services<br>Dirección Línea 2: 633 Yesler Way<br>Dirección Línea 3: Seattle, WA 98104<br>Dirección Línea 4: EUA | **AUTORIDAD CENTRAL DEL ESTADO DE DESTINO**<br><br>Nombre: Corte Suprema de Justicia<br><br>Dirección Línea 1: 21 Calle 7-70 zona 1, Centro Cívico<br>Dirección Línea 2: Edificio Palacio de Justicia<br>Dirección Línea 3: Ciudad de Guatemala<br>Dirección Línea 4: Guatemala |

| 5 | 6 |
|---|---|
| **PARTE SOLICITANTE**<br><br>Nombre: Tiffany Huynh, como albacea del patrimonio de Kevin Nguyen<br><br>Dirección Línea 1: c/o James M. Wilson, Jr., Esq.<br>Dirección Línea 2: Faruqi & Faruqi, LLP<br>Dirección Línea 3: 685 Third Avenue, 26th Floor<br>Dirección Línea 4: Nueva York, NY 10017 EUA | **ABOGADO DE LA PARTE SOLICITANTE**<br><br>Nombre: James M. Wilson, Jr., Esq.<br><br>Dirección Línea 1: Faruqi & Faruqi, LLP<br>Dirección Línea 2: 685 Third Avenue, 26th Floor<br>Dirección Línea 3: Nueva York, NY 10017<br>Dirección Línea 4: EUA |

**PERSONA DESIGNADA PARA ACTUAR EN RELACIÓN CON LA COMISIÓN**

Nombre:
James M. Wilson, Jr., Esq.

¿Esta persona es responsable de los costos y gastos?
Sí ☑     No ☐
En caso negativo, verifique el monto en $ se adjunta.
(O se adjunta el comprobante de pago).

Dirección Línea 1: Faruqi & Faruqi, LLP
Dirección Línea 2: 685 Third Avenue, 26th Floor
Dirección Línea 3: Nueva York, NY 10017
Dirección Línea 4: EUA

[1] Llene el original y dos copias de este formulario; si A (1) es aplicable, adjunte el original y dos copias de la traducción de este punto en la lengua del Estado de destino.

1

La Autoridad Central que firma la comisión rogatoria tiene el honor de remitirle por triplicado los documentos que se indican a continuación y, de conformidad con el protocolo de la Convención Interamericana sobre Exhortos o Comisiones Rogatorias:

* A.    Solicita su rápido servicio en:

Gustavo Herrarte

4 Calle 8-56 Molino de las Flores 2, z.11, Ciudad de Guatemala, Guatemala

La autoridad que suscribe solicita que el servicio se lleve a cabo de la siguiente manera:

* (1) De acuerdo con el procedimiento especial o las formalidades adicionales que se describen a continuación, según lo previsto en el segundo párrafo del artículo 10 del citado Convenio; o

* (2) Mediante notificación personal al destinatario identificado o, en el caso de una persona jurídica, a su agente autorizado; o

* (3) Si no se encuentra la persona o el agente autorizado de la entidad a notificar, la notificación se realizará de acuerdo con la ley del Estado de destino.

* ~~B.   Solicita la entrega de los documentos que se enumeran a continuación a los siguientes órganos judiciales o autoridad administrativa:~~

~~Autoridad:~~

* C.    Solicita a la Autoridad Central del Estado de destino que devuelva a la Autoridad Central del Estado de origen una copia de los documentos que se enumeran a continuación y que se adjuntan a la presente comisión rogatoria, así como un certificado ejecutado del formulario C adjunto.

Hecho en Las Vegas, Nevada, este día _31_ de _October_ de 2022

Firma y sello de
la parte judicial u otra adjudicataria
autoridad del Estado de origen

Firma y sello de
Autoridad Central de
Estado de origen

Título u otra identificación de cada documento a entregar:

Formulario A en inglés y traducido al español; Formulario B en inglés y traducido al español; Formulario C en inglés y traducido al español; Citación para testificar en una declaración en inglés y traducido al español; Programa A en inglés y traducido al español; y Demanda colectiva modificada consolidada en inglés y traducida al español.

