Martin A. Muckleroy
State Bar #9634
**MUCKLEROY LUNT, LLC**
6077 S. Fort Apache Rd., Ste 140
Las Vegas, NV 89148
Telephone: 702-907-0097
Facsimile: 702-938-4065
Email: martin@muckleroylunt.com

James M. Wilson, Jr. (*pro hac vice*)
Email: jwilson@faruqilaw.com
Robert W. Killorin (*pro hac vice*)
Email: rkillorin@faruqilaw.com
Megan M. Remmel (*pro hac vice*)
Email: mremmel@faruqilaw.com
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331

*Attorneys for Lead Plaintiff Tiffany Huynh, as executor for the estate of Kevin Nguyen*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re TAHOE RESOURCES, INC. SECURITIES LITIGATION<br><br>This Document Relates to:  All Actions | Case No. 2:17-cv-01868-RFB-NJK<br><br>**JOINT MOTION FOR AN EXTENSION OF TIME TO FILE THE STIPULATION AND MOTION FOR PRELIMINARY APPROVAL**<br><br>**(First Request)** |

1	Lead Plaintiff Tiffany Huynh ("Plaintiff") and Tahoe Resources, Inc. ("Tahoe"), Mark Sadler, Ronald W. Clayton, Kevin McArthur, and Edie Hofmeister ("Defendants" and together with Plaintiff the "Parties") respectfully submit this joint motion for an extension of time, requesting that this Court enter an order extending the time for Plaintiff to file the stipulation of settlement and motion for preliminary approval of the settlement until May 26, 2023.  In support of this Motion, Plaintiff states as follows:

1.	On March 6, 2023, the parties informed the Court that they had entered into a settlement in principle to settle this action (the "U.S. Action") and the related action pending in Ontario Superior Court of Justice, captioned *Dyck v. Tahoe Resources, Inc., et al.*, No. CV-18-00606411-00CP (the "Canadian Action").  ECF No. 237.

2.	On March 7, 2023, the Court entered an order setting April 28, 2023 as the deadline for Plaintiff to file her motion for preliminary approval of the settlement.  ECF No. 238.

3.	The parties have agreed as part of the settlement, that the U.S. Action will be administered separately in this Court and that the Canadian Action will be separately administered by the Canadian court. The parties in the U.S. Action and the Canadian Action have diligently worked and cooperated with each other to finalize the terms of the settlement and where appropriate in the interest of class members, to coordinate the administration of the settlements and they continue to cooperate and work together.  Due to the complexities of finalizing the settlement terms for each Action as well as the terms for providing notice of the settlement to the classes, proof of claims forms, and plans of allocation that will apply to the separate settlements in each Action, Plaintiff and Defendants agree that an extension of time in which to finalize all settlement terms and the terms that will govern the administration of the settlement is in the best interest of class members and therefore is warranted.

4.	This is the first request by the Parties to extend the time to file Plaintiff's motion for preliminary approval of the settlement.

1

1  WHEREFORE, the Parties respectfully requests that the Court enter an order extending the
2  deadline for her to file the stipulation of settlement and motion for preliminary approval of the
3  settlement of up to 28 days to May 26, 2023.

4  DATED: April 28, 2023

Respectfully submitted,

By:  */s/ James M. Wilson, Jr., Esq.*
James M. Wilson, Jr., Esq.
Robert Killorin, Esq.
Megan Remmel, Esq.
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: jwilson@faruqilaw.com
rkillorin@faruqilaw.com
mremmel@faruqilaw.com

Martin A. Muckleroy
State Bar #9634
**MUCKLEROY LUNT, LLC**
6077 S. Fort Apache Rd., Ste 140
Las Vegas, NV 89148
Telephone: 702-907-0097
Facsimile: 702-938-4065
Email: martin@muckleroylunt.com

*Attorneys for Lead Plaintiff Tiffany Huynh*


By: /s/ Leslie Bryan Hart
    Leslie Bryan Hart (SBN 4932)

Leslie Bryan Hart (SBN 4932)
Email: lhart@fclaw.com
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, Nevada 89511
Telephone: 775-788-2228
Fax: 775-788-2229

Scott J. Fisher (pro hac vice)

2

Email: sfisher@nge.com Karl R. Barnickol (pro hac vice)
Email: kbarnickol@nge.com
Andrew May (pro hac vice)
Email: amay@nge.com
NEAL, GERBER & EISENBERG LLP
2 N. LaSalle Street, Suite 1700
Chicago, Illinois 60602
Telephone: 312-269-8000

Counsel for the Defendants Tahoe Resources, Inc., Mark Sadler, Ronald W. Clayton, Kevin McArthur, and Edie Hofmeister

**ORDER**

IT IS SO ORDERED that the deadline to file the stipulation and motion for preliminary approval is extended to May 26, 2023.

_____
UNITED STATES ~~DISTRICT/~~MAGISTRATE JUDGE

DATED: May 1, 2023