Martin A. Muckleroy
State Bar #9634
**MUCKLEROY LUNT, LLC**
6077 S. Fort Apache Rd., Ste 140
Las Vegas, NV 89148
Telephone: 702-907-0097
Facsimile: 702-938-4065
Email: martin@muckleroylunt.com

James M. Wilson, Jr. (*pro hac vice*)
Robert W. Killorin (*pro hac vice*)
Megan M. Remmel (*pro hac vice*)
Email: jwilson@faruqilaw.com
       rkillorin@faruqilaw.com
       mremmel@faruqilaw.com

**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331

*Attorneys for Lead Plaintiff Tiffany Huynh,
as executor for the estate of Kevin Nguyen*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re TAHOE RESOURCES, INC. SECURITIES LITIGATION<br><br>This Document Relates to:  All Actions | Case No. 2:17-cv-01868-RFB-NJK<br><br>**MOTION FOR LEAVE TO WITHDRAW** |

1   Pursuant to LR IA 11-6, Lead Plaintiff Tiffany Huynh, as executor for the estate of Kevin
2   Nguyen ("Plaintiff"), hereby requests leave from this Court to allow one of Plaintiff's attorneys at the
3   firm Faruqi & Faruqi, LLP, Megan M. Remmel, to withdraw from this matter.  Withdrawal is sought
4   as Ms. Remmel is no longer associated with Lead Counsel Faruqi & Faruqi, LLP.  Plaintiff has been
5   notified and does not object to the withdrawal.  Ms. Remmel's withdrawal from the case is not
6   expected to cause any delay in the case.  *See* LR IA 11-6(d).  Attorney Martin A. Muckleroy of
7   Muckleroy Lunt, LLC, 6077 S. Fort Apache Road, Suite 140, Las Vegas, Nevada 89148, who is a
8   member of the State Bar of Nevada, along with James M. Wilson, Jr., Robert W. Killorin, Katherine
9   Lenahan and Thomas T. Papain of Faruqi & Faruqi, LLP, who have been admitted to appear in this
10  action *pro hac vice*, will continue to represent Plaintiff in the above-captioned matter.

Dated: January 17, 2024

By: */s/ James M. Wilson, Jr.*
        James M. Wilson, Jr.

Martin A. Muckleroy
State Bar #9634
**MUCKLEROY LUNT, LLC**
6077 S. Fort Apache Rd., Ste 140
Las Vegas, NV 89148
Telephone: 702-907-0097
Facsimile: 702-938-4065
Email: martin@muckleroylunt.com

James M. Wilson, Jr. (*pro hac vice*)
Email: jwilson@faruqilaw.com
Robert W. Killorin (*pro hac vice*)
Email: rkillorin@faruqilaw.com
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331

*Attorneys for Lead Plaintiff Tiffany Huynh, as executor for the estate of Kevin Nguyen*

IT IS SO ORDERED.
Dated:  January 18, 2024
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

1