```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA

IN RE: TAHOE RESOURCES, INC.    )
SECURITIES LITIGATION,          )   Case No. 2:17-cv-01868-RFB-NJK
                                )
                                )   ORDER TEMPORARILY UNSEALING
                                )   TRANSCRIPT
_____)
```

    Upon the request of James M. Wilson, Jr., Esq., and good cause appearing:

    IT IS HEREBY ORDERED the following transcript which contains a sealed portion shall be unsealed in order to permit the Court Reporter to prepare transcript of the following hearing and sealed portion: 10/6/2023, ECF 251, Motion Hearing.

    IT IS FURTHER ORDERED that the Court Reporter shall transcribe the sealed portion of the hearing identified herein and provide a copy of the sealed portion to James M. Wilson, Jr., Esq.

    IT IS FURTHER ORDERED that the transcript portion identified herein shall remain under seal on the public record until further order of this Court, or the Ninth Circuit Court of Appeals.

    **DATED** this _____ day of _____ 2024.

                                    _____
                                    RICHARD F. BOULWARE, II
                                    U.S. District Judge