(Adjunte páginas adicionales si es necesario)
*Borrar si no se puede aplicar

2

**ANEXO AL PROTOCOLO ADICIONAL
A LA CONVENCIÓN INTERAMERICANA DE LAS COMISIONES
RAGOTORY**

FORMULARIO B
INFORMACIÓN ESENCIAL PARA EL DESTINATARIO [1]

Para (Nombre y dirección de la persona a la que se le realiza el servicio) <u>Gustavo Herrarte, 4 Calle 8-56 Molino</u> de <u>las Flores 2, z. 11, Ciudad de Guatemala, Guatemala</u>

Por la presente se le comunica que (explicar brevemente lo que se notifica) <u>Se le informa sobre su obligación de comparecer a una declaración sin ser parte y a presentar documentos en Tahoe Resources Litigation, caso no. 2:17-cv-01868-RFB-NJK.</u>

Se adjunta a este documento una copia de la comisión rogatoria que da lugar a la notificación o entrega de estos documentos. Este ejemplar también contiene información esencial para usted. También se adjuntan copias de la demanda o del escrito en el que se inició la comisión rogatoria, de los documentos adjuntos a la demanda o al escrito y de las resoluciones que ordenaron la expedición de la comisión rogatoria.

INFORMACIÓN ADICIONAL
I*
PARA NOTIFICACIÓN

A.  El documento que se le notifica (original o copia) se refiere a lo siguiente: <u>El Demandante Principal le obliga a comparecer para una deposición de no parte y a presentar documentos en relación con este caso.</u>

B.  Los recursos solicitados o el importe en litigio son los siguientes: <u>El Demandante Principal solicita, contra los Demandados nombrados únicamente, daños y perjuicios civiles y otras reparaciones, cuya cuantía se determinará en el Tribunal, en relación con las supuestas violaciones de la ley de valores por parte de los Demandados.</u>

C.  Mediante este servicio, se le solicita: <u>Comparecer, ya sea en persona o virtualmente, para una declaración de no parte y presentar documentos en relación con este caso.</u>

D.  * ~~En caso de que se le notifique como demandado, deberá responder a la demanda ante la autoridad judicial u otra autoridad adjudicadora especificada en el formulario A, casilla I (Estado lugar, fecha y hora):~~ <u>No aplicable.</u>

    * ~~Se le convoca para que comparezca como:~~ <u>No aplicable.</u>

[1] Llene el original y dos copias de este formulario en la lengua del Estado de origen y dos copias en la lengua del Estado de destino.
    * Borre si procede.

\*   ~~Si se solicita alguna otra acción a la persona notificada, descríbala:~~
No aplicable.

E.   Si no cumple, las consecuencias pueden ser:  Puede ser declarado en desacato
al tribunal.

F.   Se le informa de que en el lugar donde se tramita el procedimiento se
encuentra a su disposición un abogado defensor designado por el Tribunal o
las siguientes sociedades de asistencia jurídica.

Nombre:  Nevada Legal Services

Dirección:  530 6th St., Las Vegas, Nevada 89101 EUA

Los documentos enumerados en la Parte III se le facilitan para que pueda
comprender y defender mejor sus intereses.

II *
PARA INFORMACIÓN DE LA AUTORIDAD JUDICIAL O
ADMINISTRATIVA

Para: _____

~~(Nombre y dirección de la autoridad judicial o administrativa)~~

~~Se ruega que facilite a la autoridad que suscribe la siguiente información.~~

Los documentos enumerados en la Parte III se le entregan para facilitar su respuesta.

\*Borre si es inaplicable.

**III**
**RELACIÓN DE DOCUMENTOS ADJUNTOS**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(Adjunte páginas adicionales si es necesario)

Hecho en <u>Las Vegas, Nevada</u> el día 31 de October de 20 22

_____          _____
Firma y sello de                          Firma y sello de
la parte judicial u otra adjudicataria    la Autoridad Central
autoridad del Estado de origen            del Estado de origen

5

**ANEXO AL PROTOCOLO ADICIONAL
A LA CONVENCIÓN INTERAMERICANA SOBRE COMISIONES
ROGATORIAS**

FORMULARIO C

CERTIFICADO DE EJECUCIÓN [1]

Para:  Honorable ~~Richard F. Boulware, II,~~ *Nancy J. Koppe* Tribunal de Distrito de los Estados Unidos para el Distrito de Nevada

333 Las Vegas Blvd. South, Room 3005, Las Vegas, Nevada 98101, EUA
(Nombre y dirección de la autoridad judicial u otra autoridad adjudicadora que emitió la comisión rogatoria)

De conformidad con el Protocolo Adicional a la Convención Interamericana sobre Exhortos o Comisiones Rogatorias, firmado en Montevideo el 8 de mayo de 1979, y de acuerdo con el exhorto o comisión rogatoria original adjunta, la Autoridad Central que suscribe tiene el honor de certificar lo siguiente:

\*     A. Que una copia de los documentos adjuntos a este certificado ha sido notificada o entregada como sigue:

Fecha: _____

En (dirección) _____

Por uno de los siguientes métodos autorizados por el Convenio.

\*   (1) De acuerdo con el procedimiento especial o las formalidades adicionales que se describen a continuación, según lo previsto en el segundo párrafo del artículo 10 de dicho Convenio, o

_____
_____
_____

\*   (2)   Mediante notificación personal al destinatario identificado o, en el caso de una persona jurídica, a su agente autorizado, o

\*   (3)   Si no se encontró a la persona o al agente autorizado de la entidad a notificar, de acuerdo con la ley del Estado de destino; (especifique el método utilizado)

_____
_____
_____
_____

[1] Llene el original y una copia en la lengua del Estado de destino.
\*Borrar si no se puede aplicar

6

\*    B.   Que los documentos mencionados en la comisión rogatoria han sido entregados a:

Identidad de la persona

_____

_____

Relación con el destinatario _____

(Familia, negocios, u otro)

_____

_____

\*    C. Que los documentos adjuntos al certificado no han sido notificados o
entregados por el siguiente motivo(s):

_____

_____

_____

\*    D. De conformidad con el Protocolo, se pide a la parte que solicita la
ejecución de la comisión rogatoria que pague el saldo pendiente de los
gastos en la cantidad indicada en la declaración adjunta.

Hecho en _____el día_____ de_____ de 20__

_____

(Firma y sello de la Autoridad Central del Estado de destino)

En su caso, adjunte los originales o copias
de los documentos adicionales que acrediten
la notificación o entrega, e identifíquelos

*Borrar si no se puede aplicar



**GTS Translation**
4747 Collins Ave.
Miami Beach FL 33140 USA

(866) 280-9038    sales@gts-translation.com

# CERTIFICATION OF TRANSLATION ACCURACY

### Date: 2022-09-16

Document Names:
USM-272-frm (abclegal) (Forms A-C), Guillermo Monroy) (9.14.22),
USM-272-frm (abclegal) (Forms A-C) (Gustavo Herrarte) (9.14.22),
USM-272-frm (abclegal) (Forms A-C) (Juan Jose Cabrera) (9.14.22),
USM-272-frm (abclegal) (Forms A-C) (Kelvin Villalta) (9.14.22),
USM-272-frm (abclegal) (Forms A-C) (Nestor Melgar) (9.14.22),
USM-272-frm (abclegal) Forms A-C (Javier Fortin) (9.14.22)

Source Language: English
Target Languages: Spanish

GTS Translation, a professional translation company, hereby declares that the above-mentioned documents have been translated and reviewed and are true translations of the original documents to the best of our knowledge.

All translation and review work has been done by professional translators who are native in the target language, and that have the necessary subject matter expertise in the relevant field as applicable.

A copy of the translations must be attached to this certificate.

David J. Grunwald
Account Manager
GTS Translation